**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WYETH, )<br>  )<br>      Plaintiff, )<br>  )<br>      v. )<br>  )<br>WATSON LABORATORIES, INC. and )<br>WATSON PHARMACEUTICALS, INC., )<br>  )<br>      Defendants. ) | C.A. No. 08-145 JJF |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel and subject to the approval of the Court, that the time by which Defendants shall respond to Plaintiff's complaint is extended to and including April 22, 2008.

| | |
|---|---|
| _/s/ Jack B. Blumenfeld_ | _/s/ Mary B. Matterer_ |
| Jack B. Blumenfeld (I.D. #1014) | Richard K. Herrmann (I.D. #405) |
| Karen Jacobs Louden (I.D. #2881) | Mary B. Matterer (I.D. #2696) |
| James W. Parrett, Jr. (I.D. #4292) | Amy Arnott Quinlan (I.D. #3021) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| 1201 North Market Street | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801-1494 |
| (302) 658-9200 | (302) 888-6800 |
| jblumenfeld@mnat.com | rherrmann@morrisjames.com |
| klouden@mnat.com | mmatterer@morrisjames.com |
| jparrett@mnat.com | aquinlan@morrisjames.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

      **SO ORDERED** this _____ day of _____, 2008.

_____
United States District Court Judge