IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-145 (JJF) |
| | ) |
| WATSON LABORATORIES, INC. and | ) |
| WATSON PHARAMCEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF MAILING

I, Karen Jacobs Louden, declare as follows:

1. I am a partner at the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, counsel to plaintiff in this action.

2. Defendant Watson Pharmaceuticals, Inc. ("Watson") is a corporation organized and existing under the laws of Nevada, has its principal place of business at 311 Bonnie Circle, Corona, California 92880.

3. The Summons and Complaint in this action were served on defendant Watson on March 13, 2008, pursuant to 10 *Del. C.* § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on March 13, 2008.

4. On March 13, 2008, copies of the Summons and Complaint were sent by registered mail to Watson Pharmaceuticals, Inc., 311 Bonnie Circle, Corona, CA 92880, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as

2

effectual to all intents and purposes as if it had been made upon Watson personally within this state. *See* Exhibit A.

      5.      The registered mail return receipt that we received on March 28, 2008, shows that Watson received and accepted the Summons, Complaint and notice. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 1, 2008

                                 */s/ Karen Jacobs Louden*
                                 Karen Jacobs Louden (#2881)

# EXHIBIT A

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
302 351 9227
302 425 4681 Fax
klouden@mnat.com

March 13, 2008

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**
Watson Pharmaceuticals, Inc.
311 Bonnie Circle
Corona, CA 92880

      Re:    Service of Process
                 *Wyeth v. Watson Laboratories, Inc., et al.*
                 C.A. No. 08-145

To whom it may concern:

       Enclosed are copies of the Summons, Complaint for patent infringement against Watson Pharmaceuticals, Inc., Notice of Availability of a United States Magistrate Judge and Plaintiffs' Fed. R. Civ. P. 7.1 Statements in this action, which were served on the Delaware Secretary of State on March 13, 2008, pursuant to 10 *Del. C* § 3104(d). Under 10 *Del. C.* § 3104(d), such service is as effectual for all intents and purposes as if it had been made upon Watson Pharmaceuticals, Inc. personally within the State of Delaware.

                                                  Sincerely,

                                                  /s/ Karen Jacobs Louden

                                                  Karen Jacobs Louden

KJL/dlb
Enclosures

# EXHIBIT B

| Registered No. RA 311 802 227 US | | Date Stamp |
|---|---|---|
| Reg. Fee 9.50 $8.50 | | 0104 |
| Handling Charge $0.00 | Return Receipt 2.15 $2.15 | 20 |
| Postage $1.31 2.50 | Restricted Delivery $0.00 | 03/13/08 |
| Received by: | | |
| Customer Must Declare Full Value $ $0.00 | With Postal Insurance / Without Postal Insurance | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

PHILA MAR 13 2008 USPS

**OFFICIAL USE**

FROM: 1910 MORRIS, NICHOLS, ARSHT & TUNNELL LLP
P.O. BOX 1347
WILMINGTON, DE 19899

TO: Watson Pharmaceuticals
311 Bonnie Circle
Corona CA 92880

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Watson Pharmaceuticals
311 Bonnie Circle
Corona CA 92880

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X T Goodfurnor    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    RA 311 802 227 US    DBerry

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540