**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WYETH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-145 JJF |
| ) | |
| WATSON LABORATORIES, INC. and ) | |
| WATSON PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel and subject to the approval of the Court, that the time by which Defendants shall respond to Plaintiff's complaint is extended to and including April 25, 2008.


  /s/ Jack B. Blumenfeld                              /s/ Mary B. Matterer
Jack B. Blumenfeld (I.D. #1014)            Richard K. Herrmann (I.D. #405)
Karen Jacobs Louden (I.D. #2881)        Mary B. Matterer (I.D. #2696)
James W. Parrett, Jr. (I.D. #4292)         Amy Arnott Quinlan (I.D. #3021)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP        MORRIS JAMES LLP
1201 North Market Street                          500 Delaware Avenue, Suite 1500
Wilmington, DE  19801                             Wilmington, DE 19801-1494
(302) 658-9200                                         (302) 888-6800
jblumenfeld@mnat.com                          rherrmann@morrisjames.com
klouden@mnat.com                                mmatterer@morrisjames.com
jparrett@mnat.com                                  aquinlan@morrisjames.com

*Attorneys for Plaintiff*                              *Attorneys for Defendants*


**SO ORDERED** this ____ day of _____, 2008.

_____
United States District Court Judge