UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>                *Plaintiff*,<br><br>        v.<br><br>WATSON LABORATORIES, INC. *and*<br>WATSON PHARMACEUTICALS, INC.,<br><br>                *Defendants*. | Civil Action No. 08-cv-00145-JJF |

**WATSON PHARMACEUTICALS, INC.'S MOTION TO DISMISS PURSUANT
TO FED. R. CIV. P. 12(b)(6) OR ALTERNATIVELY PURSUANT TO 12(b)(7)**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Watson Pharmaceuticals, Inc. hereby moves this Court for an order granting dismissal of Wyeth's claims against it brought pursuant to 35 U.S.C. § 271(e)(2)(A). Alternatively, pursuant to Fed. R. Civ. P. 12(b)(7) and 19, Watson Pharmaceuticals, Inc. moves this Court for an order granting dismissal of Wyeth's claims against it for failure to join an indispensible party, Watson Laboratories, Inc. (a Nevada corporation).

The grounds for the motions are set forth in the accompanying memorandum. Proposed orders are attached.

April 25, 2008

/s/ Mary Matterer
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Amy Arnott Quinlan (I.D. #3021)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjames.com

OF COUNSEL
John W. Bateman
C. Kyle Musgrove
Nicholas J. Nowak
Thomas M. Huff
KENYON & KENYON LLP
1500 K Street NW
Washington, D.C. 20005
(202) 220-4200

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>   *Plaintiff*,<br><br>v.<br><br>WATSON LABORATORIES, INC. *and*<br>WATSON PHARMACEUTICALS, INC.,<br><br>   *Defendants*. | Civil Action No. 08-cv-00145-JJF |

**ORDER GRANTING WATSON PHARMACEUTICALS, INC.'S
MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant Watson Pharmaceuticals, Inc. has moved for an order granting dismissal of Wyeth's claims against it pursuant to Fed. R. Civ. P. 12(b)(6).

IT IS HEREBY ORDERED THAT:

Defendant Watson Pharmaceuticals, Inc.'s motion is GRANTED.


Dated: _____      _____
                   Joseph J. Farnan, Jr.
                   United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>    *Plaintiff*,<br><br>v.<br><br>WATSON LABORATORIES, INC. *and*<br>WATSON PHARMACEUTICALS, INC.,<br><br>    *Defendants.* | Civil Action No. 08-cv-00145-JJF |

## ORDER GRANTING WATSON PHARMACEUTICALS, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(7)

Defendant Watson Pharmaceuticals, Inc. has moved for an order granting dismissal of Wyeth's claims against it pursuant to Fed. R. Civ. P. 12(b)(7) and 19.

IT IS HEREBY ORDERED THAT:

Defendant Watson Pharmaceuticals, Inc.'s motion is GRANTED.


Dated: _____         _____
                            Joseph J. Farnan, Jr.
                            United States District Court Judge