UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>      *Plaintiff*,<br><br>v.<br><br>WATSON LABORATORIES, INC. *and*<br>WATSON PHARMACEUTICALS, INC.,<br><br>      *Defendants*. | Civil Action No. 08-cv-00145-JJF |

**WATSON PHARMACEUTICALS, INC.'S RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Watson Pharmaceuticals, Inc. states that no publicly held corporation owns 10% or more of its stock. Watson Pharmaceuticals, Inc. has no parent company.

April 25, 2008

*/s/ Mary Matterer*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Amy Arnott Quinlan (I.D. #3021)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjames.com

OF COUNSEL
John W. Bateman
C. Kyle Musgrove
Nicholas J. Nowak
Thomas M. Huff
KENYON & KENYON LLP
1500 K Street NW
Washington, D.C. 20005
(202) 220-4200

*Attorneys for Defendants*