IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br>   *Plaintiff*,<br><br>  v.<br><br>WATSON LABORATORIES, INC. *and*<br>WATSON PHARMACEUTICALS, INC.,<br>   *Defendants*. | Civil Action No. 08-cv-00145-JJF |

**MOTION TO DISMISS FOR**
**LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)**

*(By Watson Laboratories, Inc., a Nevada Corporation)*

**MOTION TO DISMISS FOR**
**FAILING TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)**

*(By Watson Laboratories, Inc., a Delaware Corporation)*

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendant Watson Laboratories, Inc., a Nevada corporation ("Watson Labs Nevada") hereby moves this Court for an order granting dismissal of all claims brought against it by Plaintiff, Wyeth, for lack of personal jurisdiction. In addition, pursuant to Fed. R. Civ. P. 12(b)(6), Watson Laboratories, Inc., a Delaware corporation ("Watson Labs Delaware) moves this Court for an order granting dismissal of Wyeth's claims against it brought pursuant to 35 U.S.C. § 271(e)(2)(A).

The grounds for the motions are set forth in the accompanying memorandum. Proposed orders are attached.

April 25, 2008
                */s/ Mary Matterer*
                Richard K. Herrmann (I.D. #405)
                Mary B. Matterer (I.D. #2696)
                Amy Arnott Quinlan (I.D. #3021)
                MORRIS JAMES LLP
                500 Delaware Ave., Ste. 1500
                Wilmington, DE 19801-1494
                Tel: (302) 888-6960
                Fax: (302) 571-1750
                rherrmann@morrisjames.com
                mmatterer@morrisjames.com
                aquinlan@morrisjames.com

                *Attorneys for Defendants*

OF COUNSEL

John W. Bateman
C. Kyle Musgrove
Nicholas J. Nowak
Thomas M. Huff
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
(202) 220-4200

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>WATSON LABORATORIES, INC. *and*<br>WATSON PHARMACEUTICALS, INC.,<br><br>　　　　*Defendants*. | Civil Action No. 08-cv-00145-JJF |

**ORDER GRANTING WATSON LABS NEVADA'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)**

Defendant Watson Laboratories, Inc., a Nevada corporation ("Watson Labs Nevada") has moved for an order granting dismissal of Wyeth's claims against it pursuant to Fed. R. Civ. P. 12(b)(2).

IT IS HEREBY ORDERED THAT:

Defendant Watson Labs Nevada's motion is GRANTED.


Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Joseph J. Farnan, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>*Plaintiff*,<br><br>v.<br><br>WATSON LABORATORIES, INC. *and*<br>WATSON PHARMACEUTICALS, INC.,<br><br>*Defendants*. | Civil Action No. 08-cv-00145-JJF |

**ORDER GRANTING WATSON LABS DELAWARE'S MOTION TO DISMISS
FOR FAILING TO STATE A CLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant Watson Laboratories, Inc., a Delaware corporation ("Watson Labs Delaware") has moved for an order granting dismissal of Wyeth's claims against it pursuant to Fed. R. Civ. P. 12(b)(6).

IT IS HEREBY ORDERED THAT:

Defendant Watson Labs Delaware's motion is GRANTED.

Dated: _____                    _____
                                       Joseph J. Farnan, Jr.
                                       United States District Court Judge