# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br>   *Plaintiff*,<br><br>  v.<br><br>WATSON LABORATORIES, INC. *and*<br>WATSON PHARMACEUTICALS, INC.,<br>   *Defendants.* | Civil Action No. 08-cv-00145-JJF |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of John W. Bateman, C. Kyle Musgrove, Nicholas J. Nowak and Thomas M. Huff of the law firm of Kenyon & Kenyon LLP to represent Defendants Watson Laboratories, Inc. and Watson Pharmaceuticals, Inc. in this matter.

April 29, 2008
               */s/ Mary B. Matterer*
               Richard K. Herrmann (I.D. #405)
               Mary B. Matterer (I.D. #2696)
               Amy Arnott Quinlan (I.D. #3021)
               MORRIS JAMES LLP
               500 Delaware Ave., Ste. 1500
               Wilmington, DE 19801-1494
               Tel: (302) 888-6960
               Fax: (302) 571-1750
               mmatterer@morrisjames.com

               *Attorneys for Defendants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions pro hac vice is granted.

Date: _____      _____
                        United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia (active status) and the Commonwealth of Virginia (associate status) and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:  March 20, 2008          Signed: *John W. Bateman*
                                       John W. Bateman, Esq.
                                       Kenyon & Kenyon LLP
                                       1500 K Street, NW
                                       Washington, DC  20005-1257
                                       (202) 220-4200

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: March 20, 2008                    Signed: _____
                                        C. Kyle Musgrove, Esq.
                                        Kenyon & Kenyon LLP
                                        1500 K Street, NW
                                        Washington, DC 20005-1257
                                        (202) 220-4200

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Massachusetts and New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: March 24, 2008

Signed: _____
Nicholas J. Nowak, Esq.
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005-1257
(202) 220-4200

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date:   March 20, 2008              Signed: _/s/ Thomas Huff_____
                                    Thomas M. Huff, Esq.
                                    Kenyon & Kenyon LLP
                                    1500 K Street, NW
                                    Washington, DC 20005-1257
                                    (202) 220-4200