IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-145 (JJF) |
| ) | |
| WATSON LABORATORIES, INC. and ) | |
| WATSON PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

(1) The time in which plaintiff must respond to Watson Pharmaceuticals, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P 12(b)(6) or Alternatively Pursuant to 12(b)(7) (D.I. 12) and Watson Laboratories, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) and Watson Laboratories, Inc.'s Motion to Dismiss for Failing to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) (D.I. 15) is extended until May 23, 2008.

(2) The parties have generally agreed that discovery directed to these papers will occur. This extension will give the parties time to propose a discovery and briefing schedule for these motions.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Mary B. Matterer* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>jparrett@mnat.com<br><br>*Attorneys for Plaintiff Wyeth* | Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>Amy Arnott Quinlan (#3021)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br>aquinlan@morrisjames.com<br><br>*Attorneys for Defendants<br>Watson Laboratories, Inc.<br>and Watson Pharmaceuticals, Inc.* |

SO ORDERED this _____ day of May, 2008.

_____
Joseph J. Farnan, Jr., J.