**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 08-145 (JJF) |
| | ) |
| WATSON LABORATORIES, INC. and | ) |
| WATSON PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that discovery and briefing on Watson Pharmaceuticals, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P 12(b)(6) or Alternatively Pursuant to 12(b)(7) (D.I. 12) and Watson Laboratories, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) and Watson Laboratories, Inc.'s Motion to Dismiss for Failing to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) (D.I. 15) (the "motions") shall proceed as follows:

(1) The deadline for completing discovery relating to the motions is July 28, 2008.

(2) Plaintiff will serve and file its answering briefs in opposition to the motions by August 18, 2008.

(3) Defendants will serve and file their reply briefs in support of the motions by September 1, 2008.

(4) Until such time as a protective order is entered in this matter, disclosure of documents designated as confidential is limited according to D. Del. LR. 26.2.

2

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
|     */s/ Jack B. Blumenfeld* |     */s/ Mary B. Matterer* |
| Jack B. Blumenfeld (#1014) | Richard K. Herrmann (#405) |
| Karen Jacobs Louden (#2881) | Mary B. Matterer (#2696) |
| James W. Parrett, Jr. (#4292) | Amy Arnott Quinlan (#3021) |
| 1201 North Market Street | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 1347 | Wilmington, DE  19801 |
| Wilmington, DE  19899 | rherrmann@morrisjames.com |
| (302) 658-9200 | mmatterer@morrisjames.com |
| jblumenfeld@mnat.com | aquinlan@morrisjames.com |
| klouden@mnat.com | |
| jparrett@mnat.com | *Attorneys for Defendants* |
| | *Watson Laboratories, Inc. and* |
| *Attorneys for Plaintiff Wyeth* | *Watson Pharmaceuticals, Inc.* |

**SO ORDERED** this _____ day of May, 2008.

_____
District Judge