# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-145 (JJF) |
| | ) | |
| WATSON LABORATORIES, INC. and | ) | |
| WATSON PHARAMCEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Wyeth's First Set of Interrogatories to Defendants Watson Laboratories, Inc. and Watson Pharmaceuticals, Inc.* and (ii) *Wyeth's First Set of Requests for Production of Documents and Things to Defendants Watson Laboratories, Inc. and Watson Pharmaceuticals, Inc.* were caused to be served on May 16, 2008 upon the following in the manner indicated:

Richard K. Herrmann, Esquire          *VIA ELECTRONIC MAIL*
Mary B. Matterer, Esquire                 *and HAND DELIVERY*
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

John W. Bateman, Esquire              *VIA ELECTRONIC MAIL*
C. Kyle Musgrove, Esquire
Nicholas J. Nowak, Esquire
Thomas M. Huff, Esquire
KENYON & KENYON LLP
1500 K. Street, N.W.
Washington, DC 20005

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiff Wyeth*

*Of Counsel*:

Anthony Herman
Jeffrey B. Elikan
Eric R. Sonnenschein
William D. A. Zerhouni
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-6000

May 16, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008 I electronically filed the foregoing with the

Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard K. Herrmann, Esquire
>Mary B. Matterer, Esquire
>MORRIS JAMES LLP

I further certify that I caused to be served copies of the foregoing document on

May 16, 2008 upon the following in the manner indicated:

Richard K. Herrmann, Esquire                          *VIA ELECTRONIC MAIL*
Mary B. Matterer, Esquire                              *and HAND DELIVERY*
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

John W. Bateman, Esquire                              *VIA ELECTRONIC MAIL*
C. Kyle Musgrove, Esquire
Nicholas J. Nowak, Esquire
Thomas M. Huff, Esquire
KENYON & KENYON LLP
1500 K. Street, N.W.
Washington, DC  20005

_____
Jack B. Blumenfeld (#1014)