IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-145 (JJF) |
| | ) | |
| WATSON LABORATORIES, INC. and | ) | |
| WATSON PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF WYETH'S MOTION TO DISQUALIFY KENYON & KENYON LLP AND AMY HULINA AS COUNSEL FOR DEFENDANTS**

Plaintiff Wyeth hereby moves to disqualify Kenyon & Kenyon LLP and Amy Hulina as counsel for defendants. The grounds for this motion are set forth in Plaintiff Wyeth's Opening Brief in Support of Its Motion to Disqualify Kenyon & Kenyon LLP and Amy Hulina as Counsel for Defendants, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiff Wyeth*

OF COUNSEL:

Anthony Herman
Jeffrey B. Elikan
Eric R. Sonnenschein
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-6000

Dated: June 6, 2008
2356449

## **RULE 7.1.1 CERTFICATION**

I hereby certify that the subject of the foregoing motion has been raised with counsel for the defendants, and the parties have not been able to reach agreement.

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard K. Herrmann, Esquire
>Mary B. Matterer, Esquire
>MORRIS JAMES LLP

I further certify that I caused to be served copies of the foregoing document on June 6, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| John W. Bateman, Esquire<br>C. Kyle Musgrove, Esquire<br>Nicholas J. Nowak, Esquire<br>Thomas M. Huff, Esquire<br>KENYON & KENYON LLP<br>1500 K. Street, N.W.<br>Washington, DC  20005 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)