IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-145 (JJF) |
| | ) | |
| WATSON LABORATORIES, INC. and | ) | |
| WATSON PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

    Please take notice that Plaintiff Wyeth's Motion to Disqualify Kenyon & Kenyon LLP and Amy Hulina as Counsel for Defendants will be heard on July 11, 2008 at 10:00 a.m.

              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

              */s/ Jack B. Blumenfeld*

              Jack B. Blumenfeld (#1014)
              Karen Jacobs Louden (#2881)
              James W. Parrett, Jr. (#4292)
              1201 North Market Street
              P.O. Box 1347
              Wilmington, DE 19899
              (302) 658-9200
              jblumenfeld@mnat.com
              klouden@mnat.com
              jparrett@mnat.com

              *Attorneys for Plaintiff Wyeth*

OF COUNSEL:

Anthony Herman
Jeffrey B. Elikan
Eric R. Sonnenschein
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-6000

June 6, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard K. Herrmann, Esquire
>Mary B. Matterer, Esquire
>MORRIS JAMES LLP

I further certify that I caused to be served copies of the foregoing document on June 6, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| John W. Bateman, Esquire<br>C. Kyle Musgrove, Esquire<br>Nicholas J. Nowak, Esquire<br>Thomas M. Huff, Esquire<br>KENYON & KENYON LLP<br>1500 K. Street, N.W.<br>Washington, DC 20005 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)