# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-145 JJF |
| ) | |
| WATSON LABORATORIES, INC. and ) | |
| WATSON PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel and subject to the approval of the Court, that the time by which Defendants shall respond to Plaintiff's Motion to Disqualify Kenyon & Kenyon LLP and Amy Hulina as Counsel for Defendants (D.I. #27) is extended to and including June 27, 2008.

| | |
|---|---|
| /s/ Karen Jacobs Louden | /s/ Mary B. Matterer |
| Jack B. Blumenfeld (I.D. #1014) | Richard K. Herrmann (I.D. #405) |
| Karen Jacobs Louden (I.D. #2881) | Mary B. Matterer (I.D. #2696) |
| James W. Parrett, Jr. (I.D. #4292) | Amy Arnott Quinlan (I.D. #3021) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| 1201 North Market Street | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801-1494 |
| (302) 658-9200 | (302) 888-6800 |
| jblumenfeld@mnat.com | rherrmann@morrisjames.com |
| klouden@mnat.com | mmatterer@morrisjames.com |
| jparrett@mnat.com | aquinlan@morrisjames.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED** this ____ day of _____, 2008.

_____
United States District Court Judge