IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-145 JJF |
| | ) |
| WATSON LABORATORIES, INC. and | ) |
| WATSON PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel and subject to the approval of the Court, that the time by which Defendants shall respond to Plaintiff's Motion to Disqualify Kenyon & Kenyon LLP and Amy Hulina as Counsel for Defendants (D.I. #27) is extended to and including 9 a.m. on Monday, June 30, 2008.

| | |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Mary B. Matterer |
| Jack B. Blumenfeld (I.D. #1014) | Richard K. Herrmann (I.D. #405) |
| Karen Jacobs Louden (I.D. #2881) | Mary B. Matterer (I.D. #2696) |
| James W. Parrett, Jr. (I.D. #4292) | Amy Arnott Quinlan (I.D. #3021) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| 1201 North Market Street | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801-1494 |
| (302) 658-9200 | (302) 888-6800 |
| jblumenfeld@mnat.com | rherrmann@morrisjames.com |
| klouden@mnat.com | mmatterer@morrisjames.com |
| jparrett@mnat.com | aquinlan@morrisjames.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED** this 26 day of June, 2008.

_____
United States District Court Judge