IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-145 (JJF) |
| ) | |
| WATSON LABORATORIES, INC. and ) | |
| WATSON PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the time for plaintiff to serve and file its reply brief in support of its Motion to Disqualify Counsel for Defendants – Kenyon & Kenyon LLP and Amy Hulina (D.I. 27) is extended until August 22, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiff Wyeth*

MORRIS JAMES LLP

*/s/ Mary B. Matterer*

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Amy Arnott Quinlan (#3021)
500 Delaware Avenue
Suite 1500, P.O. Box 1494
Wilmington, DE 19899
rherrmann@morrisjames.com
mmatterer@morrisjames.com
aquinlan@morrisjames.com

*Attorneys for Defendants Watson Laboratories, Inc. and Watson Pharmaceuticals, Inc.*

2396366

SO ORDERED this _____ day of July, 2008.

_____
District Judge