## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-145 JJF |
| | ) |
| WATSON LABORATORIES, INC. and | ) |
| WATSON PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents, **Amended Responses and Objections of Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. (A Nevada Corporation) to Plaintiff Wyeth's First Set of Interrogatories (1-22)** and **Amended Responses and Objections of Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. (A Nevada Corporation) to Plaintiff Wyeth's First Set of Requests for Production of Documents and Things (1-38)**, were served as indicated on the 9th day of July, 2008:

*BY E-MAIL and BY HAND DELIVERY*
Jack B. Blumenfeld (I.D. #1014)
Karen Jacobs Louden (I.D. #2881)
James W. Parrett, Jr. (I.D. #4292)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jparrett@mnat.com

*BY E-MAIL and BY FEDEX*
Anthony Herman
Jeffrey B. Elikan
Eric R. Sonnenschein
William D. A. Zerhouni
Amy M. Wells-Morgan
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202.662.6000
aherman@cov.com
jelikan@cov.com
esonnenschein@cov.com
wzerhouni@cov.com
amwells@cov.com

| | |
|---|---|
| July 9, 2008 | _/s/ Mary B. Matterer_ |
| | Richard K. Herrmann (I.D. #405) |
| | Mary B. Matterer (I.D. #2696) |
| | MORRIS JAMES LLP |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801-1494 |
| | (302) 888-6800 |
| | rherrmann@morrisjames.com |
| | mmatterer@morrisjames.com |
| | |
| | Attorneys for Defendants |