**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WYETH,<br>       *Plaintiff,*<br><br>  v.<br><br>WATSON LABORATORIES, INC. *and*<br>WATSON PHARMACEUTICALS, INC.,<br>      *Defendants.* | Civil Action No. 08-cv-00145-JJF<br><br>**REDACTED PUBLIC VERSION** |

**EXHIBITS TO DEFENDANTS' ANSWERING BRIEF IN OPPOSITION TO
WYETH'S MOTION TO DISQUALIFY KENYON & KENYON LLP AND
AMY HULINA AS COUNSEL FOR DEFENDANTS
VOLUME II OF VII**

Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Amy Arnott Quinlan (I.D. #3021)
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
Tel: (302) 888-6960
mmatterer@morrisjames.com

*Attorneys for Defendants*

OF COUNSEL
John W. Bateman
C. Kyle Musgrove
Nicholas J. Nowak
Thomas M. Huff
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
(202) 220-4200

Originally filed:  June 30, 2008
Public version filed:  July 9, 2008

# EXHIBIT   5

FILED UNDER 35 U.S.C. 371

PATENT NUMBER

**6500814**

6500814

ISSUE CLASSIFICATION

Class | Subclass
514 | 170

## U.S. UTILITY Patent Application

| O.I.P.E. | PATENT DATE |
|---|---|
| SCANNED | DEC 3 1 2002 |

| APPLICATION NO. | CONT/PRIOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 09/508648 | D/F | 424 | 170 | 1642 | Badio |

APPLICANTS

ROLF-DIETER HESCH

TITLE

HORMONAL CONTRACEPTIVE

PTO-2040
12/99

## ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | |
|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | |
| 514 | 170 | 514 | 849 | 843 |

INTERNATIONAL CLASSIFICATION

| A | 6 | 1 | K | 31/56 |
|---|---|---|---|---|

☐ Continued on Issue Slip Inside File Jacket

| TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| ☐ | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 0 | 0 | 0 | 3 | 1 |

☐ The term of this patent subsequent to _____ (date) has been disclaimed.

☐ The term of this patent shall not extend beyond the expiration date of U.S Patent No. _____

☐ The terminal _____ months of this patent have been disclaimed.

(Assistant Examiner)        (Date)

Barbara Badio
BARBARA P. BADIO, PH.D
PRIMARY EXAMINER
(Primary Examiner)    7/31/02 (Date)

(Legal Instruments Examiner)    (Date)

NOTICE OF ALLOWANCE MAILED

8.6.02

ISSUE FEE

| Amount Due | Date Paid |
|---|---|
| 1,280 | 11-6-02 |

ISSUE BATCH NUMBER

WARNING:
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-C36A
(Rev. 6/97)

FILED WITH: ☐ DISK (CRF)    ☐ FICHE    ☐ CD-ROM
(Attached in pocket on right inside flap)

1                    (FACE)

PATENT APPLICATION SERIAL NO. 09/508043

U.S DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

03/20/2000 MCLAYBRO 00000117 111410   09508648
01 FC:960                      970.00 OP
02 FC:966        252.00 CH

Adjustment date: 05/15/2000  MCLAYBRO     Begin. Bef: 05/15/2000 MCLAYBRO 0013003700
03/20/2000 MCLAYBRO 00000117 09508648   DBB:111410   Name/Number:09508648
01 FC:960                    -970.00 OP  FC: 704              $130.00 CR

05/15/2000 MCLAYBRO 00000130 09508648
01 FC:970        840.00 OP

2

Bib Data Sheet for Local Print

htt: 16/PALM/OBJECT/JACKET?SER_NUM=09508648

Printed 01/26/2001

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET N |
|---|---|---|---|---|
| 09/508,648 | 06/05/2000 | 514 | 1616 | BOEHM13.001A |

APPLICANT
ROLF-DIETER HESCH, KONSTANZ, FED REP GERMANY.

**CONTINUING DOMESTIC DATA*************************    *None*
VERIFIED

*BB*

**371 (NAT'L STAGE) DATA********************    *PCT/DE 98/02636*
VERIFIED        THIS APPLN IS A 371 OF  ~~00/002,696~~ 09/03/1998

*BB*

**FOREIGN APPLICATIONS***********************
VERIFIED        ~~DELAWARE~~        197 39 916.9        09/11/1997

*BP*    *DEX*

| Foreign priority claimed ☐yes ☐ no<br>35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance<br><br>Verified and acknowledged _____ *BB* _____<br>Examiner's Name    Initials | | STATE OR<br>COUNTRY<br><br>DEX | SHEETS<br>DRAWINGS<br><br>0 | TOTAL<br>CLAIMS<br><br>1 | INDEPENDE<br>CLAIMS<br><br>1 |
|---|---|---|---|---|---|

ADDRESS
KNOBBE MARTENS OLSON & BEAR LLP
620 NEWPORT CENTER DRIVE
SIXTEENTH FLOOR
NEWPORT BEACH , CA 92660

TITLE
HORMONAL CONTRACEPTIVE

1/26/01 11:46 AM

3

09/508648
13 MAR 2000

428-Recd PCT/PTO

INTELLECTUAL PROPERTY LAW

OBBE, MARTENS, OLSON & BEAR

A LIMITED LIABILITY PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS

PATENT, TRADEMARK AND COPYRIGHT CAUSES

620 NEWPORT CENTER DRIVE

SIXTEENTH FLOOR

NEWPORT BEACH, CALIFORNIA  92660-8016

(949) 760-0404

FAX (949) 760-9502

INTERNET: WWW.KMOB.COM

Assistant Commissioner for Patents
Washington, D.C.  20231

## CERTIFICATE OF MAILING BY "EXPRESS MAIL"

| | | |
|---|---|---|
| Attorney Docket No. | : | BOEHM13.001APC |
| Applicant | : | Hesch |
| For | : | HORMONAL CONTRACEPTIVE PRODUCT |
| Attorney | : | Daniel E. Altman |
| "Express Mail" Mailing Label No. | : | EL523239296 |
| Date of Deposit | : | March 13, 2000 |

I hereby certify that the accompanying

Transmittal in Duplicate; Specification in 17 pages; Preliminary Amendment in 5 Pages with 34 Claims; Check for Filing Fee; Return Prepaid Postcard

are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and are addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

Don King

H:\DOCS\JAH\JAH-2221.DOC:bb\031300

514 Rec'd PCT/PTO   1 3 MAR 2000   09/508648

| U.S. Application No. | International Application No.<br>PCT/DE98/02636 | Attorney Docket No.<br>**BOEHM13.001APC** |
|---|---|---|

Date: March 13, 2000                                                                                           Page 1

**TRANSMITTAL LETTER TO THE UNITED STATES DESIGNATED/ELECTED OFFICE (DO/EO/US)
CONCERNING A FILING UNDER 35 USC 371.**

| International Application No.: | PCT/DE98/02636 |
|---|---|
| International Filing Date: | September 3, 1998 |
| Priority Date Claimed: | September 11, 1997 |
| Title of Invention: | HORMONAL CONTRACEPTIVE PRODUCT |
| Applicant for DO/EO/US: | Rolf-Dieter Hesch |

Applicant herewith submits to the United States Designated/Elected Office (DO/EO/US) the following items and other information:

1.  (X)  This is a **FIRST** submission of items concerning a filing under 35 USC 371.

2.  (X)  This express request to begin national examination procedures (35 USC 371(f)) at any time rather than delay examination until the expiration of the applicable time limit set in 35 USC 371(b) and PCT Articles 22 and 39(1).

3.  0    A proper Demand for International Preliminary Examination was made by the 19th month from the earliest claimed priority date.

4.  (X)  A copy of the International Application as filed (35 USC 371(c)(2))

    a)  0    is transmitted herewith (required only if not transmitted by the International Bureau).
    b)  (X)  has been transmitted by the International Bureau.
    c)  0    is not required, as the application was filed in the United States Receiving Office (RO/US).

5.  (X)  Amendments to the claims of the International Application under PCT Article 19 (35 USC 371(c)(3))

    a)  0    are transmitted herewith (required only if not transmitted by the International Bureau).
    b)  0    have been transmitted by the International Bureau.
    c)  0    have not been made; however, the time limit for making such amendments has NOT expired.
    d)  (X)  have not been made and will not be made.

6.  (X)  A **FIRST** preliminary amendment.

7.  (X)  International Application as published.

8.  (X)  A return prepaid postcard.

9.  (X)  The following fees are submitted:

KNOBBE, MARTENS, OLSON & BEAR, LLP
620 NEWPORT CENTER DR    16TH FLOOR    NEWPORT BEACH, CA 92660
(949) 760-0404    FAX (949) 760-9502

5

09/508648

42° Recd PCT/PTO 13 MAR 2000

| U.S. Application No. | International Application No.<br>PCT/DE98/02636 | Attorney Docket No.<br>BOEHM13.001APC |

Date: March 13, 2000

Page 2

| | | | | FEES |
|---|---|---|---|---|
| | **BASIC FEE** | | | $970 |

| CLAIMS | NUMBER<br>FILED | NUMBER<br>EXTRA | RATE | |
|---|---|---|---|---|
| Total Claims | 34 - 20 = | 14 × | $18 | $252 |
| Independent Claims | 2 - 3 = | 0 × | $78 | $0 |
| | **TOTAL OF ABOVE CALCULATIONS** | | $1222 | |
| | **TOTAL FEES ENCLOSED** | | | $970 |

10.    (X)    The fee for later submission of the signed oath or declaration set forth in 37 CFR 1.492(e) will be paid upon submission of the declaration, as well as the fee for additional claims.

11.    (X)    A check in the amount of $970 to cover the basic filing fee is enclosed.

12.    (X)    The Commissioner is hereby authorized to charge only those additional fees which may be required, now or in the future, to avoid abandonment of the application, or credit any overpayment to Deposit Account No. 11-1410. A duplicate copy of this sheet is enclosed.

**NOTE: Where an appropriate time limit under 37 CFR 1.494 or 1.495 has not been met, a petition to revive (37 CFR 1.137(a) or (b)) must be filed and granted to restore the application to pending status.**

SEND ALL CORRESPONDENCE TO:

_Daniel Altman_
Signature

KNOBBE, MARTENS, OLSON & BEAR, LLP
620 Newport Center Drive
Sixteenth Floor
Newport Beach, CA  92660

Daniel E. Altman
Printed Name

34,115
Registration Number

H:\DOCS\JAH\JAH-2218.DOC
031300

6

09/508648

428 Rec'd PCT/PTO   1 3 MAR 2000

## HORMONAL CONTRACEPTIVE PRODUCT

The present invention relates to a hormonal contraceptive product with two hormonal components, the use thereof and a hormonal contraception process.

Since hormonal contraceptives became available in the 1960's, a number of hormonal components have been investigated with regards to their suitability in the most varied administration diagrams. A fundamental subdivision into combination and sequential products is possible.

For example, if the desired cycle time is 28 days, in the case of the known combination products administration takes place over 21 days in a constant or varying absolute and/or relative dosage of a combination of an estrogen product and a gestagen product, in which the estrogen product can e.g. be natural estrogen or synthetic ethinyl estradiol and the taking of the aforementioned 21 daily units is followed by a seven-day interval where there is a withdrawal bleeding simulating natural menstruation.

In the known sequential products, once again for a desired cycle time of 28 days, administration takes place for 7 days of a pure estrogen product and then for 15 days of a combination of an estrogen product and a gestagen product and here again there is then a taking-free period of e.g. 6 days when withdrawal bleeding occurs. It is admittedly already known to bridge the inherent taking intervals of combination and sequential products in the interest of greater taking security by administering within the days in question placebos. However, it has hitherto always been assumed that during the roughly one-week taking interval no hormones of the present type should be administered, in order to ensure a reliable withdrawal bleeding. Only in the case of substitution products in the menopause of older women have hormones been administered throughout the cycle, e.g. in the sequence 10 days estrogen product, 11 days combination of estrogen and gestagen product, 7 days estrogen product, 7 days estrogen product in a particularly low dosage, but said substitution products are unsuitable for ovulation inhibition.

The sequential products used in substitution therapy are in particular unsuitable for contraception because the natural estradiol does not prevent ovulation in the dosage administered and the phase in which gestagen is

- 2 -

administered is too short, being only 11 days. However, in the case of the substitution products, the above-described sequential system guarantees a relatively good cycle control.

German patent 43 08 406 discloses a combination contraceptive product, which comprises one or more stages. At least one stage contains the combination of three components, namely a biogenous estrogen, a synthetic estrogen and a gestagen and the further stages in each case comprise a pharmaceutically unobjectionable placebo or a biogenous or synthetic gestagen, or a bio-genous or synthetic estrogen, or a combination of two components, namely a biogenous estrogen, a synthetic estrogen and a gestagen or a combination of synthetic estrogen and a gestagen.

The description of the above document makes it clear that in the stage concept described therein there is typically a change of state over the period of time. Such a state change can take place in that the composition of the phases forming the stage is modified with respect to the components used and in that only the concentrations of the components used in the phases forming the stage undergo changes.

The problem of the invention is to provide a hormonal contraceptive product, which ensures high contraceptive safety or reliability and prevents inter-menstrual bleeding. There is also to be a further reduction in the side effects otherwise observed in hormonal contraceptive products.

According to the invention this problem is solved by a hormonal contra-ceptive product having two hormonal components, the agent comprising for continuous, combined administration a first hormonal component comprising at least one gestagen and a second hormonal component comprising at least one estrogen.

The problem is also solved by a hormonal contraception process, in which an a product, which comprises at least one first hormonal component, which comprises at least one gestagen, and a second hormonal component comprising at least one estrogen is continuously administered.

3

- 3 -

According to another aspect of the invention the product according to the invention is used for inhibiting ovulation.

According to a further aspect of the invention the product according to the invention is used for the treatment and/or prophylaxis of breast tumours.

According to another embodiment the invention proposes that gestagen as the first hormonal component is chosen from the group comprising progesterone, chlormadinone acetate, norethisterone acetate, cyproterone acetate, desogestrel, levenorgestrel, other natural and/or synthetic gestagens, antigestagens and hormonal analogs with gestagen or antigestagen action, as well as hormonal compounds which rapidly split off at least one gestagen following taking.

In the product according to the invention, the estrogen as the second hormonal component can be selected from the group comprising synthetic estrogens, biogenous estrogens, antiestrogens and hormonal analogs with estrogen or antiestrogen action.

In a preferred embodiment the synthetic estrogen is selected from the group comprising ethinyl estradiol, mestranol and the like, as well as hormonal compounds rapidly splitting off at least one synthetic estrogen following taking.

In particularly preferred manner the synthetic estrogen is ethinyl estradiol.

In preferred embodiments the daily administered ethinyl estradiol quantity is 1 to 20 µg. In particularly preferred manner, the daily adminstered ethinyl estradiol quantity is 5 to 10 µg.

According to the invention the biogenous estrogen is selected from the group comprising estradiol, estriol, estrone, estrane, etc., as well as hormonal compounds rapidly splitting off at least one biogenous estrogen after taking.

According to an embodiment the estradiol comprises 17-α-estradiol and/or 17-β-estradiol.

- 4 -

According to another embodiment the daily administered biogenous estrogen quantity in the case of estradiol, particularly $\alpha$ and $\beta$-estradiol, is 0.1 to 2 mg and in the case of conjugate estrogens 0.05 to 0.5 mg.

In an embodiment the product according to the invention can be administered orally.

In an alternative embodiment the product according to the invention can be administered transdermally.

In a second alternative embodiment the product according to the invention can be administered intravaginally.

In a third alternative embodiment the product according to the invention can be in depot injection form.

In a fourth alternative embodiment the product according to the invention can be administered as a hormonal implant.

Finally, the daily units in each case comprising both hormonal components, are placed in spatially separated and individually removable manner in a packaging unit.

In an embodiment of the process according to the invention the first hormonal component can be administered in combination with the second hormonal component.

In another embodiment of the process according to the invention the product according to the invention is administered.

The invention is based on the surprising finding that as a result of the continuous, combined administration of a product comprising two hormonal components, namely a first hormonal component comprising at least one gestagen and a second hormonal component comprising at least one estrogen, a high contraceptive reliability can be achieved.

5

- 5 -

In accordance with modern opinion, estrogens are not understood to cover steroid molecules, which preferably evolve their action in that they in different ways exert a biological effect at different cell locations in different organs. Estrogens can act (1) on the cellular membrane, (2) intracellular, cytoplasmic proteins and (3) specific nuclear receptors. It has recently become known that besides the standard estrogen receptor type 1 there is a second estrogen receptor type 2, whose organ distribution is different from that of the estrogen receptor type 1.

Thus, the above definition also covers the compounds known as "designer hormones", which have the aforementioned characteristics.

Thus, biogenous estrogens are steroid molecules, which evolve an estrogen-like action on the membrane, cytoplasmic proteins and nuclear receptors for hydrophobic ring substances and consequently trigger biological effects corresponding to a hydrophobic steroid ring structure able to initiate an estrogen-like action in cells, organs and the complete organism.

The term biogenous estrogens also covers those estrogens which are produced by the human body and consequently include endogenic estrogens. The biogenous estrogens used in specific embodiments of the product according to the invention are typically those which are chemically synthesized. However, it is fundamentally also possible to use compounds isolated from an organism.

Biogenous estrogens also cover conjugate, biogenous estrogens such as e.g. estradiol valerate and estrone sulphate.

The term antiestrogens is here understood to mean hydrophobic ring structure substances and other substances able to specifically and selectively counteract the above-described estrogen action on cells, organs or the overall organism.

Continuous administration is here understood to mean an administration uninterrupted over the use period, in which there are no hormonal component taking-free intervals. This means that there is no interruption of the administration of the product by administering placebos in place of the .

CO 0500 • CO 3483 CO 50960

6

- 6 -

hormonal product. Thus, over the administration period typically lasting
several months to years there are no changes to the fundamental composition
of the hormonal components. Instead over the entire administration period
the hormonal components forming the hormonal product according to the inven-
tion are administered uninterrupted and unchanged with no modification to
the concentration. However, it is conceivable for the concentration of
estrogen, understood in the full breadth of the concept defined here, and
gestagen, also understood in the full breadth of the term defined here,
can be changed for older women compared with younger women. This can also
take place in such a way that over the continuous administration period
initially there is a start with a specific composition and this is then
adapted over a period of weeks, months and years to the changed biological
needs of the women through the administration of a subsequent product, but
which also comprises a product according to the present invention.

As a result of the continuous administration of said hormonal components
it is ensured that the natural hormonal processes taking place in the female
organism do not interrupt the contraceptive security.

As a result of the estrogen component, respectively by specific action of
hydrophobic ring substances with an estrogen-like action, there can be a
suppression of gonadotropins. This is desirable. The resulting suppression
of the ovarial function is compensated by an adequate substitution of
estrogen action. This prevents the development of osteoporosis, the favour-
able vascular effects of estrogens are maintained and there is no unfavour-
able influence to the lipid metabolism. By interrupting the cycle-dependent
instability in the hormone system, the premenstrual syndrome can be favour-
ably influenced. In addition, the physiological equilibrium of the coagul-
ation system is not disturbed, because the unstable equilibrium in which the
coagulation system occurs is not activated and deactivated by the up and
down of hormone fluctuations. Thus, the hormonal product according to the
invention is particularly suitable for women aged more than 40, where the
risk of circulatory disturbances is known to increase with increasing age.
There is also a reduction in the thrombosis risk, which has of late acquired
considerable significance in contraceptive therapy.

7

- 7 -

It has surprisingly also been found that on administering the product accor-
ding to the invention there is a reliable continuous suppression of the
menstrual cycle and menstruation in the case of a very low dosage.  Without
wishing to be bound by this explanation, the combination of the two indic-
ated hormonal components and in particular the low estrogen dosage would
appear to be suitable for eliminating the otherwise conventional side
effects of ethinyl estradiol and to drop below the administrations of more
than 15 μg of ethinyl estradiol otherwise considered typically necessary in
prior art contraceptives.

The low dosage of the two hormonal components and in particular the estrogen
component is made possible by the additive action of the two hormonal com-
ponents, without there being any limitation to the action of the product
according to the invention with respect to its contraceptive and ovulation-
inhibition properties.

The ovulation inhibition and menstrual cycle suppression reliably ensured
by the product according to the invention is of great significance for
certain patients, such as e.g. for top sports women, dancers and business
women, who wish to exclude any reduction in their physical, intellectual
and emotional efficiency as a result of the menstrual cycle.  As a result of
the combined, continuous administration of the two hormonal components of
the product according to the invention it is possible to administer the same
either orally, transdermally, intravaginally, by depot injections or hormone
implants.  Here again the advantages observed for the particular administra-
tion forms are obtained.

Possible oral administration forms are all the forms known from the prior
art such as e.g. tablets, dragees, pills or capsules, which are produced
using conventional adjuvants and carrier substances.

In the transdermal administration of the product according to the invention
the two hormonal components forming the product can e.g. be applied to a
plaster or also can be applied by transdermal, therapeutic systems and are
consequently supplied to the organism.  For example an already prepared
combination of the two hormonal components or the latter individually can be

13

- 8 -

introduced into such a system, which is based on ionotherapy or diffusion or optionally a combination of these effects.

In the case of oral administration it has proved appropriate to place the daily units, which in case comprise a combination of the two hormonal components, in a spatially separated and individually removable manner in a packaging unit, so that it is easy to check whether the typically daily taken, oral administration form has in fact been taken. It is important to ensure that there are no taking-free days. Depot injections can be administered at 1 to 6 months or longer intervals. Hormonal implants contain both hormonal components and deliver the same over a period of preferably 3 to 6 months.

When using the product according to the invention it has surprisingly been found that the treatment and/or prophylaxis of breast tumours is possible. The latest breast cancer risk research has revealed that mutations, which can be hereditary or acquired, occur in certain risk genes. Modern cancer therapy assumes that a cancerogenic mutation is present on one of the two allels of a gene which is initially controlled by the other, healthy allel. If a further mutation occurs in a specific organ cell on the second allel, then uncontrolled, malignant growth can occur.

Mutations on the second allel particularly frequently occur in given phases of the cell cycle, namely in the G1 phase. Every four weeks the menstrual cycle drives the breast cell in a cell cycle, "opens" the genome for mutations, which are either repaired or apoptotically "removed". Under the conditions of the conventional combined or sequential contraception treatment a women can have 500 to 700 cycles over her life span, whereas under natural conditions a women has a maximum of 20 to 30 cycles. Thus, in an unusually frequently number of cell cycles over in each case 8 days a considerable mutation risk is introduced into the stimulated breast tissue. If the menstrual cycle is suppressed, as is possible with the product according to the invention, the breast cells are brought into a "rest phase" and it is scientifically ensured that in the rest phase less cancerogenic mutations are introduced into a tissue than in a stimulated tissue. This reduces by a multiple mutagenesis, i.e. the breast cancer risk.

9

- 9 -

The aforementioned use of the product according to the invention for the treatment and/or prophylaxis of breast cancers is in particular associated with special advantages if the users of the product are high-risk subjects, such as e.g. those with a high family breast cancer risk.

The quantity of administered gestagens and estrogens substantially corresponds to the quantity of comparable prior art products.  The examples provide further information concerning the quantities to be administered daily of the different compounds forming the first and/or second hormonal components.

The invention is explained in greater detail hereinafter relative to examples revealing further features, advantages and embodiments of the present invention.

Example 1

For contraceptive treatment use was made of a product which per daily unit in table form contained 5 μg of ethinyl estradiol and 2 mg of norethisterone acetate.  It is noteworthy that norethisterone acetate can be used in a concentration range of 0.5 to 5 mg.  The product was administered for 9 months and revealed a very good contraceptive reliability whilst completely suppressing the menstrual cycle with no side effects.  Within the framework of the present investigation it was ensured that the test persons took the product daily, i.e. without any taking interval, over the entire aforementioned time period.

Example 2

For contraceptive treatment use was made of a product which per daily unit in table form contains 0.5 mg of estriol and 2 mg of chlormadinone acetate. It is noteworthy that estriol can be used in a concentration range of 0.5 to 3 mg and chlormadinone acetate in a concentration range of 0.75 to 5 mg. The product was administered for 12 months without any taking interval.  The mode of action corresponded to that of example 1.

*10*

- 10 -

### Example 3

For contraceptive treatment use was made of a product which in each daily unit in tablet form contained 0.5 mg of estradiol valerate and 2 mg of lynestrenol. It is noteworthy that estradiol valerate can be used in a concentration range of 0.5 to 5 mg and lynestrenol in a concentration range of 0.5 to 4.5 mg. The product was administered for 12 months without any taking interval. The mode of action corresponded to that of example 1.

### Example 4

For contraceptive treatment use was made of a product containing per daily unit in tablet form 7.5 µg of ethinyl estradiol and 75 ug of desogestrel. It is noteworthy that desogestrel can be used in a concentration range of 50 to 200 µg. The product was administered for 12 months without any taking interval. The mode of action corresponded to that of example 1.

### Example 5

For contraceptive treatment use was made of a product containing per daily unit in tablet form 20 mg of tamoxifen and 2 mg of lutenyl. It is noteworthy that tamoxifen can be used in a concentration range of 10 to 50 mg and lutenyl in a concentration range of 1 to 5 mg. This product is preferably suitable for contraception in women with a family breast cancer risk. The product was administered for 12 months without any taking interval and the mode of action corresponded to that of example 1.

### Example 6

For contraceptive treatment use was made of a product containing per daily unit in tablet form 50 mg of raloxifen and 2.5 mg of medroxyprogesterone acetate (MPA). It is noteworthy that raloxifen can be used in a concentration range of 30 to 100 mg and medroxyprogesterone acetate in a concentration range of 2 to 10 mg. This combination is preferably suitable for women with a family breast cancer risk and young women who have suffered breast cancer. The product was administered for 12 months without any

16

- 11 -

taking interval and the mode of action corresponded to that of example 1.

Example 7

For contraceptive treatment use was made of an agent containing per daily unit in tablet form 10 µg of ethinyl estradiol and tibolone in a daily concentration of 2 mg. It is noteworthy that tibolone can be used with a concentration of 1 to 10 mg. The product was administered without any taking interval for 12 months and the mode of action corresponded to that of example 1.

Example 8

For contraceptive treatment use was made of a product containing per daily unit in tablet form 10 µg of ethinyl estradiol and as the antiestrogen substance Ro486 in a concentration of 2.5 mg. It is noteworthy that Ro486 can be used in a concentration range of 1 to 7.5 mg. The product was administered without any taking interval over a period of 12 months and the mode of action corresponded to that of example 1.

The features of the invention described in the description and claims can be essential individually and in random combination for the implementation of the different embodiments of the invention.

12

17

# MISSING PAGE(S) FROM THE

# U.S. PATENT OFFICE

# OFFICIAL FILE WRAPPER

App - pages 12 to 14

Patent Imaging Corporation
*Patent Legal and Scientific Information Service*
2001 Jefferson Davis Highway
Crystal Plaza One, Suite 600
Arlington, VA 22202-3610
(703) 553-0000

18

Art. 34

- 12 -
- 15 -



NEW CLAIMS

add Cl

1. Product for hormonal contraception with two hormonal components, characterized in that the product comprises a first hormonal component comprising at least one gestagen and a second hormonal component comprising at least one estrogen, for continuous, combined administration and as a result of the continuous, combined administration of both hormonal components the menstrual cycle is suppressed.

2. Product according to claim 1, characterized in that the gestagen as the first hormonal component is selected from the group comprising progesterone, chlormadinone acetate, norethisterone acetate, cyproterone acetate, desogestrel, levonorgestrel, other natural and/or synthetic gestagens, antigestagens and hormone analogs with gestagen or antigestagen action, as well as hormonal compounds, which rapidly split off at least one gestagen after taking.

3. Product according to claim 1 or 2, characterized in that the estrogen as the second hormonal component is selected from the group comprising synthetic estrogens, biogenous estrogens, antiestrogens and hormone analogs with estrogen or antiestrogen action.

4. Product according to claim 3, characterized in that the synthetic estrogen is selected from the group comprising ethinyl estradiol, mestranol, etc., as well as hormonal compounds which rapidly split off at least one synthetic estrogen after taking.

5. Product according to claim 4, characterized in that the synthetic estrogen is ethinyl estradiol.

6. Product according to claim 5, characterized in that the daily administered ethinyl estradiol quantity is 1 to 20 μg.

7. Product according to claim 6, characterized in that the daily administered ethinyl estradiol quantity is 5 to 10 μg.

8. Product according to one of the claims 3 to 7, characterized in that the biogenous estrogen is selected from the group comprising estradiol, estriol,

09508648.050500

19

- 16 -

estrone, estrane, etc., as well as hormonal compounds, which rapidly split off at least one biological estrogen after taking.

9.  Product according to claim 8, characterized in that the estradiol comprises 17-α-estradiol and/or 17-β-estradiol.

10. Product according to one of the claims 3 to 9, characterized in that the daily administered biogenous estrogen quantity in the case of estradiol, particularly α and β-estradiol, is 0.1 to 2 mg and in the case of conjugate estrogens 0.05 to 0.5 mg.

11. Product according to one of the claims 1 to 10 for oral administration.

12. Product according to one of the claims 1 to 10 for transdermal administration.

13. Product according to one of the claims 1 to 10 for intravaginal administration.

14. Product according to one of the claims 1 to 10 for administration as a depot injection.

15. Product according to one of the claims 1 to 10 for administration as a hormone implant.

16. Product according to one of the claims 1 to 15, characterized in that the daily units, in each case comprising both hormonal components, are placed in spatially separated, individually removable manner in a packaging unit.

17. Use of the product according to one of the claims 1 to 16 for ovulation inhibition.

18. Use of the product according to one of the claims 1 to 16 for the treatment and/or prophylaxis of breast tumours.

20

- 16 -
17

19. Process for hormonal contraception, characterized in that continuous administration takes place of a product comprising at least one first hormonal component comprising at least one gestagen and a second hormonal component comprising at least one estrogen.

20. Process according to claim 19, characterized in that the first hormonal component is administered in combination with the second hormonal component.

21. Process according to claim 19 or 20, characterized in that a product according to one of the claims 1 to 16 is administered.

WELTORGANISATION FÜR GEISTIGES EIGENTUM
Internationales Büro

# PCT

## INTERNATIONALE ANMELDUNG VERÖFFENTLICHT NACH DEM VERTRAG ÜBER DIE INTERNATIONALE ZUSAMMENARBEIT AUF DEM GEBIET DES PATENTWESENS (PCT)

| | | | |
|---|---|---|---|
| (51) Internationale Patentklassifikation [6] : **A61K 31/565, 31/57** | | **A3** | (11) Internationale Veröffentlichungsnummer: **WO 99/12531** |
| | | | (43) Internationales Veröffentlichungsdatum: 18. März 1999 (18.03.99) |

(21) Internationales Aktenzeichen: PCT/DE98/02636

(22) Internationales Anmeldedatum: 3. September 1998 (03.09.98)

(30) Prioritätsdaten:
197 39 916.9     11. September 1997 (11.09.97)     DE

(71)(72) Anmelder und Erfinder: HESCH, Rolf–Dieter [DE/DE]; Alpsteinweg 8, D–78464 Konstanz (DE).

(74) Anwalt: GODDAR, Heinz; Boehmert & Boehmert, Hollerallee 32, D–28209 Bremen (DE).

(81) Bestimmungsstaaten: AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, CA, CH, CN, CU, CZ, DK, EE, ES, FI, GB, GE, GH, GM, HR, HU, ID, IL, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MD, MG, MK, MN, MW, MX, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, UA, UG, US, UZ, VN, YU, ZW, ARIPO Patent (GH, GM, KE, LS, MW, SD, SZ, UG, ZW), eurasisches Patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), europäisches Patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI Patent (BF, BJ, CF, CG, CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG).

**Veröffentlicht**
*Mit internationalem Recherchenbericht.*
*Vor Ablauf der für Änderungen der Ansprüche zugelassenen Frist. Veröffentlichung wird wiederholt falls Änderungen eintreffen.*

(88) Veröffentlichungsdatum des internationalen Recherchenberichts: 23. September 1999 (23.09.99)

(54) Title: HORMONAL CONTRACEPTIVE

(54) Bezeichnung: MITTEL ZUR HORMONALEN KONTRAZEPTION

(57) Abstract

The invention relates to a hormonal contraceptive with two hormonal components. The contraceptive comprises at least one gestagen and a second hormonal component containing at least one oestrogen, for continuous and combined administration. The inventive contraceptive guarantees high contraceptive efficiency and reliable suppression of the menstrual cycle.

(57) Zusammenfassung

Die Erfindung betrifft ein Mittel zur hormonalen Kontrazeption mit zwei Hormonkomponenten, wobei das Mittel eine erste Hormonkomponente, die mindestens ein Gestagen umfaßt, und eine zweite Hormonkomponente, die mindestens ein Estrogen umfaßt, zur kontinuierlichen und kombinierten Verabreichung umfaßt. Das erfindungsgemäße Mittel gewährleistet eine hohe kontrazeptive Sicherheit und zuverlässige Unterdrückung des Menstruationszyklus.

## PCT

WELTORGANISATION FÜR GEISTIGES EIGENTUM
Internationales Büro

INTERNATIONALE ANMELDUNG VERÖFFENTLICHT NACH DEM VERTRAG ÜBER DIE
INTERNATIONALE ZUSAMMENARBEIT AUF DEM GEBIET DES PATENTWESENS (PCT)

| (51) Internationale Patentklassifikation [6] : | | (11) Internationale Veröffentlichungsnummer: **WO 99/12531** |
|---|---|---|
| **A61K 31/00** | **A2** | (43) Internationales Veröffentlichungsdatum: 18. März 1999 (18.03.99) |

(21) Internationales Aktenzeichen: PCT/DE98/02636

(22) Internationales Anmeldedatum: 3. September 1998 (03.09.98)

(30) Prioritätsdaten:
197 39 916.9     11. September 1997 (11.09.97)   DE

(71)(72) Anmelder und Erfinder: HESCH, Rolf–Dieter [DE/DE]; Alpsteinweg 8, D–78464 Konstanz (DE).

(74) Anwalt: GODDAR, Heinz; Boehmert & Boehmert, Hollerallee 32, D–28209 Bremen (DE).

(81) Bestimmungsstaaten: AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, CA, CH, CN, CU, CZ, DK, EE, ES, FI, GB, GE, GH, GM, HR, HU, ID, IL, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MD, MG, MK, MN, MW, MX, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, UA, UG, US, UZ, VN, YU, ZW, ARIPO Patent (GH, GM, KE, LS, MW, SD, SZ, UG, ZW), eurasisches Patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), europäisches Patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI Patent (BF, BJ, CF, CG, CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG).

**Veröffentlicht**
*Ohne internationalen Recherchenbericht und erneut zu veröffentlichen nach Erhalt des Berichts.*

(54) Title:  HORMONAL CONTRACEPTIVE

(54) Bezeichnung:  MITTEL ZUR HORMONALEN KONTRAZEPTION

(57) Abstract

The invention relates to a hormonal contraceptive with two hormonal components. The contraceptive comprises at least one gestagen and a second hormonal component containing at least one oestrogen, for continuous and combined administration. The inventive contraceptive guarantees high contraceptive efficiency and reliable suppression of the menstrual cycle.

(57) Zusammenfassung

Die Erfindung betrifft ein Mittel zur hormonalen Kontrazeption mit zwei Hormonkomponenten, wobei das Mittel eine erste Hormonkomponente, die mindestens ein Gestagen umfaßt, und eine zweite Hormonkomponente, die mindestens ein Estrogen umfaßt, zur kontinuierlichen und kombinierten Verabreichung umfaßt. Das erfindungsgemäße Mittel gewährleistet eine hohe kontrazeptive Sicherheit und zuverlässige Unterdrückung des Menstruationszyklus.

23

WO 99/12531                                    PCT/DE98/02636

## Mittel zur hormonalen Kontrazeption

Die vorliegende Erfindung betrifft ein Mittel zur hormona-
len Kontrazeption mit zwei Hormonkomponenten, dessen Ver-
wendung sowie ein Verfahren zur hormonalen Kontrazeption.

Seit Beginn der Verfügbarkeit hormoneller Kontrazeptiva in
den 60er Jahren wurde eine Vielzahl von hormonellen Kom-
ponenten hinsichtlich ihrer Eignung in den verschiedensten
Darreichungsschemata untersucht. Grundsätzlich ist eine
Einteilung in Kombinations- und Sequenzpräparate möglich.

Bei bekannten Kombinationspräparaten wird beispielsweise,
sofern die gewünschte Zyklusdauer 28 Tage beträgt, 21 Tage
lang in konstanter oder wechselnder absoluter und/oder
relativer Dosierung eine Kombination aus einem Estrogen-
präparat und einem Gestagenpräparat verabreicht, wobei das

WO 99/12531                                    PCT/DE98/02636

– 2 –

Estrogenpräparat z.B. natürliches Estrogen oder syntheti-
sches Ethinylestradiol sein kann, und sich an die Einnahme
der vorgenannten 21 Tageseinheiten eine siebentägige Pause
anschließt, in der es zu einer die natürliche Monatsblu-
tung simulierenden Entzugsblutung kommt.

Bei den bekannten Sequenzpräparaten wird, wiederum bei
einer gewünschten Zyklusdauer von 28 Tagen, 7 Tage lang
ein reines Estrogenpräparat und dann 15 Tage lang eine
Kombination aus einem Estrogenpräparat und einem Gestagen-
präparat verabreicht, wobei sich auch hier wieder eine
einnahmefreie Zeit von z.B. 6 Tagen anschließt, in der es
zur Entzugsblutung kommt. Es ist zwar bereits bekannt, die
den Kombinations- und dem Sequenzpräparaten eigenen Ein-
nahmepausen im Interessen einer größeren Einnahmesicher-
heit dadurch zu überbrücken, daß innerhalb der betreffen-
den Tage Placebos verabreicht werden, jedoch ist man bis-
her stets davon ausgegangen, daß während der etwa einwö-
chigen Einnahmepause keine Hormone der hier in Rede ste-
henden Art verabreicht werden dürfen, um eine zuverlässige
Entzugsblutung zu gewährleisten. Lediglich bei Substitu-
tionspräparaten in der Menopause der älteren Frauen hat
man während des Gesamtzyklus Hormone verabreicht, bei-
spielsweise in der Abfolge 10 Tage Estrogenpräparat, 11
Tage Kombination aus Estrogen- und Gestagenpräparat, 7
Tage Estrogenpräparat, 7 Tage Estrogenpräparat in beson-
ders niedriger Dosierung, jedoch sind diese Substitutions-
präparate zur Ovulationshemmung nicht geeignet.

Die bei Substitutionstherapie verwendeten Sequenzpräparate
sind zur Kontrazeption insbesondere deshalb ungeeignet,
weil das natürliche Estradiol in der gegebenen Dosierung
die Ovulation nicht verhindert und die Phase, in der Ge-

**ERSATZBLATT (REGEL 26)**

- 3 -

stagen verabreicht wird, mit nur 11 Tagen zu kurz ist. Die
vorstehend beschriebene sequentielle Anordnung gewährlei-
stet bei den Substitutionspräparaten jedoch eine relativ
gute Zykluskontrolle.

Aus der DE-PS 43 08 406 ist ein Kombinationspräparat zur
Kontrazeption bekannt, welches aus einer oder mehreren
Stufen besteht. Dabei ist vorgesehen, daß mindestens eine
Stufe die Kombination von drei Komponenten, nämlich einem
biogenen Estrogen, einem synthetischen Estrogen und einem
Gestagen enthält und die weiteren Stufen jeweils aus einem
pharmazeutisch unbedenklichen Placebo oder einem biogenen
oder synthetischen Gestagen, oder einem biogenen oder syn-
thetischen Estrogen, oder einer Kombination aus zwei Kom-
ponenten, nämlich einem biogenen Estrogen, einem syntheti-
schen Östrogen und einem Gestagen oder einer Kombination
aus synthetischen Estrogen und einem Gestagen, bestehen.

Aus der Beschreibung der obigen Druckschrift wird ersicht-
lich, daß mit dem darin beschriebenen Stufenkonzept eine
Zustandsänderung typischerweise über die Zeit erfolgt.
Eine derartige Zustandsänderung kann sowohl dergestalt
erfolgen, daß sich die Zusammensetzung der die Stufe aus-
bildenden Phasen hinsichtlich der eingesetzten Komponenten
verändert, als auch dadurch, daß sich lediglich die Kon-
zentrationen der in den die Stufe ausbildenden Phasen ein-
gesetzten Komponenten ändern.

Der Erfindung liegt die Aufgabe zugrunde, ein Mittel zur
hormonalen Kontrazeption bereitzustellen, welches eine
hohe kontrazeptive Sicherheit gewährleistet und Zwischen-
blutungen ausschließt. Weiterhin sollen die ansonsten bei
hormonalen Mitteln zur Kontrazeption beobachteten Neben-

WO 99/12531                    — 4 —                    PCT/DE98/02636

wirkungen weiter reduziert werden.

Erfindungsgemäß wird diese Aufgabe gelöst durch ein Mittel
zur hormonalen Kontrazeption mit zwei Hormonkomponenten,
wobei das Mittel eine erste Hormonkomponente, die mindes-
tens ein Gestagen umfaßt, und eine zweite Hormonkomponen-
te, die mindestens ein Estrogen umfaßt, zur kontinuierli-
chen und kombinierten Verabreichung umfaßt.

Weiterhin wird die Aufgabe noch gelöst durch ein Verfahren
zur hormonalen Kontrazeption, bei welchen ein Mittel, wel-
ches mindestens eine erste Hormonkomponente, die minde-
stens ein Gestagen umfaßt, und eine zweite Hormonkomponen-
te, die mindestens ein Estrogen umfaßt, kontinuierlich
verabreicht wird.

In einem weiteren Aspekt betrifft die Erfindung die Ver-
wendung des erfindungsgemäßen Mittels zur Ovulationshem-
mung.

In einem noch weiteren Aspekt betrifft die Erfindung die
Verwendung des erfindungsgemäßen Mittels zur Behandlung
und/oder Prophylaxe von Tumoren der Brustdrüsen.

In einer weiteren Ausführungsform schlägt die Erfindung
vor, daß das Gestagen als erste Hormonkomponente ausge-
wählt ist aus der Gruppe, die Progesteron, Chlormadinon-
acetat, Norethisteronacetat, Cyproteronacetat, Desoge-
strel, Levonorgestrel, andere natürliche und/oder synthe-
tische Gestagene, Antigestagene und Hormonanaloge mit Ge-
stagen- oder Antigestagenwirkung, sowie Hormonverbindun-
gen, die mindestens ein Gestagen nach Einnahme rasch ab-
spalten, umfaßt.

ERSATZBLATT (REGEL 26)

27

- 5 -

Es kann vorgesehen sein, daß bei dem erfindungsgemäßen
Mittel das Estrogen als zweite Hormonkomponente ausgewählt
ist aus der Gruppe, die synthetische Estrogene, biogene
Estrogene, Antiestrogene und Hormonanaloge mit Estrogen-
oder Antiestrogenwirkung, umfaßt.

In einer bevorzugten Ausführungsform ist das synthetische
Estrogen ausgewählt aus der Gruppe, die Ethinylestradiol,
Mestranol und andere, sowie Hormonverbindungen, die minde-
stens ein synthetisches Estrogen nach Einnahme rasch ab-
spalten, umfaßt.

Ganz besonders bevorzugt ist dabei, wenn das synthetische
Estrogen Ethinylestradiol ist.

In bevorzugten Ausführungsformen kann vorgesehen sein, daß
die täglich verabreichte Menge an Ethinylestradiol 1 bis
20 $\mu$g beträgt.

Insbesondere ist bevorzugt, daß die täglich verabreichte
Menge an Ethinylestradiol 5 bis 10 $\mu$g beträgt.

Gemäß der Erfindung kann vorgesehen sein, daß das biogene
Estrogen ausgewählt ist aus der Gruppe, die Estradiol,
Estriol, Estron, Estran und andere, sowie Hormonverbindun-
gen, die mindestens ein biogenes Estrogen nach Einnahme
rasch abspalten, umfaßt.

In einer Ausführungsform ist vorgesehen, daß Estradiol 17-
$\alpha$-Estradiol und/oder 17-$\beta$-Estradiol umfaßt.

In einer weiteren Ausführungsform kann vorgesehen sein,
daß die täglich verabreichte Menge an biogenem Estrogen im

ERSATZBLATT (REGEL 26)

28

WO 99/12531                                          PCT/DE98/02636

- 6 -

Falle von Estradiol, insbesondere α- und β-Estradiol, 0,1
bis 2 mg und im Falle konjugierter Estrogene 0,05 bis 0,5
mg beträgt.

In einer Ausführungsform kann das erfindungsgemäße Mittel
zur oralen Verabreichung vorgesehen sein.

In einer alternativen Ausführungsform kann das erfindungs-
gemäße Mittel zur transdermalen Verabreichung vorgesehen
sein.

In einer zweiten alternativen Ausführungsform kann das
erfindungsgemäße Mittel zur intravaginalen Verabreichung
vorgesehen sein.

In einer dritten alternativen Ausführungsform kann das
erfindungsgemäße Mittel als Depot-Injektion vorgesehen
sein.

In einer vierten alternativen Ausführungsform kann das
erfindungsgemäße Mittel zur Verabreichung als Hormonim-
plantat vorgesehen sein.

Schließlich kann vorgesehen sein, daß Tageseinheiten, die
jeweils beide Hormonkomponenten umfassen, räumlich ge-
trennt und einzeln entnehmbar in einer Verpackungseinheit
angeordnet sind.

In einer Ausführungsform des erfindungsgemäßen Verfahrens,
kann vorgesehen sein, daß die erste Hormonkomponente kom-
biniert mit der zweiten Hormonkomponente verabreicht wird.

In einer weiteren Ausführungsform des erfindungsgemäßen

**ERSATZBLATT (REGEL 26)**

29

WO 99/12531                                    PCT/DE98/02636

- 7 -

Verfahrens kann schließlich vorgesehen sein, daß das er-
findungsgemäße Mittel verabreicht wird.

Der Erfindung liegt die überraschende Erkenntnis zugrunde,
daß durch kontinuierliche und kombinierte Verabreichung
eines Mittels bestehend aus zwei Hormonkomponenten, näm-
lich einer ersten Hormonkomponente, die mindestens ein
Gestagen umfaßt, und einer zweiten Hormonkomponente, die
mindestens ein Estrogen umfaßt, eine hohe kontrazeptive
Sicherheit erreicht werden kann.

Unter Estrogenen sollen gemäß der heutigen Auffassung
hierin Steroidmoleküle verstanden sein, die ihre Wirkung
vorzugsweise dadurch entfalten, daß sie an verschiedenen
Zellorten in verschiedenen Organen in unterschiedlicher
Weise biologische Wirkung ausüben. Estrogene können wirken
an (1) der Zellmembran, (2) intrazellulären zytoplasmati-
schen Proteinen und (3) an spezifischen Zellkernrezepto-
ren. In jüngster Zeit ist bekannt geworden, daß neben dem
klassischen Estrogenrezeptortyp 1 ein zweiter Estrogenre-
zeptortyp 2 beschrieben wurde, dessen Organverteilung an-
ders ist als die des Estrogenrezeptortyp 1.

Die vorgenannte Definition umfaßt somit auch jene als "De-
signerhormone" bezeichneten Verbindungen, die die vorge-
nannten Eigenschaften aufweisen.

Biogene Estrogene sind demzufolge Steroidmoleküle, die
eine estrogenartige Wirkung an der Membran, an zytoplasma-
tischen Proteinen und an Kernrezeptoren für hydrophobe
Ringsubstanzen entfalten und dadurch biologische Wirkungen
auslösen, die einer hydrophoben Steroidringstruktur ent-
sprechen, die estrogenartige Wirkung in Zellen, Organen

ERSATZBLATT (REGEL 26)

- 8 -

und dem Gesamtorganismus auszulösen in der Lage sind.

Unter biogenen Estrogenen sollen darüber hinaus auch sol-
che Estrogene verstanden werden, die vom menschlichen Kör-
per erzeugt werden und umfassen somit körpereigene Estro-
gene. Die in bestimmten Ausführungsformen des erfindungs-
gemäßen Mittels verwendeten biogenen Estrogene sind typi-
scherweise solche, die chemisch synthetisiert werden.
Grundsätzlich ist jedoch auch die Verwendung derartiger,
aus einem Organismus isolierter Verbindungen möglich.

Desweiteren sollen unter biogenen Estrogenen hierin auch
konjugierte biogene Estrogene wie beispielsweise Estra-
diolvalerat und Estronsulfat verstanden werden.

Unter Antiestrogenen sollen hierin hydrophobe Ringstruk-
tursubstanzen und andere Substanzen, die der vorbeschrie-
benen Estrogenwirkung wiederum an Zellen, Organen oder im
Gesamtorganismus spezifisch und selektiv entgegenwirken
können, verstanden werden.

Unter kontinuierlicher Verabreichung wird hierin eine über
den Anwendungszeitraum ununterbrochene Verabreichung ver-
standen, bei der keine bezüglich der Hormonkomponenten
einnahmefreien Intervalle vorgesehen sind. Dies bedeutet
auch, daß eine Unterbrechung der Verabreichung des Mittels
durch Gabe von Placebos anstelle des hormonalen Mittels
nicht vorgesehen ist. In der Folge kommt es über die ge-
samte, typischerweise die Zeitspanne mehrerer Monate bis
Jahre umfassenden Verabreichungsdauer zu keinen Verände-
rungen der grundsätzlichen Zusammensetzung der Hormonkom-
ponenten. Vielmehr werden über die gesamte Verabreichungs-
dauer ununterbrochen und unverändert die das erfindungs-

WO 99/12531    PCT/DE98/02636

- 9 -

gemäße hormonale Mittel ausbildenden Hormonkomponenten in
unveränderter Konzentration verabreicht. Denkbar ist je-
doch, daß die Konzentration von dem Estrogen, verstanden
in der gesamten hierin definierten Breite des Begriffs,
und Gestagen, ebenfalls verstanden in der gesamten hierin
definierten Breite des Begriffs, bei älteren Frauen gegen-
über jüngeren verändert wird. Dies kann auch so geschehen,
daß entlang der kontinuierlichen Applikation zunächst mit
einer bestimmten Zusammensetzung begonnen wird und diese
dann im Laufe von Wochen, Monaten und Jahren an die geän-
derten biologischen Bedürfnisse der Frau durch die Appli-
kation eines Folgepräparates angepaßt wird, das jedoch
auch ein Mittel gemäß der vorliegenden Erfindung umfaßt.

Infolge der kontinuierlichen Applikation der genannten
Hormonkomponenten wird gewährleistet, daß die natürlicher-
weise im weiblichen Organismus ablaufenden hormonalen Vor-
gänge die kontrazeptive Sicherheit nicht durchbrechen.

Durch die Estrogen-Komponente respektive durch spezifische
Wirkung von hydrophoben Ringsubstanzen mit estrogenartiger
Wirkung kann es zu einer Suppression der Gonadoprotine
kommen. Dies ist erwünscht. Die daraus resultierende Un-
terdrückung der Ovarialfunktion wird ausgeglichen durch
eine adäquate Substitution von Estrogenwirkung. Damit
kommt es zu einer Verhütung der Entwicklung einer Osteopo-
rose, die günstigen Gefäßwirkungen von Estrogenen bleiben
erhalten, ebenso wird der Lipidstoffwechsel nicht ungün-
stige beeinflußt. Durch Unterbrechung der zyklusabhängigen
Instabilität im Hormonsystem kann das prämenstruelle Syn-
drom günstig beeinflußt werden, darüber hinaus wird die
Homöostase des Gerinnungssystems nicht gestört, da das
labile Gleichgewicht, in welchem sich das Gerin-

- 1o -

nungssystems befindet, nicht durch das Auf und Ab der Hor-
monschwankungen aktiviert und desaktiviert wird. Deshalb
eignet sich das hormonale Mittel nach der Erfindung ins-
besondere auch für Frauen im Alter von mehr als 40 Jahren,
bei denen die Gefahr von Durchblutungsstörungen mit stei-
gendem Alter bekanntlich zunimmt. Ebenso wird die Thrombo-
segefahr, die in jüngster Zeit eine erhebliche Bedeutung
bei der kontrazeptiven Therapie erlangt hat, vermindert.

Überraschenderweise wurde auch festgestellt, daß bei Ver-
abreichung des erfindungsgemäßen Mittels zuverlässig eine
kontinuierliche Unterdrückung des Menstruationszyklus und
der Monatsblutung bei ausgesprochen niedriger Dosierung
möglich ist. Ohne im folgenden darauf festgelegt werden zu
wollen, scheint die Kombination der genannten beiden Hor-
monkomponenten, und insbesondere die geringe Dosierung der
Estrogene darin, geeignet, die sonst üblichen Nebenwirkun-
gen des Ethinylestradiols zu beseitigen und die ansonsten
bei Kontrazeptiva nach dem Stand der Technik typischerwei-
se erforderlichen Gaben von mehr als 15 $\mu$g Ethinylestra-
diol zu unterschreiten.

Die niedrige Dosierung der beiden Hormonkomponenten, und
insbesondere der Estrogenkomponente, wird durch die addi-
tive Wirkung der beiden Hormonkomponenten ermöglicht, ohne
daß es zu einer Beeinträchtigung der Wirkung des erfin-
dungsgemäßen Mittels hinsichtlich seiner kontrazeptiven
sowie ovulationshemmenden Eigenschaften kommt.

Die durch das erfindungsgemäße Mittel zuverlässig gewähr-
leistete Ovulationshemmung und Unterdrückung des Menstrua-
tionszyklus ist für bestimmte Patientinnen von großer Be-
deutung, wie z.B. für Spitzensportlerinnen, Tänzerinnen,

33

- 11 -

und Geschäftsfrauen, die die Beeinträchtigung ihrer kör-
perlichen, geistigen sowie emotionalen Leistungsfähigkeit
durch den Menstruationszyklus ausschließen wollen. Infolge
der kombinierten und kontinuierlichen Verabreichung der
beiden Hormonkomponenten des erfindungsgemäßen Mittels ist
es möglich, dieses entweder oral, transdermal, intravagi-
nal, durch Depot-Injektionen oder Hormonimplantate, zu
verabreichen. Dabei können auch im vorliegenden Fall die
für die jeweiligen Applikationsformen beobachteten Vortei-
le realisiert werden.

Als orale Darreichungsformen sind alle im Stand der Tech-
nik bekannten Formen wie beispielsweise Tabletten, Dra-
gees, Pillen oder Kapseln möglich, die unter Verwendung
der üblichen Hilfs- und Trägerstoffe hergestellt werden.

Bei der transdermalen Verabreichung des erfindungsgemäßen
Mittels können die beiden das Mittel ausbildenden Hormon-
komponenten beispielsweise auf ein Pflaster aufgebracht
werden oder auch mittels transdermaler therapeutischer
Systeme appliziert und somit dem Organismus zugeführt wer-
den, wobei beispielsweise eine bereits vorgefertigte Kom-
bination der beiden Hormonkomponenten oder diese einzeln
in ein derartiges System eingebracht werden, welches auf
Iontophorese oder Diffusion oder ggf. einer Kombination
dieser Effekte beruht.

Für den Fall der oralen Applikation hat es sich als sinn-
voll erwiesen, daß Tageseinheiten, die jeweils eine Kombi-
nation der beiden Hormonkomponenten umfassen, räumlich
getrennt und einzeln entnehmbar in einer Verpackungsein-
heit angeordnet sind, so daß eine leichte Kontrolle mög-
lich ist, ob tatsächlich die typischerweise tageweise ein-

ERSATZBLATT (REGEL 26)

34

WO 99/12531                                        PCT/DE98/02636

— 12 —

zunehmende orale Zubereitungsform bereits eingenommen wurde oder nicht. Wichtig ist dabei, daß gewährleistet wird, daß keine einnahmefreien Tage auftreten können. Depot-Injektionen können im Abstand von 1 bis 6 Monaten oder noch länger appliziert werden; Hormonimplantate enthalten die beiden Hormonkomponenten und geben diese über die Dauer von vorzugsweise 3 bis 6 Monaten ab.

Bei der Anwendung des erfindungsgemäßen Mittels hat sich dabei weiterhin überraschend gezeigt, daß die Behandlung und/oder Prophylaxe von Tumoren der Brustdrüsen möglich ist. Es ist eine Erkenntnis der jüngsten Risikoforschung für Brustkrebs, daß dieser sich dadurch einstellt, daß in bestimmten Risikogenen Mutationen auftreten, die angeboren oder erworben sein können. Die moderne Krebstherapie geht davon aus, daß auf einem der beiden Allele eines Gens eine krebsauslösende Mutation vorhanden ist, die zunächst von dem anderen gesunden Allel noch kontrolliert wird. Kommt es auch auf dem zweiten Allel im Laufe des Lebens zu einer weiteren Mutation in einer bestimmten Organzelle, so kann diese zum unkontrollierten, bösartigen Wachstum überführt werden.

Mutationen auf dem zweiten Allel treten besonders häufig zu bestimmten Phasen des Zellzyklus auf, nämlich in der sogenannten G1-Phase. Der Menstruationszyklus treibt die Brustzelle alle vier Wochen in einen Zellzyklus, "öffnet" das Genom für Mutationen, die entweder repariert oder apoptotisch "abgeräumt" werden. Unter den Bedingungen der klassischen kombinierten oder sequentiellen Kontrazeptionsbehandlung kann eine Frau 500 bis 700 Zyklen im Laufe ihres Lebens haben, während unter Naturbedingungen eine Frau maximal 20 bis 30 Zyklen hat. Damit wird in einer

- 13 -

ungewöhnlich häufigen Anzahl von Zellzyklen über jeweils 8
Tage hinweg ein erhebliches Mutationsrisiko in das stimu-
lierte Brustdrüsengewebe hineingetragen. Unterdrückt man
den Menstruationszyklus, wie dies mit dem erfindungsgemä-
ßen Mittel möglich ist, so bringt man die Brustzellen in
eine "Ruhephase" und es ist wissenschaftlich gesichert,
daß in der Ruhephase weniger Krebs auslösende Mutationen
in ein Gewebe hineinkommen, als in einem stimulierten Ge-
webe. Dadurch wird die Mutagenese, d.h. das Brustkrebsri-
siko, um ein Vielfaches verringert.

Die vorgenannte Verwendung des erfindungsgemäßen Mittels
zur Behandlung und/oder Prophylaxe von Tumoren der Brust-
drüsen ist insbesondere dann mit ganz besonderen Vorteilen
verbunden, wenn es sich bei den Anwenderinnen des Mittels
um Risikoträgerinnen, wie beispielsweise solche mit fami-
liären Brustdrüsenkrebsrisiko, handelt.

Die Menge der verabreichten Gestagene und Estrogene ent-
spricht im wesentlichen der Menge vergleichbarer Präparate
nach dem Stand der Technik. Weitere Angaben betreffend die
- täglich - zu verabreichenden Mengen verschiedener, die
erste bzw. zweite Hormonkomponente ausbildender Verbindun-
gen finden sich in den Beispielen.

Nachstehend wird die Erfindung anhand von Ausführungsbei-
spielen weiter erläutert, aus denen sich weitere Merkmale,
Vorteile und Ausführungsformen der vorliegenden Erfindung
ergeben.

- 14 -

**Beispiel 1:**

Zur kontrazeptiven Behandlung wurde ein Mittel verwendet,
welches pro in Tablettenform vorliegender Tageseinheit 5
µg Ethinylestradiol und 2 mg Norethisteronacetat enthielt.
Dabei ist beachtlich, daß Norethisteronacetat in einem
Konzentrationsbereich von 0,5-5 mg zur Anwendung gelangen
kann. Das Mittel wurde über 9 Monate verabreicht und zeig-
te eine sehr gute kontrazeptive Sicherheit unter vollstän-
diger Unterdrückung des Menstruationszyklus und praktisch
keine Nebenwirkungen. Im Rahmen der hier vorgestellten
Untersuchung wurde sichergestellt, daß die Probandinnen
das Mittel täglich, d.h. ohne Einnahmepause, über den ge-
sammten obengenannten Zeitraum einnahmen.

**Beispiel 2:**

Zur kontrazeptiven Behandlung wurde ein Mittel verwendet,
welches pro in Tablettenform vorliegender Tageseinheit 0,5
mg Estriol und 2 mg Chlormadinonacetat enthielt. Dabei ist
beachtlich, daß Estriol in einem Konzentrationsbereich von
0,5 bis 3 mg und Chlormadinonacetat in einem Konzentra-
tionsbereich von 0,75-5 mg zur Anwendung gelangen kann.
Das Mittel wurde ohne Einnahmepause über 12 Monate verab-
reicht. Die Wirkungsweise entsprach derjenigen von Bei-
spiel 1.

**Beispiel 3:**

Zur kontrazeptiven Behandlung wurde ein Mittel verwendet,
welches pro in Tablettenform vorliegender Tageseinheit 0,5
mg Estradiolvalerat und 2 mg Lynestrenol enthielt. Dabei
ist beachtlich, daß Estradiolvalerat in einem Konzentra-

ERSATZBLATT (REGEL 26)

- 15 -

tionsbereich von 0,5-5 mg und Lynestrenol in einem Konzen-
trationsbereich von 0,5-4,5 mg zur Anwendung gelangen
kann. Das Mittel wurde ohne Einnahmepause über 12 Monate
verabreicht. Die Wirkungsweise entsprach derjenigen von
Beispiel 1.

Beispiel 4:

Zur kontrazeptiven Behandlung wurde ein Mittel verwendet,
welches pro in Tablettenform vorliegender Tageseinheit 7,5
µg Ethinylestradiol und 75 µg Desogestrel enthielt. Dabei
ist beachtlich, daß Desogestrel in einem Konzentrations-
bereich von 50-200 µg zur Anwendung gelangen kann. Das
Mittel wurde ohne Einnahmepause über 12 Monate verab-
reicht. Die Wirkungsweise entsprach derjenigen von Bei-
spiel 1.

Beispiel 5:

Zur kontrazeptiven Behandlung wurde ein Mittel verwendet,
welches pro in Tablettenform vorliegender Tageseinheit 20
mg Tamoxifen und 2 mg Lutenyl enthielt. Dabei ist beacht-
lich, daß Tamoxifen in einem Konzentrationsbereich von 10-
50 mg und Lutenyl in einem Konzentrationsbereich von 1-5
mg zur Anwendung gelangen kann. Dieses Mittel ist vorzugs-
weise geeignet für eine Kontrazeption bei Frauen mit fami-
liärem Brustdrüsenrisiko. Das Mittel wurde ohne Einnahme-
pause über 12 Monate verabreicht, die Wirkungsweise ent-
sprach derjenigen von Beispiel 1.

Beispiel 6:

Zur kontrazeptiven Behandlung wurde ein Mittel verwendet,

ERSATZBLATT (REGEL 26)

38

- 16 -

welches pro in Tablettenform vorliegender Tageseinheit 50
mg Raloxifen und 2,5 mg Medroxyprogesteronacetat (MPA)
enthielt. Dabei ist beachtlich, daß Raloxifen in einem
Konzentrationsbereich von 30-100 mg und Medroxyprogeste-
ronacetat in einem Konzentrationsbereich von 2-10 mg zur
Anwendung gelangen kann. Dieses Kombination eignet sich
vorzugsweise bei Frauen mit familiärem Brustdrüsenrisiko
und jungen Frauen nach durchgemachten Brustdrüsenkrebs.
Das Mittel wurde ohne Einnahmepause über 12 Monate verab-
reicht, die Wirkungsweise entsprach derjenigen von Bei-
spiel 1.

Beispiel 7:

Zur kontrazeptiven Behandlung wurde ein Mittel verwendet,
welches pro in Tablettenform vorliegender Tageseinheit 10
µg Ethinylestradiol und Tibolon in einer Konzentration von
2 mg täglich enthält. Dabei ist beachtlich, daß Tibolon in
einer Konzentration von 1-10 mg zur Anwendung gelangen
kann. Das Mittel wurde ohne Einnahmepause über 12 Monate
verabreicht. Die Wirkungsweise entsprach derjenigen von
Beispiel 1.

Beispiel 8:

Zur kontrazeptiven Behandlung wurde ein Mittel verwendet,
welches pro in Tablettenform vorliegender Tageseinheit 10
µg Ethinylestradiol enthält und als Antigestagen die Sub-
stanz Ro486 in einer Konzentration von 2,5 mg. Dabei ist
beachtlich, daß Ro486 in einem Konzentrationsbereich von
1-7,5 mg zur Anwendung gelangen kann. Das Mittel wurde
ohne Einnahmepause über 12 Monate verabreicht, die Wirk-
ungsweise entspricht derjenigen von Beispiel 1.

ERSATZBLATT (REGEL 26)

39

WO 99/12531                                              PCT/DE98/02636

– 17 –

Die in der vorstehenden Beschreibung und in den Ansprüchen
offenbarten Merkmale der Erfindung können sowohl einzeln
als auch in beliebiger Kombination für die Verwirklichung
der Erfindung in ihren verschiedenen Ausführungsformen
wesentlich sein.

40

– 18 –

## Ansprüche

1. Mittel zur hormonalen Kontrazeption mit zwei Hormonkomponenten, dadurch gekennzeichnet, daß das Mittel eine erste Hormonkomponente, die mindestens ein Gestagen umfaßt, und eine zweite Hormonkomponente, die mindestens ein Estrogen umfaßt, zur kontinuierlichen und kombinierten Verabreichung umfaßt.

2. Mittel nach Anspruch 1, dadurch gekennzeichnet, daß das Gestagen als erste Hormonkomponente ausgewählt ist aus der Gruppe, die Progesteron, Chlormadinonacetat, Norethisteronacetat, Cyprotheronacetat, Desogestrel, Levonorgestrel, andere natürliche und/oder synthetische Gestagene, Antigestagene und Hormonanaloge mit Gestagen- oder Antigestagen-

- 19 -

wirkung, sowie Hormonverbindungen, die mindestens ein Ge-
stagen nach Einnahme rasch abspalten, umfaßt.

3. Mittel nach Anspruch 1 oder 2, dadurch gekennzeichnet,
daß das Estrogen als zweite Hormonkomponente ausgewählt
ist aus der Gruppe, die synthetische Estrogene, biogene
Estrogene, Antiestrogene und Hormonanaloge mit Estrogen-
oder Antiestrogenwirkung umfaßt.

4. Mittel nach Anspruch 3, dadurch gekennzeichnet, daß das
synthetische Estrogen ausgewählt ist aus der Gruppe, die
Ethinylestradiol, Mestranol und andere, sowie Hormonver-
bindungen umfaßt, die mindestens ein synthetisches Estro-
gen nach Einnahme rasch abspalten.

5. Mittel nach Anspruch 4, dadurch gekennzeichnet, daß das
synthetische Estrogen Ethinylestradiol ist.

6. Mittel nach Ansprüche 5, dadurch gekennzeichnet, daß
die täglich verabreichte Menge an Ethinylestradiol 1 bis
20 µg beträgt.

7. Mittel nach Anspruch 6, dadurch gekennzeichnet, daß die
täglich verabreichte Menge an Ethinylestradiol 5 bis 10 µg
beträgt.

8. Mittel nach einem der Ansprüche 3 bis 7, dadurch ge-
kennzeichnet, daß das biogene Estrogen ausgewählt ist aus
der Gruppe, die Estradiol, Estriol, Estron, Estran und
andere, sowie Hormonverbindungen, die mindestens ein bio-
genes Estrogen nach Einnahme rasch abspalten, umfaßt.

9. Mittel nach Anspruch 8, dadurch gekennzeichnet, daß das

- 20 -

Estradiol 17-α-Estradiol und/oder 17-β-Estradiol umfaßt.

10. Mittel nach einem der Ansprüche 3 bis 9, dadurch ge-
kennzeichnet, daß die täglich verabreichte Menge an bioge-
nem Estrogen im Falle von Estradiol, insbesondere α- und
β-Estradiol, 0,1 bis 2 mg und im Falle konjugierter Estro-
gene 0,05 bis 0,5 mg beträgt.

11. Mittel nach einem der Ansprüche 1 bis 10 zur oralen
Verabreichung.

12. Mittel nach einem der Ansprüche 1 bis 10 zur transder-
malen Verabreichung.

13. Mittel nach einem der Ansprüche 1 bis 10 zur intrava-
ginalen Verabreichung.

14. Mittel nach einem der Ansprüche 1 bis 10 zur Verabrei-
chung als Depot-Injektion.

15. Mittel nach einem der Ansprüche 1 bis 10 zur Verabrei-
chung als Hormonimplantat.

16. Mittel nach einem der Ansprüche 1 bis 15, dadurch ge-
kennzeichnet, daß Tageseinheiten jeweils umfassend beide
Hormonkomponenten räumlich getrennt und einzeln entnehmbar
in einer Verpackungseinheit angeordnet sind.

17. Verwendung des Mittels nach einem der Ansprüche 1 bis
16 zur Ovulationshemmung.

18. Verwendung des Mittels nach einem der Ansprüche 1 bis
16 zur Behandlung und/oder Prophylaxe von Tumoren der

**ERSATZBLATT (REGEL 26)**

43

- 21 -

Brustdrüsen.

19. Verfahren zu hormonalen Kontrazeption, dadurch gekenn-
zeichnet, daß ein Mittel, welches mindestens eine erste
Hormonkomponente, die mindestens ein Gestagen umfaßt, und
eine zweite Hormonkomponente, die mindestens ein Estrogen
umfaßt, kontinuierlich verabreicht wird.

20. Verfahren nach Anspruch 19, dadurch gekennzeichnet,
daß die erste Hormonkomponente kombiniert mit der zweiten
Hormonkomponente verabreicht wird.

21. Verfahren nach Anspruch 19 oder 20, dadurch gekenn-
zeichnet, daß ein Mittel nach einem der Ansprüche 1 bis 16
verabreicht wird.

PCT/DE98/02636

# ᴧTENT COOPERATION TREᴧY

## PCT

### NOTIFICATION OF ELECTION

(PCT Rule 61.2)

From the INTERNATIONAL BUREAU

To:

United States Patent and Trademark
Office
(Box PCT)
Crystal Plaza 2
Washington, DC 20231
ÉTATS-UNIS D'AMÉRIQUE

in its capacity as elected Office

| | |
|---|---|
| **Date of mailing (day/month/year)**<br>23 April 1999 (23.04.99) | |
| **International application No.**<br>PCT/DE98/02636 | **Applicant's or agent's file reference**<br>HM2987PCT |
| **International filing date (day/month/year)**<br>03 September 1998 (03.09.98) | **Priority date (day/month/year)**<br>11 September 1997 (11.09.97) |
| **Applicant**<br>HESCH, Rolf-Dieter | |

1.  The designated Office is hereby notified of its election made:

    [X]  in the demand filed with the International Preliminary Examining Authority on:

    17 March 1999 (17.03.99)

    [ ]  in a notice affecting later election filed with the International Bureau on:



2.  The election   [X]  was

    [ ]  was not

    made before the expiration of 19 months from the priority date or, where Rule 32 applies, within the time limit under
    Rule 32.2(b).

| | |
|---|---|
| **The International Bureau of WIPO**<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | **Authorized officer**<br><br>Yolaine CUSSAC |
| Facsimile No.: (41-22) 740.14.35 | Telephone No.: (41-22) 338.83.38 |

Form PCT/IB/331 (July 1992)

2584402

45

17 A·D
T.

# VERTRAG ÜBER DIE INTERNATIONALE ZUSAMMENARBEIT AUF DEM GEBIET DES PATENTWESENS

RECD  2 6 JAN 2000

WIPO        PCT

# PCT

## INTERNATIONALER VORLÄUFIGER PRÜFUNGSBERICHT

### (Artikel 36 und Regel 70 PCT)

| Aktenzeichen des Anmelders oder Anwalts | WEITERES VORGEHEN | siehe Mitteilung über die Übersendung des internationalen vorläufigen Prüfungsbericht (Formblatt PCT/IPEA/416) |
|---|---|---|
| HM2987PCT | | |
| Internationales Aktenzeichen | Internationales Anmeldedatum (Tag/Monat/Jahr) | Prioritätsdatum (Tag/Monat/Tag) |
| PCT/DE98/02636 | 03/09/1998 | 11/09/1997 |

Internationale Patentclassification (IPK) oder nationale Klassifikation und IPK
A61K31/00

Anmelder
HESCH, Rolf-Dieter

1. Dieser internationale vorläufige Prüfungsbericht wurde von der mit der internationale vorläufigen Prüfung beauftragte Behörde erstellt und wird dem Anmelder gemäß Artikel 36 übermittelt.

2. Dieser BERICHT umfaßt insgesamt  8 Blätter einschließlich dieses Deckblatts.

   ☒ Außerdem liegen dem Bericht ANLAGEN bei; dabei handelt es sich um Blätter mit Beschreibungen, Ansprüchen und/oder Zeichnungen, die geändert wurden und diesem Bericht zugrunde liegen, und/oder Blätter mit vor dieser Behörde vorgenommenen Berichtigungen (siehe Regel 70.16 und Abschnitt 607 der Verwaltungsrichtlinien zum PCT).

   Diese Anlagen umfassen insgesamt 4 Blätter.

3. Dieser Bericht enthält Angaben zu folgenden Punkten:

   I     ☒   Grundlage des Berichts
   II    ☐   Priorität
   III   ☒   Keine Erstellung eines Gutachtens über Neuheit, erfinderische Tätigkeit und gewerbliche Anwendbarkeit
   IV    ☒   Mangelnde Einheitlichkeit der Erfindung
   V     ☒   Begründete Feststellung nach Artikel 35(2) hinsichtlich der Neuheit, der erfinderische Tätigkeit und der gewerbliche Anwendbarkeit; Unterlagen und Erklärungen zur Stützung dieser Feststellung
   VI    ☐   Bestimmte angeführte Unterlagen
   VII   ☐   Bestimmte Mängel der internationalen Anmeldung
   VIII  ☐   Bestimmte Bemerkungen zur internationalen Anmeldung

| Datum der Einreichung des Antrags | Datum der Fertigstellung dieses Berichts |
|---|---|
| 17/03/1999 | 2 4. 01. 00 |
| Name und Postanschrift der mit der internationalen vorläufigen Prüfung beauftragten Behörde: | Bevollmächtigter Bediensteter |
| Europäisches Patentamt D-80298 München Tel.+49 89 2399 - 0  Tk: 523656 epmu d Fax +49 89 2399 - 4465 | Ludwig, G Tel. +49 89 2399 8698 |

Formblatt PCT/IPEA/409 (Deckblatt) (Januar 1994)

46

# INTERNATIONALER VORLÄUFIGER PRÜFUNGSBERICHT

Internationales Aktenzeichen  PCT/DE98/02636

## I. Grundlage des Berichts

1. Dieser Bericht wurde erstellt auf der Grundlage (*Ersatzblätter, die dem Anmeldeamt auf eine Aufforderung nach Artikel 14 hin vorgelegt wurden, gelten im Rahmen dieses Berichts als "ursprünglich eingereicht" und sind ihm nicht beigefügt, weil sie keine Änderungen enthalten.*):

**Beschreibung, Seiten:**

1-17          ursprüngliche Fassung

**Patentansprüche, Nr.:**

1-21          eingegangen am          26/11/1999   mit Schreiben vom   25/11/1999

2. Aufgrund der Änderungen sind folgende Unterlagen fortgefallen:

☐  Beschreibung,      Seiten:

☐  Ansprüche,         Nr.:

☐  Zeichnungen,       Blatt:

3. ☐  Dieser Bericht ist ohne Berücksichtigung (von einigen) der Änderungen erstellt worden, da diese aus den angegebenen Gründen nach Auffassung der Behörde über den Offenbarungsgehalt in der ursprünglich eingereichten Fassung hinausgehen (Regel 70.2(c)):

4. Etwaige zusätzliche Bemerkungen:

## III. Keine Erstellung eines Gutachtens über Neuheit, erfinderische Tätigkeit und gewerbliche Anwendbarkeit

Folgende Teile der Anmeldung wurden nicht daraufhin geprüft, ob die beanspruchte Erfindung als neu, auf erfinderischer Tätigkeit beruhend (nicht offensichtlich) und gewerblich anwendbar anzusehen ist:

☐  die gesamte internationale Anmeldung.

☒  Ansprüche Nr. 18, 1-16 (teilw).

**Begründung:**

☐  Die gesamte internationale Anmeldung, bzw. die obengenannten Ansprüche Nr. beziehen sich auf den nachstehenden Gegenstand, für den keine internationale vorläufige Prüfung durchgeführt werden braucht (*genaue Angaben*):

**INTERNATIONALER VORLÄUFIGER
PRÜFUNGSBERICHT**

Internationales Aktenzeichen　PCT/DE98/02636

☐ Die Beschreibung, die Ansprüche oder die Zeichnungen (*machen Sie hierzu nachstehend genaue Angaben*) oder die obengenannten Ansprüche Nr. sind so unklar, daß kein sinnvolles Gutachten erstellt werden konnte (*genaue Angaben*):

☐ Die Ansprüche bzw. die obengenannten Ansprüche Nr. sind so unzureichend durch die Beschreibung gestützt, daß kein sinnvolles Gutachten erstellt werden konnte.

☒ Für die obengenannten Ansprüche Nr. 18, 1-16 (teilw) wurde kein internationaler Recherchenbericht erstellt.

## IV. Mangelnde Einheitlichkeit der Erfindung

1. Auf die Aufforderung zur Einschränkung der Ansprüche oder zur Zahlung zusätzlicher Gebühren hat der Anmelder:

   ☐ die Ansprüche eingeschränkt.

   ☐ zusätzliche Gebühren entrichtet.

   ☐ zusätzliche Gebühren unter Widerspruch entrichtet.

   ☒ weder die Ansprüche eingeschränkt noch zusätzliche Gebühren entrichtet.

2. ☐ Die Behörde hat festgestellt, daß das Erfordernis der Einheitlichkeit der Erfindung nicht erfüllt ist, und hat gemäß Regel 68.1 beschlossen, den Anmelder nicht zur Einschränkung der Ansprüche oder zur Zahlung zusätzlicher Gebühren aufzufordern.

3. Die Behörde ist der Auffassung, daß das Erfordernis der Einheitlichkeit der Erfindung nach den Regeln 13.1, 13.2 und 13.3

   ☐ erfüllt ist.

   ☒ aus folgenden Gründen nicht erfüllt ist:

   **siehe Beiblatt**

4. Daher wurde zur Erstellung dieses Berichts eine internationale vorläufige Prüfung für folgende Teile der internationalen Anmeldung durchgeführt:

   ☐ alle Teile.

   ☒ die Teile, die sich auf die Ansprüche Nr. 17, 19-21; 1-16 (teilw) beziehen.

## INTERNATIONALER VORLÄUFIGER PRÜFUNGSBERICHT

Internationales Aktenzeichen   PCT/DE98/02636

**V. Begründete Feststellung nach Artikel 35(2) hinsichtlich der Neuheit, der erfinderischen Tätigkeit und der gewerblichen Anwendbarkeit; Unterlagen und Erklärungen zur Stützung dieser Feststellung**

1. Feststellung

Neuheit (N)                       Ja:   Ansprüche   6-7, 9-16
                                  Nein: Ansprüche   1-5, 8, 17, 19-21

Erfinderische Tätigkeit (ET)      Ja:   Ansprüche
                                  Nein: Ansprüche   1-17, 19-21

Gewerbliche Anwendbarkeit (GA)    Ja:   Ansprüche   1-16 (17, 19-21 - cf. separate sheets)
                                  Nein: Ansprüche

2. Unterlagen und Erklärungen

   siehe Beiblatt

Formblatt PCT/IPEA/409 (Felder I-VIII, Blatt 3) (Januar 1994)

49

**INTERNATIONALER VORLÄUFIGER**    Internationales Aktenzeichen    PCT/DE98/02636
**PRÜFUNGSBERICHT - BEIBLATT**

Es wird auf die folgenden Dokumente verwiesen * :

D1: EP-A-0 309 263
D2: EP-A-0 628 312

* siehe die Zitate im Internationalen Recherchenbericht

Teil III-IV:

1.  Dieser vorläufige Prüfungsbericht beschränkt sich auf die von der Internationalen
    Recherchenbehörde recherchierten Ansprüche 17, 19-21; 1-16 (teilweise)
    [=Erfindung 1 gemäß der "Aufforderung zur Zahlung zusätzlicher Gebühren"].

    Der Anspruch 18 und teilweise die Ansprüche 1-16 [=Erfindung 2 gemäß der
    "Aufforderung zur Zahlung zusätzlicher Gebühren"] wurden nicht recherchiert und
    sind deshalb auch nicht Gegenstand des vorläufigen Prüfungsberichts.

    Die Gründe für den Einwand mangelnder Einheitlichkeit seitens der
    Recherchenbehörde wurden in der "Aufforderung zur Zahlung zusätzlicher
    Gebühren" genannt. Eine detaillierte Diskussion darüber findet sich weiter unten
    im vorliegenden Bericht.

1.1 Der Anmelder hat in Antwort auf den ersten vorläufigen Prüfungsbericht (408)
    Anspruch 1 durch einen Zusatz erweitert, den Rest der Ansprüche jedoch
    unverändert belassen.
    Der ursprüngliche Anspruchsumfang ist jedoch durch diese Änderung gleich
    geblieben.

2.  Dokument D1 wird, wie unten ausgeführt, von der mit der vorläufigen Prüfung
    beauftragten Prüfungsbehörde anders interpretiert als von der mit der
    Internationalen Recherche beauftragten Behörde.

    Ein Einwand wegen mangelnder Einheitlichkeit besteht deshalb nach
    Einschätzung der Prüfungsbehörde zwar nicht was die Substanz der Erfindung

**INTERNATIONALER VORLÄUFIGER**          Internationales Aktenzeichen    PCT/DE98/02636
**PRÜFUNGSBERICHT - BEIBLATT**

angeht, resultiert aber aus der vorliegenden Anspruchsformulierung, die zu einem
Mangel an Neuheit der unabhängigen Ansprüche 1, 17 und 19 führt.
In der Konsequenz wird aus dem Anmeldungsgegenstand des unabhängigen
Anspruchs 18 eine separate Erfindung.

*Insofern bekräftigt und bestätigt die Prüfungsabteilung den Einwand mangelnder
Einheitlichkeit gegen die Anmeldung, den die Internationale Recherchenbehörde
erhoben hat.*

Da vom Anmelder keine zusätzliche Gebühr - auch nicht unter Protest -zur
Durchführung der Recherche entrichtet wurde hat die mit der Recherche
beauftragte Behörde Anspruch 18 und teilweise 1-16 (=Erfindung 2 gemäß
PCT/ISA/206) nicht recherchiert. Letzterer kann deshalb naturgemäß von der
Prüfungsbehörde nicht evaluiert werden.


Teil V:

3.    Dokument D1 beschreibt ein Schwangerschaftsverhütungsmittel das während
      21-24 Tagen des 28 Tage-Zyklus der Frau eingenommen wird und im
      wesentlichen aus Blöcken von Estrogen/Gestagen Kombinationen besteht, wobei
      jeder Block entweder Estrogen- oder Gestagen-Dominanz aufweist.
      In den *4-7 hormonfreien Tagen* kann zum Beispiel ein Plazebo verabreicht
      werden
      [Spalte 12, Zeilen 39-46; Spalte 13, Zeilen 10-12; Beispiele 1, 3-4; Beispiele 13-14
      (siehe Spalte 17, Zeilen 6-11 & 39-41) worauf die Beispiele 21 und 23-24 Bezug
      nehmen - die Beispiele 15-20 sind im Kontext der obigen, vorangehenden
      Passagen zu lesen d.h. es besteht ebenfalls ein 4-7 Tage hormonfreies Intervall;
      siehe auch Anspruch 3].

      Dokument D2 (Prioritätsdokument = DE 4308406) beschreibt eine
      Kombinationspräparat zur Schwangerschaftsverhütung bestehend aus einer
      ersten Stufe mit drei Hormonkomponenten (biogenes Estrogen, synthetisches
      Estrogen, und Gestagen) und einer weiteren Stufe mit synthetischem Estradiol.
      Das Präparat wird während des gesamten Zyklus von 28 Tagen verabreicht

**INTERNATIONALER VORLÄUFIGER**    Internationales Aktenzeichen   PCT/DE98/02636
**PRÜFUNGSBERICHT - BEIBLATT**

(Beispiele 2 und 5).

3.1   Im Unterschied zur Anmeldung gibt es bei Dokument D1 eine hormonfreie
Periode bei der Medikamentengabe.
Bei Dokument D2 enthält eine Stufe drei Hormonkomponenten anstatt zwei bei
der Anmeldung.

3.1.1.   Die Unterschiede zwischen der Anmeldung und Dokument D1 bzw. D2 kommen
bei der vorliegenden Anspruchsformulierung jedoch nicht zum Tragen.

Das Merkmal der kontinuierlichen und kombinierten Verabreichung (beider
Hormonkomponenten zur Unterdrückung des Menstruationszykluses) - relevant
für die Abgrenzung von Dokument D1 - findet sich zwar im Anspruch 1, jedoch ist
letzteres nicht relevant für die Zusammensetzung des Mittels im vorliegenden Fall
eines Mittelanspruchs.

Sicherlich kommt es bei Mitteln zur hormonalen Konztrazeption nicht nur auf die
Komponenten sondern auch auf den zeitlichen Aspekt der Verabreichung an.
Jedoch ist die vorliegende Anspruchsfassung nicht geeignet, diesen zeitlichen
Aspekt anspruchswirksam in Rechnung zu stellen.

Der Unterschied zwischen Dokument D2 und der Anmeldung findet ebenfalls
keine Entsprechung im Anspruch 1.

4.   Auf der Basis der obigen Analyse ergibt sich ein Mangel an Neuheit der
Ansprüche 1-5, 8 und 17 in Bezug auf Dokument D1 und der Ansprüche 1-5, 8, 17
und 19-21 hinsichtlich Dokument D2.

Die Ansprüche 6-7 und 9-16 werden bezüglich Dokument D1 oder D2 nicht als
erfinderisch betrachtet.

5.   Für die Beurteilung der Frage, ob die Gegenstände der vorliegenden Ansprüche
17 und 19-21 gewerblich anwendbar sind, gibt es in den PCT-Vertragsstaaten
keine einheitlichen Kriterien. Die Patentierbarkeit kann auch von der Formulierung

Formblatt PCT/Beiblatt/409 (Blatt 3) (EPA-April 1997)

**INTERNATIONALER VORLÄUFIGER**    Internationales Aktenzeichen    PCT/DE98/02636
**PRÜFUNGSBERICHT - BEIBLATT**

der Ansprüche abhängen. Das EPA beispielsweise erkennt den Gegenstand von Ansprüchen, die auf die medizinische Anwendung einer Verbindung gerichtet sind, nicht als gewerblich anwendbar an; es können jedoch Ansprüche zugelassen werden, die auf eine bekannte Verbindung zur erstmaligen medizinischen Anwendung und die Verwendung einer solchen Verbindung zur Herstellung eines Arzneimittels für eine neue medizinische Anwendung gerichtet sind.


Teil III:


6.    Die Ansprüche 17 und 19-21 beziehen sich auf einen Gegenstand, der nach Auffassung dieser Behörde unter die Regel 67.1 (iv) PCT fällt. Daher wird über die gewerbliche Anwendbarkeit des Gegenstands dieser Ansprüche kein Gutachten erstellt (Artikel 34(4) a) (i) PCT).

-14 26-11-99
18

### Neue Ansprüche

1. Mittel zur hormonalen Kontrazeption mit zwei Hormonkomponenten, dadurch gekenn-zeichnet, daß das Mittel eine erste Hormonkomponente, die mindestens ein Gestagen umfaßt, und eine zweite Hormonkomponente, die mindestens ein Estrogen umfaßt, zur kontinuierli-chen und kombinierten Verabreichung umfaßt, wobei infolge der kontinuierlichen und kom-binierten Verabreichung beider Hormonkomponenten es zu einer Unterdrückung des Men-struationszyklusses kommt.

2. Mittel nach Anspruch 1, dadurch gekennzeichnet, daß das Gestagen als erste Hormonkomponente ausgewählt ist aus der Gruppe, die Progesteron, Chlormadinonacetat, Norethiste-ronacetat, Cyprotheronacetat, Desogestrel, Levonorgestrel, andere natürliche und/oder synthetische Gestagene, Antiga-stagene und Hormonanaloge mit Gestagen- oder Antigestagen-

GEÄNDERTES BLATT

54

- 19 -

wirkung, sowie Hormonverbindungen, die mindestens ein Ge-
stagen nach Einnahme rasch abspalten, umfaßt.

3. Mittel nach Anspruch 1 oder 2, dadurch gekennzeichnet,
daß das Estrogen als zweite Hormonkomponente ausgewählt
ist aus der Gruppe, die synthetische Estrogene, biogene
Estrogene, Antiestrogene und Hormonanaloge mit Estrogen-
oder Antiestrogenwirkung umfaßt.

4. Mittel nach Anspruch 3, dadurch gekennzeichnet, daß das
synthetische Estrogen ausgewählt ist aus der Gruppe, die
Ethinylestradiol, Mestranol und andere, sowie Hormonver-
bindungen umfaßt, die mindestens ein synthetisches Estro-
gen nach Einnahme rasch abspalten.

5. Mittel nach Anspruch 4, dadurch gekennzeichnet, daß das
synthetische Estrogen Ethinylestradiol ist.

6. Mittel nach Anspruche 5, dadurch gekennzeichnet, daß
die täglich verabreichte Menge an Ethinylestradiol 1 bis
20 µg beträgt.

7. Mittel nach Anspruch 6, dadurch gekennzeichnet, daß die
täglich verabreichte Menge an Ethinylestradiol 5 bis 10 µg
beträgt.

8. Mittel nach einem der Ansprüche 3 bis 7, dadurch ge-
kennzeichnet, daß das biogene Estrogen ausgewählt ist aus
der Gruppe, die Estradiol, Estriol, Estron, Estran und
andere, sowie Hormonverbindungen, die mindestens ein bio-
genes Estrogen nach Einnahme rasch abspalten, umfaßt.

9. Mittel nach Anspruch 8, dadurch gekennzeichnet, daß das

**GEÄNDERTES BLATT**

Estradiol 17-α-Estradiol und/oder 17-β-Estradiol umfaßt.

10. Mittel nach einem der Ansprüche 3 bis 9, dadurch ge-
kennzeichnet, daß die täglich verabreichte Menge an bioge-
nem Estrogen im Falle von Estradiol, insbesondere α- und
β-Estradiol, 0,1 bis 2 mg und im Falle konjugierter Estro-
gene 0,05 bis 0,5 mg beträgt.

11. Mittel nach einem der Ansprüche 1 bis 10 zur oralen
Verabreichung.

12. Mittel nach einem der Ansprüche 1 bis 10 zur transder-
malen Verabreichung.

13. Mittel nach einem der Ansprüche 1 bis 10 zur intrava-
ginalen Verabreichung.

14. Mittel nach einem der Ansprüche 1 bis 10 zur Verabrei-
chung als Depot-Injektion.

15. Mittel nach einem der Ansprüche 1 bis 10 zur Verabrei-
chung als Hormonimplantat.

16. Mittel nach einem der Ansprüche 1 bis 15, dadurch ge-
kennzeichnet, daß Tageseinheiten jeweils umfassend beide
Hormonkomponenten räumlich getrennt und einzeln entnehmbar
in einer Verpackungseinheit angeordnet sind.

17. Verwendung des Mittels nach einem der Ansprüche 1 bis
16 zur Ovulationshemmung.

18. Verwendung des Mittels nach einem der Ansprüche 1 bis
16 zur Behandlung und/oder Prophylaxe von Tumoren der

GEÄNDERTES BLATT

56

Brustdrüsen.

19. Verfahren zu hormonalen Kontrazeption, dadurch gekenn-
zeichnet, daß ein Mittel, welches mindestens eine erste
Hormonkomponente, die mindestens ein Gestagen umfaßt, und
eine zweite Hormonkomponente, die mindestens ein Estrogen
umfaßt, kontinuierlich verabreicht wird.

20. Verfahren nach Anspruch 19, dadurch gekennzeichnet,
daß die erste Hormonkomponente kombiniert mit der zweiten
Hormonkomponente verabreicht wird.

21. Verfahren nach Anspruch 19 oder 20, dadurch gekenn-
zeichnet, daß ein Mittel nach einem der Ansprüche 1 bis 16
verabreicht wird.

GEÄNDERTES BLATT

57

*11.*
*TI*

*Translation*

PATENT COOPERATION TREATY

# PCT

## INTERNATIONAL PRELIMINARY EXAMINATION REPORT

### (PCT Article 36 and Rule 70)

| Applicant's or agent's file reference HM2987PCT | FOR FURTHER ACTION | See Notification of Transmittal of International Preliminary Examination Report (Form PCT/IPEA/416) | |
|---|---|---|---|
| International application No. PCT/DE98/02636 | International filing date (*day/month/year*) 03 September 1998 (03.09.98) | Priority date (*day/month/year*) 11 September 1997 (11.09.97) | |

International Patent Classification (IPC) or national classification and IPC
  A61K 31/00

Applicant                    HESCH, Rolf-Dieter

1. This international preliminary examination report has been prepared by this International Preliminary Examining Authority and is transmitted to the applicant according to Article 36.

2. This REPORT consists of a total of _____ 8 _____ sheets, including this cover sheet.

   ☒ This report is also accompanied by ANNEXES, i.e., sheets of the description, claims and/or drawings which have been amended and are the basis for this report and/or sheets containing rectifications made before this Authority (see Rule 70.16 and Section 607 of the Administrative Instructions under the PCT).

   These annexes consist of a total of _____ 18 _____ sheets.

3. This report contains indications relating to the following items:

   I    ☒  Basis of the report

   II   ☐  Priority

   III  ☒  Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

   IV   ☒  Lack of unity of invention

   V    ☒  Reasoned statement under Article 35(2) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement

   VI   ☐  Certain documents cited

   VII  ☐  Certain defects in the international application

   VIII ☐  Certain observations on the international application

| Date of submission of the demand 17 March 1999 (17.03.99) | Date of completion of this report 24 January 2000 (24.01.2000) |
|---|---|
| Name and mailing address of the IPEA/EP | Authorized officer |
| Facsimile No. | Telephone No. |

Form PCT/IPEA/409 (cover sheet) (January 1994)

58

| INTERNATIONAL PRELIMINARY EXAMINATION REPORT | ...national application No.<br>PCT/DE98/02636 |
|---|---|

**I. Basis of the report**

1. This report has been drawn on the basis of (*Replacement sheets which have been furnished to the receiving Office in response to an invitation under Article 14 are referred to in this report as "originally filed" and are not annexed to the report since they do not contain amendments.*):

☐ the international application as originally filed.

☒ the description, pages _____ 1-17 _____ , as originally filed,

pages _____ , filed with the demand,

pages _____ , filed with the letter of _____

pages _____ , filed with the letter of _____

☒ the claims, Nos. _____ , as originally filed,

Nos. _____ , as amended under Article 19,

Nos. _____ , filed with the demand,

Nos. _____ 1-21 _____ , filed with the letter of ___ 25 November 1999 (25.11.1999) ___,

Nos. _____ , filed with the letter of _____

☐ the drawings, sheets/fig _____ , as originally filed,

sheets/fig _____ , filed with the demand,

sheets/fig _____ , filed with the letter of _____

sheets/fig _____ , filed with the letter of _____

2. The amendments have resulted in the cancellation of:

☐ the description, pages _____

☐ the claims, Nos. _____

☐ the drawings, sheets/fig _____

3. ☐ This report has been established as if (some of) the amendments had not been made, since they have been considered to go beyond the disclosure as filed, as indicated in the Supplemental Box (Rule 70.2(c)).

4. Additional observations, if necessary:

Form PCT/IPEA/409 (Box I) (January 1994)

| INTERNATIONAL PRELIMINARY EXAMINATION REPORT | national application No.<br>PCT/DE98/02636 |

**III. Non-establishment of opinion with regard to novelty, inventive step and industrial applicability**

The questions whether the claimed invention appears to be novel, to involve an inventive step (to be non obvious), or to be industrially applicable have not been examined in respect of:

☐ the entire international application.

☒ claims Nos. _____ 18.1-16(in part) _____

because:

☐ the said international application, or the said claims Nos. _____
   relate to the following subject matter which does not require an international preliminary examination *(specify)*:

☐ the description, claims or drawings *(indicate particular elements below)* or said claims Nos. _____
   are so unclear that no meaningful opinion could be formed *(specify)*:

☒ the claims, or said claims Nos. _____ 18.1-16(in part) _____ are so inadequately supported
   by the description that no meaningful opinion could be formed.

☐ no international search report has been established for said claims Nos. _____

Form PCT/IPEA/409 (Box III) (January 1994)

60

| INTERNATIONAL PRELIMINARY EXAMINATION REPORT | ...national application No.<br>PCT/DE98/02636 |
|---|---|

**IV. Lack of unity of invention**

1. In response to the invitation to restrict or pay additional fees the applicant has:

   ☐ restricted the claims.

   ☐ paid additional fees.

   ☐ paid additional fees under protest.

   ☒ neither restricted nor paid additional fees.

2. ☐ This Authority found that the requirement of unity of invention is not complied with and chose, according to Rule 68.1, not to invite the applicant to restrict or pay additional fees.

3. This Authority considers that the requirement of unity of invention in accordance with Rules 13.1, 13.2 and 13.3 is

   ☐ complied with.

   ☒ not complied with for the following reasons:

   **See the Supplemental Box.**

4. Consequently, the following parts of the international application were the subject of international preliminary examination in establishing this report:

   ☐ all parts.

   ☒ the parts relating to claims Nos. _____17.19-21;1-16( in part)_____

Form PCT/IPEA/409 (Box IV) (January 1994)

61

| INTERNATIONAL PRELIMINARY EXAMINATION REPORT | ational application No.<br>PCT/DE 98/02636 |
|---|---|

**Supplemental Box**
(To be used when the space in any of the preceding boxes is not sufficient)

Continuation of: III, IV.3

1.  Claims 17 and 19-21 concern subject matter which,
    in the opinion of this authority, falls under PCT
    Rule 67.1(iv). Consequently, a report as to the
    industrial applicability of the subject matter of
    these claims is not provided (PCT Article
    34(4)(a)(i)).

2.  *This preliminary examination report is restricted*
    *to the following claims searched by the*
    *International Searching Authority: Claims 17, 19-*
    *21, and 1-16 (in part) [= invention 1 as per the*
    *"Demand for payment of additional fees"].*

    *Claim 18 and parts of Claims 1-16 [= invention 2 as*
    *per the "Demand for payment of additional fees"]*
    *were not searched and are therefore not the subject*
    *of the preliminary examination either.*

    The reasons for the objection raised by the
    Searching Authority with respect to a lack of unity
    were cited in the "Demand for payment of additional
    fees". This is discussed in detail in the present
    report below.

2.1 In response to the first preliminary examination
    (408), the applicant has extended Claim 1. However,
    the remaining the claims were left unamended.
    This amendment has not, however, altered the
    original scope of the claims.

Form PCT/IPEA/409 (Supplemental Box) (January 1994)

| INTERNATIONAL PRELIMINARY EXAMINATION REPORT | ...national application No. PCT/DE 98/02636 |
| --- | --- |

**Supplemental Box**
(To be used when the space in any of the preceding boxes is not sufficient)

Continuation of: III, IV.3

3. As is illustrated below, the International Preliminary Examining Authority's interpretation of document D1 differs from that of the International Searching Authority.

In the opinion of the Examining Authority, an objection with respect to a lack of unity therefore does not apply to the substance of the invention, but arises from the present wording of the claims, which leads to a lack of novelty in independent Claims 1, 17 and 19. Consequently, the subject matter of independent Claim 18 is a separate invention.

*In this respect, the Examining Authority supports and confirms the objection raised by the International Searching Authority as to the application's lack of unity.*

Since the applicant has not paid any additional fees – not even under protest – for carrying out the search, the International Searching Authority has not searched Claim 18 and parts of Claims 1-16 (= invention 2 as per PCT/ISA/206). The latter cannot therefore be evaluated by the Examining Authority.

Form PCT/IPEA/409 (Supplemental Box) (January 1994)

# MISSING PAGE(S) FROM THE

# U.S. PATENT OFFICE

# OFFICIAL FILE WRAPPER

Pages 7 and 8

Patent Imaging Corporation
*Patent Legal and Scientific Information Service*
2001 Jefferson Davis Highway
Crystal Plaza One, Suite 600
Arlington, VA 22202-3610
(703) 553-0000

64

Replaced by Art = 84

- 12 -

<u>CLAIMS</u>

1. Product for hormonal contraception with two hormonal components, characterized in that the product comprises a first hormonal component comprising at least one gestagen and a second hormonal component comprising at least one estrogen, for continuous, combined administration.

2. Product according to claim 1, characterized in that the gestagen as the first hormonal component is selected from the group comprising progesterone, chlormadinone acetate, norethisterone acetate, cyproterone acetate, desogestrel, levonorgestrel, other natural and/or synthetic gestagens, antigestagens and hormone analogs with gestagen or antigestagen action, as well as hormonal compounds, which rapidly split off at least one gestagen after taking.

3. Product according to claim 1 or 2, characterized in that the estrogen as the second hormonal component is selected from the group comprising synthetic estrogens, biogenous estrogens, antiestrogens and hormone analogs with estrogen or antiestrogen action.

4. Product according to claim 3, characterized in that the synthetic estrogen is selected from the group comprising ethinyl estradiol, mestranol, etc., as well as hormonal compounds which rapidly split off at least one synthetic estrogen after taking.

5. Product according to claim 4, characterized in that the synthetic estrogen is ethinyl estradiol.

6. Product according to claim 5, characterized in that the daily administered ethinyl estradiol quantity is 1 to 20 µg.

7. Product according to claim 6, characterized in that the daily administered ethinyl estradiol quantity is 5 to 10 µg.

8. Product according to one of the claims 3 to 7, characterized in that the biogenous estrogen is selected from the group comprising estradiol, estriol,

- 13 -

estrone, estrane, etc., as well as hormonal compounds, which rapidly split off at least one biological estrogen after taking.

9.  Product according to claim 8, characterized in that the estradiol comprises 17-α-estradiol and/or 17-β-estradiol.

10. Product according to one of the claims 3 to 9, characterized in that the daily administered biogenous estrogen quantity in the case of estradiol, particularly α and β-estradiol, is 0.1 to 2 mg and in the case of conjugate estrogens 0.05 to 0.5 mg.

11. Product according to one of the claims 1 to 10 for oral administration.

12. Product according to one of the claims 1 to 10 for transdermal administration.

13. Product according to one of the claims 1 to 10 for intravaginal administration.

14. Product according to one of the claims 1 to 10 for administration as a depot injection.

15. Product according to one of the claims 1 to 10 for administration as a hormone implant.

16. Product according to one of the claims 1 to 15, characterized in that the daily units, in each case comprising both hormonal components, are placed in spatially separated, individually removable manner in a packaging unit.

17. Use of the product according to one of the claims 1 to 16 for ovulation inhibition.

18. Use of the product according to one of the claims 1 to 16 for the treatment and/or prophylaxis of breast tumours.

66

- 14 -

19. Process for hormonal contraception, characterized in that continuous administration takes place of a product comprising at least one first hormonal component comprising at least one gestagen and a second hormonal component comprising at least one estrogen.

20. Process according to claim 19, characterized in that the first hormonal component is administered in combination with the second hormonal component.

21. Process according to claim 19 or 20, characterized in that a product according to one of the claims 1 to 16 is administered.

67

09/508648

PCT/DE 98/02636

# BUNDESREPUBLIK DEUTSCHLAND

**PRIORITY**
**DOCUMENT**
SUBMITTED OR TRANSMITTED IN
COMPLIANCE WITH RULE 17.1(a) OR (b)



**Bescheinigung**

| REC'D 3 0 NOV. 1998 |
|---|
| WIPO    PCT |

Herr Professor Dr.med. Rolf-Dieter H e s c h in Konstanz/
Deutschland hat eine Patentanmeldung unter der Bezeichnung

"Mittel zur hormonalen Kontrazeption"

am 11. September 1997 beim Deutschen Patentamt eingereicht.

Das angeheftete Stück ist eine richtige und genaue Wieder-
gabe der ursprünglichen Unterlage dieser Patentanmeldung.

Die Anmeldung hat im Deutschen Patentamt vorläufig das Symbol
A 61 K 31/565 der Internationalen Patentklassifikation erhalten.

München, den 24. September 1998
Der Präsident des Deutschen Patentamts
Im Auftrag

ichen: 197 39 916.9

Rixner

A 9161
6.90
(ECM-L)
01/88
68

## BOEHMERT & BOEHMERT
### ANWALTSSOZIETÄT

Boehmert & Boehmert · P.O.B. 10 71 27 · D-28071 Bremen

DR.-ING. KARL BOEHMERT, PA (1925-1973)
DIPL.-ING. ALBERT BOEHMERT, PA (1929-1995)
WILHELM J.H. STAHLBERG, RA, Bremen
DR.-ING. WALTER HOERMANN, PA*, Bremen
DIPL.-PHYS. DR. HEINZ GODDAR, PA*, München
DR.-ING. ROLAND LIESEGANG, PA*, München
WOLF-DIETER ELMTZE, RA, Bremen, ALICANTE
DIPL.-PHYS. ROBERT MÜNZHUBER, PA (1930-1992)
DR. LUDWIG KOUKER, RA, Bremen
DR. (CHEM.) ANDREAS WINKLER, RA*, Bremen
MICHAELA HUTH, RA, Bremen
DIPL.-PHYS. DR. MARION VONHARDT, PA*, Düsseldorf
DR. ANDREAS EBERT-WEIDENFELLER, RA, Bremen

PROF. DR. WILHELM NORDEMANN, RA, Potsdam
DR. AXEL NORDEMANN, RA, Potsdam
DR. JAN BERND NORDEMANN, LLM, RA, Berlin
DIPL.-PHYS. EDUARD BAUMANN, PA*, Höhenkirchen
DR.-ING. GERALD KLOPSCH, PA*, Höhenkirchen
ANKE SCHIERHOLZ, RA, Potsdam
DIPL.-ING. EVA LIESEGANG, PA*, Berlin
DIPL.-ING. JAN TÖNNIES, PA, RA, Kiel
DIPL.-PHYS. CHRISTIAN BIEHL, PA*, Kiel
DIPL.-PHYS. DR. DOROTHEE WEBER-BRULS, PA*, München
DR.-ING. MATTHIAS PHILIPP, PA*, Bremen
DIPL.-PHYS. DR. STEFAN SCHOHE, PA*, Leipzig
MARTIN WIRTZ, RA, Bremen
DR. DETMAR SCHÄFER, RA, Bremen

PA = Patentanwalt / Patent Attorney · RA = Rechtsanwalt / Attorney at Law · * = European Patent Attorney
Alle zugelassen beim EU-Markenamt, Alicante · All admitted at the EU-Trademark Office, Alicante

**Einschreiben**
An das
Deutsche Patentamt
Zweibrückenstr. 12

80297 München

| Ihr Zeichen Your ref. | Ihr Schreiben Your Letter of | Unser Zeichen Our ref. HM2987 | Bremen |
| --- | --- | --- | --- |

Neuanmeldung
(Patent)

11. September 1997

**Prof. Dr. med. Rolf-Dieter Hesch,**
**Alpsteinweg 8, 78464 Konstanz**

Mittel zur hormonalen Kontrazeption

Die vorliegende Erfindung betrifft ein Mittel zur hormona-
len Kontrazeption mit zwei Hormonkomponenten, dessen Ver-
wendung sowie ein Verfahren zur hormonalen Kontrazeption.

Seit Beginn der Verfügbarkeit hormoneller Kontrazeptiva in
den 60er Jahren wurde eine Vielzahl von hormonellen Kom-
ponenten hinsichtlich ihrer Eignung in den verschiedensten
Darreichungsschemata untersucht. Grundsätzlich ist eine
Einteilung in Kombinations- und Sequenzpräparate möglich.

Bei bekannten Kombinationspräparaten wird beispielsweise,
sofern die gewünschte Zyklusdauer 28 Tage beträgt, 21 Tage
lang in konstanter oder wechselnder absoluter und/oder
relativer Dosierung eine Kombination aus einem Estrogen-
präparat und einem Gestagenpräparat verabreicht, wobei das

1733

09 / 508648

PCT/DE 98 / 02636

# BUNDESREPUBLIK DEUTSCHLAND



REC'D 3 0 NOV. 1998

WIPO    PCT

**PRIORITY DOCUMENT**
SUBMITTED OR TRANSMITTED IN
COMPLIANCE WITH RULE 17.1(a) OR (b)

**Bescheinigung**

Herr Professor Dr.med. Rolf-Dieter H e s c h  in Konstanz/
Deutschland hat eine Patentanmeldung unter der Bezeichnung

"Mittel zur hormonalen Kontrazeption"

am 11. September 1997 beim Deutschen Patentamt eingereicht.

Das angeheftete Stück ist eine richtige und genaue Wieder-
gabe der ursprünglichen Unterlage dieser Patentanmeldung.

Die Anmeldung hat im Deutschen Patentamt vorläufig das Symbol
A 61 K 31/565 der Internationalen Patentklassifikation erhalten.

München, den 24. September 1998
Der Präsident des Deutschen Patentamts
Im Auftrag

ichen: 197 39 916.9

Rixner

A 9191
6.96
(ECW-L)
01/68

70

# BOEHMERT & BOEHMERT
## ANWALTSSOZIETÄT

Boehmert & Boehmert · P.O.B. 10 71 27 · D-28071 Bremen

DR.-ING. KARL BOEHMERT, PA (1919-1993)
DIPL.-ING. ALBERT BOEHMERT, PA (1924-1993)
WILHELM J.H. STAHLBERG, RA, (1927-1987)
DR.-ING. WALTER HOERMANN, PA', (1920-1987)
DIPL.-PHYS. DR. HEINZ GODDAR, PA', Rechtsanwalt
DR.-ING. ROLAND LIESEGANG, PA', Rechtsanwalt
WOLF-DIETER KUNTZE, RA, Rechtsanwalt, Rechtsanwalt
DIPL.-PHYS. ROBERT MÜNZHUBER, PA (1942-1993)
DR. LUDWIG KOUKER, RA, Rechtsanwalt
DR. (CUBA) ANDREAS WINKLER, PA', Rechtsanwalt
MICHAELA HUTH, RA, Rechtsanwalt
DIPL.-PHYS. DR. MARION TÖNHARDT, PA', Rechtsanwalt
DR. ANDREAS EBERT-WEIDENFELLER, RA, Rechtsanwalt

PROF. DR. WILHELM NORDEMANN, RA, Rechtsanwalt
DR. AXEL NORDEMANN, RA, Rechtsanwalt
DR. JAN BERND NORDEMANN, LL.M, RA, Rechtsanwalt
DIPL.-PHYS. EDUARD BAUMANN, PA', Rechtsanwalt
DR.-ING. GERALD KLÖPSCH, PA', Rechtsanwalt
ANKE SCHERHOLZ, RA, Rechtsanwalt
DIPL.-ING. EVA LIEBEGANG, PA', Rechtsanwalt
DIPL.-ING. DR. JAN TÖNNIES, PA, RA, Rechtsanwalt
DIPL.-PHYS. CHRISTIAN BEDEL, PA', Rechtsanwalt
DIPL.-PHYS. DR. DOROTHEE WERNER-BRULS, PA', Rechtsanwalt
DR.-ING. MATTHIAS PHILIPP, PA', Rechtsanwalt
DIPL.-PHYS. DR. STEFAN SCHOHE, PA', Rechtsanwalt
MARTIN WIRTZ, RA, Rechtsanwalt
DR. DETMAR SCHÄFER, RA, Rechtsanwalt

PA - Patentanwalt / Patent Attorney   RA - Rechtsanwalt / Attorney at Law   ' - European Patent Attorney
Alle zugelassen beim EU-Markenamt, Alicante   All admitted at the EU-Trademark Office, Alicante

Einschreiben
An das
Deutsche Patentamt
Zweibrückenstr. 12

80297 München

| Ihr Zeichen Your ref. | Ihr Schreiben Your Letter of | Unser Zeichen Our ref. HM2987 | Bremen 11. September 1997 |
|---|---|---|---|

Neuanmeldung
(Patent)

Prof. Dr. med. Rolf-Dieter Hesch,
Alpsteinweg 8, 78464 Konstanz

Mittel zur hormonalen Kontrazeption

Die vorliegende Erfindung betrifft ein Mittel zur hormonalen Kontrazeption mit zwei Hormonkomponenten, dessen Verwendung sowie ein Verfahren zur hormonalen Kontrazeption.

Seit Beginn der Verfügbarkeit hormoneller Kontrazeptiva in den 60er Jahren wurde eine Vielzahl von hormonellen Komponenten hinsichtlich ihrer Eignung in den verschiedensten Darreichungsschemata untersucht. Grundsätzlich ist eine Einteilung in Kombinations- und Sequenzpräparate möglich.

Bei bekannten Kombinationspräparaten wird beispielsweise, sofern die gewünschte Zyklusdauer 28 Tage beträgt, 21 Tage lang in konstanter oder wechselnder absoluter und/oder relativer Dosierung eine Kombination aus einem Estrogenpräparat und einem Gestagenpräparat verabreicht, wobei das

1733

Hollerallee 32 · D-28209 Bremen · P.O.B. 10 71 27 · D-28071 Bremen · Telephon (04 21) 3 40 90 · Telefax (04 21) 3 49 17 68

MÜNCHEN · BREMEN · BERLIN · DÜSSELDORF · POTSDAM · ALICANTE · BRANDENBURG · HÖHENKIRCHEN · KIEL · LEIPZIG
e-mail: Boemenrten@Boehmert.Boehmert.de

71

BOEHMERT & BOEHMERT

- 2 -

Estrogenpräparat z.B. natürliches Estrogen oder syntheti-
sches Ethinylestradiol sein kann, und sich an die Einnahme
der vorgenannten 21 Tageseinheiten eine siebentägige Pause
anschließt, in der es zu einer die natürliche Monatsblu-
tung simulierenden Entzugsblutung kommt.

Bei den bekannten Sequenzpräparaten wird, wiederum bei
einer gewünschten Zyklusdauer von 28 Tagen, 7 Tage lang
ein reines Estrogenpräparat und dann 15 Tage lang eine
Kombination aus einem Estrogenpräparat und einem Gestagen-
präparat verabreicht, wobei sich auch hier wieder eine
einnahmefreie Zeit von z.B. 6 Tagen anschließt, in der es
zur Entzugsblutung kommt. Es ist zwar bereits bekannt, die
den Kombinations- und dem Sequenzpräparaten eigenen Ein-
nahmepausen im Interessen einer größeren Einnahmesicher-
heit dadurch zu überbrücken, daß innerhalb der betreffen-
den Tage Placebos verabreicht werden, jedoch ist man bis-
her stets davon ausgegangen, daß während der etwa einwö-
chigen Einnahmepause keine Hormone der hier in Rede ste-
henden Art verabreicht werden dürfen, um eine zuverlässige
Entzugsblutung zu gewährleisten. Lediglich bei Substitu-
tionspräparaten in der Menopause der älteren Frauen hat
man während des Gesamtzyklus Hormone verabreicht, bei-
spielsweise in der Abfolge 10 Tage Estrogenpräparat, 11
Tage Kombination aus Estrogen- und Gestagenpräparat, 7
Tage Estrogenpräparat, 7 Tage Estrogenpräparat in beson-
ders niedriger Dosierung, jedoch sind diese Substitutions-
präparate zur Ovulationshemmung nicht geeignet.

Die bei Substitutionstherapie verwendeten Sequenzpräparate
sind zur Kontrazeption insbesondere deshalb ungeeignet,
weil das natürliche Estradiol in der gegebenen Dosierung
die Ovulation nicht verhindert und die Phase, in der Ge-

BOEHMERT & BOEHMERT

- 3 -

stagen verabreicht wird, mit nur 11 Tagen zu kurz ist. Die
vorstehend beschriebene sequentielle Anordnung gewährlei-
stet bei den Substitutionspräparaten jedoch eine relativ
gute Zykluskontrolle.

Aus der DE-PS 43 08 406 ist ein Kombinationspräparat zur
Kontrazeption bekannt, welches aus einer oder mehreren
Stufen besteht. Dabei ist vorgesehen, daß mindestens eine
Stufe die Kombination von drei Komponenten, nämlich einem
biogenen Estrogen, einem synthetischen Estrogen und einem
Gestagen enthält und die weiteren Stufen jeweils aus einem
pharmazeutisch unbedenklichen Placebo oder einem biogenen
oder synthetischen Gestagen, oder einem biogenen oder syn-
thetischen Estrogen, oder einer Kombination aus zwei Kom-
ponenten, nämlich einem biogenen Estrogen, einem syntheti-
schen Östrogen und einem Gestagen oder einer Kombination
aus synthetischen Estrogen und einem Gestagen, bestehen.

Aus der Beschreibung der obigen Druckschrift wird ersicht-
lich, daß mit dem darin beschriebenen Stufenkonzept eine
Zustandsänderung typischerweise über die Zeit erfolgt.
Eine derartige Zustandsänderung kann sowohl dergestalt
erfolgen, daß sich die Zusammensetzung der die Stufe aus-
bildenden Phasen hinsichtlich der eingesetzten Komponenten
verändert, als auch dadurch, daß sich lediglich die Kon-
zentrationen der in den die Stufe ausbildenden Phasen ein-
gesetzten Komponenten ändern.

Der Erfindung liegt die Aufgabe zugrunde, ein Mittel zur
hormonalen Kontrazeption bereitzustellen, welches eine
hohe kontrazeptive Sicherheit gewährleistet und Zwischen-
blutungen ausschließt. Weiterhin sollen die ansonsten bei
hormonalen Mitteln zur Kontrazeption beobachteten Neben-

73

BOEHMERT & BOEHMERT

- 4 -

wirkungen weiter reduziert werden.

Erfindungsgemäß wird diese Aufgabe gelöst durch ein Mittel
zur hormonalen Kontrazeption mit zwei Hormonkomponenten,
wobei das Mittel eine erste Hormonkomponente, die minde-
stens ein Gestagen umfaßt, und eine zweite Hormonkomponen-
te, die mindestens ein Estrogen umfaßt, zur kontinuierli-
chen und kombinierten Verabreichung umfaßt.

Weiterhin wird die Aufgabe noch gelöst durch ein Verfahren
zur hormonalen Kontrazeption, bei welchen ein Mittel, wel-
ches mindestens eine erste Hormonkomponente, die minde-
stens ein Gestagen umfaßt, und eine zweite Hormonkomponen-
te, die mindestens ein Estrogen umfaßt, kontinuierlich
verabreicht wird.

In einem weiteren Aspekt betrifft die Erfindung die Ver-
wendung des erfindungsgemäßen Mittels zur Ovulationshem-
mung.

In einem noch weiteren Aspekt betrifft die Erfindung die
Verwendung des erfindungsgemäßen Mittels zur Behandlung
und/oder Prophylaxe von Tumoren der Brustdrüsen.

In einer weiteren Ausführungsform schlägt die Erfindung
vor, daß das Gestagen als erste Hormonkomponente ausge-
wählt ist aus der Gruppe, die Progesteron, Chlormadinon-
acetat, Norethisteronacetat, Cyproteronacetat, Desoge-
strel, Levonorgestrel, andere natürliche und/oder synthe-
tische Gestagene, Antigestagene und Hormonanaloge mit Ge-
stagen- oder Antigestagenwirkung, sowie Hormonverbindun-
gen, die mindestens ein Gestagen nach Einnahme rasch ab-
spalten, umfaßt.

74

BOEHMERT & BOEHMERT

- 5 -

Es kann vorgesehen sein, daß bei dem erfindungsgemäßen
Mittel das Estrogen als zweite Hormonkomponente ausgewählt
ist aus der Gruppe, die synthetische Estrogene, biogene
Estrogene, Antiestrogene und Hormonanaloge mit Estrogen-
oder Antiestrogenwirkung, umfaßt.

In einer bevorzugten Ausführungsform ist das synthetische
Estrogen ausgewählt aus der Gruppe, die Ethinylestradiol,
Mestranol und andere, sowie Hormonverbindungen, die minde-
stens ein synthetisches Estrogen nach Einnahme rasch ab-
spalten, umfaßt.

Ganz besonders bevorzugt ist dabei, wenn das synthetische
Estrogen Ethinylestradiol ist.

In bevorzugten Ausführungsformen kann vorgesehen sein, daß
die täglich verabreichte Menge an Ethinylestradiol 1 bis
20 μg beträgt.

Insbesondere ist bevorzugt, daß die täglich verabreichte
Menge an Ethinylestradiol 5 bis 10 μg beträgt.

Gemäß der Erfindung kann vorgesehen sein, daß das biogene
Estrogen ausgewählt ist aus der Gruppe, die Estradiol,
Estriol, Estron, Estran und andere, sowie Hormonverbindun-
gen, die mindestens ein biogenes Estrogen nach Einnahme
rasch abspalten, umfaßt.

In einer Ausführungsform ist vorgesehen, daß Estradiol 17-
α-Estradiol und/oder 17-β-Estradiol umfaßt.

In einer weiteren Ausführungsform kann vorgesehen sein,
daß die täglich verabreichte Menge an biogenem Estrogen im

75

BOEHMERT & BOEHMERT

- 6 -

Falle von Estradiol, insbesondere α- und β-Estradiol, 0,1
bis 2 mg und im Falle konjugierter Estrogene 0,05 bis 0,5
mg beträgt.

In einer Ausführungsform kann das erfindungsgemäße Mittel
zur oralen Verabreichung vorgesehen sein.

In einer alternativen Ausführungsform kann das erfindungs-
gemäße Mittel zur transdermalen Verabreichung vorgesehen
sein.

In einer zweiten alternativen Ausführungsform kann das
erfindungsgemäße Mittel zur intravaginalen Verabreichung
vorgesehen sein.

In einer dritten alternativen Ausführungsform kann das
erfindungsgemäße Mittel als Depot-Injektion vorgesehen
sein.

In einer vierten alternativen Ausführungsform kann das
erfindungsgemäße Mittel zur Verabreichung als Hormonim-
plantat vorgesehen sein.

Schließlich kann vorgesehen sein, daß Tageseinheiten, die
jeweils beide Hormonkomponenten umfassen, räumlich ge-
trennt und einzeln entnehmbar in einer Verpackungseinheit
angeordnet sind.

In einer Ausführungsform des erfindungsgemäßen Verfahrens,
kann vorgesehen sein, daß die erste Hormonkomponente kom-
biniert mit der zweiten Hormonkomponente verabreicht wird.

In einer weiteren Ausführungsform des erfindungsgemäßen

76

BOEHMERT & BOEHMERT

- 7 -

Verfahrens kann schließlich vorgesehen sein, daß das er-
findungsgemäße Mittel verabreicht wird.

Der Erfindung liegt die überraschende Erkenntnis zugrunde,
daß durch kontinuierliche und kombinierte Verabreichung
eines Mittels bestehend aus zwei Hormonkomponenten, näm-
lich einer ersten Hormonkomponente, die mindestens ein
Gestagen umfaßt, und einer zweiten Hormonkomponente, die
mindestens ein Estrogen umfaßt, eine hohe kontrazeptive
Sicherheit erreicht werden kann.



Unter Estrogenen sollen gemäß der heutigen Auffassung
hierin Steroidmoleküle verstanden sein, die ihre Wirkung
vorzugsweise dadurch entfalten, daß sie an verschiedenen
Zellorten in verschiedenen Organen in unterschiedlicher
Weise biologische Wirkung ausüben. Estrogene können wirken
an (1) der Zellmembran, (2) intrazellulären zytoplasmati-
schen Proteinen und (3) an spezifischen Zellkernrezepto-
ren. In jüngster Zeit ist bekannt geworden, daß neben dem
klassischen Estrogenrezeptortyp 1 ein zweiter Estrogenre-
zeptortyp 2 beschrieben wurde, dessen Organverteilung an-
ders ist als die des Estrogenrezeptortyp 1.

Die vorgenannte Definition umfaßt somit auch jene als "De-
signerhormone" bezeichneten Verbindungen, die die vorge-
nannten Eigenschaften aufweisen.

Biogene Estrogene sind demzufolge Steroidmoleküle, die
eine estrogenartige Wirkung an der Membran, an zytoplasma-
tischen Proteinen und an Kernrezeptoren für hydrophobe
Ringsubstanzen entfalten und dadurch biologische Wirkungen
auslösen, die einer hydrophoben Steroidringstruktur ent-
sprechen, die estrogenartige Wirkung in Zellen, Organen

77

BOEHMERT & BOEHMERT

- 8 -

und dem Gesamtorganismus auszulösen in der Lage sind.

Unter biogenen Estrogenen sollen darüber hinaus auch solche Estrogene verstanden werden, die vom menschlichen Körper erzeugt werden und umfassen somit körpereigene Estrogene. Die in bestimmten Ausführungsformen des erfindungsgemäßen Mittels verwendeten biogenen Estrogene sind typischerweise solche, die chemisch synthetisiert werden. Grundsätzlich ist jedoch auch die Verwendung derartiger, aus einem Organismus isolierter Verbindungen möglich\



Desweiteren sollen unter biogenen Estrogenen hierin auch konjugierte biogene Estrogene wie beispielsweise Estradiolvalerat und Estronsulfat verstanden werden.

Unter Antiestrogenen sollen hierin hydrophobe Ringstruktursubstanzen und andere Substanzen, die der vorbeschriebenen Estrogenwirkung wiederum an Zellen, Organen oder im Gesamtorganismus spezifisch und selektiv entgegenwirken können, verstanden werden.

Unter kontinuierlicher Verabreichung wird hierin eine über den Anwendungszeitraum ununterbrochene Verabreichung verstanden, bei der keine bezüglich der Hormonkomponenten einnahmefreien Intervalle vorgesehen sind. Dies bedeutet auch, daß eine Unterbrechung der Verabreichung des Mittels durch Gabe von Placebos anstelle des hormonalen Mittels nicht vorgesehen ist. In der Folge kommt es über die gesamte, typischerweise die Zeitspanne mehrerer Monate bis Jahre umfassenden Verabreichungsdauer zu keinen Veränderungen der grundsätzlichen Zusammensetzung der Hormonkomponenten. Vielmehr werden über die gesamte Verabreichungsdauer ununterbrochen und unverändert die das erfindungs-

78

BOEHMERT & BOEHMERT

- 9 -

gemäße hormonale Mittel ausbildenden Hormonkomponenten in
unveränderter Konzentration verabreicht. Denkbar ist je-
doch, daß die Konzentration von dem Estrogen, verstanden
in der gesamten hierin definierten Breite des Begriffs,
und Gestagen, ebenfalls verstanden in der gesamten hierin
definierten Breite des Begriffs, bei älteren Frauen gegen-
über jüngeren verändert wird. Dies kann auch so geschehen,
daß entlang der kontinuierlichen Applikation zunächst mit
einer bestimmten Zusammensetzung begonnen wird und diese
dann im Laufe von Wochen, Monaten und Jahren an die geän-
derten biologischen Bedürfnisse der Frau durch die Appli-
kation eines Folgepräparates angepaßt wird, das jedoch
auch ein Mittel gemäß der vorliegenden Erfindung umfaßt.

Infolge der kontinuierlichen Applikation der genannten
Hormonkomponenten wird gewährleistet, daß die natürlicher-
weise im weiblichen Organismus ablaufenden hormonalen Vor-
gänge die kontrazeptive Sicherheit nicht durchbrechen.

Durch die Estrogen-Komponente respektive durch spezifische
Wirkung von hydrophoben Ringsubstanzen mit estrogenartiger
Wirkung kann es zu einer Suppression der Gonadoprotine
kommen. Dies ist erwünscht. Die daraus resultierende Un-
terdrückung der Ovarialfunktion wird ausgeglichen durch
eine adäquate Substitution von Estrogenwirkung. Damit
kommt es zu einer Verhütung der Entwicklung einer Osteopo-
rose, die günstigen Gefäßwirkungen von Estrogenen bleiben
erhalten, ebenso wird der Lipidstoffwechsel nicht ungün-
stige beeinflußt. Durch Unterbrechung der zyklusabhängigen
Instabilität im Hormonsystem kann das prämenstruelle Syn-
drom günstig beeinflußt werden, darüber hinaus wird die
Homöostase des Gerinnungssystems nicht gestört, da das
labile Gleichgewicht, in welchem sich das Gerin-

BOEHMERT & BOEHMERT

- 10 -

nungssystems befindet, nicht durch das Auf und Ab der Hor-
monschwankungen aktiviert und desaktiviert wird. Deshalb
eignet sich das hormonale Mittel nach der Erfindung ins-
besondere auch für Frauen im Alter von mehr als 40 Jahren,
bei denen die Gefahr von Durchblutungsstörungen mit stei-
gendem Alter bekanntlich zunimmt. Ebenso wird die Thrombo-
segefahr, die in jüngster Zeit eine erhebliche Bedeutung
bei der kontrazeptiven Therapie erlangt hat, vermindert.

Überraschenderweise wurde auch festgestellt, daß bei\Ver-
abreichung des erfindungsgemäßen Mittels zuverlässig eine
kontinuierliche Unterdrückung des Menstruationszyklus und
der Monatsblutung bei ausgesprochen niedriger Dosierung
möglich ist. Ohne im folgenden darauf festgelegt werden zu
wollen, scheint die Kombination der genannten beiden Hor-
monkomponenten, und insbesondere die geringe Dosierung der
Estrogene darin, geeignet, die sonst üblichen Nebenwirkun-
gen des Ethinylestradiols zu beseitigen und die ansonsten
bei Kontrazeptiva nach dem Stand der Technik typischerwei-
se erforderlichen Gaben von mehr als 15 μg Ethinylestra-
diol zu unterschreiten.



Die niedrige Dosierung der beiden Hormonkomponenten, und
insbesondere der Estrogenkomponente, wird durch die addi-
tive Wirkung der beiden Hormonkomponenten ermöglicht, ohne
daß es zu einer Beeinträchtigung der Wirkung des erfin-
dungsgemäßen Mittels hinsichtlich seiner kontrazeptiven
sowie ovulationshemmenden Eigenschaften kommt.

Die durch das erfindungsgemäße Mittel zuverlässig gewähr-
leistete Ovulationshemmung und Unterdrückung des Menstrua-
tionszyklus ist für bestimmte Patientinnen von großer Be-
deutung, wie z.B. für Spitzensportlerinnen, Tänzerinnen,

80

BOEHMERT & BOEHMERT

- 11 -

und Geschäftsfrauen, die die Beeinträchtigung ihrer kör-
perlichen, geistigen sowie emotionalen Leistungsfähigkeit
durch den Menstruationszyklus ausschließen wollen. Infolge
der kombinierten und kontinuierlichen Verabreichung der
beiden Hormonkomponenten des erfindungsgemäßen Mittels ist
es möglich, dieses entweder oral, transdermal, intravagi-
nal, durch Depot-Injektionen oder Hormonimplantate, zu
verabreichen. Dabei können auch im vorliegenden Fall die
für die jeweiligen Applikationsformen beobachteten Vortei-
le realisiert werden.



Als orale Darreichungsformen sind alle im Stand der Tech-
nik bekannten Formen wie beispielsweise Tabletten, Dra-
gees, Pillen oder Kapseln möglich, die unter Verwendung
der üblichen Hilfs- und Trägerstoffe hergestellt werden.

Bei der transdermalen Verabreichung des erfindungsgemäßen
Mittels können die beiden das Mittel ausbildenden Hormon-
komponenten beispielsweise auf ein Pflaster aufgebracht
werden oder auch mittels transdermaler therapeutischer
Systeme appliziert und somit dem Organismus zugeführt wer-
den, wobei beispielsweise eine bereits vorgefertigte Kom-
bination der beiden Hormonkomponenten oder diese einzeln
in ein derartiges System eingebracht werden, welches auf
Iontophorese oder Diffusion oder ggf. einer Kombination
dieser Effekte beruht.

Für den Fall der oralen Applikation hat es sich als sinn-
voll erwiesen, daß Tageseinheiten, die jeweils eine Kombi-
nation der beiden Hormonkomponenten umfassen, räumlich
getrennt und einzeln entnehmbar in einer Verpackungsein-
heit angeordnet sind, so daß eine leichte Kontrolle mög-
lich ist, ob tatsächlich die typischerweise tageweise ein-

81

BOEHMERT & BOEHMERT

- 12 -

zunehmende orale Zubereitungsform bereits eingenommen wur-
de oder nicht. Wichtig ist dabei, daß gewährleistet wird,
daß keine einnahmefreien Tage auftreten können. Depot-In-
jektionen können im Abstand von 1 bis 6 Monaten oder noch
länger appliziert werden; Hormonimplantate enthalten die
beiden Hormonkomponenten und geben diese über die Dauer
von vorzugsweise 3 bis 6 Monaten ab.

Bei der Anwendung des erfindungsgemäßen Mittels hat sich
dabei weiterhin überraschend gezeigt, daß die Behandlung
und/oder Prophylaxe von Tumoren der Brustdrüsen möglich
ist. Es ist eine Erkenntnis der jüngsten Risikoforschung
für Brustkrebs, daß dieser sich dadurch einstellt, daß in
bestimmten Risikogenen Mutationen auftreten, die angeboren
oder erworben sein können. Die moderne Krebstherapie geht
davon aus, daß auf einem der beiden Allele eines Gens eine
krebsauslösende Mutation vorhanden ist, die zunächst von
dem anderen gesunden Allel noch kontrolliert wird. Kommt
es auch auf dem zweiten Allel im Laufe des Lebens zu einer
weiteren Mutation in einer bestimmten Organzelle, so kann
diese zum unkontrollierten, bösartigen Wachstum überführt
werden.

Mutationen auf dem zweiten Allel treten besonders häufig
zu bestimmten Phasen des Zellzyklus auf, nämlich in der
sogenannten G1-Phase. Der Menstruationszyklus treibt die
Brustzelle alle vier Wochen in einen Zellzyklus, "öffnet"
das Genom für Mutationen, die entweder repariert oder
apoptotisch "abgeräumt" werden. Unter den Bedingungen der
klassischen kombinierten oder sequentiellen Kontrazep-
tionsbehandlung kann eine Frau 500 bis 700 Zyklen im Laufe
ihres Lebens haben, während unter Naturbedingungen eine
Frau maximal 20 bis 30 Zyklen hat. Damit wird in einer

82

BOEHMERT & BOEHMERT

- 13 -

ungewöhnlich häufigen Anzahl von Zellzyklen über jeweils 8
Tage hinweg ein erhebliches Mutationsrisiko in das stimu-
lierte Brustdrüsengewebe hineingetragen. Unterdrückt man
den Menstruationszyklus, wie dies mit dem erfindungsgemä-
ßen Mittel möglich ist, so bringt man die Brustzellen in
eine "Ruhephase" und es ist wissenschaftlich gesichert,
daß in der Ruhephase weniger Krebs auslösende Mutationen
in ein Gewebe hineinkommen, als in einem stimulierten Ge-
webe. Dadurch wird die Mutagenese, d.h. das Brustkrebsri-
siko, um ein Vielfaches verringert.

Die vorgenannte Verwendung des erfindungsgemäßen Mittels
zur Behandlung und/oder Prophylaxe von Tumoren der Brust-
drüsen ist insbesondere dann mit ganz besonderen Vorteilen
verbunden, wenn es sich bei den Anwenderinnen des Mittels
um Risikoträgerinnen, wie beispielsweise solche mit fami-
liären Brustdrüsenkrebsrisiko, handelt.

Die Menge der verabreichten Gestagene und Estrogene ent-
spricht im wesentlichen der Menge vergleichbarer Präparate
nach dem Stand der Technik. Weitere Angaben betreffend die
- täglich - zu verabreichenden Mengen verschiedener, die
erste bzw. zweite Hormonkomponente ausbildender Verbindun-
gen finden sich in den Beispielen.

Nachstehend wird die Erfindung anhand von Ausführungsbei-
spielen weiter erläutert, aus denen sich weitere Merkmale,
Vorteile und Ausführungsformen der vorliegenden Erfindung
ergeben.

83

BOEHMERT & BOEHMERT

- 14 -

**Beispiel 1:**

Zur kontrazeptiven Behandlung wurde ein Mittel verwendet,
welches pro in Tablettenform vorliegender Tageseinheit 5
µg Ethinylestradiol und 2 mg Norethisteronacetat enthielt.
Dabei ist beachtlich, daß Norethisteronacetat in einem
Konzentrationsbereich von 0,5-5 mg zur Anwendung gelangen
kann. Das Mittel wurde über 9 Monate verabreicht und zeig-
te eine sehr gute kontrazeptive Sicherheit unter vollstän-
diger Unterdrückung des Menstruationszyklus und praktisch
keine Nebenwirkungen. Im Rahmen der hier vorgestellten
Untersuchung wurde sichergestellt, daß die Probandinnen
das Mittel täglich, d.h. ohne Einnahmepause, über den ge-
sammten obengenannten Zeitraum einnahmen.

**Beispiel 2:**

Zur kontrazeptiven Behandlung wurde ein Mittel verwendet,
welches pro in Tablettenform vorliegender Tageseinheit 0,5
mg Estriol und 2 mg Chlormadinonacetat enthielt. Dabei ist
beachtlich, daß Estriol in einem Konzentrationsbereich von
0,5 bis 3 mg und Chlormadinonacetat in einem Konzentra-
tionsbereich von 0,75-5 mg zur Anwendung gelangen kann.
Das Mittel wurde ohne Einnahmepause über 12 Monate verab-
reicht. Die Wirkungsweise entsprach derjenigen von Bei-
spiel 1.

**Beispiel 3:**

Zur kontrazeptiven Behandlung wurde ein Mittel verwendet,
welches pro in Tablettenform vorliegender Tageseinheit 0,5
mg Estradiolvalerat und 2 mg Lynestrenol enthielt. Dabei
ist beachtlich, daß Estradiolvalerat in einem Konzentra-

84

BOEHMERT & BOEHMERT

- 15 -

tionsbereich von 0,5-5 mg und Lynestrenol in einem Konzen-
trationsbereich von 0,5-4,5 mg zur Anwendung gelangen
kann. Das Mittel wurde ohne Einnahmepause über 12 Monate
verabreicht. Die Wirkungsweise entsprach derjenigen von
Beispiel 1.

Beispiel 4:

Zur kontrazeptiven Behandlung wurde ein Mittel verwendet,
welches pro in Tablettenform vorliegender Tageseinheit 7,5
µg Ethinylestradiol und 75 µg Desogestrel enthielt. Dabei
ist beachtlich, daß Desogestrel in einem Konzentrations-
bereich von 50-200 µg zur Anwendung gelangen kann. Das
Mittel wurde ohne Einnahmepause über 12 Monate verab-
reicht. Die Wirkungsweise entsprach derjenigen von Bei-
spiel 1.

Beispiel 5:

Zur kontrazeptiven Behandlung wurde ein Mittel verwendet,
welches pro in Tablettenform vorliegender Tageseinheit 20
mg Tamoxifen und 2 mg Lutenyl enthielt. Dabei ist beacht-
lich, daß Tamoxifen in einem Konzentrationsbereich von 10-
50 mg und Lutenyl in einem Konzentrationsbereich von 1-5
mg zur Anwendung gelangen kann. Dieses Mittel ist vorzugs-
weise geeignet für eine Kontrazeption bei Frauen mit fami-
liärem Brustdrüsenrisiko. Das Mittel wurde ohne Einnahme-
pause über 12 Monate verabreicht, die Wirkungsweise ent-
sprach derjenigen von Beispiel 1.

Beispiel 6:

Zur kontrazeptiven Behandlung wurde ein Mittel verwendet,

85

BOEHMERT & BOEHMERT

- 16 -

welches pro in Tablettenform vorliegender Tageseinheit 50
mg Raloxifen und 2,5 mg Medroxyprogesteronacetat (MPA)
enthielt. Dabei ist beachtlich, daß Raloxifen in einem
Konzentrationsbereich von 30-100 mg und Medroxyprogeste-
ronacetat in einem Konzentrationsbereich von 2-10 mg zur
Anwendung gelangen kann. Dieses Kombination eignet sich
vorzugsweise bei Frauen mit familiärem Brustdrüsenrisiko
und jungen Frauen nach durchgemachten Brustdrüsenkrebs.
Das Mittel wurde ohne Einnahmepause über 12 Monate verab-
reicht, die Wirkungsweise entsprach derjenigen von Bei-
spiel 1.

Beispiel 7:

Zur kontrazeptiven Behandlung wurde ein Mittel verwendet,
welches pro in Tablettenform vorliegender Tageseinheit 10
µg Ethinylestradiol und Tibolon in einer Konzentration von
2 mg täglich enthält. Dabei ist beachtlich, daß Tibolon in
einer Konzentration von 1-10 mg zur Anwendung gelangen
kann. Das Mittel wurde ohne Einnahmepause über 12 Monate
verabreicht. Die Wirkungsweise entsprach derjenigen von
Beispiel 1.

Beispiel 8:

Zur kontrazeptiven Behandlung wurde ein Mittel verwendet,
welches pro in Tablettenform vorliegender Tageseinheit 10
µg Ethinylestradiol enthält und als Antigestagen die Sub-
stanz Ro486 in einer Konzentration von 2,5 mg. Dabei ist
beachtlich, daß Ro486 in einem Konzentrationsbereich von
1-7,5 mg zur Anwendung gelangen kann. Das Mittel wurde
ohne Einnahmepause über 12 Monate verabreicht, die Wirk-
ungsweise entspricht derjenigen von Beispiel 1.

**BOEHMERT & BOEHMERT**

- 17 -

Die in der vorstehenden Beschreibung und in den Ansprüchen
offenbarten Merkmale der Erfindung können sowohl einzeln
als auch in beliebiger Kombination für die Verwirklichung
der Erfindung in ihren verschiedenen Ausführungsformen
wesentlich sein.

# BOEHMERT & BOEHMERT
## ANWALTSSOZIETÄT

Boehmert & Boehmert · P.O.B. 10 71 27 · D-28071 Bremen

DR.-ING. KARL BOEHMERT, PA (1948-1975)
DIPL.-ING. ALBERT BOEHMERT, PA (1944-1995)
WILHELM J.H. STAHLBERG, RA, HAMBURG
DR.-ING. WALTER BOEHMANN, PA, BREMEN
DIPL.-PHYS. DR. HEINZ GODDAR, PA*, MÜNCHEN
DR.-ING. ROLAND LIESEGANG, PA*, MÜNCHEN
WOLF-DIETER KUNTZE, RA, BREMEN, ALICANTE
DIPL.-PHYS. ROBERT MÜNZHUBER, PA (1948-1995)
DR. LUDWIG KOUKER, RA, BREMEN
DR. (CHEM.) ANDREAS WINKLER, PA*, BREMEN
MICHAELA HUTH, RA, MÜNCHEN
DIPL.-PHYS. DR. MARION TÖNHARDT, PA*, HÖHENKIRCHEN
DR. ANDREAS EBERT-WEIDENFELLER, RA, BREMEN

PROF. DR. WILHELM NORDEMANN, RA, POTSDAM/BERLIN
DR. AXEL NORDEMANN, RA, POTSDAM/BERLIN
DIPL.-ING. BERND NORDEMANN, LLM, RA, BERLIN
DIPL.-PHYS. EDUARD BAUMANN, PA*, HÖHENKIRCHEN
DR.-ING. GERALD KLÖPSCH, PA*, DÜSSELDORF
DIPL.-ING. ANKE SCHIERHOLZ, RA, BREMEN
DIPL.-ING. EVA LIESEGANG, PA*, BERLIN
DIPL.-ING. DR. JAN TÖNNIES, PA, RA, KIEL
DIPL.-PHYS. CHRISTIAN BIEHL, PA*, KIEL
DIPL.-PHYS. DR. DOROTHEE WEBER-BRULS, PA*, MÜNCHEN
DR.-ING. MATTHIAS PHILIPP, PA*, BREMEN
DIPL.-PHYS. DR. STEFAN SCHOHE, PA*, LEIPZIG
MARTIN WIRTZ, RA, BREMEN
DR. DETMAR SCHÄFER, RA, BREMEN

PA - Patentanwalt / Patent Attorney · RA - Rechtsanwalt / Attorney at Law · * - European Patent Attorney
Alle zugelassen beim EU-Harmonisierungsamt, Alicante    All admitted at the EU-Trademark Office, Alicante

**Einschreiben**
An das
Deutsche Patentamt
Zweibrückenstr. 12

80297 München

| Ihr Zeichen Your ref. | Ihr Schreiben Your Letter of | Unser Zeichen Our ref. HM2987 | Bremen, 11. September 1997 |

Neuanmeldung (Patent)

Prof. Dr. med. Rolf-Dieter Hesch
Alpsteinweg 8, 78464 Konstanz

Mittel zur hormonalen Kontrazeption

## Ansprüche

1. Mittel zur hormonalen Kontrazeption mit zwei Hormonkomponenten, dadurch gekennzeichnet, daß das Mittel eine erste Hormonkomponente, die mindestens ein Gestagen umfaßt, und eine zweite Hormonkomponente, die mindestens ein Estrogen umfaßt, zur kontinuierlichen und kombinierten Verabreichung umfaßt.

2. Mittel nach Anspruch 1, dadurch gekennzeichnet, daß das Gestagen als erste Hormonkomponente ausgewählt ist aus der Gruppe, die Progesteron, Chlormadinonacetat, Norethisteronacetat, Cyprotheronacetat, Desogestrel, Levonorgestrel, andere natürliche und/oder synthetische Gestagene, Antigestagene und Hormonanaloge mit Gestagen- oder Antigestagen-

1733

Hollerallee 32 · D-28209 Bremen · P.O.B. 10 71 27 · D-28071 Bremen · Telephon (04 21) 3 40 90 · Telefax (04 21) 3 49 17 68

MÜNCHEN - BREMEN - BERLIN - DÜSSELDORF - POTSDAM - ALICANTE - BRANDENBURG - HÖHENKIRCHEN - KIEL - LEIPZIG
e-mail: Postmaster@Boehmert.Boehmert.de

BOEHMERT & BOEHMERT

- 2 -

wirkung, sowie Hormonverbindungen, die mindestens ein Ge-
stagen nach Einnahme rasch abspalten, umfaßt.

3. Mittel nach Anspruch 1 oder 2, dadurch gekennzeichnet,
daß das Estrogen als zweite Hormonkomponente ausgewählt
ist aus der Gruppe, die synthetische Estrogene, biogene
Estrogene, Antiestrogene und Hormonanaloge mit Estrogen-
oder Antiestrogenwirkung umfaßt.

4. Mittel nach Anspruch 3, dadurch gekennzeichnet, daß das
synthetische Estrogen ausgewählt ist aus der Gruppe, die
Ethinylestradiol, Mestranol und andere, sowie Hormonver-
bindungen umfaßt, die mindestens ein synthetisches Estro-
gen nach Einnahme rasch abspalten.

5. Mittel nach Anspruch 4, dadurch gekennzeichnet, daß das
synthetische Estrogen Ethinylestradiol ist.

6. Mittel nach Anspruche 5, dadurch gekennzeichnet, daß
die täglich verabreichte Menge an Ethinylestradiol 1 bis
20 µg beträgt.

7. Mittel nach Anspruch 6, dadurch gekennzeichnet, daß die
täglich verabreichte Menge an Ethinylestradiol 5 bis 10 µg
beträgt.

8. Mittel nach einem der Ansprüche 3 bis 7, dadurch ge-
kennzeichnet, daß das biogene Estrogen ausgewählt ist aus
der Gruppe, die Estradiol, Estriol, Estron, Estran und
andere, sowie Hormonverbindungen, die mindestens ein bio-
genes Estrogen nach Einnahme rasch abspalten, umfaßt.

9. Mittel nach Anspruch 8, dadurch gekennzeichnet, daß das

BOEHMERT & BOEHMERT

- 4 -

Brustdrüsen.

19. Verfahren zu hormonalen Kontrazeption, dadurch gekenn-
zeichnet, daß ein Mittel, welches mindestens eine erste
Hormonkomponente, die mindestens ein Gestagen umfaßt, und
eine zweite Hormonkomponente, die mindestens ein Estrogen
umfaßt, kontinuierlich verabreicht wird.

20. Verfahren nach Anspruch 19, dadurch gekennzeichnet,
daß die erste Hormonkomponente kombiniert mit der zweiten
Hormonkomponente verabreicht wird.

21. Verfahren nach Anspruch 19 oder 20, dadurch gekenn-
zeichnet, daß ein Mittel nach einem der Ansprüche 1 bis 16
verabreicht wird.

BOEHMERT & BOEHMERT

- 3 -

Estradiol 17-α-Estradiol und/oder 17-β-Estradiol umfaßt.

10. Mittel nach einem der Ansprüche 3 bis 9, dadurch ge-
kennzeichnet, daß die täglich verabreichte Menge an bioge-
nem Estrogen im Falle von Estradiol, insbesondere α- und
β-Estradiol, 0,1 bis 2 mg und im Falle konjugierter Estro-
gene 0,05 bis 0,5 mg beträgt.

11. Mittel nach einem der Ansprüche 1 bis 10 zur oralen
Verabreichung.

12. Mittel nach einem der Ansprüche 1 bis 10 zur transder-
malen Verabreichung.

13. Mittel nach einem der Ansprüche 1 bis 10 zur intrava-
ginalen Verabreichung.

14. Mittel nach einem der Ansprüche 1 bis 10 zur Verabrei-
chung als Depot-Injektion.

15. Mittel nach einem der Ansprüche 1 bis 10 zur Verabrei-
chung als Hormonimplantat.

16. Mittel nach einem der Ansprüche 1 bis 15, dadurch ge-
kennzeichnet, daß Tageseinheiten jeweils umfassend beide
Hormonkomponenten räumlich getrennt und einzeln entnehmbar
in einer Verpackungseinheit angeordnet sind.

17. Verwendung des Mittels nach einem der Ansprüche 1 bis
16 zur Ovulationshemmung.

18. Verwendung des Mittels nach einem der Ansprüche 1 bis
16 zur Behandlung und/oder Prophylaxe von Tumoren der

91

BOEHMERT & BOEHMERT

**HM2987**

**Zusammenfassung**

Die Erfindung betrifft ein Mittel zur hormonalen Kontrazeption
mit zwei Hormonkomponenten, wobei das Mittel eine erste Hor-
monkomponente, die mindestens ein Gestagen umfaßt, und eine
zweite Hormonkomponente, die mindestens ein Estrogen umfaßt,
zur kontinuierlichen und kombinierten Verabreichung umfaßt.
Das erfindungsgemäße Mittel gewährleistet eine hohe kontrazep-
tive Sicherheit und zuverlässige Unterdrückung des Menstrua-
tionszyklus.

92

VERTRAG    ÜBER DIE INTERNATIONALE ZUS.    MENARBEIT
Auf DEM GEBIET DES PATENTWESENS

# PCT

## INTERNATIONALER RECHERCHENBERICHT

(Artikel 18 sowie Regeln 43 und 44 PCT)

| Aktenzeichen des Anmelders oder Anwalts | WEITERES | siehe Mitteilung über die Übermittlung des internationalen |
|---|---|---|
| HM2987PCT | VORGEHEN | Recherchenberichts (Formblatt PCT/ISA/220) sowie, soweit zutreffend, nachstehender Punkt 5 |

| Internationales Aktenzeichen | Internationales Anmeldedatum (Tag/Monat/Jahr) | (Frühestes) Prioritätsdatum (Tag/Monat/Jahr) |
|---|---|---|
| PCT/DE 98/02636 | 03/09/1998 | 11/09/1997 |

Anmelder

HESCH, Rolf-Dieter

Dieser internationale Recherchenbericht wurde von der Internationalen Recherchenbehörde erstellt und wird dem Anmelder gemäß Artikel 18 übermittelt. Eine Kopie wird dem Internationalen Büro übermittelt.

Dieser internationale Recherchenbericht umfaßt insgesamt __4__ Blätter.

☐ Darüber hinaus liegt ihm jeweils eine Kopie der in diesem Bericht genannten Unterlagen zum Stand der Technik bei.

1. Grundlage des Berichts
   a. Hinsichtlich der Sprache ist die internationale Recherche auf der Grundlage der internationalen Anmeldung in der Sprache durchgeführt worden, in der sie eingereicht wurde, sofern unter diesem Punkt nichts anderes angegeben ist.

      ☐ Die internationale Recherche ist auf der Grundlage einer bei der Behörde eingereichten Übersetzung der internationalen Anmeldung (Regel 23.1 b)) durchgeführt worden.

   b. Hinsichtlich der in der internationalen Anmeldung offenbarten Nucleotid- und/oder Aminosäuresequenz ist die internationale Recherche auf der Grundlage des Sequenzprotokolls durchgeführt worden, das
      ☐ in der internationalen Anmeldung in Schriftform enthalten ist.
      ☐ zusammen mit der internationalen Anmeldung in computerlesbarer Form eingereicht worden ist.
      ☐ bei der Behörde nachträglich in schriftlicher Form eingereicht worden ist.
      ☐ bei der Behörde nachträglich in computerlesbarer Form eingereicht worden ist.
      ☐ Die Erklärung, daß das nachträglich eingereichte schriftliche Sequenzprotokoll nicht über den Offenbarungsgehalt der internationalen Anmeldung im Anmeldezeitpunkt hinausgeht, wurde vorgelegt.
      ☐ Die Erklärung, daß die in computerlesbarer Form erfaßten Informationen dem schriftlichen Sequenzprotokoll entsprechen, wurde vorgelegt.

2. ☐ Bestimmte Ansprüche haben sich als nicht recherchierbar erwiesen (siehe Feld I).
3. ☒ Mangelnde Einheitlichkeit der Erfindung (siehe Feld II).

4. Hinsichtlich der Bezeichnung der Erfindung
   ☒ wird der vom Anmelder eingereichte Wortlaut genehmigt.
   ☐ wurde der Wortlaut von der Behörde wie folgt festgesetzt:

5. Hinsichtlich der Zusammenfassung
   ☒ wird der vom Anmelder eingereichte Wortlaut genehmigt.
   ☐ wurde der Wortlaut nach Regel 38.2b) in der in Feld III angegebenen Fassung von der Behörde festgesetzt. Der Anmelder kann der Behörde innerhalb eines Monats nach dem Datum der Absendung dieses internationalen Recherchenberichts eine Stellungnahme vorlegen.

6. Folgende Abbildung der Zeichnungen ist mit der Zusammenfassung zu veröffentlichen: Abb. Nr. _____
   ☐ wie vom Anmelder vorgeschlagen                          ☐ keine der Abb.
   ☐ weil der Anmelder selbst keine Abbildung vorgeschlagen hat.
   ☐ weil diese Abbildung die Erfindung besser kennzeichnet.

Formblatt PCT/ISA/210 (Blatt 1) (Juli 1998)

93

| INTERNATIONALER RECHERCHENBERICHT | ernationales Aktenzeichen<br>PCT/DE 98/ 02636 |
|---|---|

**Feld I  Bemerkungen zu den Ansprüchen, die sich als nicht recherchierbar erwiesen haben (Fortsetzung von Punkt 2 auf Blatt 1)**

Gemäß Artikel 17(2)a) wurde aus folgenden Gründen für bestimmte Ansprüche kein Recherchenbericht erstellt:

1. ☐ Ansprüche Nr.
   weil sie sich auf Gegenstände beziehen, zu deren Recherche die Behörde nicht verpflichtet ist, nämlich

2. ☐ Ansprüche Nr.
   weil sie sich auf Teile der internationalen Anmeldung beziehen, die den vorgeschriebenen Anforderungen so wenig entsprechen, daß eine sinnvolle internationale Recherche nicht durchgeführt werden kann, nämlich

3. ☐ Ansprüche Nr.
   weil es sich dabei um abhängige Ansprüche handelt, die nicht entsprechend Satz 2 und 3 der Regel 6.4 a) abgefaßt sind.

**Feld II  Bemerkungen bei mangelnder Einheitlichkeit der Erfindung (Fortsetzung von Punkt 3 auf Blatt 1)**

Die internationale Recherchenbehörde hat festgestellt, daß diese internationale Anmeldung mehrere Erfindungen enthält:

1. Ansprüche: 17, 19-21; teils 1-16
2. Ansprüche: 18; teils 1-16

1. ☐ Da der Anmelder alle erforderlichen zusätzlichen Recherchengebühren rechtzeitig entrichtet hat, erstreckt sich dieser internationale Recherchenbericht auf alle recherchierbaren Ansprüche.

2. ☐ Da für alle recherchierbaren Ansprüche die Recherche ohne einen Arbeitsaufwand durchgeführt werden konnte, der eine zusätzliche Recherchengebühr gerechtfertigt hätte, hat die Behörde nicht zur Zahlung einer solchen Gebühr aufgefordert.

3. ☐ Da der Anmelder nur einige der erforderlichen zusätzlichen Recherchengebühren rechtzeitig entrichtet hat, erstreckt sich dieser internationale Recherchenbericht nur auf die Ansprüche, für die Gebühren entrichtet worden sind, nämlich auf die Ansprüche Nr.

4. ☒ Der Anmelder hat die erforderlichen zusätzlichen Recherchengebühren nicht rechtzeitig entrichtet. Der internationale Recherchenbericht beschränkt sich daher auf die in den Ansprüchen zuerst erwähnte Erfindung; diese ist in folgenden Ansprüchen erfaßt:

   17, 19-21; teils 1-16

**Bemerkungen hinsichtlich eines Widerspruchs**   ☐ Die zusätzlichen Gebühren wurden vom Anmelder unter Widerspruch gezahlt.

   ☐ Die Zahlung zusätzlicher Recherchengebühren erfolgte ohne Widerspruch.

Formblatt PCT/ISA/210 (Fortsetzung von Blatt 1 (1))(Juli 1998)

94

Internationales Aktenzeichen PCT/ DE 98 / 02636

| WEITERE ANGABEN | PCT/ISA/ | 210 |
| --- | --- | --- |

Die internationale Recherchenbehörde hat festgestellt, dass diese internationale Anmeldung mehrere (Gruppen von) Erfindungen enthält, nämlich:

1. Ansprüche: 17, 19-21; teils 1-16

        Mittel und Verfahren zur hormonalen Kontrazeption und Ovulationshemmung mit zwei Hormonkomponenten, das mindestens ein gestagen und ein Estrogen als Hormonkomponenten umfasst, und kontinuierlich verabreicht wird.

2. Ansprüche: 18; teils 1-16

        Mittel mit zwei Hormonkomponenten, das mindestens ein Gestagen und ein estrogen als Hormonkomponenten umfasst, und kontinuierlich verabreicht wird, zur Behandlung und/oder Prophylaxe von Tumoren der Brustdrüsen.

## INTERNATIONALER RECHERCHENBERICHT

| | ationales Aktenzeichen |
|---|---|
| | DE 98/02636 |

**A. KLASSIFIZIERUNG DES ANMELDUNGSGEGENSTANDES**
IPK 6   A61K31/565   A61K31/57

Nach der Internationalen Patentklassifikation (IPK) oder nach der nationalen Klassifikation und der IPK

**B. RECHERCHIERTE GEBIETE**

Recherchierter Mindestprüfstoff (Klassifikationssystem und Klassifikationssymbole)
IPK 6   A61K

Recherchierte aber nicht zum Mindestprüfstoff gehörende Veröffentlichungen, soweit diese unter die recherchierten Gebiete fallen

Während der internationalen Recherche konsultierte elektronische Datenbank (Name der Datenbank und evtl. verwendete Suchbegriffe)

**C. ALS WESENTLICH ANGESEHENE UNTERLAGEN**

| Kategorie* | Bezeichnung der Veröffentlichung, soweit erforderlich unter Angabe der in Betracht kommenden Teile | Betr. Anspruch Nr. |
|---|---|---|
| X | EP 0 309 263 A (JENCAP RESEARCH LTD) 29. März 1989 (1989-03-29) Ansprüche 2,4; Beispiele 13,14,21,23 Ansprüche 6,9,10,12; Beispiele 16,24 Spalte 9, Zeile 38-57 --- | 1-13,16, 17,19-21 |
| X | EP 0 628 312 A (JENAPHARM GMBH) 14. Dezember 1994 (1994-12-14) Spalte 2, Zeile 42-55; Ansprüche; Beispiele 2,5-7 Spalte 3, Zeile 4-40 ----- | 1-13,16, 17,19-21 |

☐ Weitere Veröffentlichungen sind der Fortsetzung von Feld C zu entnehmen       ☒ Siehe Anhang Patentfamilie

* Besondere Kategorien von angegebenen Veröffentlichungen :

"A" Veröffentlichung, die den allgemeinen Stand der Technik definiert, aber nicht als besonders bedeutsam anzusehen ist

"E" älteres Dokument, das jedoch erst am oder nach dem internationalen Anmeldedatum veröffentlicht worden ist

"L" Veröffentlichung, die geeignet ist, einen Prioritätsanspruch zweifelhaft erscheinen zu lassen, oder durch die das Veröffentlichungsdatum einer anderen im Recherchenbericht genannten Veröffentlichung belegt werden soll oder die aus einem anderen besonderen Grund angegeben ist (wie ausgeführt)

"O" Veröffentlichung, die sich auf eine mündliche Offenbarung, eine Benutzung, eine Ausstellung oder andere Maßnahmen bezieht

"P" Veröffentlichung, die vor dem internationalen Anmeldedatum, aber nach dem beanspruchten Prioritätsdatum veröffentlicht worden ist

"T" Spätere Veröffentlichung, die nach dem internationalen Anmeldedatum oder dem Prioritätsdatum veröffentlicht worden ist und mit der Anmeldung nicht kollidiert, sondern nur zum Verständnis des der Erfindung zugrundeliegenden Prinzips oder der ihr zugrundeliegenden Theorie angegeben ist

"X" Veröffentlichung von besonderer Bedeutung; die beanspruchte Erfindung kann allein aufgrund dieser Veröffentlichung nicht als neu oder auf erfinderischer Tätigkeit beruhend betrachtet werden

"Y" Veröffentlichung von besonderer Bedeutung; die beanspruchte Erfindung kann nicht als auf erfinderischer Tätigkeit beruhend betrachtet werden, wenn die Veröffentlichung mit einer oder mehreren anderen Veröffentlichungen dieser Kategorie in Verbindung gebracht wird und diese Verbindung für einen Fachmann naheliegend ist

"&" Veröffentlichung, die Mitglied derselben Patentfamilie ist

| Datum des Abschlusses der internationalen Recherche | Absendedatum des internationalen Recherchenberichts |
|---|---|
| 28. April 1999 | 2 3. 07. 99 |

| Name und Postanschrift der internationalen Recherchenbehörde | Bevollmächtigter Bediensteter |
|---|---|
| Europäisches Patentamt, P.B. 5818 Patentlaan 2 NL - 2280 HV Rijswijk Tel. (+31-70) 340-2040, Tx. 31 651 epo nl, Fax: (+31-70) 340-3016 | KANBIER D.T. |

Formblatt PCT/ISA/210 (Blatt 2) (Juli 1992)

1

**INTERNATIONALER RECHERCHENBERICHT**

Angaben zu Veröffentlichungen,           selben Patentfamilie gehören

...tionales Aktenzeichen

.../DE 98/02636

| Im Recherchenbericht angeführtes Patentdokument | Datum der Veröffentlichung | Mitglied(er) der Patentfamilie | | Datum der Veröffentlichung |
|---|---|---|---|---|
| EP 0309263 A | 29-03-1989 | CA | 1332227 A | 04-10-1994 |
| | | CA | 1332228 A | 04-10-1994 |
| | | AT | 102484 T | 15-03-1994 |
| | | AU | 630334 B | 29-10-1992 |
| | | AU | 2276088 A | 06-04-1989 |
| | | AU | 3044892 A | 11-02-1993 |
| | | CN | 1041528 A,B | 25-04-1990 |
| | | DE | 3888269 D | 14-04-1994 |
| | | DK | 529688 A | 25-05-1989 |
| | | EP | 0559240 A | 08-09-1993 |
| | | ES | 2061672 T | 16-12-1994 |
| | | FI | 884378 A | 25-03-1989 |
| | | FI | 972370 A | 04-06-1997 |
| | | HU | 214598 B | 28-04-1998 |
| | | JP | 1132523 A | 25-05-1989 |
| | | NO | 301689 B | 01-12-1997 |
| | | US | 5382573 A | 17-01-1995 |
| | | US | 5422119 A | 06-06-1995 |
| | | US | 5585370 A | 17-12-1996 |
| | | US | 5108995 A | 28-04-1992 |
| | | US | 5276022 A | 04-01-1994 |
| | | US | 5256421 A | 26-10-1993 |
| EP 0628312 A | 14-12-1994 | DE | 4308406 C | 16-06-1994 |

Formblatt PCT/ISA/210 (Anhang Patentfamilie)(Juli 1992)

| INTERNATIONAL SEARCH REPORT | International Application No. PCT/DE 98/02636 |
|---|---|

**A. CLASSIFICATION OF SUBJECT MATTER[6]:**
IPC6 : A61K31/565   A61K31/57

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC6 : A61K

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | EP 0 309 263 A (JENCAP RESEARCH LTD) 29 March 1989 (29.03.89) claims 2, 4; examples 13, 14, 21, 23 claims 6, 9, 10, 12; examples 16, 24 column 9, lines 38-57 --- | 1-13,16, 17,19-21 |
| X | EP 0 628 312 A (JENAPHARM GMBH) 14 December 1994 (14.12.94) column 2, lines 42-55; claims; examples 2, 5-7 column 3, lines 4-40 --- | 1-13,16, 17,19-21 |

☐ Further documents are listed in the continuation of Box C.    ☒ See patent family annex.

* Special categories of cited documents:

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art

"&" document member of the same patent family

| Date of the actual completion of the international search report 28 April 1999 (28.04.99) | Date of mailing of the international search report 23 July 1999 (23.07.99) |
|---|---|
| Name and mailing address of the ISA/ European Patent Office  Facsimile No. | Authorized officer  Telephone No. |

Form PCT/ISA/210 (second sheet) (July 1992)

**INTERNATIONAL SEARCH REPORT**

| International application No. |
| --- |
| PCT/DE 98/02636 |

| **Box I** | **Observations where certain claims were found unsearchable (Continuation of item 1 of first sheet)** |
| --- | --- |

This international search report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons:

1. ☐ Claims Nos.:
   because they relate to subject matter not required to be searched by this Authority, namely:

2. ☐ Claims Nos.:
   because they relate to parts of the international application that do not comply with the prescribed requirements to such an extent that no meaningful international search can be carried out, specifically:

3. ☐ Claims Nos.:
   because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

| **Box II** | **Observations where unity of invention is lacking (Continuation of item 2 of first sheet)** |
| --- | --- |

This International Searching Authority found multiple inventions in this international application, as follows:

    1. claims: 17, 19-21; parts 1-16
    2. claims: 18; parts 1-16

1. ☐ As all required additional search fees were timely paid by the applicant, this international search report covers all searchable claims.

2. ☐ As all searchable claims could be searched without effort justifying an additional fee, this Authority did not invite payment of any additional fee.

3. ☐ As only some of the required additional search fees were timely paid by the applicant, this international search report covers only those claims for which fees were paid, specifically claims Nos.:

4. ☒ No required additional search fees were timely paid by the applicant.  Consequently, this international search report is restricted to the invention first mentioned in the claims; it is covered by claims Nos.:

    17, 19-21; parts 1-16

| **Remark on Protest** | ☐ The additional search fees were accompanied by the applicant's protest. |
| --- | --- |
| | ☐ No protest accompanied the payment of additional search fees. |

Form PCT/ISA/210 (continuation of first sheet (1)) (July 1992)

99

**INTERNATIONAL SEARCH REPORT**

International application No.

PCT/DE98/02636

The International Searching Authority has found that this international application contains multiple inventions, as follows:

1. Claims Nos. 17,19-21; 1-16 in part

Contraceptive and method for hormonal contraception and inhibition of ovulation comprising two hormonal components containing at least one gestagen and one oestrogen as said hormonal components, for continuous administration.

2. Claims Nos. 18; 1-16 in part

Contraceptive with two hormonal components, comprising at least one gestagen and one oestrogen as said hormonal components, for continous administration in the treatment and/or prophylaxis of tumours of the mammary glands.

Form PCT/ISA/210 (patent family annex) (July 1992)

## INTERNATIONAL SEARCH REPORT
Information on patent family members

| | International Application No |
|---|---|
| | PCT/DE98/02636 |

| Patent document cited in search report | Publication date | Patent familiiy member(s) | | Publication date |
|---|---|---|---|---|
| EP 0309263 A | 29-03-1989 | CA | 1332227 A | 04-10-1994 |
| | | CA | 1332228 A | 04-10-1994 |
| | | AT | 102484 T | 15-03-1994 |
| | | AU | 630334 B | 29-10-1992 |
| | | AU | 2276088 A | 06-04-1989 |
| | | AU | 3044892 A | 11-02-1993 |
| | | CN | 1041528 A,B | 25-04-1990 |
| | | DE | 3888269 D | 14-04-1994 |
| | | DK | 529688 A | 25-05-1989 |
| | | EP | 0559240 A | 08-09-1993 |
| | | ES | 2061672 T | 16-12-1994 |
| | | FI | 884378 A | 25-03-1989 |
| | | FI | 972370 A | 04-06-1997 |
| | | HU | 214598 B | 28-04-1998 |
| | | JP | 1132523 A | 25-05-1989 |
| | | NO | 301689 B | 01-12-1997 |
| | | US | 5382573 A | 17-01-1995 |
| | | US | 5422119 A | 06-06-1995 |
| | | US | 5585370 A | 17-12-1996 |
| | | US | 5108995 A | 28-04-1992 |
| | | US | 5276022 A | 04-01-1994 |
| | | US | 5256421 A | 26-10-1993 |
| EP 0628312 A | 14-12-1994 | DE | 4308406 C | 16-06-1994 |

# INTERNATIONALER RECHERCHENBERICHT

| | Internationales Aktenzeichen |
|---|---|
| | PCT/DE 98/02636 |

**A. KLASSIFIZIERUNG DES ANMELDUNGSGEGENSTANDES**
IPK 6   A61K31/565   A61K31/57

Nach der Internationalen Patentklassifikation (IPK) oder nach der nationalen Klassifikation und der IPK

**B. RECHERCHIERTE GEBIETE**

Recherchierter Mindestprüfstoff (Klassifikationssystem und Klassifikationssymbole )
IPK 6   A61K

Recherchierte aber nicht zum Mindestprüfstoff gehörende Veröffentlichungen, soweit diese unter die recherchierten Gebiete fallen

Während der internationalen Recherche konsultierte elektronische Datenbank (Name der Datenbank und evtl. verwendete Suchbegriffe)

**C. ALS WESENTLICH ANGESEHENE UNTERLAGEN**

| Kategorie* | Bezeichnung der Veröffentlichung, soweit erforderlich unter Angabe der in Betracht kommenden Teile | Betr. Anspruch Nr. |
|---|---|---|
| X | EP 0 309 263 A (JENCAP RESEARCH LTD) 29. März 1989 (1989-03-29) Ansprüche 2,4; Beispiele 13,14,21,23 Ansprüche 6,9,10,12; Beispiele 16,24 Spalte 9, Zeile 38-57 --- | 1-13,16, 17,19-21 |
| X | EP 0 628 312 A (JENAPHARM GMBH) 14. Dezember 1994 (1994-12-14) Spalte 2, Zeile 42-55; Ansprüche; Beispiele 2,5-7 Spalte 3, Zeile 4-40 ----- | 1-13,16, 17,19-21 |

☐ Weitere Veröffentlichungen sind der Fortsetzung von Feld C zu entnehmen

☒ Siehe Anhang Patentfamilie

\* Besondere Kategorien von angegebenen Veröffentlichungen   :
"A" Veröffentlichung, die den allgemeinen Stand der Technik definiert, aber nicht als besonders bedeutsam anzusehen ist
"E" Älteres Dokument, das jedoch erst am oder nach dem internationalen Anmeldedatum veröffentlicht worden ist
"L" Veröffentlichung, die geeignet ist, einen Prioritätsanspruch zweifelhaft erscheinen zu lassen, oder durch die das Veröffentlichungsdatum einer anderen im Recherchenbericht genannten Veröffentlichung belegt werden soll oder die aus einem anderen besonderen Grund angegeben ist (wie ausgeführt)
"O" Veröffentlichung, die sich auf eine mündliche Offenbarung, eine Benutzung, eine Ausstellung oder andere Maßnahmen bezieht
"P" Veröffentlichung, die vor dem internationalen Anmeldedatum, aber nach dem beanspruchten Prioritätsdatum veröffentlicht worden ist

"T" Spätere Veröffentlichung, die nach dem internationalen Anmeldedatum oder dem Prioritätsdatum veröffentlicht worden ist und mit der Anmeldung nicht kollidiert, sondern nur zum Verständnis des der Erfindung zugrundeliegenden Prinzips oder der ihr zugrundeliegenden Theorie angegeben ist
"X" Veröffentlichung von besonderer Bedeutung; die beanspruchte Erfindung kann allein aufgrund dieser Veröffentlichung nicht als neu oder auf erfinderischer Tätigkeit beruhend betrachtet werden
"Y" Veröffentlichung von besonderer Bedeutung; die beanspruchte Erfindung kann nicht als auf erfinderischer Tätigkeit beruhend betrachtet werden, wenn die Veröffentlichung mit einer oder mehreren anderen Veröffentlichungen dieser Kategorie in Verbindung gebracht wird und diese Verbindung für einen Fachmann naheliegend ist
"&" Veröffentlichung, die Mitglied derselben Patentfamilie ist

| Datum des Abschlusses der internationalen Recherche | Absendedatum des internationalen Recherchenberichts |
|---|---|
| 28. April 1999 | 2 3. 07. 99 |

| Name und Postanschrift der internationalen Recherchenbehörde | Bevollmächtigter Bediensteter |
|---|---|
| Europäisches Patentamt, P.B. 5818 Patentlaan 2 NL - 2280 HV Rijswijk Tel. (+31-70) 340-2040, Tx. 31 651 epo nl, Fax: (+31-70) 340-3016 | KANBIER D.T. |

Formblatt PCT/ISA/210 (Blatt 2) (Juli 1992)

## INTERNATIONALER RECHERCHENBERICHT

| Internationales Aktenzeichen |
|---|
| PCT/DE 98/ 02636 |

**Feld I   Bemerkungen zu den Ansprüchen, die sich als nicht recherchierbar erwiesen haben (Fortsetzung von Punkt 2 auf Blatt 1)**

Gemäß Artikel 17(2)a) wurde aus folgenden Gründen für bestimmte Ansprüche kein Recherchenbericht erstellt:

1. ☐ Ansprüche Nr.
weil sie sich auf Gegenstände beziehen, zu deren Recherche die Behörde nicht verpflichtet ist, nämlich

2. ☐ Ansprüche Nr.
weil sie sich auf Teile der internationalen Anmeldung beziehen, die den vorgeschriebenen Anforderungen so wenig entsprechen, daß eine sinnvolle internationale Recherche nicht durchgeführt werden kann, nämlich

3. ☐ Ansprüche Nr.
weil es sich dabei um abhängige Ansprüche handelt, die nicht entsprechend Satz 2 und 3 der Regel 6.4 a) abgefaßt sind.

**Feld II   Bemerkungen bei mangelnder Einheitlichkeit der Erfindung (Fortsetzung von Punkt 3 auf Blatt 1)**

Die internationale Recherchenbehörde hat festgestellt, daß diese internationale Anmeldung mehrere Erfindungen enthält:

1. Ansprüche: 17, 19-21; teils 1-16
2. Ansprüche: 18; teils 1-16

1. ☐ Da der Anmelder alle erforderlichen zusätzlichen Recherchengebühren rechtzeitig entrichtet hat, erstreckt sich dieser internationale Recherchenbericht auf alle recherchierbaren Ansprüche.

2. ☐ Da für alle recherchierbaren Ansprüche die Recherche ohne einen Arbeitsaufwand durchgeführt werden konnte, der eine zusätzliche Recherchengebühr gerechtfertigt hätte, hat die Behörde nicht zur Zahlung einer solchen Gebühr aufgefordert.

3. ☐ Da der Anmelder nur einige der erforderlichen zusätzlichen Recherchengebühren rechtzeitig entrichtet hat, erstreckt sich dieser internationale Recherchenbericht nur auf die Ansprüche, für die Gebühren entrichtet worden sind, nämlich auf die Ansprüche Nr.

4. ☒ Der Anmelder hat die erforderlichen zusätzlichen Recherchengebühren nicht rechtzeitig entrichtet. Der internationale Recherchenbericht beschränkt sich daher auf die in den Ansprüchen zuerst erwähnte Erfindung; diese ist in folgenden Ansprüchen erfaßt:

17, 19-21; teils 1-16

Bemerkungen hinsichtlich eines Widerspruchs    ☐ Die zusätzlichen Gebühren wurden vom Anmelder unter Widerspruch gezahlt.

☐ Die Zahlung zusätzlicher Recherchengebühren erfolgte ohne Widerspruch.

Formblatt PCT/ISA/210 (Fortsetzung von Blatt 1 (1))(Juli 1998)

103

Internationales Aktenzeichen PCT/ DE 98/02636

| WEITERE ANGABEN | PCT/ISA/ 210 |
|---|---|

Die internationale Recherchenbehörde hat festgestellt, dass diese internationale Anmeldung mehrere (Gruppen von) Erfindungen enthält, nämlich:

1. Ansprüche: 17, 19-21; teils 1-16

   Mittel und Verfahren zur hormonalen Kontrazeption und Ovulationshemmung mit zwei Hormonkomponenten, das mindestens ein gestagen und ein Estrogen als Hormonkomponenten umfasst, und kontinuierlich verabreicht wird.

2. Ansprüche: 18; teils 1-16

   Mittel mit zwei Hormonkomponenten, das mindestens ein Gestagen und ein estrogen als Hormonkomponenten umfasst, und kontinuierlich verabreicht wird, zur Behandlung und/oder Prophylaxe von Tumoren der Brustdrüsen.

104

# INTERNATIONALER CHERCHENBERICHT

Angaben zu Veröffentlichungen, die zur seben Patentfamilie gehören

Inte......ales Aktenzeichen

PCT/DE 98/02636

| Im Recherchenbericht angeführtes Patentdokument | | Datum der Veröffentlichung | Mitglied(er) der Patentfamilie | | Datum der Veröffentlichung |
|---|---|---|---|---|---|
| EP 0309263 | A | 29-03-1989 | CA | 1332227 A | 04-10-1994 |
| | | | CA | 1332228 A | 04-10-1994 |
| | | | AT | 102484 T | 15-03-1994 |
| | | | AU | 630334 B | 29-10-1992 |
| | | | AU | 2276088 A | 06-04-1989 |
| | | | AU | 3044892 A | 11-02-1993 |
| | | | CN | 1041528 A,B | 25-04-1990 |
| | | | DE | 3888269 D | 14-04-1994 |
| | | | DK | 529688 A | 25-05-1989 |
| | | | EP | 0559240 A | 08-09-1993 |
| | | | ES | 2061672 T | 16-12-1994 |
| | | | FI | 884378 A | 25-03-1989 |
| | | | FI | 972370 A | 04-06-1997 |
| | | | HU | 214598 B | 28-04-1998 |
| | | | JP | 1132523 A | 25-05-1989 |
| | | | NO | 301689 B | 01-12-1997 |
| | | | US | 5382573 A | 17-01-1995 |
| | | | US | 5422119 A | 06-06-1995 |
| | | | US | 5585370 A | 17-12-1996 |
| | | | US | 5108995 A | 28-04-1992 |
| | | | US | 5276022 A | 04-01-1994 |
| | | | US | 5256421 A | 26-10-1993 |
| EP 0628312 | A | 14-12-1994 | DE | 4308406 C | 16-06-1994 |

Formblatt PCT/ISA/210 (Anhang Patentfamilie)(Juli 1992)

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: ASSISTANT COMMISSIONER FOR PATENTS
Box PCT
Washington, D.C. 20231

| U.S. APPLICATION NO. | | FIRST NAMED APPLICANT | ATTY. DOCKET NO. |
|---|---|---|---|
| 09.508848 | HESCH | R | BOEHM13.001A |

KNOBBE MARTENS OLSON & BEAR          5071
620 NEWPORT CENTER DRIVE
SIXTEENTH FLOOR
NEWPORT BEACH CA 92660

| INTERNATIONAL APPLICATION NO. | PCT/US98/25636 |
|---|---|
| I.A. FILING DATE | PRIORITY DATE |
| 09/03/98 | 09/11/97 |

DATE MAILED: 05/03/00

## NOTIFICATION OF MISSING REQUIREMENTS UNDER 35 U.S.C. 371 IN THE UNITED STATES DESIGNATED/ELECTED OFFICE (DO/EO/US)

1. The following items have been submitted by the applicant or the IB to the United States Patent and Trademark Office as
   ☐ a Designated Office (37 CFR 1.494),
   ☒ an Elected Office (37 CFR 1.495):
   ☒ U.S. Basic National Fee.
   ☒ Copy of the international application in:
      ☒ a non-English language.
      ☐ English.
   ☒ Translation of the international application into English.
   ☐ Oath or Declaration of inventors(s) for DO/EO/US.
   ☐ Copy of Article 19 amendments.
   ☐ Translation of Article 19 amendments into English.
   ☒ The International Preliminary Examination Report in English and its Annexes, if any.
   ☒ Translation of Annexes to the International Preliminary Examination Report into English.
   ☒ Preliminary amendment(s) filed  13 Mar 00  and _____.
   ☐ Information Disclosure Statement(s) filed_____ and _____.
   ☐ Assignment document.
   ☐ Power of Attorney and/or Change of Address.
   ☐ Substitute specification filed _____.
   ☐ Verified Statement Claiming Small Entity Status.
   ☒ Priority Document.
   ☒ Copy of the International Search Report ☒ and copies of the references cited therein.
   ☐ Other:

2. The following items MUST be furnished within the period set forth below in order to complete the requirements for acceptance under 35 U.S.C. 371:
   ☐ a. Translation of the application into English.  Note a processing fee will be required if submitted later than the appropriate 20 or 30 months from the priority date.
      ☐ The current translation is defective for the reasons indicated on the attached Notice of Defective Translation.
   ☐ b. Processing fee for providing the translation of the application and/or the Annexes later than the appropriate 20 or 30 months from the priority date (37 CFR 1.492(f)).
   ☒ c. Oath or declaration of the inventors, in compliance with 37 CFR 1.497(a) and (b), identifying the application by the international application number and international filing date.
      ☐ The current oath or declaration does not comply with 37 CFR 1.497(a) and (b) for the reasons indicated on the attached PCT/DO/EO/917.
   ☒ d. Surcharge for providing the oath or declaration later than the appropriate 20 or 30 months from the priority date (37 CFR 1.492(e)).

3. Additional claim fees of $_____ as a ☐ large entity ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due. See attached PTO-875.

**ALL OF THE ITEMS SET FORTH IN 2(a)-2(d) AND 3 ABOVE MUST BE SUBMITTED WITHIN ONE MONTH FROM THE DATE OF THIS NOTICE OR BY ☐ 21 OR ☒ 31 MONTHS FROM THE PRIORITY DATE FOR THE APPLICATION, WHICHEVER IS LATER. FAILURE TO PROPERLY RESPOND WILL RESULT IN ABANDONMENT.**

The time period set above may be extended by filing a petition and fee for extension of time under the provisions of 37 CFR 1.136(a).

4. Translation of the Annexes MUST be submitted no later that the time period set above or the annexes will be cancelled. Note processing fee will be required if submitted later than 30 months from the priority date.

5. ☐ The Article 19 amendments are cancelled since a translation was not provided by the appropriate 20 (37 CFR. 494(d)) or 30 (37 CFR 1.495(d)) months from the priority date.

Applicant is reminded that any communication to the United States Patent and Trademark Office must be mailed to the address given in the heading and include the U.S. application no. shown above. (37 CFR 1.5)

*A copy of this notice MUST be returned with this response.*

Enclosed:
☐ PCT/DO/EO/917          ☐ Notice of Defective Translation
☐ PTO-875
FORM PCT/DO/EO/905 (December 1997)
106

Shakeel Ahmed  SA
Telephone: 703 National Stage Processing
(703) 305-3659

#3

BOEHM13.001APC                                              PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | |
|---|---|---|---|---|
| Applicant | : | Hesch | ) | Group Art Unit 5071 |
| | | | ) | |
| App. No. | : | 09/508,648 | ) | |
| | | | ) | |
| Filed | : | Herewith | ) | |
| | | | ) | |
| For | : | HORMONAL | ) | |
| | | CONTRACEPTIVE | ) | |
| | | PRODUCT | ) | |
| | | | ) | |
| Examiner | : | Unknown | ) | |
| | | | ) | |

OIPE
JUN 0 5 2000
PATENT & TRADEMARK OFFICE

### INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

      Enclosed is form PTO-1449 listing 8 references that are also enclosed.  This Information Disclosure Statement is being filed within three months of the filing date of this application, and no fee is required in accordance with 37 C.F.R. § 1.97(b)(1).

                      Respectfully submitted,

                      KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 2 June 2000      By: _Daniel Altman_
                        Daniel E. Altman
                        Registration No. 34,115
                        Attorney of Record
                        620 Newport Center Drive
                        Sixteenth Floor
                        Newport Beach, CA  92660
                        (949) 760-0404

H:\DOCS\JAH\JAH-2636.DOC
051900

#3

SHEET 1 OF 1

| FORM PTO-1449     U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.<br>BOEHM13.001APC | APPLICATION NO.<br>09/508,848 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT<br>BY APPLICANT | APPLICANT<br>Hesch | |
| (USE SEVERAL SHEETS IF NECESSARY) | FILING DATE | GROUP<br>5071 |

(Stamp: JUN 0 5 2000 — PATENT & TRADEMARK OFFICE)

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE (IF APPROPRIATE) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | TRANSLATION NO |
|---|---|---|---|---|---|---|---|
| | DE 37 30 472 A1 | 4/13/89 | GERMANY | | | | X |
| | DE 39 16381 A1 | 11/22/90 | GERMANY | | | | X |
| | DE 40 19 670 A1 | 1/9/92 | GERMANY | | | | X |
| | DE 40 06 406 C1 | | GERMANY | | | | X |
| | DE 44 05 581 C1 | | GERMANY | | | | X |
| | DE 44 05 608 A1 | 8/24/95 | GERMANY | | | | X |
| | EP 0 828 012 A1 | 12/14/94 | EUROPEAN PATENT OFFICE | | | | X |
| BB | EP 0 309 263 A1 | 3/29/89 | EUROPEAN PATENT OFFICE | | | X | |

| EXAMINER INITIAL | OTHER DOCUMENTS (INCLUDING AUTHOR, TITLE, DATE, PERTINENT PAGES, ETC.) |
|---|---|
| | |
| | |
| | |

H:\DOCS\JAH\JAH-2637.DOC:bb
051900

| EXAMINER   Padio | DATE CONSIDERED   1/26/01 |
|---|---|

*EXAMINER: INITIAL IF CITATION CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP 609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED, INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT.

*English translation not provided.*



(19) Europäisches Patentamt
European Patent Office
Office européen des brevets

(11) Publication number: **0 309 263 A1**

## EUROPEAN PATENT APPLICATION

(21) Application number: 88308640.3

(51) Int. Cl.4: **A 61 K 31/565**

(22) Date of filing: 23.09.88

(30) Priority: 24.09.87 CA 547743    24.09.87 CA 547744

(43) Date of publication of application:
29.03.89 Bulletin 89/13

(84) Designated Contracting States:
AT BE CH DE ES FR GB GR IT LI LU NL SE

(71) Applicant: JENCAP RESEARCH LTD
88 Gormley Avenue
Toronto Ontario M4V 1Z1 (CA)

(72) Inventor: Casper, Robert F., 6-240 Eaton North
Toronto General Hospital, 200 Elizabeth Street
Toronto, Ontario M5G 2C4 (CA)

(74) Representative: Jones, Helen M.M. et al
Gill Jennings & Every 53-64 Chancery Lane
London WC2A 1HN (GB)

(54) Hormone composition and use.

(57) This invention is concerned with a contraceptive formulation and a method of contraception which employs a combination of estrogen and progestin and wherein a short period of relatively dominant estrogenic activity alternates with a short period of relatively dominant progestagenic activity. The invention also concerns a hormonal replacement formulation and method for use in menopausal or castrate women which employs a similar combination of estrogen and progestin.

EP 0 309 263 A1

Bundesdruckerei Berlin

1                    EP 0 309 263 A1                    2

**Description**

## HORMONE COMPOSITION AND USE

This invention is concerned with a contraceptive formulation and a method of contraception which employs a combination of estrogen and progestin and wherein a short period of relatively dominant estrogenic activity alternates with a short period of relatively dominant progestagenic activity. Also described are formulations which employ similar hormone combinations for hormonal replacement therapy for menopausal or castrate women.

In the luteal phase of the menstrual cycle, serum progesterone levels increase and progesterone mediated secretory changes occur in the uterine endometrium. The presence of progesterone receptors has been shown to be a necessary prerequisite for progesterone action in the endometrium (see Walters, M.R. and Clark, J.H. Relationship between the quantity of progesterone receptors and the antagonism of estrogen-induced uterotropic response Endocrinology 105:382, 1979) and it is well documented that estrogen priming in the follicular phase of the cycle is responsible for the development of both estrogen and progesterone receptors (see Bayard, F., Damilano, S., Robel, P. and Baulien, E.E. Cytoplasmic and nuclear estradiol and progesterone receptors in human endometrium, J. Clin Endocrinol Metab. 46:635, 1978). On the other hand, progesterone exerts a negative feedback effect on its own receptor (see Tseng, L. and Gurpide, E. Effects of progestins on estradiol receptor levels in human endometrium, J. Clin Endocrinol Metab. 41:402, 1975) and also acts to downregulate endometrial estrogen receptors possibly by induction of an estrogen receptor regulatory factor (see Leavitt, W.W., Okulicz, W.C., McCracken, J.A., Schramm, W.S. and Robidoux, W.F. Jr. Rapid recovery of nuclear estrogen receptor and oxytocin receptor in the ovine uterus following progesterone withdrawal, J. Steroid Biochem. 22:686, 1985).

These physiologic changes can be reproduced pharmacologically as shown by the induction of estrogen and progestin receptors in postmenopausal women by the administration of ethinyl estradiol (see Kreitmann, B., bugat, R. and Bayard, F. Estrogen and Progestin Regulation of the Progesterone Receptor Concentration in Human Endometrium, J. Clin Endocrinol Metab. 49:926, 1979). Neumannova et al (see Short-Term Effects of Tamoxifen, Medroxy-progesterone Acetate, and Their Combination on Receptor Kinetics in Human Endometrium, Obstet. Gynecol. 66:695, 1985) have also demonstrated that administration of medroxy-progesterone acetate in estrogen-primed women decreases the concentration of endometrial progestin receptors while at the same time increasing the activity of 17beta-hydroxysteroid dehydrogenase, an enzyme which is responsible for metabolism of estradiol to the less potent estrone.

A complex interaction occurs between estrogen and progesterone or progestin in the human endometrium with the progestins acting as anti-estro-

gens. Estrogen and progestin interactions are also dynamic. For example, estrogen administration increased the concentration of both estrogen and progestin receptors to peak levels, 7 times above baseline, within 3 days (see Ekert, R.L. and Katzenellenbogen, B.S. Human Endometrial Cells in Primary Tissue Culture: Modulation of the Progesterone Receptor Level by Natural and Synthetic Estrogens In Vitro, J. Clin Endocrinol Metab. 52:699, 1981). A three-fold increase in receptor concentrations occurred within one day. Normal physiologic levels of progesterone in the first 3 days of the luteal phase resulted in a rapid and significant decrease in estrogen receptor number (see Kreitmann-Gimbal, B., Bayard, F., Nixon, W.E. and Hodgen, G.D. Patterns of Estrogen and Progesterone Receptors in Monkey Endometrium During the Normal Menstrual Cycle, Steroids 35:471, 1980). Exogenous administration of progesterone to cynomolgous macaques significantly suppressed estrogen receptors within 1 to 2 days (see West, N.B. and Brenner, R.M. Progesterone-Mediated Suppression of Estradiol Receptors in Cynomolgous Macaque Cervix, Endometrium and Oviduct During Sequential Estradiol-Progesterone Treatment, J. Steroid Biochem. 22:29, 1985) and medroxy-progesterone acetate was able to significantly suppress progestin receptor levels in premenopausal women within 4 hours (see Neumannova M., Kauppila, A., Kivinen, S. and Vihko, R. Short-Term Effects of Tamoxifen, Medroxy-progesterone Acetate, and Their Combination on Receptor Kinetics and 17beta-Hydroxysteroid Dehydrogenase in Human Endometrium, Obstet. Gynecol. 66:695, 1985). In contrast, progesterone withdrawal in the presence of constant estrogen levels has been shown to result in rapid (6 to 12 hours) recovery of nuclear estrogen receptors in sheep endometrium, associated with an estrogen induced biological response, i.e. production of oxytocin receptors (see Leavitt, W.W., Okulicz, W.C., McCracken, J.A., Schramm, W.S. and Robidoux, W.F. Jr. Rapid recovery of nuclear estrogen receptor and oxytocin receptor in the ovine uterus following progesterone withdrawal, J. Steroid Biochem. 22:686, 1985). A similar phenomenon occurs in pregnant guinea pigs when estrogen levels rise relative to progesterone levels prior to parturition (see Alexandrova, M. and Soloff, M.S. Oxytocin receptors and parturition in the guinea pig, Biol. Reprod. 22:1106, 1980).

Therefore, it appears that estrogen acts to stimulate both estrogen and progestin receptor concentrations and to induce sensitivity of the endometrium to both estrogen and progestin. Progesterone or progestin exerts an anti-estrogen action by decreasing estrogen receptors and by increasing 17beta-hydroxysteroid dehydrogenase activity in endometrial tissue. However, it appears that the stimulatory effects of progesterone on human endometrial function are of short duration probably because of a self-provoked downregula-

2



| U.S. Application No.<br>09/508,648 | International Application No.<br>PCT/DE98/02636 | Attorney Docket No.<br>**BOEHM13.001APC** |

Date: June 2, 2000                    **529** Rec'd PCT/PTO   **0 5 JUN 2000** Page 1

I hereby certify that this correspondence and all marked
attachments are being deposited with the United States Postal
Service as first class mail in an envelope addressed to:
Commissioner of Patents and Trademarks, Washington, D.C.
20231, on

*2 June 2000*
(Date)

*Daniel Altman*
Daniel E. Altman, Reg. No. 34,115

## TRANSMITTAL LETTER TO THE UNITED STATES DESIGNATED/ELECTED OFFICE (DO/EO/US) CONCERNING A FILING UNDER 35 USC 371

International Application No.:       PCT/DE98/02636
International Filing Date:       September 3, 1998
Priority Date Claimed:       September 11, 1997
Title of Invention:    HORMONAL CONTRACEPTIVE PRODUCT
Applicant(s) for DO/EO/US: Hesch

Applicant herewith submits to the United States Designated/Elected Office (DO/EO/US) the
following items and other information:

(X)     This is a **SECOND** or **SUBSEQUENT** submission of items concerning a filing under 35
        U.S.C. 371.

(X)     Copy of Notification of Missing Requirements Under 35 U.S.C. 371 In The United States
        Designated/Elected Office (DO/EO/US) dated May 2, 2000.

(X)     A declaration of the inventor(s) and power of attorney (35 U.S.C. 371(c)(4)).

(X)     Small Entity Statement.

(X)     An Information Disclosure Statement under 37 C.F.R. 1.97 and 1.98 with FORM PTO-
        1449 listing eight (8) references.

(X)     A return prepaid postcard.

(X)     The fee of $65 for submission of the Declaration after 30 months from the priority under
        37 C.F.R. 1.492(e).

(X)     The Commissioner is hereby authorized to charge any additional fees which may be
        required, or credit any overpayment to Deposit Account No. 11-1410. A duplicate copy
        of this sheet is enclosed.

06/09/2000 PVOLPE   00000062 09508648

01 FC:254             65.00 OP

KNOBBE, MARTENS, OLSON & BEAR, LLP
620 NEWPORT CENTER DR   16TH FLOOR   NEWPORT BEACH, CA 92660
(949) 760-0404       FAX (949) 760-9502

111

| U.S. Application No. | International Application No. | Attorney Docket No. |
|---|---|---|
| 09/508,648 | PCT/DE98/02636 | **BOEHM13.001APC** |

Date:  June 2, 2000                                                    Page 2

SEND ALL CORRESPONDENCE TO:

_____
Signature

KNOBBE, MARTENS, OLSON & BEAR, LLP
620 Newport Center Drive
Sixteenth Floor
Newport Beach, CA  92660

Daniel E. Altman_____
Printed Name

34,115_____
Registration Number

H:\DOCS\JAH\JAH-2723.DOC
053100

112

| U.S. Application No. | International Application No. | Attorney Docket No. |
|---|---|---|
| 09/508,648 | PCT/DE98/02636 | **BOEHM13.001APC** |

Date: June 2, 2000                                                          Page 1



I hereby certify that this correspondence and all marked attachments are being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on

2 June 2000
(Date)

Daniel E. Altman, Reg. No. 34,115

**TRANSMITTAL LETTER TO THE UNITED STATES DESIGNATED/ELECTED OFFICE (DO/EO/US) CONCERNING A FILING UNDER 35 USC 371**

International Application No.:    PCT/DE98/02636
International Filing Date:    September 3, 1998
Priority Date Claimed:    September 11, 1997
Title of Invention:    HORMONAL CONTRACEPTIVE PRODUCT
Applicant(s) for DO/EO/US: Hesch

OIPE
JUN 0 5 2000
PATENT & TRADEMARK OFFICE

Applicant herewith submits to the United States Designated/Elected Office (DO/EO/US) the following items and other information:

(X)    This is a **SECOND or SUBSEQUENT** submission of items concerning a filing under 35 U.S.C. 371.

(X)    Copy of Notification of Missing Requirements Under 35 U.S.C. 371 In The United States Designated/Elected Office (DO/EO/US) dated May 2, 2000.

(X)    A declaration of the inventor(s) and power of attorney (35 U.S.C. 371(c)(4)).

(X)    Small Entity Statement.

(X)    An Information Disclosure Statement under 37 C.F.R. 1.97 and 1.98 with FORM PTO-1449 listing eight (8) references.

(X)    A return prepaid postcard.

(X)    The fee of $65 for submission of the Declaration after 30 months from the priority under 37 C.F.R. 1.492(e).

(X)    The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment to Deposit Account No. 11-1410. A duplicate copy of this sheet is enclosed.

KNOBBE, MARTENS, OLSON & BEAR, LLP
620 NEWPORT CENTER DR.  16TH FLOOR  NEWPORT BEACH, CA 92660
(949) 760-0404    FAX (949) 760-9502

113

| U.S. Application No. | International Application No. | Attorney Docket No. |
|---|---|---|
| 09/508,648 | PCT/DE98/02636 | **BOEHM13.001APC** |

Date:  June 2, 2000                                                                 Page 2

SEND ALL CORRESPONDENCE TO:

KNOBBE, MARTENS, OLSON & BEAR, LLP
620 Newport Center Drive
Sixteenth Floor
Newport Beach, CA  92660

_Daniel E. Altman_
Signature

_Daniel E. Altman_
Printed Name

_34,115_
Registration Number

H:\DOCS\JAH\JAH-2723.DOC
053100

114

BOEHM13.001APC
DEA/MOH/JAH



09.05.08 88 48

HESCH

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: ASSISTANT COMMISSIONER FOR PATENTS
Box PCT
Washington, D.C. 20231

| U.S. APPLICATION NO. | FIRST NAMED APPLICANT | R | BOEHM13.001A |
|---|---|---|---|
| | | | ATTY. DOCKET NO. |

KNOBBE MARTENS OLSON & BEAR
620 NEWPORT CENTER DRIVE
SIXTEENTH FLOOR
NEWPORT BEACH CA 92660

50 OIPE
JUN 0 5 2000
PATENT

INTERNATIONAL APPLICATION NO. 636

I.A. FILING DATE 09/03/98    PRIORITY DATE 09/11/97

DATE MAILED: 05/03/00

### NOTIFICATION OF MISSING REQUIREMENTS UNDER 35 U.S.C. 371 IN THE UNITED STATES DESIGNATED/ELECTED OFFICE (DO/EO/US)

1. The following items have been submitted by the applicant or the IB to the United States Patent and Trademark Office as
☐ a Designated Office (37 CFR 1.494),
☒ an Elected Office (37 CFR 1.495):
☒ U.S. Basic National Fee.
☒ Copy of the international application in:
 ☒ a non-English language.
 ☐ English.
☒ Translation of the international application into English.
☐ Oath or Declaration of inventors(s) for DO/EO/US.
☐ Copy of Article 19 amendments.
☐ Translation of Article 19 amendments into English.
☒ The International Preliminary Examination Report in English and its Annexes, if any.
☒ Translation of Annexes to the International Preliminary Examination Report into English.
☒ Preliminary amendment(s) filed _13 Mar 00_ and _____.
☐ Information Disclosure Statement(s) filed _____ and _____.
☐ Assignment document.
☐ Power of Attorney and/or Change of Address.
☐ Substitute specification filed _____.
☐ Verified Statement Claiming Small Entity Status.
☒ Priority Document.
☒ Copy of the International Search Report ☒ and copies of the references cited therein.
☐ Other:

DOCKETED ON: MAY 05 2000
BY: Thun VERIFIED BY
ACTION: Resp to Miss Rqts
DUE DATE: June 5 2000
FINAL DEADLINE: Nov. 2, 2000
ATTY: DEA/MOH/JAH
ATTORNEY VERIFICATION OF DUE DATE AND FINAL DEADLINE:

2. The following items **MUST** be furnished within the period set forth below in order to complete the requirements for acceptance under 35 U.S.C. 371:
☐ a. Translation of the application into English. Note a processing fee will be required if submitted later than the appropriate 20 or 30 months from the priority date.
 ☐ The current translation is defective for the reasons indicated on the attached Notice of Defective Translation.
☐ b. Processing fee for providing the translation of the application and/or the Annexes later than the appropriate 20 or 30 months from the priority date (37 CFR 1.492(f)).
☒ c. Oath or declaration of the inventors, in compliance with 37 CFR 1.497(a) and (b), identifying the application by the International application number and international filing date.
 ☐ The current oath or declaration does not comply with 37 CFR 1.497(a) and (b) for the reasons indicated on the attached PCT/DO/EO/917.
☒ d. Surcharge for providing the oath or declaration later than the appropriate 20 or 30 months from the priority date (37 CFR 1.492(e)).

3. Additional claim fees of $_____ as a ☐ large entity ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due. See attached PTO-875.

**ALL OF THE ITEMS SET FORTH IN 2(a)-2(d) AND 3 ABOVE MUST BE SUBMITTED WITHIN ONE MONTH FROM THE DATE OF THIS NOTICE OR BY ☐ 21 OR ☒ 31 MONTHS FROM THE PRIORITY DATE FOR THE APPLICATION, WHICHEVER IS LATER. FAILURE TO PROPERLY RESPOND WILL RESULT IN ABANDONMENT.**

The time period set above may be extended by filing a petition and fee for extension of time under the provisions of 37 CFR 1.136(a).

4. Translation of the Annexes MUST be submitted no later that the time period set above or the annexes will be cancelled. Note processing fee will be required if submitted later than 30 months from the priority date.
5. ☐ The Article 19 amendments are cancelled since a translation was not provided by the appropriate 20 (37 CFR. 494(d)) or 30 (37 CFR 1.495(d)) months from the priority date.

Applicant is reminded that any communication to the United States Patent and Trademark Office must be mailed to the address given in the heading and include the U.S. application no. shown above. (37 CFR 1.5)

*A copy of this notice MUST be returned with this response.*

Enclosed:
☐ PCT/DO/EO/917    ☐ Notice of Defective Translation
☐ PTO-875
FORM PCT/DO/EO/905 (December 1997)

Shakeel Ahmed
Telephone: 703 National Stage
(703) 305-3859

115

HL28806

Page 1                                         Attor    Docket No. BOEHM13.001APC

## DECLARATION AND POWER OF ATTORNEY - USA PATENT APPLICATION

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled HORMONAL CONTRACEPTIVE PRODUCT; the specification of which was internationally filed on September 3, 1998, as International Application No. PCT/DE98/02636, and for which the initial documents for entry into the U.S. National Phase were filed on March 13, 2000, and assigned U.S. Serial No. 09/508,648.

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above;

I acknowledge the duty to disclose information which is material to the patentability of this application in accordance with Title 37, Code of Federal Regulations, § 1.56;

I hereby claim foreign priority benefits under Title 35, United States Code, § 119 of any foreign application(s) for patent, design or inventor's certificate or any PCT international application(s) listed below and have also identified below any foreign application(s) for patent, design or inventor's certificate or any PCT international application(s) designating at least one country other than the United States of America filed for the same subject matter having a filing date before that of the application(s) of which priority is claimed:

PRIOR FOREIGN APPLICATION(S)                                    Priority
                                                                Claimed

No: 197 39 916.9    Country: GERMANY    Date Filed: September 11, 1997    Yes

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s) listed below, and insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code § 112, I acknowledge the duty to disclose to the U.S. Patent and Trademark Office all information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, § 1.56, which became available between the filing date of the prior application and the national or PCT international filing date of this application:

POWER OF ATTORNEY: I hereby appoint the registrants of Knobbe, Martens, Olson & Bear, LLP, 620 Newport Center Drive, Sixteenth Floor, Newport Beach, California 92660, Telephone (949) 760-0404, Customer No. 20,995.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful, false statements may jeopardize the validity of the application or any patent issued thereon.

--------------------------------------------------------------------

Full name of sole or first inventor: Rolf-Dieter Hesch

Inventor's signature _____    Date  12.5.99

Residence (city and country): Alpsteinweg 8, 78464 Konstanz, GERMANY  DE%

Citizenship: German

Post Office Address: Same as Above

Send Correspondence To:
KNOBBE, MARTENS, OLSON & BEAR, LLP
Customer No. 20,995
H:\DOCS\AH\AH-2346.DOC:bb\033000

Applicant: Rolf-Dieter Hesch
Int'l. Application No.: PCT/D___/02636
Int'l. Filed: September 3, 1998
U.S. Serial No.: 09/508,648
For: HORMONAL CONTRACEPTIVE PRODUCT

Attorney ket No.: BOEHM13.001APC
Page 1

VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL-ENTITY STATUS

I, the undersigned, do hereby declare that:

[X]    I am an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees to the Patent and Trademark Office with regard to the invention described in the patent or application identified above.

The individual, concern or organization identified above has not assigned, granted, conveyed or licensed, and is under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person who would not qualify as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

If the rights held by the above-identified individual, concern or organization are not exclusive, each individual, concern or organization having rights in the invention are identified below. Each such individual, concern or organization must file separate verified statements averring to their status as small entities.

*NOTE:  Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27).

FULL NAME:
ADDRESS:
[ ] INDIVIDUAL    [ ] SMALL BUSINESS CONCERN    [ ] NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small-entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b)).

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF PERSON SIGNING: Rolf-Dieter Hesch
TITLE OF PERSON (if not an owner or individual):
ADDRESS OF PERSON SIGNING: Alpsteinweg 8, 78464 Konstanz, GERMANY

SIGNATURE: _____    DATE: _____

H:\DOCS\JAH\JAH-2348.DOC
033000

117

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C. 20231

**0 9 / 5 0 8 6 4 8**

| U.S. APPLICATION NO. | HESCH | FIRST NAMED APPLICANT | R | BOEHM13.001A |
| | | | | ATTY. DOCKET NO. |

KNOBBE MARTENS OLSON & BEAR          5071
620 NEWPORT CENTER DRIVE
SIXTEENTH FLOOR
NEWPORT BEACH CA 92660

| | INTERNATIONAL APPLICATION NO. |
| | PCT/NF50702636 |

| I.A. FILING DATE | PRIORITY DATE |
| 09/03/98 | 09/11/97 |

DATE MAILED: 06/16/00

## NOTIFICATION OF ACCEPTANCE OF APPLICATION UNDER 35 U.S.C. 371
## AND 37 CFR 1.494 OR 1.495

1. The applicant is hereby advised that the United States Patent and Trademark Office in its capacity as ☐ a Designated Office (37 CFR 1.494), ☒ an Elected Office (37 CFR 1.495), has determined that the above identified international application has met the requirements of 35 U.S.C. 371, and is **ACCEPTED** for national patentability examination in the United States Patent and Trademark Office.

2. The United States Application Number assigned to the application is shown above and the relevant dates are:

   **0 5 JUN 2000**               **0 5 JUN 2000**
   35 U.S.C. 102(e) DATE          DATE OF RECEIPT OF
                                  35 U.S.C. 371 REQUIREMENTS

   A Filing Receipt (PTO-103X) will be issued for the present application in due course. **THE DATE APPEARING ON THE FILING RECEIPT AS THE "FILING DATE" IS THE DATE ON WHICH THE LAST OF THE 35 U.S.C. 371(C) REQUIREMENTS HAS BEEN RECEIVED IN THE OFFICE. THIS DATE IS SHOWN ABOVE.** *The filing date of the above identified application is the international filing date of the international application (Article 11(3) and 35 U.S.C. 363).* Once the Filing Receipt has been received, send all correspondence to the Group Art Unit designated thereon.

3. ☒ A request for immediate examination under 35 U.S.C. 371(f) was received on **13 MAR 2000** and the application will be examined in turn.

4. The following items have been received:
   ☒ U.S. Basic National Fee.
   ☒ Copy of the international application in:
      ☒ a non-English language.
      ☐ English.
   ☒ Translation of the international application into English.
   ☒ Oath or Declaration of inventors(s) for DO/EO/US.
   ☐ Copy of Article 19 amendments. ☐ Translation of Article 19 amendments into English.
      The Article 19 amendments ☐ have ☐ have not been entered.
   ☒ The International Preliminary Examination Report in English and its Annexes, if any.
   ☐ Copy of the Annexes to the International Preliminary Examination Report (IPER).
      ☒ Translation of Annexes to the IPER into English.
      The Annexes ☒ have ☐ have not been entered.
   ☒ Preliminary amendment(s) filed **13 MAR 2000** and _____.
   ☒ Information Disclosure Statement(s) filed **0 5 JUN 2000** and _____.
   ☐ Assignment document.
   ☐ Power of Attorney and/or Change of Address.
   ☐ Substitute specification filed _____
   ☒ Verified Statement Claiming Small Entity Status.
   ☒ Priority Document.
   ☒ Copy of the International Search Report ☒ and copies of the references cited therein.
   ☐ Other: _____

Applicant is reminded that any communication to the United States Patent and Trademark Office must be mailed to the address given in the heading and include the U.S. application no. shown above. (37 CFR 1.5)

FORM PCT/DO/EO/903 (December 1997)
118

Shakeel Ahmad    SA
Telephone: 703 National Stage Processing
(703) 305-0359

DO/US WORKSHEET

U.S. Appl. No. **0 9 / 0 8 6 4 8**    International Appl No. _DE98/02636_

Application filed by: ☐ 20 months    ☑ 30 months

---

**INTERNATIONAL APPLICATION PAPERS IN THE APPLICATION FILE:**

☑ International application (RECORD COPY)  ☐ Request form PCT/RO/101
☐ Article 19 amendments                   ☐ PCT/IB/302
☑ PCT/IB/331                               ☑ PCT/ISA/210-Search Report
☑ PCT/IPEA/409 IPER (PCT/IPEA/416 on front) ☑ Search Report references
☑ Annexes to 409                           ☐ Other _____
☑ Priority document(s) No. _1_
☐ INTERNATIONAL APPLICATION ON DOUBLE SIDED PAPER (COPIES MADE)

---

**RECEIPTS FROM THE APPLICANT:** (other than checked above)
☑ Basic National Fee (paid or authorized to charge)    ☑ Preliminary amendment(s) filed
  Translation of international application as filed:     _____
    ☑ Description
    ☑ Claims                                           ☑ Information Disclosure Statement
    ☐ Words in the drawing figure(s)                   ☐ Assignment document
    ☐ Article 19 amendments                            ☐ Power of attorney/Change of address
    ☑ Annexes to 409 Entered                           ☐ Substitute specification
☐ Oath / Declaration                                   ☐ Verified small status claim
☐ DNA diskette                                         ☐ Other _____

---

**Notes:**    I A title used.

---

| | |
|---|---|
| 35 U.S.C. 371 - Receipt of Request (PTO-1390)  13 Mar 2000 | **WIPO Publication** Publication No. WO99/ 12531 |
| Date acceptable oath / declaration received   5 Jun 00 | |
| Date complete 35 U.S.C 371 requirements met  / | **Publication Date** 18 Mar 99 |
| 102(e) Date | |
| Date of completion of DO/EO 906 - Notification of Missing 102(e) Requirements | **Publication Language** German. |
| Date of completion of DO/EO 907 - Notification of Acceptance for 102(e) date | **Not Published** ☐ U.S. only |
| Date of completion of DO/EO 911 - Application accepted under 35 U.S.C. 1.11 | Designated ☐ EP request |
| Date of completion of DO/EO 905 - Notification of Missing Requirements  2 May 2000 | Screening done by: |
| Date of completion of DO/EO 916 - Notification of Defective Response | |
| Date of completion of DO/EO 903 - Notification of Acceptance  15 Jun 00 | Frederick Smith |
| Date of completion of DO/EO 909 - Notification of Abandonment | |

119

09/508648

DO/EO BIBLIOGRAPHIC DATA ENTRY

SERIAL NUMBER:        09 /  508648          RECEIPT DATE:         03 /  13 /  00
IA NUMBER:  PCT/  DE98 /  02636             IA FILING DATE:       09 /  03 /  98
FAMILY NAME:          HESCH                 DELAY WAIVED (Y/N):                N
GIVEN NAME:           ROLF-DIETER           DEMAND RECEIVED (Y/N):             Y
PRIORITY CLAIMED (Y/N):         Y           PRIORITY DATE:        09 /  11 /  97
NO BASIC FEE (Y/N):             N           US DESIGNATED ONLY (Y/N):          N
ATTORNEY DOCKET NUMBER:         BOEHM13.001A  COUNTRY:
CORRESPONDENCE NAME/ADDRESS:  CUSTOMER NUMBER:  000000    TELEPHONE  0000000000
                                                          FAX

NAME:    KNOBBE MARTENS OLSON & BEAR

STREET:  620 NEWPORT CENTER DRIVE
         SIXTEENTH FLOOR
CITY:    NEWPORT BEACH
STATE/COUNTRY:  CA     ZIP:  92660
EMAIL:
APPLICATION TITLES:
   HORMONAL CONTRACEPTIVE PRODUCT


TAB TO LAST POSITION.PUSH SEND

120

09/508648

428 R___ PCT/PTO   1 3 MAR 2000

PATENT

BOEHM13.001APC

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant | : | Hesch, R. | ) Group Art Unit Unknown |
| | | | ) |
| Int'l Appl. No. | : | PCT/DE98/02636 | ) |
| | | | ) |
| Int'l Filing | | | ) |
| Date | : | September 11, 1998 | ) |
| | | | ) |
| For | : | HORMONAL | ) |
| | | CONTRACEPTIVE PRODUCT | ) |
| | | | ) |
| Examiner | : | Unknown | ) |

### PRELIMINARY AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

Preliminary to Examination on the merits, please amend the above-captioned U.S. National Phase Application as follows:

### IN THE SPECIFICATION

Prior to the first line of the Specification, on page 1, please insert --This application is the U.S. National Phase under 35 U.S.C. §371 of International Application PCT/DE98/02636, filed September 11, 1998, which claims priority of German application DE 19739916.9, filed September 11, 1997.

On page 12, please cancel the word "CLAIMS" and substitute in its place --WHAT IS CLAIMED IS:--.

### IN THE CLAIMS

Please cancel claims 1-21.

-1- 14

A

Int'l Appl. No.    :    CT/DE98/02636
Int'l Filing Date    :    September 11, 1998

**Please add the following claims:**

22.    A product for hormonal contraception comprising two hormonal components: a first product comprising at least one gestagen and a second hormonal component comprising at least one estrogen, wherein said two hormonal components are in an amount effective to suppress the menstrual cycle.

23.    The product according to Claim 22, wherein the gestagen is selected from the group consisting of: progesterone, chlormadinone acetate, norethisterone acetate, cyproterone acetate, desogestrel, levonorgestrel, other natural gestagens, other synthetic gestagens, antigestagens, hormone analogs with gestagen or antigestagen action, and hormonal compounds, which rapidly split off at least one gestagen after taking.

24.    The product according to Claim 22 wherein the estrogen is selected from the group consisting of: synthetic estrogens, biogenous estrogens, antiestrogens and hormone analogs with estrogen or antiestrogen action.

25.    The product according to Claim 24, wherein the synthetic estrogen is selected from the group consisting of:  ethinyl estradiol, mestranol, and hormonal compounds which rapidly split off at least one synthetic estrogen after taking.

26.    The product according to Claim 25, wherein the synthetic estrogen is ethinyl estradiol.

27.    The product according to Claim 26, wherein the effective amount of ethinyl estradiol is about 1 to about 20 µg per day.

28.    The product according to Claim 27, wherein the effective amount of ethinyl estradiol is about 5 to about 10 µg per day.

29.    The product according to Claim 24, wherein the biogenous estrogen is selected from the group consisting of: estradiol, estriol, estrone, estrane, and hormonal compounds which rapidly split off at least one biological estrogen after taking.

30.    The product according to Claim 29 wherein the estradiol is α-estradiol, β-estradiol.

31.    The product according to Claim 30, wherein the estradiol is 17-α-estradiol and/or 17-β-estradiol.

32.    The product according to Claim 30, wherein the effective dose of α and β-estradiol is about 0.1 to about 2 mg.

-2-

122

Int'l Appl. No.      :      CT/DE98/02636
Int'l Filing Date    :      September 11, 1998

33.    The product according to Claim 24, wherein the effective dose of combined estrogens is about 0.05 to about 0.5 mg.

34.    The product according to Claim 22, wherein the product is placed in spatially separated, individually removable manner in a packaging unit.

35.    A process for hormonal contraception, comprising: continuous administration of a product comprising at least one first hormonal component comprising at least one gestagen and a second hormonal component comprising at least one estrogen.

36.    The process according to Claim 35, wherein the first hormonal component is administered in combination with the second hormonal component.

37.    The process according to Claim 35 wherein said product is administered orally.

38.    The process according to Claim 35 wherein said product is administered transdermally.

39.    The process according to Claim 35 wherein said product is administered intravaginally.

40.    The process according to Claim 35 wherein said product is administered as a depot injection.

41.    The process according to Claim 35 wherein said product is administered as a hormone implant.

42.    The process of Claim 35 wherein said process inhibits ovulation.

43.    The process of Claim 35, wherein the gestagen is selected from the group consisting of: progesterone, chlormadinone acetate, norethisterone acetate, cyprotherone acetate, desogestrel, levonorgestrel, other natural gestagens, other synthetic gestagens, antigestagens, hormone analogs with gestagen or antigestagen action, and hormonal compounds, which rapidly split off at least one gestagen after taking.

44.    The process of Claim 35, wherein the estrogen is selected from the group consisting of: synthetic estrogens, biogenous estrogens, antiestrogens and hormone analogs with estrogen or antiestrogen action.

45.    The process of Claim 44, wherein the synthetic estrogen is selected from the group consisting of: ethinyl estradiol, mestranol, and hormonal compounds which rapidly split off at least one synthetic estrogen after taking.

46.    The process of Claim 45, wherein the synthetic estrogen is ethinyl estradiol.

-3-

123

Int'l Appl. No.    :    CT/DE98/02636
Int'l Filing Date    :    September 11, 1998

    47.    A process for hormonal contraception, comprising: continuous administration of the product of Claim 1.

    48.    The process according to Claim 47, wherein the first hormonal component is administered in combination with the second hormonal component.

    49.    The process according to Claim 47 wherein said product is administered orally.

    50.    The process according to Claim 47 wherein said product is administered transdermally.

    51.    The process according to Claim 47 wherein said product is administered intravaginally.

    52.    The process according to Claim 47 wherein said product is administered as a depot injection.

    53.    The process according to Claim 47 wherein said product is administered as a hormone implant.

    54.    The process of Claim 47 wherein said process inhibits ovulation.

    55.    A process for the treatment and/or prophylaxis of breast tumors comprising administering the product of Claim 22 in an amount effective to decrease the number of breast cancer cells.

## REMARKS

    In this Preliminary Amendment, Claims 1-21 were cancelled and Claims 22-56 were added. Support for added Claims 22-56 can be found in the original claims as filed. The foregoing changes to the claims were made in order to clarify the claims and conform them to practice before the United States Patent and Trademark Office. No new matter has been added.

-4-

124

Int'l Appl. No.      :        CT/DE98/02636
Int'l Filing Date    :        September 11, 1998

Conclusion

     In view of the foregoing, Applicants respectfully request that this Preliminary Amendment be entered and that the above-identified application be considered as amended. Should there be any questions concerning this application, the Examiner is respectfully invited to contact the undersigned attorney at the telephone number appearing below.

     Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11-1410. A duplicate copy of this sheet is enclosed.

                         Respectfully submitted,

                         KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: _13 Mar. 2000_      By: _Daniel Altman_
                               Daniel E. Altman
                               Registration No. 34,115
                               Attorney of Record
                               620 Newport Center Drive
                               Sixteenth Floor
                               Newport Beach, CA 92660
                               (949) 760-0404

H:\DOCS\JAH\JAH-2210.DOC:df
031000

-5-

125

09/508648

428 Rec'd PCT/PTO   1 3 MAR 2000

BOEHM13.001APC                                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant | : | Hesch, R. | ) Group Art Unit Unknown |
| | | | ) |
| Int'l Appl. No. | : | PCT/DE98/02636 | ) |
| | | | ) |
| Int'l Filing | | | ) |
| Date | : | September 11, 1998 | ) |
| | | | ) |
| For | : | HORMONAL | ) |
| | | CONTRACEPTIVE PRODUCT | ) |
| | | | ) |
| Examiner | : | Unknown | ) |

COPY

## PRELIMINARY AMENDMENT

Assistant Commissioner for Patents
Washington, D.C.  20231

Dear Sir:

Preliminary to Examination on the merits, please amend the above-captioned U.S.
National Phase Application as follows:

## IN THE SPECIFICATION

Prior to the first line of the Specification, on page 1, please insert —This application is the
U.S. National Phase under 35 U.S.C. §371 of International Application PCT/DE98/02636, filed
September 11, 1998, which claims priority of German application DE 19739916.9, filed
September 11, 1997.

On page 12, please cancel the word "CLAIMS" and substitute in its place --WHAT IS
CLAIMED IS:--.

## IN THE CLAIMS

Please cancel claims 1-21.

-1-

Int'l Appl. No.     :     CT/DE98/02636
Int'l Filing Date   :     September 11, 1998

Please add the following claims:

22.     A product for hormonal contraception comprising two hormonal components: a first product comprising at least one gestagen and a second hormonal component comprising at least one estrogen, wherein said two hormonal components are in an amount effective to suppress the menstrual cycle.

23.     The product according to Claim 22, wherein the gestagen is selected from the group consisting of: progesterone, chlormadinone acetate, norethisterone acetate, cyproterone acetate, desogestrel, levonorgestrel, other natural gestagens, other synthetic gestagens, antigestagens, hormone analogs with gestagen or antigestagen action, and hormonal compounds, which rapidly split off at least one gestagen after taking.

24.     The product according to Claim 22 wherein the estrogen is selected from the group consisting of: synthetic estrogens, biogenous estrogens, antiestrogens and hormone analogs with estrogen or antiestrogen action.

25.     The product according to Claim 24, wherein the synthetic estrogen is selected from the group consisting of: ethinyl estradiol, mestranol, and hormonal compounds which rapidly split off at least one synthetic estrogen after taking.

26.     The product according to Claim 25, wherein the synthetic estrogen is ethinyl estradiol.

27.     The product according to Claim 26, wherein the effective amount of ethinyl estradiol is about 1 to about 20 μg per day.

28.     The product according to Claim 27, wherein the effective amount of ethinyl estradiol is about 5 to about 10 μg per day.

29.     The product according to Claim 24, wherein the biogenous estrogen is selected from the group consisting of: estradiol, estriol, estrone, estrane, and hormonal compounds which rapidly split off at least one biological estrogen after taking.

30.     The product according to Claim 29 wherein the estradiol is α-estradiol, β-estradiol.

31.     The product according to Claim 30, wherein the estradiol is 17-α-estradiol and/or 17-β-estradiol.

32.     The product according to Claim 30, wherein the effective dose of α and β-estradiol is about 0.1 to about 2 mg.

-2-

127

Int'l Appl. No.     :     _CT/DE98/02636
Int'l Filing Date     :     September 11, 1998

33.     The product according to Claim 24, wherein the effective dose of combined estrogens is about 0.05 to about 0.5 mg.

34.     The product according to Claim 22, wherein the product is placed in spatially separated, individually removable manner in a packaging unit.

35.     A process for hormonal contraception, comprising: continuous administration of a product comprising at least one first hormonal component comprising at least one gestagen and a second hormonal component comprising at least one estrogen.

36.     The process according to Claim 35, wherein the first hormonal component is administered in combination with the second hormonal component.

37.     The process according to Claim 35 wherein said product is administered orally.

38.     The process according to Claim  35 wherein said product is administered transdermally.

39.     The process according to Claim  35 wherein said product is administered intravaginally.

40.     The process according to Claim  35 wherein said product is administered as a depot injection.

41.     The process according to Claim  35 wherein said product is administered as a hormone implant.

42.     The process of Claim 35 wherein said process inhibits ovulation.

43.     The process of Claim 35, wherein the gestagen is selected from the group consisting of: progesterone, chlormadinone acetate, norethisterone acetate, cyprotherone acetate, desogestrel, levonorgestrel, other natural gestagens, other synthetic gestagens, antigestagens, hormone analogs with gestagen or antigestagen action, and hormonal compounds, which rapidly split off at least one gestagen after taking.

44.     The process of Claim 35, wherein the estrogen is selected from the group consisting of: synthetic estrogens, biogenous estrogens, antiestrogens and hormone analogs with estrogen or antiestrogen action.

45.     The process of Claim 44, wherein the synthetic estrogen is selected from the group consisting of:  ethinyl estradiol, mestranol, and hormonal compounds which rapidly split off at least one synthetic estrogen after taking.

46.     The process of Claim 45, wherein the synthetic estrogen is ethinyl estradiol.

-3-

128

Int'l Appl. No.      :      ./CT/DE98/02636
Int'l Filing Date    :      September 11, 1998

47.    A process for hormonal contraception, comprising: continuous administration of the product of Claim 1.

48.    The process according to Claim 47, wherein the first hormonal component is administered in combination with the second hormonal component.

49.    The process according to Claim 47 wherein said product is administered orally.

50.    The process according to Claim 47 wherein said product is administered transdermally.

51.    The process according to Claim 47 wherein said product is administered intravaginally.

52.    The process according to Claim 47 wherein said product is administered as a depot injection.

53.    The process according to Claim 47 wherein said product is administered as a hormone implant.

54.    The process of Claim 47 wherein said process inhibits ovulation.

55.    A process for the treatment and/or prophylaxis of breast tumors comprising administering the product of Claim 22 in an amount effective to decrease the number of breast cancer cells.


## REMARKS


In this Preliminary Amendment, Claims 1-21 were cancelled and Claims 22-56 were added.  Support for added Claims 22-56 can be found in the original claims as filed.  The foregoing changes to the claims were made in order to clarify the claims and conform them to practice before the United States Patent and Trademark Office.  No new matter has been added.

-4-

129

Int'l Appl. No.       :    .-/CT/DE98/02636
Int'l Filing Date    :    September 11, 1998

Conclusion

In view of the foregoing, Applicants respectfully request that this Preliminary Amendment be entered and that the above-identified application be considered as amended. Should there be any questions concerning this application, the Examiner is respectfully invited to contact the undersigned attorney at the telephone number appearing below.

Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11-1410. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: _13 Mar. 2000_        By: _Daniel Altman_
                                        Daniel E. Altman
                                        Registration No. 34,115
                                        Attorney of Record
                                        620 Newport Center Drive
                                        Sixteenth Floor
                                        Newport Beach, CA  92660
                                        (949) 760-0404

H:\DOCS\JAH\JAH-2210.DOC:df
031000

-5-

130

**POST OFFICE
TO ADDRESSEE**

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE™

*EL523231294US*

n customer block (blue area).

| ORIGIN (POSTAL USE ONLY) | | | DELIVERY (POSTAL USE ONLY) | |
|---|---|---|---|---|
| PO ZIP Code | Day of Delivery | Flat Rate Envelope | Delivery Attempt | Time |
| | ☐ Next ☐ Second | | Mo. Day | ☐ AM |
| Date In | | Postage | Delivery Attempt | Time |
| | ☐ 12 Noon ☐ 3 PM | $ | Mo. Day | ☐ AM |
| Mo. Day Year | | Return Receipt Fee | Delivery Date | Time |
| Time In | ☐ 2nd Day ☐ 3rd Day | | Mo. Day | ☐ AM |
| ☐ AM ☐ PM | Int'l Alpha Country Code | COD Fee Insurance Fee | Signature at Addressee or Agent | |
| Weight | | | | |
| lbs. ozs. | | Total Postage & Fees | Name - Please Print | |
| No Delivery | Acceptance Clerk Initials | | | |
| ☐ Weekend ☐ Holiday | | $ | | |

RECEIVED
MAR 1 4 2000
PTO MAIL CENTER

**CUSTOMER USE ONLY**
**TO FILE A CLAIM FOR DAMAGE OR LOSS OF
CONTENTS, YOU MUST PRESENT THE ARTICLE,
CONTAINER, AND PACKAGING TO THE USPS
FOR INSPECTION.**

☐ **WAIVER OF SIGNATURE** (Domestic Only): Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

☐ NO DELIVERY ☐ Weekend ☐ Holiday

USPTO MAIL CENTER
MAR 1 3 2000
EXPRESS MAIL LABEL DATE IN

FROM: (PLEASE PRINT)    PHONE

TO: (PLEASE PRINT)    PHONE

**FOR PICKUP OR TRACKING CALL 1-800-222-1811    www.usps.gov**    ≡EMS

09/508648

Addressee Copy
Label 11-F  July 1997

131



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
          Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/508,648 | 06/05/00 | HESCH | R | BOEHM13.001A |

| EXAMINER |
|---|
| BADIO,B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1616 | 7 |

020995                    HM22/0129
KNOBBE MARTENS OLSON & BEAR LLP
620 NEWPORT CENTER DRIVE
SIXTEENTH FLOOR
NEWPORT BEACH CA 92660

DATE MAILED:
                    01/29/01

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

| *Office Action Summary* | Application No.<br>09/508,648 | Applicant(s)<br>Hasch | |
| | Examiner<br>Barbara Badio | Group Art Unit<br>1616 | |

☐ Responsive to communication(s) filed on _____ .

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed
in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___**3**___ month(s), or thirty days, whichever
is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the
application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of
37 CFR 1.136(a).

**Disposition of Claims**

   ☒ Claim(s) *22-55* _____ is/are pending in the application.

      Of the above, claim(s) _____ is/are withdrawn from consideration.

   ☐ Claim(s) _____ is/are allowed.

   ☒ Claim(s) *22-55* _____ is/are rejected.

   ☐ Claim(s) _____ is/are objected to.

   ☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

   ☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

   ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

   ☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

   ☐ The specification is objected to by the Examiner.

   ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

   ☒ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

      ☒ All ☐ Some* ☐None  of the CERTIFIED copies of the priority documents have been

         ☒ received.

         ☐ received in Application No. (Series Code/Serial Number) _____ .

         ☒ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

      *Certified copies not received: _____

   ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

   ☒ Notice of References Cited, PTO-892

   ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___**3**___

   ☐ Interview Summary, PTO-413

   ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

   ☐ Notice of Informal Patent Application, PTO-152

— *SEE OFFICE ACTION ON THE FOLLOWING PAGES* —

Application/Control Number: 09/508,648                                    Page 2

Art Unit: 1616

### First Office Action on the Merits

### *Specification*

1.    This application does not contain an abstract of the disclosure as required by 37

CFR 1.72(b).  An abstract on a separate sheet is required.


2.    Applicant is reminded of the proper content of an abstract of the disclosure.

A patent abstract is a concise statement of the technical disclosure of the patent
and should include that which is new in the art to which the invention pertains.  If the
patent is of a basic nature, the entire technical disclosure may be new in the art, and
the abstract should be directed to the entire disclosure.  If the patent is in the nature of
an improvement in an old apparatus, process, product, or composition, the abstract
should include the technical disclosure of the improvement.  In certain patents,
particularly those for compounds and compositions, wherein the process for making
and/or the use thereof are not obvious, the abstract should set forth a process for
making and/or use thereof.  If the new technical disclosure involves modifications or
alternatives, the abstract should mention by way of example the preferred modification
or alternative.

The abstract should not refer to purported merits or speculative applications of
the invention and should not compare the invention with the prior art.

Where applicable, the abstract should include the following:
(1) if a machine or apparatus, its organization and operation;
(2) if an article, its method of making;
(3) if a chemical compound, its identity and use;
(4) if a mixture, its ingredients;
(5) if a process, the steps.

Extensive mechanical and design details of apparatus should not be given.

134

Application/Control Number: 09/508,648                                      Page 3

Art Unit: 1616

3.      Applicant is reminded of the proper language and format for an abstract of the

disclosure.

        The abstract should be in narrative form and generally limited to a single
paragraph on a separate sheet within the range of 50 to 250 words.  It is important that
the abstract not exceed 250 words in length since the space provided for the abstract
on the computer tape used by the printer is limited.  The form and legal phraseology
often used in patent claims, such as "means" and "said," should be avoided.  The
abstract should describe the disclosure sufficiently to assist readers in deciding
whether there is a need for consulting the full patent text for details.

        The language should be clear and concise and should not repeat information
given in the title.  It should avoid using phrases which can be implied, such as, "The
disclosure concerns," "The disclosure defined by this invention," "The disclosure
describes," etc.

### *Claim Rejections - 35 USC § 112*

4.      The following is a quotation of the first paragraph of 35 U.S.C. 112:

        The specification shall contain a written description of the invention, and of the manner
        and process of making and using it, in such full, clear, concise, and exact terms as to
        enable any person skilled in the art to which it pertains, or with which it is most nearly
        connected, to make and use the same and shall set forth the best mode contemplated
        by the inventor of carrying out his invention.

5.      Claims 22-46 and 55 are rejected under 35 U.S.C. 112, first paragraph, because

the specification, while being enabling for the gestagens and estrogens recited in the

present specification, does not reasonably provide enablement for all gestagens and

estrogens.  The specification does not enable any person skilled in the art to which it

135

Application/Control Number: 09/508,648                                    Page 4

Art Unit: 1616

pertains, or with which it is most nearly connected, to make the invention
commensurate in scope with these claims.

The instant claims are drawn to compositions comprising at least one gestagen
in combination with an estrogen.  The specification discloses specific examples of
gestagens and estrogens but lacks structures corresponding to said classes of
compounds.  Therefore, one having ordinary skill in the art at the time of the invention
would be unable to make the composition commensurate in scope with these claims
without undue experimentation because he would have to first determine whether a
compound not disclosed by the present specification is a gestagen and/or an estrogen
before formation of the claimed composition.  It is suggested that applicant limits the
compounds to those disclosed by the present specification.

Claim 55 is also rejected under 35 U.S.C. 112, first paragraph, because the
specification, while being enabling for treatment does not provide enablement for
prevention/prophylaxis.  The present specification lacks guidance as to how the
ordinary artisan in the art would use the claimed composition in preventing breast
tumors.

6.      The following is a quotation of the second paragraph of 35 U.S.C. 112:

The specification shall conclude with one or more claims particularly pointing out and
distinctly claiming the subject matter which the applicant regards as his invention.

136

Application/Control Number: 09/508,648                                          Page 5

Art Unit: 1616

7.      Claims 23-25, 29, 33, 43-45 and 47-54 are rejected under 35 U.S.C. 112,

second paragraph, as being indefinite for failing to particularly point out and distinctly

claim the subject matter which applicant regards as the invention.

      (i) Claims 47-54 are dependent on a canceled and, thus, are rejected as being

incomplete (MPEP 608.01(n)).  Therefore, the claims will not be examined further on

the merits.

      (ii)  The language of claims 23-25, 29, 33 and 43-45 creates confusion.  The instant

claims recite phrases such as "other natural gestagens", "other synthetic gestagens",

"hormone analogs with gestagen or antigestagen action", "hormonal compounds which

rapidly split off at least one gestagen after taking" and "hormonal compounds which

rapidly split off at least one biological estrogen after taking".  The use of such phrases

creates confusion as to the metes and bound of the claimed invention.  The ordinary

artisan in the art at the time of the invention would be unable to determine what is

encompassed by the instant claims.

      (iii) Claims 23, 24, 43 and 44 also recite the limitation "antigestagen(s)" or

"antiestrogen(s).  There is insufficient antecedent basis for these limitations in the

claims.  These claims are dependent on claims 22 and 35 which do not recite

antigestagen(s) or antiestrogen(s).

137

Application/Control Number: 09/508,648    Page 6

Art Unit: 1616

## *Claim Rejections - 35 USC § 102*

8.    The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless —

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

9.    Claims 22-26, 29-31 and 34-46 are rejected under 35 U.S.C. 102(b) as being

anticipated by Casper (EP 309 263).

Casper teaches a contraceptive formulation employing a combination of an

estrogen and a progestin (see the entire article; especially col. 13, lines 15-48;

examples 1-24; claims 1-15).  The reference teaches estrogens such as ethinyl

estradiol, mestranol, estradiol and quinestranol and progestins such as progesterone,

cyproterone acetate, norethindrone acetate and norgestimate (col. 12, lines 5-35).  The

reference also teaches various routes of administrations (col. 13, line 58 - col. 14, line

45).  The compositions and method of use taught by the reference are encompassed by

the instant claims.

10.    Claims 22-27, 29-32, 34-37 and 42-46 are rejected under 35 U.S.C. 102(b) as

being anticipated by Bennink ('228).

138

Application/Control Number: 09/508,648                                    Page 7

Art Unit: 1616

Bennink teaches a contraceptive formulation employing a combination of an

estrogen and a progestin (see the entire article; especially cols. 4 and 5, examples I-IV;

claims 1-18). The reference teaches estrogens such as ethinyl estradiol, mestranol

and estradiol and progestins such as desogestrel, etonogestrel, gestodene and

levonorgestrel (col. 2, lines 38-60). The compositions and method of use taught by the

reference are encompassed by the instant claims.

### Claim Rejections - 35 USC § 103

11.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

12.    Claims 1-46 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Casper (EP 309 263).

        Casper teaches a contraceptive formulation employing a combination of

estrogen and progestin (see the entire article; especially col. 13, lines 15-48; examples

1-24; claims 1-15). The reference teaches estrogens such as ethinyl estradiol,

mestranol, estradiol and quinestranol and progestins such as progesterone,

cyproterone acetate, norethindrone acetate and norgestimate (col. 12, lines 5-35).

Application/Control Number: 09/508,648                                    Page 8

Art Unit: 1616

     The instant claims differ from the reference by reciting compositions not exemplified by the reference.  However, the reference teaches various estrogens and progestins and various compositions comprising at least one of each class of compounds.  Therefore, it would have been obvious to one having ordinary skill in the art at the time of the invention to make the combination taught by the reference utilizing any combination of estrogens and progestins with the reasonable expectation that said composition would be useful as taught by Casper.

     Claims 27, 28, 32 and 33 further differ from the reference by reciting specific amounts of estrogens.  However, (1) the reference teaches the quantities of estrogen and progestin incorporated in the formulation are dependent on the type of estrogen or progestin selected and (2) it has been held that where the general conditions of a claim are disclosed in the prior art, discovering the optimum or workable ranges involves only routine skill in the art.  In re Aller, 105 USPQ 233.  Thus, the determination of the amount of estrogen for use in the compositions as taught by the reference is within the level of skill of the ordinary artisan.  The motivation is based on the desire to make additional compositions for use as contraceptive agents as taught by Casper.

13.    Claims 22-46 and 55 are rejected under 35 U.S.C. 103(a) as being unpatentable over Cohen ('305).

140

Application/Control Number: 09/508,648                    Page 9

Art Unit: 1616

Cohen teaches compositions comprising melatonin in combination with a progestogen and/or an estrogen for use as contraceptive agents and in preventing breast cancer (see the entire article, especially col. 1, lines 23-26; col. 2, lines 41-42; col. 6, lines 55 - col. 7, line 2). The reference also teaches (1) progestogens such as progesterone, chlormadinone acetate, and levonorgestrel administered in the range of 7.5 - 2500 µg/day (col. 4, lines 35-60; col. 5, lines 22-37); (2) estrogens such as ethinyl estradiol, mestranol and estradiol administered in the range of 2 -100 µg/day (col. 5, line 43 - col. 6, line 14) and (3) various routes of administration (col. 3, line 66 - col. 4, line 34).

The instant claims differ from the reference by reciting compositions not exemplified by the reference. However, the reference teaches the combination of an estrogen and a progestogen useful as contraceptive agents as well as in preventing breast cancer. Therefore, it would have been obvious to one having ordinary skill in the art at the time of the invention to select any of the compositions taught by the reference, including that of the instant claims (i.e., composition comprising an estrogen and progestogen), because an ordinary artisan would have the reasonable expectation that any of the compositions of the genus would have similar properties and, thus, the same use as the genus as a whole. The motivation is based on the desire to make additional compositions for use as contraceptives and anticancer agents as taught by Cohen.

141

Application/Control Number: 09/508,648                                      Page 10

Art Unit: 1616

14.    Claims 22-37 and 42-46 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Bennink ('228).

Bennink teaches a contraceptive formulation employing a combination of an

estrogen and a progestin (see the entire article; especially cols. 4 and 5, examples I-IV;

claims 1-18). The reference teaches estrogens such as ethinyl estradiol, mestranol

and estradiol and progestins such as desogestrel, etonogestrel, gestodene and

levonorgestrel (col. 2, lines 38-60).

The instant claims differ from the reference by reciting compositions not

exemplified by the reference. However, the reference teaches various estrogens and

progestins and various compositions comprising at least one of each class of

compounds. Therefore, it would have been obvious to one having ordinary skill in the

art at the time of the invention to make the combination taught by the reference utilizing

any combination of estrogens and progestins with the reasonable expectation that said

composition would be useful as taught by Bennink.

Claims 28 and 33 further differ from the reference by reciting specific amounts of

estrogens. However, it has been held that where the general conditions of a claim are

disclosed in the prior art, discovering the optimum or workable ranges involves only

routine skill in the art. In re Aller, 105 USPQ 233. Thus, the determination of the

amount of estrogen for use in the composition as taught by the reference is within the

level of skill of the ordinary artisan.

142

Application/Control Number: 09/508,648                                    Page 11

Art Unit: 1616

### *Telephone Inquiry Contacts*

15.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Barbara Badio whose telephone number is (703) 308-4595.  The examiner can normally be reached between 7:30 am and 4 pm.

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, José Dees, can be reached on (703) 308-4628.  The fax phone number for this Group is (703) 308-4556.

    Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 308-1235.



BARBARA P. BADIO, PH.D
PRIMARY EXAMINER

January 29, 2001

143

| *Notice of References Cited* | | | Application No.<br>08/508,648 | | Applicant(s)<br>Heeeh | | |
|---|---|---|---|---|---|---|---|
| | | | Examiner<br>Barbara Badio | | Group Art Unit<br>1616 | | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| | A | 4,855,305 | 8/1989 | Cohen | 514 | 171 |
| | B | 5,418,228 | 8/1989 | 51995 | Bennink | 514 | 182 |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| x | N | 0,309,263 | 3/1989 | EP | Casper | - | - |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | | |
| | V | | |
| | W | | |
| | X | | |

*A copy of this reference is not being furnished with this Office action.
(See Manual of Patent Examining Procedure, Section 707.05(a).)

**Patent Proof Copy Pilot Project**



UNITED STATES
PATENT AND
TRADEMARK OFFICE
★★★★
An Agency of the United States
Department of Commerce

Return Fax Sheet
Fax No. 215-682-8284

Application No. **09/508,648**

☐ **There were no errors on the proof copy.**

**Corrections to Copy** – Please check if corrections are required:
☐  Incorrect, duplicated, omitted words
☐  Incorrect, omitted punctuation
☐  Incorrect, omitted spacing
☐  Other: _____
☐  Apply unentered/entered but missing/to be filed papers
     ( Please include courtesy copy with your transmission.)

|  | Date |  | Date |
|---|---|---|---|
| ☐ CPA | _____ | ☐ Claim for Priority | _____ |
| ☐ RCE | _____ | ☐ Claim/Spec. Amendments | _____ |
| ☐ IDS | _____ | ☐ _____ | _____ |
| ☐ Declaration | _____ | ☐ _____ | _____ |
| ☐ Change of Attorney | _____ | ☐ _____ | _____ |
| ☐ Small Entity Statement | _____ | ☐ _____ | _____ |
| ☐ Change of Address | _____ | ☐ _____ | _____ |

**Customer Name (Number): Knobbe, Martens, Olson & Bear - (20995)**
**Contact and Fax: Ron Schoenbaum - (949)721-2950**
    Reviewer: _____

Comments:

09/508,648                                              Page 2

L12  ANSWER 1 OF 6  MEDLINE
ACCESSION NUMBER: 2008129083  MEDLINE
DOCUMENT NUMBER: 20129083
TITLE: Serum leptin concentrations during the menstrual cycle
in
          normal-weight women: effects of an oral triphasic
          estrogen-progestin medication.
AUTHOR: Cella F; Giordano G; Cordera R
CORPORATE SOURCE: Department of Endocrinology, Dipartimento di Scienze
          Endocrinologiche e Metaboliche (DiSEM), University of
          Genova, Viale Benedetto XV-6, 16132 Genova, Italy
SOURCE: EUROPEAN JOURNAL OF ENDOCRINOLOGY, (2000 Feb) 142 (2)
          174-8.
          Journal code: BKH. ISSN: 0804-4643.
PUB. COUNTRY: ENGLAND: United Kingdom
          Journal Article: (JOURNAL ARTICLE)
LANGUAGE: English
FILE SEGMENT: Priority Journals
ENTRY MONTH: 200005
ENTRY WEEK: 20000307
AB  OBJECTIVE: To investigate in normal-weight premenopausal women the
          relationship between circulating leptin and serum gonadotropins and
          gonadal steroids, during both spontaneous and pharmacologically
induced
          menstrual cycles. DESIGN: Clinical longitudinal study. METHODS: Two
groups
          of age-matched, normal-weight premenopausal volunteer women (groups I
and
          II) were enrolled in this study. Women in group I were free of any
          hormonal treatment, while women in group II were taking a triphasic
          estrogen-progestin contraceptive preparation. Blood samples
          were collected daily in both groups after an overnight fast
throughout a
          complete menstrual cycle. RESULTS: In the spontaneously cycling women,
          serum leptin concentration positively correlated with estradiol
(P<0.03)
short-lasting
          increase in circulating leptin was present in the late follicular
low
          all subjects. In the women using hormonal contraception serum
          leptin remained unchanged throughout the cycle, along with constantly
low
          values of circulating luteinizing hormone and follicle-stimulating
          hormone. CONCLUSIONS: In normal-weight premenopausal women serum
leptin
          concentrations differ during the menstrual cycle in line with changes
in
          gonadotropin and gonadal steroid concentrations, increasing in the
luteal
          phase of the cycle after a peri-ovulatory peak. These findings
suggest a

L12  ANSWER 1 OF 6  MEDLINE     (Continued)
          Ovular Concentration
          *Preceptational Hormones: TM, therapeutic use
          Progesterone: BL, blood
          Reference Values
RN  50-28-2 (Estradiol); 57-83-0 (Progesterone); 9002-67-9 (LH)
          9002-68-0 (FSH)
CN  0 (Contraceptives, Oral); 0 (Drug Combinations); 0 (Estrogens)
          0 (Leptin); 0 (Progestational Hormones)

L12  ANSWER 1 OF 6  MEDLINE     (Continued)
          permissive role for leptin with regard to the functioning of the
corpus
          luteum.
AB  OBJECTIVE: To investigate in normal-weight premenopausal women the
          relationship between circulating leptin and serum gonadotropins and
          gonadal steroids, during both spontaneous and pharmacologically
induced
          menstrual cycles. DESIGN: Clinical longitudinal study. METHODS: Two
groups
          of age-matched, normal-weight premenopausal volunteer women (groups I
and
          II) were enrolled in this study. Women in group I were free of any
          hormonal treatment, while women in group II were taking a triphasic
          estrogen-progestin contraceptive preparation. Blood samples
          were collected daily in both groups after an overnight fast
throughout a
          complete menstrual cycle. RESULTS: In the spontaneously cycling women,
          serum leptin concentration positively correlated with estradiol
(P<0.03)
          and progesterone (P<0.03) and was higher in the luteal than in the
          follicular phase (P<0.05). However, a significant (P<0.03)
short-lasting
          increase in circulating leptin was present in the late follicular
phase of
          all subjects. In the women using hormonal contraception serum
          leptin remained unchanged throughout the cycle, along with constantly
low
          values of circulating luteinizing hormone and follicle-stimulating
          hormone. CONCLUSIONS: In normal-weight premenopausal women serum
leptin
          concentrations differ during the menstrual cycle in line with changes
in
          gonadotropin and gonadal steroid concentrations, increasing in the
luteal
          phase of the cycle after a peri-ovulatory peak. These findings
suggest a
          permissive role for leptin with regard to the functioning of the
corpus
          luteum.
CT  Check Tags: Female: Human
          Adult
          *Body Height
          *Contraceptives, Oral: TU, therapeutic use
          Drug Combinations
          Estradiol: BL, blood
          *Estrogens: TU, therapeutic use
          Follicular Phase: BL, blood
          FSH: BL, blood
          *Leptin: BL, blood
          Longitudinal Studies
          LH: BL, blood
          *Menstrual Cycle: BL, blood

L12  ANSWER 2 OF 6  MEDLINE
ACCESSION NUMBER: 1998156496  MEDLINE
DOCUMENT NUMBER: 98156496
TITLE: Hormonal treatment of premenstrual syndrome.
AUTHOR: Di Carlo C; Bifulco G; Pellicano M; Napolitano V;
Nappi C
CORPORATE SOURCE: Istituto di Ginecologia Ostetricia e Fisiopatologia
della
          Riproduzione Umana, Universit`a degli Studi di Napoli
          Federico II, Naples, Italy.
SOURCE: CEPHALALGIA, (1997 Dec) 17 Suppl 20 17-9.  Ref: 30
          Journal code: CQF. ISSN: 0333-1024.
PUB. COUNTRY: Norway
          Journal Article: (JOURNAL ARTICLE)
          General Review: (REVIEW)
          (REVIEW, TUTORIAL)
LANGUAGE: English
FILE SEGMENT: Priority Journals
ENTRY MONTH: 199806
ENTRY WEEK: 19980603
CT  Check Tags: Female: Human
          Contraceptives, Oral: TU, therapeutic use
          *Contraceptives, Oral: TU, therapeutic use
          Luteal Phase: DE, drug effects
          Ovulation: DE, drug effects
          *Premenstrual Syndrome: DT, drug therapy
          Progestational Hormones: TU, therapeutic use
          Progesterone: TU, therapeutic use
          Receptors, LHRH: AG, agonists
RN  57-83-0 (Progesterone)
CN  0 (Contraceptives, Oral); 0 (Estrogens); 0 (Progestational
          Hormones); 0 (Receptors, LHRH)

146

09/508,648                                        Page 3

L12   ANSWER 3 OF 6   MEDLINE
ACCESSION NUMBER:   1996106494   MEDLINE
DOCUMENT NUMBER:    96156491
TITLE:              Clinical concerns with premenstrual syndrome.
AUTHOR:             O'Brien P M
CORPORATE SOURCE:   Department of Obstetrics and Gynaecology, School of
                    Postgraduate Medicine, Keele University, Hartshill,
                    Stoke-on-Trent, UK.
SOURCE:             CEPHALALGIA, (1997 Dec) 17 Suppl 20 8-11.  Ref: 23
                    Journal code: CQK. ISSN: 0333-1024.
PUB. COUNTRY:       Norway
                    Journal Article: (JOURNAL ARTICLE)
                    General Review: (REVIEW)
                    (REVIEW, TUTORIAL)
LANGUAGE:           English
FILE SEGMENT:       Priority Journals
ENTRY MONTH:        199606
ENTRY WEEK:         19960603
CT   Check Tags: Female; Human
                 Combined Modality Therapy
                 Contraceptives, Oral, Combined: TU, therapeutic use
                 Estrogens: TU, therapeutic use
                 *Mental Disorders: CO, complications
                 *Premenstrual Syndrome: DI, diagnosis
                 Premenstrual Syndrome: ET, etiology
                 Premenstrual Syndrome: PX, psychology
                 Premenstrual Syndrome: TH, therapy
                 Progestational Hormones: TU, therapeutic use
                 Progesterone: TU, therapeutic use
                 Serotonin Uptake Inhibitors: TU, therapeutic use
RN   87-82-0 (Progesterone)
CN   0 (Contraceptives, Oral, Combined); 0 (Estrogens); 0
     (Progestational Hormones); 0 (Serotonin Uptake Inhibitors)

L12   ANSWER 4 OF 6   MEDLINE
ACCESSION NUMBER:   97163999   MEDLINE
DOCUMENT NUMBER:    97163999
TITLE:              A comparative study of the effects of an
                    estradiol-releasing vaginal ring combined with an oral
                    gestagen versus transdermal estrogen combined with a
                    levonorgestrel-releasing IUD: clinical findings and
                    endometrial response.
AUTHOR:             Kalogirou D; Antoniou G; Karakitsos P; Kalogirou Or
                    Antoniou D; Giannikos A
CORPORATE SOURCE:   2nd Department of Obstetrics and Gynaecology,
                    University of
                    Athens, Aretaion Hospital, Greece.
SOURCE:             INTERNATIONAL JOURNAL OF FERTILITY AND MENOPAUSAL
                    STUDIES,
                    (1996 Nov-Dec) 41 (6) 123-7.
                    Journal code: BHZ. ISSN: 1046-7130.
PUB. COUNTRY:       United States
                    (CLINICAL TRIAL)
                    Journal Article: (JOURNAL ARTICLE)
                    (RANDOMIZED CONTROLLED TRIAL)
LANGUAGE:           English
FILE SEGMENT:       Priority Journals
ENTRY MONTH:        199706
ENTRY WEEK:         19970602
AB   OBJECTIVE: Our purpose was to compare the effects of a new
     estradiol-releasing vaginal ring with an oral progestin versus the
     efficacy, safety and acceptability of an intrauterine device releasing
     levonorgestrel combined with estradiol, delivered transdermally from a
     patch. Climacteric symptoms, bleeding pattern, and endometrial
     histology
     features were studied. MATERIALS AND METHODS: Fifty-six parous,
     postmenopausal women with urogenital symptoms were allocated to two
     groups
     for 1 year 29 women receiving estradiol by a vaginal ring (2 mg/3
     months)
     and an oral progestin for 7 days every month and 28 women receiving a
     continuous transdermal daily dose of 50 microgram of estradiol with a
     levonorgestrel-releasing (20 microgram/day) intrauterine device
     inserted.
     All the patients were subjected to vaginosonographic examination
     followed
     by thorough pathological examination of uterine curetting samples.
     RESULTS: A mean endometrial thickness (double layer) of 2.9 and 3.0
     mm,
     respectively, was found to be predictive of normal endometrium. Both
     treatment regimens effectively relieved urogenital symptoms.
     Endometrial
     proliferation was not observed. CONCLUSIONS: Treatment of urogenital
     symptoms in postmenopausal women with these two forms of hormone
     replacement therapy was shown to be an effective and safe method,
     exhibiting possible advantages over other methods of treatment.
CT   Check Tags: Comparative Study; Female; Human

L12   ANSWER 5 OF 6   MEDLINE   (Continued)
                    Administration, Cutaneous
                    Administration, Oral
                    Aged
                    Atrophy
                    Cohort Studies
                    Contraceptive Agents, Female: AD, administration & dosage
                    Contraceptive Agents, Female: PD, pharmacology
                    Contraceptive Agents, Female: TU, therapeutic use
                    Contraceptives Devices, Female
                    Endometrium: DE, drug effects
                    *Endometrium: PP, physiopathology
                    Endometrium: UL, ultrasonography
                    Estradiol: AD, administration & dosage
                    *Estradiol: PD, pharmacology
                    Estradiol: TU, therapeutic use
                    Intrauterine Devices, Medicated
                    Levonorgestrel: AD, administration & dosage
                    *Levonorgestrel: PD, pharmacology
                    Levonorgestrel: TU, therapeutic use
                    Middle Age
                    Progestational Hormones: AD, administration & dosage
                    *Progestational Hormones: PD, pharmacology
                    Progestational Hormones: TU, therapeutic use
                    Treatment Outcome
                    Vagina: DE, drug effects
                    Vagina: PA, pathology
                    *Vaginitis: DT, drug therapy
                    *Vaginitis: PA, pathology
                    Vaginitis: PP, physiopathology
RN   50-28-2 (Estradiol); 797-63-7 (Levonorgestrel)
CN   0 (Contraceptive Agents, Female); 0 (Progestational Hormones)

L12   ANSWER 6 OF 6   MEDLINE
ACCESSION NUMBER:   96311360   MEDLINE
DOCUMENT NUMBER:    96311360
TITLE:              Effects of estrogens and progestogens on the
                    renin-aldosterone system and blood pressure.
AUTHOR:             Oelkers W F H
CORPORATE SOURCE:   Department of Medicine, Klinikum Benjamin Franklin
                    (Steglitz), Freie Universitat Berlin, Germany.
SOURCE:             STEROIDS, (1996 Apr) 61 (4) 166-71.  Ref: 50
                    Journal code: V10. ISSN: 0039-128X.
PUB. COUNTRY:       United States
                    General Review: (REVIEW)
                    (REVIEW, TUTORIAL)
LANGUAGE:           English
FILE SEGMENT:       Priority Journals
ENTRY MONTH:        199707
ENTRY WEEK:         19970104
AB   Endogenous 17 beta-estradiol (E2) and low parenteral doses of
     estradiol (E2)
     are vasodilators. High dose estrogens, especially ethinylestradiol
(EE)
     and mestranol, stimulate the synthesis of hepatic proteins including
     angiotensin I substrate, and in women taking estrogens,
     elevated renin activity, All, and plasma aldosterone, e.g. in the
     second half of the
     menstrual cycle. Synthetic progestogens are commonly devoid of the
     mineralocorticoid receptor antagonistic effect of progesterone, and
     only a
     very small increase of angiotensin II (AII) and plasma renin activity,
     because AII inhibits the secretion of renin and lowers plasma renin
     concentration. However, the increase in All is insufficient for a slight
     reduction in renal blood flow and a slight increase in exchangeable
sodium
     and blood pressure; in susceptible women, blood pressure may rise
     considerably. Effects of estrogens on the brain may also be involved
in
     blood pressure changes. Endogenous progesterone is a mineralocorticoid
     receptor antagonist. Endogenous or exogenous progesterone leads to
sodium
     loss and a compensatory increase in renin secretion, plasma renin
     activity, All, and plasma aldosterone, e.g. in the second half of the
     menstrual cycle. Synthetic progestogens are commonly devoid of the
     mineralocorticoid receptor antagonistic effect of progesterone, and
some
     are weak estrogen receptor agonists. Combined use of EE and synthetic
     progestogens may therefore enhance estrogen effects on body sodium and
     blood pressure. A new progestogen (Drospirenone) with an
     antimineralocorticoid effect like that of progesterone is described
that
     slightly lowers body weight and blood pressure in a nonnormative
     formulation together with EE. An almost ideal oral nonnormative
     would be progestogens like Drospirenone together with a low dose
natural
     estrogen that does not stimulate hepatic protein synthesis. Since most oral
     formulations for postmenopausal estrogen replacement also stimulate
     hepatic protein synthesis (including Angeir in some extent, the
     transdermal route of E2 application for postmenopausal purposes
     should also be investigated, since it has reduced potential for
     undesirable side effects.

147

Case 1:08-cv-00145-JJF    Document 52-2    Filed 07/09/2008    Page 50 of 100

L12  ANSWER 6 OF 6  MEDLINE      (Continued)
AB   Endogenous 17 beta-estradiol (E2) and low percenteral doses of
     exogenous E2
     are vasodilators. High dose estrogens, especially ethinylestradiol
(EE)
     and mestranol, stimulate the synthesis of hepatic proteins including
     coagulation factors, sex hormone binding globulin, and angiotensinogen
     (Aogen). In the steady state, high plasma levels of Aogen produce
     only a
     very small increase of angiotensin II (AII) and plasma renin activity,
     because AII inhibits the secretion of renin and lowers plasma renin
     concentration. However, the increase in AII is sufficient for a slight
     reduction in renal blood flow and a slight increase in exchangeable
     sodium
     and blood pressure in normotensive women, blood pressure may rise
     considerably. Effects of estrogens on the brain may also be involved
     in
     blood pressure changes. Endogenous progesterone is a mineralocorticoid
     receptor antagonist. Endogenous or exogenous progesterone leads to
     sodium
     loss and a compensatory increase in renin secretion, plasma renin
     activity, AII, and plasma aldosterone, e.g. in the second half of the
     menstrual cycle. Synthetic progestogens are commonly devoid of the
     mineralocorticoid receptor antagonistic effect of progesterone, and
     some
     are weak estrogen receptor agonists. Combined use of EE and synthetic
     progestogens may therefore enhance estrogen effects on body sodium and
     blood pressure. A new progestogen (Drospirenone) with an
     antimineralocorticoid effect like that of progesterone is described
     that
     slightly lowers body weight and blood pressure in a contraceptive
     formulation together with EE. An almost ideal oral contraceptive
     would be progestogen like Drospirenone together with a low dose
     natural
     estrogen that does not stimulate Aogen synthesis. Since most oral
     formulations for postmenopausal estrogen replacement also stimulate
     hepatic protein synthesis (including Aogen) to some extent, the
     transdermal route of E2 application for contraceptive purposes
     should also be investigated, since it has reduced potential for
     undesirable side effects.
CT   Check Tags: Animal; Female; Human
     *Aldosterone: ME, metabolism
      Aldosterone Antagonists: PD, pharmacology
      Aldosterone Antagonists: TU, therapeutic use
      Androstenes: PD, pharmacology
      Androstenes: TU, therapeutic use
      Angiotensinogen: ME, metabolism
     *Blood Pressure: DE, drug effects
      Contraceptives, Oral: TU, therapeutic use
      Estrogens: CS, chemical synthesis
      Estrogens: PD, pharmacology
     *Estrogens: TU, therapeutic use
     *Postmenopause

L12  ANSWER 6 OF 6  MEDLINE      (Continued)
      Pregnancy
     *Progestational Hormones: CS, chemical synthesis
      Progestational Hormones: PD, pharmacology
     *Progestational Hormones: TU, therapeutic use
      Progesterone: PD, pharmacology
      Rats
     *Renin: ME, drug effects
      Renin: ME, metabolism
RN   11063-13-4 (Angiotensinogen); 52-39-1 (Aldosterone); 57-83-0
      (Progesterone); 67392-57-4 (1,2-dihydrospironolactone)
CN   EC 3.4.23.15 (Renin); 0 (Aldosterone Antagonists); 0 (Androstenes); 0
      (
      Contraceptives, Oral); 0 (Estrogens); 0 (Progestational Hormones)

L12  ANSWER 6 OF 6  MEDLINE            MEDLINE
ACCESSION NUMBER:    85275310
DOCUMENT NUMBER:     85275310
TITLE:               Vasomotor symptoms and estrogen-progestogen therapy.
AUTHOR:              von Schoultz B
SOURCE:              ACTA OBSTETRICIA ET GYNECOLOGICA SCANDINAVICA.
SUPPLEMENT,
                     (1985) 132 15-8.
                     Journal code: 1BC. ISSN: 0300-8835.
PUB. COUNTRY:        Sweden
                     Journal; Article; (JOURNAL ARTICLE)
LANGUAGE:            English
FILE SEGMENT:        Priority Journals
ENTRY MONTH:         198511
CT   Check Tags: Female; Human
      Adult
     *Climacteric: DE, drug effects
      Contraceptives, Oral, Combined: TU, therapeutic use
      Estradiol: TU, therapeutic use
      Estriol: TU, therapeutic use
     *Estrogens: TU, therapeutic use
      Ethinyl Estradiol: TU, therapeutic use
      Medroxyprogesterone: AA, analogs & derivatives
      Medroxyprogesterone: TU, therapeutic use
      Middle Age
      Norethindrone: TU, therapeutic use
      Norgestrel: TU, therapeutic use
     *Progestational Hormones: TU, therapeutic use
      Progesterone: TU, therapeutic use
     *Vasomotor System: DE, drug effects
RN   50-27-1 (Estriol); 50-28-2 (Estradiol); 520-85-4
      (Medroxyprogesterone);
      57-63-6 (Ethinyl Estradiol); 57-83-0 (Progesterone); 6623-00-2
      (Norgestrel); 68-22-4 (Norethindrone); 71-58-9 (Medroxyprogesterone
      17-Acetate); 797-63-7 (Levonorgestrel)

148

09/508,648                          Page 5

=> d ibib ab 1-69

149

L17  ANSWER 1 OF 69  USPATFULL
ACCESSION NUMBER:        96:114804  USPATFULL
TITLE:                   Azalyl methyl phenyl derivatives having aromatase
                         inhibitory activity
INVENTOR(S):             Murakami, Kimihiro, Tokyo, Japan
                         Okazaki, Shuhei, Tokyo, Japan
                         Yuno, Takashi, Tokyo, Japan
                         Itoh, Masumu, Tokyo, Japan
PATENT ASSIGNEE(S):      Mochida Pharmaceutical Co., Ltd., Tokyo, Japan
                         (non-U.S. corporation)

                                      NUMBER        DATE
                                      --------      --------
PATENT INFORMATION:
APPLICATION INFO.:       US 5557392              19961224
                         US 1995-453054  19950526  (8)

                                      NUMBER        DATE
                                      --------      --------
PRIORITY INFORMATION:    JP 1994-115666         19940527
DOCUMENT TYPE:           Utility
PRIMARY EXAMINER:        Morris, Patricia L.
LEGAL REPRESENTATIVE:    Birch, Stewart, Kolasch & Birch, LLP
NUMBER OF CLAIMS:        24
EXEMPLARY CLAIM:         1
LINE COUNT:              2947
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   Compounds exerting excellent aromatase inhibitory activity in vivo
and
     in vitro with higher specificity and greater safety are provided
     together with the salts thereof. Using the same, there are also
     provided, prophylactic agents and/or therapeutical agents of
     estrogen-dependent diseases, contraceptive agents for female,
     and aromatase inhibitory agents for use in the form of reagents for
     human or animals. The compounds are of the formula (I), wherein
R.sup.2
     is represented by the formula (II) or (III). #STFI##

L17  ANSWER 2 OF 69  USPATFULL
ACCESSION NUMBER:        96:116377  USPATFULL
TITLE:                   Hormone preparation and method
INVENTOR(S):             Casper, Robert F., Toronto, Canada
PATENT ASSIGNEE(S):      Joscap Research Ltd., Toronto, Canada (non-U.S.
                         corporation)

                                      NUMBER        DATE
                                      --------      --------
PATENT INFORMATION:      US 5565370             19961217
APPLICATION INFO.:       US 1994-384004  19941206  (8)
RELATED APPLN. INFO.:    Division of Ser. No. US 1993-143055, filed on 29
Oct
                         1993, now patented, Pat. No. US 5382573 which is a
                         division of Ser. No. US 1991-760356, filed on 5 Nov
                         1991, now patented, Pat. No. US 5270022 which is a
                         division of Ser. No. US 1990-515691, filed on 26
Apr
22                       1990, now patented, Pat. No. US 5109995 which is a
                         continuation of Ser. No. US 1983-247561, filed on

                         Sep 1988, now abandoned

                                      NUMBER        DATE
                                      --------      --------
PRIORITY INFORMATION:    CA 1987-547743         19870926
                         CA 1987-547744         19870926
DOCUMENT TYPE:           Utility
PRIMARY EXAMINER:        Rowe, Rhop
LEGAL REPRESENTATIVE:    Evenson, McKeown, Edwards & Lenahan, P.L.L.C.
NUMBER OF CLAIMS:        22
EXEMPLARY CLAIM:         1
LINE COUNT:              690
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   This invention is concerned with a contraceptive formulation
     and a method of contraception which employs a combination of
     estrogen and progestin and wherein a short period of relatively
dominant
     estrogenic activity alternates with a short period of relatively
     dominant progestagenic activity. The invention also concerns a
hormonal
     replacement formulation and method for use in menopausal or estrate
     women which employs a similar combination of estrogen and progestin.

L17  ANSWER 3 OF 69  USPATFULL
ACCESSION NUMBER:        96:113924  USPATFULL
TITLE:                   Composition for oestroception
INVENTOR(S):             Spona, J urgan, Billrothstrasse 78, A-1190 Vienna,
                         Austria
                         B uttenberg, Bernd, Spirdingseestrasse 27, D-12307
                         Berlin, Germany, Federal Republic of
                         L uticke, Frank, c/o Hospital Cantonal
Universitaire,
Switzerland              32bis, Bld de la Cluse, CH-1211 Geneva 4,

                                      NUMBER        DATE
                                      --------      --------
PATENT INFORMATION:      US 5587129             19961210
APPLICATION INFO.:       US 1994-208996  19940630  (8)

                                      NUMBER        DATE
                                      --------      --------
PRIORITY INFORMATION:    DE 1993-4341402        19931222
DOCUMENT TYPE:           Utility
PRIMARY EXAMINER:        Hayweod, Phyllis G.
LEGAL REPRESENTATIVE:    Mullen, White, Zelano, & Branigan, P.C.
NUMBER OF CLAIMS:        8
EXEMPLARY CLAIM:         1
NUMBER OF DRAWINGS:      1 Drawing Figure(s); 1 Drawing Page(s)
LINE COUNT:              166
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   This invention relates to a method of inducing oestroception
     comprising administering an estrogen selected from

     2.0 to 6.0 mg of 17.beta.-oestradiol and

     0.015 to 0.020 mg of ethinylestradiol;

     and a gestagen selected from

     0.06 to 0.075 mg of gestodene,

     0.075 to 0.125 mg of levonorgestrel,

     0.06 to 0.15 mg of desogestrel,

     0.06 to 0.15 mg of 3-ketodesogestrel,

     0.1 to 0.3 mg of drospirenone,

     0.1 to 0.2 mg of cyproterone acetate,

     0.2 to 0.3 mg of norgestimate and

     >0.35 to 0.75 mg of norethisterone

     for a female of reproductive age, who has not yet reached
premenopause,
     by administration for 23 or 24 days, beginning on day one of the
     menstrual cycle, followed by 5 or 4 pill-free or sugar pill days,
during

L17  ANSWER 3 OF 69  USPATFULL  (Continued)
     a total of 28 days in the administration cycle.

L17  ANSWER 4 OF 69  USPATFULL
ACCESSION NUMBER:   96:36653  USPATFULL
TITLE:   Coronary heart disease treated with
17.beta.-oestradiol
INVENTOR(S):   Collie, Peter, Richmond, England
PATENT ASSIGNEE(S):   National Heart and Lung Institute, London, England
(non-U.S. corporation)

| | NUMBER | DATE |
|---|---|---|
| PATENT INFORMATION: | US 5512583 | 19960430 |
| APPLICATION INFO.: | US 1993-132369 | 19931007 (3) |
| DOCUMENT TYPE: | Utility | |
| PRIMARY EXAMINER: | Criares, Theodore J. | |
| LEGAL REPRESENTATIVE: | Myers, Louis | |
| NUMBER OF CLAIMS: | 3 | |
| EXEMPLARY CLAIM: | 1 | |
| LINE COUNT: | 330 | |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   Use of 17.beta.-oestradiol in the treatment of coronary heart
disease.

---

L17  ANSWER 5 OF 69  USPATFULL
ACCESSION NUMBER:   96:36306  USPATFULL
TITLE:   Injectable pharmaceutical composition
INVENTOR(S):   Garza Flores, Josue, Mexico City, Mexico
Lairera Soto, Laura P., Mexico City, Mexico
Guillan Pickardo, Jose, Sto Domingo, Dominican
Republic
PATENT ASSIGNEE(S):   Angeles Uribe, Juan, Mexico City, Mexico
Aplicaciones Farmaceuticas S.A. de C.V., Mexico
City.
Mexico (non-U.S. corporation)

| | NUMBER | DATE |
|---|---|---|
| PATENT INFORMATION: | US 5512363 | 19960430 |
| APPLICATION INFO.: | US 1994-263823 | 19940517 (8) |
| RELATED APPLN. INFO.: | Division of Ser. No. US 1991-714503, filed on 13 Jun |
| | 1991, now patented, Pat. No. US 5360618 |

| | NUMBER | DATE |
|---|---|---|
| PRIORITY INFORMATION: | FR 1990-7416 | 19900616 |
| DOCUMENT TYPE: | Utility | |
| PRIMARY EXAMINER: | Kisnere, Guillermi R. | |
| LEGAL REPRESENTATIVE: | Popham, Haik, Schnobrich & Kaufman, Ltd. | |
| NUMBER OF CLAIMS: | 8 | |
| EXEMPLARY CLAIM: | 1 | |
| NUMBER OF DRAWINGS: | 22 Drawing Figure(s); 14 Drawing Page(s) | |
| LINE COUNT: | 570 | |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   Formulations of programmed-release medicinal products intended for
parenteral administration by injection, comprising calibrated solid
microspheres (1 to 300 microns) of active substances. Provided in
this
form, steroids (for example progesterone and
17-beta.-estradiol) may constitute injectable contraceptives,
and the action of drugs having an approximately 24 hours lasting
effect may be regulated and extended.

---

L17  ANSWER 6 OF 69  USPATFULL
ACCESSION NUMBER:   96:36116  USPATFULL
TITLE:   Ovulation-inhibiting preparation for hormonal
contraception
INVENTOR(S):   Ehrlich, Marika, Hahnbachtrasse 1, 6400
Framersbein,
Germany, Federal Republic of
Kuhl, Herbert, Nettelstrasse 16, 8750
PATENT ASSIGNEE(S):   Germany, Federal Republic of
Ehrlich, Marika, Framersbein, Germany, Federal
Republic
of (non-U.S. individual)
Kuhl, Herbert, Aschaffenburg, Germany, Federal
Republic
of (non-U.S. individual)

| | NUMBER | DATE |
|---|---|---|
| PATENT INFORMATION: | US 5510361 | 19960423 |
| APPLICATION INFO.: | US 1993-132397 | 19931006 (8) |
| DISCLAIMER DATE: | 20110110 | |
| RELATED APPLN. INFO.: | Continuation of Ser. No. US 1991-033290, filed on 10 |
| | Feb 1991, now patented, Pat. No. US 5200023 |

| | NUMBER | DATE |
|---|---|---|
| PRIORITY INFORMATION: | DE 1991-4104385 | 19910209 |
| DOCUMENT TYPE: | Utility | |
| PRIMARY EXAMINER: | Jordan, Kimberly R. | |
| LEGAL REPRESENTATIVE: | Hill, Steadman & Simpson | |
| NUMBER OF CLAIMS: | 8 | |
| EXEMPLARY CLAIM: | 1 | |
| LINE COUNT: | 484 | |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   An ovulation-inhibiting preparation for hormonal contraception
, comprising two hormone constituents packed spatially separate in a
packing unit intended for chronological, sequential oral
administration,
said constituents each comprising a plurality of daily hormone units
accommodated spatially separate and individually removable in the
packaging unit. The first hormone constituent consists essentially
of an
estrogen preparation which effects a disturbance of the follicle
stimulation; the second hormone constituent consists of an estrogen
preparation and a gestagen preparation in a dose at least adequate
for
inhibiting ovulation. The total number of daily hormone units is
equal
to the total number of days in the desired cycle, and the number of
daily units of the first hormone constituent is less than the
number of
daily units of the second hormone constituent. The first hormone
constituent comprises 5 to 16 daily units, and the second hormone
constituent comprises 15 to 16 daily units.

L17  ANSWER 6 OF 69  USPATFULL  (Continued)

151

09/508,648                                    Page 8

L17  ANSWER 7 OF 69  USPATFULL
ACCESSION NUMBER:        96:29636  USPATFULL
TITLE:                   Methods of using the A form of the progesterone
                         receptor to screen for antagonists of steroid
                         intracellular receptor-mediated transcription
INVENTOR(S):             McDonnell, Donald P., San Diego, CA, United States
PATENT ASSIGNEE(S):      Ligand Pharmaceuticals Incorporated, San Diego, CA,
                         United States (U.S. corporation)

                         NUMBER          DATE
                         ------          ----
PATENT INFORMATION:      US 5506102      19960409
APPLICATION INFO.:       US 1993-166566  19931026  (S)
DOCUMENT TYPE:           Utility
PRIMARY EXAMINER:        Jones, W. Gary
ASSISTANT EXAMINER:      Basilon, Kenneth B.
NUMBER OF CLAIMS:        19
EXEMPLARY CLAIM:         1
NUMBER OF DRAWINGS:      32 Drawing Figure(s); 14 Drawing Page(s)
LINE COUNT:              1063
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     Methods to screen for antagonists of steroid IR transcription as
       mediated by the PR-A isoform of the progesterone receptor are
       provided. Such cell-based methods include a cell in which PR-A is
       transcriptionally inactive containing asteroid IR other than PR,

PR-A   and a reporter vector that includes a promoter which is
       transcriptionally active in the presence of the steroid IR and an
       activator of said steroid IR, but is substantially transcriptionally
       inactive in the presence of PR-A. This cell is contacted with the
       activator of the steroid IR and a compound to be assayed, and the
level
       of reporter product produced in the cell is measured and compared
to the
       level of reporter product expressed in a similar cellular system
absent
       PR-A as an indication of the potential antagonist activity of the
       compound being assayed. Also provided are an assay kit, a method of
       screening PR active compounds as IR antagonists and compounds that
       inhibit the transcriptional activity of steroid IR in the presence
of
       PR-A in a cellular context where PR-A is substantially
transcriptionally
       inactive.


L17  ANSWER 8 OF 69  USPATFULL
ACCESSION NUMBER:        95:106637  USPATFULL
TITLE:                   Ovulation control by regulating nitric oxide levels
                         with arginine derivatives
INVENTOR(S):             Garfield, Robert E., Friendswood, TX, United States
States                   Yallampalli, Chandrasekhar, Houston, TX, United
PATENT ASSIGNEE(S):      Board of Regents, The University of Texas System,
                         Austin, TX, United States (U.S. corporation)

                         NUMBER          DATE
                         ------          ----
PATENT INFORMATION:      US 5470847      19951128
APPLICATION INFO.:       US 1993-168309  19931210  (S)
DOCUMENT TYPE:           Utility
PRIMARY EXAMINER:        Criares, Theodore J.
LEGAL REPRESENTATIVE:    Arnold, White & Durkee
NUMBER OF CLAIMS:        19
EXEMPLARY CLAIM:         1
NUMBER OF DRAWINGS:      1 Drawing Figure(s); 1 Drawing Page(s)
LINE COUNT:              616
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     Inhibition of ovulation in a female may be achieved by
       administering an
       arginine derivative which acts as a nitric oxide synthase inhibitor,
       alone or in combination with one or more of a progestin, an
estrogen,
       and an LH-RH antagonist, thereby preventing conception.


L17  ANSWER 9 OF 69  USPATFULL
ACCESSION NUMBER:        95:19961  USPATFULL
TITLE:                   Transdermal hormone replacement therapy
INVENTOR(S):             Casper, Robert F., Toronto, Canada
PATENT ASSIGNEE(S):      Jencap Research Ltd., Toronto, Canada (non-U.S.
                         corporation)

                         NUMBER          DATE
                         ------          ----
PATENT INFORMATION:      US 5422119      19950606
APPLICATION INFO.:       US 1994-177355  19940103  (S)
DISCLAIMER DATE:         20090429
RELATED APPL. INFO.:     Continuation-in-part of Ser. No. US 1992-996020,
filed
                         on 24 Dec 1992, now abandoned which is a
                         continuation-in-part of Ser. No. US 1992-974182,
filed
                         on 10 Nov 1992, now patented, Pat. No. US 5266421
which
                         is a division of Ser. No. US 1992-876016, filed on
27
                         Apr 1992, now abandoned which is a continuation of
Ser.
                         No. US 1990-515601, filed on 26 Apr 1990, now
patented,
                         Pat. No. US 5108095 which is a continuation of
Ser. No.
                         US 1988-247945, filed on 22 Sep 1988, now abandoned

                         NUMBER          DATE
                         ------          ----
PRIORITY INFORMATION:    CA 1987-547743  19870924
                         CA 1987-547943  19870924
DOCUMENT TYPE:           Utility
PRIMARY EXAMINER:        Rose, Shep K.
LEGAL REPRESENTATIVE:    Bereskin, McKeown, Edwards & Lenahan
NUMBER OF CLAIMS:        11
EXEMPLARY CLAIM:         1
LINE COUNT:              770
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     The present invention provides a method of treating a female in
need of
       hormone replacement therapy comprising transdermally administering
to
       said female a series of alternating phases of from about one to
about
       four days of progestin dominant activity and phase of from about
one to
       about four days of progestin dominant activity, with the estrogen
       dominant activity phase consisting of administering a transdermal
       estrogen substance alone or administering a transdermal estrogen
       substance and a transdermal progestin substance and the progestin
       dominant activity phase consisting of administering a transdermal
       dominant activity phase consisting of administering a transdermal
       progestin substance and a transdermal estrogen substance, the
       amount of
       progestin substances being alternately increased in the progestin
       dominant activity phase and decreased in the estrogen dominant
activity

L17  ANSWER 9 OF 69  USPATFULL    (Continued)
       phase to provide the required dominant activity.

152

L17  ANSWER 10 OF 69  USPATFULL
ACCESSION NUMBER:    95:45567  USPATFULL
TITLE:               Contraceptive regimen
INVENTOR(S):         Bennink, Herman J. T. C.; Brinbergen, Netherlands
PATENT ASSIGNEE(S):  Akzo N.V., Arnhem, Netherlands (non-U.S. corporation)

                          NUMBER        DATE
                          ------        ----
PATENT INFORMATION:
APPLICATION INFO.:    US 5618220    19960423
RELATED APPLN. INFO.: US 1994-102300  19940114  (B)
                      Continuation of Ser. No. US 1993-53841, filed on
27 Apr

Ser. No.              1993, now abandoned which is a continuation of

                      US 1991-809724, filed on 17 Dec 1991, now abandoned

                          NUMBER        DATE
                          ------        ----
PRIORITY INFORMATION:  EP 1990-203372  19901217
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Henley, III, Raymond
ASSISTANT EXAMINER:    Jordan, Kimberly R.
LEGAL REPRESENTATIVE:  Gormley, Mary E.; Blackstone, William M.
NUMBER OF CLAIMS:      19
EXEMPLARY CLAIM:       1
LINE COUNT:            578
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   A contraceptive method and regimen utilizing an initially
     greater amount of progestogen, which gradually tapers over the
period in
          which the contraceptive is administered. The regimen includes
          a multiphasic combination and contraceptive kit containing at
          least 21 daily sequential dosage units divided into 3 phases. The
first
          phase contains 6-8 dosage units, each containing a progestogen at a
          dosage equivalent to progestogenic activity to 75-150 .mu.g
          desogestrel and an estrogen at a dosage equivalent in estrogenic
          activity to 20-25 .mu.g ethinyl estradiol. The second phase
contains 6-8
          dosage units, each containing less progestogen than in the previous
          dosage units, but still having progestogen equivalent to 75-125
.mu.g
          desogestrel and an estrogen equivalent to 20 .mu.g ethinyl
          estradiol. The third phase contains 6-8 dosage units, each
containing
          less progestogen than in the previous dosage units, but still
containing
          a progestogen equivalent to 75-100 .mu.g desogestrel and an
          estrogen equivalent to 20 .mu.g ethinyl estradiol. The kit may also
          include another phase of 4 to 7 dosage units having no
          contraceptive steroid.


L17  ANSWER 11 OF 69  USPATFULL
ACCESSION NUMBER:    95:1015  USPATFULL
TITLE:               Hormone preparation and method
INVENTOR(S):         Casper, Robert F., Toronto, Canada
PATENT ASSIGNEE(S):  Jencap Research Ltd., Toronto, Canada (non-U.S.
                     corporation)

                          NUMBER        DATE
                          ------        ----
PATENT INFORMATION:
APPLICATION INFO.:    US 5362573    19941117
RELATED APPLN. INFO.: US 1993-143055  19931029  (B)
                      Division of Ser. No. US 1991-788250, filed on 5 Nov
                      1991, now patented, Pat. No. US 5274022 which is a
                      division of Ser. No. US 1990-515601, filed on 26

Apr

22                    1990, now patented, Pat. No. US 5100995 which is a
                      continuation of Ser. No. US 1988-247861, filed on

                      Sep 1988, now abandoned

                          NUMBER        DATE
                          ------        ----
PRIORITY INFORMATION:  CA 1987-547743  19870924
                       CA 1987-547744  19870924
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Rose, Shep K.
LEGAL REPRESENTATIVE:  Brennen, McEwen, Edwards & Lenahan
NUMBER OF CLAIMS:      26
EXEMPLARY CLAIM:       1
LINE COUNT:            413
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   This invention is concerned with a contraceptive formulation
     and a method of contraception which employs a combination of
     estrogen and progestin and wherein a short period of relatively
dominant
          estrogenic activity alternates with a short period of relatively
          dominant progestogenic activity. The invention also concerns a
hormonal
          replacement formulation and method for use in menopausal or castrate
          women which employs a similar combination of estrogen and progestin.


L17  ANSWER 12 OF 69  USPATFULL
ACCESSION NUMBER:    94:91330  USPATFULL
TITLE:               Injectable pharmaceutical composition
INVENTOR(S):         Garza Flores, Josue, Mexico City, Mexico
                     Luisana Soto, Laura F., Mexico City, Mexico
                     Guillen Pichardo, Jose, Sto Domingo, Dominican

Republic

                          NUMBER        DATE
PATENT ASSIGNEE(S):   US 5304618    19941101
City,                Aplicaciones Farmaceuticas S.A. De C.V., Mexico

                      Mexico (non-U.S. corporation)

                          NUMBER        DATE
                          ------        ----
PATENT INFORMATION:   US 5360618    19941101
APPLICATION INFO.:    US 1991-714563  19910613  (7)

                          NUMBER        DATE
                          ------        ----
PRIORITY INFORMATION:  FR 1990-7416   19900614
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Kishore, V. S.
LEGAL REPRESENTATIVE:  Manon, Fenwick & Lawrence
NUMBER OF CLAIMS:      1
EXEMPLARY CLAIM:       1
LINE COUNT:            543
NUMBER OF DRAWINGS:    13 Drawing Figure(s); 14 Drawing Page(s)
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   Formulations of programmed-release medicinal products intended for
     parenteral administration by injection, comprising calibrated solid
     microspheres (1 to 300 microns) of active substances. Provided in
this
          form, steroids (for example progesterone and
          17-.beta.-estradiol) may constitute injectable contraceptives,
          and the action of drugs having an approximately 24 hours lasting
          effect may be regulated and extended.

09/508,648                                                                 Page 10

L17  ANSWER 13 OF 69  USPATFULL
ACCESSION NUMBER:      04:75074  USPATFULL
TITLE:                 Methods and formulations for use in treating
                       oophorectomized women
INVENTOR(S):           Pike, Malcolm C., Long Beach, CA, United States
                       Spicer, Darcy V., Pasadena, CA, United States
PATENT ASSIGNEE(S):    University of Southern California, Los Angeles, CA,
                       United States (U.S. corporation)

                       NUMBER        DATE
PATENT INFORMATION:    US 5349046    19910923
APPLICATION INFO.:     US 1993-62906 19930517  (E)
DISCLAIMER DATE:       20100515
RELATED APPLN. INFO.:  Continuation-in-part of Ser. No. US 1993-962913,
  filed
                         on 3 Feb 1993 which is a continuation-in-part of
  Ser.
                         No. US 1991-684612, filed on 12 Apr 1991, now
  patented.
                         Pat. No. US 5211952
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Page, Thurman K.
ASSISTANT EXAMINER:    Azpuru, Carlos
LEGAL REPRESENTATIVE:  Robbins, Berliner & Carson
NUMBER OF CLAIMS:      14
EXEMPLARY CLAIM:       1
LINE COUNT:            612
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Compositions and methods which are effective to prevent symptoms of
  loss
      of ovarian function (e.g., in oophorectomized women) over a period
  of
      time are described, consisting essentially of an effective amount
  of an
      estrogenic composition and an effective amount of an androgenic
      composition. The levels of estrogen and androgens employed are
      sufficient to reduce bone mineral density loss and minimize other
  side
      effects observed after oophorectomy, and at such low doses as to
      maximize any adverse impact on the patient's long-term prognosis or
  (in
      the case of testosterone) result in additional side effects.

L17  ANSWER 14 OF 69  USPATFULL
ACCESSION NUMBER:      04:73073  USPATFULL
TITLE:                 Method and formulations for use in treating benign
                       gynecological disorders
INVENTOR(S):           Pike, Malcolm C., Long Beach, CA, United States
                       Spicer, Darcy V., Pasadena, CA, United States
PATENT ASSIGNEE(S):    University of Southern California, Los Angeles, CA,
                       United States (U.S. corporation)

                       NUMBER        DATE
PATENT INFORMATION:    US 5340038    19940823
APPLICATION INFO.:     US 1993-62883 19930517  (E)
DISCLAIMER DATE:       20100510
RELATED APPLN. INFO.:  Continuation-in-part of Ser. No. US 1992-982913,
  filed
                         on 3 Dec 1992 which is a continuation-in-part of
  Ser.
                         No. US 1991-684612, filed on 12 Apr 1991, now
  patented.
                         Pat. No. US 5211952
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Page, Thurman K.
ASSISTANT EXAMINER:    Azpuru, Carlos
LEGAL REPRESENTATIVE:  Robbins, Berliner & Carson
NUMBER OF CLAIMS:      21
EXEMPLARY CLAIM:       1
LINE COUNT:            901
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Compositions and methods which are effective to treat benign
      gynecological disorders for extended periods of time in women in
  who the
                         risk of endometrial stimulation is minimized or absent are
      described,
                         wherein an effective amount of a gonadotropin hormone releasing
  hormone
                         composition and is effective amount of an estrogenic composition are
                         provided over a period of time, optionally with addition of an
                         androgenic composition.

L17  ANSWER 15 OF 69  USPATFULL
ACCESSION NUMBER:      04:73072  USPATFULL
TITLE:                 Methods and formulations for use in inhibiting
                       conception and in treating benign gynecological
                       disorders
INVENTOR(S):           Spicer, Darcy V., Pasadena, CA, United States
                       Pike, Malcolm C., Long Beach, CA, United States
PATENT ASSIGNEE(S):    University of Southern California, Los Angeles, CA,
                       United States (U.S. corporation)

                       NUMBER        DATE
PATENT INFORMATION:    US 5340564    19940823
APPLICATION INFO.:     US 1993-982913 19930901  (T)
                       WO 1992-U92973  19920618
                                         19930201 PCT 371 date
                                         19930201 PCT 102(e) date
DISCLAIMER DATE:       20100518
RELATED APPLN. INFO.:  Continuation-in-part of Ser. No. US 1991-684612,
  filed
                         on 12 Apr 1991, now abandoned
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Page, Thurman K.
ASSISTANT EXAMINER:    Azpuru, Carlos
LEGAL REPRESENTATIVE:  Robbins, Berliner & Carson
NUMBER OF CLAIMS:      32
EXEMPLARY CLAIM:       1
LINE COUNT:            1822
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Compositions and methods which are effective to inhibit conception
  and
      to treat benign gynecological disorders for extended periods of
  time are
      described, wherein an effective amount of a gonadotropin hormone
      releasing hormone composition and an effective amount of an
  estrogenic
      composition are provided over a first period of time, in addition
  to a
      progestogen and optionally an androgenic composition. According to
  one
      protocol, the progestogen is provided for a second, shorter period
  of
      time; the progestogen is provided at a higher level for at least 8
  to
      amount 20 days, and then at a lower level for the remainder, if any,
  of
      the second period of time. In an alternative protocol, the
  progestogen
      is provided at a lower level substantially throughout the period of
      administration of gonadotropin hormone releasing hormone
  composition and
      estrogenic composition. An effective amount of the androgenic
  hormone is
      optionally provided over the first period of time.

L17  ANSWER 16 OF 69  USPATFULL
ACCESSION NUMBER:      04:66253  USPATFULL
TITLE:                 Transdermal administration to humans and animals
INVENTOR(S):           Gertner, Ovi, Kfar Saba, Israel
                       Rubinstein, Yosef, Ney Elona, Israel
PATENT ASSIGNEE(S):    Dermaaed, Ney Elona, Israel (non-U.S. corporation)

                       NUMBER        DATE
PATENT INFORMATION:    US 5332577    19940726
APPLICATION INFO.:     US 1992-876153 19920430  (T)
RELATED APPLN. INFO.:  Continuation-in-part of Ser. No. US 1991-719991,
  filed
                         on 6 Jun 1991, now abandoned Ser. No. US
                         1991-727217, filed on 9 Jul 1991 And Ser. No. US
                         1991-663393, filed on 11 Feb 1991, now abandoned
  which
                         is a continuation-in-part of Ser. No. US
  1969-451679,
                         filed on 18 Dec 1989, now patented, Pat. No. US
  5049143
                         , said Ser. No. 719991 which is a
                         continuation-in-part of Ser. No.  663393 , said
  Ser.
  451679
                         No.  727217 which is a division of Ser. No.

                       NUMBER        DATE
PRIORITY INFORMATION:  IL 1988-088000    19881227
                       IL 1990-94737     19900614
                       IL 1990-95400     19900620
                       IL 1991-97216     19910211
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Page, Thurman K.
ASSISTANT EXAMINER:    Dees, Raj
LEGAL REPRESENTATIVE:  Browdy and Neimark
NUMBER OF CLAIMS:      9
NUMBER OF DRAWINGS:    30 Drawing Figure(s); 20 Drawing Page(s)
LINE COUNT:            1615
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A pharmaceutical composition for use in the transdermal
      administration
      of a medicament to both humans and animals, which composition
  comprises
      at least ingredients (1) and (2) of the following ingredients (1),
  (2)
      and (3), namely: (1) an effective amount of a medicament adapted for
      transdermal administration; (2) a transdermally transporting
  effective
      amount of a carrier for the medicament, which carrier is selected
  from
      a nonionic and liquids at ambient temperatures, and which carrier
      comprises at least one compound selected from esters of C.sub.8-24
  fatty
      acids, pharmaceutically acceptable aliphatic polyhydroxy compounds
  and

154

09/508,648                                                    Page 11

L17 ANSWER 16 OF 69 USPATFULL   (Continued)
    non-volatile paraffins; (2) an optional medicament selected from
    antiinflammatory agents and antihistamines, effective to mitigate
any
    skin-incompatibility characteristics which may otherwise be present.
    Administration is preferably by means of a matrix which comprises a
    porous, absorbent, perforate and flexible laminar solid support,
having
    the composition absorbed thereon. The invention includes a device
for
    use in transdermal administration, which comprises such a matrix,
    preferably included in a multilayer system providing a desired
    controlled or sustained release pattern for said medicaments as
well as
    apparatus for applying a medicament non-adhesively to the skin of an
    animal, which comprises a removable enclosure bearing such a matrix
or
    device, the apparatus being arranged for non-invasive mounting onto
an
    animal ear.

L17 ANSWER 17 OF 69 USPATFULL
ACCESSION NUMBER:       94:5577 USPATFULL
TITLE:                  Ovulation-inhibiting preparation for hormonal
                        contraception
INVENTOR(S):            Ehrlich, Moritz, Aschaffenburg 1, 6600
Frammersbach,
                        Germany, Federal Republic of
                        Kuhl, Herbert, Hanielstrasse 18, 8750
Aschaffenburg,
                        Germany, Federal Republic of

                        NUMBER        DATE
                        ------------  --------
PATENT INFORMATION:     US 5290023    19940118
APPLICATION INFO.:      US 1992-833294  19920210  (7)

                        NUMBER        DATE
                        ------------  --------
PRIORITY INFORMATION:   BE 1991-4104385  19910209
DOCUMENT TYPE:          Utility
PRIMARY EXAMINER:       Waddell, Frederick E.
ASSISTANT EXAMINER:     Jordan, Kimberly
LEGAL REPRESENTATIVE:   Bill, Stedman & Simpson
NUMBER OF CLAIMS:       7
EXEMPLARY CLAIM:        1
LINE COUNT:             355
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    An ovulation inhibiting preparation for hormonal contraception
      , comprising two hormone constituents packed spatially separate in a
      packing unit intended for chronological, sequential oral
administration,
      said constituents each comprising a plurality of daily hormone units
      accommodated spatially separate and individually removable in the
      packaging unit. The first hormone constituent consists essentially
of an
      estrogen preparation which effects a disturbance of the follicle
      stimulation two hormone constituent consists of an estrogen
      preparation and a gestagen preparation in a dose at least adequate
for
      inhibiting ovulation. The total number of daily hormone units is
equal
      to the total number of days in the desired cycle, and the number of
      daily units of the first hormone constituent is less than the
number of
      daily units of the second hormone constituent. The first hormone
      constituent comprises 5 to 14 daily units, and the second hormone
      constituent comprises 23 to 14 daily units.

L17 ANSWER 18 OF 69 USPATFULL
ACCESSION NUMBER:       94:1415 USPATFULL
TITLE:                  Hormone preparation and method
INVENTOR(S):            Casper, Robert F., Toronto, Canada
PATENT ASSIGNEE(S):     Jencap Research Ltd., Toronto, Canada (non-U.S.
                        corporation)

                        NUMBER        DATE
                        ------------  --------
PATENT INFORMATION:     US 5276022    19940104
APPLICATION INFO.:      US 1991-768259  19911006  (7)
RELATED APPL. INFO.:    Division of Ser. No. US 1990-515691, filed on 26
Apr
                        1990, now patented, Pat. No. US 5104998 which is a
                        continuation of Ser. No. US 1988-267601, filed on
25
                        Sep 1988, now abandoned

                        NUMBER        DATE
                        ------------  --------
PRIORITY INFORMATION:   CA 1987-54743  19870924
                        CA 1987-547744  19870924
DOCUMENT TYPE:          Utility
PRIMARY EXAMINER:       Rowe, Zohra B.
LEGAL REPRESENTATIVE:   Svenson, McInavn, Edwards & Lenahan
NUMBER OF CLAIMS:       10
EXEMPLARY CLAIM:        1
LINE COUNT:             630
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    This invention is concerned with a contraceptive formulation
      and a method of contraception which employs a combination of
      estrogen and progestin and wherein a short period of relatively
dominant
      estrogenic activity alternates with a short period of relatively
      dominant progestogenic activity. The invention also concerns a
hormonal
      replacement formulation and method for use in menopausal or castrate
      women which employs a similar combination of estrogen and progestin.

L17 ANSWER 19 OF 69 USPATFULL
ACCESSION NUMBER:       93:96125 USPATFULL
TITLE:                  Low estrogen oral contraceptives
INVENTOR(S):            Bergink, Engelbert W., Oss, Netherlands
                        Akzo N.V., Arnhem, Netherlands (non-U.S.
corporation)

                        NUMBER        DATE
                        ------------  --------
PATENT INFORMATION:     US 5262466    19931116
APPLICATION INFO.:      US 1991-606966  19911212  (7)

                        NUMBER        DATE
                        ------------  --------
PRIORITY INFORMATION:   NP 1990-203309  19901213
DOCUMENT TYPE:          Utility
PRIMARY EXAMINER:       Waddell, Frederick E.
ASSISTANT EXAMINER:     Jordan, Kimberly R.
LEGAL REPRESENTATIVE:   Blackstone, William M.
NUMBER OF CLAIMS:       9
EXEMPLARY CLAIM:        1
LINE COUNT:             432
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Disclosed is a contraceptive regimen, and method of using the
      regimen, comprising 24 daily sequential dosage units of: a first
phase
      comprising about 7 to 9 composite first dosage units containing a
      progestogen at a daily dosage equivalent in progestogenic activity
to
      100 desogestrel and an estrogen at a daily dosage equivalent
      in estrogenic activity to 20 .mu.g ethinyl estradiol ("EE"). A
second
      phase of 7 to 9 second dosage units, each of the second dosage units
      containing a progestogen equivalent to 125 .mu.g desogestrel
      and an estrogen equivalent lost to 20 .mu.g EE. A third phase of 7
to 9
      third dosage units, each unit containing a progestogen equivalent
to 40
      .mu.g desogestrel and an estrogen equivalent to 20 .mu.g EE.
      The kit generally has 28 daily dosage units wherein four of the
daily
      dosage units contain no contraceptive steroid, or
      alternatively, have only 24 dosage units with a four day "pill-free"
      period. The fourth phase may also be four dosage units containing a
      progestogen equivalent to 25-35 .mu.g desogestrel.

155

09/508,648                                              Page 12

L17   ANSWER 20 OF 60   USPATFULL
ACCESSION NUMBER:     93:89428  USPATFULL
TITLE:                Hormone preparation and method
INVENTOR(S):          Cooper, Robert F., Toronto, Canada
                      Joseph Research Ltd., Toronto, Canada (non-U.S.
                      corporation)

                              NUMBER        DATE
                              ------        ----
PATENT INFORMATION:   US 5266421    19931026
APPLICATION INFO.:    US 1992-974102   19921110  (7)
RELATED APPLN. INFO.: Division of Ser. No. US 1992-874016, filed on 27
                      Apr

                      1992, now abandoned which is a continuation of

Ser. No.
                      US 1990-515091, filed on 26 Apr 1990, now patented,
                      Pat. No. US 5108995 which is a continuation of

Ser. No.
                      US 1988-247861, filed on 22 Sep 1988, now abandoned

                              NUMBER        DATE
                              ------        ----
PRIORITY INFORMATION: CA 1987-547743   19870924
                      CA 1987-547744   19870924
DOCUMENT TYPE:        Utility
PRIMARY EXAMINER:     Rees, Shep K.
LEGAL REPRESENTATIVE: Evenson, McKeown, Edwards & Lenahan
NUMBER OF CLAIMS:     11
EXEMPLARY CLAIM:      1
LINE COUNT:           776
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    This invention is concerned with a contraceptive formulation
      and a method of contraception which employs a combination of
      estrogen and progestin and wherein a short period of relatively
dominant
      estrogenic activity alternates with a short period of relatively
      dominant progestogenic activity. The invention also concerns a
hormonal
      replacement formulation and method for use in menopausal or castrate
      women which employs a similar combination of estrogen and progestin.

L17   ANSWER 21 OF 60   USPATFULL
ACCESSION NUMBER:     93:38779  USPATFULL
TITLE:                Contraceptive methods and formulations for
                      use therein
INVENTOR(S):          Spicer, Darcy V., Pasadena, CA, United States
                      Pike, Malcolm C., Long Beach, CA, United States
                      University of Southern California, Los Angeles, CA,
                      United States (U.S. corporation)

                              NUMBER        DATE
                              ------        ----
PATENT INFORMATION:   US 5211962    19930518
APPLICATION INFO.:    US 1991-684612  19910612  (7)
DOCUMENT TYPE:        Utility
PRIMARY EXAMINER:     Pope, Thurman K.
ASSISTANT EXAMINER:   Azpuru, Carlos
LEGAL REPRESENTATIVE: Donahue, Halgern, Berliner & Corona
NUMBER OF CLAIMS:     16
EXEMPLARY CLAIM:      1
LINE COUNT:           772
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Contraceptive devices which are effective for extended periods
      of time are described, in the form of means for releasing an
effective
      amount of a gonadotropin hormone releasing hormone composition and
means
      for releasing an effective amount of an estrogenic hormone over a
first
      period of time, and means for releasing an effective amount of a
      progestogen for a second period of time, the second period of time
being
      substantially shorter than and running simultaneously with a
portion of
      the first period of time. The gonadotropin hormone releasing hormone
      composition is selected from gonadotropin hormone releasing hormone,
      gonadotropin hormone releasing hormone analogues, gonadotropin
hormone
      releasing hormone agonists, gonadotropin hormone releasing hormone
      antagonists and mixtures thereof. Contraceptive methods
      employing the devices are also described.

L17   ANSWER 22 OF 60   USPATFULL
ACCESSION NUMBER:     93:26083  USPATFULL
TITLE:                Contraceptive pill
INVENTOR(S):          Wright, Jerz D., Dublin, CA, United States
                      Childers, Jerry M., Fremont, CA, United States
                      Benjley, Brian M., Sunnyvale, CA, United States
                      Wong, Patrick S.-L., Palo Alto, CA, United States
                      Atkinson, Linda K., Portola Valley, CA, United
States
PATENT ASSIGNEE(S):   Alza Corporation, Palo Alto, CA, United States
(U.S.
                      corporation)

                              NUMBER        DATE
                              ------        ----
PATENT INFORMATION:   US 5208197    19930406
APPLICATION INFO.:    US 1991-805241  19911209  (7)
RELATED APPLN. INFO.: Division of Ser. No. US 1989-437408, filed on 16
Nov

                      1989, now Patent No. Pat. No. US 5098716, issued on
                      Mar 1992
DOCUMENT TYPE:        Utility
PRIMARY EXAMINER:     Isaballa, David
ASSISTANT EXAMINER:   Clarke, W.
LEGAL REPRESENTATIVE: Sabatine, Paul L.; Mandelli, Edward L.; Beroll, Jean
NUMBER OF CLAIMS:     10
EXEMPLARY CLAIM:      1
NUMBER OF DRAWINGS:   6 Drawing Figure(s); 2 Drawing Page(s)
LINE COUNT:           921
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    An osmotic device is disclosed comprising an exterior coat
comprising an
      estrogenic and a progestogenic steroid that are delivered
immediately at
      a contraceptive pair for fertility regulation in a female, and
      a compartment comprising an estrogenic steroid that is delivered at
a
      controlled rate over a prolonged period of time for fertility
regulation
      in a female.

L17   ANSWER 23 OF 60   USPATFULL
ACCESSION NUMBER:     92:94991  USPATFULL
TITLE:                Subsaturated transdermal drug delivery device
                      exhibiting enhanced drug flux
INVENTOR(S):          Patel, Dinesh C., Murray, UT, United States
                      Ebert, Charles D., Salt Lake City, UT, United
States
PATENT ASSIGNEE(S):   Theratech, Inc., Salt Lake City, UT, United States
                      (U.S. corporation)

                              NUMBER        DATE
                              ------        ----
PATENT INFORMATION:   US 5164190    19921117
APPLICATION INFO.:    US 1990-626681  19901211  (7)
DOCUMENT TYPE:        Utility
PRIMARY EXAMINER:     Page, Thurman K.
ASSISTANT EXAMINER:   Marmo, Leon R.
LEGAL REPRESENTATIVE: Morrison & Foerster
NUMBER OF CLAIMS:     22
EXEMPLARY CLAIM:      1
LINE COUNT:           399
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Transdermal administration of hydrophobic drugs via a diffusion
      mechanism in which the drug is dissolved in a carrier at
concentrations
      that are 20% to 90% of the saturation concentration. The flux of
drug
      from the device is non-Fickian and is substantially greater than the
      flux observed when the drug is at saturation.

156

L17  ANSWER 24 OF 69  USPATFULL
ACCESSION NUMBER:   92:92690  USPATFULL
TITLE:   Treatment of motility disorders with a GnRH analog
INVENTOR(S):   Nathan, John R., 1215 Spring Creek Ln., Seabrook,
               TX,

                United States  77586

               NUMBER        DATE
               ------        ----
PATENT INFORMATION:   US 5146192      19921124
APPLICATION INFO.:    US 1991-764973   19910816  (7)
RELATED APPLN. INFO.: Division of Ser. No. US 1989-349717, filed on 9 May
                      1989, now patented, Pat. No. US 5068221
DOCUMENT TYPE:        Utility
PRIMARY EXAMINER:     Cushion, Jr., Merrell C.
ASSISTANT EXAMINER:   Davenport, A. H.
LEGAL REPRESENTATIVE: Frommer, Kimball & Krieger
NUMBER OF CLAIMS:     14
EXEMPLARY CLAIM:      1
LINE COUNT:           727
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   A treatment to alleviate the debilitating symptoms of Motility
     Disorders, including the Functional Bowel Diseases. Treatment of
     patients with analogs of GnRH significantly reduces or eliminates the
     symptoms of Motility Disorders, including Functional Bowel Disease.

L17  ANSWER 25 OF 69  USPATFULL
ACCESSION NUMBER:   92:63772  USPATFULL
TITLE:   In-vitro methods for identifying compositions
         which are

INVENTOR(S):   agonists and antagonists of androgens
               Dotr, Ann M., Boston, MA, United States
               Sonnenschein, Carlos, Boston, MA, United States
               Trustees of Tufts College, Medford, MA, United States

               (U.S. corporation)

               NUMBER        DATE
               ------        ----
PATENT INFORMATION:   US 5135409      19920604
APPLICATION INFO.:    US 1990-539600   19900610  (7)
DISCLAIMER DATE:      20060022
RELATED APPLN. INFO.: Continuation of Ser. No. US 1986-833240, filed on
                      17
DOCUMENT TYPE:        Utility
PRIMARY EXAMINER:     Saunders, David A.
LEGAL REPRESENTATIVE: Frankfort, David
NUMBER OF CLAIMS:     12
EXEMPLARY CLAIM:      1
NUMBER OF DRAWINGS:   7 Drawing Figure(s); 7 Drawing Page(s)
LINE COUNT:           1649
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   The present invention provides general protocols by which a
     substance
     may be identified and characterized as an androgen agonist and/or an
     androgen antagonist. The described protocols are in-vitro methods
     which
     utilize androgen dependent cells in culture and a medium comprising
     an
     inhibitor endogenous to the sera of humans and animals which is
     able to
     prevent the proliferation of these cultured cells in-vitro. The
     methodology is rapid, reproducible, and accurate; and provides the
     major
     advantage of being able to test large numbers of unevaluated
     substances
     for their androgen agonistic and/or antagonistic properties as
     primary
     properties or secondary side-effects.

L17  ANSWER 26 OF 69  USPATFULL
ACCESSION NUMBER:   92:6959  USPATFULL
TITLE:   Transdermal contraceptive formulations,
         methods and devices
INVENTOR(S):   Gale, Robert M., Los Altos, CA, United States
               Wadberry, Diane E., Los Altos, CA, United States
               Atkinson, Linda E., Portola Valley, CA, United
               States
PATENT ASSIGNEE(S):  ALZA Corporation, Palo Alto, CA, United States
                     (U.S.
                     corporation)

               NUMBER        DATE
               ------        ----
PATENT INFORMATION:   US 5122302      19920616
APPLICATION INFO.:    US 1990-605726   19901029  (7)
DOCUMENT TYPE:        Utility
PRIMARY EXAMINER:     Page, Thurman K.
ASSISTANT EXAMINER:   Morse, Leon A.
LEGAL REPRESENTATIVE: Lovaas, Jacqueline D.; Mandell, Edward L.; Stone,
                      Steven F.
NUMBER OF CLAIMS:     21
EXEMPLARY CLAIM:      1
NUMBER OF DRAWINGS:   6 Drawing Figure(s); 3 Drawing Page(s)
LINE COUNT:           641
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   The present invention provides compositions and methods for the
     transdermal administration of a contraceptively effective
     amount of a synthetic 19-nor-progesterone (ST-1435) and an
     estrogen, in combination, together with a suitable permeation
     enhancer.

L17  ANSWER 27 OF 69  USPATFULL
ACCESSION NUMBER:   92:22990  USPATFULL
TITLE:   Osmotic, oral dosage form for fertility control
INVENTOR(S):   Wright, Jeri D., Dublin, CA, United States
               Childers, Jerry D., Fremont, CA, United States
               Barclay, Brian L., Sunnyvale, CA, United States
               Wong, Patrick S., Palo Alto, CA, United States
               Atkinson, Linda E., Portola Valley, CA, United
               States
PATENT ASSIGNEE(S):  ALZA Corporation, Palo Alto, CA, United States
                     (U.S.
                     corporation)

               NUMBER        DATE
               ------        ----
PATENT INFORMATION:   US 5096714      19920324
APPLICATION INFO.:    US 1989-437496   19891116  (7)
DOCUMENT TYPE:        Utility
PRIMARY EXAMINER:     Page, Thurman K.
ASSISTANT EXAMINER:   Morse, Leon A.
LEGAL REPRESENTATIVE: Sabatine, Paul L.; Mandell, Edward L.; Lorenz,
                      Jacqueline S.
NUMBER OF CLAIMS:     9
EXEMPLARY CLAIM:      1
NUMBER OF DRAWINGS:   6 Drawing Figure(s); 2 Drawing Page(s)
LINE COUNT:           553
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   An osmotic device is disclosed comprising an exterior coat
     comprising an
     estrogen and a progestogenic steroid that are delivered
     immediately as
     a nonabsorptive pair for fertility regulation in a female, and
     a compartment comprising an estrogenic steroid that is delivered at
     controlled rate over a prolonged period of time for fertility
     regulation
     in a female.

L17  ANSWER 28 OF 69  USPATFULL
ACCESSION NUMBER:    91:96325  USPATFULL
TITLE:              Treatment of motility disorders with a 5-HT analog
INVENTOR(S):        Hankins, John R., 1215 Spring Creek Ln., Seabrook,
TX.

                    United States  77586

PATENT INFORMATION:     NUMBER          DATE
APPLICATION INFO.:  US 6040221      19911126
DOCUMENT TYPE:      Utility
PRIMARY EXAMINER:   Lee, Lester L.
ASSISTANT EXAMINER: Davenport, Deta
LEGAL REPRESENTATIVE: Frawel, Gambrell, Hewitt, Kimball & Krieger
NUMBER OF CLAIMS:   12
EXEMPLARY CLAIM:    1
LINE COUNT:         744
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A treatment to alleviate the debilitating symptoms of motility
disorders
      including the functional bowel diseases. Treatment of patients with
      analogs of 5-HT significantly reduces or eliminates the symptoms of
      motility disorders, including bowel disease.

L17  ANSWER 29 OF 69  USPATFULL
ACCESSION NUMBER:    91:73208  USPATFULL
TITLE:              Mucoadhesive carrier for delivery of therapeutical
                    agent
INVENTOR(S):        Kanvordsker, Philip N., Irvine, CA, United States
                    Leung, Sau-Hung K., Corona, CA, United States
PATENT ASSIGNEE(S): Watson Laboratories, Inc., Corona, CA, United
States
                    (U.S. corporation)

PATENT INFORMATION:     NUMBER          DATE
APPLICATION INFO.:  US 5017246      19910910
DOCUMENT TYPE:      Utility
RELATED APPLN. INFO.: US 1988-202662  19880603  (7)
PRIMARY EXAMINER:   Page, Thurman H.
ASSISTANT EXAMINER: Mbar, James M.
LEGAL REPRESENTATIVE: Drossler, Goldsmith, Shore, Sutker & Milnamow, Ltd.
NUMBER OF CLAIMS:   11
EXEMPLARY CLAIM:    1
NUMBER OF DRAWINGS: 5 Drawing Figure(s); 1 Drawing Page(s)
LINE COUNT:         1400
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A mucoadhesive carried suitable for a therapeutic agent is
disclosed.
      This carrier allows controlled release of the therapeutic agent via
      mucosal tissue. The mucoadhesive carrier comprises a Momollithic
polymer
      matrix that is anhydrous but hydratable, and amorphous fumed
silica. The
      silica enhances the mucoadhesive properties of the carrier. An
optional
      water-insoluble barrier film or layer can be secured to the polymer
      matrix to provide a non-adhering face.

L17  ANSWER 30 OF 69  USPATFULL
ACCESSION NUMBER:    91:46410  USPATFULL
TITLE:              Pharmaceutical formulations for parenteral use
INVENTOR(S):        Bader, Nicholas S., Gainesville, FL, United States
PATENT ASSIGNEE(S): University of Florida, Gainesville, FL, United
States
                    (U.S. corporation)

PATENT INFORMATION:     NUMBER          DATE
APPLICATION INFO.:  US 5024998      19910618
RELATED APPLN. INFO.: US 1989-424655  19891211  (7)
DISCLAIMER DATE:    20000100
RELATED APPLN. INFO.: Continuation-in-part of Ser. No. US 1987-139755,
filed
                    on 30 Dec 1987 And a continuation-in-part of Ser.
No.
                    US 1989-17043, filed on 29 Mar 1989 And a
                    continuation-in-part of Ser. No. US 1989-431222,
filed
                    on 3 Nov 1989 which is a continuation-in-part of Ser.
No.
                    139755 And a continuation-in-part of Ser.
No.
                    17043 which is a continuation-in-part of Ser. No.
139755

PRIORITY INFORMATION:   NUMBER          DATE
                    CA 1988-565795  19881213
                    IE 1988-3717    19881213
                    IE 1989-810     19890316
DOCUMENT TYPE:      Utility
PRIMARY EXAMINER:   Griffin, Ronald W.
LEGAL REPRESENTATIVE: Saumister, Mary Katherine
NUMBER OF CLAIMS:   26
EXEMPLARY CLAIM:    1
NUMBER OF DRAWINGS: 3 Drawing Figure(s); 3 Drawing Page(s)
LINE COUNT:         6090
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Aqueous parenteral solutions of drugs which are insoluble or only
      sparingly soluble in water and/or which are unstable in water,
combined
      with cyclodextrin selected from the group consisting of
hydroxypropyl,
      hydroxyethyl, glucosyl, maltosyl and maltotriosyl derivatives of
.beta.-
      and .gamma.-cyclodextrin, provide a means for alleviating problems
      associated with drug precipitation at the injection site and/or in
the
      lungs or other organs following parenteral administration.

L17  ANSWER 31 OF 69  USPATFULL
ACCESSION NUMBER:    91:40551  USPATFULL
TITLE:              Redox systems for brain-targeted drug delivery
INVENTOR(S):        Bodor, Nicholas S., Gainesville, FL, United States
PATENT ASSIGNEE(S): University of Florida, Gainesville, FL, United
States
                    (U.S. corporation)

PATENT INFORMATION:     NUMBER          DATE
APPLICATION INFO.:  US 5017566      19910521
RELATED APPLN. INFO.: US 1989-431122  19891103  (7)
DISCLAIMER DATE:    20000100
RELATED APPLN. INFO.: Continuation-in-part of Ser. No. US 1987-139755,
filed
                    on 30 Dec 1987 And a continuation-in-part of
Ser.
                    No. US 1989-17043, filed on 29 Mar 1989

PRIORITY INFORMATION:   NUMBER          DATE
                    CA 1988-565795  19881213
                    IE 1988-3717    19881213
                    IE 1989-810     19890316
DOCUMENT TYPE:      Utility
PRIMARY EXAMINER:   Griffin, Ronald W.
LEGAL REPRESENTATIVE: Saumister, Mary Katherine
NUMBER OF CLAIMS:   79
EXEMPLARY CLAIM:    1
NUMBER OF DRAWINGS: 6 Drawing Figure(s); 5 Drawing Page(s)
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Inclusion complexes of hydroxypropyl, hydroxyethyl, glucosyl,
maltosyl
      and maltotriosyl derivatives of .beta.- and .gamma.-cyclodextrin
with
      the reduced, biooxidizable, blood-brain barrier penetrating,
lipoidal
      forms of dihydropyridine.revreaction.pyridinium salt redox systems
for
      brain-targeted drug delivery provide a means for stabilizing the
redox
      systems, particularly against oxidation. The redox inclusion
complexes
      also provide a means for decreasing initial drug concentrations in
the
      lungs after administration of the systems, leading to decreased
      toxicity. In selected instances, complexation results in
substantially
      improved water solubility of the redox systems as well.

L17  ANSWER 32 OF 69  USPATFULL
ACCESSION NUMBER:    91:14645  USPATFULL
TITLE:    Improvement in redox systems for brain-targeted
drug
delivery
INVENTOR(S):    Bodor, Nicholas S., Gainesville, FL, United States
PATENT ASSIGNEE(S):    University of Florida, Gainesville, FL, United
States
(U.S. corporation)

|  | NUMBER | DATE |
| --- | --- | --- |
| PATENT INFORMATION: |  |  |
| APPLICATION INFO.: | US 5062935 | 19911026 |
| DOCUMENT TYPE: | US 1987-139755 | 19871230 (7) |
|  | Utility |  |
| PRIMARY EXAMINER: | Griffin, Ronald W. |  |
| LEGAL REPRESENTATIVE: | Saumelster, Mary Katherine; Clarke, Dennis P. |  |
| NUMBER OF CLAIMS: | 68 |  |
| EXEMPLARY CLAIM: | 1,35 |  |
| NUMBER OF DRAWINGS: |  |  |
| LINE COUNT: | 4139 |  |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Inclusion complexes of hydroxypropyl-.beta.-cyclodextrin with the
reduced biomolizable, blood-brain barrier penetrating, lipoidal
form
of dihydropyridine.revreaction.pyridinium salt redox system for
brain-targeted drug delivery provide a means for stabilizing the
redox
system, particularly against oxidation. The redox inclusion
complexes
also provide a means for decreasing initial drug concentrations in
the
lungs after administration of the system, leading to decreased
toxicity. In selected instances, complexation results in
substantially
improved water solubility of the redox system as well.

L17  ANSWER 33 OF 69  USPATFULL
ACCESSION NUMBER:    91:3061  USPATFULL
TITLE:    Pharmaceutical formulations for parenteral use
INVENTOR(S):    Bodor, Nicholas S., Gainesville, FL, United States
PATENT ASSIGNEE(S):    University of Florida, Gainesville, FL, United
States
(U.S. corporation)

|  | NUMBER | DATE |
| --- | --- | --- |
| PATENT INFORMATION: |  |  |
| APPLICATION INFO.: | US 4983566 | 19910108 |
| RELATED APPLN. INFO.: | US 1988-174948 | 19880329 (7) |
| filed | Continuation-in-part of Ser. No. US 1987-139755, |  |
|  | on 30 Dec 1987 |  |
| DOCUMENT TYPE: | Utility |  |
| PRIMARY EXAMINER: | Griffin, Ronald W. |  |
| LEGAL REPRESENTATIVE: | Saumelster, Mary Katherine; Clarke, Dennis P. |  |
| NUMBER OF CLAIMS: | 41 |  |
| EXEMPLARY CLAIM: | 1 |  |
| NUMBER OF DRAWINGS: | 2 Drawing Figure(s); 2 Drawing Page(s) |  |
| LINE COUNT: | 4100 |  |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Aqueous parenteral solutions of drugs which are insoluble or only
sparingly soluble in water and/or which are unstable in water,
combined
with hydroxypropyl-.beta.-cyclodextrin, provide a means for
alleviating
problems associated with drug precipitation at the injection site
and/or
in the lungs or other organs following parenteral administration.

L17  ANSWER 34 OF 69  USPATFULL
ACCESSION NUMBER:    90:90981  USPATFULL
TITLE:    Skin permeation enhancer compositions
INVENTOR(S):    Chiang, Chia-Ming, Foster City, CA, United States
Cleary, Gary W., San Mateo, CA, United States
PATENT ASSIGNEE(S):    Cygnus Research Corporation, Redwood City, CA,
United
States (U.S. corporation)

|  | NUMBER | DATE |
| --- | --- | --- |
| PATENT INFORMATION: |  |  |
| APPLICATION INFO.: | US 4973468 | 19901127 |
| DOCUMENT TYPE: | US 1989-327312 | 19890322 (7) |
|  | Utility |  |
| PRIMARY EXAMINER: | Cashion, Jr., Merrell C. |  |
| ASSISTANT EXAMINER: | Benes, Leon H. |  |
| LEGAL REPRESENTATIVE: | Reed, Sheman B. |  |
| NUMBER OF CLAIMS: | 11 |  |
| EXEMPLARY CLAIM: | 1 |  |
| NUMBER OF DRAWINGS: | 1 Drawing Figure(s); 1 Drawing Page(s) |  |
| LINE COUNT: | 667 |  |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Skin permeation enhancer compositions are provided which increase
the
permeability of skin to transdermally administered pharmacologically
active agents. The composition contains diethylene glycol monoethyl
or
monomethyl ether in addition to an ester component such as propylene
glycol monolaurate, methyl laurate or the like. The compositions are
particularly useful in conjunction with the transdermal
administration
of steroid drugs such as progestogens and estrogens. Methods and drug
delivery system for using the enhancer compositions are provided as
well.

L17  ANSWER 35 OF 69  USPATFULL
ACCESSION NUMBER:    90:62317  USPATFULL
TITLE:    Osmotic dosage form comprising an estrogen and a
progestogen
INVENTOR(S):    Wright, Jeri D., Dublin, CA, United States
Childers, Jerry R., Fremont, CA, United States
Barclay, Brian L., Sunnyvale, CA, United States
Wong, Patrick S. L., Palo Alto, CA, United States
Atkinson, Linda K., Portola Valley, CA, United
States
PATENT ASSIGNEE(S):    Alza Corporation, Palo Alto, CA, United States
(U.S. corporation)

|  | NUMBER | DATE |
| --- | --- | --- |
| PATENT INFORMATION: |  |  |
| APPLICATION INFO.: | US 4948593 | 19900814 |
| DOCUMENT TYPE: | US 1989-351368 | 19890515 (7) |
|  | Utility |  |
| PRIMARY EXAMINER: | Page, Thurman K. |  |
| LEGAL REPRESENTATIVE: | Sabatine, Paul L.; Mandell, Edward L.; Stone, |  |
| Steven F. |  |  |
| NUMBER OF CLAIMS: | 11 |  |
| EXEMPLARY CLAIM: | 1 |  |
| NUMBER OF DRAWINGS: | 11 Drawing Figure(s); 8 Drawing Page(s) |  |
| LINE COUNT: | 963 |  |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    An osmotic device is disclosed comprising an estrogenic and a
progestogenic steroid that are delivered as a contraceptive
pair for fertility regulation in a female.

09/508,648

Page 16

L17 ANSWER 36 OF 69 USPATFULL
ACCESSION NUMBER:    90:40621  USPATFULL
TITLE:    Sustained release transdermal drug delivery
composition
INVENTOR(S):    Mundayer, Elio S., Wellesley, MA, United States
PATENT ASSIGNEE(S):    Biotek, Inc., Woburn, MA, United States (U.S.
corporation)

| | NUMBER | DATE |
|---|---|---|
| PATENT INFORMATION: | US 4927087 | 19980622 |
| APPLICATION INFO.: | US 1986-909959 | 19860922 (6) |
| RELATED APPL. INFO.: | Division of Ser. No. US 1984-663362, filed on 1 Oct | |
| | 1986, now patented, Pat. No. US 4624648 | |
| DOCUMENT TYPE: | Utility | |
| PRIMARY EXAMINER: | Weisz, J. David | |
| NUMBER OF CLAIMS: | 17 | |
| EXEMPLARY CLAIM: | 1 | |
| NUMBER OF DRAWINGS: | 2 Drawing Figure(s); 2 Drawing Page(s) | |
| LINE COUNT: | 795 | |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A transdermal drug delivery system useful for the controlled, for
example zero order release of one or more drugs is a selected skin
area
of a user, which system comprises an impervious backing sheet and a
face
membrane, the backing sheet and membrane secured together to form an
intermediate reservoir. The face membrane is a semiporous membrane
which has pores of sufficient size to avoid any rate control of the
drug
to be transdermally delivered to the user. The reservoir contains a
viscous liquid base material selected to exude from the membrane in
form
a film and to occlude the skin of the user to force hydration of the
stratum corneum with water from the lower layers of the epidermis
of the
user and a plurality of solid microparticles generally uniformly
dispersed and suspended in the liquid base material. The
microparticles
containing an effective therapeutic amount of the drug for
transdermal
delivery, such as the nontherapeutic steroid. In use the liquid
base material exuded from the macroporous membrane face forms a
thermodynamically stable thin film layer in an intimate contact
with the
skin, while the drug is released from the microparticles into the
base
material and transdermally into the user.

L17 ANSWER 37 OF 69 USPATFULL
ACCESSION NUMBER:    90:34097 USPATFULL
TITLE:    Counteraception system and method
INVENTOR(S):    Fecquala, Samuel R., 3 Normandy Ct., Basking
Ridge, NJ,
United States 07920

| | NUMBER | DATE |
|---|---|---|
| PATENT INFORMATION: | US 4921843 | 19900501 |
| APPLICATION INFO.: | US 1988-200647 | 19881030 (7) |
| DOCUMENT TYPE: | Utility | |
| PRIMARY EXAMINER: | Lipovsky, Joseph A. | |
| ASSISTANT EXAMINER: | Rosse & Medhanie | |
| NUMBER OF CLAIMS: | 20 | |
| EXEMPLARY CLAIM: | 1 | |
| LINE COUNT: | 487 | |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A method of counteraception is disclosed which comprises a
two-stage protocol. In the first stage, an estrogenic compound is a
first composition is administered daily on the sole
contraceptively active substance to a human female from about
first
day 2 to about Day 7 of her menstrual cycle, where Day 1 is the
first
day of menses. The second stage of the protocol occurs immediately
thereafter during which at least one follow-up composition
containing a
progestin is administered daily to the same human female. The
follow-up
composition can contain a progestin as the sole nontherapeutic
active ingredient, or can contain a combination of an estrogenic
compound with a progestin in different weight ratios. A drug
delivery
system containing daily dosage units is also described.

L17 ANSWER 38 OF 69 USPATFULL
ACCESSION NUMBER:    90:17512 USPATFULL
TITLE:    Transdermal drug-delivery composition
INVENTOR(S):    Cleary, Gary W., San Mateo, CA, United States
Roy, Samir, Redwood City, CA, United States
PATENT ASSIGNEE(S):    Cygnus Research Corporation, Redwood City, CA,
United
States (U.S. corporation)

| | NUMBER | DATE |
|---|---|---|
| PATENT INFORMATION: | US 4904306 | 19900306 |
| APPLICATION INFO.: | US 1988-179423 | 19880408 (7) |
| RELATED APPL. INFO.: | Continuation-in-part of Ser. No. US 1987-79061, | |
| filed | on 30 Jul 1987, now abandoned which is a | |
| | combination-in-part of Ser. No. US 1987-61793, | |
| filed | on 25 Nov 1987, now abandoned which is a | |
| | continuation-in-part of Ser. No. US 1986-845396, | |
| filed | on 23 Dec 1986, now abandoned | |
| DOCUMENT TYPE: | Utility | |
| PRIMARY EXAMINER: | Schuabman, Leonard | |
| LEGAL REPRESENTATIVE: | Irell & Manella | |
| NUMBER OF CLAIMS: | 12 | |
| EXEMPLARY CLAIM: | 1 | |
| NUMBER OF DRAWINGS: | 3 Drawing Figure(s); 2 Drawing Page(s) | |
| LINE COUNT: | 775 | |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A solid elastic, resilient laminated composite for administering a
drug
transdermally consisting of a multiplicity of spaced structural
laminae
of a resilient elastomer, one of which forms the top of the
composite, a
viscoelastic hydrocarbon polymer lamina containing propylene glycol
monolaurate interposed between each structural lamina and a
pressure-sensitive adhesive lamina that provides the basal surface
of
the composite and consists of a blend of a pressure-sensitive
adhesive,
drug and propylene glycol monolaurate.

L17 ANSWER 39 OF 69 USPATFULL
ACCESSION NUMBER:    89:126348 USPATFULL
TITLE:    Therapeutic rings
INVENTOR(S):    Pomball, David, Antibes, France
PATENT ASSIGNEE(S):    Bow Corning France S.A., Valbonne, France (non-U.S.
corporation)

| | NUMBER | DATE |
|---|---|---|
| PATENT INFORMATION: | US 4806074 | 19891219 |
| APPLICATION INFO.: | US 1988-222461 | 19880721 (7) |

| | NUMBER | DATE |
|---|---|---|
| PRIORITY INFORMATION: | FR 1987-10362 | LR070722 |
| DOCUMENT TYPE: | Utility | |
| PRIMARY EXAMINER: | Thurlow, Jeffry | |
| ASSISTANT EXAMINER: | Venturel, Lee B. | |
| LEGAL REPRESENTATIVE: | Cornwell, Roman R.; Mahl, Allan O. | |
| NUMBER OF CLAIMS: | 12 | |
| EXEMPLARY CLAIM: | 1 | |
| NUMBER OF DRAWINGS: | 7 Drawing Figure(s); 3 Drawing Page(s) | |
| LINE COUNT: | 436 | |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    The specification describes and claims a method of making
therapeutic
rings from a durable silicone rubber based composition. The rings
are
capable of controlled release of a therapeutic agent to the human
or
animal body. The method includes the steps of:
(i) extruding a first composition comprising a therapeutic agent
and a
first elastomer-forming silicone composition to provide a more
(ii) extruding a second composition comprising a second
elastomer-forming silicone composition to provide a sheath
enclosing the
core;
(iii) bringing together end portions of a piece of extruded core and
sheath to form a ring,
(iv) effecting crosslinking of the extruded core, and
(v) effecting crosslinking of the extruded sheath.

160

09/508,648                                                                    Page 17

L17 ANSWER 40 OF 69  USPATFULL
ACCESSION NUMBER:    09:94007 USPATFULL
TITLE:               Compositions comprising encapsulated particles and
                     their preparation
INVENTOR(S):         Graham, Neil P.; Bearsden, Scotland
                     Ranald, Abdul, Glasgow, Scotland
                     Rao, Bertials P., Glasgow, Scotland
PATENT ASSIGNEE(S):  National Research Development Corporation, London,
                     United Kingdom (non-U.S. corporation)

                                NUMBER        DATE
                                ------        ----
PATENT INFORMATION:  US 4832166    19891121
APPLICATION INFO.:   US 1987-80538  19870620  (7)
RELATED APPLN. INFO.: Continuation of Ser. No. US 1986-849540, filed on
17
                     Mar 1986, now abandoned which is a continuation of
Ser.
                     No. US 1982-430360, filed on 30 Sep 1982, now
abandoned

                                NUMBER        DATE
                                ------        ----
PRIORITY INFORMATION: GB 1981-29575  19810930
                      GB 1982-36315   19820916
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Lovering, Richard D.
LEGAL REPRESENTATIVE: Oblon, Spivak, McClelland, Maier & Neustadt
NUMBER OF CLAIMS:    10
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:  6 Drawing Figure(s); 5 Drawing Page(s)
LINE COUNT:          904
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      A composition which comprises at least one solid or liquid particle
        comprising at least one active substance, the or a plurality of such
        particles being encapsulated by an in situ anionic
(co)polymerization
        there or of at least an cationically polymerizable monomer or
        prepolymer.

L17 ANSWER 41 OF 69  USPATFULL
ACCESSION NUMBER:    09:99196 USPATFULL
TITLE:               Administration of steroid hormones
INVENTOR(S):         Pitha, Josef, Baltimore, MD, United States
                     Harman, Mitchell, Ellicott City, MD, United States
                     Uetama, Kaneto, Kumamoto, Japan
PATENT ASSIGNEE(S):  The United States of America as represented by the
                     Department of Health and Human Services,
Washington,

                     DC, United States (U.S. government)

                                NUMBER        DATE
                                ------        ----
PATENT INFORMATION:  US 4877774    19891031
APPLICATION INFO.:   US 1987-94597  19870909  (7)
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Goad, E. R. S.
ASSISTANT EXAMINER:  Soma, J.
LEGAL REPRESENTATIVE: Browdy and Neimark
NUMBER OF CLAIMS:    10
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:  8 Drawing Figure(s); 2 Drawing Page(s)
LINE COUNT:          334
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      Crystalline complexes of steroid hormones with gamma-cyclodextrin
are
        prepared by mixing the components together. Tablets can be formed
from
        the complexes, which can be administered by contact with the mucous
to
        provide effective transfer of the hormones into the systemic
        circulation, gradually eliminating the hormones therefrom.

L17 ANSWER 42 OF 69  USPATFULL
ACCESSION NUMBER:    09:74191 USPATFULL
TITLE:               Method for treating male sexual dysfunction
INVENTOR(S):         Anderson, Jr., Wesley A., Gainesville, FL, United
                     States
                     Simpkins, James W., Gainesville, FL, United States
                     University of Florida, Gainesville, FL, United States
PATENT ASSIGNEE(S):  University of Florida, Gainesville, FL, United
States
                     (U.S. corporation)

                                NUMBER        DATE
                                ------        ----
PATENT INFORMATION:  US 4863911    19890905
APPLICATION INFO.:   US 1986-992841  19860924  (6)
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Shea, Cecilia
LEGAL REPRESENTATIVE: Dennemeier, Mary Katherine; Clarke, Dennis P.
NUMBER OF CLAIMS:    18
EXEMPLARY CLAIM:     1,14
NUMBER OF DRAWINGS:  7 Drawing Figure(s); 7 Drawing Page(s)
LINE COUNT:          1378
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      The invention provides a method for treating sexual dysfunction in
male
        mammals using a component of the formula

                [E---EEC]                                   (I)

        or a non-toxic pharmaceutically acceptable salt thereof, wherein
[E] is
        an estrogen and [EEC] is the reduced, bioxmidizable, blood-brain
        barrier-penetrating, lipoidal form of a
dihydropyridine.corrnection.pyrid
        inium salt redox carrier. Compositions for use in the subject
method are
        also disclosed. A preferred compound for use in the method and
        compositions is an estradiol derivative, namely,
        17.beta.-[(1-methyl-1,4-
        dihydro-3-pyridinyl)carbonyloxy]estra-1,3,5(10)-trien-3-ol.

L17 ANSWER 43 OF 69  USPATFULL
ACCESSION NUMBER:    09:73998 USPATFULL
TITLE:               Skin permeation enhancer compositions using
glycerol
                     monolaate
INVENTOR(S):         Vanterroh, Lino T., Palo Alto, CA, United States
PATENT ASSIGNEE(S):  ALZA Corporation, Palo Alto, CA, United States
(U.S.

                     corporation)

                                NUMBER        DATE
                                ------        ----
PATENT INFORMATION:  US 4863738    19890905
APPLICATION INFO.:   US 1987-124306  19871123  (7)
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Dotter, Nancy A. B.
LEGAL REPRESENTATIVE: Frecivain, Shelley G.; Mandell, Edward L.; Stone,
                     Steven F.
NUMBER OF CLAIMS:    17
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:  1 Drawing Figure(s); 1 Drawing Page(s)
LINE COUNT:          301
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      A method for enhancing the flux of transdermally deliverable drugs
        through intact skin is described in which the drug is delivered
        simultaneously with glycerol monoolate. Preferred embodiments of
        therapeutic systems for delivering drug and glycerol monoolate
employ
        matrix containing drug at a concentration above saturation.

161

09/508,648                                          Page 18

L17 ANSWER 44 OF 69  USPATFULL
ACCESSION NUMBER:    19160003 USPATFULL
TITLE:               In-vitro methods for identifying compositions
                     agonists and antagonists of estrogen
INVENTOR(S):         Sonnenschein, Carlos, Boston, MA, United States
                     Soto, Ana M., Boston, MA, United States
PATENT ASSIGNEE(S):  Trustees of Tufts College, Medford, MA, United
States
                     (U.S. corporation)

                               NUMBER        DATE
                     ----------------  ----------
PATENT INFORMATION:  US 6019565     19090622
APPLICATION INFO.:   US 1996-653240  19960617   (6)
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Kemplinger, Esther M.
ASSISTANT EXAMINER:  Saunders, David A.
LEGAL REPRESENTATIVE: Fraehies, David
NUMBER OF CLAIMS:    13
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:  6 Drawing Figure(s); 6 Drawing Page(s)
LINE COUNT:          1258
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   The present invention provides two general protocols by which a
     substance may be identified and characterized as an estrogen agonist
     and/or an estrogen antagonist. The protocols are in-vitro methods
which
     utilizes estrogen dependent cells in culture and a medium comprising
an
     inhibitor endogenous to the sera of adult humans which is able to
     prevent the proliferation of cultured cells in-vitro. The
methodology is
     rapid, reproducible, accurate and provides the major advantage of
being
     able to screen large numbers of substances for their primary or
     secondary side effects in a large variety of medical and
environmental
     applications.

L17 ANSWER 45 OF 69  USPATFULL
ACCESSION NUMBER:    19160096  USPATFULL
TITLE:               Compositions and methods of effecting
                     oneumenstruation utilizing melatonin
INVENTOR(S):         Cohen, Michael, Rumensaur, Switzerland
PATENT ASSIGNEE(S):  Applied Medical Research, Washington, DC, United
States
                     (U.S. corporation)

                               NUMBER        DATE
                     ----------------  ----------
PATENT INFORMATION:  US 6013300     19090000
APPLICATION INFO.:   US 1997-29229   19970323   (7)
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Robinson, Douglas W.
ASSISTANT EXAMINER:  Lipovsky, Joseph A.
LEGAL REPRESENTATIVE: Bernard, Rothwell & Brown
NUMBER OF CLAIMS:    36
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:  6 Drawing Figure(s); 6 Drawing Page(s)
LINE COUNT:          809
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   A method of effecting onemenstruation in human females comprises
     administering an ovulation-inhibiting amount of melatonin.
Optionally,
     the melatonin is administered in combination with a progestogen
and/or
     an estrogen. The administration of melatonin also provides a method
of
     preventing breast cancer in women.

L17 ANSWER 46 OF 69  USPATFULL
ACCESSION NUMBER:    09:11703 USPATFULL
TITLE:               Method of hormonal treatment for menopausal or
                     post-menopausal disorders involving continuous
                     administration of progestogens and estrogen
INVENTOR(S):         Plunkett, Earl N., London, Canada
                     Wolfe, Bernard M. J., London, Canada
                     Pro Jay Holdings Limited, Canada (non-U.S.
PATENT ASSIGNEE(S):
corporation)
                     WOCO Investments Ltd., Canada (non-U.S.
corporation)

                               NUMBER        DATE
                     ----------------  ----------
PATENT INFORMATION:  US 6020031     19090602
APPLICATION INFO.:   US 1994-635194  19940724   (6)
RELATED APPLN. INFO.: Continuation-in-part of Ser. No. US 1993-620034,
filed
                     on 5 Aug 1993, now abandoned
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Schuessman, Leonard
ASSISTANT EXAMINER:  Lipovsky, Joseph A.
LEGAL REPRESENTATIVE: Cushman, Darby & Cushman
NUMBER OF CLAIMS:    26
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:  2 Drawing Figure(s); 1 Drawing Page(s)
LINE COUNT:          805
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   A method of hormonally treating menopausal (including
     perimenopausal and
     post-menopausal) disorders in women, a composition, and a
     multi-preparation pack therefor. The administrative regimen to
which the
     pack is particularly adapted comprises continuously and
uninterruptedly
     administering a progestogen to a woman while cyclically
administering an
     estrogen by using a repetitive dosage regimen. This regimen calls
for
     administering the estrogen continuously for a period of time between
     about 28 and about 120 days, followed by terminating administering
the
     estrogen for a period of time between about 3 and about 7 days.
     Alternatively, both the progestogen and estrogen may be
administered for
     the full treatment period without interruption. The regimen avoids
many
     of the problems associated with the administration of estrogen
alone or
     with progestogen administered according to conventional regimens.
     Also avoids problems associated with much conventional regimens by
     maintaining the estrogen and progestogen at low daily dosage levels
of
     between 0.005 mg and 2.5 mg estrogen and 0.25 mg and 50 mg
progestogen.

L17 ANSWER 46 OF 69  USPATFULL    (Continued)

162

09/508,648                                                          Page 19

L17  ANSWER 47 OF 69  USPATFULL
ACCESSION NUMBER:   09:22212  USPATFULL
TITLE:              Method for producing an in vivo environment
suitable
                    for human embryo transfer
INVENTOR(S):        Buster, John E., Rancho Palos Verdes, CA, United
States
                    Simon, James A., Norfolk, VA, United States
PATENT ASSIGNEE(S): Research & Education Institute, Harbor-UCLA Medical
                    Center Inc., Torrance, CA, United States (U.S.
                    corporation)

                             NUMBER        DATE
PATENT INFORMATION:  -------------------------------
APPLICATION INFO.:   US 4816257    19990326
                     US 1967-29060 19670902  (7)
RELATED APPLN. INFO.: Continuation of Ser. No. US 1983-770669, filed on
20
                     Sep 1983, now abandoned
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Griffin, Ronald W.
LEGAL REPRESENTATIVE: Bruckner & Sommers
NUMBER OF CLAIMS:    18
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:  2 Drawing Figure(s); 1 Drawing Page(s)
LINE COUNT:          167
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A method for producing, in a functionally operable human female
body, an
      environment suitable for the implantation, nutrition, and
development of
      an embryo, comprising the placement of at least one carrier
containing
      at least one releasable steroid hormone into the vagina of the human
      female.

L17  ANSWER 48 OF 69  USPATFULL
ACCESSION NUMBER:   09:77367  USPATFULL
TITLE:              Transdermal administration of progesterones,
                    estradiol esters, and mixtures thereof
INVENTOR(S):        Gale, Robert M., Los Altos, CA, United States
                    Sanders, David J., Sunnyvale, CA, United States
                    Hodberye, Diane K., Los Altos, CA, United States
                    Nelson, Rolinda, Sunnyvale, CA, United States
                    Cheng, Yu-ling, Cupertino, CA, United States
                    Lilaiki, Sheri B., Palo Alto, CA, United States
PATENT ASSIGNEE(S): ALZA Corporation, Palo Alto, CA, United States
(U.S.
                    corporation)

                             NUMBER        DATE
PATENT INFORMATION:  -------------------------------
APPLICATION INFO.:   US 4780062    19691129
                     US 1967-19162  19670226  (7)
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Page, Thurman K.
ASSISTANT EXAMINER:  Moran, L. R.
LEGAL REPRESENTATIVE: Mandell, Edward L.; Prestvale, Shelley G.; Simon,
                    Steven F.
NUMBER OF CLAIMS:    42
NUMBER OF DRAWINGS:  3 Drawing Figure(s); 1 Drawing Page(s)
LINE COUNT:          435
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A transdermal delivery system for the administering of
      progesterone and an estradiol ester alone or in combination
      utilizing a polymer matrix having the drug(s) along with a
permeation
      enhancer dispersed throughout.

L17  ANSWER 49 OF 69  USPATFULL
ACCESSION NUMBER:   81:69167  USPATFULL
TITLE:              Glycoesters of estradiol and estriol
INVENTOR(S):        Daenterloy, Bernd, Berlin, Germany, Federal
Republic of
                    Schulze, Paul-Eberhard, Berlin, Germany, Federal
Republic of
                    Achatzer, Bernard, Berlin, Germany, Federal
Republic of
                    of
PATENT ASSIGNEE(S): Schering Aktiengesellschaft, Berlin and Bergkamen,
                    Germany, Federal Republic of (non-U.S. corporation)

                             NUMBER        DATE
PATENT INFORMATION:  -------------------------------
                     US 4780060    19691025
APPLICATION INFO.:   US 1986-848102 19860327  (6)

                             NUMBER        DATE
                     -------------------------------
PRIORITY INFORMATION: DE 1985-3511367  19850327
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Schenkman, Leonard
ASSISTANT EXAMINER:  Lipovsky, Joseph A.
LEGAL REPRESENTATIVE: Millen & White
NUMBER OF CLAIMS:    21
EXEMPLARY CLAIM:     1,17
LINE COUNT:          276
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Glycoesters of estradiol (E.sub.2) and of estriol (E.sub.3) of
Formula I

      (E.sub.2,3)--O--CO--CH.sub.2--E                           (I)

      wherein

      E is hydroxy or the group --O--CO--R wherein

      R is methyl or phenyl,

      provide a uniform and enduring estrogen level especially when used
18
      the form of an aqueous crystalline suspension.

L17  ANSWER 50 OF 69  USPATFULL
ACCESSION NUMBER:   80:19160  USPATFULL
TITLE:              Follicular regulating protein
INVENTOR(S):        diGrioso, Gere D., Pasadena, CA, United States
PATENT ASSIGNEE(S): University of Southern California, Los Angeles, CA,
                    United States (U.S. corporation)

                             NUMBER        DATE
PATENT INFORMATION:  -------------------------------
                     US 4734390    19840329
APPLICATION INFO.:   US 1967-134933 19670309  (7)
RELATED APPLN. INFO.: Continuation of Ser. No. US 1983-475416, filed on
18
                     Mar 1983, now abandoned
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Brown, R. B.
ASSISTANT EXAMINER:  Ballinn, John V.
LEGAL REPRESENTATIVE: Nilsson, Robbins, Dalgarn, Berliner, Carson & Wurst
NUMBER OF CLAIMS:    8
NUMBER OF DRAWINGS:  37 Drawing Figure(s); 38 Drawing Page(s)
LINE COUNT:          1722
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A protein moiety having a molecular weight of from 12,000 to 15,000
      inhibits aromatase levels, stimulates 3.beta.-ol dehydrogenase
levels
      and enhances the formation of estere was substantially
independently of
      steroidal sex hormones. The moiety may be isolated from follicular
      effluent or produced by granulosa cell cultures.

L17 ANSWER 51 OF 60 USPATFULL
ACCESSION NUMBER:    03117932 USPATFULL
TITLE:               L-.alpha.-amino acids in transdermal penetration
                     enhancers
INVENTOR(S):         Carpenter, Franco P.; Audubon, PA, United States
                     Gaskill, James L.; Devon, PA, United States
                     Giancoli, Robert P.; East Norriton, PA, United
States
PATENT ASSIGNEE(S):  Rosaic, Charles R., Srdenheim, PA, United States
                     American Home Products Corporation, New York, NY,
                     United States (U.S. corporation)

                              NUMBER      DATE
PATENT INFORMATION:  US 4732692    19860322
APPLICATION INFO.:   US 1965-784605 19850712  (6)
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Schneider, Leonard
LEGAL REPRESENTATIVE: Siefert, Arthur G.
NUMBER OF CLAIMS:    8
EXEMPLARY CLAIM:     1
LINE COUNT:          702
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    The disclosed invention provides methods and compositions utilizing
      L-.alpha.-amino acids for enhancing the rate of penetration through
the
      skin of both topical medicaments and of drugs employed for systemic
      administration. Fifteen L-.alpha.-amino acids were tested and found
to
      enhance the rate of penetration of transepidermal through
      hairless mouse skin. These were Tryptophan, Glutamic Acid, Glycine,
      Proline, Alanine, Serine, Arginine, Aspartic Acid, Leucine,
Isoleucine,
      Cysteine, Valine, .alpha.-Aminobutyric Acid, Norvaline and
Norleucine.
      The effect of pH on the rate of penetration of the various amino
acids
      was also examined and found to be unpredictable overall.

L17 ANSWER 52 OF 60 USPATFULL
ACCESSION NUMBER:    04166746 USPATFULL
TITLE:               Triphasic oral contraceptive
INVENTOR(S):         Pasquale, Samuel A., Basking Ridge, NJ, United
States
PATENT ASSIGNEE(S):  Ortho Pharmaceutical Corporation, Raritan, NJ,
United
                     States (U.S. corporation)

                              NUMBER      DATE
PATENT INFORMATION:  US 4621051    19861209
APPLICATION INFO.:   US 1965-763344 19650611  (6)
DISCLAIMER DATE:     20021003
RELATED APPLN. INFO.: Continuation-in-part of Ser. No. US 1964-607036,
filed
                     on 4 May 1964, now patented, Pat. No. US 4564554
which
                     is a continuation-in-part of Ser. No. US
1963-536135,
                     filed on 26 Sep 1963, now patented, Pat. No. US
4130039
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Roberts, Albert L.
LEGAL REPRESENTATIVE: Lambert, Benjamin F.
NUMBER OF CLAIMS:    25
EXEMPLARY CLAIM:     1
LINE COUNT:          601
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A method of contraception in which an estrogen and a
      progestogen are administered daily in a three phase sequence for 21
days
      is disclosed. In the first phase a combination of an estrogen and a
      progestogen is a low but contraceptively effective daily
      dosage corresponding to estrogenic activity to 0.03-0.05 mg of
      17.alpha.-ethinylestradiol and in progestogenic activity to
0.065-0.75
      mg of norethindrone is administered for 5-8 days; followed by the
      administering of the same dosage of estrogen and a progestogen
      corresponding in progestogenic activity to 0.25-1.0 mg of
norethindrone
      for 7-11 days; followed by the administering of the same dosage of
      estrogen and a progestogen corresponding to estrogenic activity
to
      0.31-2.0 mg of norethindrone for 3-7 days; followed by 6-8 days
without
      administering either an estrogen or a progestogen.

L17 ANSWER 53 OF 60 USPATFULL
ACCESSION NUMBER:    04166668 USPATFULL
TITLE:               Method of transdermal drug delivery
INVENTOR(S):         Marmayer, Rits S., Wellesley, MA, United States
PATENT ASSIGNEE(S):  Biotek, Inc., Woburn, MA, United States (U.S.
                     corporation)

                              NUMBER      DATE
PATENT INFORMATION:  US 4624663    19861125
APPLICATION INFO.:   US 1984-683362 19841001  (6)
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Kittle, John S.
ASSISTANT EXAMINER:  Shah, Mukund J.
LEGAL REPRESENTATIVE: Crowley, Richard T.
NUMBER OF CLAIMS:    16
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:  2 Drawing Figure(s)
LINE COUNT:          793
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A transdermal drug delivery system useful for the controlled, for
      example zero order, release of one or more drugs to a selected skin
area
      of a wearer, which system comprises an impervious backing sheet and a
from
      membrane, the backing sheet and membrane secured together to form an
      intermediate reservoir. The form membrane is a macroporous membrane
      which has pores of sufficient size to avoid any rate control of the
drug
      to be transdermally delivered to the user. The reservoir contains a
      viscous liquid base material selected to made from the membrane to
form
      a film and to exclude the skin of the user to form hydration of the
      stratum corneum with water from the lower layers of the epidermis
of the
      user and a plurality of solid microparticles generally uniformly
      dispersed and suspended in the liquid base material. The
microparticles
      contain an effective therapeutic amount of the drug for
transdermal
      delivery, such as the anticonceptive steroid. In use the liquid
      base material exuded from the microporous membrane form forms a
      thermodynamically stable thin film layer in an intimate contact
with the
      skin, while the drug is released from the microparticles into the
base
      material and transdermally into the user.

L17 ANSWER 54 OF 60 USPATFULL
ACCESSION NUMBER:    04117932 USPATFULL
TITLE:               Method and compositions for weight control
INVENTOR(S):         Bodor, Nicholas S., Gainesville, FL, United States
                     Estes, Kerry S., Gainesville, FL, United States
                     Sigmhism, James K., Gainesville, FL, United States
PATENT ASSIGNEE(S):  University of Florida, Gainesville, FL, United
States
                     (U.S. corporation)

                              NUMBER      DATE
PATENT INFORMATION:  US 4617296    19861014
APPLICATION INFO.:   US 1965-700150 19851022  (6)
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Robinson, Douglas W.
LEGAL REPRESENTATIVE: Saemmister, Mary Katherine; Clarke, Dennis P.
NUMBER OF CLAIMS:    27
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:  4 Drawing Figure(s)
LINE COUNT:          1340
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    The invention provides a method for controlling mammalian body
weight
      using a compound of the formula

                     [R--NHC]                               (I)

      or a non-toxic pharmaceutically acceptable salt thereof, wherein
[R] is
      an estrogen and [NHC] is the reduced, bioxnidizable, blood-brain
barrier
      penetrating, lipoidal form of a
dihydropyridine.correxstine.pyridinium
      salt redox carrier. Novel compositions for weight control
comprising a
      compound of formula (I) or its salt are also disclosed. A preferred
      compound for use in the subject method and compositions is an
estradiol
      derivative, namely, 17.beta.-[[1-methyl-1,4-dihydro-3-
      pyridinyl)carbonyloxy]estra-1,3,5(10)-trien-3-ol.

164

L17 ANSWER 55 OF 69  USPATFULL
ACCESSION NUMBER:       86:56019  USPATFULL
TITLE:                  Triphasic oral contraceptive
INVENTOR(S):            Pasquale, Samuel A., Basking Ridge, NJ, United
States
PATENT ASSIGNEE(S):     Ortho Pharmaceutical Corporation, Raritan, NJ,
United
                        States (U.S. corporation)

                        NUMBER          DATE
                        ---------------------------
PATENT INFORMATION:     US 4616006      19861007
APPLICATION INFO.:      US 1965-764199  19850613  (4)
RELATED APPLN. INFO.:   Continuation of Ser. No. US 1984-607036, filed on
4 May
                        1984, now patented, Pat. No. US 4564556 which is a
                        continuation-in-part of Ser. No. US 1983-536138,
filed
                        on 26 Sep 1983, now abandoned
DOCUMENT TYPE:          Utility
PRIMARY EXAMINER:       Roberts, Elbert L.
LEGAL REPRESENTATIVE:   Lambert, Benjamin F.
NUMBER OF CLAIMS:       10
EXEMPLARY CLAIM:        1
LINE COUNT:             413
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      A method of contraception in which an estrogen and a
        progestogen are administered daily in a three phase sequence for 21
days
        is disclosed. In the first phase a combination of an estrogen and a
        progestogen in a low non-contraceptively effective daily
        dosage corresponding to estrogenic activity to 0.02-0.05 mg of
        17.alpha.-ethinylestradiol and is progestogenic activity to
        0.065-0.75
        mg of norethindrone is administered for 5-8 days; followed by the
        administering of the same dosage of estrogen and a progestogen
        corresponding is progestogenic activity to 0.25-1.0 mg of
norethindrone
        for 7-11 days; followed by the administering of the same dosage of
        estrogen and a progestogen corresponding in progestogenic activity
to
        0.75-2.0 mg of norethindrone for 3-7 days; followed by 6-8 days
without
        administering either an estrogen or a progestogen.

L17 ANSWER 56 OF 69  USPATFULL
ACCESSION NUMBER:       85:13142  USPATFULL
TITLE:                  Triphasic oral contraceptive
INVENTOR(S):            Pasquale, Samuel A., Basking Ridge, NJ, United
States
PATENT ASSIGNEE(S):     Ortho Pharmaceutical Corporation, Raritan, NJ,
United
                        States (U.S. corporation)

                        NUMBER          DATE
                        ---------------------------
PATENT INFORMATION:     US 4530639      19850723
APPLICATION INFO.:      US 1983-536138  19830926  (4)
DOCUMENT TYPE:          Utility
PRIMARY EXAMINER:       Roberts, Elbert L.
LEGAL REPRESENTATIVE:   Lambert, Benjamin F.
NUMBER OF CLAIMS:       9
EXEMPLARY CLAIM:        1
LINE COUNT:             311
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      A method of contraception in which an estrogen and a
        progestogen are administered daily for 21 days, the first seven
days at
        a low non-contraceptively effective daily dose, the next 7 days at
        a daily progestogen dose about 1.2-1 times that of the first 7
days, and
        the next 7 days at a daily progestogen dose of 2-2.1 times that of
the
        first 7 days, provided that the dosage of the estrogen is
maintained at
        a constant level for the entire 21 days.

L17 ANSWER 57 OF 69  USPATFULL
ACCESSION NUMBER:       83:58923  USPATFULL
TITLE:                  Nasal dosage forms containing natural female sex
                        hormones
INVENTOR(S):            Hussain, Anwar A., Lexington, KY, United States
                        Hirai, Shinienoire, Lexington, KY, United States
                        Saweiski, Mine, Lexington, KY, United States
PATENT ASSIGNEE(S):     University of Kentucky Research Foundation,
Lexington,
                        KY, United States (U.S. corporation)

                        NUMBER          DATE
                        ---------------------------
PATENT INFORMATION:     US 4383993      19830517
APPLICATION INFO.:      US 1981-277000  19810624  (4)
RELATED APPLN. INFO.:   Continuation of Ser. No. US 1980-154995, filed on
30
                        May 1980, now patented, Pat. No. US 4315925
DOCUMENT TYPE:          Utility
PRIMARY EXAMINER:       Roberts, Elbert L.
LEGAL REPRESENTATIVE:   Burns, Doane, Swecker & Mathis
NUMBER OF CLAIMS:       26
EXEMPLARY CLAIM:        1
NUMBER OF DRAWINGS:     8 Drawing Figure(s); 8 Drawing Page(s)
LINE COUNT:             641
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      The invention relates to a novel method of administering the
        female sex hormones, 17.beta.-estradiol and progesterone, to
        achieve enhanced bioavailability thereof. The invention further
relates
        to novel dosage forms of 17.beta.-estradiol and/or progesterone
        which are adapted for nasal administration, such as solutions,
        suspensions, gels and ointments. The dosage forms containing a
        combination of 17.beta.-estradiol and progesterone are
        particularly useful in contraception, while the dosage forms
        containing only one of the hormonal components find utility in the
        treatment of conditions such as menopause, menstrual disorders,
etc.,
        which are known to respond to administration of a natural or
synthetic
        female hormone.

L17 ANSWER 58 OF 69  USPATFULL
ACCESSION NUMBER:       83:0877  USPATFULL
TITLE:                  Vaginal delivery for physiologic follicular-luteal
                        steroid treatment
INVENTOR(S):            Vorys, Nichols, 1160 Hawthorne Ave., Columbus, OH,
                        United States 43203

                        NUMBER          DATE
                        ---------------------------
PATENT INFORMATION:     US 4372951      19830206
APPLICATION INFO.:      US 1981-265590  19810721  (4)
RELATED APPLN. INFO.:   Continuation-in-part of Ser. No. US 1979-83636,
filed
                        on 11 Oct 1979, now patented, Pat. No. US 4291028
which
                        is a continuation of Ser. No. US 1977-905451,
filed on
                        30 Dec 1977, now abandoned
DOCUMENT TYPE:          Utility
PRIMARY EXAMINER:       Roberts, Elbert L.
LEGAL REPRESENTATIVE:   Porter, Wright, Morris & Arthur
NUMBER OF CLAIMS:       1h
EXEMPLARY CLAIM:        1
LINE COUNT:             309
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      A vaginal delivery system which provides an effective concurrent
dosage
        of combined exogenous estrogenic active steroid and exogenous
        progestational active steroid during the corpus luteum phase of a
        follicular-luteal drug administration cycle to provide practicable
        physiologic levels of such steroids for the finite period of time
of the
        corpus luteum phase of the drug administration cycle.

165

L17  ANSWER 59 OF 69  USPATFULL
ACCESSION NUMBER:      02:16399 USPATFULL
TITLE:                 Compositions inhibiting estrogen sulfotransferase
                       activity
INVENTOR(S):           Brooks, Samuel C., Detroit, MI, United States
PATENT ASSIGNEE(S):    Wayne State University, Detroit, MI, United States
                       (U.S. corporation)

| | NUMBER | DATE |
|---|---|---|
| PATENT INFORMATION: | US 4360602 | 19820720 |
| APPLICATION INFO.: | US 1979-952992 | 19791018  (5) |
| DOCUMENT TYPE: | Utility | |
| PRIMARY EXAMINER: | Roberts, Elbert L. | |
| LEGAL REPRESENTATIVE: | Thirstein, Jean; Williams, Jr., Sidney B. | |
| NUMBER OF CLAIMS: | 24 | |
| EXEMPLARY CLAIM: | 1 | |
| NUMBER OF DRAWINGS: | 1 Drawing Figure(s); 1 Drawing Page(s) | |
| LINE COUNT: | 431 | |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      An estrogen sulfotransferase inhibitor composition comprises a
        compound
        of the formula ESTR3810 wherein R.sub.1 is Br, NO.sub.2, or Br
        R.sub.2
        is Br, NO.sub.2, NH.sub.2, or H; R is H or alkyl of 1-4 carbon
atoms;
        R.sub.3 is O or R.sub.2 ; and R.sub.4 is R.sub.2 O, or .alpha.-R,
        .beta.-OH, is admixture with a pharmaceutically acceptable carrier.
The
        specificity of the invention is believed targeted to the
substituent at
        R.sub.2 or C.sub.4 and secondarily the OH group at C.sub.3.

---

L17  ANSWER 60 OF 69  USPATFULL
ACCESSION NUMBER:      82:7962 USPATFULL
TITLE:                 Method of administering natural female sex hormones
INVENTOR(S):           Hussain, Anwar A.; Lexington, KY, United States
                       Hirai, Shinichiro, Lexington, KY, United States
                       Bawarshi, Rima, Lexington, KY, United States
PATENT ASSIGNEE(S):    University of Kentucky Research Foundation,
Lexington,
                       KY, United States (U.S. corporation)

| | NUMBER | DATE |
|---|---|---|
| PATENT INFORMATION: | US 4311509 | 19820726 |
| APPLICATION INFO.: | US 1980-164995 | 19800630  (6) |
| DOCUMENT TYPE: | Utility | |
| PRIMARY EXAMINER: | Roberts, Elbert L. | |
| LEGAL REPRESENTATIVE: | Burns, Doane, Swecker & Mathis | |
| NUMBER OF CLAIMS: | 20 | |
| EXEMPLARY CLAIM: | 1,7 | |
| NUMBER OF DRAWINGS: | 5 Drawing Figure(s); 5 Drawing Page(s) | |
| LINE COUNT: | 417 | |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      The invention relates to a novel method of administering the natural
        female sex hormones, 17.beta.- estradiol and progesterone, to
        achieve enhanced bioavailability thereof. The invention further
relates
        to novel dosage forms of 17.beta.- estradiol and/or
        progesterone which are adapted for nasal administration, such as
        solutions, suspensions, gels and ointments. The dosage forms
containing
        a combination of 17.beta.-estradiol and progesterone are
        particularly useful as contraceptives, while the dosage forms
        containing only one of the hormonal components find utility in the
        treatment of conditions such as menopause, menstrual disorders,
etc.,
        which are known to respond to administration of a natural or
synthetic
        female hormone.

---

L17  ANSWER 61 OF 69  USPATFULL
ACCESSION NUMBER:      80:53634 USPATFULL
TITLE:                 Drug sustained of silicone rubber
[INVENTOR(S):]         Schopflin, Gisela, Berlin, Germany, Federal
Republic of

Republic of
PATENT ASSIGNEE(S):    Fuchs, Peter, Berlin, Germany, Federal Republic of
                       Kalb, Karl H., Bolshausen, Germany, Federal

Republic of
                       Schering Aktiengesellschaft, Berlin and Bergkamen,
                       Germany, Federal Republic of (non-U.S. corporation)

| | NUMBER | DATE |
|---|---|---|
| PATENT INFORMATION: | US 4230606 | 19801028 |
| APPLICATION INFO.: | US 1976-713676 | 19761223  (5) |
| RELATED APPLN. INFO.: | Continuation of Ser. No. US 1976-563333, filed on | |
Ser. No.
                       | Mar 1975, now abandoned which is a division of | |
                       US 1974-446486, filed on 22 Feb 1974, now abandoned | |
                       which is a continuation-in-part of Ser. No. US | |
                       1972-307948, filed on 28 Nov 1972, now abandoned | |

| | NUMBER | DATE |
|---|---|---|
| PRIORITY INFORMATION: | DE 1971-2156226 | 19711120 |
| DOCUMENT TYPE: | Utility | |
| PRIMARY EXAMINER: | Nunn, Shep K. | |
| LEGAL REPRESENTATIVE: | Millen & White | |
| NUMBER OF CLAIMS: | 16 | |
| EXEMPLARY CLAIM: | 1 | |
| LINE COUNT: | 366 | |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      Sustained release pharmaceutical compositions containing
one or
        more semisolid, lipophilic drugs in a cured low temperature
vulcanizable
        (LTV) silicone elastomer sealant are prepared substantially free
of
        ionic vulcanizing agents or drug-reactive by-products in the
elastomeric
        material by curing an admixture of the drug or drug containing core,
        LTV-methylvinylsiloxane units containing linear
dimethylpolysiloxane and
        a dimethylpolysiloxane crosslinking composition containing silicon
        linked H atoms using a noble metal-based catalyst. The resultant
        compositions are characterized by good physical properties and a
        constant rate of drug release in the body over long periods of time.

---

L17  ANSWER 62 OF 69  USPATFULL
ACCESSION NUMBER:      79:25498 USPATFULL
TITLE:                 Vaginal ring
INVENTOR(S):           Schopflin, Gisela, Berlin, Germany, Federal
Republic of
                       Laudahn, Gerhard, Berlin, Germany, Federal

Republic
                       Nuhn, Barbara, Berlin, Germany, Federal Republic of
                       Martzenow, Heidemarie, Berlin, Germany, Federal

Republic
                       of
PATENT ASSIGNEE(S):    Staff, Fred, Berlin, Germany, Federal Republic of
                       Schering Aktiengesellschaft, Berlin and Bergkamen,
                       Germany, Federal Republic of (non-U.S. corporation)

| | NUMBER | DATE |
|---|---|---|
| PATENT INFORMATION: | US 4155997 | 19790522 |
| APPLICATION INFO.: | US 1977-774170 | 19770303  (5) |
| DISCLAIMER DATE: | 19940315 | |
| RELATED APPLN. INFO.: | Division of Ser. No US 1975-623467, filed on 17 | |
Oct
                       | 1975, now patented, Pat. No. US 4012496 | |

| | NUMBER | DATE |
|---|---|---|
| PRIORITY INFORMATION: | DE 1974-2456107 | 19741010 |
| | DE 1976-2557905 | 19760921 |
| DOCUMENT TYPE: | Utility | |
| PRIMARY EXAMINER: | Nunn, Shep K. | |
| LEGAL REPRESENTATIVE: | Millen & White | |
| NUMBER OF CLAIMS: | 19 | |
| NUMBER OF DRAWINGS: | 16 Drawing Figure(s); 2 Drawing Page(s) | |
| LINE COUNT: | 1000 | |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      A composite vaginal ring containing a safe and effective amount of a
        pharmaceutically active medicament, which comprises:
        (a) a major supporting vaginal ring consisting essentially of a
        physiologically acceptable synthetic resin and having at least a
portion
        of the annular surface thereof adapted to mate with corresponding
minor,
        medicament-containing vaginal ring segment; and
        (b) at least one minor, medicament-containing vaginal ring segment
        adapted to mate with the modified annular surface of said major
        supporting vaginal ring and consisting essentially of a safe and
        effective amount of a pharmaceutically active amount of a semisolid,
        lipophilic drug dissolved or uniformly suspended in an elastomeric,
        cross-linked LTV linear dimethylpolysiloxane resin.

09/508,648                                          Page 23

L17  ANSWER 63 OF 69  USPATFULL
ACCESSION NUMBER:    79:615516  USPATFULL
TITLE:               Injectable neutrocaptive vaccine and method
INVENTOR(S):         Tribble, Ronald L., Savannah, MO, United States
                     Stepp, Charles M., St. Joseph, MO, United States
PATENT ASSIGNEE(S):  Philips Roxane, Inc., St. Joseph, MO, United States
                     (U.S. corporation)

                         NUMBER       DATE
                         ------       ----
PATENT INFORMATION:  US 4123519    19761031
APPLICATION INFO.:   US 1976-680606  19760223  (S)
RELATED APPL. INFO.: Continuation of Ser. No. US 1976-715163, filed on
17
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Rosa, Shep E.
NUMBER OF CLAIMS:    4
EXEMPLARY CLAIM:     1
LINE COUNT:          137
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    An injectable neutroceptive vaccine, a method of preparing
      said vaccine and the method of preventing conception in mammals by
use
      of said vaccine, is disclosed. A vaccine which stimulates the
production
      of antibodies directed against a hormone essential to the
reproductive
      cycle of a mammal is prepared by coupling such a hormone to a
carrier to
      form a hormone-carrier conjugate. Conception in mammals is
prevented by
      injection of such vaccine during the proper period of the
reproductive
      cycle of said mammal.

      Specifically described is the vaccine prepared by coupling a
hormone,
      such as estradiol-17 beta, with a protein and its use to sterilize a
      female of the canine species.

L17  ANSWER 64 OF 69  USPATFULL
ACCESSION NUMBER:    79:80075  USPATFULL
TITLE:               Injectable neutrocaptive method
INVENTOR(S):         Tribble, Ronald L., Savannah, MO, United States
                     Stepp, Charles M., St. Joseph, MO, United States
PATENT ASSIGNEE(S):  Philips Roxane, Inc., St. Joseph, MO, United States
                     (U.S. corporation)

                         NUMBER       DATE
                         ------       ----
PATENT INFORMATION:  US 4123546    19761024
APPLICATION INFO.:   US 1976-680606  19760223  (S)
RELATED APPL. INFO.: Continuation of Ser. No. US 1976-715164, filed on
17
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Rosa, Shep E.
NUMBER OF CLAIMS:    8
EXEMPLARY CLAIM:     1
LINE COUNT:          649
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    An injectable neutroceptive serum, a process of preparing
      said antiserum and the method of preventing conception in mammals
by the
      use of said antiserum, is disclosed. An antigen which causes the
      production of antiserum directed against a hormone essential to the
      reproductive cycle of mammal is prepared by coupling such a hormone
with
      a carrier to form a hormone-carrier conjugate. A mammal is injected
with
      said conjugate, and the produced antiserum is recovered from blood
      obtained from said mammal. Conception in mammals is prevented by
      injection of such recovered antiserum during the proper period of
the
      reproductive cycle of said mammal.

      Specifically described is the antiserum recovered from the blood of
      mammal which has been injected with an antigen prepared by coupling
      hormone, such as, estradiol-17 beta with a protein and its use to
      temporarily sterilize a female of the canine species.

L17  ANSWER 65 OF 69  USPATFULL
ACCESSION NUMBER:    77:12906  USPATFULL
TITLE:               Drug resistant of silicone rubber
INVENTOR(S):         Schoplin, Gisele, Berlin, Germany, Federal
Republic of
PATENT ASSIGNEE(S):  Schering Aktiengesellschaft, Berlin & Bergkamen,
                     Germany, Federal Republic of (non-U.S. corporation)

                         NUMBER       DATE
                         ------       ----
PATENT INFORMATION:  US 4012497    19770315
APPLICATION INFO.:   US 1975-616601  19750923  (S)

                         NUMBER       DATE
                         ------       ----
PRIORITY INFORMATION: DE 1974-2445971  19740924
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Rosa, Shep E.
LEGAL REPRESENTATIVE: Miller & White
NUMBER OF CLAIMS:    8
EXEMPLARY CLAIM:     1
LINE COUNT:          309
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Sustained sustained release pharmaceutical compositions containing
one or
      more nonionic, lipophilic drugs in a cured low temperature
vulcanizable
      (LTV) silicone elastomer composition are prepared substantially free
of
      tonic vulcanizing agents or drug-reactive by-products in the
elastomeric
      material by curing with a vulcanizable composition comprising

      A. a polydimethylsiloxane having vinyl groups on both ends;

      B. a copolymer consisting essentially of SiO.sub.2 units,
      (CH.sub.3).sub.3 SiO.sub.0.5 units, (CH.sub.3).sub.2 SiO units, and
SiO.sub.0.5
      units; and

      C. a cross-linking Si-H component, consisting essentially of
      (CH.sub.3).sub.2 SiO.sub.0.5 units, (CH.sub.3).sub.2 SiO units, and
      CH.sub.3 SiO units.

      The resultant compositions are characterized by good physical
properties
      and a constant rate of drug release in the body over long periods of
      time.

L17  ANSWER 66 OF 69  USPATFULL
ACCESSION NUMBER:    77:12793  USPATFULL
TITLE:               Vaginal ring
INVENTOR(S):         Schoplin, Gisele, Berlin, Germany, Federal
Republic of
                     Landehm, Gerhard, Berlin, Germany, Federal
Republic
                     Muhe, Herbert, Berlin, Germany, Federal Republic of
                     Karlmann, Heidematth, Berlin, Germany, Federal
Republic
                     of
PATENT ASSIGNEE(S):  Winst, Fred, Berlin, Germany, Federal Republic of
                     Schering Aktiengesellschaft, Berlin and Bergkamen,
                     Germany, Federal Republic of (non-U.S. corporation)

                         NUMBER       DATE
                         ------       ----
PATENT INFORMATION:  US 4012096    19770315
APPLICATION INFO.:   US 1975-623447  19761017  (S)

                         NUMBER       DATE
                         ------       ----
PRIORITY INFORMATION: DE 1974-2446167  19741018
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Rosa, Shep E.
LEGAL REPRESENTATIVE: Miller & White
NUMBER OF CLAIMS:    13
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:  14 Drawing Figure(s); 2 Drawing Page(s)
LINE COUNT:          1067
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A composite vaginal ring containing a safe and effective amount of a
      pharmaceutically active medicament, which comprises:

      A. a major supporting vaginal ring consisting essentially of a
      physiologically acceptable synthetic resin and having at least a
portion
      of the annular surface thereof adapted to mate with corresponding
minor
      medicament-containing vaginal ring segment; and

      B. at least one minor, medicament-containing vaginal ring segment
      adapted to mate with the modified annular surface of said major
      supporting vaginal ring and consisting essentially of a safe and
      effective amount of a pharmaceutically active amount of a nonionic
      lipophilic drug dissolved or uniformly suspended in an elastomeric
      cross-linked LTV linear dimethylpolysiloxane resin.

167

09/508,648                                              Page 24

L17 ANSWER 67 OF 69  USPATFULL
ACCESSION NUMBER:   75:47150  USPATFULL
TITLE:              Intrauterine device for governing the reproductive
                    process
INVENTOR(S):        Zaffaroni, Alejandro, Atherton, CA, United States
PATENT ASSIGNEE(S):  Alza Corporation, Palo Alto, CA, United States
(U.S.
                    corporation)

                              NUMBER          DATE
                              ------          ----
PATENT INFORMATION:  US 3905360      19750916
APPLICATION INFO.:   US 1971-241684  19730723  (S)
DISCLAIMER DATE:     19931200
RELATED APPLN. INFO.:  Continuation-in-part of Ser. No. US 1971-194222,
filed
                     on 1 Nov 1971, now abandoned
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Gaudet, Richard A.
ASSISTANT EXAMINER:  Hadross, J. C.
LEGAL REPRESENTATIVE:  Sabatine, Paul L.; Mandell, Edward L.; Goldby,
Steven
                     D.
NUMBER OF CLAIMS:    6
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:  6 Drawing Figure(s); 1 Drawing Page(s)
LINE COUNT:          1242
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    An intrauterine contraceptive antifertility delivery device
      for administering an antifertility agent at a controlled rate for a
      prolonged period of time is comprised of a shaped body having two
free
      ends with one end moving around the other and while removed from
it. The
      body is comprised of a wall surrounding a reservoir containing an
      antifertility agent. The reservoir is formed of a liquid carrier
      permeable to the passage of the agent and in which the agent has
limited
      solubility. The wall is formed is at least a part of a release rate
      controlling material permeable to the passage of the agent, but the
rate
      of passage of the agent through the wall is lower than the rate of
      passage of the agent through the carrier so that release by the
wall is
      the release rate controlling step for releasing the antifertility
agent
      from the shaped intrauterine contraceptive antifertility
      delivery device.

L17 ANSWER 68 OF 69  USPATFULL
ACCESSION NUMBER:   73:3118  USPATFULL
TITLE:              COMPOSITIONS FOR TOPICAL APPLICATION FOR ENHANCING
                    TISSUE PENETRATION OF PHYSIOLOGICALLY ACTIVE AGENTS
                    WITH DMSO
INVENTOR(S):        Herschler, Robert John, Camas, WA, United States
PATENT ASSIGNEE(S):  Crown Zellerbach Corporation, San Francisco, CA,
United
                    States (U.S. corporation)

                              NUMBER          DATE
                              ------          ----
PATENT INFORMATION:  US 3711602      19730116
APPLICATION INFO.:   US 1970-85607   19701030  (S)
DISCLAIMER DATE:
RELATED APPLN. INFO.:  Continuation-in-part of Ser. No. US 1968-753231,
filed
                     on 16 Aug 1968, now abandoned which is a
                     continuation-in-part of Ser. No. US 1963-329151,
filed
                     on 8 Dec 1963, now abandoned
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Rose, Shep K.
LEGAL REPRESENTATIVE:  Horton; Cervin R.; Bowardt Robert E.
NUMBER OF CLAIMS:    11
LINE COUNT:          700
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Compositions for topical application for enhancing tissue
      penetration of
      physiologically active agents with dimethyl sulfoxide (DMSO). Such
      agents include physiologically active steroids, antineoplastic
agents,
      antigens, antihistaminic agents, neuropharmacologic agents,
      antiinflammatory agents, antineoplastic, vasodilators, ultra-violet
      screening agents and nutrients. Such compositions, which may be in
the
      form of lotions, ointments and suppositories, include the
      physiologically active agent, at least 10% by weight of DMSO and a
      pharmaceutically acceptable thickening agent. Liquid formulations
for
      topical application of DMSO and the physiologically active agent in
      spray containers are also provided.

L17 ANSWER 69 OF 69  USPATFULL
ACCESSION NUMBER:   71:4836  USPATFULL
TITLE:              MODIFIED SEQUENTIAL ORAL CONTRACEPTIVE
INVENTOR(S):        Lerner, Leonard Joseph, New Brunswick, NJ, United
                    States
PATENT ASSIGNEE(S):  E. R. Squibb & Sons, Inc., New York, NY, United
States

                              NUMBER          DATE
                              ------          ----
PATENT INFORMATION:  US 3546428      19710309
APPLICATION INFO.:   US 1967-619642  19670301  (S)
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Rosa, Shep K.
LEGAL REPRESENTATIVE:  Levinson; Lawrence S.; Smith; Merle J.; Criseno;
                    Theodore J.
NUMBER OF CLAIMS:    5
LINE COUNT:          264
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    This invention relates to new modified sequential oral
      contraceptive preparations and a method of administering them.
      According to this invention a regimen is followed in which a
combination
      of estrogen and a low amount of progestogen is administered for the
      first is to 19 day phase of the cycle and a combination of estrogen
and
      a high amount of progestogen is administered for the succeeding 4
to 7
      day phase of the cycle. A 25 to 28 day cycle is completed with a 4
to 7
      day hormone-free phase which may include the use of placebos or iron
      and/or vitamin supplement.

168

09/508,648                              Page 25

=> d ibib ab 1-37

09/508,648                                          Page 26

L18  ANSWER 1 OF 37  USPATFULL
ACCESSION NUMBER:      2000:164179  USPATFULL
TITLE:                 Compositions comprising inhibitors of estrogen
response
INVENTOR(S):           Kushner, Peter, San Francisco, CA, United States
                       Webb, Paul, San Francisco, CA, United States
                       Williard, Renee, San Francisco, CA, United States
                       Baxt, C. Anthony, San Francisco, CA, United States
                       Lopez, Gabriela, San Francisco, CA, United States
                       The Regents of the University of California,
PATENT ASSIGNEE(S):    Oakland,

                       CA, United States (U.S. corporation)

PATENT INFORMATION:          NUMBER       DATE
                       -----------------------------
                       US 6164723   20001226
                       US 06304601  19961003
APPLICATION INFO.:     US 1996-930450  19960112  (8)
                       US 1996-004104  19960320
                                     19980112  PCT 371 date
                                     19980112  PCT 102(e) date
RELATED APPLN. INFO.:  Continuation-in-part of Ser. No. US 5723291,
filed
                       on 27 Mar 1995, now patented, Pat. No. US 5723291

which

1993-113162,           filed on 1 Sep 1993, now abandoned
                       is a continuation-in-part of Ser. No. US

DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Kemmerer, Elizabeth
LEGAL REPRESENTATIVE:  Bijvoren Merrill MacPherson LLP; Hunter, Tom
NUMBER OF CLAIMS:      6
EXEMPLARY CLAIM:       1
NUMBER OF DRAWINGS:    23 Drawing Figure(s); 10 Drawing Page(s)
LINE COUNT:            1075
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      The present invention provides novel assay methods for identifying
        compounds that may have both estrogen agonist and antagonist
properties.
            In particular, the assay use cells comprising promoters having an
AP1
            site linked to a reporter gene. Compounds capable of inducing or
            blocking expression of the reporter gene can thus be identified. The
            compounds may be further tested for the ability to modulate the
standard
            estrogen response, as well.

L18  ANSWER 2 OF 37  USPATFULL   (Continued)
            found to prevent endothelium-dependent vasoconstriction in males
            (p<0.05) and vasoconstricted females (p<0.08).
17.alpha.-dihydroequilenin
            treatment increased plasma apolipoprotein A-1 concentrations
(p<0.05)
            and lowered fasting insulin concentrations (p<0.05) without changing
            fasting plasma glucose concentrations in males. 17.alpha.-
            dihydroequilenin had no other effects on plasma lipid and
lipoprotein
            concentrations in either males or females. Also, 17.alpha.-
            dihydroequilenin exhibited no trophic effects on the uterus,
            endometrium, or breast, and no effect on either prostatic or
testicular
            weight. Thus, 17.alpha.-dihydroequilenin may prevent breast and
            prostatic hyperplasia and neoplasia, and has no remaining effects
on
            the male urogenital system or mammary gland.

L18  ANSWER 2 OF 37  USPATFULL
ACCESSION NUMBER:      2000:153762  USPATFULL
TITLE:                 Effects of 17.alpha.-dihydroequilenin on plasma
lipid

                       and lipoprotein, glucose, insulin concentrations,
                       coronary artery vasomotor function, and
reproductive
                       organ and mammary gland proliferation in
                       atherosclerotic mammals
INVENTOR(S):           Washburn, Scott A., Winston-Salem, NC, United
States
                       Clarkson, Thomas B., Clemmons, NC, United States
                       Adams, Michael R., Clemmons, NC, United States
                       Register, Thomas C., Clemmons, NC, United States
                       Williams, J. Koudy, Clemmons, NC, United States
                       Wagner, Janice D., Kernersville, NC, United States
                       Cline, J. Mark, Winston-Salem, NC, United States
                       Adelman, Steven J., Hatfield, PA, United States
PATENT ASSIGNEE(S):    Wake Forest University, Winston-Salem, NC, United
States

United
                       States (U.S. corporation)
                       American Home Products Corporation, Madison, NJ,

PATENT INFORMATION:          NUMBER       DATE
                       -----------------------------
                       US 6117069   20000119
APPLICATION INFO.:     US 1999-391905  19990909  (9)
RELATED APPLN. INFO.:  Division of Ser. No. US 1998-6000, filed on 12 Jan
                       1998, now patented, Pat. No. US 5994337
                             NUMBER       DATE
                       -----------------------------
PRIORITY INFORMATION:  US 1997-34498   19970113  (60)
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Henley, III, Raymond
LEGAL REPRESENTATIVE:  Kennedy, Pat Winston/Dilworth Paxson LLP
NUMBER OF CLAIMS:      8
EXEMPLARY CLAIM:       1
NUMBER OF DRAWINGS:    4 Drawing Figure(s); 4 Drawing Page(s)
LINE COUNT:            943
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      The present invention relates to a method of using 17.alpha.-
        dihydroequilenin and metabolic conjugates thereof to prevent and
reduce
        atherogenesis in males and females without causing endometrial
        proliferation in females and without producing feminizing changes in
        males. 17.alpha.-dihydroequilenin was evaluated for its effects on
        plasma lipid and lipoprotein, glucose, insulin concentrations,
coronary
        artery vasomotor function, and reproductive organ and mammary gland
        proliferation in atherosclerotic mammals.
        17.alpha.-dihydroequilenin was

L18  ANSWER 3 OF 37  USPATFULL
ACCESSION NUMBER:      2000:121890  USPATFULL
TITLE:                 Drug dosage unit for buccal administration of
steroidal

                       active agents
INVENTOR(S):           Place, Virgil A., P.O. Box 44555 - 19 Ala Kahua,
                       Kawaihae, HI, United States 96743
PATENT INFORMATION:          NUMBER       DATE
                       -----------------------------
                       US 6117466   20000912
APPLICATION INFO.:     US 1999-237713  19990126  (9)
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Azpuru, Carlos A.
LEGAL REPRESENTATIVE:  Reed, Blanca E.; Bertram, J. Elizhood & Associates
NUMBER OF CLAIMS:      42
EXEMPLARY CLAIM:       1
NUMBER OF DRAWINGS:    6 Drawing Figure(s); 2 Drawing Page(s)
LINE COUNT:            1036
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      A buccal dosage unit is provided for administering a combination of
        steroidal active agents to a female individual. The novel buccal
drug
            delivery systems may be used in female hormone replacement therapy,
in
            female contraception, to treat female sexual dysfunction, and to
treat
            or prevent a variety of conditions and disorders which are
responsive to
            the active agents discussed herein. The buccal dosage unit
comprises a
            progestin, an estrogen and optionally an androgenic agent, as well
as a
            polymeric carrier that biorodes and provides for delivery of the
active
            agents throughout a predetermined drug delivery period.

170

09/508,648

L10 ANSWER 4 OF 37 USPATFULL
ACCESSION NUMBER: 2006:27730 USPATFULL
TITLE: Interaction of cyclin D1 and estrogen receptor and its
use in assays
INVENTOR(S): Bernards, Rene, Alasmeen, Netherlands
Michalides, Rob J. A. M., Purmerend, Netherlands
Zwijsen, Renate M. L., Utrecht, Netherlands
Prolifix, Limited, United Kingdom (non-U.S. corporation)
PATENT ASSIGNEE(S):

PATENT INFORMATION:
                    NUMBER          DATE
                    ----------------------
APPLICATION INFO.:  US 6033612      20060307
                    US 5761376      20071030
                    US 1998-171181  19990406 (9)
                    WO 1997-EP1082  19970416
                                    19990406  PCT 371 date
                                    19990406  PCT 102(e) date

                    NUMBER          DATE
                    ----------------------
PRIORITY INFORMATION: GB 1996-8143   19980419
DOCUMENT TYPE:      Utility
PRIMARY EXAMINER:   Johnson, Nancy A.
ASSISTANT EXAMINER: Harris, Alana M.
LEGAL REPRESENTATIVE: Banner & Witcoff, Ltd., Williams, Kathleen M.
NUMBER OF CLAIMS:   9
EXEMPLARY CLAIM:    1
NUMBER OF DRAWINGS: 15 Drawing Figure(s); 6 Drawing Page(s)
LINE COUNT:
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   The present invention relates to the finding that cyclin D1
     interacts
          with estrogen receptor to provide activation of estrogen responsive
          genes. The present invention provides in vitro and in vivo assays to
          measure the interaction. The in vivo assays may be conducted in
          cells
          which grow in response to estrogen, particularly breast tumour
cells.


L10 ANSWER 5 OF 37 USPATFULL   (Continued)
          treatment increased plasma apolipoprotein A-1 concentrations
          (p<0.05)
          and lowered fasting insulin concentrations (p<0.05) without changing
          fasting plasma glucose concentrations in males. 17.alpha.-
          dihydroequilenin had no other effects on plasma lipid and
          lipoprotein
          concentration in either males or females. Also, 17.alpha.-
          dihydroequilenin exhibited no trophic effects on the uterus,
          mammotion, or breast, and no effect on either prostatic or
          testicular
          weight. Thus, 17.alpha.-dihydroequilenin may prevent breast and
          prostatic hyperplasia and neoplasia, and has no feminizing effects
          on
          the male urogenital system or mammary gland.


L10 ANSWER 5 OF 37 USPATFULL
ACCESSION NUMBER: 1999:155720 USPATFULL
TITLE: Effects of 17.alpha.-dihydroequilenin on plasma
lipid
and lipoprotein, glucose, insulin concentrations,
mammary artery vasomotor function, and
reproductive           organ and mammary gland proliferation in
atherosclerotic animals
INVENTOR(S): Washburn, Scott A., Winston-Salem, NC, United
States
Clarkson, Thomas B., Clemmons, NC, United States
Adams, Michael B., Clemmons, NC, United States
Register, Thomas C., Clemmons, NC, United States
Williams, J. Koudy, Clemmons, NC, United States
Wagner, Jessica D., Kernersville, NC, United States
Appt, Susan E., Clemmons, NC, United States
Anthony, Steven J., Enfield, PA, United States
PATENT ASSIGNEE(S): Wake Forest University, Winston-Salem, NC, United
States (U.S. corporation)
American Home Products Corporation, Madison, NJ,
United
States (U.S. corporation)

PATENT INFORMATION:
                    NUMBER          DATE
                    ----------------------
APPLICATION INFO.:  US 5994337      19991130
                    US 1996-6000    19980112 (9)

                    NUMBER          DATE
                    ----------------------
PRIORITY INFORMATION: US 1997-34690  19970113 (60)
DOCUMENT TYPE:      Utility
PRIMARY EXAMINER:   Healey, III, Raymond
LEGAL REPRESENTATIVE: Kennedy, Esq., Pat Winston&Kilpatrick Stockton LLP
NUMBER OF CLAIMS:   4
EXEMPLARY CLAIM:    1
NUMBER OF DRAWINGS: 8 Drawing Figure(s); 6 Drawing Page(s)
LINE COUNT:         910
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   The present invention relates to a method of using 17.alpha.-
     dihydroequilenin and metabolic conjugates thereof to prevent and
     reduce
          atherogenesis in males and females without causing endometrial
          proliferation in females and without producing feminizing changes in
          males. 17.alpha.-dihydroequilenin was evaluated for its effects on
          plasma lipid and lipoprotein, glucose, insulin concentrations,
          mammary
          artery vasomotor function, and reproductive organ and mammary gland
          proliferation in atherosclerotic mammals.
          17.alpha.-dihydroequilenin was
          found to prevent endothelium-dependent vasoconstriction in males
          (p<0.05) and ovariectomized females (p<0.06).
          17.alpha.-dihydroequilenin


L10 ANSWER 6 OF 37 USPATFULL
ACCESSION NUMBER: 1999:151114 USPATFULL
TITLE: Means of increasing estrogen receptor levels in
neural
tissue
INVENTOR(S): Toran-Allerand, C. Dominique, New York, NY, United
States
PATENT ASSIGNEE(S): The Trustees of Columbia University in the City of
New
York, New York, NY, United States (U.S.

corporation)

PATENT INFORMATION:
                    NUMBER          DATE
                    ----------------------
APPLICATION INFO.:  US 5990970      19991123
                    US 1996-670628  19980712 (9)

                    NUMBER          DATE
                    ----------------------
PRIORITY INFORMATION: US 1996-1196   19960716 (60)
DOCUMENT TYPE:      Utility
PRIMARY EXAMINER:   Young, Cecilia J.
ASSISTANT EXAMINER: Gambel, Anish
LEGAL REPRESENTATIVE: White, John F.Cooper & Dunham LLP
NUMBER OF CLAIMS:   13
EXEMPLARY CLAIM:    1
NUMBER OF DRAWINGS: 13 Drawing Figure(s); 13 Drawing Page(s)
LINE COUNT:         2136
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   This invention provides a method of increasing the level of estrogen
     receptors in the neural tissue of a subject which comprises
     administering to the subject estrogen in an amount effective to
     increase
          the level of neurotrophin receptors and a neurotrophin in an amount
          effective to increase the level of estrogen receptors, so as to
          thereby
          increase the level of estrogen receptors. This invention also
          provides a
          method of increasing the level of estrogen receptors in a sample of
          neural tissue from a subject which comprises contacting the sample
          with
          estrogen in an amount effective to increase the level of
          neurotrophin
          receptors and neurotrophin in an amount effective to increase the
          level
          of estrogen receptors, so as to thereby increase the level of
          estrogen
          receptors. Lastly, this invention provides a method of preventing
          the
          onset of Alzheimer's disease.

171

09/508,648

Page 28

L19 ANSWER 7 OF 37  USPATFULL
ACCESSION NUMBER:      1999:121347 USPATFULL
TITLE:                Treatment of asthma and airway diseases
INVENTOR(S):          Stewart, Alastair George, Melbourne, Australia
PATENT ASSIGNEE(S):   Amrad Operations Pty Ltd., Richmond, Australia
                      (non-U.S. corporation)

                           NUMBER        DATE
PATENT INFORMATION:   US 5962461        19991005
APPLICATION INFO.:    US 1997-413529    19970609  (8)

                           NUMBER        DATE
PRIORITY INFORMATION: AU 1996-9766      19960509
                      AU 1996-9918      19960520
DOCUMENT TYPE:        Utility
PRIMARY EXAMINER:     Waddington, Kevin E.
LEGAL REPRESENTATIVE: Merchant & Gould P.C.
NUMBER OF CLAIMS:     8
EXEMPLARY CLAIM:      1
NUMBER OF DRAWINGS:   15 Drawing Figure(s) 15 Drawing Page(s)
LINE COUNT:           1193
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    The invention relates to use of steroids or steroid analogues in the
      treatment of chronic and acute inflammation of the airways,
particularly
      asthmatic conditions. It also relates to compounds and compositions
      which modulate airway remodelling. In a preferred embodiment, the
      steroid is 2-methoxyestradiol.

L19 ANSWER 8 OF 37  USPATFULL
ACCESSION NUMBER:      1999:60164 USPATFULL
TITLE:                Computer-based design and screening of molecules
using
                      DNA interactions
INVENTOR(S):          Bendry, Lawrence B., 1939 Bolin Rd., North
Augusta, SC,
                      United States 29841

                           NUMBER        DATE
PATENT INFORMATION:   US 5680741        19980330
APPLICATION INFO.:    US 1997-935219    19970922  (8)
RELATED APPLN. INFO.: Division of Ser. No. US 1994-349779, filed on
Nov
                      1994, now patented, Pat. No. US 5705335 which is a
filed                 continuation-in-part of Ser. No. US 1993-150469,
                      filed on 26 Nov 1993, now abandoned
DOCUMENT TYPE:        Utility
PRIMARY EXAMINER:     Boyes, Nancy
ASSISTANT EXAMINER:   Brusca, John S.
LEGAL REPRESENTATIVE: James & Askew, LLP
NUMBER OF CLAIMS:     31
EXEMPLARY CLAIM:      1
NUMBER OF DRAWINGS:   22 Drawing Figure(s) 9 Drawing Page(s)
LINE COUNT:           1453
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    It has been discovered that the degree of hormonal activity of
candidate
      ligands correlates better with degree of fit into DNA than with the
      strength of receptor binding, and that the receptors in the
      steroid/thyroid hormone/vitamin A and D family alter the
physiochemical
      properties of DNA and in connect with other transcription factors
      facilitate insertion of the ligand into DNA. As a result, the
magnitude
      of the response is a function of the structure of the ligand as it
related to insertion and fit into the DNA and the specificity of the
through                response is a function of the stereochemistry of the receptor
      binding to both the ligand and to the DNA. Based on these
discoveries, a
      method is described herein for identifying drugs having increased
      activity as compared with the natural ligand for receptors such as
the
      estrogenic receptors.

L19 ANSWER 9 OF 37  USPATFULL
ACCESSION NUMBER:      1999:60161 USPATFULL
TITLE:                Design of drugs involving receptor-ligand-DNA
                      interactions
INVENTOR(S):          Bendry, Lawrence B., 1939 Bolin Rd., North
Augusta, SC,
                      United States 29841

                           NUMBER        DATE
PATENT INFORMATION:   US 5681736        19980330
APPLICATION INFO.:    US 1997-864669    19970529  (8)
RELATED APPLN. INFO.: Continuation of Ser. No. US 1994-349779, filed on
29
                      Nov 1994, now patented, Pat. No. US 5705335 which
is a
filed                 continuation-in-part of Ser. No. US 1993-150469,
DOCUMENT TYPE:        Utility
PRIMARY EXAMINER:     Boyes, Nancy
ASSISTANT EXAMINER:   Brusca, John S.
LEGAL REPRESENTATIVE: James & Askew, LLP
NUMBER OF CLAIMS:     29
EXEMPLARY CLAIM:      1
NUMBER OF DRAWINGS:   9 Drawing Figure(s) 9 Drawing Page(s)
LINE COUNT:           1407
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    It has been discovered that the degree of hormonal activity of
candidate
      ligands correlates better with degree of fit into DNA than with the
      strength of receptor binding, and that the receptors in the
      steroid/thyroid hormone/vitamin A and D family alter the
physiochemical
      properties of DNA and in connect with other transcription factors
      facilitate insertion of the ligand into DNA. As a result, the
magnitude
      of the response is a function of the structure of the ligand as it
related to insertion and fit into the DNA and the specificity of the
through                response is a function of the stereochemistry of the receptor
      binding to both the ligand and to the DNA. Based on these
discoveries, a
      method is described herein for identifying drugs having increased
      activity as compared with the natural ligand for receptors such as
the
      estrogenic receptors.

L19 ANSWER 10 OF 37  USPATFULL
ACCESSION NUMBER:      1996:130966 USPATFULL
TITLE:                Sulfated benzothiophene derivatives, methods of
use and
                      formulations containing same
INVENTOR(S):          Cloy, Michael Paul, Greenwood, IN, United States
                      Frolik, Charles Alan, Indianapolis, IN, United
States
                      Jones, Charles David, Indianapolis, IN, United
States
                      Lindstrom, Terry Donald, Indianapolis, IN, United
States
PATENT ASSIGNEE(S):   Eli Lilly and Company, Indianapolis, IN, United
States
                      (U.S. corporation)

                           NUMBER        DATE
PATENT INFORMATION:   US 5643904        19970701
APPLICATION INFO.:    US 1997-423300    19970611  (8)

                           NUMBER        DATE
PRIORITY INFORMATION: US 1996-17110     19990009 (8U)
DOCUMENT TYPE:        Utility
PRIMARY EXAMINER:     Shah, Mukund J.
ASSISTANT EXAMINER:   Nye, Tamekee T.
LEGAL REPRESENTATIVE: Salon, James Z.; Boone, David E.
NUMBER OF CLAIMS:     10
EXEMPLARY CLAIM:      1
LINE COUNT:           1300
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Sulfated benzothiophene of the formula I SUFFIXED wherein R.sup.1
is
      hydrogen, hydroxy, C.sub.1 -C.sub.4 alkoxy, --OCO(C.sub.1 -C.sub.6
      alkyl), --OCO(C.sub.1 -C.sub.6 alkyl), --OCOAr wherein Ar is phenyl
or
      optionally substituted phenyl, --OSO.sub.2 (C.sub.4 -C.sub.6
straight
      chain alkyl, or --OSO.sub.3 H;
      R.sup.2 is R.sup.1, C1 or F; with the proviso that at least one of
      R.sup.1 or R.sup.2 is --OSO.sub.3 H;
      R.sup.3 is 1-piperidinyl, 1-pyrrolidinyl, methyl-1-pyrrolidinyl,
      dimethyl-1-pyrrolidino, 4-morpholino, dimethylamino, diethylamino,
      diisopropylamino, or 1-hexamethyleneimine; and
      n is 2 or 3;
      or a pharmaceutically acceptable salt or solvate thereof.

09/508,648                                                          Page 29

L18    ANSWER 11 OF 37    USPATFULL
ACCESSION NUMBER:     1996:72221 USPATFULL
TITLE:     Assays for functional nuclear receptors
INVENTOR(S):     Haryconti, Rukergit Bakhi, Alameda, CA, United
States
PATENT ASSIGNEE(S):     Chiron Diagnostics Corporation, East Walpole, MA,
United States (U.S. corporation)

                         NUMBER          DATE
PATENT INFORMATION:     US 5770176      19900413
APPLICATION INFO.:     US 1995-569977   19951208 (8)
DOCUMENT TYPE:     Utility
PRIMARY EXAMINER:     Jones, W. Gary
ASSISTANT EXAMINER:     Bena, Dianne
LEGAL REPRESENTATIVE:     Morganstern, Arthur S.; Lauder, Leona L.;
Blackburn,
                         Robert P.
NUMBER OF CLAIMS:     64
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:     6 Drawing Figure(s); 6 Drawing Page(s)
LINE COUNT:     1970
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     Methods and test kits for detecting, or detecting and quantitating
       functional nuclear receptors in cell or tissue samples are
disclosed.
       Such methods provide highly sensitive assays requiring small sample
       sizes and short turnaround times. The methods are useful in
developing
       prognoses and/or treatment programs for cancer patients, especially
in
       determining whether therapy to interfere with the receptor's
activation
       of gene transcription, such as, endocrine therapy, would be helpful.

L18    ANSWER 12 OF 37    USPATFULL
ACCESSION NUMBER:     1996:44752 USPATFULL
TITLE:     Transdermal contraceptive delivery system and
process
INVENTOR(S):     Chien, Yie W., North Brunswick, NJ, United States
                Chien, Te-Yen, Brunswick, NJ, United States
                Gong, Sai-Jun, Piscataway, NJ, United States
PATENT ASSIGNEE(S):     Rutgers, The State University of New Jersey, New
                Brunswick, NJ, United States (U.S. corporation)

                         NUMBER          DATE
PATENT INFORMATION:     US 5762966      19900609
APPLICATION INFO.:     US 1996-630809   19960424 (8)
DOCUMENT TYPE:     Utility
PRIMARY EXAMINER:     Phelan, D. Gabrielle
LEGAL REPRESENTATIVE:     Schweppes, Lundberg, Woessner & Kluth, P.A.
NUMBER OF CLAIMS:     26
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:     7 Drawing Figure(s); 7 Drawing Page(s)
LINE COUNT:     913
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     A transdermal contraceptive delivery system (TCDS) for fertility
control
       in women is described comprising a backing layer, an adjoining
layer of
       a solid absorption adhesive polymer matrix in which minimum
effective
       daily doses of an estrogen and a progestin are dispersed and
released
       for transdermal absorption. Presently preferred is use of the
natural
       estrogen, 17-beta-estradiol, and the synthetic progestin,
       levonorgestrel. Along with these two steroidal contraceptive
       agents, a combination of several chemical skin permeation enhancing
       agents, blended at specific weight ratios, are homogeneously
dispersed
       in the adhesive polymer matrix. The invention also provides a
process of
       fertility control utilizing the transdermal contraceptive delivery
       system.

L18    ANSWER 13 OF 37    USPATFULL
ACCESSION NUMBER:     1996:6760 USPATFULL
TITLE:     Transgenic mice expressing HPV early region
oncogenes
                develop progressive cervico-vaginal neoplasms
INVENTOR(S):     Arbeit, Jeffrey M., San Francisco, CA, United
States
                Hanahan, Douglas, San Francisco, CA, United States
PATENT ASSIGNEE(S):     The Regents of the University of California,
Oakland,
                CA, United States (U.S. corporation)

                         NUMBER          DATE
PATENT INFORMATION:     US 5709644      19960128
APPLICATION INFO.:     US 1995-434997   19950507 (8)
RELATED APPLN. INFO.:     Continuation-in-part of Ser. No. US 1994-267239,
filed
                on 8 Jun 1994, now abandoned
DOCUMENT TYPE:     Utility
PRIMARY EXAMINER:     Crouch, Deborah
LEGAL REPRESENTATIVE:     Townsend and Townsend and Crew LLP
NUMBER OF CLAIMS:     16
EXEMPLARY CLAIM:     1
LINE COUNT:     1440
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     The present invention relates to improved models for progressive
       epithelial neoplasias and methods for their use. In particular, the
       invention provides transgenic mice comprising a human papilloma
virus
       early region oncogene operably linked to a promoter which directs
       expression of the oncogene in a transient amplifying cell in the
mice.

L18    ANSWER 14 OF 37    USPATFULL
ACCESSION NUMBER:     1996:1624 USPATFULL
TITLE:     Design of drugs involving receptor-ligand-DNA
interactions
INVENTOR(S):     Hendry, Lawrence B., 1930 Bella Rd., North
Augusta, SC,
                United States 29841

                         NUMBER          DATE
PATENT INFORMATION:     US 5705335      19960106
APPLICATION INFO.:     US 1994-308779   19941129 (8)
RELATED APPLN. INFO.:     Continuation-in-part of Ser. No. US 1993-156009,
filed
                on 26 Nov 1993
DOCUMENT TYPE:     Utility
PRIMARY EXAMINER:     Kotter, James
ASSISTANT EXAMINER:     Brusca, John S.
LEGAL REPRESENTATIVE:     Jones & Askew
NUMBER OF CLAIMS:     16
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:     9 Drawing Figure(s); 9 Drawing Page(s)
LINE COUNT:     1979
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     It has been discovered that the degree of hormonal activity of
candidate
       ligands correlates better with degree of fit into DNA than with the
       strength of receptor binding, and that the receptors in the
       steroid/thyroid hormone/vitamin A and E family alter the
phytochemical
       properties of DNA and in concert with other transcription factors
       facilitate insertion of the ligand into DNA. As a result, the
magnitude
       of the response is a function of the structure of the ligand as it
       related to insertion and fit into the DNA and the specificity of the
       response is a function of the stereochemistry of the receptor
through
       binding to both the ligand and to the DNA. Based on these
discoveries, a
       method is described herein for identifying drugs having increased
       activity as compared with the natural ligand for receptors such as
the
       estrogenic receptors.

173

09/508,648                                                         Page 30

L10  ANSWER 15 OF 37  USPATFULL
ACCESSION NUMBER:    97:147500 USPATFULL
TITLE:              Peptides derived from the p52 protein
INVENTOR(S):        Chambon, Pierre, Bloomein, France
                    nee Martinet Rio, Marie-Christine, Illkirch-
                    Graffenstaden, France
                    Balleau, Jean-Pierre, Strasbourg, France
                    Aderiyem, Paris, France (non-U.S. corporation)

                         NUMBER        DATE
                    -----------------------------
PATENT INFORMATION: US 5635196        19970003
APPLICATION INFO.:  US 1992-909896    19921210 (7)
RELATED APPLN. INFO.: Continuation of Ser. No. US 1989-360906, filed on
9 Jun              1989, now abandoned

                         NUMBER        DATE
                    -----------------------------
PRIORITY INFORMATION: FR 1987-15060   19871030
DOCUMENT TYPE:      Utility
PRIMARY EXAMINER:   Sidberry, Hazel F.
LEGAL REPRESENTATIVE: Chloe, Spivak, McClelland, Maier & Neustadt, P.C.
NUMBER OF CLAIMS:   1
EXEMPLARY CLAIM:    1
NUMBER OF DRAWINGS: 13 Drawing Figure(s); 6 Drawing Page(s)
LINE COUNT:        980
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     Peptides derived from the p52 protein and polyclonal and monoclonal
       antibodies directed against p52 and against p52 fragments. Method of
       obtaining the secreted form of the p52 protein and fragments
thereof.
       Method of detecting and diagnosing different pathological
conditions and
       especially hormone-dependent breast cancers and
       pathological conditions of the stomach.

L10  ANSWER 16 OF 37  USPATFULL
ACCESSION NUMBER:    96:1100606 USPATFULL
TITLE:              Acrylyl methyl phenyl derivatives having aromatase
                    inhibitory activity
INVENTOR(S):        Murakami, Kimihiro, Tokyo, Japan
                    Obsishi, Shutei, Tokyo, Japan
                    Tono, Takashi, Tokyo, Japan
                    Itoh, Kozuo, Tokyo, Japan
PATENT ASSIGNEE(S): Mochida Pharmaceutical Co., Ltd., Tokyo, Japan
                    (non-U.S. corporation)

                         NUMBER        DATE
                    -----------------------------
PATENT INFORMATION: US 5567292        19961224
APPLICATION INFO.:  US 1995-453064    19950526 (8)

                         NUMBER        DATE
                    -----------------------------
PRIORITY INFORMATION: JP 1994-115666  19940627
DOCUMENT TYPE:      Utility
PRIMARY EXAMINER:   Morris, Patricia L.
LEGAL REPRESENTATIVE: Birch, Stewart, Kolasch & Birch, LLP
NUMBER OF CLAIMS:   24
EXEMPLARY CLAIM:    1
LINE COUNT:        2547
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     Compounds exerting excellent aromatase inhibitory activity in vivo
and
       in vitro with higher specificity and greater safety are provided
       together with the salts thereof. Using the same, there are also
       provided, prophylactic agents and/or therapeutical agents of
       estrogen-dependent diseases, contraceptive agents for females, and
       aromatase inhibitory agents for use in the form of reagents for
human or
       animals. The compounds are of the formula (I), wherein R.sup.1 is
       represented by the formula (II) or (III). (49578)(8

L10  ANSWER 17 OF 37  USPATFULL
ACCESSION NUMBER:    96:110012 USPATFULL
TITLE:              Ligand growth factors that bind to the erbB-2
receptor
INVENTOR(S):        protein and induce cellular responses
                    Lippman, Marc E., Bethesda, MD, United States
                    Lupu, Ruth, Gaithersburg, MD, United States
PATENT ASSIGNEE(S): Georgetown University, Washington, DC, United
States
                    (U.S. corporation)

                         NUMBER        DATE
                    -----------------------------
PATENT INFORMATION: US 5578482        19961126
APPLICATION INFO.:  US 1993-96277     19930730 (0)
RELATED APPLN. INFO.: Continuation-in-part of Ser. No. US 1992-875785,
filed              on 29 Apr 1992, now abandoned which is a
                    continuation-in-part of Ser. No. US 1992-860497,
filed              on 14 Jan 1993, now abandoned And a
                    continuation-in-part of Ser. No. US 1992-917960,
filed              on 20 Jul 1992, now abandoned which is a
                    continuation-in-part of Ser. No. US 1992-172114,
continuation       on 22 Apr 1992, now abandoned which is a
now                of Ser. No. US 1990-529138, filed on 25 May 1990,
                    abandoned
DOCUMENT TYPE:      Utility
PRIMARY EXAMINER:   Kim, Ph.D., Kay E. A.
LEGAL REPRESENTATIVE: Banner & Allegretti, Ltd.
NUMBER OF CLAIMS:   5
EXEMPLARY CLAIM:    1
NUMBER OF DRAWINGS: 43 Drawing Figure(s); 23 Drawing Page(s)
LINE COUNT:        3669
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     The present invention relates to erbB-2 ligands and functional
       derivatives thereof which are capable of binding to the erbB-2
oncogene
       product. The present invention further pertains to anti-ligand
molecules
       capable of recognizing and binding to the erbB-2 ligand molecule
and to
       screening assays for such ligands. The present invention
additionally
       relates to uses for the erbB-2 ligand, the anti-ligand molecules
and the
       screening assays.
       A method for inhibiting the growth of adenocarcinoma cells in a
human,
       which cells overexpress the oncogene erbB-2, which entails
administering
       to said human an amount of a 30 kDa glycoprotein effective to
inhibit

L10  ANSWER 17 OF 37  USPATFULL          (Continued)
the growth of said cells.

174

L19  ANSWER 18 OF 37  UNPATFULL
ACCESSION NUMBER:   96:100017  UNPATFULL
TITLE:              In vitro method of evaluating the effects of a
                    substance
INVENTOR(S):        Nilsson, Stefan, Banninge, Sweden
                    Osterlund, M.nng.rten, Stockholm, Sweden
                    Beorsse, Karin, Huddinge, Sweden
                    Karo Bio Aktiebolag, Huddinge, Sweden (non-U.S.
                    corporation)
PATENT ASSIGNEE(S):

| | NUMBER | DATE |
|---|---|---|
| PATENT INFORMATION: | US 5679415 | 19961126 |
| | WO 9307290 | 19930415 |
| APPLICATION INFO.: | US 1994-211457 | 19940606 (E) |
| | WO 1992-SE8890 | 19921006 |
| | | 19940606 PCT 371 date |
| | | 19940606 PCT 102(e) date |

PRIORITY INFORMATION:   SE 1991-2901   19911007
DOCUMENT TYPE:          Utility
PRIMARY EXAMINER:       Saunders, David
LEGAL REPRESENTATIVE:   Banner & Allegretti, Ltd.
NUMBER OF CLAIMS:       14
EXEMPLARY CLAIM:        1
LINE COUNT:             1007
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     An in vitro method of evaluating the antagonistic versus agonistic
       effects of a receptor-binding test substance on a selected type of
cells
       containing endogenous intra-cellular hormone receptors, is
disclosed.
       Said test substance, and separately a reference substance, known to
be
       either an antagonist or an agonist, are incubated with said selected
       type of cells, and the magnitude of the selected cellular response
the
       resulting from hormone/receptor interaction, is analyzed. In case
derive
       the method is performed on at least two selected types of cells which
       from different kinds of tissues, it is possible to evaluate the
pattern
       of antagonistic versus agonistic effects of the selected test
substance
       on said kinds of tissues.

L19  ANSWER 19 OF 37  UNPATFULL  (Continued)
       may not provide appropriate numbers and concentrations of hormones
and
       therefore is not as beneficial for culture of cells which have
responses
       similar to the lymphocytes.

L19  ANSWER 19 OF 37  UNPATFULL
ACCESSION NUMBER:   96:12666  UNPATFULL
TITLE:              Selective regulation of B lymphocyte precursors by
                    hormones
INVENTOR(S):        Kinosch, Paul W., Oklahoma City, OK, United States
                    Medlos, Kay L., Moore, OK, United States
PATENT ASSIGNEE(S): Oklahoma Medical Research Foundation, Oklahoma
City,

                    OK, United States (U.S. corporation)

| | NUMBER | DATE |
|---|---|---|
| PATENT INFORMATION: | US 5554506 | 19960910 |
| APPLICATION INFO.: | US 1994-321156 | 19941011 (E) |
| RELATED APPLN. INFO.: | 20140407 | |

RELATED APPLN. INFO.:   Continuation of Ser. No. US 1993-44208, filed on 7
Apr

DOCUMENT TYPE:          1993, now abandoned
PRIMARY EXAMINER:       Utility
PRIMARY EXAMINER:       Vitrphys, Michael G.
ASSISTANT EXAMINER:     Degen, Nancy J.
LEGAL REPRESENTATIVE:   Arnall Golden & Gregory
NUMBER OF CLAIMS:       4
EXEMPLARY CLAIM:        1
NUMBER OF DRAWINGS:     11 Drawing Figure(s); 3 Drawing Page(s)
LINE COUNT:             703
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     Based on the discovery that normal pregnant mice have a striking
       reduction in committed precursors of B lymphocytes, which could be
       documented in mice as early as day 6 of gestation, when IL-7
responding
       colony forming cells were reduced as much as two-thirds of normal
       levels, it has been determined that estrogen and other hormones
elevated
       in pregnancy induce a specific modulation of lymphocyte formation
during
       pregnancy and lactation. It is therefore possible to immunomodulate
in a
       specific manner an animal by administration of hormones elevated
during
       pregnancy, such as estrogen and estrogen-like compounds, or
antagonists
       of estrogen. This has potential in the treatment of a number of
as
       disorders, especially those found in very high percentages of women
       compared with men, such as many of the autoimmune disorders, as
well as
       in immune tolerance during pregnancy, cyclic neutropenia, and
       osteoporosis. There are also implications in culture of mammalian
cells,
       since many of the culture medias include a dye such as phenol red
as a
       pH indicator, which has estrogen-like properties, and animal sera
which

L19  ANSWER 20 OF 37  UNPATFULL
ACCESSION NUMBER:   96:40963  UNPATFULL
TITLE:              Dietary phytoestrogen in estrogen replacement
therapy
INVENTOR(S):        Hughes, Claude L., Mebane, NC, United States
                    Wesley, Rose C., St. Louis, MO, United States
                    Clarkson, Thomas B., Clemmons, NC, United States
                    Wake Forest University, Winston-Salem, NC, United
                    States (U.S. corporation)
PATENT ASSIGNEE(S): Protein Technologies International, Inc., St.
Louis,

                    MO, United States (U.S. corporation)

| | NUMBER | DATE |
|---|---|---|
| PATENT INFORMATION: | US 5516528 | 19960514 |
| APPLICATION INFO.: | US 1995-372740 | 19950113 (E) |

DOCUMENT TYPE:          Utility
PRIMARY EXAMINER:       Aspers, Corien
LEGAL REPRESENTATIVE:   Farrell, Kevin M.
NUMBER OF CLAIMS:       19
EXEMPLARY CLAIM:        1
NUMBER OF DRAWINGS:     1 Drawing Figure(s); 1 Drawing Page(s)
LINE COUNT:             564
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     Disclosed is a pharmaceutical composition for oral delivery. The
       composition includes about 1-2 mg mammalian estrogen and about
25-100 mg
       phytoestrogen. Compositions of the type described above are
utilized,
       for example, in a therapeutic regimen designed to reduce the risk of
       coronary heart disease and osteoporosis in postmenopausal women.
This
       method comprises the oral administration of a composition
comprising a
       mixture of estrogen and phytoestrogen, the dosages of mammalian
estrogen
       and phytoestrogen being about 1-2 mg, about 25-100 mg, respectively.

175

L18  ANSWER 21 OF 37  USPATFULL
ACCESSION NUMBER:      06:29426  USPATFULL
TITLE:                 Methods of using the A form of the progesterone
                       receptor to screen for antagonists of steroid
                       intracellular receptor-mediated transcription
INVENTOR(S):           McDonnelI, Donald P., San Diego, CA, United States
PATENT ASSIGNEE(S):    Ligand Pharmaceuticals Incorporated, San Diego, CA,
                       United States (U.S. corporation)

                                    NUMBER         DATE
                       ---------------------------------------
PATENT INFORMATION:    US 5606102        19960409
APPLICATION INFO.:     US 1993-141554    19931623  (U)
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Jones, W. Gary
ASSISTANT EXAMINER:    Marlin, Kenneth H.
NUMBER OF CLAIMS:      19
EXEMPLARY CLAIM:       1
NUMBER OF DRAWINGS:    32 Drawing Figure(s); 16 Drawing Page(s)
LINE COUNT:            1063
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB        Methods to screen for antagonists of steroid IR transcription as
          mediated by the PR-A isoform of the progesterone receptor are
          provided. Such cell-based methods include a cell in which PR-A is
          transcriptionally inactive containing asteroid IR other than PR,
PR-A
          and a reporter vector that includes a promoter which is
          transcriptionally active in the presence of the steroid IR and an
          activator of said steroid IR, but is substantially transcriptionally
          inactive in the presence of PR-A. This cell is contacted with the
          activator of the steroid IR and a compound to be assayed, and the
level
          of reporter product produced in the cell is measured and compared
to the
          level of reporter product expressed in a similar cellular system
absent
          PR-A as an indication of the potential antagonist activity of the
          compound being assayed. Also provided are an assay kit, a method of
          screening PR active compounds as IR antagonists and compounds that
          inhibit the transcriptional activity of asteroid IR in the presence
of
          PR-A in a cellular context where PR-A is substantially
transcriptionally
          inactive.

L18  ANSWER 22 OF 37  USPATFULL
ACCESSION NUMBER:      06:16077  USPATFULL
TITLE:                 Selective regulation of B lymphocyte precursors by
                       hormones
INVENTOR(S):           Kincade, Paul W., Oklahoma City, OK, United States
                       Medina, Kay, Moore, OK, United States
PATENT ASSIGNEE(S):    Oklahoma Medical Research Foundation, Oklahoma
City,
                       OK, United States (U.S. corporation)

                                    NUMBER         DATE
                       ---------------------------------------
PATENT INFORMATION:    US 5696227
APPLICATION INFO.:     US 1994-326136    19940607  (U)
RELATED APPLN. INFO.:  Continuation-in-part of Ser. No. US 1993-44206,
filed
                       on 7 May 1993, now abandoned
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Witryohus, Michael G.
ASSISTANT EXAMINER:    Degen, Nancy J.
LEGAL REPRESENTATIVE:  Arnall Golden & Gregory
NUMBER OF CLAIMS:      13
EXEMPLARY CLAIM:       1
NUMBER OF DRAWINGS:    18 Drawing Figure(s); 5 Drawing Page(s)
LINE COUNT:            967
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB        It has been determined that estrogen and other hormones elevated in
          pregnancy induce a specific modulation of lymphocyte precursor cell
          production. The immune system of an animal or bone marrow cells in
          culture can therefore be modulated in a specific manner by
          administration of hormones elevated during pregnancy, such as
estrogen
          and estrogen-like compounds or compounds that interfere with the
          synthesis or activity of these hormones, to increase or decrease
          production of B lymphocyte precursor cells.

L18  ANSWER 23 OF 37  USPATFULL
ACCESSION NUMBER:      04:13074  USPATFULL
TITLE:                 Methods and formulations for use in treating
                       superovulated women
INVENTOR(S):           Fitz, Malcolm C., Long Beach, CA, United States
                       Spicer, Derry V., Pasadena, CA, United States
PATENT ASSIGNEE(S):    University of Southern California, Los Angeles, CA,
                       United States (U.S. corporation)

                                    NUMBER         DATE
                       ---------------------------------------
PATENT INFORMATION:    US 5369846        19940823
APPLICATION INFO.:     US 1993-42066     19930517  (U)
DISCLAIMER DATE:       20100818
RELATED APPLN. INFO.:  Continuation-in-part of Ser. No. US 1993-962513,
filed
                       on 3 Feb 1993 which is a continuation-in-part of
Ser.
                       No. US 1991-684612, filed on 12 Apr 1991, now
patented,
                       Pat. No. US 5211962
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Page, Thurman K.
ASSISTANT EXAMINER:    Azpuru, Carlos
LEGAL REPRESENTATIVE:  Bumham, Berliner & Corson
NUMBER OF CLAIMS:      14
EXEMPLARY CLAIM:       1
LINE COUNT:            617
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB        Compositions and methods which are effective to prevent symptoms of
loss
          of ovarian function (i.e., in superovulated women) over a period
of
          time are described, consisting essentially of an effective amount
of an
          estrogenic composition and an effective amount of an androgenic
          composition. The levels of estrogens and androgens employed are
          sufficient to reduce bone mineral density loss and minimize other
side
          effects observed after oophorectomy, and at much low doses so to
          minimize any adverse impact on the patient's long-term prognosis or
(in
          the case of testosterone) result in additional side effects.

L18  ANSWER 24 OF 37  USPATFULL
ACCESSION NUMBER:      04:13071  USPATFULL
TITLE:                 Method and formulations for use in treating benign
                       gynecological disorders
INVENTOR(S):           Fitz, Malcolm C., Long Beach, CA, United States
                       Spicer, Derry V., Pasadena, CA, United States
PATENT ASSIGNEE(S):    University of Southern California, Los Angeles, CA,
                       United States (U.S. corporation)

                                    NUMBER         DATE
                       ---------------------------------------
PATENT INFORMATION:    US 5340565        19940823
APPLICATION INFO.:     US 1993-62083     19930517  (U)
DISCLAIMER DATE:       20100818
RELATED APPLN. INFO.:  Continuation-in-part of Ser. No. US 1992-962513,
filed
                       on 3 Feb 1992 which is a continuation-in-part of
Ser.
                       No. US 1991-684612, filed on 12 Apr 1991, now
patented,
                       Pat. No. US 5211962
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Page, Thurman K.
ASSISTANT EXAMINER:    Azpuru, Carlos
LEGAL REPRESENTATIVE:  Bumham, Berliner & Corson
NUMBER OF CLAIMS:      21
EXEMPLARY CLAIM:       1
LINE COUNT:            901
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB        Compositions and methods which are effective to treat benign
          gynecological disorders for extended periods of time in women in
who the
          risk of endometrial stimulation is minimized or absent are
described,
          wherein an effective amount of a gonadotropin hormone releasing
hormone
          composition and an effective amount of an estrogenic composition are
          provided over a period of time, optionally with addition of an
          androgenic composition.

176

09/508,648                                          Page 33

L10  ANSWER 25 OF 37  USPATFULL
ACCESSION NUMBER:    06:173872  USPATFULL
TITLE:               Methods and formulations for use in inhibiting
                     consumption and in treating benign gynecological
                     disorders
INVENTOR(S):         Spicer, Darcy V., Pasadena, CA, United States
                     Pike, Malcolm C., Long Beach, CA, United States
PATENT ASSIGNEE(S):  University of Southern California, Los Angeles, CA,
                     United States (U.S. corporation)

                     NUMBER             DATE
                     ----------------   ---------
PATENT INFORMATION:  US 6349584         19960823
APPLICATION INFO.:   US 1993-063513     19930901  (7)
                     WO 1992-UK2973     19920418
                                        19930201  PCT 371 date
                                        19930201  PCT 102(e) date
DISCLAIMER DATE:     20100518
RELATED APPLN. INFO.:  Continuation-in-part of Ser. No. US 1991-684612,
filed
                     on 12 Apr 1991, now abandoned
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Page, Thurman K.
ASSISTANT EXAMINER:  Arpuru, Carlos
LEGAL REPRESENTATIVE:  Robbins, Berliner & Carson
NUMBER OF CLAIMS:    32
EXEMPLARY CLAIM:     1
LINE COUNT:          1022
AB   IN0EXING IS AVAILABLE FOR THIS PATENT.
AB   Compositions and methods which are effective to inhibit conception
and
     to treat benign gynecological disorders for extended periods of
time are
     described, wherein an effective amount of a gonadotropin hormone
     releasing hormone composition and an effective amount of an
estrogenic
     composition are provided over a first period of time, in addition
to a
     progestogen and optionally an androgenic composition. According to
one
     protocol, the progestogen is provided for a second, shorter period
of
     time; the progestogen is provided at a higher level for at least 5
to
     about 20 days, and then at a lower level for the remainder, if any,
of
     the second period of time. In an alternative protocol, the
progestogen
     is provided at a lower level substantially throughout the period of
     administration of gonadotropin hormone releasing hormone
composition and
     estrogenic composition. An effective amount of the androgenic
hormone is

L10  ANSWER 26 OF 37  USPATFULL
ACCESSION NUMBER:    93:83773  USPATFULL
TITLE:               Method for altering secretion of estrogens or
lipids in
                     mammals
INVENTOR(S):         Randall, Harris E., Somerset, NJ, United States
                     Cohen, Leonard A., Champaqua, NY, United States
PATENT ASSIGNEE(S):  American Health Foundation, Valhalla, NY, United
States
                     (U.S. corporation)

                     NUMBER             DATE
                     ----------------   ---------
PATENT INFORMATION:  US 5260283         19931109
APPLICATION INFO.:   US 1992-880538     19920519  (7)
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Nadler, John W.
LEGAL REPRESENTATIVE:  Felfe & Lynch
NUMBER OF CLAIMS:    7
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:  8 Drawing Figure(s); 8 Drawing Page(s)
LINE COUNT:          619
CAB  INDEXING IS AVAILABLE FOR THIS PATENT.
AB   Wheat bran fiber is used to alter the enterohepatic recirculation of
     estrogens leading to an increased fecal excretion of estrogens
together
     with a decrease in urinary excretion of estrogens. Increased lipid
     excretion is also found. Thus wheat bran fiber is useful to remove
     estrogen and lipid in mammals.

L10  ANSWER 25 OF 37  USPATFULL  (Continued)
     optionally provided over the first period of time.

L10  ANSWER 27 OF 37  USPATFULL
ACCESSION NUMBER:    93:39779  USPATFULL
TITLE:               Contraceptive methods and formulations for use
therein
INVENTOR(S):         Spicer, Darcy V., Pasadena, CA, United States
                     Pike, Malcolm C., Long Beach, CA, United States
PATENT ASSIGNEE(S):  University of Southern California, Los Angeles, CA,
                     United States (U.S. corporation)

                     NUMBER             DATE
                     ----------------   ---------
PATENT INFORMATION:  US 5211962         19930616
APPLICATION INFO.:   US 1991-684612     19910412  (7)
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Page, Thurman K.
ASSISTANT EXAMINER:  Arpuru, Carlos
LEGAL REPRESENTATIVE:  Robbins, Balgora, Berliner & Carson
NUMBER OF CLAIMS:    16
EXEMPLARY CLAIM:     1
LINE COUNT:          772
CAB  INDEXING IS AVAILABLE FOR THIS PATENT.
AB   Contraceptive devices which are effective for extended periods of
time
     are described, in the form of means for releasing an effective
amount of
     a gonadotropin hormone releasing hormone composition and means for
     releasing an effective amount of an estrogenic hormone over a first
     period of time, and means for releasing an effective amount of a
     progestogen for a second period of time, the second period of time
being
     substantially shorter than and running simultaneously with a
portion of
     the first period of time. The gonadotropin hormone releasing hormone
     composition is selected from gonadotropin hormone releasing hormone,
     gonadotropin hormone releasing hormone analogues, gonadotropin
hormone
     releasing hormone agonists, gonadotropin hormone releasing hormone
     antagonists and mixtures thereof. Contraceptive methods employing
the
     devices are also described.

177

09/508,648                                                Page 34

L10  ANSWER 29 OF 37  USPATFULL
ACCESSION NUMBER:    92:42764  USPATFULL
TITLE:    Pharmaceutical composition for treatment of
          osteoporosis
INVENTOR(S):    Nkuro, Tomoshi, Hyogo, Japan
                Aonuma, Shinichiro, Hyogo, Japan
                Ohara, Hiroyuki, Hyogo, Japan
PATENT ASSIGNEE(S):    Nippon Zoki Pharmaceutical Co., Ltd., Osaka, Japan
                       (non-U.S. corporation)

                        NUMBER        DATE
                        ------        ----
PATENT INFORMATION:     US 5118839    19920526
APPLICATION INFO.:      US 1990-603214  19901026  (7)

                        NUMBER        DATE
                        ------        ----
PRIORITY INFORMATION:   JP 1989-291141  19891026
DOCUMENT TYPE:          Utility
PRIMARY EXAMINER:       Rose, Shep K.
LEGAL REPRESENTATIVE:   Oliff & Berridge
NUMBER OF CLAIMS:       8
EXEMPLARY CLAIM:        1
LINE COUNT:             108
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A pharmaceutical composition for the treatment of osteoporosis
comprises
      an estrogen and a thyroid hormone as effective ingredients. By
using the
      estrogen in combination with the thyroid hormone, a more excellent
      activity of increasing bone ammut can be obtained than in the case
of
      administering the estrogen alone.

L10  ANSWER 30 OF 37  USPATFULL
ACCESSION NUMBER:    89:74171  USPATFULL
TITLE:    Method for treating male sexual dysfunction
INVENTOR(S):    Anderson, Jr., Wesley H., Gainesville, FL, United
                States
                Bodor, Nicholas S., Gainesville, FL, United States
                Simpkins, James W., Gainesville, FL, United States
PATENT ASSIGNEE(S):    University of Florida, Gainesville, FL, United
States
                       (U.S. corporation)

                        NUMBER        DATE
                        ------        ----
PATENT INFORMATION:     US 4863911    19890905
APPLICATION INFO.:      US 1986-932961  19860904  (6)
DOCUMENT TYPE:          Utility
PRIMARY EXAMINER:       Shen, Condle
LEGAL REPRESENTATIVE:   Dennsteter, Mary Katherine; Clarke, Dennis P.
NUMBER OF CLAIMS:       25
EXEMPLARY CLAIM:        1,14
NUMBER OF DRAWINGS:     7 Drawing Figure(s) 7 Drawing Page(s)
LINE COUNT:             1378
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    The invention provides a method for treating sexual dysfunction in
male
      mammals using a compound of the formula

      [S---EHC]                                              (I)

      or a non-toxic pharmaceutically acceptable salt thereof, wherein
[S] is
      an estrogen and [EHC] is the reduced, biomodifiable, blood-brain
      barrier-penetrating, lipoidal form of a
      dihydropyridine-pyridinium salt
      ionium salt redox carrier. Compositions for use in the subject
method are
      also disclosed. A preferred compound for use in the method and
      compositions is an estradiol derivative, namely,
      17.beta.-([1-methyl-1,4-
      dihydro-3-pyridinyl)carbonyloxy)estra-1,3,5(10)-trien-3-ol.

L10  ANSWER 28 OF 37  USPATFULL
ACCESSION NUMBER:    91:54556  USPATFULL
TITLE:    Method and kit to assay for steroid receptor
          functionality in cancerous cells
INVENTOR(S):    Spelsberg, Thomas C., Rochester, MN, United States
PATENT ASSIGNEE(S):    Mayo Foundation for Medical Education and Research,
                       Rochester, MN, United States (U.S. corporation)

                        NUMBER        DATE
                        ------        ----
PATENT INFORMATION:     US 3636417    19910709
APPLICATION INFO.:      US 1989-471085  19891103  (7)
DISCLAIMER DATE:        20061117
RELATED APPLN. INFO.:   Continuation of Ser. No. US 1987-40934, filed on
23 Apr
                        1987, now abandoned which is a
continuation-in-part of
                        Ser. No. US 1987-13648, filed on 11 Feb 1987, now
                        patented, Pat. No. US 4906464 which is a
                        continuation-in-part of Ser. No. US 1984-652293,
filed
                        on 19 Sep 1984, now abandoned
DOCUMENT TYPE:          Utility
PRIMARY EXAMINER:       Wuerer, Christine
LEGAL REPRESENTATIVE:   Merchant, Gould, Smith, Edell, Welter & Schmidt
NUMBER OF CLAIMS:       12
EXEMPLARY CLAIM:        1
NUMBER OF DRAWINGS:     11 Drawing Figure(s); 7 Drawing Page(s)
LINE COUNT:             946
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A method and a test kit for rapidly determining the presence of
functional cellular steroid receptors by assaying a tissue sample
for
      nuclear steroid or antisteroid binding is disclosed which comprises
      treating the tissue with collagenase, incubating the isolated cells
with
      a labelled steroid or a labelled antisteroid capable of complexing
said
      receptors and measuring the bound nuclear radioactivity and the DNA
of
      the isolated cellular nuclei.

L10  ANSWER 31 OF 37  USPATFULL
ACCESSION NUMBER:    89:69683  USPATFULL
TITLE:    In-vitro methods for identifying compositions
which are
          agonists and antagonists of estrogens
INVENTOR(S):    Sonnenschein, Carlos, Boston, MA, United States
                Soto, Ana M., Boston, MA, United States
PATENT ASSIGNEE(S):    Trustees of Tufts College, Medford, MA, United
States
                       (U.S. corporation)

                        NUMBER        DATE
                        ------        ----
PATENT INFORMATION:     US 4859585    19890822
APPLICATION INFO.:      US 1986-933249  19860417  (6)
DOCUMENT TYPE:          Utility
PRIMARY EXAMINER:       Kepplinger, Esther M.
ASSISTANT EXAMINER:     Saunders, David A.
LEGAL REPRESENTATIVE:   Frankken, David
NUMBER OF CLAIMS:       13
EXEMPLARY CLAIM:        1
NUMBER OF DRAWINGS:     6 Drawing Figure(s); 6 Drawing Page(s)
LINE COUNT:             1256
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    The present invention provides the general protocols by which a
      substance may be identified and characterized as an estrogen agonist
      and/or an estrogen antagonist. The protocols are in-vitro methods
which
      utilize estrogen dependent cells in culture and a medium comprising
an
      inhibitor endogenous to the sera of adult human which is able to
      prevent the proliferation of cultured cells in-vitro. The
methodology is
      rapid, reproducible, accurate and provides the major advantage of
being
      able to screen large numbers of substances for their primary or
      secondary side effects in a large variety of medical and
environmental
      applications.

178

09/508,648                                                    Page 35

L18  ANSWER 32 OF 37  USPATFULL
ACCESSION NUMBER:      99:61090  USPATFULL
TITLE:                 Compositions and methods of effecting contraception
                       utilizing melatonin
INVENTOR(S):           Cohen, Michael, Voorscaat, Netherlands
PATENT ASSIGNEE(S):    Applied Medical Research, Washington, DC, United
                       States
                       (U.S. corporation)

                          NUMBER         DATE
                          ------         ----
PATENT INFORMATION:
APPLICATION INFO.:     US 4155305     19690606
                       US 1967-29329  19670323  (7)
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Robinson, Douglas W.
ASSISTANT EXAMINER:    Lipovsky, Joseph A.
LEGAL REPRESENTATIVE:  Bernard, Rothwell & Brown
NUMBER OF CLAIMS:      36
EXEMPLARY CLAIM:       1
NUMBER OF DRAWINGS:    4 Drawing Figure(s) 4 Drawing Page(s)
LINE COUNT:            609
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      A method of effecting contraception in human females comprises
        administering an ovulation-inhibiting amount of melatonin.
Optionally,
        the melatonin is administered in combination with a progestogen
and/or
        an estrogen. The administration of melatonin also provides a method
of
        preventing breast cancer in women.

L18  ANSWER 33 OF 37  USPATFULL
ACCESSION NUMBER:      99:12096  USPATFULL
TITLE:                 Nuclear binding assay for steroid receptor
                       functionality in cancerous cells
INVENTOR(S):           Spelsberg, Thomas C., Rochester, MN, United States
PATENT ASSIGNEE(S):    Mayo Foundation for Medical Education and Research,
                       Rochester, MN, United States (U.S. corporation)

                          NUMBER         DATE
                          ------         ----
PATENT INFORMATION:    US 4806464     19690221
APPLICATION INFO.:     US 1987-13640  19870221  (7)
RELATED APPLN. INFO.:  Continuation-in-part of Ser. No. US 1984-662295,
Filed                  on 19 Sep 1984, now patented, Pat. No. US 4711056
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Wachter, Christina M.
LEGAL REPRESENTATIVE:  Merchant, Gould, Smith, Edell, Welter & Schmidt
NUMBER OF CLAIMS:      27
EXEMPLARY CLAIM:       1
NUMBER OF DRAWINGS:    11 Drawing Figure(s) 7 Drawing Page(s)
LINE COUNT:            862
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      A method for rapidly determining the presence of functional cellular
        steroid receptors by assaying a tissue sample for nuclear steroid or
        antisteroid binding is disclosed which comprises treating the tissue
        with collagenase, incubating the isolated cells with a labelled
steroid
        or a labelled antisteroid compounds of determining said receptors and
        measuring the bound nuclear radioactivity and the RNA of the
isolated
        cellular nuclei.

L18  ANSWER 34 OF 37  USPATFULL
ACCESSION NUMBER:      87:54362  USPATFULL
TITLE:                 Nuclear binding assay for steroid receptor
                       functionality in cancerous cells
INVENTOR(S):           Spelsberg, Thomas C., Rochester, MN, United States
PATENT ASSIGNEE(S):    Mayo Medical Resources, Rochester, MN, United
                       States
                       (U.S. corporation)

                          NUMBER         DATE
                          ------         ----
PATENT INFORMATION:
APPLICATION INFO.:     US 4711056     19871208
                       US 1984-662295 19840919  (6)
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Wachter, Christina M.
LEGAL REPRESENTATIVE:  Merchant, Gould, Smith, Edell, Welter & Schmidt
NUMBER OF CLAIMS:      18
EXEMPLARY CLAIM:       1
NUMBER OF DRAWINGS:    11 Drawing Figure(s) 7 Drawing Page(s)
LINE COUNT:            429
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      A method for rapidly determining the presence of functional cellular
        steroid receptors by assaying a tissue sample for nuclear steroid
        binding is disclosed which comprises treating the tissue with
        collagenase, incubating the isolated cells with a labelled steroid
        compound of complexing said receptors and measuring the bound
        radioactivity and the RNA of the isolated cellular nuclei.

L18  ANSWER 35 OF 37  USPATFULL
ACCESSION NUMBER:      86:17033  USPATFULL
TITLE:                 Method and compositions for weight control
INVENTOR(S):           Bober, Nicholas E., Gainesville, FL, United States
PATENT ASSIGNEE(S):    University of Florida, Gainesville, FL, United
                       States
                       (U.S. corporation)

                          NUMBER         DATE
                          ------         ----
PATENT INFORMATION:
APPLICATION INFO.:     US 4617398     19861014
                       US 1985-780110  19850927  (6)
DOCUMENT TYPE:         Utility
PRIMARY EXAMINER:      Robinson, Douglas W.
LEGAL REPRESENTATIVE:  Rosenblatt, Mary Katherine; Clarke, Dennis P.
NUMBER OF CLAIMS:      27
EXEMPLARY CLAIM:       1
NUMBER OF DRAWINGS:    4 Drawing Figure(s) 4 Drawing Page(s)
LINE COUNT:            1369
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB      The invention provides a method for controlling mammalian body
weight
        using a compound of the formula

        [B-BHC]                                                       (I)

        or a non-toxic pharmaceutically acceptable salt thereof, wherein
(B) is
        an estrogen and [BHC] is the reduced, biomodifiable, blood-brain
barrier
        penetrating, lipoidal form of a
dihydropyridine-pyridinium
        salt redox carrier. Novel compositions for weight control
comprising a
        compound of formula (I) or its salt are also disclosed. A preferred
        compound for use in the subject method and compositions is an
estradiol
        derivative, namely, 17_.beta.-[[(1-methyl-1,4-dihydro-3-
        pyridinyl)carbonyl]oxy]estra-1,3,5(10)-trien-3-ol.

09/508,648                                                      Page 36

L18 ANSWER 36 OF 37 USPATFULL
ACCESSION NUMBER:  03:13608 USPATFULL
TITLE:  Preparation of directly iodinated steroid hormones
and
        related compounds
INVENTOR(S):  Zakharova, Yelizaveta, 3025 Golf Rd., Evanston, IL,
              United States 60203

PATENT INFORMATION:
                        NUMBER          DATE
APPLICATION INFO.:   US 6321208       19920325
APPLICATION INFO.:   US 1976-727284   19760927  (S)
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Roberts, Elbert L.
LEGAL REPRESENTATIVE: Thomas, Bruce E.
NUMBER OF CLAIMS:    16
SUMMARY CLAIM:       1
NUMBER OF DRAWINGS:  1 Drawing Figure(s); 1 Drawing Page(s)
LINE COUNT:          377
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   A process for the direct iodination of steroids and steroid
     hormones is
        the presence of hydrogen peroxide or chloramine-T is disclosed. The
        antiquinity and the specific receptor binding of directly iodinated
        estradiol 17-beta is identical to tritiated estradiol 17-beta.

L18 ANSWER 37 OF 37 USPATFULL
ACCESSION NUMBER:  73:3118 USPATFULL
TITLE:  COMPOSITIONS FOR TOPICAL APPLICATION FOR ENHANCING
        TISSUE PENETRATION OF PHYSIOLOGICALLY ACTIVE AGENTS
        WITH DMSO
INVENTOR(S):  Herschler, Robert John, Connor, WA, United States
PATENT ASSIGNEE(S):  Crown Zellerbach Corporation, San Francisco, CA,
United
        States (U.S. corporation)

PATENT INFORMATION:
                        NUMBER          DATE
APPLICATION INFO.:   US 3711602       19730116
APPLICATION INFO.:   US 1970-81d897   19701030  (S)
DISCLOSURE DATE:     19671229
RELATED APPLN. INFO.: Continuation-in-part of Ser. No. US 1968-753231,
filed
        on 16 Aug 1968, now abandoned which is a
        continuation-in-part of Ser. No. US 1963-329151,
filed
        on 8 Dec 1963, now abandoned
DOCUMENT TYPE:       Utility
PRIMARY EXAMINER:    Rose, Shep K.
LEGAL REPRESENTATIVE: Bortner Corwin R.; Howard; Robert E.
NUMBER OF CLAIMS:    11
LINE COUNT:          700
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   Compositions for topical application for enhancing tissue
     penetration of
        physiologically active agents with dimethyl sulfoxide (DMSO). Such
        agents include physiologically active steroids, antineoplastic
agents,
        antigens, antihistaminic agents, neuropharmacologic agents,
        antiinflammatory agents, anticoagulants, vasodilators, ultra-violet
        screening agents and nutrients. Such compositions, which may be in
the
        form of lotions, ointments and suppositories, include the
        physiologically active agent, at least 10% by weight of DMSO and a
        pharmaceutically acceptable thickening agent. Liquid formulations
for
        topical application of DMSO and the physiologically active agent in
        spray containers are also provided.

180

09/508,648                                    Page 37

```
=> d his

     (FILE 'HOME' ENTERED AT 13:02:45 ON 26 JAN 2001)

     FILE 'MEDLINE' ENTERED AT 13:02:53 ON 26 JAN 2001
                    E GESTAGEN+ALL/CT
                    E GESTAGENS+ALL/CT
L1        5047 S E2
                    E ESTROGENS+ALL/CT
L2       80967 S E23+NT/CT
L3        2451 S L1 AND L2
L4        1393 S L1(L)TU
L5        8055 S L2(L)TU
L6         601 S L4 AND L5
L7          73 S L6 AND CONTRACEPT?

     FILE 'REGISTRY' ENTERED AT 13:06:53 ON 26 JAN 2001
L8           4 S PROGESTERONE/CN OR CHLORMADIONE ACETATE/CN OR
NORETHISTERONE
L9           5 S PROGESTERONE/CN OR CHLORMADINONE ACETATE/CN OR
NORETHISTERONE
L10          5 S PROGESTERONE/CN OR CHLORMADINONE/CN OR NORETHISTERONE
ACETATE
                    SEL RN 1-

     FILE 'MEDLINE' ENTERED AT 13:09:00 ON 26 JAN 2001
L11      27165 S E1-E5
L12          6 S L11 AND L7

     FILE 'USPATFULL' ENTERED AT 13:11:41 ON 26 JAN 2001
L13       4203 S PROGESTERONE OR CHLORMADINONE OR NORETHISTERONE ACETATE OR
CY

     FILE 'REGISTRY' ENTERED AT 13:13:11 ON 26 JAN 2001
L14          2 S ETHINYL ESTRADIOL/CN OR MESTRANOL/CN OR ESTRADIOL/CN

     FILE 'USPATFULL' ENTERED AT 13:14:02 ON 26 JAN 2001
L15        337 S L13 AND L14
L16        122 S L15 AND CONTRACEPT?
L17         69 S L16 NOT PY>=1997
L18         37 S L15 AND BREAST CANCER?
```

09/508,648

L3   ANSWER 1 OF 30   CAPLUS   COPYRIGHT 2002 ACS
ACCESSION NUMBER: 1997:134299 CAPLUS
DOCUMENT NUMBER: 126:134374
TITLE:        The effects of a new low-dose combined oral
              contraceptive containing levonorgestrel on
              ovarian activity
AUTHOR(S):    Tuinmans, A.; Martens, M.; Bordeesch, C.; Petersen,
              G.; Larkowski, B.
CORPORATE SOURCE: Klinikum Nordofienburg, Radnight Laboratories.
              Hamburg, Germany
SOURCE:       Eur. J. Contracept. Reprod. Health Care (1994), 1(3),
              248-256
              CODEN: ECRCFK; ISSN: 1362-5187
PUBLISHER:    Parthenon Publishing
DOCUMENT TYPE: Journal
LANGUAGE:     English
AB:   The study was designed to evaluate the effects of a new low-dose
      monophasic combined oral contraceptive (100 .mu.g
      levonorgestrel/20 .mu.g ethinylestradiol) on ovarian activity. This was
      an open-label study in 15 healthy female volunteers. After an ovulatory
      pretreatment cycle, subjects were treated for three consecutive cycles. 13
      completed the study and two dropped out. In ten females, various degrees
      of ovarian activity were characterized, mainly in the second and third
      treatment cycle. In eight cases follicle-like structures either persisted
      or developed throughout the pill-free interval, growing up to luteinized
      unruptured follicles or cyst-like structures that reduced their size or
      disappeared in the following treatment cycle. Ovarian follicular activity
      was significantly suppressed during treatment with levonorgestrel 100
      .mu.g/ethinylestradiol 20 .mu.g. Similarly, endogenous ovarian steroid
      prods. was almost uniformly decreased. A "discoor." of ovarian and
      endometrial development was also seen during this therapy.
TI:   The effects of a new low-dose combined oral contraceptive
      containing levonorgestrel on ovarian activity
AB:   The study was designed to evaluate the effects of a new low-dose
      monophasic combined oral contraceptive (100 .mu.g
      levonorgestrel/20 .mu.g ethinylestradiol) on ovarian activity. This was
      an open-label study in 15 healthy female volunteers. After an ovulatory
      pretreatment cycle, subjects were treated for three consecutive cycles. 13
      completed the study and two dropped out. In ten females, various degrees
      of ovarian activity were characterized, mainly in the second and third
      treatment cycle. In eight cases follicle-like structures either persisted
      or developed throughout the pill-free interval, growing up to luteinized
      unruptured follicles or cyst-like structures that reduced their size or
      disappeared in the following treatment cycle. Ovarian follicular activity
      was significantly suppressed during treatment with levonorgestrel 100
      .mu.g/ethinylestradiol 20 .mu.g. Similarly, endogenous ovarian steroid
      prods. was almost uniformly decreased. A "discoor." of ovarian and
      endometrial development was also seen during this therapy.
ST:   oral contraceptive levonorgestrel ovary
IT:   Endometrium (uterus)
      (ovary follicle and endometrial morphol. and steroid prods. after
      administration of low-dose combined oral contraceptive contg.
      levonorgestrel)
IT:   Oral contraceptives
IT:   Ovarian follicle

L3   ANSWER 1 OF 30   CAPLUS   COPYRIGHT 2002 ACS   (Continued)
      Ovulation
      (ovary follicle morphol. and steroid prods. after administration of
      low-dose combined oral contraceptive contg. levonorgestrel)
IT   18-20-3, Estradiol, biological studies   57-63-6, present
      biological studies   2002-67-0, LH   8002-68-0, FSH
      RL: BPR (Biological property); BIOL (Biological study); PROC (Process)
      (ovary follicle morphol. and steroid prods. after administration of
      low-dose combined oral contraceptive contg. levonorgestrel)
IT   30360-37-3, Ethinylestradiol-levonorgestrel mixt.
      RL: THU (Therapeutic use); BIOL (Biological study); USES (Uses)
      (ovary follicle morphol. and steroid prods. after administration of
      low-dose combined oral contraceptive contg. levonorgestrel)

L3   ANSWER 2 OF 30   CAPLUS   COPYRIGHT 2002 ACS
ACCESSION NUMBER: 1996:715526 CAPLUS
DOCUMENT NUMBER: 126:54614
TITLE:        Inhibition of ovulation by an oral
              contraceptive containing 100 .mu.g
              levonorgestrel in combination with 20 .mu.g
              ethinylestradiol
AUTHOR(S):    Spona, J.; Feichtinger, W.; Zinkernann, Ch.; Dusch,
              C.; Brill, K.
CORPORATE SOURCE: Lab 13, Endokrinolorhaum, Vienna, A-1190, Austria
SOURCE:       Contraception (1996), 54(5), 299-304
              CODEN: CCPTAY; ISSN: 0010-7624
PUBLISHER:    Elsevier
DOCUMENT TYPE: Journal
LANGUAGE:     English
AB:   Twenty-four healthy female volunteers with normal ovulatory cycles, aged
      between 20 and 34 yr (27.1.+-.4.3), were included in a single-center,
      non-comparative study to investigate the effect on inhibition of ovulation
      of an oral contraceptive contg. 100 .mu.g ethinylestradiol in
      combination with 100 .mu.g levonorgestrel. At baseline, during three
      treatment cycles and post-treatment, ultrasound. was used to examine the
      ovaries, to measure follicular size, and to measure the thickness of the
      endometrium. Serum levels of LH, FSH, estradiol, progesterone,
      total testosterone, free testosterone, SHBG, and CBG were also measured.
      Compared with treatment cycle 1, an increase in residual ovarian activity
      (follicle grades 4-5) was obsd. in cycles 2 and 3. Mean levels of LH,
      FSH, 17.beta.-estradiol and progesterone remained suppressed
      during treatment. No oocyte ovulation was obsd. during the treatment
      phase of the study and there were no progesterone. Ovulation was noted to
      return rapidly in the post-treatment cycle. Subjective and objective
      tolerance of the present regimen was noted to be good. Results indicate
      that the monophasic oral contraceptive contg. 100
      .mu.g levonorgestrel combined with 20 .mu.g ethinylestradiol effectively
      inhibits ovulation, providing adequate suppression of ovarian activity.
TI:   Inhibition of ovulation by an oral contraceptive containing 100
      .mu.g levonorgestrel in combination with 20 .mu.g ethinylestradiol
AB:   Twenty-four healthy female volunteers with normal ovulatory cycles, aged
      between 20 and 34 yr (27.1.+-.4.3), were included in a single-center,
      non-comparative study to investigate the effect on inhibition of ovulation
      of an oral contraceptive contg. 100 .mu.g ethinylestradiol in
      combination with 100 .mu.g levonorgestrel. At baseline, during three
      treatment cycles and post-treatment, ultrasound. was used to examine the
      ovaries, to measure follicular size, and to measure the thickness of the
      endometrium. Serum levels of LH, FSH, estradiol, progesterone,
      total testosterone, free testosterone, SHBG, and CBG were also measured.
      Compared with treatment cycle 1, an increase in residual ovarian activity
      (follicle grades 4-5) was obsd. in cycles 2 and 3. Mean levels of LH,
      FSH, 17.beta.-estradiol and progesterone remained suppressed
      during treatment. No oocyte ovulation was obsd. during the treatment
      phase of the study and there were no progesterone. Ovulation was noted to
      return rapidly in the post-treatment cycle. Subjective and objective
      tolerance of the present regimen was noted to be good. Results indicate
      that the monophasic oral contraceptive contg. 100
      .mu.g levonorgestrel combined with 20 .mu.g ethinylestradiol effectively
      inhibits ovulation, providing adequate suppression of ovarian activity.
ST:   ovulation inhibition levonorgestrel ethinylestradiol oral
      contraceptive
IT:   Endometrium (uterus)
      Oral contraceptives
      Ovarian follicle
      Ovary

L3   ANSWER 2 OF 30   CAPLUS   COPYRIGHT 2002 ACS   (Continued)
      Ovulation
      (ovulation inhibition by levonorgestrel-ethinylestradiol oral
      contraceptive in women)
IT   Sex hormone-binding globulin
      Transcortin
      (ovulation inhibition by levonorgestrel-ethinylestradiol oral
      contraceptive in women)
IT   30360-37-3, Levonorgestrel-ethinylestradiol mixt.
      RL: BOC (Biological activity or effect, except adverse); THU
      (Therapeutic use); BIOL (Biological study); USES (Uses)
      (ovulation inhibition by levonorgestrel-ethinylestradiol oral
      contraceptive in women)
IT   56-28-2, Estradiol, biological studies   57-83-0, progesterone,
      biological studies   56-22-0, Testosterone   9002-67-9, LH   9002-68-0,
      FSH
      RL: BPR (Biological process); BIOL (Biological study); PROC (Process)
      (ovulation inhibition by levonorgestrel-ethinylestradiol oral
      contraceptive in women)

09/508,648

L3    ANSWER 3 OF 30 CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:    1996:292141 CAPLUS
DOCUMENT NUMBER:     124:133343
TITLE:               Utilization patterns of oral contraceptives
                     in UK general practice
AUTHOR(S):           Farmer, Richard D. T.; Lawrenson, Anne
CORPORATE SOURCE:    Charing Cross and Westminster Medical School, Chelsea
                     and Westminster Hospital, London, SW10 9NH, UK
SOURCE:              Contraception (1996), 53(4), 211-216
                     CODEN: CCPTAY; ISSN: 0010-7824
DOCUMENT TYPE:       Journal
LANGUAGE:            English

L3    ANSWER 3 OF 30 CAPLUS  COPYRIGHT 2002 ACS    (Continued)

L3    ANSWER 4 OF 30 CAPLUS  COPYRIGHT 2002 ACS    (Continued)
ACCESSION NUMBER:    1996:160175 CAPLUS
DOCUMENT NUMBER:     124:220769
TITLE:               Interaction of oral contraceptive use with
                     the effects of age, exercise habits and other
                     cardiovascular risk modifiers on metabolic risk
                     markers
AUTHOR(S):           Godsland, Ian F.
CORPORATE SOURCE:    Wynn Institute Metabolic Research, London, NW3 3RQ, UK
SOURCE:              Contraception (1996), 53(1), 9-16
                     CODEN: CCPTAY; ISSN: 0010-7824
DOCUMENT TYPE:       Journal
LANGUAGE:            English

183

09/508,648

L3    ANSWER 5 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:      1996:3300 CAPLUS
DOCUMENT NUMBER:       124:15838
TITLE:                 Hemostatic effects of two oral contraceptives
                       containing low doses of ethinyl estradiol and either
                       gestodene or norgestimate: An open, randomized,
                       parallel-group study
AUTHOR(S):             Thaler, Ulrich H.; Oberhoff, C.; Bier, U.; Schindler,
                       A.E.; Düllen, B.
CORPORATE SOURCE:      Center Obstetrics and Gynecology, University Hospital
                       Essen, Essen, Germany
SOURCE:                Int. J. Fertil. Menopausal Stud. (1995), 40(4), 200-8
                       CODEN: IFMSFF  ISSN: 1040-3130
DOCUMENT TYPE:         Journal
LANGUAGE:              English

L3    ANSWER 6 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:      1996:166405 CAPLUS
DOCUMENT NUMBER:       123:374234
TITLE:                 Relationships between blood pressure, oral
                       contraceptive use and metabolic risk markers
                       for cardiovascular disease
AUTHOR(S):             Godsland, Ian F.; Crook, David; Devenport, Manssor
                       Wynn, Victor
CORPORATE SOURCE:      Wynn Institute, London, WP6 9RQ,
                       UK
SOURCE:                Contraception (1995), 52(3), 143-9
                       CODEN: CCPTAY  ISSN: 0010-7824
DOCUMENT TYPE:         Journal
LANGUAGE:              English

184

09/508,648

L3  ANSWER 1 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER: 1995:703049 CAPLUS
DOCUMENT NUMBER:
TITLE:  The effect of monophasic combinations of
        ethynyl estradiol and norethindrone on gonadotropin,
        androgens and sex hormone binding globulin: a
        randomized trial
AUTHOR(S):  Newton, Dana Smith, Shannon Esser, Howard
CORPORATE SOURCE:  School of Medicine, Johns Hopkins University,
        Baltimore, MD, USA
SOURCE:  Contraception (1995), Volume Date 1995, 52(2), 105-9
        CODEN: CEPTAI; ISSN: 0010-7824
DOCUMENT TYPE:  Journal
LANGUAGE:  English
AB  The effects of different monophasic combinations of ethynyl
    estradiol and norethindrone on FSH, LH, sex hormone binding globulin,
    total testosterone, androstenedione, and dehydroepiandrosterone sulfate
    levels in non-obese, non-hirsute women were compared. Retrospective anal.
    of frozen serum from a prospective randomized trial in which women
    received one of three oral contraceptive pills monly. ethynyl
    estradiol 50 .mu.g/norethindrone 1 mg, ethynyl estradiol 35
    .mu.g/norethindrone 1 mg or ethynyl estradiol 35 .mu.g/norethindrone 0.5 mg
    for six cycles was conducted. Blood samples were obtained prior to
    treatment and during the third, sixth and ninth pill cycles. Ethynyl
    estradiol 50 .mu.g/norethindrone 1 mg and ethynyl estradiol 35
    .mu.g/norethindrone 1 mg suppressed FSH, LH, and total testosterone and
    increased sex hormone binding globulin to a similar degree. Ethynyl
    estradiol 35 .mu.g/norethindrone 0.5 mg resulted in less suppression of
    FSH, LH, and total testosterone, but greater elevation of sex hormone
    binding globulin. Dehydroepiandrosterone sulfate was suppressed to a
    similar degree with ethynyl estradiol 35 .mu.g/norethindrone 1 mg and
    ethynyl estradiol 35 .mu.g/norethindrone 0.5 mg, but ethynyl estradiol 50
    .mu.g/norethindrone 1 mg resulted in the least suppression of
    dehydroepiandrosterone sulfate. Ethynyl estradiol 35 .mu.g/norethindrone 1 mg
    caused greater suppression of androstenedione than did the other two
    oral contraceptives. Oral contraceptive-induced
    changes in gonadotropins, androgens, and sex hormone binding globulin can
    be predicted by considering the relative amts. of estrogen and
    progestin in the pill. When combined with 1 mg of norethindrone,
    50 .mu.g of ethynyl estradiol did not result in greater suppression of
    FSH, LH, or total testosterone or in greater elevation of sex hormone
    binding globulin than did 35 .mu.g of ethynyl estradiol.
TI  The effect of monophasic combinations of ethynyl estradiol and
    norethindrone on gonadotropin, androgens and sex hormone binding
    globulin: a randomized trial
AB  The effects of different monophasic combinations of ethynyl
    estradiol and norethindrone on FSH, LH, sex hormone binding globulin,
    total testosterone, androstenedione, and dehydroepiandrosterone sulfate
    levels in non-obese, non-hirsute women were compared. Retrospective anal.
    of frozen serum from a prospective randomized trial in which women
    received one of three oral contraceptive pills monly. ethynyl
    estradiol 50 .mu.g/norethindrone 1 mg, ethynyl estradiol 35
    .mu.g/norethindrone 1 mg or ethynyl estradiol 35 .mu.g/norethindrone 0.5 mg
    for six cycles was conducted. Blood samples were obtained prior to
    treatment and during the third, sixth and ninth pill cycles. Ethynyl
    estradiol 50 .mu.g/norethindrone 1 mg suppressed FSH, LH, and total testosterone and

L3  ANSWER 1 OF 30  CAPLUS  COPYRIGHT 2002 ACS  (Continued)
    increased sex hormone binding globulin to a similar degree. Ethynyl
    estradiol 35 .mu.g/norethindrone 0.5 mg resulted in less suppression of
    FSH, LH, and total testosterone, but greater elevation of sex hormone
    binding globulin. Dehydroepiandrosterone sulfate was suppressed to a
    similar degree with ethynyl estradiol 35 .mu.g/norethindrone 1 mg and
    ethynyl estradiol 35 .mu.g/norethindrone 0.5 mg, but ethynyl estradiol 50
    .mu.g/norethindrone 1 mg resulted in the least suppression of
    dehydroepiandrosterone sulfate. Ethynyl estradiol 35 .mu.g/norethindrone 1 mg
    caused greater suppression of androstenedione than did the other two
    oral contraceptives. Oral contraceptive-induced
    changes in gonadotropins, androgens, and sex hormone binding globulin can
    be predicted by considering the relative amts. of estrogen and
    progestin in the pill. When combined with 1 mg of norethindrone,
    50 .mu.g of ethynyl estradiol did not result in greater suppression of
    FSH, LH, or total testosterone or in greater elevation of sex hormone
    binding globulin than did 35 .mu.g of ethynyl estradiol.
IT  ethynylestradiol norethindrone contraceptive gonadotropin
    androgen SHBG

L3  ANSWER 2 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER: 1994:617129 CAPLUS
DOCUMENT NUMBER: 121:271126
TITLE:  A comparison of the effects of two monophasic
        low dose oral contraceptives on the
        inhibition of ovulation
AUTHOR(S):  Fitzgerald, C.; Feichtinger, W.; Spona, J.; Elstein,
        M.; Loudoin, P.; Mueller, U.; Williams, C.
CORPORATE SOURCE:  Dep. of Obstet. Gynaecol., Univ. Hosp. South,
        Manchester, UK
SOURCE:  Adv. Contracept. (1994), 10(1), 5-18
        CODEN: ADCOE5; ISSN: 0267-4874
DOCUMENT TYPE:  Journal
LANGUAGE:  English
AB  Fifty-three women were randomly allocated to one of two combined low-dose
    monophasic oral contraceptives (20 .mu.g ethynyl
    estradiol with 75 .mu.g gestodene or 30 .mu.g ethynyl estradiol with 150
    .mu.g desogestrel). The ability of these formulations to inhibit
    ovulation was compared using hormonal parameters and ovarian ultrasound.
    The effects on three treated cycles were compared with pre- and
    post-treatment cycles. No ovulations occurred in either group during
    therapy. Twenty-one percent of women were dried. In three women no
    follicle-like structure accompanied by raised serum estradiol in at least
    one treatment cycle. No significant differences between the two groups
    were demonstrated on residual ovarian function. The secretion of
    estradiol and progesterone was significantly reduced throughout
    all three treatment cycles. Mean LH and FSH concns. were comparable with
    both treatments. A secondary anal. of cycle control and tolerance was
    undertaken. Significantly less bleeding was seen in the gestodene group
    during cycle 2. There were no differences between the two treatments with
    respect to the other cycle control parameters. Approx. half the women
    recorded intracyclic bleeding during the first treatment cycle. This
    improved during cycles 2 and 3. Both formulations were tolerated well.
TI  A comparison of the effects of two monophasic low dose oral
    contraceptives on the inhibition of ovulation
AB  Fifty-three women were randomly allocated to one of two combined low-dose
    monophasic oral contraceptives (20 .mu.g ethynyl
    estradiol with 75 .mu.g gestodene or 30 .mu.g ethynyl estradiol with 150
    .mu.g desogestrel). The ability of these formulations to inhibit
    ovulation was compared using hormonal parameters and ovarian ultrasound.
    The effects on three treated cycles were compared with pre- and
    post-treatment cycles. No ovulations occurred in either group during
    therapy. Twenty-one percent of women were dried. In three women no
    follicle-like structure accompanied by raised serum estradiol in at least
    one treatment cycle. No significant differences between the two groups
    were demonstrated on residual ovarian function. The secretion of
    estradiol and progesterone was significantly reduced throughout
    all three treatment cycles. Mean LH and FSH concns. were comparable with
    both treatments. A secondary anal. of cycle control and tolerance was
    undertaken. Significantly less bleeding was seen in the gestodene group
    during cycle 2. There were no differences between the two treatments with
    respect to the other cycle control parameters. Approx. half the women
    recorded intracyclic bleeding during the first treatment cycle. This
    improved during cycles 2 and 3. Both formulations were tolerated well.
IT  Menstruation disorder
    (after ethynylestradiol-desogestrel and -gestodene mixt.
    contraception, in women)
IT  Ovary
    (morphol. of, oral contraceptive effect on, in women)
IT  Contraceptives

L3  ANSWER 2 OF 30  CAPLUS  COPYRIGHT 2002 ACS  (Continued)
IT  71132-26-7, Mercilon  109862-81-8, Ethinylestradiol-gestodene mixt.
    RL: BIOL (Biological study)
    (as contraceptives, in women)
IT  50-28-2, Estradiol, biological studies  57-83-0, Progesterone,
    biological studies  9002-67-9, LH  9002-68-0, FSH
    RL: BIOL (Biological study)
    (secretion of, ethynylestradiol-desogestrel and -gestodene mixts.
    effect on, in women)

185

09/508,648

L3    ANSWER 9 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:    1991:241142  CAPLUS
DOCUMENT NUMBER:    120:241591
TITLE:    Does steroids do not alter melatonin secretion in the
    human
AUTHOR(S):    Wolfe, Torsten M.; Beere, Stefan; Peak, Christiane;
    Schamroeber, Matthias; Olsson, James; Zimmermann, Ralf
    C.
CORPORATE SOURCE:    Inst. Born. Fertil. Res., Univ. Hamburg, Hamburg,
    2000/61, Germany
SOURCE:    Hum. Reprod. (1991), 9(1), 49-54
    CODEN NUMBER: ISSN: 0268-1161
DOCUMENT TYPE:    Journal
LANGUAGE:    English

09/508,648

L3   ANSWER 12 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:   1992:400961 CAPLUS
DOCUMENT NUMBER:    117:961
TITLE:              Update on the metabolic effects of steroidal contraceptives
AUTHOR(S):          Goodman?, Steven J.
CORPORATE SOURCE:   Med. Sch., Univ. Pennsylvania, Philadelphia, PA, USA
SOURCE:             Dimensional. Metab. Clin. North Am. (1991), 20(4), 911-33
                    CODEN: EMCAE; ISSN: 0019-4129
DOCUMENT TYPE:      Journal; General Review
LANGUAGE:           English

L3   ANSWER 13 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:   1992:220121 CAPLUS
DOCUMENT NUMBER:    116:220121
TITLE:              Contraceptives containing desogestrel or levonorgestrel have different effects on serum lipoproteins and post-heparin plasma lipase activities
AUTHOR(S):          Kauppinen-Makelie, Ritva; Nuasi, Timo; Ylikorkala, Olavi; Tikkanen, Matti J.
CORPORATE SOURCE:   3rd Dep. Med., Univ. Helsinki, Helsinki, Finland
SOURCE:             Clin. Endocrinol. (Oxford) (1992), 36(2), 203-9
                    CODEN: CLEND; ISSN: 0300-0664
DOCUMENT TYPE:      Journal
LANGUAGE:           English

L3   ANSWER 13 OF 30  CAPLUS  COPYRIGHT 2002 ACS   (Continued)

L3   ANSWER 13 OF 30  CAPLUS  COPYRIGHT 2002 ACS   (Continued)

09/508,648

09/508,648

L3  ANSWER 16 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:      1991:601822  CAPLUS
DOCUMENT NUMBER:       115:1823
TITLE:                 A comparative study of the effects of a
                       monophasic and a triphasic oral
                       contraceptive containing ethinyl estradiol and
                       levonorgestrel on lipid and lipoprotein metabolism
AUTHOR(S):             Lutz, Nina F. H.; Ng, Charles F. A.; Ramsinn, G.;
                       Baidh, Kumar Ratnam, Khan K.
CORPORATE SOURCE:      Dep. Obstet. Gynaecol., Natl. Univ. Singapore,
                       Singapore, Singapore
SOURCE:                Contraception (1990), 42(6), 535-54
                       CODEN: CCPTAY  ISSN: 0010-7824
DOCUMENT TYPE:         Journal
LANGUAGE:              English
AB                     The effects of a monophasic and a triphasic oral
                       contraceptive comp. ethinylestradiol (EE) and levonorgestrel
                       (LNG) on lipid and lipoprotein metab. were exand. in women under the WHO
                       Special Program of Research in Human Reprodn. The women were randomly
                       allocated to one of the 2 pill groups: a triphasic prepn. contg. low doses
                       of LNG and EE in various proportions and a monophasic prepn. of
                       150 mcg LNG and 30 mcg EE. Samples, however, owing to use introuterine
                       devices, were recruited as controls. Blood samples were taken at
                       admission, and at 3 mo and 12 mo thereafter. For both pill groups, total
                       cholesterol decreased with the duration of use, while high-d. lipoprotein
                       (HDL) cholesterol decreased slightly at 3 mo and thereafter increased.
                       Low-d. lipoproteins (LDL) cholesterol decreased slightly at 3 mo,
                       returning to baseline at 12 mo for the monophasic group, while
                       remaining unchanged at 12 mo for the triphasic group. The
                       monophasic prepn. appeared to lower total, LDL and HDL
                       cholesterol to a greater extent as compared to the triphasic prepn.
                       Compared with IUD users, for the monophasic group, both total
                       and HDL cholesterol were lower at 3 mo and HDL and LDL cholesterols were
                       lower at 12 mo. In addn. ratios of HDL cholesterol/LDL cholesterol and
                       HDL cholesterol/total cholesterol were lower at 12 mo. Changes in
                       triglycerides were minimal for both pill groups. These results indicate
                       that these changes are related to the dosage and estrogen-
                       progestogen ratio of the prepn. Furthermore, the
                       monophasic prepn. may have a disadvantage over the triphasic
                       prepn. since it appears to cause more disturbances in lipid metab.
                       However, it is noted that these changes in lipids and lipoproteins were
                       minimal and did not appear to be of any clin. significance.
TI                     A comparative study of the effects of a monophasic and a
                       triphasic oral contraceptive containing ethinyl estradiol and
                       levonorgestrel on lipid and lipoprotein metabolism
AB                     The effects of a monophasic and a triphasic oral
                       contraceptive contg. ethinylestradiol (EE) and levonorgestrel
                       (LNG) on lipid and lipoprotein metab. were examd. in women under the WHO
                       Special Program of Research in Human Reprodn. The women were randomly
                       allocated to one of the 2 pill groups: a triphasic prepn. contg. low doses
                       of LNG and EE in various proportions and a monophasic prepn. of
                       150 mcg LNG and 30 mcg EE. Admnl. women, choosing to use introuterine
                       devices, were recruited as controls. Blood samples were taken at
                       admission, and at 3 and 12 mo thereafter. For both pill groups, total
                       cholesterol decreased with the duration of use, while high-d. lipoproteins
                       (HDL) cholesterol decreased slightly at 3 mo and thereafter increased.
                       Low-d. lipoproteins (LDL) cholesterol decreased slightly at 3 mo,

L3  ANSWER 16 OF 30  CAPLUS  COPYRIGHT 2002 ACS  (Continued)
                       returning to baseline at 12 mo for the monophasic group, while
                       remaining unchanged at 12 mo for the triphasic group. The
                       monophasic prepn. appeared to lower total, LDL and HDL
                       cholesterol to a greater extent as compared to the triphasic prepn.
                       Compared with IUD users, for the monophasic group, both total
                       and HDL cholesterol were lower at 3 mo and HDL and LDL cholesterol were
                       lower at 12 mo. In addn. ratios of HDL cholesterol/LDL cholesterol and
                       HDL cholesterol/total cholesterol were lower at 12 mo. Changes in
                       triglycerides were minimal for both pill groups. These results indicate
                       that these changes are related to the dosage and estrogen-
                       progestogen ratio of the prepn. Furthermore, the
                       monophasic prepn. may have a disadvantage over the triphasic
                       prepn. since it appears to cause more disturbances in lipid metab.
                       However, it is noted that these changes in lipids and lipoproteins were
                       minimal and did not appear to be of any clin. significance.
ST                     oral contraceptive lipid lipoprotein metab ethinylestradiol
                       levonorgestrel lipid lipoprotein metab
IT                     Lipids, Biological studies
                       RL: BIOL (Biological study)
                         (of blood, in oral contraceptive use in women)
IT                     Lipoproteins
                       RL: BIOL (Biological study)
                         (high-d., cholesterol of, in oral contraceptive use in women)
IT                     Lipoproteins
                       RL: BIOL (Biological study)
                         (low-d., cholesterol of, in oral contraceptive use in women)
IT                     Contraceptives
                       RL: BIOL (Biological study)
                         (oral, lipids and lipoprotein metab. response to, in women)
IT                     53-16-7, Cholesterol, Biological studies
                       RL: BIOL (Biological study)
                         (of lipoprotein fractions, in blood plasma during oral
                         contraceptive use in women)

L3  ANSWER 17 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:      1990:165117  CAPLUS
DOCUMENT NUMBER:       113:165117
TITLE:                 Effects of ethinyl estradiol combined with desogestrel
                       and gestodene on glucose tolerance and
                       insulin response to an oral glucose load: a one-year
                       randomize, prospective, comparative trial
AUTHOR(S):             Jandrain, Bernard J.; Humblet, Dominique M. F.;
                       Jaminet, Christiane H.; Gaspard, Andre F.; Gaspard,
                       Ulysse J.; Lefebvre, Pierre J.
CORPORATE SOURCE:      Div. Diabetes Nutr. Metabolic Disorder, Liege, Belg.
SOURCE:                Am. J. Obstet. Gynecol. (1990), 163(1, Pt. 2), 378-81
                       CODEN: AJOGAH  ISSN: 0002-9378
DOCUMENT TYPE:         Journal
LANGUAGE:              English
AB                     To investigate the effects of 2 slightly estrogen-dominant,
                       monophasic, low-dose oral contraceptives on carbohydrate
                       metab., 40 healthy young women were randomly allocated to receive either
                       30 .mu.g of ethinylestradiol + 150 .mu.g of desogestrel, a
                       19-nortestosterone-derived progestin (Marvelon) or 30 .mu.g of
                       ethinylestradiol + 2 mg of gynestrene acetate, a 17-acetoxyprogesterone
                       deriv. (Minon-35) for a preoperative observation period of 1 yr. At
                       baseline, 6, and 12 mo, blood glucose, plasma insulin, and plasma
                       C-peptide levels were measured during an oral glucose tolerance test.
                       Although the changes were small (Marvelon) or minimal (Minon-35) at 6 mo,
                       both groups had a slight increase in blood glucose levels at 12 mo
                       overall glucose tolerance remaining, however, within the normal range.
                       Plasma insulin levels remained unchanged in the Minon-35 group, which
                       suggested increased insulin resistance, but were decreased in the Marvelon
                       group despite increases in plasma C-peptide levels. Comparison of plasma
                       C-peptide and insulin changes suggests enhanced pancreatic insulin
                       secretion and increased hepatic insulin metab. with both Marvelon and
                       Minon-35.
AB                     To investigate the effects of 2 slightly estrogen-dominant,
                       monophasic, low-dose oral contraceptives on carbohydrate
                       metab., 40 healthy young women were randomly allocated to receive either
                       30 .mu.g of ethinylestradiol + 150 .mu.g of desogestrel, a
                       19-nortestosterone-derived progestin (Marvelon) or 30 .mu.g of
                       ethinylestradiol + 2 mg of gynestrene acetate, a 17-acetoxyprogesterone
                       deriv. (Minon-35) for a preoperative observation period of 1 yr. At
                       baseline, 6, and 12 mo, blood glucose, plasma insulin, and plasma
                       C-peptide levels were measured during an oral glucose tolerance test.
                       Although the changes were small (Marvelon) or minimal (Minon-35) at 6 mo,
                       both groups had a slight increase in blood glucose levels at 12 mo
                       overall glucose tolerance remaining, however, within the normal range.
                       Plasma insulin levels remained unchanged in the Minon-35 group, which
                       suggested increased insulin resistance, but were decreased in the Marvelon
                       group despite increases in plasma C-peptide levels. Comparison of plasma
                       C-peptide and insulin changes suggests enhanced pancreatic insulin
                       secretion and increased hepatic insulin metab. with both Marvelon and
                       Minon-35.
ST                     oral contraceptive carbohydrate metab ethynylestradiol
                       desogestrel gynestrene carbohydrate metab glucose tolerance oral
                       contraceptive; insulin secretion oral contraceptive
                       progestogen oral contraceptive carbohydrate metab
IT                     Blood sugar
                         (oral contraceptive effect on, in women, progestogen
                         in relation to)
IT                     9004-10-8, Insulin, Biological studies
                       RL: BPN (Biological process); BIOL (Biological study); PROC (Process)
                         (metab. of, oral contraceptive effect on, in women,
                         progestogen in relation to)

L3  ANSWER 17 OF 30  CAPLUS  COPYRIGHT 2002 ACS  (Continued)
IT                     Carbohydrates and Sugars, Biological studies
                       RL: BPN (Biological process); BIOL (Biological study); PROC (Process)
                         (metab. of, oral contraceptive effect on, in women,
                         progestogen in relation to)
IT                     Blood sugar
                         (oral contraceptive effect on, in women, progestogen
                         in relation to)
IT                     9004-10-8, Insulin, Biological studies
                       RL: BPN (Biological process); BIOL (Biological study); PROC (Process)
                         (metab. of, oral contraceptive effect on, in women,
                         progestogen in relation to)
IT                     69112-00-9, C-Peptide
                       RL: BIOL (Biological study)
                         (of blood plasma, oral contraceptive effect on, in women,
                         progestogen in relation to)
IT                     427-51-0, Gynestrene acetate  54024-22-5, Desogestrel
                       RL: BIOL (Biological study)
                         (oral contraceptives contg., carbohydrate metab. response to,
                         in women)
IT                     50-56-9, Progesterone, biological studies
                       RL: BAC (Biological activity or effector, except adverse); BIOL
                       (Biological study)
                         (tolerance to, oral contraceptive effect on, in women,
                         progestogen in relation to)
IT                     Liver, metabolism
                         (insulin metab. by, oral contraceptive effect on, in women,
                         progestogen in relation to)

09/508,648

L3   ANSWER 18 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:   1996:646464 CAPLUS
DOCUMENT NUMBER:    113:146464
TITLE:   Effects of three combined oral contraceptive
         preparations containing desogestrel plus ethinyl
         estradiol on lipid metabolism in comparison with two
         levonorgestrel preparations
AUTHOR(S):   Kloosterboer, Helenius J.; Robert, Hans
CORPORATE SOURCE:   Organon Ned. Dev. Group, Oss, Neth.
SOURCE:   Am. J. Obstet. Gynecol. (1990), 163(1, Pt. 2), 370-3
         CODEN: AJOGAZ ISSN: 0002-9378
DOCUMENT TYPE:   Journal
LANGUAGE:   English

L3   ANSWER 18 OF 30  CAPLUS  COPYRIGHT 2002 ACS   (Continued)
     women, levonorgestrel-contg. contraceptive in relation to)
IT   57-63-6
     RL: BIOL (Biological study)
        (oral contraceptive contg. desogestrel or levonorgestrel
        and, lipid metab. in women response to)

L3   ANSWER 18 OF 30  CAPLUS  COPYRIGHT 2002 ACS   (Continued)

L3   ANSWER 19 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:   1996:417977 CAPLUS
DOCUMENT NUMBER:    113:17977
TITLE:   Effects of seven low-dose combined oral
         contraceptives on sex hormone binding
         globulin, corticosteroid binding globulin, total and
         free testosterone
AUTHOR(S):   Van der Vange, N.; Blankenstein, M. A.; Kloosterboer,
             H. J.; Haspels, A. A.; Thijssen, J. H. H.
CORPORATE SOURCE:   Dep. Gynaecol., Univ. Hosp. Utrecht, Utrecht, Neth.
SOURCE:   Contraception (1990), 41(4), 345-52
         CODEN: CCPTAY ISSN: 0010-7824
DOCUMENT TYPE:   Journal
LANGUAGE:   English

190

09/508,648

L3   ANSWER 19 OF 30  CAPLUS  COPYRIGHT 2002 ACS   (Continued)
     ... a monophasic CRA.  An antiestrogenic effect of the
     19-nortestosterone derived progestogens can be excluded by the
     effect on CBG, a marker for estrogenic activity.  All progen. contg. a
     19-nortestosterone derived progestogen, independent of their
     type and dose, induce a similar rise in CBG, whereas the progn. with
     cyproterone acetate induced an even higher CBG level.  ...  of the
     effect on total testosterone, which varies between the progns., the sbs.
     free testosterone level decreased to a comparable degree for all progns.
     These progns. may be equally beneficial in women with androgenic
     phenomena-like acne, hirsutism, ...
ST   oral contraceptive binding protein testosterone; sex hormone
     binding globulin oral contraceptive; corticosteroid binding globulin
     oral contraceptive
IT   Androgens
     RL: BIOL (Biological study)
        (oral contraceptives on, in humans, corticosteroid-binding
        globulin and testosterone secretion in relation to)
IT   Progestogens
     RL: BIOL (Biological study)
        (oral contraceptives contg., corticosteroid-binding globulin
        and sex hormone-binding globulin and testosterone secretion response
        to, in human)
IT   Transcortins
     RL: BIOL (Biological study)
        (oral contraceptives effect on, in human, dose and
        progestogen in relation to)
     RL: BIOL (Biological study)
        (stimulus, biological studies)
     RL: BIOL (Biological study)
        (SHBG (sex hormone-binding globulin), oral contraceptives
        effect on, in human, dose and progestogen in relation to)
IT   Contraceptives
        (oral, corticosteroid-binding globulin and sex hormone-binding globulin
        and testosterone of blood response to, in human, dose in relation to)
IT   58-22-0, Testosterone
     RL: BIOL (Biological study)
        (of blood, oral contraceptives effect on, in human, dose and
        progestogen in relation to)

L3   ANSWER 20 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:    1996:16396  CAPLUS
DOCUMENT NUMBER:     112:16396
TITLE:               Pituitary-ovarian activity when switching from various
                     monophasic pills to a triphasic pill
AUTHOR(S):           Spona, K.; Priddy, B. R.; Elliott, G. R.; Klotein, H.
CORPORATE SOURCE:    Dep. Obstet. Gynaecol., Univ. Hosp. South Manchester,
                     Manchester, M20 8LR, UK
SOURCE:              Adv. Contracept. (1989), 5(1), 1-11
                     CODEN: ARCONE  ISSN: 0267-4674
DOCUMENT TYPE:       Journal
LANGUAGE:            English
AB   Ten women who switched from a variety of monophasic pills to a
     levonorgestrel triphasic pill formulation (Triennial) after a 7-day
     pill-free interval were studied.  Follicular maturation was monitored by
     ultrasound scan, and the levels of serum FSH, LH, progesterone
     and estradiol measured.  Pituitary-ovarian activity was suppressed in 6 of
     the 10 women studied, whereas in the remaining 4 women there was some
     pituitary-ovarian activity during the 1st 10 days on the triphasic pill.
     These findings suggest a shorter-pill-free interval, as advised in USA
     data sheets, may be less likely to result in pill failure than women
     switch from a monophasic to a triphasic progn.
IT   Pituitary-ovarian activity when switching from various monophasic
     pills to a triphasic pill
AB   Ten women who switched from a variety of monophasic pills to a
     levonorgestrel triphasic pill formulation (Triennial) after a 7-day
     pill-free interval were studied.  Follicular maturation was monitored by
     ultrasound scan, and the levels of serum FSH, LH, progesterone
     and estradiol measured.  Pituitary-ovarian activity was suppressed in 6 of
     the 10 women studied, whereas in the remaining 4 women there was some
     pituitary-ovarian activity during the 1st 10 days on the triphasic pill.
     These findings suggest a shorter-pill-free interval, as advised in USA
     data sheets, may be less likely to result in pill failure than women
     switch from a monophasic to a triphasic progn.
ST   pituitary ovary contraceptive triphasic monophasic;
     oral contraceptive monophasic triphasic switching
IT   Endocrine system
        (anterior pituitary-hypothalamus-ovary, function of, oral
        contraceptives effect on, in women, monophasic to
        triphasic switching in relation to)
IT   Ovary
        (follicle, dim. of, oral contraceptives effect on, in women,
        monophasic to triphasic switching in relation to)
IT   Contraceptives
        (oral, pituitary-ovarian axis suppression by, in women,
        monophasic to triphasic switching effect on)
IT   8056-11-7   37270-71-6, Drynans   71138-35-7, Marvelon
     RL: BIOL (Biological study)
        (pituitary-ovarian axis suppression by, in women, switching to
        triphasic oral contraceptives effect on)
IT   50-28-2, Estradiol, biological studies   57-83-0, Progesterone,
     biological studies   9002-67-9, LH   9002-68-0, FSH
     RL: BIOL (Biological study)
        (secretion of, oral contraceptives effect on, in women,
        monophasic to triphasic switching in relation to)

L3   ANSWER 21 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:    1989:147724  CAPLUS
DOCUMENT NUMBER:     111:147724
TITLE:               Effects of seven low-dose combined
                     contraceptives on vitamin B6 status
AUTHOR(S):           Van der Vange, N.; Van den Berg, H.; Kloosterboer, H.
                     J.; Haspels, A. A.
CORPORATE SOURCE:    Dep. Gynaecol., Univ. Hosp., Utrecht, Neth.
SOURCE:              Contraception (1989), 40(3), 377-84
                     CODEN: CCPTAY  ISSN: 0010-7824
DOCUMENT TYPE:       Journal
LANGUAGE:            English
AB   The effect of 7 low-dose oral contraceptives progns. on vitamin
     B6 status was investigated in 55 women.  All progns. contained about the
     same amt. of ethinylestradiol but differed in the content and type of
     progestogen.  The following progns. were investigated:
     monophasic and triphasic levonorgestrel, monophasic and
     biphasic desogestrel, monophasic norethisterone,
     monophasic cyproterone acetate, and triphasic gestodene.  The
     vitamin B6 status was evaluated by measuring erythrocyte
     glutamate-oxaloacetate transaminase (EGOT) activity and its degree of in
     vitro stimulation.  From these 3 variables the total EGOT activity was
     calcd.  In addn. plasma pyridoxal-5'-phosphate (PLP) levels were
     measd.  After treatment for 6 mo, EGOT activity and the calcd. total EGOT activity
     were increased, but no changes were obsd. in the degree of in vitro
     stimulation (which is a more reliable parameter).  Plasma PLP levels
     initially decreased during the 1st 3 mo of treatment, but after 6 mo a
     return to normal levels was obsd.  Differences between the seven progns.
     were not found.  Thus, the low-dose progns. investigated in this study
     have no adverse effects on vitamin B6 status.
ST   vitamin b6 oral contraceptive
IT   Erythrocyte
        (glutamate-oxaloacetate transaminase activity of, in oral
        contraceptive treatment in women, vitamin B6 status in relation
        to)
IT   Blood plasma
        (pyridoxal-5'-phosphate of, in oral contraceptive use in
        women, vitamin B6 status in relation to)
IT   Contraceptives
        (oral, vitamin B6 status in women treated with)
IT   54-47-7, Pyridoxal-5'-phosphate

L3   ANSWER 21 OF 30  CAPLUS  COPYRIGHT 2002 ACS   (Continued)
     RL: BIOL (Biological study)
        (of blood plasma, in oral contraceptive use in women, vitamin
        B6 status in relation to)
IT   9090-57-9
     RL: BIOL (Biological study)
        (of erythrocytes of women in oral contraceptive use, vitamin
        B6 status in relation to)
IT   8049-34-3, Vitamin B6
     RL: BIOL (Biological study)
        (oral contraceptive effect on, in women)

191

09/508,648

L3  ANSWER 22 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:        1983:415190 CAPLUS
DOCUMENT NUMBER:         109:149190
TITLE:                   Changes in lipoprotein composition in women receiving two low-dose oral contraceptives containing ethinylestradiol and gonane progestins
AUTHOR(S):               Baroudy, C.; Danczyr, J. P.; Hesgard, G.; Lamot, M.
CORPORATE SOURCE:        Lab. Pharmacochim., Univ. Cathol. Louvain, Brussels, 1200, Belg.
SOURCE:                  Contraception (1983), 37(6), 548-75
                         CODEN: CCPTAY; ISSN: 0010-7824
DOCUMENT TYPE:           Journal
LANGUAGE:                English
AB                       In a prospective double-blind study of the effects of 2 low-dose oral contraceptives (OCs) on lipid and lipoprotein metab., 2 groups of young healthy women selected at random were submitted to a 6-mo use of either monogonane ethinylestradiol (EE) + desogestrel (DG) or levonorgestrel (LNG). Total cholesterol (C), triglycerides (TG), phospholipids (PL), low d. lipoprotein-cholesterol (LDL-C), high d. lipoprotein-cholesterol (HDL-C), apolipoprotein A-I, and B, and lecithin-cholesterol acyltransferase activity (LCAT) were detd. in serial plasma samples collected before, at 3 and 6 mo during, and 1 mo after OC use. C and apoprotein (A-I, A-II, and B) means of lipoprotein (HDL-2, HDL-3, and LDL) isolated by ultracentrifugation were detd. detd. On Mono-EE + DG, plasma TG (+19.3%, +15.0%), PL (+23.9%, +16.6%), and apoprotein A-I (+35.1%, +23.3%) levels were significantly increased at 3 and 6 mo of user plasma HDL-C (+24%) and apoprotein means of HDL-2, transiently increased at 3 mo.  Lipid and apoprotein compos. of HDL-2, HDL-3, and LDL were unchanged.  On Tri-EE + LNG, a slight but insignificant decrease in HDL-C was obsd. throughout the study, whereas other plasma lipids remained unchanged.  Ultracentrifugation revealed a lower content of C (+44.2%) and apoprotein A-I (+46.8%) in HDL-3.  LCAT activity expressed as molar esterification rate was more sustained very during EE + DG use than during EE + LNG treatment.  Covariance anal. shows a further significant difference between results of the treated groups (for the apoprotein A-I/apoprotein B ratio, which was increased by Mono-EE + DG.
TI                       Changes in lipoprotein composition in women receiving two low-dose oral contraceptives containing ethinylestradiol and gonane progestins
AB                       In a prospective double-blind study of the effects of 2 low-dose oral contraceptives (OCs) on lipid and lipoprotein metab., 2 groups of young healthy women selected at random were submitted to a 6-mo use of either monogonane ethinylestradiol (EE) + desogestrel (DG) or levonorgestrel (LNG).  Total cholesterol (C), triglycerides (TG), phospholipids (PL), low d. lipoprotein-cholesterol (HDL-C), apolipoprotein A-I, and B, and lecithin-cholesterol acyltransferase activity (LCAT) were detd. in serial plasma samples collected before, at 3 and 6 mo during, and 1 mo after OC use.  C and apoprotein (A-I, A-II, and B) means of lipoprotein (HDL-2, HDL-3, and LDL) isolated by ultracentrifugation were detd. detd.  On Mono-EE + DG, plasma TG (+19.3%, +15.0%), PL (+23.9%, +16.6%), and apoprotein A-I (+35.1%, +23.3%) levels were significantly increased at 3 and 6 mo of user plasma HDL-C (+24%) and apoprotein means of HDL-2, HDL-3, and LDL were unchanged.  On Tri-EE + LNG, a slight but insignificant decrease in HDL-C was obsd. throughout the study, whereas

L3  ANSWER 22 OF 30  CAPLUS  COPYRIGHT 2002 ACS  (Continued)
other plasma lipids and apoprotein were unchanged.  Ultracentrifugation revealed a lower content of C (+44.2%) and apoprotein A-I (+46.8%) in HDL-3.  LCAT activity expressed as molar esterification rate rose is a more sustained very during EE + DG use than during EE + LNG treatment.  Covariance anal. shows a further significant difference between results of the treated groups (for the apoprotein A-I/apoprotein B ratio, which was increased by Mono-EE + DG.
IT                       Lipoprotein plasma oral contraceptives
IT                       Blood plasma
                         (lecithin-cholesterol acyltransferase of, of women, low-dose oral contraceptives effect on)
IT                       Glyceride, biological studies
                         Lipids, biological studies
                         Phospholipids, biological studies
                         RL: BIOL (Biological study)
                         (of blood plasma, of women, low-dose oral contraceptives effect on)
IT                       Lipoprotein
                         RL: BIOL (Biological study)
                         (apo., A-I, of blood plasma of women, low-dose oral contraceptives effect on)
IT                       Lipoprotein
                         RL: BIOL (Biological study)
                         (apo., B, of blood plasma of women, low-dose oral contraceptives effect on)
IT                       Lipoprotein
                         RL: BIOL (Biological study)
                         (apo., A-II, of blood plasma of women, low-dose oral contraceptives effect on)
IT                       Lipoprotein
                         RL: BIOL (Biological study)
                         (high-d., of blood plasma of women, low-dose oral contraceptives effect on)
IT                       Lipoprotein
                         RL: BIOL (Biological study)
                         (low-d., of blood plasma of women, low-dose oral contraceptives effect on)
IT                       Contraceptives
                         (lipid, and lipoproteins of blood plasma of women response to)
IT                       57-88-5. Cholesterol, biological studies  9031-14-5, Lecithin-cholesterol acyltransferase
                         RL: BIOL (Biological study)
                         (of blood plasma, of women, low-dose oral contraceptives effect on)

L3  ANSWER 23 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:        1988:61250 CAPLUS
DOCUMENT NUMBER:         108:61250
TITLE:                   New progestogens in oral contraceptives
AUTHOR(S):               Ruzekenbach, Dorar; Kaba, Thomas
CORPORATE SOURCE:        Dep. Obstet. Gynecol., Univ. Heidelberg, Heidelberg, Fed. Rep. Ger.
SOURCE:                  Gynecol. (1987), 157(4, Pt. 2), 1869-63
                         CODEN: AJOGAB; ISSN: 0002-9378
DOCUMENT TYPE:           Journal
LANGUAGE:                English
AB                       The aim of using new synthetic progestogens (gestodene and norgestimate) in oral hormonal contraceptives is to find a combination that has a more beneficial effect on metab. and endometrium than presently available formulations.  Three studies with low-dose pills (contg. 30 .mu.g ethinylestradiol/150 .mu.g gestodene/or 30 .mu.g ethinylestradiol/150 .mu.g norgestimate or 30 .mu.g ethinylestradiol/150 .mu.g desogestrel compared with the new pills with 30 .mu.g ethinylestradiol/150 .mu.g gestodene revealed no alterations of serum glucose after glucose loading in women.  With all 4 combination mixts. insulin levels were slightly elevated when compared with controls.  Studies of the lipid metab. showed that depending on the type and estrogen combination, progestogens have different effects on lipid metab.  The new progestogens lose to have a more pronounced effect on triglycerides, whereas total cholesterol and high-d. lipoprotein cholesterol remain almost unchanged.  In general, it would be shown that low-dose oral contraceptive have little impact on lipid metab.  Studies with low-dose components proper, including the new formulations, reveal only a far effect on blood coagulation.  This and other data on the new progestogens is oral contraceptives available so far indicate that such low-dose components and triboactic combination pills will be beneficial during long-term use with respect to side effects on the cardiovascular system and control of the menstrual cycle.
TI                       New progestogens
AB                       The aim of using new synthetic progestogens (gestodene and norgestimate) in oral hormonal contraceptives is to find a combination that has a more beneficial effect on metab. and endometrium than presently available formulations.  Three studies with low-dose pills (contg. 30 .mu.g ethinylestradiol/150 .mu.g gestodene/or 30 .mu.g ethinylestradiol/150 .mu.g norgestimate or 30 .mu.g ethinylestradiol/150 .mu.g desogestrel compared with the new pills with 30 .mu.g ethinylestradiol/75 .mu.g gestodene revealed no alterations of serum glucose after glucose loading in women.  With all 4 combination mixts. insulin levels were slightly elevated when compared with controls.  Studies of the lipid metab. showed that depending on the type and estrogen combination, progestogens have different effects on lipid metab.  The new progestogens lose to have a more pronounced effect on triglycerides, whereas total cholesterol and high-d. lipoprotein cholesterol remain almost unchanged.  In general, it would be shown that low-dose oral contraceptive have little impact on lipid metab.  Studies with low-dose components proper, including the new formulations, reveal only a far effect on blood coagulation.  This and other data on the new progestogens is oral contraceptives available so far indicate that such low-dose components and triboactic combination pills will be beneficial during long-term use with respect to side effects on the cardiovascular system and control of the menstrual cycle.
IT                       contraceptives postgene norgestimate carbohydrate metab
                         gestodene norgestimate; lipid metab gestodene norgestimate

L3  ANSWER 23 OF 30  CAPLUS  COPYRIGHT 2002 ACS  (Continued)
IT                       Blood sugar
                         (contraceptives contg. gestodene or norgestimate effect on, in women)
IT                       Carbohydrate and Sugars, biological studies
                         Lipids, biological studies
                         RL: BIOL (Biological process); BIOL (Biological study); PROC (Process)
                         (metab. of, by women, contraceptives contg. gestodene or norgestimate effect on)
IT                       Glycerides, biological studies
                         RL: BIOL (Biological study)
                         (of blood, of women, contraceptives contg. gestodene or norgestimate effect on)
IT                       Lipoprotein
                         RL: BIOL (Biological study)
                         (high-d., cholesterol of, of blood of women, contraceptives contg. gestodene or norgestimate effect on)
IT                       60282-87-3. Gestodene
                         RL: BIOL (Biological study)
                         (carbohydrate and lipid metab. response to and progestacogenic activity of, in women)
IT                       90841-15-5, Insulin, biological studies
                         RL: BIOL (Biological study)
                         (of blood, women contraceptives contg. gestodene or norgestimate effect on, in women)
IT                       57-88-5. Cholesterol, biological studies
                         RL: BIOL (Biological study)
                         (of blood, of women, contraceptives contg. gestodene or norgestimate effect on)
IT                       101619-26-7, Norgestimate
                         RL: BMC (Biological activity or effector, except adverse); BIOL (Biological study)
                         (progestacogenic activity of, in women)

192

09/508,648

L3    ANSWER 24 OF 30  CAPLUS   COPYRIGHT 2002 ACS
ACCESSION NUMBER:    1987:490204 CAPLUS
DOCUMENT NUMBER:    107:90204
TITLE:    Effects of seven low dose combined oral
    contraceptives on high density lipoprotein
    subfractions
AUTHOR(S):    Van der Vange, N.; Kloosterboer, H. J.; Haspels, A. A.
CORPORATE SOURCE:    Dep. Gynecol., Univ. Hosp. Utrecht, Utrecht, 3511 GV,
    Neth.
SOURCE:    Br. J. Obstet. Gynaecol. (1987), 94(6), 559-67
    CODEN: BJOGAS; ISSN: 0306-5456
DOCUMENT TYPE:    Journal
LANGUAGE:    English
AB    The effects on lipid metab. of 7 combined oral contraceptives
    were investigated, particularly the effects on high-d. lipoprotein (HDL)
    subfractions, which were compd. by d. gradient ultracentrifugation. There
    were no differences between the progns. in the effects of the LDL
    fraction, the so-called atherogenic particle, but there were marked
    differences in the effects on the anti-atherogenic HDL fraction, of which
    the effects on HDL-2 were most pronounced. After treatment with
    monophasic gyrestrene zestle and biphasic desogestrel, the
    cholesterol and phospholipid contents of the HDL-2 fraction were higher
    than those found after treatment with other progns. The lowest values
    were found after treatment with monophasic levonorgestrel,
    whereas monophasic desogestrel, triphasic levonorgestrel,
    monophasic norethisterone, and triphasic gestodene induced
    intermediate values for these variables. The levels of HDL-2 reflect the
    intrinsic androgenicity of the various progestagens used in the
    progns.
TI    Effects of seven low dose combined oral contraceptives on high
    density lipoprotein subfractions
AB    The effects on lipid metab. of 7 combined oral contraceptives
    were investigated, particularly the effects on high-d. lipoprotein (HDL)
    subfractions, which were compd. by d. gradient ultracentrifugation. There
    were no differences between the progns. in the effects of the LDL
    fraction, the so-called atherogenic particle, but there were marked
    differences in the effects on the anti-atherogenic HDL fraction, of which
    the effects on HDL-2 were most pronounced. After treatment with
    monophasic gyrestrene zestle and biphasic desogestrel, the
    cholesterol and phospholipid contents of the HDL-2 fraction were higher
    than those found after treatment with other progns. The lowest values
    were found after treatment with monophasic levonorgestrel,
    whereas monophasic desogestrel, triphasic levonorgestrel,
    monophasic norethisterone, and triphasic gestodene induced
    intermediate values for these variables. The levels of HDL-2 reflect the
    intrinsic androgenicity of the various progestagens used in the
    progns.
ST    Contraceptive high density lipoprotein
IT    Phospholipids, biological studies
    RL: BIOL (Biological study)
    (of high-d. lipoprotein, of women, contraceptives effect on)
IT    Lipoprotein
    RL: BIOL (Biological study)
    (high-d., contraceptives effect on, in women)
IT    Contraception
    (oral, high-d. lipoprotein subfraction response to, in women)
IT    57-88-5, Cholesterol, biological studies

L3    ANSWER 24 OF 30  CAPLUS   COPYRIGHT 2002 ACS   (Continued)
    RL: BIOL (Biological study)
    (of high-d. lipoprotein, of women, contraceptives effect on)

L3    ANSWER 25 OF 30  CAPLUS   COPYRIGHT 2002 ACS
ACCESSION NUMBER:    1984:504129 CAPLUS
DOCUMENT NUMBER:    101:184129
TITLE:    Comparative study of lipid metabolism and endocrine
    function in women receiving levonorgestrel- and
    desogestrel-containing oral contraceptives
AUTHOR(S):    Gaspard, U. J.; Romus, M. A.; Gillain, D.
CORPORATE SOURCE:    Dep. Obstet., State Univ. Legs, Legs, B-4020, Belg.
SOURCE:    Fertil. Steril., Proc. World Congr., 11th (1984),
    Meeting date 1983, 605-11. Editor(s): Harrison,
    Robert Frederick; Bonnar, John; Thompson, William.
    MTP: Lancaster, UK.
DOCUMENT TYPE:    Conference
LANGUAGE:    English
AB    The effects on serum lipids and on endocrine profile of a triphasic oral
    contraceptive contg. levonorgestrel [797-63-7] (Triygnon
    [39366-37-5]) were compared with those of a sequential and a
    monophasic progn. contg. desogestrel [54024-22-5] (Ovidol
    [71136-36-7] and Marvelon [71136-38-7], resp.) in healthy young women.
    After 6 mo. use, total triglycerides were elevated in the Ovidol group and
    apoprotein B levels were lower than in the Marvelon group. FSH
    [9002-68-0], LH [9002-67-9], estradiol [50-28-2], and
    progesterone [57-83-0] levels were low in all groups and
    gonadotropins were inhibited most in the Marvelon group. From
    testosterone [58-22-0] levels were decreased equally by all 3 oral
    contraceptives due to increased sex hormone-binding globulins.
    Plasma renin [9015-94-5] activity was increased by Ovidol alone.
    Evidently, Marvelon and Ovidol are markedly more estrogenic than Triygnon.
TI    Comparative study of lipid metabolism and endocrine function in women
    receiving levonorgestrel- and desogestrel-containing oral
    contraceptives
AB    The effects on serum lipids and on endocrine profile of a triphasic oral
    contraceptive contg. levonorgestrel [797-63-7] (Triygnon
    [39366-37-5]) were compared with those of a sequential and a
    monophasic progn. contg. desogestrel [54024-22-5] (Ovidol
    [71136-36-7] and Marvelon [71136-38-7], resp.) in healthy young women.
    After 6 mo. use, total triglycerides were elevated in the Marvelon group. FSH
    [9002-68-0], LH [9002-67-9], estradiol [50-28-2], and
    progesterone [57-83-0] levels were low in all groups and
    gonadotropins were inhibited most in the Marvelon group. From
    testosterone [58-22-0] levels were decreased equally by all 3 oral
    contraceptives due to increased sex hormone-binding globulins.
    Plasma renin [9015-94-5] activity was increased by Ovidol alone.
    Evidently, Marvelon and Ovidol are markedly more estrogenic than Triygnon.
ST    oral contraceptive lipid hormone; desogestrel contraceptive
    lipid hormone; Triygnon lipid hormone; Ovidol lipid hormone; Marvelon
    lipid hormone
IT    Blood plasma
    (hormones of, oral contraceptive effect on, in women)
IT    Hormones
IT    Transcortine
    RL: BIOL (Biological study)
    (of blood plasma, oral contraceptive effect on, in women)
IT    Glycerides, biological studies
    Lipids, biological studies
    Phospholipids
    RL: BIOL (Biological study)
    (of blood serum, oral contraceptive effect on, in women)

L3    ANSWER 25 OF 30  CAPLUS   COPYRIGHT 2002 ACS   (Continued)
IT    Lipoproteins
    RL: BIOL (Biological study)
    (apo-, of blood serum, oral contraceptive effect on, in
    women)
IT    Lipoproteins
    RL: BIOL (Biological study)
    (high-d., cholesterol of, of blood serum, oral contraceptive
    effect on, in women)
IT    Lipoproteins
    RL: BIOL (Biological study)
    (low-d., cholesterol of, of blood serum, oral contraceptive
    effect on, in women)
IT    Contraception
    (oral, desogestrel and levonorgestrel-contg., endocrine function and
    lipid metab. response to, in women)
IT    Globulins, blood plasma
    RL: BIOL (Biological study)
    (sex hormone-binding, oral contraceptive effect on, in
    women)
IT    58-22-3-7   58-28-2, biological studies   52-39-1   57-83-8, biological
    studies   50-22-0   9002-62-6, biological studies   9002-67-9   9002-68-0
    9015-94-5, biological studies
IT    57-83-0, biological studies
    RL: BIOL (Biological study)
    (of blood plasma, oral contraceptive effect on, in women)
IT    797-63-7   6135-00-3   54024-22-5
    (oral contraceptive contg., endocrine function and lipid
    metab. response to, in women)

193

09/508,648

L3    ANSWER 26 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:
DOCUMENT NUMBER:    99:119459
TITLE:    Plasma hormone levels in women receiving new oral
          contraceptives containing ethinylestradiol
          plus levonorgestrel, ...
AUTHOR(S):    Gaspard, U. J.; Romus, M. A.; Gillain, D.; Duvivier,
              J.; Demey-Ponsart, E.; Franchimont, P.
CORPORATE SOURCE:    Dep. Obstet. Gynecol., State Univ, Liege, Liege, Belg.
SOURCE:    Contraception (1983), 27(6), 577-88
          CODEN: CCFTAY; ISSN: 0010-7824
DOCUMENT TYPE:    Journal
LANGUAGE:    English
AB    The changes in plasma hormone levels were evaluated in ...

L3    ANSWER 27 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:
DOCUMENT NUMBER:    98:119100
TITLE:    Effects on plasma apoproteins AI and B induced by two
          estro-progestin preparations; ...
AUTHOR(S):    Barravet, C.; Beauqur, J. P.; Lecart, C.
CORPORATE SOURCE:    Clin. Univ. Saint-Luc, Univ. Cathol. Louvain,
                     Brussels, B-1200, Belg.
SOURCE:    Curr. Ther. Res. (1983), 33(3, Sect. 1), 369-93
          CODEN: CTRSAT; ISSN: 0011-393X
DOCUMENT TYPE:    Journal
LANGUAGE:    English

L3    ANSWER 26 OF 30  CAPLUS  COPYRIGHT 2002 ACS    (Continued)

L3    ANSWER 30 OF 30  CAPLUS  COPYRIGHT 2002 ACS
ACCESSION NUMBER:    1978:126213  CAPLUS
DOCUMENT NUMBER:    88:126213
TITLE:    Pills and mini-pills
AUTHOR(S):    Reffel, Jean Claude
CORPORATE SOURCE:    Univ. Dijon, Dijon, Fr.
SOURCE:    Pharm. Fr. (1977), 19, 1053-7
          CODEN: PEMPAA; ISSN: 0031-6830
DOCUMENT TYPE:    Journal; General Review
LANGUAGE:    French
AB    A review discussion with an refs. ...

09/508,648

09/508,648

=> d ibib ab hit 1-30

09/508,648

09/508,648

09/508,648

09/508,648

09/508,648

L5 ANSWER 3 OF 30 USPATFULL (Continued)
Symp. Quant. Biol., 59:277-286 (1994). An accelerated rate of apoptosis would facilitate the destruction and thereby removal of ovarian surface epithelial cells which have defective DNA and which have the potential to transform into cancer. Given the importance of the apoptotic pathway for removal of abnormal cells from tissues, and thus the protection of normal tissues from neoplastic transformation, it is likely that the induction of apoptosis by progestins is one of the major (if not the major) mechanisms underlying the effect of combination oral contraceptives in reducing the risk of ovarian cancer.

SUMM [0032] The invention is further based on the discovery that use of progestin alone induced more apoptosis in vivo in ovarian epithelial cells of monkeys than the combination of estrogen and progestin, which in turn induced significantly more apoptosis than estrogen alone. The implications of this discovery are that the progestin component of the oral contraceptive is responsible for this effect, and that administration of progestin alone may be effective for preventing the development of ovarian cancer. A further implication of this discovery is that estrogens may decrease the ovarian cancer protective effects of progestins, and that combination estrogen/progestin regimens that have either weak estrogens or anti-estrogens may be more protective against ovarian cancer than comparable regimens containing a strong estrogenic component.

SUMM [0039] The invention contemplates using one or more of the above molecules as intermediate indicators (or surrogate biomarkers) of apoptosis. The invention contemplates determining the ability of a candidate pharmacological agent, such as a progestin or other agent, to maximally alter expression of these intermediate indicators and/or markers (such as caspase 9, etc.) in ovarian epithelial cells to select agents for prevention of ovarian cancer.

SUMM [0040] The present application is based further on the discovery that administration of progestin induced effects on TGF-.beta. expression in the ovarian epithelium in primates, specifically upregulating TGF-.beta.2/3 expression and downregulating TGF-.beta.1 expression. The degree of these induced effects on TGF-.beta. expression was highly correlative with apoptosis. See Example 1 set forth below in this application for a description of the test leading to this initial discovery.

SUMM [0052] The invention contemplates the optimization and the regulation of TGF-.beta. expression. The invention contemplates the use of agents, such as progestins and/or other agents, that upregulate expression of TGF-.beta. isoforms, such as, for example, TGF-.beta.2, or alternatively, TGF-.beta.3, or alternatively placental TGF-.beta., or other TGF-.beta. isoforms. The invention further contemplates the use of agents which downregulate TGF-.beta. isoforms, such as, for example, TGF-.beta.1 or other isoforms. The invention also contemplates the use of agents which alter the ratio of expression of various TGF-.beta. isoforms, such as, for example, the ratio of TGF-.beta.1 expression to TGF-.beta.2 expression, or the ratio of TGF-.beta.1 expression to TGF-.beta.3 expression, or the ratio of TGF-.beta.1 expression to the combined expression of TGF-.beta.2 and TGF-.beta.3. The ratios can be increased or decreased, depending on the isoforms and the desired

L5 ANSWER 3 OF 30 USPATFULL (Continued)
effect. The invention also contemplates the possibility of using agents to simultaneously downregulate some TGF-.beta. isoforms, such as TGF-.beta.1, while upregulating other isoforms such as TGF-.beta.2/3, so as to achieve the optimum profile of expression of members of the TGF-.beta. family that maximizes ovarian epithelial apoptosis or ovarian cancer prevention. The invention contemplates selection of one, two, three or more agents which regulate expression of TGF-.beta. isoforms, and/or selection of dosages of one, two, three or more of such agents, based at least in part on consideration of testing, and/or of other knowledge, of the ability of such agents to regulate TGF-.beta. expression (upregulation and/or downregulation of various isoforms and/or ratios in the ovarian epithelium) described herein. Selection of the agents can also include knowledge of effects in other tissues such as breast and uterus as important consideration for developing a final product that is protective or at least neutral at these other sites. The testing can be in vitro, or in the alternative, in vivo in humans, monkeys, chickens or other animals. The selection of such TGF-.beta. regulating agents and/or dosages of such agents can be made by additionally obtaining knowledge of any of such agent's ability to induce apoptosis of ovarian epithelial cells as described herein, and selecting one, two, three or more of such agents based at least in part on consideration of such knowledge. The consideration of the ability of an agent to induce apoptosis and/or regulate TGF-.beta. expression in ovarian epithelial cells does not necessarily require testing of such agent where other information may provide the ability to make that conclusion (for example, testing for other biologic effect that may also indicate ability to regulate TGF-.beta. expression, or other factors that can lead to that conclusion).

SUMM [0056] The present invention contemplates using such technology (herein after referred to as "microarray" technology) in, for example, the following manner. Ovarian epithelial cells are treated with a progestin known to reduce the risk of ovarian cancer (in vivo or in vitro). For example, DNA, RNA, or protein from progestin -treated cells are compared to that for normal ovarian epithelial cells treated with no hormones and/or ovarian epithelial cells treated with compounds such as estrogen are likewise evaluated via arrays. The array(s) are then analyzed to identify surrogate biomarkers relevant to ovarian cancer prevention that are activated and/or altered in the progestin-treated cells relative to controls. A comparison can be made between the arrays with progestin-treated cells as compared to those cells not so treated. By comparing the different arrays, one can use the information to determine which genes (and/or DNA strands, RNA strands or proteins) are possible biomarkers for the prevention of ovarian cancer. By determining the genes (and/or DNA stands and/or RNA strands and/or proteins) which have been impacted by the progestins, biomarkers can be readily identified for the prevention of ovarian cancer.

SUMM [0059] The invention contemplates using progestins such as levonorgestrel as the compounds for identifying the surrogate biomarkers. Other suitable progestins include, but are not limited to, norgestrel, norethindrone, norethindrone acetate, ethynodiol diacetate, norethynodrel, desogestrel, gestodene, and norgestimate.

SUMM [0060] The invention provides a method of preventing ovarian cancer

L5 ANSWER 3 OF 30 USPATFULL (Continued)
comprising administering to a female subject an amount of a product effective to alter TGF-.beta. expression in ovarian epithelial cells of the female subject. The invention also provides a method of administering to a female subject an amount of progestin product effective to alter TGF-.beta. expression in ovarian epithelial cells of the female subject. The methods of the present invention will be particularly advantageous when applied to females at high risk of developing ovarian cancer. As a further aspect of the invention it is contemplated that the methods and regimens of doses of the present invention which use high dosages of progestins, high potency progestins and/or high ratios of progestins to estrogens may be effective in preventing not only ovarian cancer, but also the occurrence of endometrial cancer.

SUMM [0061] The term "progestin," "progestin product" or "progestogenic agent" as used herein in the descriptions of the various embodiments of the invention includes any drug which binds to the progestin receptor and induces a progestational effect. This definition thus includes all of the known progestins, derivatives of progesterone or testosterone that have progestin activity, progestin agonists, and progestin antagonists having a progestational effect. It is contemplated that not only presently available progestins but also progestins introduced in the future will be useful according to the present invention. The progestins that are clinically useful for this invention comprise (a) the naturally occurring 21-carbon steroid, specifically progesterone itself and 17-hydroxyprogesterone and their derivatives; (b) the 21-carbon progesterone derivatives, specifically medroxyprogesterone, and megestrol; and (c) the 19-nortestosterone and its derivatives such as norethindrone and norgestrel. The known synthetic progestins are mainly derivatives of 17-alpha-hydroxy-progesterone or 19-nortestosterone. These progestins can be classified into three groups: the pregnane, estrane, and gonane derivatives. The pregnane progestins, derived from 17-alpha-hydroxy-progesterone, include, for example, medroxyprogesterone acetate, chlormadinone acetate, megestrol acetate, and cyproterone acetate. These are generally 20% to 50% of the potency of norethindrone. The estranes, derived from 19-nortestosterone include norethindrone, norethynodrel, norethindryl, lynestrenol, norethindrone acetate, ethynodiol diacetate, and norethindrone enanthate. All of these are metabolized to norethindrone and are roughly equivalent to the same dosage of norethindrone. The gonanes are derived from the basic estrane structure, with the addition of an ethyl group of position 13 of the molecule. This additional ethyl group confers augmented progestogenic activity, and also significant androgenic effects. Drugs in this group include, for example, norgestrel (-d and -l), norgestimate, desogestrel, and gestodene. All of these are roughly equivalent to four times the dose of norethindrone. The progestins further include dehydrogestrone; desogestrel; 3-ketodesogestrel; dienogest; norethisterone; norethisterone acetate; progesterone; trimegestone; 19-nor-17-hydroxy progesterone ester; D-17.beta.-acetoxy-13.beta.-ethyl-17.alpha.-ethinyl-gon-4-en-3-one oxime; 17-hydroxyprogesterone esters and 19-nor-17-hydroxyprogesterone esters, 17.alpha.-ethinyltestosterone, 17.alpha.-ethinyl-19-nortestosterone and derivatives thereof; 17-hydroxyprogesterone, 17-hydroxyprotesterone esters, 19-nor-17-hydroxyprogesterone, 19-nor-17-hydroxyprogesterone esters, 17.alpha.-ethinyltestosterone, 17.alpha.-ethinyl-19-nortestosterone, d-17.beta.-acetoxy-13.beta.-ethyl-

L5 ANSWER 3 OF 30 USPATFULL (Continued)
17.alpha.-ethinyl-17.beta.-hydroxygon-4-en-3-one, 13.beta.-ethyl-17.beta.-hydroxygon-4-en-3-one, 13.beta.,17.alpha.-diethyl-17.beta.-hydroxygon-4-en-3-one, chlormadione acetate, dimethistrone, 17.alpha.-ethinyl-.beta.-acetoxy-19-norandrost-4-en-3 one oxime, 3-ketodesogestrel, desogestrel, gestodene, and gestodene acetate.

SUMM [0062] Progestogenic agents have a variety of biological effects including contraceptive, inhibition of midcycle luteinizing hormone surge, inhibition of ovulation, inhibition of corpus luteium function and development, and production of a secretory endometrium. In addition, the progestins have important effects on carbohydrate metabolism, lipid and lipoprotein metabolism and have cardiovascular effects.

SUMM [0063] Progestogenic potency can be measured in a variety of ways, including the ability of these agents to bind to the progesterone receptor. The progestogenic activity of the various progestin derivatives can vary. In a review of the literature, Dorflinger has noted that the progestogenic potency of all these estrane drugs is equivalent, and exhibit only 5-10 percent of the progestogenic activity of levonorgestrel.

SUMM [0064] In addition to their progestogenic effects, the synthetic progestins have the ability to bind to both estrogen and androgen receptors, to a varying degree. These drugs can therefore have estrogenic, androgenic, antiestrogenic or antiandrogenic effects. For example, the estrane progestins are weak estrogen agonists, and therefor have slight estrogen activity. In contrast, the gonane levonorgestrel has no estrogenic activity, but does have androgenic activity. The 19-nortestosterone derivatives have androgenic activity mediated by variable binding to the androgen receptor.

SUMM [0065] Given the diverse binding patterns of the different synthetic progestins to various receptors (progestin, androgen and estrogen receptors), the estrogenic, progestogenic and androgenic activity can vary among the different synthetic progestin formulations, thus leading to varying degrees of progestational activity and androgenic side effects. For example, the progestational binding activity of norethindrone is less than 20% that of levonorgestrel and less than 10% that of 3-ketodesogestrel, the active metabolite of the progestin desogestrel, while the binding affinity of norethindrone to the androgen receptor is similar to that of 3-ketodesogestrel, and yet both compounds have less than 50% of the nuclear cell androgenic activity of levonorgestrel.

SUMM [0066] It is contemplated that the progestins with more androgenic activity and less estrogenic activity, such as levonorgestrel, may be preferred as more potent for preventing the development of ovarian cancer, including in the OCP and HRT regimens of this invention described herein. Such agents would include the 19-nortestosterone derivatives, such as norethindrone, norethynodrel, lynestrenol, norethindrone acetate, ethynodiol acetate, and norethindrone enanthate.

SUMM [0067] Table 4 below shows the bioeffects of some progestins where the quantity of progestin is held constant (i.e., effect per mg of progestin). The table is reproduced from Principles and Practice of Endocrinology and Metabolism, Second Edition, Chapter 102.

09/508,648

09/508,648

L6 ANSWER 3 OF 30 USPATFULL (Continued)

or more and another phase having less levonorgestrel, preferably less than 0.25 mg levonorgestrel, with estrogen daily dosages of less than 50 mcg EE dosage equivalent, and more preferably not to exceed 20 mcg, and most preferably not to exceed 15 mcg. This invention provides a method of contraception which comprises administering to a female of child bearing age the OCP regimen of this paragraph. Alternatively, this invention contemplates a HRT regimen for post-menopausal women, and a HRT regimen for peri-menopausal women, having the ingredients and dosages mentioned above in this paragraph, except the estrogen dosages are 5 mcg or less EE dosage equivalent.

SUMM [0086] This invention contemplates mono-phasic or multi-phasic OCP regimens for reducing the risk of ovarian cancer by regulating TGF-.beta. expression and/or increasing apoptosis and/or altering expression of surrogate biomarkers of ovarian epithelium cancer protection in the ovarian epithelium where the regimens have at least one or more of the daily dosages having at least 0.5 mg of norgestrel, alternatively at least 1.0, alternatively at least 1.5, and alternatively at least 2.0, and alternatively at least 3.0, or alternatively at least 4.0 or more. In multi-phasic regimens, this phase of the regimen is administered at least one day, more preferable at least two days or alternatively at least 3 days. Preferred ranges for the length of this phase in multi-phasic regimens are from 1-15 days, from 2-11 days, and from 3-7 days. The estrogen level used in this regimen preferably has no daily dosage exceeding 50 mcg EE dosage equivalent, and more preferably not to exceed 35 mcg, and even more preferably not to exceed 20 mcg, and most preferably 15 mcg or less, with EE and 17-Beta estradiol being preferred estrogens. A weaker estrogen or an estrogen having antiestrogenic activity (such as SERMs discussed below) can be used or added as a second estrogen to any of the regimens of this paragraph. One version of the regimen of this paragraph has the total dosage of norgestrel in a cycle not to exceed 12 mg and alternatively not to exceed 10 mg and alternatively not to exceed 7.5 mg. Another version of the regimen of this paragraph has the total dosage of norgestrel in a cycle exceeding 15 mg, preferably exceeding 25 mg, more preferably exceeding 30 mg and even more preferably exceeding 40 mg. The cycle for the regimen is preferably 28 days, but other lengths are contemplated. The regimen of this paragraph can be bi-phasic, or can have at least three phases, and includes triphasic regimens. One version of the invention of this paragraph is a mono-phasic regimen with 0.5 mg or more of norgestrel daily dosage with an estrogen daily dosage of less than 50 mcg EE dosage equivalent, and more preferably not to exceed 35 mcg, and even more preferably not to exceed 20 mcg, and most preferably not to exceed 15 mcg. Alternatively, a multi-phasic regimen is used with at least one phase having 0.5 mg or more and another phase having less norgestrel, preferably less than 0.5 mg norgestrel, with estrogen daily dosages of less than 50 mcg EE dosage equivalent, and more preferably not to exceed 35 mcg, even more preferably not to exceed 20 mcg, and most preferably not to exceed 15 mcg. This invention provides a method of contraception which comprises administering to a female of child bearing age the OCP regimen of this paragraph. Alternatively, this invention contemplates a HRT regimen for post-menopausal women, and a HRT regimen for peri-menopausal women, having the ingredients and dosages mentioned above in this paragraph, except the estrogen dosages are 5 mcg or less EE dosage equivalent.

L6 ANSWER 3 OF 30 USPATFULL (Continued)

SUMM [0087] This invention contemplates mono-phasic or multi-phasic OCP regimens for reducing the risk of ovarian cancer by regulating TGF-.beta. expression and/or increasing apoptosis and/or altering expression of surrogate biomarkers of ovarian epithelium cancer protection in the ovarian epithelium where the regimens have at least one or more of the daily dosages having at least 1.0 mg of norethindrone acetate, alternatively at least 1.5, alternatively at least 2.0, and alternatively at least 2.5, and alternatively at least 3.0, or alternatively at least 4.0 or more. In multi-phasic regimens, this phase of the regimen is administered at least one day, more preferable at least two days or alternatively at least 3 days. Preferred ranges for the length of this phase in multi-phasic regimens are from 1-15 days, from 2-11 days, and from 3-7 days. The estrogen level used in this regimen preferably has no daily dosage exceeding 50 mcg EE dosage equivalent, and more preferably not to exceed 35 mcg, and even more preferably not to exceed 20 mcg, and most preferably 15 mcg or less, with EE and 17-Beta estradiol being preferred estrogens. A weaker estrogen or an estrogen having antiestrogenic activity (such as SERMs discussed below) can be used or added as a second estrogen to any of the regimens of this paragraph. One version of the regimen of this paragraph has the total dosage of norethindrone acetate in a cycle not to exceed 12 mg and alternatively not to exceed 10 mg and alternatively not to exceed 7.5 mg. Another version of the regimen of this paragraph has the total dosage of norethindrone acetate in a cycle exceeding 15 mg, preferably exceeding 25 mg, more preferably exceeding 30 mg and even more preferably exceeding 40 mg. The cycle for the regimen is preferably 28 days, but other lengths are contemplated. The regimen of this paragraph can be bi-phasic, or can have at least three phases, and includes triphasic regimens. This invention provides a method of contraception which comprises administering to a female of child bearing age the OCP regimen of this paragraph. Alternatively, this invention contemplates a HRT regimen for post-menopausal women, and a HRT regimen for peri-menopausal women, having the ingredients and dosages mentioned above in this paragraph, except the estrogen dosages are 5 mcg or less EE dosage equivalent.

SUMM [0088] This invention contemplates mono-phasic or multi-phasic OCP regimens for reducing the risk of ovarian cancer by regulating TGF-.beta. expression and/or increasing apoptosis and/or altering expression of surrogate biomarkers of ovarian epithelium cancer protection in the ovarian epithelium where the regimens have at least one or more of the daily dosages having at least 0.7 mg of desogestrel, alternatively at least 1.2, alternatively at least 1.8, and alternatively at least 2.4, and alternatively at least 3.0, or alternatively at least 4.0 or more. In multi-phasic regimens, this phase of the regimen is administered at least one day, more preferable at least two days or alternatively at least 3 days. Preferred ranges for the length of this phase in multi-phasic regimens are from 1-15 days, from 2-11 days, and from 3-7 days. The estrogen level used in this regimen preferably has no daily dosage exceeding 50 mcg EE dosage equivalent, and more preferably not to exceed 35 mcg, and even more preferably not to exceed 20 mcg, and most preferably 15 mcg or less, with EE and 17-Beta estradiol being preferred estrogens. A weaker estrogen or an estrogen having antiestrogenic activity (such as SERMs discussed below) can be used or added as a second estrogen to any of the

L6 ANSWER 3 OF 30 USPATFULL (Continued)

regimens of this paragraph. One version of the regimen of this paragraph has the total dosage of desogestrel in a cycle not to exceed 12 mg and alternatively not to exceed 10 mg and alternatively not to exceed 7.5 mg. Another version of the regimen of this paragraph has the total dosage of desogestrel in a cycle exceeding 10 mg, preferably at least 15 mg, more preferably at least 20 mg and even more preferably at least 30 mg. The cycle for the regimen is preferably 28 days, but other lengths are contemplated. The regimen of this paragraph can be bi-phasic, or can have at least three phases, and includes triphasic regimens. This invention provides a method of contraception which comprises administering to a female of child bearing age the OCP regimen of this paragraph. Alternatively, this invention contemplates a HRT regimen for post-menopausal women, and a HRT regimen for peri-menopausal women, having the ingredients and dosages mentioned above in this paragraph, except the estrogen dosages are 5 mcg or less EE dosage equivalent.

SUMM [0089] This invention contemplates mono-phasic or multi-phasic OCP regimens for reducing the risk of ovarian cancer by regulating TGF-.beta. expression and/or increasing apoptosis and/or altering expression of surrogate biomarkers of ovarian epithelium cancer protection in the ovarian epithelium where the regimens have at least

<------User Break------->

and alternatively at least 6.5, and alternatively at least 7.0, or alternatively at least 8.0 or more. In multi-phasic regimens, this phase of the regimen is administered at least one day, more preferable at least two days or alternatively at least 3 days. Preferred ranges for the length of this phase in multi-phasic regimens are from 1-15 days, from 2-11 days, and from 3-7 days. The estrogen level used in this regimen preferably has no daily dosage exceeding 50 mcg EE dosage equivalent, and more preferably not to exceed 35 mcg (as used herein "..g" and "mcg" each mean microgram), and even more preferably not to exceed 20 mcg, and most preferably 15 mcg or less, with EE and 17-Beta estradiol being preferred estrogens. A weaker estrogen or an estrogen having antiestrogenic activity (such as SERMs discussed below) can be used or added as a second estrogen to any of the regimens of this paragraph. One version of the regimen of this paragraph has the total dosage of dienogest or drospirenone in a cycle not to exceed 20 mg and alternatively not to exceed 15 mg and alternatively not to exceed 9.0 mg. Another version of the regimen of this paragraph has the total dosage of dienogest or drospirenone in a cycle exceeding 30 mg, preferably exceeding 40 mg, more preferably exceeding 45 mg and even more preferably exceeding 50 mg. The cycle for the regimen is preferably 28 days, but other lengths are contemplated. The regimen of this paragraph can be bi-phasic, or can have at least three phases, and includes triphasic regimens. This invention provides a method of contraception which comprises administering to a female of child bearing age the OCP regimen of this paragraph. Alternatively, this invention contemplates a HRT regimen for post-menopausal women, and a HRT regimen for peri-menopausal women, having the ingredients and dosages mentioned above in this paragraph, except the estrogen dosages are 5 mcg or less EE dosage equivalent.

SUMM [0090] This invention contemplates mono-phasic or multi-phasic OCP regimens for reducing the risk of ovarian cancer by regulating TGF-.beta. expression and/or increasing apoptosis and/or altering expression of surrogate biomarkers of ovarian epithelium cancer protection in the ovarian epithelium where the regimens have at least one or more of the daily dosages having at least 0.5 mg of ethynodiol diacetate, alternatively at least 1.0, alternatively at least 1.5, and

L6 ANSWER 3 OF 30 USPATFULL (Continued)

alternatively at least 2.0, and alternatively at least 3.0, or alternatively at least 4.0 or more. In multi-phasic regimens, this phase of the regimen is administered at least one day, more preferable at least two days or alternatively at least 3 days. Preferred ranges for the length of this phase in multi-phasic regimens are from 1-15 days, from 2-11 days, and from 3-7 days. The estrogen level used in this regimen preferably has no daily dosage exceeding 50 mcg EE dosage equivalent, and more preferably not to exceed 35 mcg, and even more preferably not to exceed 20 mcg, and most preferably 15 mcg or less, with EE and 17-Beta estradiol being preferred estrogens. A weaker estrogen or an estrogen having antiestrogenic activity (such as SERMs discussed below) can be used or added as a second estrogen to any of the regimens of this paragraph. One version of the regimen of this paragraph has the total dosage of ethynodiol diacetate in a cycle not to exceed 12 mg and alternatively not to exceed 10 mg and alternatively not to exceed 7.5 mg. Another version of the regimen of this paragraph has the total dosage of ethynodiol diacetate in a cycle exceeding 15 mg, preferably exceeding 25 mg, more preferably exceeding 30 mg and even more preferably exceeding 40 mg. The cycle for the regimen is preferably 28 days, but other lengths are contemplated. The regimen of this paragraph can be bi-phasic, or can have at least three phases, and includes triphasic regimens. One version of the invention of this paragraph is a mono-phasic regimen with 1.0 mg or more of ethinodiol diacetate daily dosage with an estrogen daily dosage of less than 50 mcg EE dosage equivalent, and more preferably not to exceed 35 mcg, and even more preferably not to exceed 20 mcg, and most preferably not to exceed 15 mcg. Alternatively, a multi-phasic regimen is used with at least one phase having 1.0 mg or ethinodial diacetate or more and another phase having less ethinodial diacetate, preferably less than 1.0 mg, with estrogen daily dosages of less than 50 mcg EE dosage equivalent, and more preferably not to exceed 35 mcg, even more preferably not to exceed 20 mcg, and most preferably not to exceed 15 mcg. This invention provides a method of contraception which comprises administering to a female of child bearing age the OCP regimen of this paragraph. Alternatively, this invention contemplates a HRT regimen for post-menopausal women, and a HRT regimen for peri-menopausal women, having the ingredients and dosages mentioned above in this paragraph, except the estrogen dosages are 5 mcg or less EE dosage equivalent.

SUMM [0091] This invention contemplates mono-phasic or multi-phasic OCP regimens for reducing the risk of ovarian cancer by regulating TGF-.beta. expression and/or increasing apoptosis and/or altering expression of surrogate biomarkers of ovarian epithelium cancer protection in the ovarian epithelium where the regimens have at least one or more of the daily dosages having a progestin at a dosage equivalent of at least 0.25 mg of levonorgestrel, alternatively at least 0.5, alternatively at least 1.0, alternatively at least 1.5, alternatively at least 2.0, and alternatively at least 2.5, and alternatively at least 3.0, or alternatively at least 4.0 or more. In multi-phasic regimens, this phase of the regimen is administered at least one day, more preferable at least two days or alternatively at least 3 days. Preferred ranges for the length of this phase in multi-phasic regimens are from 1-15 days, from 2-11 days, and from 3-7 days. The estrogen level used in this regimen preferably has no daily dosage exceeding 50 mcg EE dosage equivalent, and more preferably not to exceed 35 mcg, and even more preferably not to exceed 20 mcg, and most preferably 15 mcg or less, with EE and 17-Beta estradiol being preferred estrogens. A weaker estrogen or an estrogen having antiestrogenic activity (such as SERMs discussed below) can be used or added as a second estrogen to any of the regimens of this paragraph. One version of

09/508,648

09/508,648

=> d ibib ab 1-30

09/508,648

L5  ANSWER 1 OF 30  USPATFULL
ACCESSION NUMBER:  2001:211662  USPATFULL
TITLE:  Solid dose delivery vehicle and methods of making same
INVENTOR(S):  Bauer, Erwin J., Cambridge, United Kingdom
  Kampinga, Jaap, Groningen, Netherlands
  Colaco, Camilo, Cambridge, United Kingdom
  Blair, Julian, Cambridgeshire, United Kingdom
  Quorzost Holdings Cambridge Limited, United Kingdom
  (non-U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT ASSIGNEE(S): | | | |

PATENT INFORMATION:  US 6321318  B1  20011214
APPLICATION INFO.:  US 2000-629300  20000601  (9)
RELATED APPLN. INFO.:  Continuation of Ser. No. US 1994-349829, filed on 2 Dec
  1994
DOCUMENT TYPE:  Utility
FILE SEGMENT:  GRANTED
PRIMARY EXAMINER:  Aequero, Carlos A.
LEGAL REPRESENTATIVE:  Sal ivonchik, Lloyd & Salivonchik
NUMBER OF CLAIMS:  54
EXEMPLARY CLAIM:  1
NUMBER OF DRAWINGS:  18 Drawing Figure(s); 18 Drawing Page(s)
LINE COUNT:  1445
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB  The present invention encompasses a solid dose delivery vehicle for
  ballistic administration of a bioactive material to submucosous and
  intradermal tissue, the delivery vehicle being sized and shaped for
  penetrating the epidermis. The delivery vehicle further comprises a
  stabilizing polyol glass loaded with the bioactive material and capable
  of releasing the bioactive material in situ. The present invention
  further includes methods of making and using the solid dose delivery
  vehicle of the invention.

L5  ANSWER 2 OF 30  USPATFULL
ACCESSION NUMBER:  2001:121970  USPATFULL
TITLE:  Anti-estrogen plus progestin containing oral
  contraceptives
INVENTOR(S):  Gast, Michael S., Phoenixville, PA, United States
  Munton, Christopher P., Wayne, Pa, United States
  American Home Products Corporation, Madison, NJ, United
  States (U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT ASSIGNEE(S): | | | |

PATENT INFORMATION:  US 6326292  B1  20011204
APPLICATION INFO.:  US 1998-101652  19981103  (9)

| | NUMBER | DATE |
|---|---|---|
| PRIORITY INFORMATION: | US 1997-33861 | 19971106 (00) |

DOCUMENT TYPE:  Utility
FILE SEGMENT:  GRANTED
PRIMARY EXAMINER:  Criares, Theodore J.
ASSISTANT EXAMINER:  Kim, Jennifer
LEGAL REPRESENTATIVE:  McLawsky, Arnold D.
NUMBER OF CLAIMS:  13
EXEMPLARY CLAIM:  1
LINE COUNT:  456
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB  This invention provides a method of providing contraception
  which comprises administering to a female of child bearing age a
  combination of a non-uterotrophic anti-estrogen and a progestin
  for 28 days per 28-day menstrual cycle.

L5  ANSWER 3 OF 30  USPATFULL
ACCESSION NUMBER:  2001:213435  USPATFULL
TITLE:  Prevention of ovarian cancer by administration of
  products that induce biologic effects in the ovarian
  epithelium
INVENTOR(S):  Rodriguez, Gustavo C., Durham, NC, United States

| | NUMBER | KIND | DATE |
|---|---|---|---|
| | US 2001016433 | A1 | 20011122 |

PATENT INFORMATION:  US 2001016433  A1  20011122
APPLICATION INFO.:  US 2001-704453  20010302  (9)
RELATED APPLN. INFO.:  Continuation-in-part of Ser. No. US 2000-629963, filed
  on 31 Mar 2000, PENDING
DOCUMENT TYPE:  Utility
FILE SEGMENT:  APPLICATION
LEGAL REPRESENTATIVE:  Raymond N. Nimrod, Suite 1600, 300 South Michigan
  Avenue, Chicago, IL 60604
NUMBER OF CLAIMS:  33
EXEMPLARY CLAIM:  1
LINE COUNT:  4160
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB  The present invention relates to compositions and methods for preventing
  the development of epithelial ovarian cancer by administering compounds
  in an amount capable of regulating TGF-.beta. expression in the ovarian
  epithelium and/or amounts of optimally altering conversion of other
  estrogen biomarkers identified by microarray technology. Any and all
  regimens comprising such compositions and methods are disclosed.

L5  ANSWER 4 OF 30  USPATFULL
ACCESSION NUMBER:  2001:112433  USPATFULL
TITLE:  Triphasic oral contraceptive
INVENTOR(S):  Shangold, Gary A., Califon, NJ, United States
  Shangold, Gary A., Califon, NJ, United States
  Rubin, Arkady, Brooklyn, NY, United States
  Upmalis, David, Newton, PA, United States

| | NUMBER | KIND | DATE |
|---|---|---|---|
| | US 2001041428 | A1 | 20011122 |

PATENT INFORMATION:  US 2001041428  A1  20011122
APPLICATION INFO.:  US 2001-792429  20010213  (9)
RELATED APPLN. INFO.:  Continuation-in-part of Ser. No. US 1998-326766, filed
  on 9 Jun 1999, GRANTED, Pat. No. US 6214818

| | NUMBER | DATE |
|---|---|---|
| PRIORITY INFORMATION: | US 1998-113396 | 19981223 (00) |

DOCUMENT TYPE:  Utility
FILE SEGMENT:  APPLICATION
LEGAL REPRESENTATIVE:  AUGUST A. CIMAFONCZNO JR., JOHNSON & JOHNSON, ONE
  JOHNSON & JOHNSON PLAZA, NEW BRUNSWICK, NJ, 08933-7003
NUMBER OF CLAIMS:  17
EXEMPLARY CLAIM:  1
LINE COUNT:  908
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB  A method of contraception in which an estrogen and desogestrel
  are administered daily in a three phase regimen for 21 days is
  disclosed. In the first phase a combination of an estrogen and a
  progestogen in a low but nonetheless progestogenic amount is
  daily dosage corresponding in progestogenic activity to
  17.alpha.-ethinylestradiol and in progestogenic activity to
  0.040-0.75 of norethindrone is administered for 5-8 days; followed by
  the administration of the same dosage of estrogen and a
  progestogen corresponding in progestogenic activity to
  0.10-1.0 mg of norethindrone for 7-11 days; followed by the
  administration of the same dosage of estrogen and a progestogen
  corresponding in progestogenic activity to 0.30-1.0 mg of
  norethindrone for 3-7 days; followed by 6-8 days without administering
  either an estrogen or a progestogen, provided that the
  progestin does should increase from the first phase to the
  second phase to the third phase, that the progestin is
  desogestrel at a dose in each phase of between of from 0.04-1.0 mg/day
  and that the dosage of estrogen is kept constant in each phase.

09/508,648

L8    ANSWER 5 OF 30   USPATFULL
ACCESSION NUMBER:    2001:196616 USPATFULL
TITLE:               Botulinum toxin implant
INVENTOR(S):         Donovan, Stephen, Capistrano Beach, CA, United States
PATENT ASSIGNEE(S):  Allergan Sales, Inc., Irvine, CA, United States (U.S. corporation)

|         | NUMBER     | KIND | DATE          |
|---------|------------|------|---------------|
PATENT INFORMATION:  US 6312708     B1   20011106
APPLICATION INFO.:   US 2000-624003       20000721 (9)
RELATED APPLN. INFO.: Continuation-in-part of Ser. No. US 2000-597250, filed on 2 Jun 2000
DOCUMENT TYPE:       Utility
FILE SEGMENT:        GRANTED
PRIMARY EXAMINER:    Page, Thurman K.
ASSISTANT EXAMINER:  Fubara, Blessing
LEGAL REPRESENTATIVE: Voet, Martin A.; Boras, Robert J.; Fisher, Carlos A.
NUMBER OF CLAIMS:    20
EXEMPLARY CLAIM:     1
LINE COUNT:          1971
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A controlled release system for multiphasic in vivo release of a therapeutic amounts of botulinum toxin in a human patient over a prolonged period of time. The controlled release system can comprise a plurality of botulinum toxin incorporating polymeric microspheres.

L8    ANSWER 6 OF 30   USPATFULL
ACCESSION NUMBER:    2001:184668 USPATFULL
TITLE:               Neurotoxin implant
INVENTOR(S):         Donovan, Stephen, Capistrano Beach, CA, United States
                     Brody, Daniel E., San Juan Capistrano, CA, United States
PATENT ASSIGNEE(S):  Allergan Sales, Inc., Irvine, CA, United States (U.S. corporation)

|         | NUMBER     | KIND | DATE          |
|---------|------------|------|---------------|
PATENT INFORMATION:  US 6306423     B1   20011023
APPLICATION INFO.:   US 2000-567250       20000622 (9)
DOCUMENT TYPE:       Utility
FILE SEGMENT:        GRANTED
PRIMARY EXAMINER:    Page, Thurman K.
ASSISTANT EXAMINER:  Fubara, Blessing
LEGAL REPRESENTATIVE: Voet, Martin A.; Boras, Robert J.; Fisher, Carlos A.
NUMBER OF CLAIMS:    29
EXEMPLARY CLAIM:     1
LINE COUNT:          1833
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A biocompatible implant for continuous in vivo release of a neurotoxin over a treatment period extending from one month to five years. The implant can be made of coating a solution of a polymer, such as an ethyl vinyl acetate copolymer and the neurotoxin. The neurotoxin can be a botulinum toxin.

L8    ANSWER 7 OF 30   USPATFULL
ACCESSION NUMBER:    2001:157617 USPATFULL
TITLE:               Solid dose delivery vehicle and methods of making same
INVENTOR(S):         Anner, Bruno J., Cambridge, United Kingdom
                     Kampinga, Jaap, Groningen, Netherlands
                     Colaco, Camilo, Cambridgeshire, United Kingdom
                     Blair, Julian, Cambridgeshire, United Kingdom
PATENT ASSIGNEE(S):  Quadrant Holdings Cambridge Limited, United Kingdom (non-U.S. corporation)

|         | NUMBER     | KIND | DATE          |
|---------|------------|------|---------------|
PATENT INFORMATION:  US 6290991     B1   20010918
APPLICATION INFO.:   US 1996-349029       19961202 (9)
DOCUMENT TYPE:       Utility
FILE SEGMENT:        GRANTED
PRIMARY EXAMINER:    Aspuro, Carlos A.
LEGAL REPRESENTATIVE: Saliwanchik, Lloyd & Saliwanchik
NUMBER OF CLAIMS:    225
EXEMPLARY CLAIM:     247
NUMBER OF DRAWINGS:  10 Drawing Figure(s); 5 Drawing Page(s)
LINE COUNT:
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    The present invention comprises a solid dose delivery vehicle for ballistic administration of a bioactive material to subcutaneous and intradermal tissue. The delivery vehicle being sized and shaped for penetrating the epidermis. The delivery vehicle further comprises a stabilizing polyol glass loaded with the bioactive material and capable of releasing the bioactive material in situ. The present invention further includes methods of making and using the solid dose delivery vehicle of the invention.

L8    ANSWER 8 OF 30   USPATFULL
ACCESSION NUMBER:    2001:116999 USPATFULL
TITLE:               Prevention of endometriosis signs or symptoms
INVENTOR(S):         Balistics, William Leboy, 9 Campbell Ln., Menlo Park, CA, United States 94015

|         | NUMBER     | KIND | DATE          |
|---------|------------|------|---------------|
PATENT INFORMATION:  US 6266393     B1   20010724
APPLICATION INFO.:   US 1996-130800       19960607 (9)
DOCUMENT TYPE:       Utility
FILE SEGMENT:        GRANTED
PRIMARY EXAMINER:    Ustman, Edward J.
LEGAL REPRESENTATIVE: Cooley Godward LLP
NUMBER OF CLAIMS:    12
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:  1 Drawing Figure(s); 1 Drawing Page(s)
LINE COUNT:          1170
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Methods and articles of manufacture are provided for the long-term prevention of clinical symptoms and signs produced by endometriosis. Such methods and articles of manufacture involve the continuous administration of low doses of an estrogen agent and a progestoid agent to maintain an induced state of oligomenorrhea or amenorrhea in an afflicted woman.

09/508,648

**L5    ANSWER 8 OF 30    USPATFULL**

| | | NUMBER | KIND | DATE |
|---|---|---|---|---|

ACCESSION NUMBER:    2001:122939  USPATFULL
TITLE:    Triphasic oral esctrogen/progestin
INVENTOR(S):    Shangold, Gary, Califon, NJ, United States
Rubin, Arkady, Brooklyn, NY, United States
Upmalis, David, Newtown, PA, United States
PATENT ASSIGNEE(S):    Ortho-McNeil Pharmaceuticals, Inc., Raritan, NJ, United
States (U.S. corporation)

PATENT INFORMATION:    US 6214815    B1    20010410
APPLICATION INFO.:    US 1999-328744    19990609    (9)
DOCUMENT TYPE:    Utility
FILE SEGMENT:    Granted
PRIMARY EXAMINER:    Travers, Russell
LEGAL REPRESENTATIVE:    Hochner, John
NUMBER OF CLAIMS:    4
EXEMPLARY CLAIM:    1
LINE COUNT:    169
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A method of contraception in which an estrogen and a
progestogen are administered daily in a three phase sequence for
21 days is disclosed. In the first phase a combination of an estrogen
and a progestogen is a low but monotonographically
effective daily dosage corresponding to isotropenic activity to 23-28
.mcg of 17.alpha.-ethinylestradiol and in progestogenic
activity to 0.063-0.75 mg of norethindrone is administered for 5-8 days;
followed by the administering of the same dosage of estrogen and a
progestogen corresponding in progestogenic activity to
0.25-1.0 mg of norethindrone for 7-11 days; followed by the
administering of the same dosage of estrogen and a progestogen
corresponding in progestogenic activity to 0.36-3.0 mg of
norethindrone for 3-7 days; followed by 6-8 days without administering
either an estrogen or a progestogen.

**L5    ANSWER 10 OF 30    USPATFULL**

ACCESSION NUMBER:    1999:129926  USPATFULL
TITLE:    Combined pharmaceutical estrogen-androgen-
progestin oral contraception
INVENTOR(S):    Hughes, Jr., Claude L., Dawsons, GA, United States
PATENT ASSIGNEE(S):    Jaye, Samuel J., Advance, NC, United States
Wake Forest University, Winston-Salem, NC, United
States (U.S. corporation)

PATENT INFORMATION:    US 5962021    19991005
APPLICATION INFO.:    US 1996-182787    19960831    (9)
RELATED APPLN. INFO.:    Continuation of Ser. No. US 1996-679764, filed on 10
Jul 1996, now patented, Pat. No. US 5770226
DOCUMENT TYPE:    Utility
FILE SEGMENT:    Granted
PRIMARY EXAMINER:    Page, Thurman E.
ASSISTANT EXAMINER:    Henry, James M.
LEGAL REPRESENTATIVE:    Cooter, Timothy S. Vincen & Elkins L.L.P.
NUMBER OF CLAIMS:    36
EXEMPLARY CLAIM:    1
LINE COUNT:    2551
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Disclosed are methods and compositions for oral contraception
and hormonal therapy. Certain compositions and methods of the invention
contain estrogen, and preferably methyltestosterone to be combined with
estrogen and progestin compositions is a hormonal component of
a pharmaceutical composition.

**L5    ANSWER 11 OF 30    USPATFULL**

ACCESSION NUMBER:    1999:69640  USPATFULL
TITLE:    Fertility Test
INVENTOR(S):    Law, Wai Tak, Moorestown, NJ, United States
Sterner, Robert Laurel, NJ, United States
PATENT ASSIGNEE(S):    Actimed Laboratories, Inc., Burlington, NJ, United
States (U.S. corporation)

| | | NUMBER | KIND | DATE |
|---|---|---|---|---|

PATENT INFORMATION:    US 5914271    19990622
APPLICATION INFO.:    US 1997-842773    19970417    (8)

PRIORITY INFORMATION:    US 1996-16338    19960419    (60)
DOCUMENT TYPE:    Utility
FILE SEGMENT:    Granted
PRIMARY EXAMINER:    Soderquist, Arlen
LEGAL REPRESENTATIVE:    Cooper, Iver P.
NUMBER OF CLAIMS:    9
EXEMPLARY CLAIM:    1
NUMBER OF DRAWINGS:    3 Drawing Figure(s); 3 Drawing Page(s)
LINE COUNT:    575
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    The fertile period in a female can be detected by monitoring the minimum
and magnesium concentrations in unstimulated saliva. In the three to
five day period immediately prior to ovulation, the minimum and
magnesium concentrations of saliva wane. This concentration monitoring
can be done by any conventional means for quantitatively assaying
calcium or magnesium, such as by flow through tests, test strips, reeds,
charts, probes, meters, and the like.

**L5    ANSWER 12 OF 30    USPATFULL**

ACCESSION NUMBER:    1999:60040  USPATFULL
TITLE:    Ultra low dose oral contraceptives with less
menstrual bleeding and sustained efficacy
INVENTOR(S):    Hodgen, Gary D., Virginia Beach, VA, United States
PATENT ASSIGNEE(S):    Eastern Virginia Medical School
Medical College of Hampton Roads, Norfolk, VA, United
States (U.S. corporation)

| | | NUMBER | KIND | DATE |
|---|---|---|---|---|

PATENT INFORMATION:    US 5898032    19990427
APPLICATION INFO.:    US 1997-900419    19970623    (9)
DOCUMENT TYPE:    Utility
FILE SEGMENT:    Granted
PRIMARY EXAMINER:    Nasser, James H.
LEGAL REPRESENTATIVE:    Ostrolenk, Faber, Gerb & Soffen, LLP
NUMBER OF CLAIMS:    11
EXEMPLARY CLAIM:    1
LINE COUNT:    146
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A method of female contraception involves administering a
combination of estrogen and progestin for 60-110 consecutive
days in which the daily amounts of estrogen and progestin are
equivalent to about 5-16 mcg of ethinyl estradiol and about 0.025 to 10
mg of norethindrone acetate, respectively. The advantages include less
menstrual bleeding, less patient needs, less total exposure to
medication, higher compliance rates and more lifestyle conveniences for
patients.

209

09/508,648

L6   ANSWER 13 OF 30  USPATFULL
ACCESSION NUMBER:   1999:39968 USPATFULL
TITLE:   Oral contraceptives
INVENTOR(S):   Gant, Michael J., Phoenixville, PA, United States
PATENT ASSIGNEE(S):   American Home Products Corporation, Madison, NJ, United States (U.S. corporation)

|   | NUMBER | KIND | DATE |
|---|--------|------|------|
| PATENT INFORMATION: | US 5886543 | | 19990330 |
| APPLICATION INFO.: | US 1997-804870 | | 19970702 (U) |

|   | NUMBER | DATE |
|---|--------|------|
| PRIORITY INFORMATION: | US 1996-22681 | 19960726 (US) |

DOCUMENT TYPE:   Utility
FILE SEGMENT:   Granted
PRIMARY EXAMINER:   Page, Thurman K.
ASSISTANT EXAMINER:   Spear, James H.
LEGAL REPRESENTATIVE:   Milavsky, Arnold S.
NUMBER OF CLAIMS:   19
EXEMPLARY CLAIM:   1
LINE COUNT:   0119
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   This invention provides a method of contraception which comprises administering to a female of child bearing age for 23-25 consecutive days, a first phase combination of a progestin at a daily dosage of 40-500 .mu.g trimesterone, 250 .mu.g-4 mg dienogest, or 250 .mu.g-4 mg drospirenone, and an estrogen at a daily dosage equivalent in estrogenic activity to 10-20 .mu.g ethinyl estradiol for 9-13 days beginning on day 1 of the menstrual cycle, wherein the same dosage of the progestin and estrogen combination is administered in each of the 9-13 days, and a second phase combination of a progestin at a daily dosage of 40-500 .mu.g trimesterone, 250 .mu.g-4 mg dienogest, or 250 .mu.g-4 mg drospirenone, and an estrogen at a daily dosage equivalent in estrogenic activity to 10-20 .mu.g ethinyl estradiol, for 11-15 days beginning on the day immediately following the last day of administration of the first phase combination, wherein the same dosage of the progestin and estrogen combination is administered in each of the 11-15 days, provided that the daily dosage of second phase progestin is greater than the daily dosage of the first phase progestin and that the daily dosage of the second phase estrogen is greater than or equal to the daily dosage of the first phase estrogen.

L6   ANSWER 14 OF 30  USPATFULL
ACCESSION NUMBER:   1999:4076 USPATFULL
TITLE:   Oral contraceptives
INVENTOR(S):   Gant, Michael J., Phoenixville, PA, United States
PATENT ASSIGNEE(S):   American Home Products Corporation, Madison, NJ, United States (U.S. corporation)

|   | NUMBER | KIND | DATE |
|---|--------|------|------|
| PATENT INFORMATION: | US 5854405 | | 19990112 |
| APPLICATION INFO.: | US 1997-887162 | | 19970702 (U) |

|   | NUMBER | DATE |
|---|--------|------|
| PRIORITY INFORMATION: | US 1996-22624 | 19960726 (US) |

DOCUMENT TYPE:   Utility
FILE SEGMENT:   Granted
PRIMARY EXAMINER:   Page, Thurman K.
ASSISTANT EXAMINER:   Spear, James H.
LEGAL REPRESENTATIVE:   Milavsky, Arnold S.
NUMBER OF CLAIMS:   20
EXEMPLARY CLAIM:   1
LINE COUNT:   029
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   This invention provides a bridged triphasic combination progestin/estrogen oral contraceptive regimen comprising the administration of a contraceptive progestin/estrogen combination for 23-25 days consecutive days beginning on the first day of menses, followed by the administration of an estrogen for 3-5 days following the administration of the progestin combination, so that the total period of administration is 28 days per 28 day cycle. Particularly preferred progestins of this invention are trimesterone, dienogest, and drospirenone.

L5   ANSWER 15 OF 30  USPATFULL
ACCESSION NUMBER:   1998:80129 USPATFULL
TITLE:   Comprehensive drug combinations and methods with reduced side effects
INVENTOR(S):   Reitz, Mark J., Chicago, IL, United States
Rhatte, Elvra, Chicago, IL, United States
PATENT ASSIGNEE(S):   Axxon Development Corporation, Chicago, IL, United States (U.S. corporation)

|   | NUMBER | KIND | DATE |
|---|--------|------|------|
| PATENT INFORMATION: | US 5764344 | | 19980720 |
| APPLICATION INFO.: | US 1996-672561 | | 19960617 (U) |
| RELATED APPLN. INFO.: | Continuation-in-part of Ser. No. US 1994-271278, filed on 5 Jul 1994, now abandoned |

DOCUMENT TYPE:   Utility
FILE SEGMENT:   Granted
PRIMARY EXAMINER:   Hazalo-Gonzalez, Porfirio
LEGAL REPRESENTATIVE:   Arnold, White & Durkee
NUMBER OF CLAIMS:   36
EXEMPLARY CLAIM:   1,29,30
NUMBER OF DRAWINGS:   11 Drawing Figure(s); 8 Drawing Page(s)
LINE COUNT:   0837
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   This invention provides methods and combination formulations and kits to reduce the toxicity of comprehensive drugs, such as irinotecan (CPT-11). Disclosed are therapeutic and treatment methods employing such drugs in combination with agents that increase conjugative enzyme activity or glucuronosyltransferase activity, and agents that decrease biliary transport protein activity, such as epipumectan A, the resultant effects of which are to decrease the significant side effects previously associated with treatment using these drugs.

L5   ANSWER 16 OF 30  USPATFULL
ACCESSION NUMBER:   1998:72260 USPATFULL
TITLE:   Combined pharmaceutical estrogen-androgen-progestin oral contraceptives
INVENTOR(S):   Hughes, Jr., Claude L., Hubana, NC, United States
Jaye, Manuel J., Winston-Salem, NC, United States
PATENT ASSIGNEE(S):   Wake Forest University, Winston-Salem, NC, United States (U.S. corporation)

|   | NUMBER | KIND | DATE |
|---|--------|------|------|
| PATENT INFORMATION: | US 5776226 | | 19980623 |
| APPLICATION INFO.: | US 1996-875744 | | 19980718 (U) |

DOCUMENT TYPE:   Utility
FILE SEGMENT:   Granted
PRIMARY EXAMINER:   Page, Thurman K.
ASSISTANT EXAMINER:   Spear, James H.
LEGAL REPRESENTATIVE:   Arnold, White & Durkee
EXEMPLARY CLAIM:   1
LINE COUNT:   0166
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB   Disclosed are methods and compositions for oral contraception. Certain compositions of the invention contain androgens, preferably methyltestosterone to be taken by younger users of the contraceptives to inhibit adverse effects of oral contraceptives now on hand mineral density.

210

09/508,648

L5    ANSWER 17 OF 30    USPATFULL
ACCESSION NUMBER:        1991:85390  USPATFULL
TITLE:                   Oral contraceptive
INVENTOR(S):             Hart, Michael J., Phoenixville, PA, United States
PATENT ASSIGNEE(S):      American Home Products Corporation, Madison, NJ, United
                         States (U.S. corporation)

|  | NUMBER | KIND | DATE |
|---|---|---|---|
PATENT INFORMATION: | US 5747148 | | 19980505 |
APPLICATION INFO.: | US 1997-820294 | | 19970417 (9) |

|  | NUMBER | DATE |
|---|---|---|
PRIORITY INFORMATION: | US 1996-17992 | 19960508 [60] |
DOCUMENT TYPE:          Utility
FILE SEGMENT:           Granted
PRIMARY EXAMINER:       Weddington, Kevin E.
LEGAL REPRESENTATIVE:   Miловодту, Arnold S.
NUMBER OF CLAIMS:       36
EXEMPLARY CLAIM:        1
LINE COUNT:             318
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    This invention provides a method of contraception which
      comprises administering to a female of child bearing age for 28
      consecutive days,

      a first phase combination of a progestin at a daily dosage
      equivalent in progestational activity to 40-125 .mu.g
      levonorgestrel and an estrogen at a daily dosage equivalent to
      estrogenic activity to 10-20 .mu.g ethinyl estradiol for 3-5 days
      beginning on day 1 of the menstrual cycle, wherein the same dosage of
      the progestin and estrogen combination is administered in each
      of the 3-5 days,

      a second phase combination of a progestin at a daily dosage
      equivalent in progestational activity to 40-125 .mu.g
      levonorgestrel and an estrogen at a daily dosage equivalent to
      estrogenic activity to 10-20 .mu.g ethinyl estradiol, for 4-15 days
      beginning on the day immediately following the last day of
      administration of the first phase combination, wherein the same dosage
      of the progestin and estrogen combination is administered in
      each of the 4-15 days, and

      a third phase combination of a progestin at a daily dosage
      equivalent in progestational activity to 40-125 .mu.g
      levonorgestrel and an estrogen at a daily dosage equivalent in
      estrogenic activity to 10-20 .mu.g ethinyl estradiol, for 4-15 days
      beginning on the day immediately following the last day of
      administration of the second phase combination, wherein the same dosage
      of the progestin and estrogen combination is administered in
      each of the 4-15 days, and

      no estrogen phase estrogen at a daily dosage equivalent in estrogenic
      activity to 10-20 .mu.g ethinyl estradiol, for 3-5 days beginning on the
      day immediately following the last day of administration of the third
      phase combination, wherein the same dosage of the estrogen is

L5    ANSWER 17 OF 30    USPATFULL    (Continued)
      administered in each of the 3-5 days,

      provided that the daily dosage of the combination administered in the
      first phase is not the same as the daily dosage of the combination
      administered in the second phase and that the daily dosage of the
      combination administered in the second phase is not the same as the
      daily dosage of the combination administered in the third phase.

L5    ANSWER 16 OF 30    USPATFULL
ACCESSION NUMBER:        1991:81377  USPATFULL
TITLE:                   Hormone preparation and method
INVENTOR(S):             Casper, Robert F., Toronto, Canada
PATENT ASSIGNEE(S):      Juncan Research Ltd., Toronto, Canada (non-U.S.
                         corporation)

|  | NUMBER | KIND | DATE |
|---|---|---|---|
PATENT INFORMATION: | US 5545570 | | 19961211 |
APPLICATION INFO.: | US 1994-364964 | | 19941205 (8) |
RELATED APPLN. INFO.: | Division of Ser. No. US 1993-143856, filed on 29 Oct |
| | 1993, now patented. Pat. No. US 5362573 which is a |
| | division of Ser. No. US 1991-781259, filed on 8 Nov |
| | 1991, now patented. Pat. No. US 5276012 which is a |
| | division of Ser. No. US 1990-515601, filed on 26 Apr |
| | 1990, now patented. Pat. No. US 5108998 which is a |
| | continuation of Ser. No. US 1981-247941, filed on 22 |
| | Sep 1981, now abandoned. |

|  | NUMBER | DATE |
|---|---|---|
PRIORITY INFORMATION: | CA 1981-647943 | 19870934 |
| | CA 1981-647944 | 19870934 |
DOCUMENT TYPE:          Utility
FILE SEGMENT:           Granted
PRIMARY EXAMINER:       Rose, Shep
LEGAL REPRESENTATIVE:   Browman, McManara, Edwards & Lenahan, P.L.L.C.
NUMBER OF CLAIMS:       22
EXEMPLARY CLAIM:        1
LINE COUNT:             190
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    This invention is concerned with a contraceptive formulation
      and a method of contraception which employs a combination of
      estrogen and progestin and wherein a short period of
      relatively dominant estrogenic activity alternates with a
      short period of relatively dominant progestagenic activity.
      The invention also concerns a hormonal replacement formulation and
      method for use in menopausal or castrate women which employs a similar
      combination of estrogen and progestin.

L5    ANSWER 15 OF 30    USPATFULL
ACCESSION NUMBER:        96:80261  USPATFULL
TITLE:                   Low dose oral contraceptive with less
                         breakthrough bleeding and sustained efficacy
INVENTOR(S):             Hodgen, Gary D., Norfolk, VA, United States
PATENT ASSIGNEE(S):      The Medical College of Hampton Roads, Norfolk, VA,
                         United States (U.S. corporation)

|  | NUMBER | KIND | DATE |
|---|---|---|---|
PATENT INFORMATION: | US 5552394 | | 19960903 |
APPLICATION INFO.: | US 1994-279380 | | 19940722 (8) |
DOCUMENT TYPE:          Utility
FILE SEGMENT:           Granted
PRIMARY EXAMINER:       Jordan, Kimberly
LEGAL REPRESENTATIVE:   Ostrolenk, Faber, Gerb & Soffen, LLP
NUMBER OF CLAIMS:       12
EXEMPLARY CLAIM:        1
NUMBER OF DRAWINGS:     2 Drawing Figure(s); 2 Drawing Page(s)
LINE COUNT:             423
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A method of female contraception which is characterized by a
      reduced incidence of breakthrough bleeding after the first cycle
      involves continuously administering a combination of estrogen and
      progestin for 23-25 consecutive days of a 28 day cycle in which
      the daily amounts of estrogen and progestin are equivalent to
      about 5-35 .mu.g of ethinyl estradiol and about 0.025 to 10 mg of
      norethindrone acetate, respectively and in which the weight ratio of
      estrogen to progestin is at least 1:41 calculated as ethinyl
      estradiol to norethindrone acetate.

09/508,648

L6   ANSWER 20 OF 30   USPATFULL
ACCESSION NUMBER:    96:1147776   USPATFULL
TITLE:               15,16-seco-19-nor progestins
INVENTOR(S):         Peters, Richard H., San Jose, CA, United States
                     Tandem, Nancto, Palo Alto, CA, United States
PATENT ASSIGNEE(S):  SRI International, Menlo Park, CA, United States (U.S. corporation)

                                    NUMBER     KIND   DATE
                                    ------     ----   ----
PATENT INFORMATION:                 US 5478662        19951226
APPLICATION INFO.:                  US 1994-242300    19940513  (U)
RELATED APPLN. INFO.:               Division of Ser. No. US 1992-850082, filed on 4 May
                                    1992, now patented, Pat. No. US 5321664 which is a
                                    division of Ser. No. US 1991-647296, filed on 28 Jan
                                    1991, now patented, Pat. No. US 5116645 which is a
                                    continuation-in-part of Ser. No. US 1990-176091, filed
                                    on 5 Sep 1990, now abandoned
DOCUMENT TYPE:                      Utility
FILE SEGMENT:                       Granted
PRIMARY EXAMINER:                   Kestler, Kimberly J.
LEGAL REPRESENTATIVE:               Reed, Dianne E.
NUMBER OF CLAIMS:                   19
EXEMPLARY CLAIM:                    1,14
LINE COUNT:                         1643
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB       The invention is drawn to 17-oxo-15,16-seco-19-nor steroids which are
         useful as intermediates in the production of various 15,16-seco-19-nor
         progestins. These progestins display elevated
         progestational activity with a minimum of auxiliary hormonal
         activity and are thus useful in the suppression of ovulation in the
         human female.

L6   ANSWER 21 OF 30   USPATFULL
ACCESSION NUMBER:    95:1915   USPATFULL
TITLE:               Hormone preparation and method
INVENTOR(S):         Casper, Robert F., Toronto, Canada
PATENT ASSIGNEE(S):  Jencap Research Ltd., Toronto, Canada (non-U.S. corporation)

                                    NUMBER     KIND   DATE
                                    ------     ----   ----
PATENT INFORMATION:                 US 5382573        19950117
APPLICATION INFO.:                  US 1993-143066    19931029  (U)
RELATED APPLN. INFO.:               Division of Ser. No. US 1991-700250, filed on 5 Nov
                                    1991, now patented, Pat. No. US 5276022 which is a
                                    division of Ser. No. US 1990-615601, filed on 26 Apr
                                    1990, now patented, Pat. No. US 5108995 which is a
                                    continuation of Ser. No. US 1989-247603, filed on 22
                                    Sep 1989, now abandoned

                                    NUMBER     DATE
                                    ------     ----
PRIORITY INFORMATION:               CA 1987-547743   19870924
                                    CA 1987-547744   19870924
DOCUMENT TYPE:                      Utility
FILE SEGMENT:                       Granted
PRIMARY EXAMINER:                   Rose, Shep E.
LEGAL REPRESENTATIVE:               Bronson, McCann, Edwards & Lenahan
NUMBER OF CLAIMS:                   26
EXEMPLARY CLAIM:                    1
LINE COUNT:                         811
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB       This invention is concerned with a nonthrombotic formulation
         and a method of nonthrombotic which employs a combination of
         estrogen and progestin and wherein a short period of
         relatively dominant estrogenic activity alternates with a
         short period of relatively dominant progestogenic activity.
         The invention also concerns a hormonal replacement formulation and
         method for use in menopausal or castrate women which employs a similar
         combination of estrogen and progestin.

L6   ANSWER 22 OF 30   USPATFULL
ACCESSION NUMBER:    94:51311   USPATFULL
TITLE:               15,16-seco-19-nor progestins
INVENTOR(S):         Peters, Richard H., San Jose, CA, United States
                     Tandem, Nancto, Palo Alto, CA, United States
PATENT ASSIGNEE(S):  SRI International, Menlo Park, CA, United States (U.S. corporation)

                                    NUMBER     KIND   DATE
                                    ------     ----   ----
PATENT INFORMATION:                 US 5321664        19940614
APPLICATION INFO.:                  US 1992-850082    19920504  (U)
RELATED APPLN. INFO.:               Division of Ser. No. US 1991-647296, filed on 28 Jan
                                    1991, now abandoned, Pat. No. US 5116645 which is a
                                    continuation-in-part of Ser. No. US 1990-176091, filed
                                    on 5 Sep 1990, now abandoned
DOCUMENT TYPE:                      Utility
FILE SEGMENT:                       Granted
PRIMARY EXAMINER:                   Kestler, Kimberly J.
ASSISTANT EXAMINER:                 Rosner, James M.
LEGAL REPRESENTATIVE:               Reed & Robins
NUMBER OF CLAIMS:                   5
EXEMPLARY CLAIM:                    1
LINE COUNT:                         1366
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB       15,16-seco-19-nor progestins are produced which display
         elevated progestational activity with a minimum of auxiliary
         hormonal activity. Processes for the preparation of the novel
         progestins are provided as are methods of use. A preferred
         method of use is in the suppression of ovulation in the human female.

L6   ANSWER 23 OF 30   USPATFULL
ACCESSION NUMBER:    94:1418   USPATFULL
TITLE:               Hormone preparation and method
INVENTOR(S):         Casper, Robert F., Toronto, Canada
PATENT ASSIGNEE(S):  Jencap Research Ltd., Toronto, Canada (non-U.S. corporation)

                                    NUMBER     KIND   DATE
                                    ------     ----   ----
PATENT INFORMATION:                 US 5276022        19940104
APPLICATION INFO.:                  US 1991-700250    19911106  (U)
RELATED APPLN. INFO.:               Division of Ser. No. US 1990-615601, filed on 26 Apr
                                    1990, now patented, Pat. No. US 5108995 which is a
                                    continuation of Ser. No. US 1989-247603, filed on 22
                                    Sep 1989, now abandoned

                                    NUMBER     DATE
                                    ------     ----
PRIORITY INFORMATION:               CA 1987-547743   19870924
                                    CA 1987-547744   19870924
DOCUMENT TYPE:                      Utility
FILE SEGMENT:                       Granted
PRIMARY EXAMINER:                   Rose, Shep E.
LEGAL REPRESENTATIVE:               Bronson, McCann, Edwards & Lenahan
NUMBER OF CLAIMS:                   10
EXEMPLARY CLAIM:                    1
LINE COUNT:
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB       This invention is concerned with a nonthrombotic formulation
         and a method of nonthrombotic which employs a combination of
         estrogen and progestin and wherein a short period of
         relatively dominant estrogenic activity alternates with a short period
         of relatively dominant progestogenic activity. The invention
         also concerns a hormonal replacement formulation and method for use in
         menopausal or castrate women which employs a similar combination of
         estrogen and progestin.

212

09/508,648

L5  ANSWER 24 OF 30  USPATFULL
ACCESSION NUMBER:    93:69429 USPATFULL
TITLE:               Hormone preparation and method
INVENTOR(S):         Cooper, Robert F.; Toronto, Canada
PATENT ASSIGNEE(S):  Jencap Research Ltd., Toronto, Canada (non-U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5256431 | | 19931026 |
| APPLICATION INFO.: | US 1992-974192 | | 19921110 [7] |
| RELATED APPLN. INFO.: | Division of Ser. No. US 1992-874016, filed on 27 Apr 1992, now abandoned which is a continuation of Ser. No. US 1990-515691, filed on 26 Apr 1990, now patented, which is a continuation of Ser. No. US 1990-518098 which is a continuation of Ser. No. US 1990-247081, filed on 22 Sep 1991, now abandoned | | |

| | NUMBER | | DATE |
|---|---|---|---|
| PRIORITY INFORMATION: | CA 1987-547743 | | 19870924 |
| | CA 1987-547744 | | 19870924 |
| DOCUMENT TYPE: | Utility | | |
| FILE SEGMENT: | Granted | | |
| PRIMARY EXAMINER: | Rose, Shep K. | | |
| LEGAL REPRESENTATIVE: | Drennan, McKeown, Edwards & Lenahan | | |
| NUMBER OF CLAIMS: | 11 | | |
| EXEMPLARY CLAIM: | 1 | | |
| LINE COUNT: | 776 | | |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    This invention is concerned with a contraceptive formulation and a method of contraception which employs a combination of estrogen and progestin and wherein a short period of relatively dominant estrogenic activity alternates with a short period of relatively dominant progestogenic activity. The invention also concerns a hormonal replacement formulation and method for use in menopausal or castrate women which employs a similar combination of estrogen and progestin.

L5  ANSWER 25 OF 30  USPATFULL
ACCESSION NUMBER:    92:66004 USPATFULL
TITLE:               Use of male arousal to alter female endocrine response
INVENTOR(S):         Cutler, Winnifred B.; Haverford, PA, United States
                     Preti, George; Wenham, PA, United States
                     Garcia, Celso R.; Merion, PA, United States
PATENT ASSIGNEE(S):  Trustees of the University of Penn., Philadelphia, PA, United States (U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5155045 | | 19921013 |
| APPLICATION INFO.: | US 1990-617935 | | 19880430 [6] |
| RELATED APPLN. INFO.: | Continuation-in-part of Ser. No. US 1986-894947, filed on 25 Jun 1986, now abandoned | | |
| DOCUMENT TYPE: | Utility | | |
| FILE SEGMENT: | Granted | | |
| PRIMARY EXAMINER: | Nonnie, F. T. | | |
| NUMBER OF CLAIMS: | 10 | | |
| EXEMPLARY CLAIM: | 1 | | |
| NUMBER OF DRAWINGS: | 2 Drawing Figure(s); 1 Drawing Page(s) | | |
| LINE COUNT: | 1319 | | |

AB    A novel method for treating a human female is disclosed comprising the stop of exposing the nasal region of said female to at least a portion of the axillary secretions of a human male. This exposure is preferably continued in amounts and for a duration which are effective to significantly alter an endocrine related characteristic, such as the menstrual cycle length, of that female. In particular, the portions of male axillary secretions to be exposed to the female preferably comprise one or more compounds such as androstenol, dehydroepiandrosterone, and/or a compound which exhibits a burst heavy emulsify-like odor which elutes at about 10 minutes as shown on the FID response curve of FIG. 2B. Studies show that pooled male donor secretions are effective to alter aberrant menstrual cycles, particularly those exhibiting luteal phase defects such that they become presumptively fertile menstrual cycles having durations of about 29.5.+-.3 days. Symptoms of perimenopause, such as hot flashes, night sweats and irregular menstrual cycles, are also treatable using the methods of this invention, which tend to promote female endocrine regularity and longevity.

L5  ANSWER 26 OF 30  USPATFULL
ACCESSION NUMBER:    92:42791 USPATFULL
TITLE:               15,16-seco-19-nor progestins
INVENTOR(S):         Peters, Richard H.; 345 Springpark Cir., San Jose, CA, United States 95136
                     Tanabe, Masato, 972 Morcase Ave., Palo Alto, CA, United States 94303

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5106868 | | 19920426 |
| APPLICATION INFO.: | US 1991-647290 | | 19910129 [7] |
| RELATED APPLN. INFO.: | Continuation-in-part of Ser. No. US 1990-574091, filed on 5 Sep 1990, now abandoned | | |
| DOCUMENT TYPE: | Utility | | |
| FILE SEGMENT: | Granted | | |
| PRIMARY EXAMINER: | Rose, Robert T. | | |
| ASSISTANT EXAMINER: | Kostler, Kimberly J. | | |
| LEGAL REPRESENTATIVE: | Reed, Dianne E. | | |
| NUMBER OF CLAIMS: | 11 | | |
| EXEMPLARY CLAIM: | 1 | | |
| LINE COUNT: | 1598 | | |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    15,16-seco-19-nor progestins are provided which display elevated progestational activity with a minimum of auxiliary hormonal activity. Processes for the preparation of the novel progestins are provided as are methods of use. A preferred method of use is in the suppression of ovulation in the human female.

L5  ANSWER 27 OF 30  USPATFULL
ACCESSION NUMBER:    92:34153 USPATFULL
TITLE:               Hormone preparation and method
INVENTOR(S):         Cooper, Robert F.; Toronto, Canada
PATENT ASSIGNEE(S):  Jencap Research Ltd., Toronto, Canada (non-U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5160830 | | |
| APPLICATION INFO.: | US 1990-515603 | | 19900426 [7] |
| RELATED APPLN. INFO.: | Continuation of Ser. No. US 1989-247081, filed on 22 Sep 1990, now abandoned | | |

| | NUMBER | | DATE |
|---|---|---|---|
| PRIORITY INFORMATION: | CA 1987-547743 | | 19870924 |
| | CA 1987-547744 | | 19870924 |
| DOCUMENT TYPE: | Utility | | |
| FILE SEGMENT: | Granted | | |
| PRIMARY EXAMINER: | Rose, Shep K. | | |
| LEGAL REPRESENTATIVE: | Foley & Lardner | | |
| NUMBER OF CLAIMS: | 16 | | |
| EXEMPLARY CLAIM: | 1 | | |
| LINE COUNT: | | | |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    This invention is concerned with a contraceptive formulation and a method of contraception which employs a combination of estrogen and progestin and wherein a short period of relatively dominant estrogenic activity alternates with a short period of relatively dominant progestogenic activity. The invention also concerns a hormonal replacement formulation and method for use in menopausal or castrate women which employs a similar combination of estrogen and progestin.

09/508,648

L8    ANSWER 28 OF 30   USPATFULL
ACCESSION NUMBER:   04116334
TITLE:   Method and apparatus for direct in vivo monitoring of
         uterine electrical activity
INVENTOR(S):   Hofmeister, John F., 3648 E. Baxter Pl., Littleton, CO,
               United States  80122

| | NUMBER | KIND | DATE | |
|---|---|---|---|---|
| PATENT INFORMATION: | US 4577640 | | 19860325 | |
| APPLICATION INFO.: | US 1984-691336 | | 19840330 | (G) |
| DOCUMENT TYPE: | Utility | | | |
| FILE SEGMENT: | Granted | | | |
| PRIMARY EXAMINER: | Cohen, Edward M. | | | |
| LEGAL REPRESENTATIVE: | Spensley, Jr., Edwin L. | | | |
| NUMBER OF CLAIMS: | 19 | | | |
| EXEMPLARY CLAIM: | 1 | | | |
| NUMBER OF DRAWINGS: | 13 Drawing Figure(s); 6 Drawing Page(s) | | | |
| LINE COUNT: | 543 | | | |

AB    This invention relates to an improved apparatus for directly detecting
and monitoring uterine bio-electrical activity "in vivo" characterized
by an electrode carrier in the form of a map shaped to conform to the
patient's cervix and hold the electrodes mentioned therein in such
intimate contact with the cervical tissue that an impedance match
therebetween is established and maintained at a level of less than
10,000 ohms without the aid of suction. The invention is also
characterized by non-invasive, broad-banded, low profile noise-less
electrodes. The invention is further characterized by the use of a
multiple-electrode pattern containing at least three electrodes arranged
such that separate and distinct current paths exist between each
electrode and the others thereby discrete signals can be detected,
monitored and charged. Additionally, the invention encompasses the novel
method of measuring uterine electrical activity which comprises
monitoring and recording the electrical potential along at least two
discrete current paths simultaneously with reference to a common time
base.

L8    ANSWER 29 OF 30   USPATFULL
ACCESSION NUMBER:   03171628
TITLE:   Method and apparatus for detecting ovulation
INVENTOR(S):   Stadler, Kenneth P., 341 S. Bentley Ave., Los Angeles,
               CA, United States  90049
               Taff, Barry M., 6666 Pickford St., Los Angeles, CA,
               United States  90035

| | NUMBER | KIND | DATE | |
|---|---|---|---|---|
| PATENT INFORMATION: | US 4557273 | | 19851210 | |
| APPLICATION INFO.: | US 1982-433744 | | 19831227 | (G) |
| DOCUMENT TYPE: | Utility | | | |
| FILE SEGMENT: | Granted | | | |
| PRIMARY EXAMINER: | Howell, Dyle L. | | | |
| ASSISTANT EXAMINER: | Manley, John C. | | | |
| LEGAL REPRESENTATIVE: | Jackins, Philip D. | | | |
| NUMBER OF CLAIMS: | 10 | | | |
| EXEMPLARY CLAIM: | 1 | | | |
| NUMBER OF DRAWINGS: | 4 Drawing Figure(s); 3 Drawing Page(s) | | | |
| LINE COUNT: | 569 | | | |

AB    A method and apparatus for the daily measurement of bioelectrical
potentials of ovulating women in the area of their finger tips during
their menstrual cycle to determine a midcycle peak potential as an
indicator of the time of ovulation and thereby provide means for
predicting the time for onset for consumption or for predicting the time
for abstaining from coitus as an elective means of avoiding conception.
Measurement of the finger-tip bioelectrical potential is accomplished
through the use of a hand-held, non-invasive ovulation determinator
which includes a D.C. potential sensing microgrid electrode applied to
a finger tip for locating a site thereon of maximum D.C. potential in
relation to the bioelectrical D.C. potential value of a ground electrode
applied by the determinator to a hand surface area remote from the
finger tip. Thereafter, the determinator measures the maximum
bioelectrical D.C. potential value difference between such electrodes
and reports the value difference, through appropriate electronic
circuitry, in digital display fashion as a voltage value whereby over
the 24-36 day term of the menstrual cycle a distinct rise in the voltage
value indicates the time of ovulation.

L8    ANSWER 30 OF 30   USPATFULL
ACCESSION NUMBER:   04470637
TITLE:   Monitoring of human endometrial function by
         radioimmunoassay of PEP
INVENTOR(S):   Joshi, Sharad G., Latham, NY, United States
PATENT ASSIGNEE(S):   Research Corporation, New York, NY, United States (U.S.
                      corporation)

| | NUMBER | KIND | DATE | |
|---|---|---|---|---|
| PATENT INFORMATION: | US 4409166 | | 19841215 | |
| APPLICATION INFO.: | US 1981-303599 | | 19820617 | (G) |
| DOCUMENT TYPE: | Utility | | | |
| FILE SEGMENT: | Granted | | | |
| PRIMARY EXAMINER: | Padgett, Benjamin R. | | | |
| ASSISTANT EXAMINER: | Hackomitz, M. | | | |
| LEGAL REPRESENTATIVE: | Scully, Scott, Murphy & Presser | | | |
| NUMBER OF CLAIMS: | 17 | | | |
| EXEMPLARY CLAIM: | 1,6 | | | |
| NUMBER OF DRAWINGS: | 6 Drawing Figure(s); 2 Drawing Page(s) | | | |
| LINE COUNT: | 1400 | | | |

CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    The present invention related to a novel method for the quantitative
determination of PEP (progesterone-associated endometrial
protein) in a body fluid by radioimmunoassay. The technique is useful in
monitoring the function of the human endometrium.

214

```
09/508,648

=> d ibib ab 1-28
```

215

09/508,648

**L6    ANSWER 1 OF 20    USPATFULL**
ACCESSION NUMBER:    2001:231362  USPATFULL
TITLE:    Solid dose delivery vehicle and methods of making same
INVENTOR(S):    Roser, Bruce J., Cambridge, United Kingdom
    Kampinga, Jaap, Kromlaan, Netherlands
    Colaco, Camilo, Cambridge, United Kingdom
    Blair, Julian, Cambridgeshire, United Kingdom
PATENT ASSIGNEE(S):    Quadrant Holdings Cambridge Limited, United Kingdom
    (non-U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 6331310 | B1 | 20011218 |
| APPLICATION INFO.: | US 2000-629309 | | 20000801 (9) |
| RELATED APPLN. INFO.: | Continuation of Ser. No. US 1994-349023, filed on 2 Dec 1994 |

DOCUMENT TYPE:    Utility
FILE SEGMENT:    GRANTED
PRIMARY EXAMINER:    Azpuru, Carlos A.
LEGAL REPRESENTATIVE:    Salicewahth, Lloyd & Salicewanbth
NUMBER OF CLAIMS:    54
NUMBER OF CLAIM:    1
NUMBER OF DRAWINGS:    10 Drawing Figure(s); 10 Drawing Page(s)
LINE COUNT:    1445
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    The present invention encompasses a solid dose delivery vehicle for
    ballistic administration of a bioactive material to subcutaneous and
    intradermal tissue, the delivery vehicle being sized and shaped for
    penetrating the epidermis. The delivery vehicle further comprises a
    stabilizing polyol glass loaded with the bioactive material and capable
    of releasing the bioactive material in situ. The present invention
    further includes methods of making and using the solid dose delivery
    vehicle of the invention.

**L6    ANSWER 2 OF 20    USPATFULL**
ACCESSION NUMBER:    2001:231670  USPATFULL
TITLE:    Anti-estrogen plus progestin containing oral
    contraceptives
INVENTOR(S):    Gast, Michael J., Phoenixville, PA, United States
    Miller, Christopher J., Wayne, PA, United States
PATENT ASSIGNEE(S):    American Home Products Corporation, Madison, NJ, United
    States (U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 6326293 | B1 | 20011204 |
| APPLICATION INFO.: | US 1998-195050 | | 19981103 (9) |

| | NUMBER | DATE |
|---|---|---|
| PRIORITY INFORMATION: | US 1997-93661 | 19971106 (60) |

DOCUMENT TYPE:    Utility
FILE SEGMENT:    GRANTED
PRIMARY EXAMINER:    Criares, Theodore J.
ASSISTANT EXAMINER:    Kim, Jennifer
LEGAL REPRESENTATIVE:    Mulawsky, Arnold S.
NUMBER OF CLAIMS:    13
EXEMPLARY CLAIM:    1
LINE COUNT:    614
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    This invention provides a method of providing contraception
    which comprises administering to a female of child bearing age a
    combination of a non-steroidogenic anti-estrogen and a progestin
    for 28 days per 28-day menstrual cycle.

**L6    ANSWER 3 OF 20    USPATFULL**
ACCESSION NUMBER:    2001:212435  USPATFULL
TITLE:    Prevention of ovarian cancer by administration of
    products that induce biologic effects in the ovarian
    epithelium
INVENTOR(S):    Andrijauas, Gustavo C., Durhame, NC, United States

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 6316432 | B1 | 20011113 |
| APPLICATION INFO.: | US 2001-799163 | A1 | 20010305 (8) |
| RELATED APPLN. INFO.: | Continuation-in-part of Ser. No. US 2000-539963, filed on 31 Mar 2000, PENDING |

DOCUMENT TYPE:    Utility
FILE SEGMENT:    APPLICATION
LEGAL REPRESENTATIVE:    Raymond W. Mincod, Suite 1000, 200 South Michigan
    Avenue, Chicago, IL 60606
NUMBER OF CLAIMS:    33
EXEMPLARY CLAIM:    1
LINE COUNT:    4390
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    The present invention relates to compositions and methods for preventing
    the development of epithelial ovarian cancer by administering compounds
    in an amount capable of regulating TGF-.beta. expression in the ovarian
    epithelium and/or capable of optimally altering expression of other
    surrogate biomarkers identified by microarray technology. DNV and OCF
    regimens comprising such compositions and methods are disclosed.

**L6    ANSWER 4 OF 20    USPATFULL**
ACCESSION NUMBER:    2001:212433  USPATFULL
TITLE:    Triphasic oral contraceptive
INVENTOR(S):    Shangold, Gary A., Califon, NJ, United States
    Rubin, Arkady, Brooklyn, NY, United States
    Upmalis, David, Newton, PA, United States

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 6316429 | B1 | 20011113 |
| APPLICATION INFO.: | US 2001-782420 | A1 | 20010213 (9) |
| RELATED APPLN. INFO.: | Continuation-in-part of Ser. No. US 1999-329744, filed on 8 Jun 1999, GRANTED, Pat. No. US 6216818 |

| | NUMBER | DATE |
|---|---|---|
| PRIORITY INFORMATION: | US 1998-113394 | 19981223 (60) |

DOCUMENT TYPE:    Utility
FILE SEGMENT:    APPLICATION
LEGAL REPRESENTATIVE:    AUDLEY A. CIANFOCRINO JR., JOHNSON & JOHNSON, ONE
    JOHNSON & JOHNSON PLAZA, NEW BRUNSWICK, NJ, 08933-7003
NUMBER OF CLAIMS:    17
EXEMPLARY CLAIM:    1
LINE COUNT:    846
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A method of contraception in which an estrogen and
    desogestrel are administered daily in a three phase regimen for
    21 days is disclosed. In the first phase a combination of an estrogen
    and a progestogen is a low but nontherapeutically
    effective daily dosage equivalent to norcegestic activity to 22-28
    .mu.g of 17.alpha.-ethinylestradiol and is progestogenic
    activity of 0.066-0.76 of norethindrone is administered for 5-8 days;
    followed by the administering of the same dosage of estrogen and a
    progestogen corresponding to progestogenic activity to
    0.25-1.0 mg of norethindrone for 7-11 days; followed by the
    administering of the same dosage of estrogen and a progestogen
    corresponding to progestogenic activity to 0.36-2.0 mg of
    norethindrone for 3-7 days; followed by 4-8 days without administering
    either an estrogen or a progestogen, provided that the
    progestin dose should increase from the first phase to the
    second phase to the third phase, that the progestin is
    desogestrel at a dose in each phase of between of from 0.05-1.0
    mg/day and that the dosage of estrogen is kept constant in each phase.

216

09/508,648

L6    ANSWER 5 OF 28    USPATFULL
ACCESSION NUMBER:    2001:157627 USPATFULL
TITLE:    Solid dose delivery vehicle and methods of making same
INVENTOR(S):    Bauer, Bruno J., Cambridge, United Kingdom
    Kananiwyk, Joop, Groningen, Netherlands
    Caithness, Colin, Cambridge, United Kingdom
    Blair, Guido, Cambridgeshire, United Kingdom
    Quadrant Holdings Cambridge Limited, United Kingdom
PATENT ASSIGNEE(S):    (non-U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 6290097 | B1 | 20010918 |
| APPLICATION INFO.: | US 1994-349029 | | 19941202 (6) |

DOCUMENT TYPE:    Utility
FILE SEGMENT:    GRANTED
PRIMARY EXAMINER:    Azpuru, Carlos A.
LEGAL REPRESENTATIVE:    Sollevenehli, Lloyd & Sollevenehli
NUMBER OF CLAIMS:    226
NUMBER OF CLAIM:    203
NUMBER OF DRAWINGS:    10 Drawing Figure(s); 5 Drawing Page(s)
LINE COUNT:    2160
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    The present invention encompasses a solid dose delivery vehicle for
    ballistic administration of a bioactive material to subcutaneous and
    intradermal tissue, the delivery vehicle being sized and shaped for
    penetrating the epidermis. The delivery vehicle further comprises a
    stabilizing polyol glass loaded with the bioactive material and capable
    of releasing the bioactive material in situ. The present invention
    further includes methods of making and using the solid dose delivery
    vehicle of the invention.

L6    ANSWER 6 OF 28    USPATFULL
ACCESSION NUMBER:    2001:12909 USPATFULL
TITLE:    Prevention of endometriosis signs or symptoms
INVENTOR(S):    Heinrichs, William LeRoy, & Campbell Ln., Menlo Park,
    CA, United States 94025

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 6268393 | | 20010724 |
| APPLICATION INFO.: | US 1996-130660 | | 19960807 (9) |

DOCUMENT TYPE:    Utility
FILE SEGMENT:    GRANTED
PRIMARY EXAMINER:    Webman, Edward J.
LEGAL REPRESENTATIVE:    Cooley Godward LLP
NUMBER OF CLAIMS:    22
EXEMPLARY CLAIM:    1
NUMBER OF DRAWINGS:    1 Drawing Figure(s); 2 Drawing Page(s)
LINE COUNT:    1178
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Methods and articles of manufacture are provided for the long-term
    prevention of clinical symptoms and signs produced by endometriosis.
    Such methods and articles of manufacture involve the continuous
    coadministration of low doses of an estrogen agent and a
    progestin agent to maintain an induced state of oligomenorrhea
    or amenorrhea in an afflicted woman.

L6    ANSWER 7 OF 28    USPATFULL
ACCESSION NUMBER:    2001:53039 USPATFULL
TITLE:    Triphasic oral contraceptive
INVENTOR(S):    Theeuwald, Gary, Califon, NJ, United States
    Rubin, Arnody, Brooklyn, NY, United States
    Onselik, David, Newtown, PA, United States
PATENT ASSIGNEE(S):    Ortho-McNeil Pharmaceuticals, Inc., Raritan, NJ, United
    States (U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 6214915 | B1 | 20010410 |
| APPLICATION INFO.: | US 1999-326766 | | 19990609 (9) |

DOCUMENT TYPE:    Utility
FILE SEGMENT:    Granted
PRIMARY EXAMINER:    Travers, Russell
LEGAL REPRESENTATIVE:    Nachmer, John
NUMBER OF CLAIMS:    6
EXEMPLARY CLAIM:    1
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A method of contraception in which an estrogen and a
    progestogen are administered daily in a three phase regimen for
    21 days is disclosed. In the first phase a combination of an estrogen
    and a progestogen in a low but essentially
    effective daily dosage corresponding to estrogenic activity to 23-28
    ...ng/ of 17-alpha-ethynylestradiol and in progestogenic
    activity to 0.045-0.75 mg of norethindrone is administered for 1-8 days;
    followed by the administration of the same dosage of estrogen and a
    progestogen corresponding in progestogenic activity to
    0.24-1.0 mg of norethindrone for 7-11 days; followed by the
    administration of the same dosage of estrogen and a progestogen
    corresponding in progestogenic activity to 0.50-2.5 mg of
    norethindrone for 3-7 days; followed by 4-6 days without administering
    either an estrogen or a progestogen.

L6    ANSWER 8 OF 28    USPATFULL
ACCESSION NUMBER:    1999:120915 USPATFULL
TITLE:    Combined pharmaceutical estrogen-androgen-
    progestin oral composition
INVENTOR(S):    Hughes, IV., Claude L., Ventura, CA, United States
    Joye, Manuel J., Advance, NC, United States
    Wake Forest University, Winston-Salem, NC, United
PATENT ASSIGNEE(S):    States (U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5962031 | | 19991005 |
| | US 1996-191797 | | 19960422 (9) |
| RELATED APPLN. INFO.: | Continuation of Ser. No. US 1994-679766, filed on 19 |
| | Jul 1994, now patented, Pat. No. US 5770336 |

DOCUMENT TYPE:    Utility
FILE SEGMENT:    Granted
PRIMARY EXAMINER:    Page, Thurman K.
ASSISTANT EXAMINER:    Spear, James M.
LEGAL REPRESENTATIVE:    Corcher, Vineday S. Vincent & Elkins L.L.P.
NUMBER OF CLAIMS:    94
EXEMPLARY CLAIM:    1
LINE COUNT:    2253
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Disclosed are methods and compositions for oral contraception
    and hormonal therapy. Certain compositions and methods of the invention
    contain androgens, and preferably methyltestosterone to be combined with
    estrogen and progestin components in a hormonal component of
    a pharmaceutical composition.

217

09/508,648

**L6    ANSWER 9 OF 28    USPATFULL**
ACCESSION NUMBER:    1999:49668 USPATFULL
TITLE:    Fertility test
INVENTOR(S):    Law, Hal Tak, Moorestown, NJ, United States
    Harper, Hubert, Mount Laurel, NJ, United States
PATENT ASSIGNEE(S):    ActiMed Laboratories, Inc., Burlington, NJ, United
    States (U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5914271 | | 19990622 |
| APPLICATION INFO.: | US 1997-442773 | | 19970417 (S) |

| | NUMBER | DATE |
|---|---|---|
| PRIORITY INFORMATION: | US 1996-16336 | 19960419 (60) |

DOCUMENT TYPE:    Utility
FILE SEGMENT:    Granted
PRIMARY EXAMINER:    Soderquist, Arlen
LEGAL REPRESENTATIVE:    Cooper, Iver F.
NUMBER OF CLAIMS:    9
EXEMPLARY CLAIM:    1
NUMBER OF DRAWINGS:    3 Drawing Figure(s); 3 Drawing Page(s)
LINE COUNT:    173
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    The fertile period in a female can be detected by monitoring the calcium
    and magnesium concentrations in unstimulated saliva. In the three to
    five day period immediately prior to ovulation, the calcium and
    magnesium concentrations of saliva drop. This concentration monitoring
    can be done by any conventional means for quantitatively assaying
    calcium or magnesium, such as by flow through tests, test strips, cards,
    charts, probes, meters, and the like.

**L6    ANSWER 10 OF 28    USPATFULL**
ACCESSION NUMBER:    1999:16840 USPATFULL
TITLE:    Ultra low dose oral nethomeptione with less
    menstrual bleeding and sustained efficacy
INVENTOR(S):    Hodgen, Gary D., Virginia Beach, VA, United States
PATENT ASSIGNEE(S):    Medical College of Hampton Roads, Norfolk, VA, United
    States (U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5496433 | | 19990427 |
| APPLICATION INFO.: | US 1997-900419 | | 19970623 (S) |

DOCUMENT TYPE:    Utility
FILE SEGMENT:    Granted
PRIMARY EXAMINER:    Benner, James H.
LEGAL REPRESENTATIVE:    Ostroland, Faber, Gerb & Soffen, LLP
NUMBER OF CLAIMS:    11
EXEMPLARY CLAIM:    1
LINE COUNT:    344
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    A method of female contraception involves administering a
    combination of estrogen and progestin for 60-110 consecutive
    days in which the daily amounts of estrogen and progestin are
    equivalent to about 5-35 mcg of ethinyl estradiol and about 0.025 to 10
    mg of norethindrone acetate, respectively. The advantages include less
    menstrual bleeding, less patient nausea, less total exposure to
    medication, higher compliance rates and more lifestyle conveniences for
    patients.

**L6    ANSWER 11 OF 28    USPATFULL**
ACCESSION NUMBER:    1999:19960 USPATFULL
TITLE:    Oral contraceptives
INVENTOR(S):    Gast, Michael J., Phoenixville, PA, United States
PATENT ASSIGNEE(S):    American Home Products Corporation, Madison, NJ, United
    States (U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5898843 | | 19990330 |
| APPLICATION INFO.: | US 1997-894870 | | 19970702 (S) |

| | NUMBER | DATE |
|---|---|---|
| PRIORITY INFORMATION: | US 1996-22081 | 19960726 (60) |

DOCUMENT TYPE:    Utility
FILE SEGMENT:    Granted
PRIMARY EXAMINER:    Page, Thurman K.
ASSISTANT EXAMINER:    Spear, James H.
LEGAL REPRESENTATIVE:    Walmoday, Arnold S.
NUMBER OF CLAIMS:    19
EXEMPLARY CLAIM:    1
LINE COUNT:    413
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    This invention provides a method of contraception which
    comprises administering to a female of child bearing age for 23-25
    consecutive days, a first phase combination of a progestin at
    a daily dosage of 40-100 .mu.g triamcetone, 250 .mu.g-d ng diosogest,
    or 150 .mu.g-d ng drospirenone, and an estrogen at a daily dosage
    equivalent in estrogenic activity to 10-20 .mu.g ethinyl estradiol for
    9-13 days beginning on day 1 of the menstrual cycle, wherein the same
    dosage of the progestin and estrogen combination is
    administered in each of the first days, and a second phase combination of
    a progestin at a daily dosage of 40-500 .mu.g triamcetone,
    250 .mu.g-d ng diosogest, or 150 .mu.g-d ng drospirenone, and an
    estrogen at a daily dosage equivalent to estrogenic activity to 10-20
    .mu.g ethinyl estradiol, for 11-15 days beginning on the day immediately
    following the last day of administration of the first phase combination,
    wherein the same dosage of the progestin and estrogen
    combination is administered in each of the 11-15 days, provided that the
    daily dosage of second phase progestin is greater than the
    daily dosage of the first phase progestin and that the daily
    dosage of the second phase estrogen is greater than or equal to the
    daily dosage of the first phase estrogen.

**L6    ANSWER 12 OF 28    USPATFULL**
ACCESSION NUMBER:    1999:1976 USPATFULL
TITLE:    Oral contraceptive
INVENTOR(S):    Gast, Michael J., Phoenixville, PA, United States
PATENT ASSIGNEE(S):    American Home Products Corporation, Madison, NJ, United
    States (U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5858408 | | 19990112 |
| APPLICATION INFO.: | US 1997-807162 | | 19970702 (S) |

| | NUMBER | DATE |
|---|---|---|
| PRIORITY INFORMATION: | US 1996-32024 | 19960726 (60) |

DOCUMENT TYPE:    Utility
FILE SEGMENT:    Granted
PRIMARY EXAMINER:    Page, Thurman K.
ASSISTANT EXAMINER:    Spear, James H.
LEGAL REPRESENTATIVE:    Walmoday, Arnold S.
NUMBER OF CLAIMS:    20
EXEMPLARY CLAIM:    1
LINE COUNT:    238
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    This invention provides a biulayed triphasic combination
    progestin/estrogen oral contraceptive regimen
    comprising the administration of a contraceptive
    progestin/estrogen combination for 23-25 days consecutive days
    an estrogen for 3-5 days following the administration of the estrogen/
    progestin combination, so that the total period of
    administration is 28 days per 28 day cycle. Particularly preferred
    progestins of this invention are triamcetone, diosogest, and
    drospirenone.

09/508,648

L6    ANSWER 13 OF 28    USPATFULL
ACCESSION NUMBER:    1996:89325 USPATFULL
TITLE:    Camptothecin drug combinations and methods with reduced
side effects
INVENTOR(S):    Natale, Mark J., Chicago, IL, United States
Gupta, Kiran, Chicago, IL, United States
PATENT ASSIGNEE(S):    Arch Development Corporation, Chicago, IL, United
States (U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5762616 | | 19960728 |
| APPLICATION INFO.: | US 1996-123661 | | 19960617 (8) |
| RELATED APPLN. INFO.: | Continuation-in-part of Ser. No. US 1994-271278, filed on 8 Jul 1994, now abandoned | | |

DOCUMENT TYPE:    Utility
FILE SEGMENT:    Granted
PRIMARY EXAMINER:    Razzillo-Gonzalez, Porfirio
LEGAL REPRESENTATIVE:    Arnold, White & Durkee
NUMBER OF CLAIMS:    30
EXEMPLARY CLAIM:    1,29,30
NUMBER OF DRAWINGS:    17 Drawing Figure(s); 8 Drawing Page(s)
LINE COUNT:    6037
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    This invention provides methods and combination formulations and kits to
reduce the toxicity of camptothecin drugs, such as irinotecan (CPT-11).
Disclosed are therapeutic and treatment methods employing such drugs in
combination with agents that increase camptothecin enzyme activity or
glucuronosyltransferase activity, and agents that decrease biliary
transport protein activity, such as cyclosporine A. The resultant
effects of which are to decrease the significant side effects previously
associated with treatment using these drugs.

L6    ANSWER 14 OF 28    USPATFULL
ACCESSION NUMBER:    1996:72260 USPATFULL
TITLE:    Combined pharmaceutical estrogen-androgen-
progestin oral contraceptive
INVENTOR(S):    Hughes, Jr., Claude L., Oakmon, NC, United States
Joye, Manuel J., Winston-Salem, NC, United States
Wake Forest University, Winston-Salem, NC, United
States (U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5776336 | | 19980623 |
| APPLICATION INFO.: | US 1996-678766 | | 19960710 (8) |

DOCUMENT TYPE:    Utility
FILE SEGMENT:    Granted
PRIMARY EXAMINER:    Page, Thurman K.
ASSISTANT EXAMINER:    Spear, Jesse H.
LEGAL REPRESENTATIVE:    Arnold, White & Durkee
NUMBER OF CLAIMS:    22
EXEMPLARY CLAIM:    1
LINE COUNT:    1366
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    Disclosed are methods and compositions for oral contraception.
Certain compositions of the invention contain androgens, preferably
methyltestosterone to be taken by younger users of the
contraceptives to inhibit adverse effects of oral
contraceptives use on bone mineral density.

L6    ANSWER 15 OF 28    USPATFULL
ACCESSION NUMBER:    1996:41390 USPATFULL
TITLE:    Oral contraceptives
INVENTOR(S):    Gast, Michael J., Phoenixville, PA, United States
PATENT ASSIGNEE(S):    American Home Products Corporation, Madison, NJ, United
States (U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5747480 | | 19960506 |
| APPLICATION INFO.: | US 1997-838286 | | 19970417 (8) |

| | NUMBER | DATE |
|---|---|---|
| PRIORITY INFORMATION: | US 1996-17982 | 19980500 (60) |

DOCUMENT TYPE:    Utility
FILE SEGMENT:    Granted
PRIMARY EXAMINER:    Waddington, Kevin R.
LEGAL REPRESENTATIVE:    Wilmesby, Arnold H.
NUMBER OF CLAIMS:    26
EXEMPLARY CLAIM:    1
LINE COUNT:    410
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB    This invention provides a method of contraception which
comprises administering to a female of child bearing age for 28
consecutive days,

a first phase combination of a progestin at a daily dosage
equivalent in progestational activity to 60-125 .mu.g
levonorgestrel and an estrogen at a daily dosage equivalent to
estrogenic activity to 10-25 .mu.g ethinyl estradiol for 3-8 days
beginning on day 1 of the menstrual cycle, wherein the same dosage of
the progestin and estrogen combination is administered in each
of the 3-8 days,

a second phase combination of a progestin at a daily dosage
equivalent in progestational activity to 60-125 .mu.g
levonorgestrel and an estrogen at a daily dosage equivalent to
estrogenic activity to 10-20 .mu.g ethinyl estradiol, for 4-15 days
beginning on the day immediately following the last day of
administration of the first phase combination, wherein the same dosage
of the progestin and estrogen combination is administered in
each of the 4-15 days,

a third phase combination of a progestin at a daily dosage
equivalent in progestational activity to 60-125 .mu.g
levonorgestrel and an estrogen at a daily dosage equivalent to
estrogenic activity to 10-20 .mu.g ethinyl estradiol, for 4-15 days
beginning on the day immediately following the last day of
administration of the second phase combination, wherein the same dosage
of the progestin and estrogen combination is administered in
each of the 4-15 days, and

an estrogen phase estrogen at a daily dosage equivalent to estrogenic
activity to 10-20 .mu.g ethinyl estradiol, for 3-4 days beginning on the
day immediately following the last day of administration of the third
phase combination, wherein the same dosage of the estrogen is
administered in each of the 3-4 days,

provided that the daily dosage of the combination administered in the
first phase is not the same as the daily dosage of the combination

L6    ANSWER 15 OF 28    USPATFULL    (Continued)
administered in the second phase and that the daily dosage of the
combination administered in the second phase is not the same as the
daily dosage of the combination administered in the third phase.

09/508,648

**L6   ANSWER 16 OF 28   USPATFULL**
ACCESSION NUMBER:    96(1)K377 USPATFULL
TITLE:               Hormone preparation and method
INVENTOR(S):         Casper, Robert F., Toronto, Canada
PATENT ASSIGNEE(S):  Jencap Research Ltd., Toronto, Canada (non-U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5861370 | | 19960217 |
| APPLICATION INFO.: | US 1994-354966 | | 19941208  (B) |
| RELATED APPLN. INFO.: | Division of Ser. No. US 1993-143658, filed on 29 Oct 1993, now patented, Pat. No. US 5361572 which is a division of Ser. No. US 1991-760150, filed on 6 Nov 1991, now patented, Pat. No. US 5276022 which is a division of Ser. No. US 1990-516491, filed on 26 Apr 1990, now patented, Pat. No. US 5108995 which is a continuation of Ser. No. US 1968-247641, filed on 22 Sep 1968, now abandoned | | |

| | NUMBER | DATE |
|---|---|---|
| PRIORITY INFORMATION: | CA 1987-547743 | 19870924 |
| | CA 1987-547744 | 19870924 |

DOCUMENT TYPE:       Utility
FILE SEGMENT:        Granted
PRIMARY EXAMINER:    Raso, Thep
LEGAL REPRESENTATIVE: Dressman, McKenzie, Edwards & Lenahan, P.L.L.C.
NUMBER OF CLAIMS:    23
EXEMPLARY CLAIM:     1
LINE COUNT:          290
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     This invention is concerned with a contraceptive formulation and a method of contraception which employs a combination of estrogen and progestin and wherein a short period of relatively dominant estrogenic activity alternates with a short period of relatively dominant progestogenic activity. The invention also concerns a hormonal replacement formulation and method for use in menopausal or castrate women which employs a similar combination of estrogen and progestin.

**L6   ANSWER 17 OF 28   USPATFULL**
ACCESSION NUMBER:    96(90)K1 USPATFULL
TITLE:               Low dose oral contraceptives with less breakthrough bleeding and sustained efficacy
INVENTOR(S):         Hodgen, Gary D., Norfolk, VA, United States
PATENT ASSIGNEE(S):  The Medical College of Hampton Roads, Norfolk, VA, United States (U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5552394 | | 19960903 |
| APPLICATION INFO.: | US 1994-279360 | | 19940722  (B) |

DOCUMENT TYPE:       Utility
FILE SEGMENT:        Granted
PRIMARY EXAMINER:    Jordan, Kimberly
LEGAL REPRESENTATIVE: Ostrelick, Faber, Gerb & Soffen, LLP
NUMBER OF CLAIMS:    12
EXEMPLARY CLAIM:     1
NUMBER OF DRAWINGS:  2 Drawing Figure(s); 2 Drawing Page(s)
LINE COUNT:          425
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     A method of female contraception which is characterized by a reduced incidence of breakthrough bleeding after the first cycle and involves monophasic administering a combination of estrogen and progestin for 23-25 consecutive days of a 28 day cycle in which the daily amounts of estrogen and progestin are equivalent to about 5-35 mcg of ethinyl estradiol and about 0.025 to 10 mg of norethindrone acetate, respectively and in which the weight ratio of estrogen to progestin is at least 1:11 calculated as ethinyl estradiol to norethindrone acetate.

**L6   ANSWER 18 OF 28   USPATFULL**
ACCESSION NUMBER:    95(11)T76 USPATFULL
TITLE:               16,16-none-19-nor progestins
INVENTOR(S):         Peters, Richard H., San Jose, CA, United States
                     Tanabe, Masato, Palo Alto, CA, United States
PATENT ASSIGNEE(S):  SRI International, Menlo Park, CA, United States (U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5476862 | | 19951226 |
| APPLICATION INFO.: | US 1994-321300 | | 19940613  (B) |
| RELATED APPLN. INFO.: | Division of Ser. No. US 1993-160061, filed on 4 May 1993, now patented, Pat. No. US 5321564 which is a division of Ser. No. US 1991-647290, filed on 29 Jan 1991, now patented, Pat. No. US 5110666 which is a continuation-in-part of Ser. No. US 1990-579091, filed on 5 Sep 1990, now abandoned | | |

DOCUMENT TYPE:       Utility
FILE SEGMENT:        Granted
PRIMARY EXAMINER:    Raucher, Kimberly R.
LEGAL REPRESENTATIVE: Hurd, Dianne R.
NUMBER OF CLAIMS:    18
EXEMPLARY CLAIM:     1,16
LINE COUNT:          1443
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     The invention is drawn to 16,16-none-19-nor steroids which are useful as intermediates in the production of various 16,16-none-19-nor progestins. These progestins display elevated progestational activity with a minimum of auxiliary hormonal activity and are thus useful in the suppression of ovulation in the human female.

**L6   ANSWER 19 OF 28   USPATFULL**
ACCESSION NUMBER:    95(1)K51 USPATFULL
TITLE:               Hormone preparation and method
INVENTOR(S):         Casper, Robert F., Toronto, Canada
PATENT ASSIGNEE(S):  Jencap Research Ltd., Toronto, Canada (non-U.S. corporation)

| | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5361572 | | 19941117 |
| APPLICATION INFO.: | US 1993-143658 | | 19931029  (B) |
| RELATED APPLN. INFO.: | Division of Ser. No. US 1991-760150, filed on 6 Nov 1991, now patented, Pat. No. US 5276022 which is a division of Ser. No. US 1990-516491, filed on 26 Apr 1990, now patented, Pat. No. US 5108995 which is a continuation of Ser. No. US 1968-247641, filed on 22 Sep 1968, now abandoned | | |

| | NUMBER | DATE |
|---|---|---|
| PRIORITY INFORMATION: | CA 1987-547743 | 19870924 |
| | CA 1987-547744 | 19870924 |

DOCUMENT TYPE:       Utility
FILE SEGMENT:        Granted
PRIMARY EXAMINER:    Raso, Thep I.
LEGAL REPRESENTATIVE: Dressman, McKenzie, Edwards & Lenahan
NUMBER OF CLAIMS:    26
EXEMPLARY CLAIM:     1
LINE COUNT:          311
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB     This invention is concerned with a contraceptive formulation and a method of contraception which employs a combination of estrogen and progestin and wherein a short period of relatively dominant estrogenic activity alternates with a short period of relatively dominant progestogenic activity. The invention also concerns a hormonal replacement formulation and method for use in menopausal or castrate women which employs a similar combination of estrogen and progestin.

220

09/508,648

09/508,648

L6    ANSWER 24 OF 28   USPATFULL
ACCESSION NUMBER:        92:42751  USPATFULL
TITLE:        15,16-seco-19-nor progestins
INVENTOR(S):        Peters, Richard H.; 348 Springport Cir., San Jose, CA,
        United States 95136
        Tanabe, Masato, 973 Marcus Ave., Palo Alto, CA, United
        States 94303

|  | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5116465 | | 19920526 |
| APPLICATION INFO.: | US 1991-647296 | | 19910128  [7] |
| RELATED APPLN. INFO.: | Continuation-in-part of Ser. No. US 1990-576091, filed |

DOCUMENT TYPE:        Utility
FILE SEGMENT:        Granted
PRIMARY EXAMINER:        Marr, Howard T.
ASSISTANT EXAMINER:        Mosiler, Kimberly J.
LEGAL REPRESENTATIVE:        Reed, Elenna E.
NUMBER OF CLAIMS:        11
EXEMPLARY CLAIM:        1
LINE COUNT:        1186
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB        15,16-seco-19-nor progestins are provided which dirsly

L6    ANSWER 25 OF 28   USPATFULL
ACCESSION NUMBER:        93:34153  USPATFULL
TITLE:        Hormone preparation and method
INVENTOR(S):        Comer, Robert F., Toronto, Canada
        Jensen Research Ltd., Toronto, Canada (non-U.S.
        corporation)

|  | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 5106998 | | 19920428 |
| APPLICATION INFO.: | US 1990-516491 | | 19900426  [7] |
| RELATED APPLN. INFO.: | Continuation of Ser. No. US 1988-247641, filed on 22 |

DOCUMENT TYPE:        Utility
FILE SEGMENT:        Granted
PRIMARY EXAMINER:        Rose, Shep E.
LEGAL REPRESENTATIVE:        Foley & Lardner
NUMBER OF CLAIMS:        16
EXEMPLARY CLAIM:        1
LINE COUNT:        510
CAS INDEXING IS AVAILABLE FOR THIS PATENT.
AB        This invention is concerned with a contraceptive formulation

L6    ANSWER 26 OF 28   USPATFULL
ACCESSION NUMBER:        98:16334  USPATFULL
TITLE:        Method and apparatus for direct in vivo monitoring of
        uterine electrical activity
INVENTOR(S):        Bofouitor, John F., 3848 E. Baxter Pl., Littleton, CO,
        United States 80122

|  | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 4577448 | | 19860325 |
| APPLICATION INFO.: | US 1984-581530 | | 19840320  [6] |

DOCUMENT TYPE:        Utility
FILE SEGMENT:        Granted
PRIMARY EXAMINER:        Cohen, Edward M.
LEGAL REPRESENTATIVE:        Spengler, Jr., Edwin L.
NUMBER OF CLAIMS:        16
NUMBER OF DRAWINGS:        13 Drawing Figure(s); 4 Drawing Page(s)
LINE COUNT:        681
AB        This invention relates to an improved apparatus for directly detecting

L6    ANSWER 27 OF 28   USPATFULL
ACCESSION NUMBER:        45:71628  USPATFULL
TITLE:        Method and apparatus for detecting ovulation
INVENTOR(S):        Stoller, Kenneth P., 361 S. Bentley Ave., Los Angeles,
        CA, United States 90049
        Taff, Barry E., 3665 Pickford St., Los Angeles, CA,
        United States 90034

|  | NUMBER | KIND | DATE |
|---|---|---|---|
| PATENT INFORMATION: | US 4557273 | | 19851210 |
| APPLICATION INFO.: | US 1983-452744 | | 19821227  [6] |

DOCUMENT TYPE:        Utility
FILE SEGMENT:        Granted
PRIMARY EXAMINER:        Howell, Dyle L.
ASSISTANT EXAMINER:        Manley, John C.
LEGAL REPRESENTATIVE:        Jamieson, Philip D.
NUMBER OF CLAIMS:        10
NUMBER OF DRAWINGS:        5 Drawing Figure(s); 3 Drawing Page(s)
LINE COUNT:        549
AB        A method and apparatus for the daily measurement of bioelectrical

222

09/508,648



RECEIVED

JUN 0 5 2001 PATENT

Case Docket No. BOEHM413.001APC

TECH CENTER 1600/2900 2001

Page 1

I hereby certify that this correspondence and all
marked attachments are being deposited with the
United States Postal Service as first class mail in
an envelope addressed to: Assistant Commissioner
for Patents, Washington, D.C. 20231, on

May 25, 2001
(Date)

Mark W. Benedict, Reg. No. 44,531

| In re application of | : | Hesch |
|---|---|---|
| App. No. | : | 09/508,648 |
| Filed | : | June 5, 2000 |
| For | : | HORMONAL CONTRACEPTIVE PRODUCT |
| Examiner | : | Badio, B. |
| Art Unit | : | 1616 |

**ASSISTANT COMMISSIONER FOR PATENTS**

**WASHINGTON, D.C. 20231**

Sir:

Transmitted herewith is an amendment in the above-identified application.

(X)     An extension of time to respond for one month(s) is hereby requested.

Time Extension Fee:

| (X) | one month | ($55 small entity) |
|---|---|---|
| 0 | two months | ($195 small entity) |
| 0 | three months | ($445 small entity) |

The fee has been calculated as shown below:

| CLAIMS AS FILED | | | | | |
|---|---|---|---|---|---|
| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDITIONAL FEE |
| Total Claims | 34 | — | 34 | = 0 × $9 | = $0 |
| Independent Claims | 2 | — | 3 | = 0 × $40 | = $0 |
| If application has been amended to contain multiple dependent claim(s), then add | | | | $135 | = $0 |
| Time Extension Fee | | | | | $55 |
| | | | TOTAL ADDITIONAL FEE FOR THIS AMENDMENT | | $55 |

05/30/2001 AGOITOH 00000014 09508648

01 FC 215                                    55.00 OP

(X)     A small entity status of this application under 37 CFR 1.9 and 1.27 has been established by a verified
statement previously submitted.

KNOBBE, MARTENS, OLSON & BEAR, LLP
620 NEWPORT CENTER DR., 16TH FLOOR, NEWPORT BEACH, CA 92660
(949) 760-0404     FAX (949) 760-9502

PATENT

Case Docket No. BOEHM13.001APC
Date: May 24, 2001
Page 2

(X)     Return prepaid postcard.

(X)     A check in the amount of $55 is enclosed.

0       Charge $ to Deposit Account No. 11-1410. A duplicate copy of this sheet is enclosed.

(X)     Please charge any additional fees, including any fees for additional extension of time, or credit
        overpayment to Deposit Account No. 11-1410. A duplicate copy of this sheet is enclosed.

                                        Mark R. Benedict
                                        Registration No. 44,531
                                        Attorney of Record

H:\DOCS\MRB\MRB-2439.DOC:is
052401

KNOBBE, MARTENS, OLSON & BEAR, LLP
620 NEWPORT CENTER DR., 16TH FLOOR, NEWPORT BEACH, CA 92660
(949) 760-0404   FAX (949) 760-9502

225

RECEIVED #9/8

JUN 0 5 2001

PATENT
TECH CENTER 1600/2900

BOEHM13.001APC

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant | : | Hesch, R. | ) Group Art Unit 1616 |
| | | | ) |
| Appl. No. | : | 09/508,648 | ) I hereby certify that this correspondence and all |
| | | | ) marked attachments are being deposited with |
| Filed | : | June 5, 2000 | ) the United States Postal Service as first-class |
| | | | ) mail in an envelope addressed to: Assistant |
| | | | ) Commissioner for Patents, Washington, D.C. |
| For | : | HORMONAL | ) 20231, on |
| | | CONTRACEPTIVE PRODUCT | ) |
| | | | ) May 25, 2001 |
| | | | ) (Date) |
| Examiner | : | Badio, B. | ) Mary R. Benedict, Reg. No. 44,531 |

### AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

In response to the Office Action mailed from the Patent and Trademark Office on January 29, 2001 (Paper No. 7), please amend the above-captioned patent application as follows:

### IN THE SPECIFICATION:

After the claims, on a new page, please insert the following:

#### Abstract

The present invention relates to a hormonal contraceptive product having two hormonal components, an estrogen and a gestagen, and a process for the combined, continuous administration of the product of the invention.

### IN THE CLAIMS:

22. (Amended)  A contraceptive product for continuous suppression of the menstrual cycle comprising two hormonal components, a first hormonal component comprising at least one

-1-

226

Appl. No.      :      09/508,648
Filed          :      June 5, 2000

gestagen and a second hormonal component comprising at least one estrogen, wherein said two hormonal components are in an amount effective to suppress the menstrual cycle and wherein said amount is unchanged throughout the menstrual cycle.



23.     (Amended)     The product according to Claim 22, wherein the gestagen is selected from the group consisting of: progesterone, chlottnadinone acetate, norethisterone acetate, cyprotherone acetate, desogestrel, levonorgestrel, hormone analogs with gestagen action, and hormonal compounds, which rapidly split off at least one gestagen after taking.

24.     (Amended)     The product according to Claim 22 wherein the estrogen is selected from the group consisting of: synthetic estrogens, biogenous estrogens, and hormone analogs with estrogen action.

47.     (Amended)     A process for hormonal contraception, comprising:   continuous administration of the product of Claim 22.

## REMARKS

Claims 22-24 and 47 were amended to more clearly recite the claimed invention.  Support for amended Claim 22 is found on page 6, lines 1 to 6 and Claim 47 was amended to correct its dependency.  No new matter has been added herewith.

The changes made to the claims by the current amendment, including **[deletions]** and additions, are shown on an attached sheet entitled **VERSION WITH MARKINGS TO SHOW CHANGES MADE**, which follows the signature page of this amendment.

### Rejections under 35 U.S.C. §112, first paragraph

Claims 22-46 and 55 were rejected under 35 U.S.C. § 112, first paragraph, because the Examiner believes that the specification does not reasonably provide enablement for all gestagens and estrogens due to the lack of structures disclosed in the specification.

However, Applicant submits that there is enablement for all gestagens and estrogens. The chemical structures of estrogens and gestagens are well known and easily attainable to one of skill in the art.  Any suitable chemistry textbook in, for example, Organic Chemistry, Biochemistry, or the Merck Index contains the chemical structures.  In addition, page 3 of the specification discloses a number of gestagens and estrogens.  On page 5 of the specification (first five paragraphs) further detail is provided for the chemical properties attributed to estrogens

Appl. No.     :    09/508,648
Filed          :      June 5, 2000

usable in the present method and page 6 of the specification, third paragraph, first sentence, refers to the desired properties of these estrogen compounds. Therefore, using the teaching in the Specification and the knowledge of one of skill in the art, estrogens and gestagens usable in the present method would be easily identifiable without undue experimentation.

The Examiner rejected Claim 55 because the Examiner believes that the specification does not provide guidance for using the product of the invention for the prevention/prophylaxis of breast tumors. However, page 8 of the Specification (starting at the second full paragraph) discloses the fact that successive cycles in stimulated breast tissue increases the risk for mutations, and hence, breast cancer. "If the menstrual cycle is suppressed, as is possible with the product according to the invention, the breast cells are brought into a "rest phase" and it is scientifically ensured that in the rest phase less carcinogenic mutations are introduced into a tissue than in a stimulated tissue." (Page 8, lines 31-35). The product herein suppresses the menstrual cycle and this reduces the number of cycles a breast cell undergoes, and in turn, the number of times mutations can occur in the stimulated breast cell tissue. The fewer times a breast cell enters the cell cycle, the fewer times mutations are introduced into the cell genome. Therefore, by using (taking) the product of the invention, as directed, prevention/prophylaxis of breast tumors does occur.

Therefore, the specification provides guidance to one of skill in the art to make and use the compounds disclosed which results in the continual suppression of the menstrual cycle, reducing the number of cell cycles breast cells undergo. Because of that reduction, there is a significantly decreased chance of mutations being introduced into the genome of the cell. This then results in a method for the prevention/prophylaxis of breast cancer.

In view of the arguments above, Applicant respectfully requests the withdrawal of the rejections to Claims 22-46 and 55 under 35 U.S.C. § 112, first paragraph.

<u>Rejections under 35 U.S.C. §112, second paragraph</u>

The Examiner has rejected Claims 23-25, 29, 33, 43-45, and 47-54 under 35 U.S.C. § 112, second paragraph as being indefinite and failing to distinctly claim the subject matter of the present invention.

Claim 47 has been amended to correct its dependency on a current pending claim, Claim 22. Therefore, Applicant submits Claims 47-54 are now complete and eligible for examination on their merits.

-3-

228

Appl. No.        :    09/508,648
Filed            :    June 5, 2000

     The Examiner found that the language of Claims 23-25, 29, 33, and 43-45 creates confusion as to the metes and bounds of the claimed invention by using terms such as "other natural gestagens", "other synthetic gestagens", "hormone analogs with gestagen or antigestagen action", "hormonal compounds which rapidly split off at least one gestagen after taking", and "hormonal compounds which rapidly split off at least one biological estrogen after taking". One of ordinary skill in the art would not be confused as to the metes and bounds of this language.

     Claims 23 and 24 have been amended as follows: The terms "other synthetic gestagens" and "other natural gestagens" have been removed as being unnecessary. Applicant would like to note that the compounds which fit into these groups are already protected by Claim 22, because the language "comprising gestagens and estrogens" includes other synthetic and other natural gestagens and estrogens. In addition, the terms "antiestrogens" and "antigestagens" have been removed to be pursued in a further application. Therefore, amended Claims 23 and 24 refer only to "hormone analogs with gestagen action", "hormonal compound which rapidly split off at least one gestagen", "hormone analogs with estrogen action" and "hormonal compounds which rapidly split off at least one estrogen". These terms are readily understood by one of skill in the art. For example, the hormone "mestranol" is metabolized in the liver to ethinyl estradiol (www.arhp.org/PP/2Notes/htm, Slides 60 and 62, 1997) and one of skill in the art would recognize that "hormonal compounds which rapidly split off at least one biological estrogen after taking" would be of this type. The Applicant respectfully requests the withdrawal of the rejections to Claims 23-25, 29, 33, and 43-45 under 35 U.S.C. § 112, second paragraph.

     The Examiner also stated that there is insufficient antecedent basis for the recitations of the limitations "antigestagen(s)" or "antiestrogen(s)" in Claims 23, 24, 43, and 44. However, these terms have been removed from the present claims to be pursued in a further application. Therefore, this rejection is moot. Accordingly, Applicant respectfully requests the withdrawal of the rejection under 35 U.S.C. § 112, second paragraph.

## Rejection under 35 U.S.C. §102(b) over Casper

     The Examiner has rejected Claims 22-26, 29-31, and 34-46 under 35 U.S.C. § 102(b) over Casper (EP 309 263).

     However, the presently-claimed invention is "A contraceptive product for <u>continuous suppression of the menstrual cycle</u> comprising two hormonal components, a gestagen and an

-4-

229

Appl. No.   :   09/508,648
Filed   :   June 5, 2000

estrogen, wherein said amount is unchanged throughout the menstrual cycle." Applicant has amended Claim 22 to include the phrases "continued suppression" and "said amount is unchanged throughout the menstrual cycle". Support for this amendment can be found in the paragraph bridging page 5 and page 6 of the specification.

Therefore, the presently claimed invention is a product for continuous suppression of the menstrual cycle comprising two hormonal components, a gestagen and an estrogen, whose dosages remain unchanged. This means that the concentrations of the hormonal components are unchanged throughout the usage (see page 6, lines 3-6 of the Specification). For example, in one embodiment of this invention, an oral contraceptive, there is no differentiation between one pill and the next. Each pill is identical, comprising the same concentration of gestagen and estrogen as the pill adjacent to it and the pill is taken continuously throughout the month. Continuous administration is defined in the specification (page 5, lines 33 to page 6, line 1) as "no hormonal taking-free intervals" and "no interruption of the administration of the product by administering placebos in place of the hormonal product.".

The invention of Casper is a contraceptive formulation of two hormonal components, an estrogen and progestin (gestagen), "...which employs a combination of estrogen and progestin and wherein a short period of relatively dominant estrogenic activity alternates with a short period of relatively dominant progestagenic activity." (Abstract). Casper specifically provides for altering the dosage of the hormonal components in the formulation (see also Examples 1-24, Claims 1-15). The claims of Casper also include "...a number of the dominant estrogen activity combination unit dosages are alternated with a number of the dominant progestin activity unit dosages..." (Claim 7).

Moreover, the formulation of Casper has "...a plurality of hormone-free unit dosages..." (Claim 3) and "four or seven unit dosages which are free of hormone are included to approximate the natural twenty-eight day menstrual cycle of the female." (column 12, lines 43-48 state) there are no hormone-free (placebo) formulations in the present invention. In direct contrast, the presently claimed invention provides continuous administration with no hormonal taking-free intervals" and "no interruption of the administration of the product by administering placebos in place of the hormonal product.".

Therefore, the product and method of administration of the presently claimed invention, as illustrated in amended Claim 22 and Claim 35, are distinct from the product and method of the

-5-

230

| Appl. No. | : | 09/508,648 |
|-----------|---|------------|
| Filed | : | June 5, 2000 |

product and administration in Casper. Casper does not anticipate the present invention because it does not teach <u>continuous</u> suppression of the menstrual cycle using <u>unchanged</u> dosages of the hormonal components. Therefore, Applicant respectfully requests the withdrawal of the rejections under 35 U.S.C. § 102(b) to Claims 22-26, 29-31, and 34-46.

### Rejection under 35 U.S.C. §102(b) over Bennik

The Examiner has rejected Claims 22-27, 29-32, 34-37, and 42-46 under 35 U.S.C. § 102(b) over Bennik (U.S. Patent 5,418,2228).

However, the presently-claimed invention is "A contraceptive product for <u>continuous</u> <u>suppression of the menstrual cycle</u> comprising two hormonal components, a gestagen and an estrogen, <u>wherein said amount is unchanged throughout the menstrual cycle</u>."

The product of Bennik comprises two hormonal products, an estrogen and progestogen (gestagen). In the Examples, the formulations of Bennik include 1) <u>alternating concentrations</u> of the hormonal components, and 2) <u>a period of time (7 days) without any hormones in the dosage formulation</u>. Bennik teaches the composition and use of a hormonal contraceptive product of two hormonal components (a gestagen and estrogen), where the dosages of the two hormonal components alters throughout the administration period, and includes a phase free of any hormonal component (for an example, see Example I). Additionally, Column 3, line 63 specifically states, "for the first 7 days, no dosage units at all;" and Claim 2 states, "...further comprises a fourth phase of 4 to 7 fourth dosage units containing no contraceptive steroids."

Therefore, the product and method of administration of the presently claimed invention, as illustrated in amended Claim 22 and Claim 35, are distinct from the product and method of administration in Bennik. Bennik does not anticipate the present invention because it does not meet all of the claimed elements of the invention: namely <u>continuous</u> suppression of the menstrual cycle using <u>unchanged</u> dosages of the hormonal components. Therefore, Applicant respectfully requests the withdrawal of the rejections under 35 U.S.C. § 102(b) to Claims 22-27, 29-32, 34-37, and 42-46.

### Rejection under 35 U.S.C. §103(a) in view of Casper

The Examiner has rejected Claims 22-46 under 35 U.S.C. § 103(a) as being obvious in view of Casper.

-6-

ℬ

Appl. No.        :    09/508,648
Filed            :    June 5, 2000

However, the presently-claimed invention is "A contraceptive product for <u>continuous suppression of the menstrual cycle</u> comprising two hormonal components, a gestagen and an estrogen, <u>wherein said amount is unchanged throughout the menstrual cycle</u>."

The Casper (EP 309 263) reference teaches "a contraceptive formulation and method of contraception which employs a combination of estrogen and progestin and wherein <u>a short period of relatively dominant estrogenic activity alternates with a short period of relatively dominant progestagenic activity</u>." (Abstract). Essentially, Casper teaches a contraceptive formulation using an estrogen component and a progestin in combination. Casper further teaches a method of contraception using the formulation.

Casper does not teach or suggest a constant dosage of the two hormonal components in the formulation (see above Abstract). In fact, Casper specifically teaches altering the dosages of the hormonal components throughout the formulation (see also Examples 1-24, Claims 1-15). Casper does not suggest keeping the dosages unchanged throughout the formulation. Nor does Casper teach or suggest a non-hormone free taking period. In Casper, Claim 3 states "...a plurality of hormone-free unit dosages..." and again in column 12, lines 43-48, where it states, "four or seven unit dosages which are free of hormone are included to approximate the natural twenty-eight day menstrual cycle of the female.".

Therefore, the present invention is not *prima facie* obvious in view of Casper because Casper does not teach all of the claimed elements: unchanged dosages of the hormonal products and continuous administration of the product.

In view of these arguments, Applicant respectfully requests withdrawal of the rejections of Claims 22-46 under 35 U.S.C. § 103(a).

<u>Rejection under 35 U.S.C. §103(a) in view of Cohen</u>

The Examiner rejected Claims 22-46 and 55 as being obvious in view of Cohen (U.S. Patent 4,855,305).

However, the presently-claimed invention is "[a] contraceptive product for <u>continuous suppression of the menstrual cycle</u> comprising two hormonal components, a gestagen and an estrogen, <u>wherein said amount is unchanged throughout the menstrual cycle</u>."

Cohen teaches compositions comprising melatonin in combination with a progestogen (gestagen) and/or an estrogen for use as contraceptive agents and in preventing breast cancer.

-7-

232

Appl. No.          :      09/508,648
Filed              :      June 5, 2000

Column 4, line 35 to column 5, line 27 of Cohen details different embodiments of the invention, all of which include a progestogen and melatonin. The concentration of the progestogen component varies throughout the formulation (col. 5, lines 22-27). Within those different embodiments is a period of seven days where no progestogen is administered. Claims 8-11 of Cohen also specify a seven day period without hormonal administration. Therefore, Cohen teaches the use of two components, a hormone and a non-hormone, used in combination as a contraceptive product. Cohen also teaches a period of seven days throughout the administration of this product, where there is no hormone in the composition. Cohen further teaches using melatonin as a method of preventing breast cancer.

Therefore, the present invention is not *prima facie* obvious in view of Cohen because Cohen does not teach all of the recited elements of the present invention. Cohen does not teach a continuous, unchanged administration of two hormonal components. In addition, Cohen suggests that it is the melatonin component which is responsible for preventing breast cancer. The present invention teaches that the constant administration of the product of the invention, prevents/treats breast cancer because it reduces the number of cell cycles the breast cells undergo, thereby reducing the number of times mutations can be introduced into the breast cell.

It would not have been obvious to one of skill in the art to modify the formulation of Cohen to obtain the present invention because Cohen does not teach or suggest the product and method of administration of the present invention. Therefore, the Applicant respectfully requests withdrawal of the rejection to Claims 22-46 and 55 under 35 U.S.C. § 103(a).

## Rejection under 35 U.S.C. § 103(a) in view of Bennik

The Examiner rejected Claims 22-37 and 42-46 as being obvious in view of Bennik (U.S. Patent 5,418,2228).

However, the presently-claimed invention is "[a] contraceptive product for continuous suppression of the menstrual cycle comprising two hormonal components, a gestagen and an estrogen, wherein said amount is unchanged throughout the menstrual cycle."

Bennik teaches the composition and use of a hormonal contraceptive product with two hormonal components (a gestagen and estrogen), where the dosages of the two hormonal components alters throughout the administration period, and includes a phase free of any hormonal component (for an example, see Example I).

-8-

233

Appl. No.        :    09/508,648
Filed            :    June 5, 2000

Therefore, the presently claimed invention is not *prima facie* obvious in view of Bennik, because Bennik does not teach all of the claimed elements. Specifically, Bennik does not teach continuous administration of the gestagen and estrogen where the dosages of the two hormonal components does not alter. In view of these arguments, Applicant respectfully requests withdrawal of the rejections of Claims 22-37 and 42-46 under 35 U.S.C. § 103(a).

**Conclusion**

In view of the foregoing amendments and remarks, Applicant respectfully asserts that the present application is fully in condition for allowance. If any issues remain that may be addressed by a phone conversation, the Examiner is invited to contact the undersigned at the phone number listed below.

Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11-1410. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  _5/25/01_                    By: _____
                                         Mark R. Benedict
                                         Registration No. 44,531
                                         Attorney of Record
                                         620 Newport Center Drive
                                         Sixteenth Floor
                                         Newport Beach, CA 92660
                                         (949) 760-0404

-9-

234

Appl. No.          :    ⁻09/508,648
Filed              :        June 5, 2000

VERSION WITH MARKINGS TO SHOW CHANGES MADE

22.  (Amended)  A <u>contraceptive</u> product for <u>continuous suppression of the menstrual</u> <u>cycle</u> comprising two hormonal components[:]<u>,</u> a first [product]<u>hormonal component</u> comprising at least one gestagen and a second hormonal component comprising at least one estrogen, wherein said two hormonal components are in an amount effective to suppress the menstrual cycle <u>and wherein said amount is unchanged throughout the menstrual cycle</u>.

23.  (Amended)  The product according to Claim 22, wherein the gestagen is selected from the group consisting of:  progesterone, chlottnadinone acetate, norethisterone acetate, cyprotherone acetate, desogestrel, levonorgestrel, [other **natural gestagens, other synthetic gestagens, antigestagens,**] hormone analogs with gestagen [or **antigestagen**] action, and hormonal compounds, which rapidly split off at least one gestagen after taking.

24.  (Amended)  The product according to Claim 22 wherein the estrogen is selected from the group consisting of: synthetic estrogens, biogenous estrogens, [**antiestrogens**] and hormone analogs with estrogen [or **antiestrogen**] action. ˙

47.  (Amended)  A process for hormonal contraception, comprising:  continuous administration of the product of Claim [1]22.

O:\DOCS\MCM\MCM-1036.DOC
050401
H:\DOCS\JAH\JAH-4480.DOC
052201
H:\Docs\Mrb\Red Files\Boehm\JAH-4480-mrb.doc
052401

235

Appl. No.       :     09/508,648
Filed           :     June 5, 2000

## Abstract

The present invention relates to a hormonal contraceptive product having two hormonal components, an estrogen and a gestagen, and a process for the combined, continuous administration of the product of the invention.

-11-

236



**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
           Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/508,648 | 06/05/00 | HESCH | R | BOEHM13.001A |

| EXAMINER |
|---|
| BADIO,B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1616 | N0 |

020995                       HM12/0719
KNOBBE MARTENS OLSON & BEAR LLP
620  NEWPORT CENTER DRIVE
SIXTEENTH FLOOR
NEWPORT BEACH CA 92660

DATE MAILED:        07/19/01

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev.11/00)                                                    1- File Copy

237

| *Office Action Summary* | Application No. | Applicant(s) |
| --- | --- | --- |
| | 09/508,648 | HESCH, ROLF-DIETER |
| | Examiner | Art Unit |
| | Barbara P Badio, Ph.D. | 1616 |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --**

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE **3** MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136 (a).  In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED  (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment.  See 37 CFR 1.704(b).

**Status**

1)☐  Responsive to communication(s) filed on _____ .

2a)☒ This action is FINAL.          2b)☐  This action is non-final.

3)☐  Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☐  Claim(s) _22-55_ is/are pending in the application.

　　4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐  Claim(s) _____ is/are allowed.

6)☐  Claim(s) _22-55_ is/are rejected.

7)☐  Claim(s) _____ is/are objected to.

8)☐  Claims _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐  The specification is objected to by the Examiner.

10)☐  The drawing(s) filed on _____ is/are objected to by the Examiner.

11)☐  The proposed drawing correction filed on _____ is: a)☐ approved  b)☐ disapproved.

12)☐  The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

13)☐  Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

　　a)☐ All b)☐  Some * c)☐  None of:

　　　1.☐  Certified copies of the priority documents have been received.

　　　2.☐  Certified copies of the priority documents have been received in Application No. _____ .

　　　3.☐  Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

　　* See the attached detailed Office action for a list of the certified copies not received.

14)☐  Acknowledgement is made of a claim for domestic priority under 35 U.S.C. & 119(e).

**Attachment(s)**

15) ☐ Notice of References Cited (PTO-892)　　18)☐ Interview Summary (PTO-413) Paper No(s). _____ .
16) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)　　19)☐ Notice of Informal Patent Application (PTO-152)
17) ☐ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____ .　　20)☐ Other: _____

Application/Control Number: 09/508,648                                    Page 2
Art Unit: 1616

### Final Office Action on the Merits

### *Claim Rejections - 35 USC § 112*

1.      The rejection of claims 22-46 and 55 under 35 USC 112, first paragraph is
maintained and claims 47-54 are rejected under 35 USC 112, first paragraph.

        Applicant argues that estrogens and gestagens usable in the present method
would be easily identifiable to the skilled artisan without undue experimentation.
Applicant also argues that using the product of the invention, as directed, results in the
prevention/prophylaxis of breast.  Applicant's arguments were considered but not
persuasive for the following reasons.

        The definitions of estrogens and gestagens provided by the present specification
include any hormonal analogs with estrogen/gestagen or antiestrogen/antigestagen
action as well as any hormonal compound rapidly splitting off at least one
estrogen/gestagen following taking (see page 3 of the present specification).  The
ordinary artisan in the art would not be able to identify compounds falling within this
broad description without undue experimentation because he would not know which
compounds apart from those listed in the present specification would fall within the
scope of the present invention.

        Applicant also argues that the use of the present invention would result in the
prevention of breast tumors.  Applicant's argument is based on the statement in the
present specification referring to "less carcinogenic mutations".  How can one prevent a
disease when one can not determine who would develop said disease?  The

239

Application/Control Number: 09/508,648                                    Page 3
Art Unit: 1616

specification does not teach how the ordinary artisan would determine a person in need

of preventative measures. In addition, "less" does not mean any and, thus, prevention

does not occur. The present specification suggests reduction and not an absence of

carcinogenic cells.

For these reasons and those given in Paper No. 7, the rejection of claims 22-46

and 55 under 35 USC 112, first paragraph is maintained and claims 47-54 are rejected

under 35 USC 112, first paragraph.


2.     The rejection of claims 47-54 under 35 USC 112, second paragraph is
withdrawn.


3.     The rejection of claims 23-25, 29, 33 and 43-45 under 35 USC 112, second
paragraph is maintained.

Applicant argues that the terms recited by the instant claims are readily

understood by one of skill in the art. The issue is not whether the skilled artisan

understands the terms utilized by the instant claims but whether he would know what is

encompassed by the term. The ordinary artisan in the art would not know what other

compounds apart from those specific compounds recited by the present specification

are encompassed by the instant claims. Therefore, he would be unable to determine

the metes and bound of the claimed invention.

For this reason and those given in Paper No. 7, the rejection of claims 23-25, 29,

33 and 43-45 under 35 USC 112, second paragraph is maintained.


240

Application/Control Number: 09/508,648                                    Page 4
Art Unit: 1616

### Claim Rejections - 35 USC § 102

4.      The rejection of claims 22-26, 29-31 and 34-46 under 35 USC 102(b) over
Casper (EP 309 263) is withdrawn.

5.      The rejection of claims 22-27, 29-32, 34-37 and 42-46 under 35 USC 102(b)
over Bennink ('228) is withdrawn.

### Claim Rejections - 35 USC § 103

6.      The rejection of claims 22-46 under 35 USC 103(a) over Casper (EP 309 263)
is withdrawn.

7.      The rejection of claims 22-46 and 55 under 35 USC 103(a) over Cohen ('305)
is maintained and claims 47-54 are rejected under 35 USC 103(a) over Cohen
('305).

        Applicant argues that the reference does not teach a continuous, unchanged
administration of two hormonal components and that it suggests that the melatonin
component is responsible for the prevention of breast cancer.  Applicant's arguments
were considered but not persuasive for the following reasons.

        Cohen teach that in the art "a consistent dose of an estrogen and a progesterone
is administered daily throughout the period of administration" (see col. 1, lines 27-29).
Based on the teachings of Cohen and what is known in the prior art, the continuous

Application/Control Number: 09/508,648                                    Page 5
Art Unit: 1616

administration of an unchanged amount of an estrogen and a gestagen would have

been obvious to the skilled artisan at the time of the present invention.

Applicant's argument that the reference teaches melatonin is responsible for the

prevention of breast cancer is noted.  However, the fact is that the reference

administered melatonin in addition to an estrogen and a gestagen for use as

contraceptive agents and preventing breast cancer.  Whether the reference states that

estrogen and/or gestagen is responsible for the activity of the composition is not

relevant because one can not separate a compound and its properties.  Therefore, the

ordinary artisan would expect that similar compounds would have similar effect and that

the estrogen and gestagen taught by the prior art would have the same properties as

those recited by the present invention.

For these reasons and those given in Paper No. 7, the rejection of claims 22-46

and 55 under 35 USC 103(a) over Cohen ('305) is maintained and claims 47-54 are

rejected under 35 USC 103(a) over Cohen ('305).


8.     **The rejection of claims 22-37 and 42-46 under 35 USC 103(a) over Bennink**

**('228) is withdrawn.**


### Conclusion

9.     **THIS ACTION IS MADE FINAL.**  Applicant is reminded of the extension of time

policy as set forth in 37 CFR 1.136(a).

242

Application/Control Number: 09/508,648                                      Page 6
Art Unit: 1616

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the mailing date of this final action.

### *Telephone Inquiry*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Barbara P Badio, Ph.D. whose telephone number is

703-308-4595.  The examiner can normally be reached on 7:30am-4pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jose Dees can be reached on 703-308-4628.  The fax phone numbers for

the organization where this application or proceeding is assigned are 703-308-4556 for

regular communications and 703-308-4556 for After Final communications.

Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the receptionist whose telephone number is 703-308-

1235.

243

Application/Control Number: 09/508,648                                    Page 7
Art Unit: 1616

Barbara P Badio, Ph.D.
Primary Examiner
Art Unit 1616

BB
July 17, 2001

244



*RCE (1616)*

PATENT

Attorney Docket No.: BOEHM13.001TEC
Date: November 8, 2001
Page 1

**RECEIVED**
JAN 07 2002
TECH CENTER 1600/2900

REQUEST FOR CONTINUED EXAMINATION (RCE)

UNDER 37 C.F.R. § 1.114

Assistant Commissioner For Patents
Box RCE
Washington, D.C. 20231

I hereby certify that this correspondence and all marked
attachments are being deposited with the United States Postal
Service as first-class mail in an envelope addressed to: Assistant
Commissioner for Patents, Washington, D.C. 20231, on

November 9, 2001

Mark R. Benedict, Reg. No. 44,531

Application Number:    09/508,648
Filing Date:    June 5, 2000
First Named Inventor:    HESCH , ROLF - DIETER
Group Art Unit:    1616
Examiner Name:    Badio, B.

This is a Request for Continued Examination (RCE) under 37 C.F.R. § 1.114 of the above-identified
application.

1.    Submission Required under 37 C.F.R. § 1.114:

    ()    Previously submitted:

        O    Consider the amendment(s)/reply under 37 C.F.R. § 1.116 previously filed on .

        O    Consider the arguments in the Appeal Brief or Reply Brief previously filed on .

    (X)    Enclosed:

        (X)    Amendment/Reply

        O    Affidavit(s)/Declaration(s)

        O    Information Disclosure Statement (IDS)

        (X)    Return Postcard

2.    Miscellaneous:

    ()    Suspension of action on the above-identified application is requested under 37 C.F.R. § 1.103(c)
    for a period of  months.  (Period of suspension shall not exceed three months).

3.    Fees:                                        | 01/03/2002 SDENOGB1 00000020 09508648

    (X)    RCE fee ($370 small entity/$740 large entity)   01 FC:279              370.00 OP

    O    Fee for suspension ($130)

    (X)    Extension of Time fee:

01/03/2002 SDENOGB1 00000020 09508648

02 FC:215              55.00 OP

245

PATENT

Attorney Docket No.: BOEHM13.001APC
Date: November 8, 2001
Page 2

        (X)    One Month ($55/$110)
        ()     Two Month ($200/$400)
        ()     Three Month ($460/$920)

4.    Payment:

        (X)    Check in the amount of $425 to cover the above fees.

        (X)    The Commissioner is hereby authorized to charge any additional fees under 37 C.F.R. § 1.16 and § 1.17 which may be required, now or in the future, or credit any overpayment to Deposit Account No. 11-1410.

Address all future communications to Customer No. 20,995.

Dated:    11/9/01

Mark R. Benedict
Registration No. 44,531
Attorney of Record

O:\DOCS\MCM\MCM-1594.DOC
110801

246



BOEHR1003 001

PATENT

RECEIVED
JAN 07 2002
TECH CENTER 1600/2900

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | |
|---|---|---|---|---|
| Applicant | : | Hesch, R. | ) | Group Art Unit 1616 |
| | | | ) | |
| Appl. No. | : | 09/508,648 | ) | |
| | | | ) | |
| Filed | : | June 5, 2000 | ) | |
| | | | ) | |
| For | : | HORMONAL CONTRACEPTIVE | ) | |
| | | PRODUCT | ) | |
| | | | ) | |
| Examiner | : | Badio, B. | ) | |

### PRELIMINARY AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

    Prior to examination on the merits, please amend the above-referenced application as follows:

**IN THE CLAIMS:**

**Please cancel claims 22-55 without prejudice.**

Please add the following new claims:

    56.   (New) A contraceptive product for continuous suppression of the menstrual cycle by uninterrupted hormonal administration over an administration period covering a multiple of otherwise occurring menstrual cycles, comprising two hormonal components:

    a first hormonal component comprising at least one gestagen selected from the group consisting of progesterone, chlormadinone acetate, norethisterone acetate, cyprotherone acetate, desogestrel, and levonorgestrel; and

    a second hormonal component comprising at least one estrogen selected from the group consisting of synthetic estrogens and biogenous estrogens,

-1-

247

Appl. No.      :     09/508,648
Filed          :     June 5, 2000

wherein said two hormonal components are in an amount effective to suppress the menstrual cycle, and wherein said amount is unchanged throughout the administration period.

57.     (New)  The contraceptive product of Claim 56 wherein said synthetic estrogen is selected from the group consisting of ethinyl estradiol and mestranol.

58.     (New)  The contraceptive product of Claim 56 wherein said biogenous estrogen is selected from the group consisting of estradiol, estriol, estrone and estrane.

59.     (New)  The contraceptive product of Claim 58 wherein said estradiol is selected from the group consisting of 17-α-estradiol, 17-β-estradiol and the combination thereof.

60.     (New)  A method for hormonal contraception comprising administration of the contraceptive product of Claim 56 for over a period covering a multiple of otherwise occurring menstrual cycles, wherein said administration is continuous and uninterrupted.

61.     (New)  A contraceptive product for continuous suppression of the menstrual cycle by uninterrupted hormonal administration over an administration period covering a multiple of otherwise occurring menstrual cycles, consisting of two hormonal components:

a first hormonal component comprising at least one gestagen selected from the group consisting of progesterone, chlormadinone acetate, norethisterone acetate, cyprotherone acetate, desogestrel, and levonorgestrel; and

a second hormonal component comprising at least one estrogen selected from the group consisting of synthetic estrogens and biogenous estrogens,

wherein said two hormonal components are in an amount effective to suppress the menstrual cycle, and wherein said amount is unchanged throughout the administration period.

62.     (New)  The contraceptive product of Claim 61 wherein said synthetic estrogen is selected from the group consisting of ethinyl estradiol and mestranol.

-2-

248

Appl. No.          :     09/508,648
Filed              :     June 5, 2000

63.    (New)  The contraceptive product of Claim 61 wherein said biogenous estrogen is selected from the group consisting of estradiol, estriol, estrone and estrane.

64.    (New)  The contraceptive product of Claim 63 wherein said estradiol is selected from the group consisting of 17-α-estradiol, 17-β-estradiol and the combination thereof.

65.    (New)  A method for hormonal contraception comprising administration of the contraceptive product of Claim 61 for over a period covering a multiple of otherwise occurring menstrual cycles, wherein said administration is continuous and uninterrupted.

66.    (New)  A contraceptive product for continuous suppression of the menstrual cycle by uninterrupted hormonal administration over an administration period covering a multiple of otherwise occurring menstrual cycles, consisting of two hormonal components:

a first hormonal component comprising at least one gestagen selected from the group consisting of progesterone, chlormadinone acetate, norethisterone acetate, cyprotherone acetate, desogestrel, and levonorgestrel; and

a second hormonal component comprising at least one estrogen selected from the group consisting of synthetic estrogens and biogenous estrogens, wherein said synthetic estrogen is selected from the group consisting of ethinyl estradiol and mestranol, and wherein said biogenous estrogen is selected from the group consisting of estradiol, estriol, estrone, and estrane;

wherein said two hormonal components are in an amount effective to suppress the menstrual cycle, and wherein said amount is unchanged throughout the administration period.

67.    (New)  The contraceptive product of Claim 66, wherein said estradiol is selected from the group consisting of 17-α-estradiol, 17-β-estradiol and the combination thereof.

-3-

249

Appl. No.        :    09/508,648
Filed            :    June 5, 2000

68.    (New)  A method for hormonal contraception comprising administration of the contraceptive product of Claim 66 for over a period covering a multiple of otherwise occurring menstrual cycles, wherein said administration is continuous and uninterrupted.

## REMARKS

Claims 22-55 have been canceled without prejudice and Claims 56-68 have been added. Support for new Claims 56-68 is found within the specification as filed and in canceled Claims 22-26, 29-31, and 46. No new matter has been added herewith.

The Applicant would like to thank the Examiner for the withdrawal of the rejection to Claims 47-54 under 35 U.S.C. § 112, second paragraph, the withdrawal of the rejection of the Claims under 35 U.S.C. § 102(b), and the rejection to the Claims under 35 U.S.C. § 103(a) over Casper and Bennik.

The rejection to the claims in the Office Action of July, 19, 2001 (Paper No. 10) are discussed in detail below.

### Rejection under 35 U.S.C. § 112

The Examiner has rejection Claims 22-54 under 35 U.S.C. § 112, first paragraph, because the Examiner asserts that the specification does not reasonably provide enablement to one of ordinary skill in the art for all gestagens and estrogens due to the lack of structures disclosed in the specification.

However, Applicant has canceled Claims 22-24, thereby rendering the rejection moot. Applicant has added new Claims 56, 61, and 66, which are drawn to a contraceptive product. The new claims do not include the limitation from Claim 23, "hormone analogs with gestagen action, and hormonal compounds, which rapidly split off at least one gestagen after taking" or the limitation from Claim 24, "and hormone analogs with estrogen action." New Claims 56, 61, and 66 contain the gestagen limitation, "wherein the gestagen is selected from the group consisting of..." and recite those compounds listed in the specification on page 3, lines 7-10 and within the Examples on pages 9-11.    Therefore, new Claims 56, 61 and 66 recite only those specific gestagens listed in the specification and the two classes of estrogens, synthetic and biogenous.    Further, new Claims 57 and 62 do not contain the limitation "and hormone compounds which rapidly split off at least one synthetic estrogen after taking", and recite ethinyl

-4-

250

Appl. No.        :    09/508,648
Filed            :    June 5, 2000

estradiol and mestranol. Support for the limitation is found in the specification on page 3, line 20 and within the Examples on pages 9-11. In addition, new Claims 58 and 63 do not contain the limitation "and hormonal components which rapidly split off at least one biogenous estrogen after taking", but recite "estradiol, estriol, estrone, and estrane" as the biogenous estrogen component. The list of biogenous estrogens is found within the specification as filed on page 3, lines 31 and 32.

Although Applicant maintains the patentability of Claims 22-54, for purposes of expediting allowance of this application, Applicant now presents Claims 56-68, which do not contain the language that raised concerns for the Examiner in the former pending claims under 35 U.S.C. § 112, first paragraph.

The Examiner rejected Claim 55 because the Examiner believes that the specification does not provide guidance for using the product of the invention for the prevention/prophylaxis of breast tumors. Although the Applicant respectfully disagrees with the Examiner, in order to expedite allowance of the present application, Claim 55 has been canceled, thereby rendering the rejection to the claim moot.

In view of the cancellation of the Claims and the above remarks, Applicant respectfully requests the withdrawal of the rejections to Claims 22-55 under 35 U.S.C. § 112, first paragraph.

Further, the Examiner has rejection Claims 23-25, 29, 33, and 43-45 under 35 U.S.C. § 112, second paragraph. Specifically, the Examiner asserts that one of ordinary skill in the art would not know what was encompassed by the terms "estrogen" and "gestagen" as defined in the specification as filed. As noted above, Applicant has canceled the pending claims, and new Claims 56-68 recite only those specific compounds listed in the specification, which are well known and understood to those of skill in the art. New Claims 56-68 now distinctly point out and claim the subject matter of the invention and one of skill in the art can readily ascertain the metes and bounds of the present invention.

Therefore, Applicant respectfully requests the withdrawal of the rejection to Claims 23-25, 29, 33, and 43-45 under 35 U.S.C. § 112, second paragraph.

-5-

251

Appl. No.      :    09/508,648
Filed         :    June 5, 2000

<u>Rejection under 35 U.S.C. §103(a) in view of Cohen</u>

      The Examiner has rejected Claims 22-55 as being obvious in view of Cohen (U.S. Patent 4,855,305). Specifically the Examiner asserts that the prior state of the art in combination Cohen make obvious the administration of an unchanged amount of an estrogen and a gestagen.

      The present invention as recited in new Claim 56 is a "contraceptive product for continuous suppression of the menstrual cycle by uninterrupted hormonal administration over a period covering multiple otherwise occurring menstrual cycles, comprising two hormonal components" in which the hormonal components are recited in new Claims 56-59, 61-64, 66 and 67. Therefore, the contraceptive product of the invention contains two hormonal components, an estrogen and gestagen, whose concentrations remain <u>unchanged</u> throughout the menstrual cycle (specification, page 6, lines 3-6) and include those compounds listed in new Claims 56-59, 61-64, 66 and 67. Further, new Claims 60, 65 and 68 recite that administration of the contraceptive product is "for over a period covering a multiple of otherwise occurring menstrual cycles, wherein said administration is <u>continuous</u> and <u>uninterrupted</u>." As defined in the specification on page 5, lines 33 to page 6, line 1, continuous is defined as "no hormonal-taking free intervals" and "no interruption of the administration of the product by administering placebos in place of the hormonal product". It is clear from the specification on page 4, lines 31-32, page 5, line 33 to page 6, line 6 and on page 8, line 32, that the contraceptive product of Claims 56, 61 and 66 is administered each and every day, without interruption, which is for a period covering a multiple of otherwise menstrual cycles. Indeed, there is <u>no period of time</u> when hormonal administration <u>does not occur</u>. As recited in the new Claims, the product of the invention comprises a gestagen and an estrogen, with the specific gestagens and estrogens outlined in the Claims. Further, the method recited in Claims 60, 65 and 68 of using the contraceptive product of the invention reveals that this product is administered over a period of menstrual cycles, each and every day.

      Cohen teaches compositions comprising melatonin in combination with a progestogen (gestagen) and/or an estrogen for use as contraceptive agents. Column 4, line 35 to column 6, line 14 of Cohen details different embodiments of the invention, none of which solely include an estrogen and gestagen. The combinations in Cohen are melatonin and a progestogen, melatonin, progestogen and an estrogen, or melatonin and an estrogen. Cohen primarily teaches a "method of effecting contraception...[comprising] administering an ovulation-inhibiting amount of melatonin. Optionally, the melatonin is administered in combination with progestogen and/or an

<div align="center">-6-</div>

Appl. No.      :      09/508,648
Filed          :      June 5, 2000

estrogen." (Abstract) Cohen teaches the purpose of the progestogen is "to induce a cyclic bleeding resembling a cyclic menses..." (col. 4, lines 37-40) In addition, Cohen teaches a method of administration that includes a seven day period during which no progestogen is administered during the menstrual cycle (col. 4, lines 61-68 and col. 5, lines 10-11 and lines 16-17). Cohen also teaches the administration of the estrogen component "can be administered daily throughout 21 days of the 28 day cycle" (col. 5, lines 61-63).

The product of the present invention does not recite melatonin as a hormonal component as set forth in the Examples within columns 7 and 8, and in the claims. New Claims 56-59 recite the specific compounds, none of which are melatonin or a melatonin-like compound. New Claims 61-64, 66 and 67 claim that the product consists of two hormonal components [a gestagen and an estrogen]. Use of the closed phrase "consists of" excludes additional components, such as melatonin. Because Cohen teaches the importance of melatonin, the formulation including only a gestagen and an estrogen would not be obvious based on the criticality of melatonin to the contraceptive disclosed in Cohen. Additionally, the method of administration in the present invention does not include any period of time where a hormonal component is not administered, as found in Cohen. Therefore, Cohen teaches away from the present invention since Cohen teaches the importance of periods where there is no hormonal administration. In contrast, the present claims explicitly require that there is "no hormone-taking free intervals." The cancellation of Claim 55 renders moot the rejection with regards to a treatment/prevention of breast tumors.

Therefore, Cohen does not make obvious the present invention because Cohen incorporates melatonin as a component of his contraceptive product and further teaches a method that includes a hormone-taking free period. There cannot be a motivation to modify the teachings of Cohen to arrive at the present invention since the two inventions contradict each other. Cohen does not teach nor suggest a contraceptive product for continuous suppression of the menstrual cycle by uninterrupted hormonal administration over an administration period covering a multiple of otherwise occurring menstrual cycles, comprising two hormonal components: a first hormonal component comprising at least one gestagen selected from the group consisting of progesterone, chlormadinone acetate, norethisterone acetate, cyproterone acetate, desogestrel, and levonorgestrel; and a second hormonal component comprising at least one estrogen selected from the group consisting of synthetic estrogens and biogenous estrogens,

-7-

| Appl. No. | : | 09/508,648 |
|-----------|---|------------|
| Filed | : | June 5, 2000 |

wherein said two hormonal components are in an amount effective to suppress the menstrual cycle, and wherein said amount is unchanged throughout the administration period.

In view of cancellation of Claims 22-55 and the foregoing remarks, Applicant respectfully requests withdrawal of the rejection to Claims 22-55 under 35 U.S.C. § 103(a).

**Conclusion**

In view of the foregoing, Applicant respectfully asserts that the present application is fully in condition for allowance. Applicant further asserts that all prior concerns expressed by the Examiner have been addressed in this preliminary amendment. However, if any issues remain that may be addressed by a phone conversation, the Examiner is invited to contact the undersigned at the phone number listed below.

Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: ___11/9/01___

By: _____
Mark R. Benedict
Registration No. 44,531
Attorney of Record
620 Newport Center Drive
Sixteenth Floor
Newport Beach, CA 92660
(949) 760-0404

O:\DOCS\MCM\MCM-1377.DOC
081701

-8-

254



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/508,648 | 06/05/2000 | ROLF-DIETER HESCH | BOEHM13.001A | 7616 |

20995     7590     01/14/2002
KNOBBE MARTENS OLSON & BEAR LLP
620 NEWPORT CENTER DRIVE
SIXTEENTH FLOOR
NEWPORT BEACH, CA 92660

| EXAMINER |
|---|
| BADIO, BARBARA P |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1616 | 13 |

DATE MAILED: 01/14/2002

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

255

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 09/508,648 | HESCH, ROLF-DIETER |
| | Examiner | Art Unit | |
| | Barbara P Badio, Ph.D. | 1616 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE **3** MONTH(S) FROM
THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any
  earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☐  Responsive to communication(s) filed on _____ .

2a)☐  This action is FINAL.        2b)☒  This action is non-final.

3)☐  Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
     closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☐  Claim(s) _56-68_ is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐  Claim(s) _____ is/are allowed.

6)☐  Claim(s) _56-68_ is/are rejected.

7)☐  Claim(s) _____ is/are objected to.

8)☐  Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐  The specification is objected to by the Examiner.

10)☐  The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).

11)☐  The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved by the Examiner.

    If approved, corrected drawings are required in reply to this Office action.

12)☐  The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13)☒  Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☒ All  b)☐  Some * c)☐  None of:

      1.☐  Certified copies of the priority documents have been received.

      2.☐  Certified copies of the priority documents have been received in Application No. _____ .

      3.☐  Copies of the certified copies of the priority documents have been received in this National Stage
           application from the International Bureau (PCT Rule 17.2(a)).

      * See the attached detailed Office action for a list of the certified copies not received.

14)☐  Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

    a)☐  The translation of the foreign language provisional application has been received.

15)☐  Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

**Attachment(s)**

| | |
|---|---|
| 1)☒ Notice of References Cited (PTO-892) | 4)☐ Interview Summary (PTO-413) Paper No(s). _____ . |
| 2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948) | 5)☐ Notice of Informal Patent Application (PTO-152) |
| 3)☐ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____ . | 6)☐ Other: |

Application/Control Number: 09/508,648                    Page 2
Art Unit: 1616

### First Office Action on the Merits of a RCE

#### Continued Examination Under 37 CFR 1.114

1.     A request for continued examination under 37 CFR 1.114, including the fee set

forth in 37 CFR 1.17(e), was filed in this application after final rejection.  Since this

application is eligible for continued examination under 37 CFR 1.114, and the fee set

forth in 37 CFR 1.17(e) has been timely paid, the finality of the previous Office action

has been withdrawn pursuant to 37 CFR 1.114.  Applicant's submission filed on January

2, 2002 has been entered.


2.     The text of those sections of Title 35, U.S. Code not included in this action can

be found in a prior Office action.


#### Claim Rejections - 35 USC § 112

3.     **The rejection of claims 22-55 under 35 USC 112, first paragraph is made**

**moot by the cancellation of the instant claims.**


4.     Claims 56, 60, 61 and 65 rejected under 35 U.S.C. 112, first paragraph, because

the specification, while being enabling for estrogenic compounds recited by the present

specification, does not reasonably provide enablement for all estrogenic compounds.

The specification does not enable any person skilled in the art to which it pertains, or

257

Application/Control Number: 09/508,648                                    Page 3
Art Unit: 1616

with which it is most nearly connected, to make and use the invention commensurate in scope with these claims.

The instant claims recite "a second hormonal component comprising at least one estrogen selected from the group consisting of synthetic estrogens and biogenous estrogens". According to the present specification, estrogens is meant to cover the specific compounds recited as well as designer hormones and hormonal compounds rapidly splitting off at least one biogenous estrogen after taking. However, the present specification lacks structures or examples corresponding to said compounds. Therefore, the ordinary artisan in the art would be unable to make the composition commensurate in scope with these claims without undue experimentation. The ordinary artisan would first have to determine whether an undisclosed compound falls within the scope of the estrogens of the present claims before making the claimed composition. It is suggested that the claims be limited to estrogens disclosed by the present specification.

5.     **The rejection of claims 23-25, 29, 33 and 43-45 under 35 USC 112, second paragraph is made moot by the cancellation of the instant claims.**

*Claim Rejections - 35 USC § 102*

6.     The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

Application/Control Number: 09/508,648                              Page 4
Art Unit: 1616

> (e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

The changes made to 35 U.S.C. 102(e) by the American Inventors Protection Act of 1999 (AIPA) do not apply to the examination of this application as the application being examined was not (1) filed on or after November 29, 2000, or (2) voluntarily published under 35 U.S.C. 122(b). Therefore, this application is examined under 35 U.S.C. 102(e) prior to the amendment by the AIPA (pre-AIPA 35 U.S.C. 102(e)).

7.    Claims 56-68 are rejected under 35 U.S.C. 102(e) as being anticipated by Hodgen ('032).

Hodgen teaches a contraceptive composition containing an estrogen and a progestin given monophasicly for 60 to 110 consecutive days (see the entire article, especially col. 3, lines 47-50). The reference teaches estrogens such as ethinyl estradiol, mestranol and 17β-estradiol and progestins such as levonorgestrel, gestodone and desogestrel (see especially examples 1-5). The composition and method of use taught by the reference are encompassed by the instant claims.

### *Claim Rejections - 35 USC § 103*

8.    **The rejection of claims 22-55 under 35 USC 103(a) over Cohen ('305) is made moot by the cancellation of the instant claims.**

Application/Control Number: 09/508,648                                         Page 5
Art Unit: 1616

9.      Claims 56-68 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Cohen ('305) in view of Hodgen ('032).

        Cohen teaches contraceptives containing an estrogen and a progestogen (see

the entire article).  The reference teaches progestogens such as progesterone,

chlormadinone acetate, morethindrone acetate and levonorgestrel (see col. 4, lines 35-

60) and estrogens such as ethinyl estradiol, mestranol, estradiol, estriol and estrone

(col. 5, lines 52-61).

        The instant claims differ from the reference by reciting a contraceptive product for

continuous suppression of the menstrual cycle by uninterrupted hormonal administration

over an administration period.  However, Cohen teaches it is known in the art that

combination regimens containing a consistent dose of an estrogen and a progestogen

can be administered daily throughout the period of administration (col. 1, lines 23-29)

and Hodgen teaches a similar composition containing an estrogen and a progestogen

administered  monophasicly for 60 to 110 consecutive days (col. 3, lines 47-50).

Therefore, it would have been obvious to one having ordinary skill in the art at the time

of the invention to make the composition of Cohen for administration monophasicly for

the period of administration covering a multiple of menstrual cycles with the reasonable

expectation of effecting contraception in humans as taught by the prior art.

Application/Control Number: 09/508,648                                         Page 6
Art Unit: 1616

### Telephone Inquiry

10.     Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Barbara P Badio, Ph.D. whose telephone number is

703-308-4595.  The examiner can normally be reached on M-F from 7:30am-4pm.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jose Dees can be reached on 703-308-4628.  The fax phone numbers for

the organization where this application or proceeding is assigned are 703-308-4556 for

regular communications and 703-308-4556 for After Final communications.

        Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the receptionist whose telephone number is 703-308-

1235.

                                        Barbara P Badio, Ph.D.
                                        Primary Examiner
                                        Art Unit 1616

BB
January 12, 2002

261

| *Notice of References Cited* | | Application/Control No. 09/508,648 | Applicant(s)/Patent Under Reexamination HESCH, ROLF-DIETER | |
| --- | --- | --- | --- | --- |
| | | Examiner Barbara P Badio, Ph.D. | Art Unit 1616 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
| --- | --- | --- | --- | --- | --- |
| X | A | US-4,855,305 | 08-1989 | Cohen | 514/171 |
| | B | US-5,898,032 | 04-1999 | Hodgen | 514/178 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
| --- | --- | --- | --- | --- | --- | --- |
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
| --- | --- | --- |
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                     Notice of References Cited                     Part of Paper No. 13

262

09/508,648

=> d his

    (FILE 'HOME' ENTERED AT 13:23:29 ON 11 JAN 2002)

    FILE 'CAPLUS' ENTERED AT 13:23:37 ON 11 JAN 2002
L1        137 S MONOPHASIC AND CONTRACEPT?
L2         55 S L1 AND (ESTROGEN? AND GESTAGEN? OR PROGEST?)
L3         30 S L2 NOT PY>=1997

    FILE 'USPATFULL' ENTERED AT 13:30:46 ON 11 JAN 2002
L4         47 S MONOPHASIC AND CONTRACEPT?
L5         30 S L4 AND (ESTROGEN? AND GESTAGEN? OR PROGEST?)
L6         28 S L5 AND (PROGESTERONE OR CHLORMADINONE OR NORETHISTERONE OR CY

263

| *Interview Summary* | Application No. | Applicant(s) |
| --- | --- | --- |
| | 09/508,648 | HESCH, ROLF-DIETER |
| | Examiner | Art Unit |
| | Barbara P Badio, Ph.D. | 1616 |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Barbara P Badio, Ph.D.*              (3) *Arnie Milowsky.*

(2) *Mark R. Benedict.*                   (4) *Heinz Goddar and Dieter Hesch.*

Date of Interview: *13 May 2002* .

Type:  a)☐ Telephonic   b)☐  Video Conference
       c)☒ Personal [copy given to: 1)☐ applicant   2)☐  applicant's representative]

Exhibit shown or demonstration conducted:   d)☐ Yes       e)☐  No.
If Yes, brief description: _____ .

Claim(s) discussed: *of record* .

Identification of prior art discussed: *of record* .

Agreement with respect to the claims  f)☐  was reached.   g)☒  was not reached.  h)☐  N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was
reached, or any other comments:  *Applicant discussed the differences between the prior art and the claimed
invention. Applicant also agreed to amend the claimed invention by including the dosage of the estrogenic
component. The examiner agrees to reconsider the rejection of record based applicant's admendment and discussion
of the claimed invention* .

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims
allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims
allowable is available, a summary thereof must be attached.)

    i)☒  It is not necessary for applicant to provide a separate record of the substance of the interview(if box is
         checked).

Unless the paragraph above has been checked, THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION
MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04).  If a reply to the last Office
action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A
STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on
reverse side or on attached sheet.

Examiner Note:  You must sign this form unless it is an          Examiner's signature, if required
Attachment to a signed Office action.

U.S. Patent and Trademark Office
PTO-413 (Rev. 03-98)                          Interview Summary                          Paper No.

264

## Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**

A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews**
**Paragraph (b)**

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

**37 CFR § 1.2 Business to be transacted in writing.**

All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promises, stipulation, or understanding in relation to which there is disagreement or doubt.

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
- Application Number (Series Code and Serial Number)
- Name of applicant
- Name of examiner
- Date of interview
- Type of interview (telephonic, video-conference, or personal)
- Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
- An indication whether or not an exhibit was shown or a demonstration conducted
- An identification of the specific prior art discussed
- An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
- The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case unless both applicant and examiner agree that the examiner will record same. Where the examiner agrees to record the substance of the interview, or when it is adequately recorded on the Form or in an attachment to the Form, the examiner should check the appropriate box at the bottom of the Form which informs the applicant that the submission of a separate record of the substance of the interview as a supplement to the Form is not required.

It should be noted, however, that the interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
   (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.

Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

2

16/6
8

PATENT

Case Docket No. BOEHM13.001APC
Date: May 22, 2002
Page 1   #15
u. u.

6/6/02

OIPE JC66
MAY 2 8 2002
PATENT & TRADE

COPY OF PAPERS
ORIGINALLY FILED

| | | |
|---|---|---|
| In re application of | : | Hesch, R. |
| App. No. | : | 09/508,648 |
| Filed | : | June 5, 2000 |
| For | : | HORMONAL CONTRACEPTIVE PRODUCT |
| Examiner | : | Badio, B |
| Art Unit | : | 1616 |

I hereby certify that this correspondence and all marked attachments are being deposited with the United States Postal Service on first class mail in an envelope addressed to: United States Patent and Trademark Office, P.O. 2327, Arlington, VA 22202, on

May 22, 2002

Mark R. Benedict, Reg. No. 44,531

**RECEIVED**

MAY 3 1 2002

TECH CENTER 1600/2900

UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. Box 2327
Arlington, VA 22202

Sir:

Transmitted herewith is an amendment in the above-identified application.

(X)    An extension of time to respond for 2 months is hereby requested.

Time Extension Fee:

(X)    two months    ($400 large entity)

The fee has been calculated as shown below:

| CLAIMS AS FILED | | | | | |
|---|---|---|---|---|---|
| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDITIONAL FEE |
| Total Claims | 3 | — | 34 | = 0 × $9 | = $-0- |
| Independent Claims | 2 | — | 2 | = 0 × $42 | = $-0- |
| Time Extension Fee | | | | | $400.00 |
| | | | TOTAL ADDITIONAL FEE FOR THIS AMENDMENT | | $400.00 |

05/30/2002 BNGUYEN1 00000050 09508648
01 FC:1116          400.00 OP

266

PATENT

Case Docket No. BOEHM13.001APC
Date: May 22, 2002
Page 2

(X)     Supplemental Information Disclosure Statement with six (6) references.

(X)     Return prepaid postcard.

(X)     A check in the amount of $400.00 is enclosed.

(X)     Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11-1410.

Mark R. Benedict
Registration No. 44,531
Attorney of Record

H:\DOCS\MRB\MRB-3036.DOC
052202

267

COPY OF PAPERS
ORIGINALLY FILED

=#16

BOEHM13.001APC

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant | : | Hesch, R. | ) Group Art Unit 1616 |
| Appl. No. | : | 09/508,648 | ) |
| Filed | : | June 5, 2000 | ) |
| For | : | HORMONAL CONTRACEPTIVE PRODUCT | ) |
| Examiner | : | Badio, B. | ) |

RECEIVED

MAY 3 1 2002

TECH CENTER 1600/2900

**AMENDMENT**

United States Patent and Trademark Office
P.O. Box 2327
Arlington, VA 22202

Dear Sir:

Applicant wishes to thank the Examiner for personally meeting with Applicant and his representatives and colleagues at the Patent Office on May 13, 2002 to discuss the above-referenced case. In response to the Office Action mailed on January 14, 2002 (Paper No. 13), and consistent with the agreements set forth in the Examiner's Interview Summary, please consider the following amendments and remarks.

**IN THE CLAIMS:**

Please cancel Claims 56-68 without prejudice.

Please add new Claims 69-71 as follows:

69. A method for hormonal contraception, comprising:

administering orally, transdermally or via depot to a mammal in need thereof, for a continuous and uninterrupted administration period of greater than 110 days, a contraceptive product comprising:

-1-

268

Appl. No.     :    08/308,648
Filed         :    June 5, 2000

a gestagen selected from the group consisting of progesterone, chlormadinone acetate, norethisterone acetate, cyprotherone acetate, desogestrel, and levonorgestrel; and

an estrogen selected from the group consisting of ethinyl estradiol, mestranol, estradiol, estriol, estrone, and estrane;

wherein said gestagen and said estrogen are present in said contraceptive product at unchanged dosages throughout the administration period, and when said estrogen is ethinyl estradiol, the dosage of ethinyl estradiol is not greater than 20 µg per day.

70.2    The method of hormonal contraception of Claim 69, wherein the dosage of ethinyl estradiol is between 1 and 20 µg per day.

71.    A method for continuous suppression of the menstrual cycle, comprising:

administering orally, transdermally or via depot to a mammal in need thereof, for a continuous and uninterrupted administration period of greater than 110 days, a contraceptive product comprising:

a gestagen selected from the group consisting of progesterone, chlormadinone acetate, northisterone acetate, cyprotherone acetate, desogestrel, and levonorgestrel; and

an estrogen selected from the group consisting of ethinyl estradiol, mestranol, estradiol, estriol, estrone, and estrane;

wherein said gestagen and said estrogen are present in said contraceptive product at unchanged dosages throughout the administration period, and wherein the dosage of ethinyl estradiol is not greater than 20 µg per day, such that the menstrual cycle is continuously suppressed throughout the administration period.

## REMARKS

Claims 56-68 have been canceled without prejudice.  New claims 69-71 have been added in accordance with the discussions between Applicant and the Examiner on May 13, 2002.  Support for the new claims can be found within the specification including original claims 1-21 as filed.

-2-

Appl. No.        :    L..508,648
Filed            :    June 5, 2000

### Rejection under 35 U.S.C. § 112, first paragraph

The Examiner rejected claims 56, 60, 61, and 65 under 35 U.S.C. § 112, first paragraph, because the Examiner asserted that the specification does not reasonably provide enablement to one of ordinary skill in the art for all estrogenic compounds due to the lack of structures disclosed in the specification. Without acquiescing to the Examiner's enablement rejection, claims 56, 60, 61, and 65 were canceled. New claims 69-71 recite the specific estrogen compounds disclosed in the specification. Accordingly, Applicants respectfully request withdrawal of this rejection under § 112, first paragraph.

### Rejection under 35 U.S.C. §102(e) in view of Hodgen

The Examiner rejected Claims 56-68 as anticipated under 35 U.S.C. §102(e) by Hodgen (U.S. Patent 5,898,032).

Hodgen teaches a contraceptive composition containing a gestagen and an estrogen administered monophasically for 60 – 110 consecutive days, followed by a hormone-free period of 3 – 10 days. The hormone-free period allows endometrial bleeding. According to Hodgen, *see e.g.*, col. 3, lines 26-30, "[t]he regimen enhances compliance by <u>involving fewer stop/start transitions per year</u> and also results in <u>less blood loss</u> in patients with anemia. Having fewer menstrual intervals can enhance lifestyles and convenience." It is clear from a careful review of Hodgen that menses during the hormone-free intervals is an expected and desired object of the method. In summarizing the results of lower dosage protocols in the prior art, Hodgen concludes that "withdrawal amenorrhea during the "pill free" week (expected menses)" is problematic. Col. 3, lines 19-21. Thus, whereas Hodgen teaches a contraceptive product consisting of a gestagen and an estrogen, administered for 60 – 110 consecutive days, the Hodgen teaching is qualified in that induction of endometrial bleeding between hormone administration periods is important to the efficacy of the regimen.

Hodgen does not disclose a method comprising an <u>administration period of greater than 110 days</u>, which is <u>continuous and uninterrupted</u> (i.e., by the hormone-free

-3-

Appl. No.    :    ~~,508,648
Filed        :    June 5, 2000

period of Hodgen, included to induce endometrial bleeding), as recited in new claims 69-71.    Applicant's originally-filed specification clearly conveys the concept of contraception in which administration is continuous regardless of the administration period.    Specifically, the specification (page 6, line 1) states that "the administration period typically lasting several months to years...".    More particularly, the specification teaches depot injections administered at 1 to 6 month or longer intervals (page 8, lines 9-10), implants delivering hormone over an administration period of preferably 3 to 6 months (page 8, lines 10-12), and has specific examples in which the administration periods range from 9 to 12 months (Examples 1-8).    Accordingly, the specification would convey to one skilled in the art that Applicant was in possession of the concept of continuous hormone delivery over administration periods ranging from a month or more to several years.

In *Ex parte Parks*, the Board of Patent Appeals and Interferences found that a negative limitation, which had been added to a claim to avoid a prior art reference, was supported despite the lack of literal basis, "if the originally-filed disclosure would have conveyed to one having ordinary skill in the art that... [applicant] had possession of the concept of what is claimed." *Ex parte Parks*, 30 USPQ2d 1234, 1236 (BdPatApp&Int, 1994), *citing In re Anderson*, 471 F.2d 1237, 176 USPQ 331 (CCPA, 1973).    Thus, in accordance with the discussions during the May 13 interview, the case law regarding propriety of using negative limitations to disclaim the prior art (*Ex parte Parks*), and Applicant's statutory right under 35 U.S.C §102 to claim that which has not already been disclosed in the prior art, Applicant respectfully requests entry of new claims 69-71, including the limitation of an "administration period of greater than 110 days".    Accordingly, Applicant requests that the Examiner withdraw the rejection under §102(e) based on Hodgen, because Hodgen does not teach each and every limitation of new claims 69-71.

Applicant respectfully maintains that Hodgen cannot render the instant new claims obvious under §103, because as detailed above, Hodgen teaches away from a contraceptive method in which suppression of the menstrual cycle is continuous and uninterrupted, without regular intervals of hormone-free periods that allow endometrial bleeding.

-4-

271

Appl. No.        :        L_.508,648
Filed            :        June 5, 2000

### Rejection under 35 U.S.C. §103(a) over Cohen in view of Hodgen

The Examiner rejected claims 56-68 as being obvious over Cohen (U.S. Patent 4,855,305) in view of Hodgen.  Specifically, the Examiner asserted that Cohen teaches that it is known in the art that combination regimens containing a consistent dose of an estrogen and progesterone can be administered daily throughout the administration period and that Hodgen teaches a similar composition containing and estrogen and a progesterone administered monophasically for 60 to 110 consecutive days.  Although claims 56-68 have been canceled, Applicant respectfully asserts that an obviousness rejection of new claims 69-71 based on Cohen in view of Hodgen cannot stand.

In order for a combination of references to render a claim obvious, the combination of references must teach or suggest each of the elements of the claimed invention and must also provide the motivation to combine the elements from separate references to create the claimed invention.  *In re Fine*, 5 USPQ2d 1597 (Fed. Cir. 1988), *In re Rouffet*, 47 USPQ2d 1453, 1456 (Fed. Cir. 1998) and *In re Geiger*, 2 USPQ2d 1276 (Fed. Cir. 1987).  As discussed below, the cited combination of references does not suggest all of the elements of the claimed invention, nor does the cited combination of references provide a motivation to combine the elements to create the claimed invention.

Cohen teaches compositions comprising melatonin in combination with a progestogen (gestagen) and/or an estrogen for use as contraceptive agents.  Cohen teaches various regimens for cyclic administration of progesterone and melatonin, all of which are based on a 28 day cycle that includes a 7 day progesterone-free period for allowing "normal" cyclic menses.  In all of the treatment regimens, the dosages of progesterone vary throughout the 28 day cycle.  In some of the regimens, the melatonin component is given continuously; however, progesterone is always withdrawn for the last 7 days of the cycle.  Thus, like Hodgen, discussed above, Cohen also teaches away from a contraceptive method in which suppression of the menstrual cycle is continuous and uninterrupted, without regular cyclic intervals of hormone-free periods that promote endometrial bleeding.

-5-

Appl. No.          :    6√508,648
Filed              :    June 5, 2000

Accordingly, the cited references do not teach or suggest "a method... comprising: administering... for a <u>continuous and uninterrupted administration period of greater than 110 days</u>, a contraceptive product comprising: a gestagen... and an estrogen... wherein said gestagen and said estrogen are present in said contraceptive product at unchanged dosages throughout the administration period...", as recited in new claims 69-71. Thus, because neither Cohen nor Hodgen, alone or in combination, teaches or suggests a continuous and uninterrupted hormone administration period of greater than 110 days, the cited combination fails to set forth a *prima facie* case of obviousness under §103. Accordingly, Applicant asserts that an obviousness rejection of new claims 69-71 cannot stand.

## Patentability over Coutinho et al., (1995)

As discussed during the May 13 interview, Applicant recently became aware of the Coutinho reference during diligence searching conducted by Applicant's licensee. A copy of Coutinho was provided to the Examiner during the interview and the reference is disclosed in a supplemental IDS (Form 1449) filed herewith.

Applicant points out that Coutinho teaches vaginal administration of a contraceptive product comprising 250 µg levonorgestrel and 50 µg ethinyl estradiol. New claims 69-71 recite oral, transdermal or depot administration. Thus, Coutinho cannot anticipate claims 69-71. In addition, new claims 69-71 recite that when the estrogen is ethinyl estradiol, the dosage of ethinyl estradiol is not greater than 20 µg per day. This dosage of ethinyl estradiol, as discussed during the May 13 interview, is much lower than that used by Coutinho. Thus, new claims 69-71 have at least two limitations which are neither taught nor suggested by Coutinho. Accordingly, Applicant respectfully requests that the Examiner find new claims 69-71 to be patentable over Coutinho.

## Additional references disclosed in IDS

In addition to the Coutinho reference, discussed above, Applicant also became aware of several other references during diligence searching conducted by Applicant's

-6-

273

Appl. No.       :    C..508,648
Filed           :    June 5, 2000

licensee. These are disclosed also in the supplemental IDS (Form 1449) filed herewith in accordance with Applicant's continuing duty of disclosure.

Applicant respectfully asserts that none of these references adversely impact patentability of new method claims 69-71. None of the references teach methods for hormonal contraception, comprising administering a contraceptive product for a continuous and uninterrupted administration period of greater than 110 days wherein the hormonal components are present in the contraceptive product at unchanged dosages throughout the administration period.

**Conclusion**

In view of the foregoing, Applicant respectfully asserts that the present application is fully in condition for allowance. However, if any issues remain that may be addressed by a phone conversation, the Examiner is invited to contact the undersigned at the phone number listed below.

Please charge any additional fees, including any fees for additional extension of time, or credit overpayment to Deposit Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: _5/22/02_          By: _____

Mark R. Benedict
Registration No. 44,531
Attorney of Record
620 Newport Center Drive
Sixteenth Floor
Newport Beach, CA 92660
(949) 760-0404

H:\Docs\Mrb\Red Files\Boehm\Boehm13\mcm-1826-mrb.doc
051502

-7-

274



BOEHM13.001APC

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | |
|---|---|---|---|---|
| Applicant | : | HESCH, Rolf-Dieter | ) | Group Art Unit 7616 |
| | | | ) | |
| App. No. | : | 09/508,648 | ) | |
| | | | ) | |
| Filed | : | June 5, 2000 | ) | |
| | | | ) | |
| For | : | HORMONAL | ) | |
| | | CONTRACEPTIVE | ) | |
| | | PRODUCT | ) | |
| | | | ) | |
| Examiner | : | Badio, Barbara P. | ) | |

RECEIVED

MAY 3 1 2002

TECH CENTER 1600/2900

COPY OF PAPERS
ORIGINALLY FILED

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

United States Patent and Trademark Office
P.O. Box 2327
Arlington, VA 22202

Dear Sir:

Enclosed is form PTO-1449 listing references that are also enclosed. This Supplemental Information Disclosure Statement is being filed before the mailing date of a final action under 37 C.F.R. § 1.113 and before the mailing date of a Notice of Allowance under § 1.311. A certification under 37 C.F.R. § 1.97(e) is set forth below. Thus, no fee is required as set forth in 37 C.F.R. § 1.97(c).

### CERTIFICATION UNDER 37 C.F.R.§ 1.97(e)(2)

I hereby certify that no item of information contained in this Statement was cited in a communication from a foreign Patent Office in a counterpart foreign application, or, to my knowledge after making reasonable inquiry, was known to any individual designated in 37 C.F.R.

275

Appl. No.    :    09/508,64
Filed        :    June 5, 2000

§ 1.56(c) more than three months prior to the filing of this Information Disclosure Statement.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: ___5/22/02___          By: _____

Mark R. Benedict
Registration No. 44,531
Attorney of Record
620 Newport Center Drive
Sixteenth Floor
Newport Beach, CA  92660
(949) 760-0404

O:\DOCS\MCM\MCM-2243.DOC
052102sev

276

#16
SHEET 1 OF 1

| FORM PTO-1449 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. BOEHM13.001APC | | APPLICATION NO. 09/508,648 |
|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | APPLICANT Heech, Rolf-Dieter | | |
| (USE SEVERAL SHEETS IF NECESSARY) | | FILING DATE June 5, 2000 | | GROUP 1616 |

COPY OF PAPERS
ORIGINALLY FILED

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE (IF APPROPRIATE) |
|---|---|---|---|---|---|---|---|
| BB | 1. | Re. 36,247 | 07/06/99 | Plunkett, et al. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| BB | 2. | 0628312 B1 | 12/14/94 | European Patent Office | | | X (Claims) | |
| BB | 3. | 0309263 B1 | 03/29/89 | European Patent Office | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| EXAMINER INITIAL | | OTHER DOCUMENTS (INCLUDING AUTHOR, TITLE, DATE, PERTINENT PAGES, ETC.) |
|---|---|---|
| BB | 4. | Coutinho, E.M., et al. (1995) Comparative Study on Intermittent Versus Continuous use of a Contraceptive Pill Administered by Vaginal Route. Contraception 51(6):355-8 |
| | 5. | Davies, Graham C., et al. (1992) Ovarian Activity and Bleeding Patterns During Extended Continuous Use of a Combined Contraceptive Vaginal Ring. Contraception 46(3):269-278 |
| BB | 6. | Rizk, Diaa E.E., and Kumar, Rachana M., (1996) Congenital Afibrinogenemia: Treatment of Excessive Menstrual Bleeding with Continuous Oral Contraceptive. American J. Hematology 52(3):237-238 |

O:\DOCS\MCM\MCM-2244.DOC
052102sev

| EXAMINER    Padro | DATE CONSIDERED    7/31/02 |
|---|---|
| *EXAMINER: INITIAL IF CITATION CONSIDERED, WHETHER OR NOT CITATION IS IN CONFORMANCE WITH MPEP 609; DRAW LINE THROUGH CITATION IF NOT IN CONFORMANCE AND NOT CONSIDERED. INCLUDE COPY OF THIS FORM WITH NEXT COMMUNICATION TO APPLICANT. | |

277

0628312 B1

A method for hormonal contraception, comprising administering orally, transdermally or via depot to a mammal in need thereof for an administration period greater than 110 days a contraceptive product comprising a gestagen selected form the group consisting of progesterone, chlormadinone acetate, northisterone acetate, cyprotherone acetate, desogestrel, and levonorgestrel; and an estrogen selected from the group consisting of ethinyl estradiol, mestranol, estradiol, estriol, estrone, and estrane; wherein said administration is continuous and uninterrupted throughout the administration period, and wherein said gestagen and said estrogen are present in said contraceptive product at unchanged dosages throughout the administration period.

The method of claim X, wherein said estrogen is ethinyl estradiol and wherein the dosage of ethinyl estradiol is not greater than 20 ug.

A method for continuous suppression of the menstrual cycle, comprising administering orally, transdermally or via depot to a mammal in need thereof for an administration period greater than 110 days a contraceptive product comprising a gestagen selected form the group consisting of progesterone, chlormadinone acetate, northisterone acetate, cyprotherone acetate, desogestrel, and levonorgestrel; and an estrogen selected from the group consisting of ethinyl estradiol, mestranol, estradiol, estriol, estrone, and estrane; wherein said administration is continuous and uninterrupted throughout the administration period, and wherein said gestagen and said estrogen are present in said contraceptive product at unchanged dosages throughout the administration period.

278



# Comparative Study on Intermittent Versus Continuous Use of a Contraceptive Pill Administered by Vaginal Route

Elsimar M. Coutinho, Edson O'Dwyer, Ione C. Barbosa, Gu Zhi-Ping,* Mamdouh M. Shaaban,† Mohamed Aboul-Oyoon,† and Hany Abdel Aleem†

*A multicenter, international, randomized, comparative trial was conducted to assess the acceptability, efficacy and safety of two different schedules of a contraceptive pill, containing 250 µg levonorgestrel and 50 µg ethinyl estradiol, administered by the vaginal route. One schedule of daily administration for 21 days with a seven-day interruption to allow withdrawal bleeding was compared to daily administration without interruption for bleeding. A total of 900 women were recruited in three countries, Brazil, Egypt and China; 7,090 women-months of vaginal pill use were recorded (3,364 using the pills intermittently and 3,726 continuously). Four undesired pregnancies occurred, one in Egypt and three in China, all four in women using the pills intermittently. There was a statistically significant difference (p = 0.486) in pregnancy rate between the two groups. There were no other significant differences in discontinuation rates despite marked differences in bleeding patterns, amenorrhea predominating in the continuous use group. Hemoglobin levels increased significantly in the two groups and hematocrit was significantly higher in the continuous use group.* CONTRACEPTION 1995;51:355–358

KEY WORDS: contraceptive vaginal pill, continuous vs. intermittent use

## Introduction

In two international trials involving clinical centers in nine countries, it was shown that the administration of contraceptive pills by the vaginal route is both effective in preventing conception and acceptable as a method of family planning to the women of Latin America, Africa and Asia, to whom the method has been offered.[1,2] In the first multicenter trial, the efficacy and acceptability of two widely used oral contraceptives, one containing 250 µg levonorgestrel and 50 µg ethinyl estradiol and the other containing 150 µg desogestrel and 30 µg ethinyl estradiol, were compared in 1,055 women. Total 12-month discontinuation rates of 47.01 for subjects in the levonorgestrel pill group and 56.33 for subjects in the desogestrel pill group showed a significant difference between the two groups. The second study was a multicentered randomized clinical trial in which the efficacy, acceptability and occurrence of side effects associated with oral versus vaginal administration of a contraceptive pill* containing 250 µg levonorgestrel and 50 µg of ethinyl estradiol were compared. No statistically significant differences were found in discontinuation rates and involuntary pregnancy rates between the two groups.

The objective of this multicenter comparative clinical trial was to assess the acceptability, efficacy and safety of two different vaginal contraceptive pill (VCP) use routines: A traditional schedule of daily contraceptive use of 21 days, with a seven-day interruption to allow withdrawal bleeding to occur, was compared to a one year daily pill use schedule without monthly interruption for bleeding.

## Materials and Methods

The contraceptive pill used for this study contained levonorgestrel 0.25 mg and ethinyl estradiol 0.05 mg.

A total of 900 healthy women of reproductive age were recruited for this study (188 subjects in Brazil, 100 in Egypt and 612 in 6 centers in China). Subjects were randomized into two groups according to a computer-generated randomization table. The first group was composed of 454 subjects assigned to daily vaginal use of the contraceptive pill for 21 days with in-

Maternidade Climério de Oliveira, Federa. University of Bahia, Salvador, Bahia, Brazil; *Shanghai Institute of Materia Medica, Shanghai, China; †Department of Obstetrics and Gynecology, School of Medicine, University of Assiut, Assiut, Egypt
Name and address for correspondence: Professor Elsimar M. Coutinho. Maternidade Climério de Oliveira, Rua do Limoeiro, No. 1, 40.055–150 Salvador, Bahia, Brazil. Tel: (55 71) 243 0244. Fax: (55 71) 243 9153
Submitted for publication February 23, 1995
Revised April 10, 1995
Accepted for publication April 11, 1995

© 1995 Elsevier Science Inc.
655 Avenue of the Americas, New York, NY 10010

ISSN 0010-7824/95/$9.50
SSDI 0010-7824(95)00101-F

356 Coutinho et al.

Contraception
1995;51:355–358

terruption for regular bleeding, restarting 7 days later as in traditional oral contraceptive use. The second group of 446 subjects was instructed to use the pill by the vaginal route for an uninterrupted course of one year.

The average age of subjects in this study was 31.9 years (range 16–42 years). Subjects had an average of 1.5 children (range 0–11) and had undergone an average of 0.9 abortions (range 0–20). Average weight of subjects was 56.5 kg (range 37–100 kg). There was no significant difference in these parameters between the two study groups. Almost all the subjects (91%) enrolled in this study had already used some kind of contraception prior to entering the study.

At admission and at monthly intervals, both groups of patients were seen to provide information regarding bleeding events, side effects (especially those concerning local irritation, vaginitis and pruritus), personal complaints, weight and blood pressure. A standard form distributed by the coordinating center in Brazil was used for recording these data. Red blood cell count (RBC), hemoglobin and hematocrit were recorded at admission and after one year of vaginal pill use. In the case of suspicion of pregnancy, a hemagglutination test or ultrasonography was performed to confirm the diagnosis.

Statistical significance between groups was calculated by use of the t-test for independent samples and Chi-square test. The life table method was used to calculate the cumulative discontinuation rates for total, medical and non-medical reasons.[3] The analysis of menstrual bleeding was carried out using the Menstrual Diary Analysis Program (MDS).[4]

## Results

After one year of study, a total of 7,090 women-months of vaginal pill use was recorded (3,364 in subjects using the pills intermittently and 3,726 in women using the pills continuously).

Four undesired pregnancies occurred in this trial, one in Egypt and three in China, all in women using the pills intermittently. The pregnancy rate at one year for this group was 1.04 per 100 women, and there was a statistically significant difference between the two groups (p = 0.0486).

Table I shows major reasons for discontinuation of the VCP. One-hundred-twenty-four subjects discontinued the trial before one year of use (62 in the intermittent group and 62 in the continuous group). Twelve-month gross cumulative discontinuation rates at one year were 15.50 per 100 women-year for the group of subjects using the pills intermittently and 14.64 per 100 women-years for the group of subjects using the pills continuously.

**Table 1.** Cumulative discontinuation rates at 12 months of follow-up

| Reason | Intermittent Group | Continuous Group | p |
|---|---|---|---|
| Prolonged bleeding | 0.55 (2) | 0.51 (2) | 0.9609 |
| Irregular bleeding | 0.49 (2) | 0.94 (3) | 0.8215 |
| Involuntary pregnancy | 1.04 (4) | 0.00 (0) | 0.0486 |
| Other medical reasons | 5.50 (23) | 5.97 (24) | 0.9092 |
| Desire for pregnancy | 0.00 (0) | 0.53 (2) | 0.1514 |
| Other nonmedical reasons | 6.30 (25) | 6.46 (27) | 0.6438 |
| Lost to follow-up | 2.56 (6) | 1.00 (4) | 0.6976 |
| All | 15.50 (62) | 14.64 (62) | 0.8700 |
| n | 454 | 446 | |

Tables 2 and 3 show medical and non-medical reasons for discontinuation of VCP use, respectively, at one year of follow-up.

Analysis of menstrual patterns of the two groups showed that, in the first trimester of VCP use, 91.9% of subjects in the intermittent group had menstrual patterns similar to normal, untreated bleeding patterns, according to WHO criteria,[4] whereas 67.6% of subjects in the continuous use group experienced amenorrhea and a further 18.2% experienced infrequent bleeding. Only 11.8% of subjects using the pills continuously experienced bleeding patterns similar to normal, untreated patterns. In the second trimester of use, 95.4% of subjects using the pills intermittently had bleeding patterns similar to normal untreated patterns whereas 82.4% of subjects in the continuous group had amenorrhea and 10.1% had infrequent

**Table 2.** Other medical reasons for discontinuation

| Medical Reason for Discontinuation | Intermittent | Continuous |
|---|---|---|
| Vaginal/vulval irritation | 7 | 1 |
| Vomiting | 3 | 1 |
| Nausea | 2 | 7 |
| Mastalgia | 2 | 2 |
| Abdominal pain/cramps | 2 | 2 |
| Varicose veins | 2 | 0 |
| Gastric disturbances | 1 | 1 |
| Headache | 1 | 1 |
| Rash | 1 | 0 |
| Dizziness | 1 | 3 |
| Breast lump | 1 | 0 |
| Weight gain | 0 | 2 |
| Hypertension | 0 | 1 |
| Nervousness | 0 | 1 |
| Tuberculosis | 0 | 1 |
| Decreased libido | 0 | 1 |
| Total | 23 | 24 |

Contraception
1995;51:355–358

Intermittent vs. Continuous Use of a Contraceptive Vaginal Pill  357

**Table 3.** Other non-medical reasons for discontinuation

| Non-medical Reasons for Discontinuation | Intermittent | Continuous |
|---|---|---|
| Dislikes method | 5 | 11 |
| Desires to menstruate | 0 | 9 |
| Husband/partner absent | 5 | 2 |
| Difficulty in using method | 3 | 0 |
| Prefers other contraceptive method | 3 | 1 |
| Family objection to method | 2 | 0 |
| Moved | 2 | 1 |
| Fear of pregnancy | 2 | 1 |
| Poor compliance | 2 | 0 |
| Yellow stain from pills | 1 | 1 |
| Husband impotent | 0 | 1 |
| Total | 25 | 27 |

bleeding. In the intermittent use group, the percentage of subjects having normal bleeding patterns continued at 95% during the third and fourth trimesters. In the continuous use group, 89.1% of subjects experienced amenorrhea in the third trimester and 87.5% in the fourth trimester. Infrequent bleeding was experienced by only 0.3% of this group in the third trimester and 6.8% of subjects in the fourth trimester of pill use. Complaints of spotting were significantly more frequent in the continuous use group. Ninety-two subjects in the continuous use group (20.6%) complained of spotting on at least one occasion whereas only 20 subjects in the intermittent use group (4.4%) complained of spotting. This difference was statistically significant (p<0.001). No subject discontinued VCP use because of spotting. Only nine subjects discontinued continuous use of the VCP because they felt that they would like to return to normal menstrual patterns. Table 4 shows the mean number of bleeding/spotting days for each group per trimester of VCP use.

Some subjects in Egypt who were allocated to the continuous use group related that they had inter-

**Table 4.** Mean number of bleeding/spotting days per trimester of VCP use

| Period | Intermittent Mean ± S.E. (n) | Continuous Mean ± S.E. (n) |
|---|---|---|
| 1–90 | 13.20 ± 3.14 (383) | 2.54 ± 5.04 (339) |
| 91–180 | 13.49 ± 2.42 (353) | 1.70 ± 5.42 (317) |
| 181–270 | 13.20 ± 2.67 (304) | 0.77 ± 2.68 (302) |
| 271–360 | 12.83 ± 2.46 (163) | 0.97 ± 3.19 (176) |

Differences between the two groups were statistically significant at all four time intervals (p < 0.001).

rupted use of the pills in order to permit withdrawal bleeding to occur. Data from these subjects were not considered in the analysis of menstrual bleeding patterns.

Blood was drawn from all subjects in this trial at admission and after 12 months of VCP use for analysis of hematocrit, hemoglobin and red blood cells (Table 5). Hemoglobin increased significantly in both groups at 12 months when compared to admission values (p<0.001). In the group of subjects using the pills intermittently, the mean value of hemoglobin at admission for the 247 subjects evaluated was 11.6 ± 1.3 g/dl (range 8–15 g/dl) and at 12 months of VCP use, the mean value was 11.9 ± 1.2 g/dl (range 8.3–16 g/dl). In the group of subjects using the pills continuously, the mean value of hemoglobin at admission for the 253 subjects evaluated was 11.5 ± 1.4 g/dl (range 6.5–15 g/dl) and the mean value after 12 months was 11.8 ± 1.2 g/dl (range 8.5–15 g/dl). These differences were statistically significant (p<0.001). There was no statistically significant difference between the two groups either at admission or at 12 months of VCP use.

The mean value of hematocrit at admission for the 246 subjects evaluated in the intermittent group was 38.2 ± 4.6% (range 27–53%) and at 12 months the mean value was 38.4 ± 4.5% (range 24–50%). This difference was not statistically significant. The mean value of hematocrit at admission for 252 subjects in the continuous use group was 38.2 ± 4.3% (range 24-48%) and at 12 months the mean value was 38.8 ± 4.1% (range 28–51%). This difference was statistically significant (p=0.011) but there was no statistically significant difference between the two groups.

**Table 5.** Hematology results

| | Intermittent | Continuous | p* |
|---|---|---|---|
| **Hemoglobin (g/dl)** | | | |
| Admission | 11.61 ± 1.34 | 11.54 ± 1.41 | 0.567 |
| 12 months | 11.90 ± 1.23 | 11.81 ± 1.16 | 0.402 |
| p** | <0.001 | <0.001 | |
| **Hematocrit (%)** | | | |
| Admission | 38.25 ± 4.60 | 38.23 ± 4.27 | 0.968 |
| 12 months | 38.41 ± 4.55 | 38.84 ± 4.08 | 0.267 |
| p** | 0.508 | 0.011 | |
| **Red blood cells (million/mm³)** | | | |
| Admission | 4.02 ± 0.49 | 3.96 ± 0.51 | 0.182 |
| 12 months | 4.03 ± 0.45 | 4.00 ± 0.43 | 0.393 |
| p** | 0.553 | 0.081 | |

*p-value from unpaired t-test.
**p-value from paired t-test.

356 Coutinho et al.

Contraception
1995;51:355–358

Mean value for red blood cells at admission for 245 subjects in the intermittent group was 4.0 ± 0.5 million/mm$^3$ (range 3–5.4 million/mm$^3$) and the mean value at 12 months was 4.0 ± 0.4 million/mm$^3$ (range 2.4–5.6 million/mm$^3$). This difference was not statistically significant. In the 251 subjects evaluated in the continuous use group, the mean value of RBC at admission was 4.0 ± 0.5 million/mm$^3$ (range 2.6–5.6 million/mm$^3$) and at 12 months, the mean value was 4.0 ± 0.4 million/mm$^3$ (range 3–5.5 million/mm$^3$). This difference was not statistically significant and there was no difference between the two groups.

Data from subjects with hemoglobin <12 g/dl at admission were then analyzed separately in order to test any improvement in these anemic subjects. No difference was found between the results of this subset and results from the entire study group. Analysis was then carried out on subjects with hemoglobin values of <11 g/dl and <10 g/dl and, again, no differences were found from the study as a whole.

Weight of subjects of both study groups increased during the 12 months of pill use. Subjects using the pills intermittently and for whom these data were available at admission and at 12 months of pill use had a mean weight of 56.8 ± 8.3 kg at admission, which rose to 57.2 ± 8.6 kg at 12 months of use. This difference was not statistically significant. Subjects using the pills continuously had a mean weight at admission of 54.4 ± 7.5 kg and this increased to 55.6 ± 7.3 kg at 12 months of use. This difference was statistically significant (p<0.001).

There was no statistically significant alteration in blood pressure during the twelve months of vaginal pill use.

## Discussion

The present study shows that despite the marked differences in bleeding patterns of the women in the two groups, there was no significant difference in total discontinuation rates, suggesting that the amenorrhea induced by the continuous use of the vaginal pill does not contribute to discontinuation of the method. However, some women in Egypt, allocated to the continuous use group, reported stopping pill use in order to bleed. Although data from these women were not included in the analysis of menstrual bleeding, the behavior of these subjects shows the importance of culture in the adaptation to the new method.

Of the various reasons for discontinuation, only involuntary pregnancy deserves mention. All four pregnancies occurred in the group of subjects using the VCP intermittently and the difference in pregnancy rate between the two groups was statistically significant (p=0.048). A higher efficacy in subjects using the VCP continuously would not be unexpected because conception, when it occurs in oral contraceptive users, is often associated with the occurrence of ovulation when pills are forgotten at the beginning or end of a packet, thus lengthening the seven-day pill-free interval.[5]

It is of interest to note that hemoglobin levels increased significantly in the two groups of women but the increase in hematocrit was statistically significant only in the women using the vaginal pill continuously (p=0.01). This study shows that continuous use of vaginal contraceptive pills may offer some advantage over the traditional intermittent use and could be recommended to women who bleed excessively during menstruation. It may also be more beneficial for anemic women.

## Acknowledgment

This study was carried out within the contraceptive development program of South to South Cooperation in Reproductive Health, supported by the Rockefeller Foundation. The authors would like to acknowledge the collaboration of Lesley Hanson de Moura in the management of this study and in the preparation of this manuscript.

## References

1. Coutinho EM, de Souza JC, da Silva AR et al. Comparative study on the efficacy and acceptability of two contraceptive pills administered by the vaginal route: An international multicenter clinical trial. Clin Pharm Ther 1993;53:65–75.
2. Coutinho EM, Mascarenhas I, Mateo de Acosta O et al. Comparative study on the efficacy, acceptability and side effects of a contraceptive pill administered by the oral and the vaginal route: An international multicenter clinical trial. Clin Pharm Ther 1993;54:540–5.
3. Fisher LD, van Belle G. Biostatistics. A Methodology for the Health Sciences. New York: John Wiley & Sons, Inc, 1993:786–843.
4. MDS. Menstrual Diary Analysis Program. Special Programme of Research, Development and Research Training in Human Reproduction. World Health Organization: Geneva, Switzerland.
5. Guillebaud J. The Pill. Oxford University Press, U.K. 1991:59–63.



*Contraception 46:269–278, 1992*

OVARIAN ACTIVITY AND BLEEDING PATTERNS DURING EXTENDED
CONTINUOUS USE OF A COMBINED CONTRACEPTIVE VAGINAL RING

Graham C. Davies, MRCOG
Li Xiao Feng
John R. Newton, FRCOG

The Academic Department of Obstetrics and Gynaecology
University of Birmingham, Birmingham, ENGLAND

Thom O.M. Dieben
Herjan JT. Coelingh-Bennink

Organon International B.V., Oss, The
Netherlands

ABSTRACT

A combined contraceptive vaginal ring with a mean release rate
of 0.015 mg of ethinyloestradiol and 0.120 mg of 3-
ketodesogestrel per day was used by female volunteers, for
either 28, 42, 56 or 84 days. Contraceptive efficacy was
assessed by pelvic ultrasound scanning, endocrine monitoring
and cervical mucus assessment. Menstrual diary cards were
analysed to assess the effect on cycle control.

Ovulation inhibition was seen in all treatment groups.
Following removal of the ring, a return to an ovulatory cycle
was observed in all volunteers. With extension of the treatment
cycle beyond the recommended 21 days, there is an increase in
the occurrence of bleeding and spotting episodes. This can be
compared to patterns obtained during continuous use of combined
oral contraceptives.

Submitted for publication April 2, 1992
Accepted for publication July 7, 1992

Copyright © 1992 Butterworth-Heinemann

## INTRODUCTION

The ability to delay the onset of menses by extended use of the oral contraceptive pill has allowed many women flexibility in their use of the method but has frequently led to a sacrifice in cycle control (1).

The development of the combined contraceptive vaginal ring (CCVR) has permitted independently programmable steroid release akin to oral preparations but with the advantage of a lower daily release of steroids and improved user compliance.

The CCVR releasing 3-ketodesogestrel (3-KDG) and ethinyloestradiol (EE) is presently being developed to be used for three or four 21-day cycles interspersed with seven-day ring-free intervals. This regimen is the method originally described for oral contraceptive preparations (2). The ease of use may be improved by reducing the number of ring changes. Extending the length of use from 21 days onwards could lead to such a reduction.

The preference by women for a longer bleeding-free interval within reversible hormonal methods has been documented (3). The success of prolonging the treatment cycle is not only dependent on the contraceptive efficacy but also the acceptability of the method, which is closely aligned to good cycle control and the effect on the vaginal bacteriological environment (4).

In the present study, we therefore investigated the extended use of the CCVR beyond 21 consecutive days and studied women using the CCVR for 28, 42, 56 and 84 days, respectively.

## MATERIALS AND METHODS

The CCVR, developed by Organon International, Oss, the Netherlands, is a flexible, off-white, two-compartment ring system with an overall diameter of 6 cm and a cross-sectional diameter of 5 mm.

The outer part of the ring consists of two medical grade Silastic tubes joined by glass connectors and medical grade adhesive. The larger Silastic tube contains a fibre of approximately 10 cm, consisting of an ethylene vinyl acetate (EVA) core containing 3-ketodesogestrel. The smaller Silastic tube contains a fibre of approximately 1.5 cm, consisting of an EVA core with both 3-KDG and ethinyloestradiol . The mean daily release rate is 0.120 mg 3-KDG and 0.015 mg of ethinyl-oestradiol.

After obtaining ethical committee approval and obtaining informed consent, volunteers with a cycle length of 27 - 32 days were considered for the study. Following a physical examination, the volunteers underwent a cycle of screening. This entailed performing ultrasound scans (USS) from day 10 of



the cycle and ovarian follicle size was measured until rupture
or disappearance. Venepuncture was performed at every USS for
oestradiol and progesterone assay. All blood samples related
to one cycle were measured in one radioimmunoassay series. If
no evidence of ovulation was observed by USS, the subject was
not considered eligible.

Following instruction, the ring was inserted between days one
and five of the menstrual cycle by the investigator. In group 1
the ring was in situ for 28 days. If results were satisfactory,
group 2 was commenced with the ring in situ for 42 days.
Following completion of group 2, group 3 used the ring for 56
days. A final group (84 days) was planned if the results from
the previous groups were favourable.

From day 19 onwards, USS measurement of follicle size and
endometrial thickness was performed twice per week until
removal of the ring.

A Sonoline SL1 scanner with a 3.5 megahertz (MHz) sector probe
calibrated at 1540 m/s was employed for all ultrasound
measurements.

Ultrasound measurements were abdominal. The technique utilising
the full bladder was used to ensure the ovaries lay outside the
zone of reverberation emanating from the abdominal wall and to
bring them within the focused range of the transducer (2.5-12
cm).

Follicles were measured with the calibrated electronic calipers
in three perpendicular planes and the mean follicle diameter
(MFD) calculated from the mean of these three measurements.

The endometrium was visualized as the dull echogenic area
either side of the mid-line cavity. The endometrium was
measured as the sum of the echogenic widths either side of the
mid-line.

Venepuncture was performed in conjunction with the USS
measurements. Oestradiol and progesterone assays were performed
on the samples at the West Midland's Hospital for Women using
a standard radioimmunoassay technique. The coefficient of
variation (CV) for the oestradiol assay ranged from 6.6% to
8.9% (at a oestradiol level of 1770 pmol/l). The CV for the
progesterone assay ranged between 26% (at a progesterone level
of 2 nmol/l) to 4.2% (at a progesterone level of 55 nmol/l).

A sample of cervical mucus was obtained five-to-seven days
before removal of the ring. The value of the modified Insler
Score (5) was calculated by assessing the state of hyperaemia and
dilatation of the cervical os, the quantity, the ferning, the
spinnbarkeit and the cellularity of the mucus. Each parameter
was scored from zero to three and the total score out of fifteen
documented. A score greater than 10 is usually indicative of good
quality cervical mucus favourable to sperm penetration (6).

285

Following removal of the   , ultrasound scans and endocrine assays were performed twice per week for a minimum of six weeks or until ovulation or menstruation occurred.

All volunteers were supplied with a diary card, on which to document days of vaginal bleeding. Bleeding was classified as either spotting (blood loss which is not sufficient to require protection) or bleeding (loss which necessitates the wearing of a sanitary pad or alternative protection). The card was also used to document any unwanted side effects or medication used.

The bleeding card data were assessed as number of days of breakthrough bleeding (BTB) and early withdrawal bleeding (EWB). Early withdrawal bleeding is defined as one or more days of bleeding or spotting, which continues uninterrupted to the planned day of ring removal. It is an indirect measurement of the optimal time for ring use in an individual. Breakthrough bleeding is defined as bleeding or spotting which occurs during the treatment cycle.

## RESULTS

Prior to insertion of the ring, all volunteers demonstrated ovulation either on ultrasound scanning and/or by endocrine assay. The mean peak serum progesterone level in group 1 was 48 n mol/l (range 8-63), in group 2 - 54 n mol/l (range 23-68) and in group 3 - 54 n mol/l (range 8-130).

Fifty women participated in the study. Volunteers completing a group were permitted to join another group if ovulation had been documented following ring removal and they were prepared to wait two months without steroid contraception. Sixteen women completed group 1 including one volunteer who dropped out of group 2 after 32 days because of marital problems. Fifteen women completed group 2 and fifteen women completed group 3. Three women completed group 4 and one discontinued due to irregular bleeding. Due to a poor bleeding pattern, further recruitment to group 4 was abandoned.

No follicular development beyond 10 mm was demonstrated during any of the treatment cycles in groups one to three. The results from the endocrine assays demonstrate no significant difference between the oestradiol levels of the three groups. Some follicular activity is demonstrated in the assay results of all groups (Table I). No luteal activity was demonstrated in any of the treatment cycles. The maximum progesterone value noted was 3.3 n mol/l.

The mean Insler score in group 1 was 1.3/15 (range 2-4), in group 2, 0.9/15 (range 0-3) and in group 3, 1.2/15 (range 0-3).



Contraception                                                              273

TABLE I. 17-*B* oestradiol levels during different periods
          of ring use

| Duration of use (days) | No. of volunteers | No. of assessments | Oestradiol (pmol/l) | | | | |
|---|---|---|---|---|---|---|---|
| | | | percentiles | | | range | |
| | | | 10th | 50th | 90th | min | max |
| 28 | 16 | 58 | 70 | 100 | 130 | 50 | 180 |
| 42 | 15 | 111 | 80 | 120 | 220 | 60 | 470 |
| 56 | 15 | 157 | 70 | 110 | 150 | 40 | 250 |

The results from the measurements of the endometrium revealed
no significant change between the control cycles and the
treatment groups (Table II).

TABLE II. Endometrial thickness during control cycle and during
          ring use; control values shown in brackets

| Duration of use (days) | No. of volunteers | No. of assessments | Endometrium (mm) | | | | |
|---|---|---|---|---|---|---|---|
| | | | percentiles | | | range | |
| | | | 10th | 50th | 90th | min | max |
| 28 | 16 | 57 (56) | 3 (5) | 5 (8) | 10 (12) | 1 (3) | 17 (14) |
| 42 | 15 | 111 (62) | 3 (2) | 5 (5) | 7 (9) | 2 (1) | 10 (13) |
| 56 | 15 | 154 (53) | 5 (4) | 6 (7) | 8 (10) | 2 (1) | 10 (15) |

The results from the diary bleeding cards are summarized in
Figures 1,2 and 3.

Five women in group 1,  ten women in group 2,  and  twelve women
in group 3, had  cycle disruption with either EWB or BTB.

Figure 1 demonstrates the pattern of breakthrough bleeding in
the three groups. As the ring was inserted between days 1 and 5
of the menstrual cycle, any bleeding or spotting occurring
within 7 days of ring insertion has been excluded. All
bleeding/spotting episodes occurring more than seven days after
insertion have been included in the analysis. This precaution
was taken to overcome the variations in the timing of ring

287



Figure 1. Breakthrough bleeding pattern during extended ring use.

VOLS
GROUP 1.
GROUP 2
GROUP 3
LEGEND
DAY OF ONSET OF EARLY WITHDRAWAL BLEEDING OR SPOTTING

Figure 2 Distribution of early withdrawal bleeding during extended ring use.

Contraception



Figure 3. Cumulative bleeding pattern during extended ring use

insertion and the differences in individual menstrual period duration. In group 1, three women demonstrated BTB commencing on days 1, 1 and 8, respectively. In group 2 three women also demonstrated BTB but starting on days 20, 24 and 26, respectively. In group 3 six women demonstrated BTB commencing on days 1, 1, 6, 24, 29 and 35, respectively.

Figure 2 demonstrates the pattern of early withdrawal bleeding. In group 1, three women demonstrated EWB ranging from day 18 to 26. In group 2, ten women demonstrated EWB starting between day 31 and day 41. In group 3, eight women had EWB ranging from day 31 to day 55.

From the diary cards of the 46 women who were recruited for the three groups, eight women (17%) demonstrated either bleeding or spotting during the first 21 days use excluding women who only bleed in the first 7 days. Figure 3 illustrates the cumulative percentage of women bleeding or spotting in the three groups. Results for the first 28 days of ring use indicate that 31% of women from group 1 had some bleeding or spotting during the treatment. A similar percentage is seen for the first 28 days of group 3. In group 2, 66% of the volunteers had some cycle disruption during the 42-day treatment group, a similar value is seen in the first 42 days of group three. After 56 days, 80% of volunteers demonstrated bleeding or spotting.



In view of these findings, further recruitment to group 4 was
abandoned with three volunteers wishing to complete the cycle
of 84 days.

Following removal of the ring, all volunteers demonstrated
evidence of ovulation on USS and progesterone assay during the
recovery cycle.

## DISCUSSION

Extending the treatment cycle with the ring produces ovulation
inhibition without demonstrable effect on endometrial
thickness. There is however a clear increase in the number of
women with bleeding episodes. From Figure 1 , 2 and 3, it
appears that a first treatment cycle of 21 days would lead to
the best cycle control with 83% of women suffering no
disruption to their cycle. A similar percentage is found during
the first cycle in women using the oral preparation,
containing 0.030 mg ethinyloestradiol and 0.150 mg desogestrel
per day (7). Extension of treatment beyond 21 days without a
ring-free withdrawal bleed produces an increase in the
percentage of women having bleeding episodes. This is in line
with extended use of the oral contraceptive pill (1,8).

The combined ring is presently being developed to be used for
three or four 21-day cycles interspersed with seven-day ring-
free intervals. The results from Figure 2 indicate that a large
percentage of cycle disruption is derived from early withdrawal
bleeds during use beyond 21 days.

Errors in the calculation of the length of treatment cycle or
the failure to reinsert the ring at the correct time have been
reported as scarce (9). In order to prevent unnecessary
contraceptive failure associated with these types of errors, one
could devise alternative regimens of use. It has been suggested
(9) that removal of the ring for withdrawal bleeds on the
first of every quarter-month and reinsertion on the 7th of that
month may improve ease of use. From our results it is likely
that such a regimen would lead to unacceptable episodes of
bleeding or spotting. An alternative method may be more
sucessful; it entails the insertion of the ring as planned
between day 1 and 5 of the menstrual cycle, leaving it in
place for a minimum of one calendar month and a maximum of
three calendar months. A bleeding or spotting episode of two
days occurring during the second and third month of use is an
indication that the ring should be removed for 7 days, in which
time a withdrawal bleed will occur. Following this, the ring is
reinserted until another 2-day bleeding/spotting episode
occurs or the three calendar month treatment is concluded.
After the third calendar month, a new ring is supplied. This
method overcomes the problem of date calculation and may appear
a more natural method of use as it would appear that the
woman's cycle controls the use of the method.

# MISSING PAGE(S) FROM THE

# U.S. PATENT OFFICE

# OFFICIAL FILE WRAPPER



PAge 278
And Pub 6

Patent Imaging Corporation
*Patent Legal and Scientific Information Service*
2001 Jefferson Davis Highway
Crystal Plaza One, Suite 600
Arlington, VA 22202-3610
(703) 553-0000

292

| *Notice of Allowability* | Application No. | | Applicant(s) | |
|---|---|---|---|---|
| | 09/508,648 | | HESCH, ROLF-DIETER | |
| | Examiner | | Art Unit | |
| | Barbara P Badio, Ph.D. | | 1616 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☐ This communication is responsive to _____.

2. ☒ The allowed claim(s) is/are <u>69-71</u>.

3. ☐ The drawings filed on _____ are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____.

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____.

5. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

    (a) ☐ The translation of the foreign language provisional application has been received.

6. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☐ CORRECTED DRAWINGS must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No. _____.

    (b) ☐ including changes required by the proposed drawing correction filed _____, which has been approved by the Examiner.

    (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the top margin (not the back) of each sheet. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

| | |
|---|---|
| 1 ☐ Notice of References Cited (PTO-892) | 2 ☐ Notice of Informal Patent Application (PTO-152) |
| 3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948) | 4 ☐ Interview Summary (PTO-413), Paper No._____. |
| 5 ☐ Information Disclosure Statements (PTO-1449), Paper No. _____. | 6 ☐ Examiner's Amendment/Comment |
| 7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material | 8 ☒ Examiner's Statement of Reasons for Allowance |
| | 9 ☐ Other _____. |

Application/Control Number: 09/508,648                                      Page 2
Art Unit: 1616

## DETAILED ACTION

### *Allowable Subject Matter*

1.      Claims 69-71 are allowed.

2.      The following is an examiner's statement of reasons for allowance:

        The rejection under 35 USC 102(e) is withdrawn in light of applicant's

amendment and argument filed May 28, 2002.  Applicant argues the prior art does not

teach a continuous and uninterrupted administration period of greater than 110 days.

        Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."

### *Telephone Inquiry*

3.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Barbara P Badio, Ph.D. whose telephone number is

703-308-4595.  The examiner can normally be reached on M-F from 7:30am-4pm.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jose Dees can be reached on 703-308-4628.  The fax phone numbers for

the organization where this application or proceeding is assigned are 703-308-4556 for

regular communications and 703-308-4556 for After Final communications.

294

Application/Control Number: 09/508,648                        Page 3
Art Unit: 1616

    Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the receptionist whose telephone number is 703-308-

1235.

Barbara P Badio, Ph.D.
Primary Examiner
Art Unit 1616

BB
July 31, 2002

295



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

20995    7590    08/06/2002

KNOBBE MARTENS OLSON & BEAR LLP
620 NEWPORT CENTER DRIVE
SIXTEENTH FLOOR
NEWPORT BEACH, CA 92660

| EXAMINER |
|---|
| BADIO, BARBARA P |

| ART UNIT | CLASS-SUBCLASS |
|---|---|
| 1616 | 514-170000 |

DATE MAILED: 08/06/2002

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/508,648 | 06/05/2000 | ROLF-DIETER HESCH | BOEHM13.001A | 7616 |

TITLE OF INVENTION: HORMONAL CONTRACEPTIVE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1280 | $0 | $1280 | 11/06/2002 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

### HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above. If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above and notify the United States Patent and Trademark Office of the change in status, or

B. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check the box below and enclose the PUBLICATION FEE and 1/2 the ISSUE FEE shown above.

☐ Applicant claims SMALL ENTITY status.
See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

Page 1 of 4

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail** Box ISSUE FEE
Commissioner for Patents
Washington, D.C. 20231
**Fax** (703)746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or see Block 1)

20995     7590     08/06/2002

KNOBBE MARTENS OLSON & BEAR LLP
620 NEWPORT CENTER DRIVE
SIXTEENTH FLOOR
NEWPORT BEACH, CA 92660

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/508,648 | 06/05/2000 | ROLF-DIETER HESCH | BOEHM13.001A | 7616 |

TITLE OF INVENTION: HORMONAL CONTRACEPTIVE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1280 | $0 | $1280 | 11/06/2002 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BADIO, BARBARA P | 1616 | 514-170000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent)    ☐ individual  ☐ corporation or other private group entity  ☐ government

4a. The following fee(s) are enclosed:
☐ Issue Fee
☐ Publication Fee
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):
☐ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature)                    (Date)

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004. OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

297

United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/508,648 | 06/05/2000 | ROLF-DIETER HESCH | BOEHM13.001A | 7616 |

| | | |
|---|---|---|
| 20995    7590    08/06/2002 | EXAMINER | |
| KNOBBE MARTENS OLSON & BEAR LLP | BADIO, BARBARA P | |
| 620 NEWPORT CENTER DRIVE | | |
| SIXTEENTH FLOOR | ART UNIT | PAPER NUMBER |
| NEWPORT BEACH, CA 92660 | 1616 | |

DATE MAILED: 08/06/2002

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The patent term adjustment to date is 0 days. If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the term adjustment will be 0 days.

If a continued prosecution application (CPA) was filed in the above-identified application, the filing date that determines patent term adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system. (http://pair.uspto.gov)

Page 3 of 4

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

298



| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/508,648 | 06/05/2000 | ROLF-DIETER HESCH | BOEHM13.001A | 7616 |

| | | | EXAMINER |
|---|---|---|---|
| 20995 | 7590 | 08/06/2002 | BADIO, BARBARA P |

KNOBBE MARTENS OLSON & BEAR LLP
620 NEWPORT CENTER DRIVE
SIXTEENTH FLOOR
NEWPORT BEACH, CA 92660
UNITED STATES

| ART UNIT | PAPER NUMBER |
|---|---|
| 1616 | |

DATE MAILED: 08/06/2002

**Notice of Fee Increase on October 1, 2002**

If a reply to a "Notice of Allowance and Fee(s) Due" is filed in the Office on or after October 1, 2002, then the amount due may be higher than that set forth in the "Notice of Allowance and Fee(s) Due" since there will be an increase in fees effective on October 1, 2002. See Revision of Patent and Trademark Fees for Fiscal Year 2003: Notice of Proposed Rulemaking, 67 Fed. Reg. 30634, 30636 (May 7, 2002). Although a change to the amount of the publication fee is not currently proposed for October 2002, if the issue fee or publication fee is to be paid on or after October 1, 2002, applicant should check the USPTO web site for the current fees before submitting the payment. The USPTO Internet address for the fee schedule is: http://www.uspto.gov/main/howtofees.htm.

If the issue fee paid is the amount shown on the "Notice of Allowance and Fee(s) Due," but not the correct amount in view of the fee increase, a "Notice to Pay Balance of Issue Fee" will be mailed to applicant. In order to avoid processing delays associated with mailing of a "Notice to Pay Balance of Issue Fee," if the response to the Notice of Allowance and Fee(s) due form is to be filed on or after October 1, 2002 (or mailed with a certificate of mailing on or after October 1, 2002), the issue fee paid should be the fee that is required at the time the fee is paid. If the issue fee was previously paid, and the response to the "Notice of Allowance and Fee(s) Due" includes a request to apply a previously-paid issue fee to the issue fee now due, then the difference between the issue fee amount at the time the response is filed and the previously paid issue fee should be paid. See Manual of Patent Examining Procedure, Section 1308.01 (Eighth Edition, August 2001).

Effective October 1, 2002, 37 CFR 1.18 is proposed to be revised to change the patent issue fees as set forth below. As stated above, the final fees may be a different amount, and applicant should check the web site given above when paying the fee.

(a) Issue fee for issuing each original or reissue patent, except a design or plant patent:

By a small entity (Sec. 1.27(a))—$655.00
By other than a small entity—$1,310.00

(b) Issue fee for issuing a design patent:

By a small entity (Sec. 1.27(a))—$235.00
By other than a small entity—$470.00

(c) Issue fee for issuing a plant patent:

By a small entity (Sec. 1.27(a))—$315.00
By other than a small entity—$630 .00

Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

Page 4 of 4

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

299

*Hm*

**PART B- FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail** Box ISSUE FEE
Commissioner for Patents
Washington, D.C. 20231
**Fax:** (703)746-4000

*← fines only →*

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

| CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1) | Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission. |
|---|---|
| 20995    7590    08/06/2002 | **Certificate of Mailing or Transmission** |
| KNOBBE MARTENS OLSON & BEAR LLP | I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below. |
| 2040 MAIN STREET<br>14TH FLOOR<br>IRVINE, CA 92614 | Mark R. Benedict Reg. 44,53 *(typed or printed name)*<br><br>*Mark R Benedict* *(Signature)*<br><br>10/31/08 *(Date)* |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/508,648 | 06/05/2000 | ROLF-DIETER HESCH | BOEHM13.001A | 7616 |

TITLE OF INVENTION: HORMONAL CONTRACEPTIVE *(Patent)*

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $1280 | $0 | $1280 | 11/06/2002 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BADIO, BARBARA P | 1616 | 514-170000 |

| 1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). | 2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed. | 1. KNOBBE, MARTENS, |
|---|---|---|
| ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached. | | 2.   OLSON & BEAR, LLP |
| ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required. | | 3. |

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THIS PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                                      (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Wyeth Pharmaceuticals, St. Davids, PA 19087

Please check the appropriate assignee category or categories (will not be printed on the patent)   ☐ individual   ☐ corporation or other private group entity   ☐ government

| 4a. The following fee(s) are enclosed: | 4b. Payment of Fee(s): |
|---|---|
| ☒ Issue Fee | ☐ A check in the amount of the fee(s) is enclosed. |
| ☐ Publication Fee | ☐ Payment by credit card. Form PTO-2038 is attached. |
| ☒ Advance Order - # of Copies __10__ | ☒ The Commissioner is hereby authorized to charge the required fee(s), or credit any overpayment, to Deposit Account Number _17-1410_ (enclose an extra copy of this form). |

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature) *Mark R Benedict*          (Date) 10/31/02

Mark R. Benedict

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

11/07/2002 NUMBER   00000167 07508648

01 FC:1301                         1260.00 OP
02 FC:8001                           30.00 OP

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004. OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

300

# MISC. PAGE(S) FROM THE

# U.S. PATENT OFFICE

# OFFICIAL FILE WRAPPER

Mike Sorles

**Patent Imaging Corporation**
*Patent Legal and Scientific Information Service*
**2001 Jefferson Davis Highway**
**Crystal Plaza One, Suite 600**
**Arlington, VA 22202-3610**
**(703) 553-0000**

301

: Contraception 1999 Jun;59(6):357-62

Related Articles,  NEW Books, LinkOut

ELSEVIER SCIENCE
FULL-TEXT ARTICLE

## Preferred frequency and characteristics of menstrual bleeding in relation to reproductive status, oral contraceptive use, and hormone replacement therapy use.

den Tonkelaar I, Oddens BJ.

International Health Foundation, Utrecht, The Netherlands.

This study addresses attitudes towards changes in menstrual bleeding patterns caused by oral contraceptives (OC) or hormone replacement therapy (HRT) and preferred changes in bleeding pattern with and without use of OC or HRT in relation to reproductive age group. Data were collected by means of telephone interviews with 325 women in each of four age groups (15-19, 25-34, 45-49, and 52-57 years). In total, 80.5% of currently menstruating women preferred one or more changes in bleeding pattern such as less painful, shorter, or less heavy periods, or amenorrhea. The majority of the menstruating women in all age groups preferred to have a bleeding frequency of less than once a month or never, whether the bleeding was spontaneous or induced by OC. In the case of HRT, amenorrhea was most preferred. These findings with respect to preferred bleeding frequency and OC may have important implications for health care providers and for future contraception development.

PMID: 10518229 [PubMed - indexed for MEDLINE]

Faxabsender:    +849381714855          PD_DR_HARTMUT_HOMMEL          25/18/81   17:37     S.: 3

## ANASTASIA STEPHENS

"I've stopped having my period because it's inconvenient," announces Trisha Williams to a group of girlfriends in a New York bar. She is explaining how she suppresses her menstrual cycle by taking the monthly contraceptive pill back-to-back for up to six months at a time.

They listen intently as she lists the benefits: no monthly bloating, period pains or depression. Best of all is the convenience - you can cut menstruation down to two periods a year and plan them around your holidays. And your stomach stays flat so you can show off your midriff all year round.

Trisha is not alone - according to obstetricians and gynaecologists, thousands of Americans are choosing to suppress their fertility for practical reasons.

Furthermore, in a few years, women may even be able to take a pill designed specifically to block periods for several months. Scientists in America and Germany are researching a new drug that works as a menstrual suppressant. According to Robert Brenner, who is investigating the drug in Oregon, "a reliable means of menstrual suppression would improve women's quality of life".

Women in Britain are beginning to catch on to the concept of periods becoming a lifestyle choice. Lucy Fenhurst, 28, an engineer from Dorset, has been extending her cycles for two years and now only has three periods a year. "It's so easy to do, it's fantastic - my stomach no longer swells every month and it's convenient for my job," she says. "Sometimes I get flown out to oil rigs which aren't the kind of place you want your period."

Female doctors and gynaecologists are increasingly subscribing to the view that taking the contraceptive pill back-to-back may be beneficial to health. For women who suffer excessive monthly bleeding or PMS, suppressing menstruation is a virtual cure. For those with endometriosis - abnormal growth of womb tissue - it can reduce pains. It can also help those with anaemia linked to heavy monthly bleeding. Vitally, the Pill has been found to reduce the risk of ovarian and endometrial cancer by 40 per cent by suppressing cell division each month.

Many physicians says that there is no reason why women should not opt for fewer periods. "It is safe for a woman to take pill packets back- to-back," says Dr Geeta Nargund, medical director of the Centre for Reproductive Medicine at St Georges NHS Trust, London. "In theory, a woman could take the Pill every day for a year without having any problems." Research is still in the early stages. The largest study tracked 300 women for 12 months. Overall, they found that longer cycles reduce menstrual cramping, swelling, bloating and headaches. Crucially, it was deemed to be safe.

Jenny Simmons, a 24-year-old fitness instructor, takes the Pill to cut out period pain and reduce her risk of ovarian cancer. "My mum developed ovarian cancer two years ago, and I wanted to protect myself," she says. "At first I took the Pill normally, but I got cramps every month and my doctor suggested I extend my cycles. I plan for about four periods a year - I hardly ever get cramps and it's fantastic for my work as a physical trainer, which involves a lot of running, stretching and jumping around."

Suppressing menstruation for valid, medical reasons is one thing, but many women

303

Faxabsender:    +849381714855          PD DR HARTMUT HOMMEL          25/10/01   17:37   S.:   5

are choosing this route as a lifestyle option. Linda Blair, clinical psychologist at Bath University, says that eliminating periods could be psychologically damaging. "You need to look at your reasons for suppressing your fertility," she says. "If it evens out your mood swings, great. But if you do it just for the sake of control, you could be feeding damaging tendencies. There are women with psychological problems who become obsessive about their sexuality. They may use the Pill to suppress it instead of facing the real issues.".

Ultimately, she says, the practice could leave women feeling alienated from their own bodies. "Periods give women vital reassurance about the way they are functioning - they're a reminder that you are fertile. If you block them, how do you know what's going on with your body?"

There is a strong argument for leaving your body alone. Treating our own biology as a commodity - altering its functions on a whim - surely has its dangers. While doctors, in the main, argue that the Pill is safe, there are increasingly loud voices that stress the possible ill-effects of the synthetic hormones from which most contraceptive pills are made. Suppressing fertility might suppress other, unknown functions in the body. And even if the Pill is safe when taken continuously for several years, what about the longer term? Physically and psychologically, no one knows the true effects of menstrual suppression.

Women may feel it is convenient in the short term. But they may find themselves feeling a ghostly sense of emptiness and further down the line, when estranged from their bodies, they are forced to face the consequences of cutting themselves off from nature.

We live in an age where people have unprecedented control over their life, body and looks - if you don't like your cheekbones or breasts you can buy improved versions. If that attitude is then applied to a woman's fertility, you debase your womanhood and turn it into another consumer option. Personally I don't like the idea of tampering with my natural cycle. My period may be "inconvenient" but each month it comes as a sort of relief. It's a sign that I'm healthy and well and without it I'd worry.

Suppressing fertility may soon become a mainstream option and when it does, thousands of women will surely be tempted. But I'd urge caution. People might think that they know what they are doing when they tamper with nature. Usually, though, they don't.

Why some women need a break

Not all women can take the Pill continuously. If you are over 35 and a smoker, you should not use oral contraceptives at all. The same applies for women at high risk of a heart attack, blood clot or stroke or with high blood pressure or diabetes. Dr Geeta Nargund stresses that no woman should use the Pill to skip periods without the supervision of a doctor. "Above all, women shouldn't lengthen their pill cycle if they have abnormally heavy regular or irregular bleeds," she says. "These symptoms as well as abnormal pains or anaemia may indicate a woman has a more serious problem such as polycystic ovarian syndrome, endometriosis or fibroids. In these cases, taking the Pill continuously would mask symptoms, and the underlying illness."

<<Independent on Sunday -- 08/12/01>>

304

Contraceptive hormone doses

① Ovulation suppression    ② Endometrium    ③ cancer

• Too low
  ↳ incomplete suppression
  ↳ break through bleeding
    ↳ pregnancy?

- endometrium
- breast
: life long hormone small
• year
• month
• day





normal, follicular phase

Myo.
  mm
Oedes    endometrium



high dose
10 mm



100 mm
∠ 4 mm



too low

VALID

```
            Pat. No. 05641275 - 2      Group ID: C            Page 1
            Issue Date: 08/26/02       User ID: jxbradf   KS: 1,080

Warning [Pages Of US References:]
      page 2 has no references
Warning [Pages Of Foreign References:]
      page 1 has no references
Warning [Pages Of Other References:]
      page 1 has no references
      page 2 has no references
      page 3 has no references
```

306

```
                    Pat. No. 05641275 - 2      Group ID: C           Page 1
                    Issue Date: 08/26/02       User ID: jxbradf
```

CHECK LIST

| Rule 47 | Continuing Data | PCT | Disclaimer |
|---------|-----------------|-----|------------|
| No      | No              | Yes | No         |

| Microfiche Appendix | CPA tag |
|---------------------|---------|
| No                  | No      |

Foreign Priority Claimed: Yes
Acknowledged: Yes

State Code:     Country Code: DEX

Text Endorsement: 09508648.060500

==================================================================

JACKET

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GAU  |
|---------------|-------------|-------|----------|------|
| 09/508,648    | 06/05/00    | 514   | 170      | 1616 |

FOREIGN PRIORITY

| Country | Document Number | Date     |
|---------|-----------------|----------|
| DEX     | 197 39 916      | 09/11/97 |

DISCLAIMER

/ /

TITLE

Hormonal contraceptive

MICROFICHE APPENDIX

ASSISTANT EXAMINER:

| First: | Middle: | Last: |
|--------|---------|-------|

PRIMARY EXAMINER:

| First:   | Middle: | Last: |
|----------|---------|-------|
| Barbara  | P.      | Badio |

307

```
                    Pat. No. 05641275 - 2     Group ID: C          Page 2
                    Issue Date: 08/26/02      User ID: jxbradf
```

<u>CLAIMS</u> <u>ALLOWED</u>
<u>Total</u>   <u>Print</u>

3         1

<u>DRAWINGS</u>
<u>Sheets</u>    <u>Figures</u>    <u>Print</u>

0          0          N

=================================================================

<u>BLUE</u> <u>SLIP</u> <u>INFORMATION</u>

<u>SERIAL</u> <u>NUMBER</u>    <u>CLASS</u>    <u>SUBCLASS</u>    <u>GAU</u>

09/508,648       514      170         1616

<u>INDEP</u>. <u>CLAIMS</u>                                   <u>TOTAL</u> <u>CLAIMS</u>

1,3                                              3

=================================================================

<u>BLUE</u> <u>SLIP</u> (<u>Page</u> <u>1</u>)

<u>INTERNATIONAL</u> <u>CLASSIFICATION</u>
<u>Class</u>    <u>SubClass</u>

A61K     31/56

<u>CROSS-REFERENCES</u>
<u>Class</u>    <u>SubClass</u>

514      841;843

=================================================================

<u>TERM</u> <u>EXTENSION</u>

0

<u>FIELD</u> <u>OF</u> <u>SEARCH</u>

<u>Class</u>    <u>SubClass</u>

514      170;841;843

=================================================================

308

Pat. No. 05641275 - 2      Group ID: C         Page 3
Issue Date: 08/26/02       User ID: jxbradf

OATH

INVENTOR NAME
First:                Middle:          Last:              Signed:

Rolf-Dieter                            Hesch              Yes

City:        Konstanz

State:       ZIP Code:    Country: DEX      Foreign ZIP:

================================================================

PCT INFO

INTERNATIONAL APP NUMBER      INTERNATIONAL FILING DATE

PCT/DE98/02636                09/03/98

35 U.S.C. 102(e) DATE         35 U.S.C. 371 Date

  /   /                       06/05/00

PUBLICATION NUMBER            PUBLICATION DATE

WO99/12531                    03/18/99

================================================================

CONTINUING DATA (Page 1)

LINE  CODE    SERIAL NUMBER    FILING DATE    STATUS    DOCUMENT NO.    ISSUE DATE

================================================================

REFERENCES (Page 1) SERIAL NUMBER: 09/508,648
FORM 892

U.S. REFERENCES

| U.S. Pat No. | Date | Patentee | Class | SubClass |
|---|---|---|---|---|
| 4,855,305 | 08/1989 | Cohen | 514 | 171 |
| 5,898,032 | 04/1999 | Hodgen | 517 | 178 |

FOREIGN REFERENCES

| Foreign Doc No. | Date | Country | Class | SubClass |
|---|---|---|---|---|

OTHER REFERENCE CITATIONS (incl. Author, Title, Date, Pertinent Pages, etc.)

```
                    Pat. No. 05641275 - 2        Group ID: C              Page 4
                    Issue Date: 08/26/02         User ID: jxbradf
```

================================================================

REFERENCES (Page 2) SERIAL NUMBER: 09/508,648
FORM 1449

U.S. REFERENCES

| U.S. Pat No. | Date | Patentee | Class | SubClass |
|---|---|---|---|---|

FOREIGN REFERENCES

| Foreign Doc No. | Date | Country | Class | SubClass |
|---|---|---|---|---|
| 0 309 263 A1 | 03/1989 | EPX | | |

OTHER REFERENCE CITATIONS (incl. Author, Title, Date, Pertinent Pages, etc.)

================================================================

REFERENCES (Page 3) SERIAL NUMBER: 09/508,648
FORM 892

U.S. REFERENCES

| U.S. Pat No. | Date | Patentee | Class | SubClass |
|---|---|---|---|---|
| <1,1>4,855,305 | 08/1989 | Cohen | 514 | 171 |
| 5,418,228 | 05/1995 | Bennink | 514 | 182 |

FOREIGN REFERENCES

| Foreign Doc No. | Date | Country | Class | SubClass |
|---|---|---|---|---|
| 0309263 | 03/1989 | EPX | | |

OTHER REFERENCE CITATIONS (incl. Author, Title, Date, Pertinent Pages, etc.)

================================================================

REFERENCES (Page 4) SERIAL NUMBER: 09/508,648
FORM 1449

U.S. REFERENCES

| U.S. Pat No. | Date | Patentee | Class | SubClass |
|---|---|---|---|---|
| Re. 36,247 | 07/1999 | Plunkett et al. | | |

FOREIGN REFERENCES

| Foreign Doc No. | Date | Country | Class | SubClass |
|---|---|---|---|---|
| 0628312 B1 | 12/1994 | EPX | | |
| 0309263 B1 | 03/1989 | EPX | | |

310

Pat. No. 05641275 - 2      Group ID: C          Page 5
Issue Date: 08/26/02       User ID: jxbradf

OTHER REFERENCE CITATIONS (incl. Author, Title, Date, Pertinent Pages, etc.)

Coutinho, E.M., et al. (1995) +i Comparative Study on Intermittent

Versus Continuous use of a Contraceptive Pill Administered by Vaginal

Route+l . Contraception 51(6):355-8.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Davies, Graham C., et al. (1992) +i Ovarian Activity and Bleeding

Patterns During Extended Continuous Use of a Combined Contraceptive

Vaginal Ring+l . Contraception 46(3):269-278.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Rizk, Diaa E.E., and Kumar, Rachana M., (1996) +i Congential

Afibrinogenemia: Treatment of excessive Menstrual Bleeding with

Continuous Oral Contraceptive+l . American J. Hematology

52(3):237-238.

===================================================================
                        **********

311



312

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective December 29, 1999

Application or Docket Number
**09/508648**

## CLAIMS AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY TYPE | RATE | FEE | | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | 345.00 | OR | | |
| TOTAL CLAIMS | | minus 20= | | X$ 9= | | OR | X$18= | |
| INDEPENDENT CLAIMS | | minus 3 = | | X39= | | OR | X78= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | | +130= | | OR | +260= | |
| | | | | TOTAL | | OR | TOTAL | 840 |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDITIONAL FEE | | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | 13 | Minus 20 | = | X$ 9= | | OR | X$18= | |
| Independent | 3 | Minus 5 | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | | Minus | = | X$ 9= | | OR | X$18= | |
| Independent | | Minus | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

AMENDMENT C

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | | Minus | = | X$ 9= | | OR | X$18= | |
| Independent | | Minus | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +130= | | OR | +260= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 12/99)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
*U.S. GPO: 2000-463-433/29044

313

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| | | | |
| FEE DETERMINATION | | | |
| O.I.P.E. CLASSIFIER | | | |
| FORMALITY REVIEW | | | |
| RESPONSE FORMALITY REVIEW | SA | 689664 | 5-1-00 |

### INDEX OF CLAIMS

| | | | | |
|---|---|---|---|---|
| ✔ | .................. Rejected | N | .................. Non-elected |
| = | .................. Allowed | I | .................. Interference |
| – | (Through numeral)... Canceled | A | .................. Appeal |
| ÷ | .................. Restricted | O | .................. Objected |



If more than 150 claims or 10 actions
staple additional sheet here

314                              (LEFT INSIDE)

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 514 | 170 | 1/26/01 | BB |
| updated | | 4/11/02 | DP |
| updated | | 7/31/02 | BB |
| 514 | 841 | | |
| 514 | 843 | 7/31/02 | BB |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | |
|---|---|---|
| | Date | Exmr. |
| STN Express | 1/26/01 | BB |
| updated | 1/11/02 | DP |
| updated | 7/31/02 | BB |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 514 | 170 | 7/31/02 | BB |
| | 841 | | |
| 514 | 843 | 7/31/02 | BB |

315                    (RIGHT OUTSIDE)

09/508648

*P*

DE98/02636

## PATENT APPLICATION

||||||||||||||||
09508648

INITIALS _____

## CONTENTS

Date Received
(Incl. C. of M.)
or
Date Mailed

1. Application _____ papers.
2. 905                    02 MAY 2000
3. I.D.S                  05 JUN 2000
4. Small Ent Dec & Surcharge  05 Jun 2000
5. 903                    16 JUN 2000
6. _____            _____
7. (e) 3                  01-29-01
8. Ext of Time / res      05-29-01
9. _____            05-29-01
10. (e) 3                 7/9/01
11. _____           7/2/02
12. Amdt C                7/2/02
13. (e) 3ww               01/14/02
14. Interview Summary     05/13/02
15. E.O.T. (2 mo)         5-28-02
16. Amendment D           5-28-02
17. Allowance             8-6-02
18. _____
19. _____
20. _____
21. _____
22. _____
23. _____
24. _____
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____
31. _____
32. _____
33. _____
34. _____
35. _____
36. _____
37. _____
38. _____
39. _____
40. _____
41. _____

42. _____
43. _____
44. _____
45. _____
46. _____
47. _____
48. _____
49. _____
50. _____
51. _____
52. _____
53. _____
54. _____
55. _____
56. _____
57. _____
58. _____
59. _____
60. _____
61. _____
62. _____
63. _____
64. _____
65. _____
66. _____
67. _____
68. _____
69. _____
70. _____
71. _____
72. _____
73. _____
74. _____
75. _____
76. _____
77. _____
78. _____
79. _____
80. _____
81. _____
82. _____

316                    (LEFT OUTSIDE)