**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

WYETH,

*Plaintiff,*

v.

WATSON LABORATORIES, INC. *and*
WATSON PHARMACEUTICALS, INC.,
*Defendants.*

Civil Action No. 08-cv-00145-JJF

**REDACTED PUBLIC VERSION**

**EXHIBITS TO DEFENDANTS' ANSWERING BRIEF IN OPPOSITION TO
WYETH'S MOTION TO DISQUALIFY KENYON & KENYON LLP AND
AMY HULINA AS COUNSEL FOR DEFENDANTS
VOLUME V OF VII**

Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Amy Arnott Quinlan (I.D. #3021)
Morris James LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
Tel: (302) 888-6960
mmatterer@morrisjames.com

*Attorneys for Defendants*

OF COUNSEL
John W. Bateman
C. Kyle Musgrove
Nicholas J. Nowak
Thomas M. Huff
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
(202) 220-4200

Originally filed: June 30, 2008
Public version filed: July 9, 2008

# EXHIBIT   20

# United States Patent [19]

## Hughes et al.

[11] B **4,002,746**

[45] **Jan. 11, 1977**

[54] **SYNTHESIS OF GON-4-ENES**

[75] Inventors: **Gordon Alan Hughes; Herchel Smith**, both of Wayne, Pa.

[73] Assignee: **Herchel Smith, Bryn Mawr, Pa.**

[22] Filed: **Jan. 15, 1964**

[21] Appl. No.: **337,823**

[44] Published under the second Trial Voluntary Protest Program on March 23, 1976 as document No. B 337,823.

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 228,384, Oct. 4, 1962, Pat. No. 3,850,911, which is a continuation-in-part of Ser. Nos. 57,904, Sept. 23, 1960, abandoned, and Ser. No. 91,341, Feb. 24, 1961, abandoned, and Ser. No. 137,535, Sept. 12, 1961, abandoned, and Ser. No. 195,000, May 15, 1962, abandoned, and Ser. No. 196,557, May 16, 1962, abandoned.

[30] **Foreign Application Priority Data**

Sept. 25, 1959  United Kingdom ............ 32619/59

[52] **U.S. Cl.** ...................... **424/243; 260/239.55 C; 260/397.3; 260/397.45; 260/397.5**

[51] Int. Cl.² ........................................ C07J 71/00

[58] Field of Search ................................. 260/397.4 /Machine Searched Steroids;

[56] **References Cited**

#### UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 2,744,122 | 5/1956 | Djerassi et al. | 260/397.4 |
| 2,991,295 | 7/1961 | Magerlein et al. | 260/397.5 |
| 3,032,552 | 2/1962 | Ringold et al. | 260/239.55 |
| 3,046,273 | 7/1962 | Fried et al. | 260/239.55 |

*Primary Examiner*—Elbert L. Roberts
*Attorney, Agent, or Firm*—Gordon W. Hueschen; Vito Victor Bellino

### EXEMPLARY CLAIM

1. A therapeutic composition having progestational activity comprising as active ingredient a 17-aliphatic carboxylic acid ester of 17α-ethynyl-18-methyl-19-nor-testosterone and a pharmaceutical carrier for said compound.

**5 Claims, 5 Drawing Figures**



FIG. I

**FIG.2**



**FIG.3**



**FIG.4**



**FIG.5**

4,002,746

1

## SYNTHESIS OF GON-4-ENES

This application is a continuation-in-part of our prior-filed copending application Ser. No. 228,384 filed Oct. 4, 1962, now U.S. Pat. No. 3,850,911, issued Nov. 26, 1974, in turn a continuation-in-part of our prior-filed copending applications Ser. Nos. 57,904 filed Sept. 23, 1960 ; 91,341 filed Feb. 24, 1961; 137,535 filed Sept. 12, 1961; 195,000 filed May 15, 1962; and 196,557 filed May 16, 1962, all now abandoned.

This invention relates to compositions of matter classified in the art of chemistry as substituted unsaturated gonane derivatives, and to processes for making and using such compositions.

The invention sought to be patented in principal composition aspect is described as residing in the concept of a gon-4-ene nucleus having attached thereto in the 13-position a monovalent polycarbonalkyl radical.

The tangible embodiments of the composition aspect of the invention possess the inherent general physical properties of being white crystalline solids, are substantially insoluble in water and are generally soluble in polar solvents such as dimethylacetamide. Examination of compounds produced according to the hereinafter described process reveals, upon ultraviolet and infrared spectrographic analysis, spectral data supporting the molecular structures herein set forth. The aforementioned physical characteristics, taken together with the nature of the starting materials and the mode of synthesis, confirm the structure of the compositions sought to be patented.

The tangible embodiments of the invention possess the inherent applied use characteristics of exerting qualitatively varying hormonal effects in animals as evidenced by pharmacological evaluation according to standard test procedures. Such tangible embodiments show androgenic, anti-estrogenic, progestational, blood lipid effects, and anabolic actions, salt retention, salt excretion and central nervous system effects. This finding indicates their usefulness in the treatment of amenorrhea, dysmenorrhea, ovulation block and contraception, functional uterine bleeding, arteriosclerosis, hormone dependent tumors, infertility, pregnancy maintenance, habitual abortion, weight gain and nitrogen retention, growth stimulation, post operative recovery, healing of wounds, and healing of burns. In particular, it has been established that alterations of the natural steroid structure made possible by our discovery result not merely in a change of degree of hormonal activity, but, as a result of the separation of types of hormonal activity, alter in an unexpected way its basic nature so that a desirable hormone effect is maximized and an undesirable hormone effect is minimized. Furthermore, said tangible embodiments possess the use characteristic of being intermediates for the preparation of composition exerting hormonal effects as evidenced by standard test procedures.

The invention sought to be patented in a sub-generic composition aspect is described as residing in the concept of a 13,17-dialkyl-17-hydroxygon-4-en-3-one (FIG. 1, XV), of which a specific embodiment, 13$\beta$,17$\alpha$-diethyl-17$\beta$-hydroxygon-4-en-3-one, is hereinafter described.

The tangible embodiments of said sub-generic composition aspect possess the use characteristic of varying hormone effects in animals as evidenced by pharmacological evaluation by standard test procedures. In clini-

2

cal tests, said specific embodiment has demonstrated high anabolic potency and unexpected separation of anabolic and androgenic activities.

The invention sought to be patented in a second sub-generic composition aspect is described as residing in the concept of a 13-alkynyl-17-hydroxygon-4-en-3-one (FIG. 4, XX), of which a specific embodiment wherein the alkyl group is 13$\beta$-ethyl and the alkynyl group is 17$\alpha$-ethynyl is hereinafter described.

The tangible embodiments of said second sub-generic composition aspect possess the use characteristic of varying hormone effects in animals, as evidenced by pharmacological evaluation by standard test procedures, and in particular have demonstrated a high gestational activity, coupled with an unexpected separation of activities.

The invention sought to be patented in a third subgeneric composition aspect is described as residing in the concept of a 17 ester of a 13-alkyl-17-hydroxygon-4-en-3-one (FIG. 5, XXIII), of which a specific embodiment in which the alkyl group is 13$\beta$-ethyl and the ester is the decanoate ester is hereinafter described.

The tangible embodiments of said third sub-generic composition aspect possess the use characteristic of varying hormone effects in animals, as evidenced by pharmacological evaluation by standard test procedures, and in particular in certain instances long-acting anabolic effects accompanied by unexpected separation of activities.

The invention sought to be patented, in a principal process of making the compositions aspect, is described as residing in the concept of the sequence of reactions including: converting a compound having a 5-phenyl-pent-1-yne nucleus, ring-unsubstituted in at least one postion ortho to the point of chain attachment, by means of a Mannich-type reaction, to its acetylenic amine derivative; hydrating the acetylenic linkage to form a 3-keto compound; reacting such 3-keto substrate compound with a nucleophilic 2-monovalent alkyl-1,3-dioxocyclopentano compound under Michael condensation conditions to attach the cyclopentano compound through its 2-position carbon atom to the 1-position carbon atom of the 3-keto compound; treating the bicyclic triketone formed in the preceding step with an acidic dehydrating agent thereby to effect a double cyclodehydration to form a 1,3,5(10),8,14-pentadehydro-13-alkyl-gonane; selectively saturating the 14(15) double bond of said gonane with hydrogen in the presence of a catalyst; thereafter saturating the 8(9) double bond of the compound resulting from the preceding step; partially reducing the A-ring double bonds and the 17-carbonyl group to 17-hydroxymethylene; and, thereafter converting the so-reduced compound to a 4-dehydro-13-alkyl-17-hydroxygonane.

The invention sought to be patented in a second process aspect, as illustrated in annexed FIG. 2, is described as residing in the concept of a reaction comprising hydrolyzing a compound with a gona-2,5(10)-diene nucleus, having attached thereto in the 13-position a monovalent polycarbon-alkyl radical (XVI), under strong conditions, i.e. heat, mineral acid, to obtain a compound with a gon-4-en-3-one nucleus having attached thereto in the 13-position a monovalent polycarbonalkyl radical (XVII).

The invention sought to be patented in a third process aspect, as illustrated in annexed FIG. 3, is described as residing in the concept of a sequence of reactions including: treating a compound with a gona-

3

4,002,746

4

2,5(10)-dien-17-one nucleus having attached thereto in the 13-position a monovalent polycarbon-alkyl radical (XVIII) with an alkyl Grignard reagent or metal alkyl to obtain a compound with a 17α-alkyl-gona-2,5(10)-dien-17-ol nucleus having attached thereto in the 13-position a monovalent polycarbon-alkyl radical (XIV), and hydrolyzing said product with mineral acid to obtain a compound with a 17α-alkyl-17β-hydroxy-gon-4-en-3-one nucleus having attached thereto in the 13-position a monovalent polycarbon-alkyl radical (XV).

The invention sought to be patented in a fourth process aspect, as illustrated in annexed FIG. 4, is described as residing in the concept of a sequence of reactions including: treating a compound with a gona-2,5(10)-dien-17-one nucleus having attached thereto in the 13-position a monovalent polycarbon-alkyl radical (XVI) with an organo-metallic derivative of a 1-alkyne to obtain the corresponding 17α-alkynyl-gona-2,5(10)-dien-17-ol having attached thereto in the 13-position a monovalent polycarbon radical (XIX), and hydrolyzing said product with mineral acid to obtain a 17α-alkynyl-17β-hydroxygon-4-en-3-one having attached thereto in the 13-position a monovalent polycarbon-alkyl radical (XX).

The invention sought to be patented in a fifth process aspect, as illustrated in annexed FIG. 5, is described as residing in the concept of a sequence of reactions including: treating a compound with a gona-2,5(10)-dien-17-ol nucleus having attached thereto in the 13-position a monovalent polycarbonalkyl radical (XXI) with mineral acid to obtain a compound with a 17-hydroxygon-4-en-3-one nucleus having attached thereto in the 13-position a monovalent polycarbon-alkyl radical (XXII), and esterifying the hydroxy group to obtain the corresponding 17-ester (XXIII).

The manner of making the chemical compounds, which are the starting materials for use in making the compounds of the invention, and for use in the processes of making of the invention, are illustrated in co-pending application Ser. No. 228,384 filed Oct. 4, 1962.

In describing the invention, reference will be made in the following specification to the annexed drawings, wherein:

FIG. 1 illustrates schematically the reaction sequence for preparing a 13-alkylgon-4-ene, specifically 13β,17α-diethyl-17β-hydroxygon-4-en-3-one.

FIG. 2 illustrates schematically the mineral acid hydrolysis of a 13-alkylgona-2,5(10)-diene to a 13-alkylgon-4-ene, specifically 13β-ethyl-3-methoxygona-2,5(10)-dien-17-one to 13β-ethylgon-4-en-3,17-dione.

FIG. 3 illustrates schematically the reaction sequence for preparing a 13,17-dialkylgon-4-en-17-ol from a 13-alkylgona-2,5(10)-dien-17-one, specifically 13β,17α-diethyl-17β-hydroxygona-4-en-3-one from 3-methoxy-13β-ethylgona-2,5(10)-dien-17-one.

FIG. 4 illustrates schematically the reaction sequence for preparing a 13-alkyl-17-alkynylgon-4-en-17-ol from a 13-alkylgona-2,5(10)-dien-17-one, specifically 13β-ethyl-17α-ethynyl-17β-hydroxygon-4-en-3-one from 13β-ethyl-3-methoxygona-2,5(10)-dien-17-one.

FIG. 5 illustrates schematically the reaction sequence for preparing an ester of a 13-alkyl-17-hydroxygon-4-en-4-ene from a 13-alkylgona-2,5(10)-dien-17-ol, specifically the decanoate ester of 13β-ethyl-17β-hydroxygon-4-en-3-one from 13β-ethyl-3-methoxygona-2,5(10)-dien-17β-ol.

The manner and process of making and using the invention will now be generally described so as to enable a person skilled in the art of chemistry to make and use the same, as follows:

Referring now to FIG. 1, wherein the compounds are assigned Roman numerals for identification schematically, the sequence of reactions involved in the synthesis of a specific embodiment, namely, 13β,17α-diethyl-17β-hydroxygon-4-en-3-one, is illustrated. 3-(m-Methoxyphenyl)propanol (I) is heated with phosphorus tribromide in benzene after dropwise addition in the cold to form 3-(m-methoxyphenyl)propyl bromide (II). This halogen compound (II) dissolved in tetrahydrofuran is condensed with sodium acetylide in liquid ammonia to obtain 5-(m-methoxyphenyl)-1-pentyne (III). Compound III is allowed to stand under nitrogen with water, 30% formalin, acetic acid, diethylamine, dioxan, and cuprous chloride at 70°C for about 12 hours, whereby there is obtained 1-diethylamino-6-(m-methoxyphenyl)-2-hexyne (IV), which is in turn hydrated in the presence of a mercury salt and sulfuric acid to form 1-diethylamino-6-(m-methoxyphenyl)-3-hexanone (V). The ketamine (V) may eliminate diethylamine on distillation to give the vinyl ketone 6-(m-methoxyphenyl)-1-hexen-3-one (VI). Either the ketamine (V) or the ketone (VI), or mixtures thereof, is then reacted with 2-ethyl-1,3-cyclopentanedione (VII) under Michael condensation conditions, e.g. refluxing in methanolic potassium hydroxide to form 2-ethyl-2-[6-(m-methoxyphenyl)-3-oxohexyl]-1,3-cyclopentanedione (VIII).

Compound VIII is then cyclodehydrated at the reflux temperature of a solvent, such as benzene, in the presence of a dehydrating acid, such as p-toluene sulfonic acid, to effect simultaneous ring closures to give the tetracyclic compound 13β-ethyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one (IX). The 14-unsaturation of Compound IX is then selectively hydrogenated in the presence of a metal catalyst, such as 2% palladized calcium carbonate, to form 13β-ethyl-3-methoxygona-1,3,5(10),8-tetraen-17-one (X). Ethynylation at the 17-position of Compound X with lithium acetylide in dimethylacetamide gives 13β-ethyl,17α-ethynyl-3-methoxygona-1,3,5(10),8-tetraen-17β-ol (XI). The ethynyl group of Compound XI is then selectively hydrogenated to ethyl, in the presence of a supported palladium catalyst, to produce 13β,17α-diethyl-3-methoxygona-1,3,5(10),8-tetraen-17β-ol (XII), which is then converted to 13β,17α-diethyl-3-methoxygona-1,3,5(10)-trien-17β-ol (XIII) by alkali metal reduction in liquid ammonia, to provide the normal gonane configuration of 9,8-8,14-14,13 exocyclic substituents, namely trans-anti-trans.

By alkali metal reduction in liquid ammonia in the presence of a proton donor, such as ethanol (Birch reduction), Compound XIII is converted to 13β,17α-diethylgona-2,5(10)-dien-17β-ol (XIV). By hydrolysis in the presence of mineral acid, Compound XIV is then converted to 13β,17α-diethyl-17β-hydroxygon-4-en-3-one (XV).

The compound 13β,17α-diethyl-17β-hydroxygon-4-en-3-one, when administered to humans, is strongly anabolic as measured by weight gain, and shows virtually no androgenicity at therapeutic dose levels. Consistent effects upon appetite stimulation are present and beneficial effects upon dermatitis and ichthyosis of mongols have been noted.

4,002,746

5

To form another specific embodiment of this invention, referring to FIG. 4, Compound XVI, 13$\beta$-ethyl-3-methoxygona-2,5(10)-dien-17-one is treated with an alkali metal acetylide in liquid ammonia to convert it to 13$\beta$-ethyl-17$\alpha$ethynyl-3-methoxygona-2,5(10)-dien-17$\beta$-ol (XIX). Compound XIX is then converted to 13$\beta$-ethyl-17$\alpha$-ethynyl-17$\beta$-hydroxygon-4-en-3-one (XX).

When administered orally, this compound, 13$\beta$-ethyl-17$\alpha$-ethynyl-17$\beta$-hydroxygon-4-en-3-one, demonstrates unexpected high progestational activity accompanied by a separation of undesirable hormone effects found in the natural steroids.

Referring to FIG. 5, a third specific embodiment of the invention, 13$\beta$-ethyl-17$\beta$-hydroxygon-4-en-3-one decanoate ester (XXIII), is formed by esterification of 13$\beta$-ethyl-17$\beta$-hydroxygon-4-en-3-one (XXII), obtained by mineral acid hydrolysis of 13$\beta$-ethyl-3-methoxygona-2,5(10)-dien-17$\beta$-ol (XXI). Compound XXI is obtained from 13$\beta$-ethyl-3-methoxygona-2,5(10)-dien-17-one, by reduction with a complex metal hydride, or alternatively from Compound X, FIG. 1, 13$\beta$-ethyl-3-methoxygona-1,3,5(10),8-tetraen-17-one, by complex metal hydride reduction to form 13$\beta$-ethyl-3-methoxygona-1,3,5(10),8-tetraen-17$\beta$-ol, and then alkali metal in liquid ammonia reduction to obtain 13$\beta$-ethyl-3-methoxygona-1,3,5(10)-trien-17$\beta$-ol, followed by alkali metal in liquid ammonia reduction in the presence of a proton donor to form the before-mentioned Compound XXI.

The compound 13$\beta$-ethyl-17$\beta$-hydroxygon-4-en-3-one decanoate ester (XXIII) is a long acting anabolic agent with unexpected enhancement of anabolic activity accompanied by a decrease in androgenic activity.

While the hereinbefore described processes produce novel and steroidal-like compounds which have an unnatural substituent at the 13-position, it is apparent that the novel and valuable processes of the invention offer a unique feasible route to the corresponding natural steroids if the nucleophilic compound used in the Michael condensation step is 2-methyl-1,3-cyclopentanedione.

The aromatic ring of the phenylpropanol (FIG. 1, I) used as the starting material for the preparation of the compositions and initial preparations of the invention may have one or more substituents, provided, however, at least one position ortho to the position of propanol-chain attachment is unsubstituted so that cyclodehydration to form a cyclic structure can eventually be effectuated. To activate such ortho position for said subsequent ring closure, a para-directing group (referring to electrophilic aromatic substitution) such as hydroxy, acyloxy, alkoxy, amino, alkylamino, or acylamino is a necessary substituent on the aromatic ring. The group may be present initially or may be introduced later but before ring closure, either directly, or by conversion from a meta-directing group such as nitro. After the tetracyclic structure has been formed, substituents can be introduced into the aromatic A-ring which are not limited as above; however, if such substituted compound is to undergo a reduction, the group is preferably one not sensitive to reduction. After the A-ring has been reduced, the substituents on said A-ring may be the same as those originally present, or substituents on said A-ring may be the same as those originally present, or substituents to which they may be converted, such as ketonic oxygen, dialkoxy, alkylenedioxy, alkylenethioxy, and alkylenedithio; or groups

6

introducible by known processes, such as halogen or alkyl. For the processes of the invention and except for the limitations expressed in this specification, variations of the substituents on the A-ring of the fully formed tetracyclic structures, or on the intermediates leading thereto, are full equivalents of each other.

The carbon atom to which the phenyl group of the starting propanol (I) is attached can be substituted, as, for example, with an alkyl group, such as methyl or ethyl. Moreover, this atom, to which the phenyl group is attached in Compound I, need not necessarily be carbon. It can be a hetero atom which would not interfere with subsequent catalytic reductions, as, for example, oxygen or nitrogen. This atom will appear in the tetracyclic structures of the invention in the 6-position, and it will be apparent, that in the case of the nitrogen, substituted with hydrogen or an alkyl group.

The 2-carbon atom of the starting phenyl-propanol (I) can also be substituted, as, for example, with an alkyl group, such as methyl and ethyl, and, as such, be unchanged throughout the subsequent synthesis. In the tetracyclic structures of the invention this carbon atom will appear in the 7-position.

For the processes of the invention and except for the limitations expressed in this specification, variations of the B-ring on the fully formed tetracyclic structures, or on the intermediates leading thereto, are full equivalents of each other.

In the Michael reaction step, the 3-keto substrate compound can be a 6-phenyl-1-hexen-3-one, or alternatively, a 6-phenyl-3-hexanone having attached to the 1-position a group which will eliminate with hydrogen to form a 6-phenyl-1-hexen-3-one under Michael conditions. Thus, a 3-keto compound with a 1-dialkylamino substituent or its quarternary salt, a 1-halo substituent or a 1-hydroxy substituent will react with the nucleophilic compound to form the Michael product. The nucleophilic compound can be a carbocyclic-1,3-dione of varying ring size, as, for example, a five-membered ring, a six-membered ring, etc., ultimately forming a corresponding five-membered, a six-membered, etc., D-ring in the tetracyclic structure. The 1,3-cyclodione may also contain a hetero atom at positions other than position 2, thereby to provide a heterocyclic D-ring in the tetracyclic structure. Acylic nucleophilic compounds can be used in conducting the Michael reaction step and the open-chain of the resulting product thereafter ring-closed to form a cyclic D-ring.

For the processes of the invention, and except for the limitations expressed in this specification, variations of the D-ring on the fully formed tetracyclic structure, or on the intermediates leading thereto, are full equivalents of each other.

When the nucleophilic compound is 2-methyl-1,3-cyclopentanedione, the invention provides a unique total synthesis for natural steroids: the hydrogens at the 8-position, 9-position, and 14-position being $\beta$, $\alpha$, and $\alpha$, respectively, as in the natural steroids. Thus such valuable therapeutic substances as 19-nortestosterone are made available from easily obtainable and relatively simple and inexpensive starting materials.

Moreover, by varying the group at the 2-position of the nucleophilic Michael condensation reactant, the invention provides a way to produce compounds resembling the natural steroids save at the 13-position. Thus, by varying the substituent at the 2-position of the 1,3-cyclopentanedione, alkyl groups of varying chain

4,002,746

7

length such as, for example, ethyl, isopropyl, cetyl, etc., may be introduced to form the gonane correspondingly substituted at the 13-position. Further, gonanes may be prepared wherein the 13-position is substituted with any organic radical. Thus, but without limiting the generality of the foregoing, an aralkyl, cycloalkylalkyl, or a polycarbon-alkylene bridge bearing a hydroxy-, amino-, or alkylamino- substituent can readily be placed in the 13-position, and from such compounds other variations of the 13-position substituent can be prepared, as haloalkyls from hydroxyalkyls, or quaternary salts, amides, alkenyls, etc. from aminoalkyls.

For the processes of the invention and except for the limitations expressed in this specification, variations at the 13-position of the fully formed tetracyclic structures or on the intermediates leading thereto are the full equivalents of the claimed 13-position polycarbonalkyl substituents, having physiological activity of the same type.

In any of the intermediate structures or in the tetracyclic structures of the invention having either an aromatic, partially reduced, or totally reduced A-ring, wherein the 17-position, or position corresponding thereto in the gonane nucleus, is carbonyl, the carbonyl group can be converted to a group such as hydroxymethylene by lithium aluminum hydride reduction; to acyloxymethylene by esterification of the hydroxymethylene group so formed; to alkoxymethylene by etherification of the hydroxymethylene group; to alkylhydroxymethylene by addition of the appropriate organo-metallic reagent to the carbonyl; or to alkynylhydroxymethylene by addition of the appropriate alkali metal acetylide in a suitable inert solvent; all in the known manners. The carbonyl group may also be ketalized or thioketalized by treating with the appropriate alcohol or glycol in a suitable solvent under acidic conditions, as in the presence of an acid such as sulfuric acid, p-toluene sulfonic acid, or boron trifluoride etherate, with heating where necessary, according to the known art.

The specific reactions involved in the processes of the invention will now be considered, reference being made to the drawings for typifying compounds:

The vinyl ketones (VI) of the invention are prepared by elimination of dialkylamine from the corresponding dialkylaminoethyl aminoketones (V), obtained by hydration of the acetylenic linkage in an acetylenic amine (IV). The acetylenic amines (IV) can be themselves prepared by a Mannich reaction from the corresponding acetylene (III) with formaldehyde and a dialkylamine. The hydration can be carried out, for example, in aqueous sulfuric acid with mercuric sulfate as a catalyst. The corresponding quaternary salts, which may also be used in the subsequent Michael condensation, can be obtained by quaternization of the corresponding acetylenic dialkylaminoethyl amine, followed by hydration; or by quaternization of the ketoamine. The vinyl ketones can be prepared from these derivatives by the above elimination reaction. Thus the ketoamine or its quaternary salt can be treated with a base for this purpose, for example, with sodium hydroxide or a sodium alkoxide.

The vinyl ketones (VI) and dialkylamino ketones (V) are condensed with a nucleophilic compound under Michael reaction conditions. Thus the condensation can be carried out by bringing the two reagents together in solution in the presence of a base, for exam-

8

ple, pyridine, triethylamine, diethylamine, sodium hydroxide, or sodium methoxide, and heating as required. The nature and amount of base employed in the condensation reaction will depend upon the particular reagents used. Where the vinyl ketone derivative employed is a keto-amine and dialkylamine is eliminated in the reaction, no added base may be required. Where the compound is a 2-alkylcyclopentane-1,3-dione (VII), the compound to be condensed with it is preferably a vinyl ketone, and the dione is used in excess of the molecular equivalent quantity. Suitable solvents are hydrocarbons, such as benzene, and anhydrous alcohols, such as methanol. If the reaction is carried out in benzene under refluxing conditions, water formed in the condensation may be azeotroped out of the reaction mixture with a Dean-Stark type trap.

As hereinbefore noted, monocyclodehydration of the C-ring is accomplished by an internal aldol condensation. The cyclodehydration can therefore be carried out using conditions generally applicable for an aldol condensation, i.e., in the presence of an acid or basic catalyst such as NaOH, p-toluene sulfonic acid, triethylamine benzoate, aluminum tertiary butoxide, and the like, either at room temperature or accompanied by heating if necessary. In most instances, we prefer to carry out the cyclic dehydration at the boiling point of the solvent to permit azeotropic removal of the water formed during the course of the reaction, inasmuch as the aldol reaction is an equilibrium one. Preferred as solvents are the low boiling anhydrous aromatic hydrocarbons, such as benzene and xylene. C-ring closure occurs regardless of the nature of the substitution on the aromatic ring.

The reduction of the 8(14) unsaturation in the tricyclic compounds is carried out by catalytic hydrogenation either at room temperature or above. It is found that when hydrogen and a palladium-on-charcoal catalyst are used, the hydrogen introduced at the carbon 14-position is principally in the configuration trans to the group attached at the 13-position. By whatever mechanism the hydrogen at the 8-position is introduced, it can on treatment with an acid or base take up the most stable configuration, i.e., the position trans to the other newly introduced hydrogen, by equilibrating through keto-enol tautomerism with the adjacent keto group. Thus the second hydrogen atom can be made to take up the β-configuration when the first is α.

The B-ring closure is brought about under acidic conditions. Suitable are strong acids such as sulfuric, hydrochloric, p-toluene sulfonic, etc. in solvents such as benzene, toluene, anhydrous alcohol, etc. The reaction is generally carried out at room temperature or below since heat may promote the formation of an aromatic B-ring. The preferred treatment is with methanolic hydrochloric acid at room temperature. As hereinbefore noted, it has been found that the ease of B-ring closure of the compounds of the invention to form tetracyclic compounds is affected by the nature of the substituent present on the preformed aromatic A-ring, and that subsequent cyclization is easier to carry out when the preformed aromatic A-ring contains a substituent which activates the position at which cyclization is to occur. Where a compound is to be used directly for B-ring closure, it will in practice be one containing such a substituent. Those substituents which cause subsequent B-ring closure to occur readily are substituents para to the position of ring closure which are groups that in electrophilic aromatic substitution activate an

4,002,746

9

aromatic ring and are predominantly o- and p- directing; for example, the hydroxy or alkoxy group.

The double cyclodehydration is brought about by dissolving a compound typified by Compound VIII in benzene containing a catalytic amount of p-toluene sulfonic acid and boiling the mixture under a Dean-Stark trap until two equivalents of water have been collected, or alternatively, by treating the same triketone with polyphosphoric acid at room temperature or slightly above until ring closure is complete.

The selective hydrogenation of the gona-8,14-dienes typified by Compound IX is carried out by means of 2% palladized calcium carbonate. As hereinbefore noted, surprisingly, the catalytic hydrogenation results in addition of hydrogen to the 14-double bond in such a way as to give the "natural" stereochemical configuration; that is, the hydrogen adds at 14-trans to the alkyl at 13. Selective reduction of the 14-trans to the alkyl at 13. Selective reduction of the 14-ethylenic linkage is achieved by use of catalyst-solvent combination which shows adequate selectively, and stopping the hydrogenation when the theoretical amount of hydrogen has reacted. Solvents showing selectivity in this regard are the nonprotonic solvents, that is, hydrocarbons and ethers; benzene, toluene, naphtha, dioxan, dibutyl ether, and diethyl ether are examples of suitable nonprotonic solvents. On the other hand, protonic solvents such as acetic acid and ethanol appear to be largely non-selective.

It has been found that a moderately active Raney nickel catalyst provides good selectivity in a suitable solvent. If a Raney nickel catalyst of low activity is employed, the hydrogenation may be too slow to be useful; on the other hand, a vigorous catalyst shows poor selectivity and some saturation of the 8,9-ethylenic bond may occur simultaneously with the hydrogenation at the 14,15-position.

If desired, other moderately active hydrogenation catalysts may be used instead of Raney nickel; for example, palladium on barium sulfate or on an alkaline earth metal carbonate or on charcoal have all been found suitable in this selective hydrogenation.

Saturation at the 8- or at the 9(11)-position of the tetracyclic structures must be stereospecific to obtain the natural type of exocyclic substituent configuration as noted supra. Such a sufficiently stereospecific reduction can be in general effected by the action of an alkali metal (sodium, potassium, or lithium) in liquid ammonia to the normal steroid configuration hydrogen at the respective carbons. Preferably this type of reduction is carried out in the presence of a primary or secondary aromatic amine, for instance aniline, p-toluidine, or diphenylamine, as this can improve the yield of the desired product. The reduction can also be carried out in the presence of a more reactive proton donor; in this instance, the reduction of the ethylenic linkage occurs with a simultaneous reduction of the aromatic ring to give a 1,4-dihydrophenyl group.

The reduction of 9-dehydro compounds can also be effected by catalytic hydrogenation, as this has been discovered to be sufficiently stereospecific for production of the desired trans-anti-trans compounds of normal configuration.

While the tetracyclic compounds in this specification and the appended examples are named to describe the configuration corresponding to that of the natural steroids, it is to be understood that unless otherwise indicated, the product of each of the given manipulative

10

procedures is a racemic mixture which contains said named compound and its enantiomorph.

Representative formulations embodying specific compositions of this invention follow:

A pharmaceutical tablet for use as an oral anabolic agent consists of the following ingredients:

| | mg |
|---|---|
| 13β,17α-Diethyl-17β-hydroxygon-4-en-3-one | 5 |
| Carboxymethylcellulose (viscosity 400 cps) | 15 |
| Lactose powder | 25 |
| Redried corn starch | 25 |
| Magnesium stearate powder | 4 |
| Calcium silicate powder | q.s. |
| | 200 |

A capsule for use as an oral anabolic agent contains, in encapsulating gelatin, the following ingredients:

| | mg |
|---|---|
| 13β,17α-Diethyl-17β-hydroxygon-4-en-3-one | 5 |
| Finely divided silica lubricant | 5 |
| Magnesium stearate powder | 5 |
| Powdered corn starch | 113 |
| Lactose powder | q.s. |
| | 245 |

An anabolic agent suspension for oral use consists of the following ingredients per 5 cc:

| | mg |
|---|---|
| 13β,17α-Diethyl-17β-hydroxygon-4-en-3-one | 5.0 |
| Magnesium aluminum silicate (thickening agent) | 37.5 |
| Carboxymethylcellulose of low viscosity | 37.5 |
| Polyoxyethylene sorbitan monolaurate | 50.0 |
| Glycerin | 250.0 |
| Sucrose | 2000.0 |
| Methyl p-hydroxybenzoate | 5.0 |
| Propyl p-hydroxybenzoate | 1.0 |
| Flavor and distilled water | q.s. |

An anabolic agent suspension for parenteral use consists of the following ingredients per cc:

| | mg |
|---|---|
| 13β,17α-Diethyl-17β-hydroxygon-4-en-3-one | 5 |
| Benzyl alcohol | 10.0 |
| Sodium chloride | 90.0 |
| Polyoxyethylene sorbitan monooleate | 4.0 |
| Sodium carboxymethylcellulose | 5.0 |
| Water for injection | q.s. |

Pediatric drops for use as an anabolic agent consist of the following ingredients per drop (0.05 cc):

| | mg |
|---|---|
| 13β,17α-Diethyl-17β-hydroxygon-4-en-3-one | 0.500 |
| Magnesium aluminum silicate (thickening agent) | 0.375 |
| Polyoxyethylene sorbitan monolaurate | 0.500 |
| Disodium phosphate heptahydrate | 0.375 |
| Citric acid monohydrate | 0.060 |
| Glycerin | 1.250 |
| Methyl p-hydroxybenzoate | 0.025 |
| Propyl p-hydroxybenzoate | 0.005 |
| Butyl p-hydroxybenzoate | 0.020 |
| Distilled water | 0.015 |
| Sodium saccharin | 0.013 |
| Sorbitol and flavor | q.s. |

A long-acting anabolic agent tablet consists of the following ingredients:

| | mg |
|---|---|
| 13β,17α-Diethyl-17β-hydroxygon-4-en-3-one | 5 |
| Water-insoluble acid carboxyvinyl polymer of acrylic acid copolymerized with 0.75–2% of polyallyl sucrose (the Carbopol 934 of U.S. Patent 2,909,462) | 150 |

4,002,746

11

12

-continued

| | mg |
|---|---|
| Magnesium stearate powder | 2 |
| Lactose | q.s. |

A long-acting anabolic agent suspension for parenteral use consists of the following ingredients per cc:

| | mg |
|---|---|
| 13β-Ethyl-17β-hydroxygon-4-en-3-one 17-decanoate | 0.5 |
| Benzyl alcohol | 10.0 |
| Sodium chloride | 90.0 |
| Polyoxyethylene sorbitan monooleate | 4.0 |
| Sodium carboxymethylcellulose | 5.0 |
| Water for injection | q.s. |

A progestational agent tablet consists of the following ingredients:

| | mg |
|---|---|
| 13β-Ethyl-17α-ethynyl-17β-hydroxygon-4-en-3-one | 5 |
| Spray dried lactose | 75 |
| Methocel (400 cps) | 12 |
| Powdered stearic acid | 6 |
| Talc | 2 |

Pharmaceutically acceptable carriers can be either solid or liquid. Solid form preparations include powders, tablets, dispersible granules, capsules, cachets, and suppositories. A solid carrier can be one or more substances which may also act as diluents, flavoring agents, solubilizers, lubricants, suspending agents, binders, or tablet-disintegrating agents: it can also be an encapsulating material. In powders the carrier is a finely divided solid which is in admixture with the finely divided compound. In the tablets the compound is mixed with carrier having the necessary binding properties in suitable proportions and compacted in the shape and size desired. The powders and tablets preferably contain from 5 to 10 to 99% of the active ingredient. Suitable solid carriers are magnesium carbonate, magnesium stearate, talc, sugar, lactose, pectin, dextrin, starch, gelatin, tragacanth, methyl cellulose, sodium carboxymethylcellulose, a low melting wax, and cocoa butter. The term "preparation" is intended to include the formulation of the compound with encapsulating material as carrier providing a capsule in which the compound (with or without other carriers) is surrounded by carrier, which is thus in association with it. Similarly, cachets are included. Tablets, powders, cachets, and capsules can be used for oral administration.

Liquid form preparations include solutions, suspensions, and emulsions. The compounds are insoluble in water, but can be dissolved in aqueous-organic solvent mixtures that are non-toxic in the amounts used. As an example may be mentioned water-propylene glycol solutions for parenteral injection. Liquid preparations can also be formulated in solution in aqueous polyethylene glycol solutions. Aqueous suspension suitable for oral use can be made by dispersing the finely divided compound in water with viscous material, natural or synthetic gums, resins, etc., for example, gum arabic, ion-exchange resins, methylcellulose, sodium carboxymethylcellulose and other well-known suspending agents.

Preferably the pharmaceutical preparation is in unit dosage form. In such form, the preparation is subdivided in unit doses containing appropriate quantities of the compound: the unit dosage form can be a packaged preparation, the package containing discrete quantities of preparation, for example, packeted powders of vials or ampules. The unit dosage form can be a capsule, cachet, or tablet itself, or it can be the appropriate number of any of these in packaged form. The quantity of compound in a unit dose of preparation may be varied or adjusted from 1 mg to 100 mg (generally within the range of 2.5 to 25 mg) according to the particular application and the potency of the active ingredient.

The claimed compositions having physiological activity can be incorporated into pharmaceutical formulations including sustained-release agents.

The following examples illustrate the processes and manner of making the compositions of the invention.

EXAMPLE 1

1-Dimethylamino-6-m-methoxyphenylhex-2-yne

Allow 5 -m-methoxyphenylpent-1-yne (8 g.) to stand for 12 hours at 70°C under nitrogen with water (2.5 cc), trioxan (0.5 g), 30% formalin (5.5 g), diethylamine (4 g), acetic acid (2.75 g), dioxan (25 cc) and cuprous chloride (0.13 g). Make the cooled solution alkaline with 10% aqueous sodium hydroxide and extract with ether; then extract the ether extract with 10% hydrochloric acid: wash the acid extract with ether, make alkaline with 10% aqueous sodium hydroxide, extract with ether, and then wash and dry the ether extract. Distil to obtain 1-diethylamino-6-m-methoxyphenylhex-2-yne (10.6 g. 88%), b.p. 130°–131°C/0.1 mm.

$C_{17}H_{25}N$ Calculated: C, 78.7%; H, 9.7%. Found: C, 78.9%; H, 9.6%.

To prepare 1-diethylamino-6-m-ethoxyphenyloct-2-yne treat 5-m-ethoxyphenylhept-1-yne (ca. 8 g) according to the manipulative procedure described above.

To prepare 1-diethylamino-6-m-propoxyphenylhex-2-yne treat 5-m-propoxyphenylpent-1-yne (ca. 8 g) according to the manipulative procedure described above.

To prepare 1-diethylamino-6-m-pentoxyphenylhex-2-yne treat 5-m-pentoxyphenylpent-1-yne (ca. 8 g) according to the manipulative procedure described above.

To prepare 1-diethylamino-6-m-cyclopentyloxyphenylhex-2-yne treat 5-m-cyclopentyloxyphenylpent-1-yne (ca. 8 g) according to the manipulative procedure described above.

To prepare 1-diethylamino-6-m-propoxyphenylhept-2-yne treat 5-m-propoxyphenylhex-1-yne (ca. 8 g) according to the manipulative procedure described above.

To prepare 1-diethylamino-6-(3,5-diethoxyphenyl)-hex-2-yne treat 5-(3,5-diethoxyphenyl)pent-1-yne (ca. 8 g) according to the manipulative procedure described above.

To prepare 1-diethylamino-6-(3-ethoxy-4-propoxyphenyl)-hex-2-yne treat 5-(3-ethoxy-4-propoxy)pent-1-yne (ca 8 g) according to the manipulative procedure described above.

To prepare 1-diethylamino-6-(3-ethoxy-4-propoxyphenyl)-hept-2-yne treat 5-(3-ethoxy-4-propoxy)-hex-1-yne (ca. 8 g) according to the manipulative procedure described above.

**13**

## EXAMPLE 2

### 1-Diethylamino-6-phenylhex-2-yne

Maintain 5-phenylpent-1-yne (20 g) for 12 hours at 70° under nitrogen with water (6.2 cc), trioxan (1.2 g), 30% formalin (13.8 g), diethylamine (10 g), acetic acid (6.9 g), dioxan (62 cc) and cuprous chloride (0.35 g). Make the cooled solution alkaline with sodium hydroxide. Extract with ether and extract the ether extract itself with hydrochloric acid. Make the purified aqueous hydrochloride solution thus obtained alkaline again and extract with ether. Dry, evaporate the ether extract and distil the residue to obtain 1-diethylamino-6-phenylhex-2-yne (27.1 g), b.p. 104°–106°/0.2 mm.

$C_{18}H_{23}N$ Calculated: C, 83.8%; H, 10.1%. Found: C, 83.9%; H, 10.1%.

Prepare 1-diethylamino-6-m-nitrophenylhex-2-yne (1.5 g), b.p. 148°C/0.05 mm, by treating 5-m-nitrophenylpent-1-yne (1.8 g) with water (0.6 cc), trioxan (0.1 g), 30% formalin (1.4 g), diethylamine (1g), acetic acid (0.7 g), dioxan (6.2 cc) and cuprous chloride (0.03 g) according to the manipulative procedure described above.

## EXAMPLE 3

### 1-Diethylamino-6-m-acetoxyphenylhex-2-yne

Add 5-m-acetoxyphenylpent-1-yne (9.5 g) to a mixture of trioxan (0.5 g), 40% formalin (5.5g), diethylamine (4g), acetic acid (2.75 g), dioxan (25 cc), and cuprous chloride (0.13 g) at room temperature. Heat the mixture thus obtained to 70°, to obtain a clear green solution, and maintain under nitrogen at that temperature for 12 hours. Cool and add ice, pour the product into ice-cold saturated potassium bicarbonate and extract the mixture with ether. Wash and dry, evaporate the extracts under reduced pressure and distil to obtain 1-diethylamino-6-m-acetoxyphenylhex-2-yne (9.9 g), b.p. 152°–154°/0.1 mm, as a pale yellow mobile liquid.

## EXAMPLE 4

### 1-Diethylamino-6-(3,4-methylenedioxyphenyl)-hex-2-yne

Add 5-(3,4-methylenedioxyphenyl)pent-1-yne (24.5 g) in dioxan (15 cc) to a mixture of diethylamine (16 g), trioxan (7.2 g) and cuprous chloride (0.3 g) in dioxan (20 cc) and heat the mixture at 100° for 15 hours under an atmosphere of nitrogen. Filter the cooled solution, remove the solvent and distil the residue at 0.1 mm Hg to obtain 1-diethylamino-6-(3,4-methylenedioxyphenyl)-hex-2-yne after a forerun of more volatile material.

Infrared absorption peaks at 6.25, 12.20μ.

## EXAMPLE 5

### 1-Diethylamino-6-(3,4-dimethoxyphenyl)-hex-2-yne

Heat a mixture of 5-(3,4-dimethoxyphenyl)-pent-1-yne (8 g), water (2.5 cc), trioxan (0.5 g ), 30% formalin (5.5 g), diethylamine (4 g), acetic acid (2.75 g), dioxan (25 cc) and cuprous chloride (0.13 g) at 70° for 15 hours. Make the cooled solution alkaline with 10% aqueous sodium hydroxide and collect the product. Wash the ethereal solution with water and extract with 10% hydrochloric acid (3 × 30 cc). Wash the combined aqueous extracts with ether, make it alkaline with 10% sodium hydroxide solution and extract with

**14**

ether. Wash and dry the ethereal solution, evaporate the solvent and distil the residue at 0.1 mm Hg to obtain 1-diethylamino-6-(3,4-dimethoxyphenyl)-hex-2-yne.

Infrared absorption peaks at 6.25, 12.20 μ.

Prepare 1-diethylamino-6-(3,5-dimethoxyphenyl)-hex-2-yne by treating 5-(3,5-dimethoxyphenyl)pent-1-yne with water, trioxan, 30% formalin, diethylamine, acetic acid, dioxan and cuprous chloride according to the manipulative procedure described above.

## EXAMPLE 6

### 1-Diethylamino-6-(3-methoxyphenyl)-hept-2-yne

Heat a mixture of 5-(3-methoxyphenyl)-hex-1-yne (56.6 g), water (17.5 cc.), 40% formalin (38.5 cc.), diethylamine (40 cc), acetic acid (19 cc), dioxan (175 cc) and cuprous chloride (1 g) at 70° for 16 hours in an atmosphere of nitrogen. Make the cooled solution alkaline with 10% aqueous sodium hydroxide and extract twice with ether. Wash the ether extracts with water, filter and extract with 4N hydrochloric acid (3 × 350 cc). Make the acid extracts alkaline with 10% aqueous sodium hydroxide, extract with ether and wash the organic solution with water, brine and dry. Evaporate the solvent and distil the residue to obtain 1-diethylamino-6-(3-methoxyphenyl)-hept-2-yne, 79.5 g. b.p. 135°–140°/0.2 mm Hg $n_D^{25}$ 1.5116.

$C_{18}H_{27}ON$ Calculated: C, 79.07%; H, 9.95%. Found: C, 78.99%; H, 9.67%.

## EXAMPLE 7

### 1-Diethylamino-5-methyl-6-(m-methoxyphenyl)-hex-2-yne

Heat 5-(m-methoxyphenyl)-4-methyl-pent-1-yne (8 g), trioxan (0.5 g), 30% formalin (5.5 cc), diethylamine (4 g), acetic acid (2.75 g), dioxan (25 cc) and cuprous chloride (0.12 g) together at 70° for 15 hours. Make cooled solution alkaline with 10% aqueous sodium hydroxide and extract with ether. Wash the ethereal solution with water and extract with 10% hydrochloric acid (3 × 20 cc). Combine the acid extracts, wash with ether and make alkaline with 10% aqueous sodium hydroxide and extract with ether. Wash the ethereal solution, dry, remove the solvent and distil the residue at 0.1 mm to obtain 1-diethylamino-5-methyl-6-(m-methoxyphenyl)-hex-2-yne.

## EXAMPLE 8

### 1-Diethylamino-6-m-methoxyphenylhexan-3-one and 6-m-Methoxyphenylhex-1-en-3-one

Add mercuric sulphate (0.45 g) to a swirled solution of 1-diethylamino-6-m-methoxyphenylhex-2-yne (8.5 g) in concentrated sulphuric acid (2.5 cc) and water (25 cc). Keep the solution under nitrogen at 75°C for 1 hour, then cool, make basic with 10% aqueous sodium hydroxide, and filter through glass wool to remove mercuric oxide. Extract product with ether and wash and dry the ethereal solution. Remove the solvent to obtain the crude ketoamine 1-diethylamino-6-m-methoxyphenylhexan-3-one, infrared absorption peak at 1710 μ. Distil under reduced pressure with partial elimination of diethylamine, to obtain a mixture of the ketoamine 1-diethylamino-6-m-methoxyphenylhexan-3-one and the vinyl ketone 6-m-methoxyphenylhex-1-en-3-one (7.1 g, ca. 76%), b.p. 140°–145°C/0.1 mm;

15

4,002,746

16

infrared absorption peaks at 5.85 and 5.95 $\mu$, the ketoamine predominating.

Distil a second portion of the crude ketoamine 1-diethylamino-6-m-methoxyphenylhexan-3-one very slowly over a period of 30 minutes through a Vigreux fractionating column 10 cm high and one-inch diameter under reduced pressure to eliminate most of the diethylamine. Dissolve the 6-m-methoxyphenyl-1-en-3-one obtained (b.p. 114°–114°C/0.7 mm) in ether and wash the ether solution with dilute hydrochloric acid, followed by aqueous sodium bicarbonate and water. Dry and evaporate. Distil the residue to give the pure vinyl ketone as a colorless liquid, b.p. 76°C/0.3 mm.

$C_{13}H_{16}O_2$ Calculated: C, 76.4%; H, 7.9%. Found: C, 76.3%; H, 8.0%.

Mix a third portion of the crude undistilled 1-diethylamino-6-m-methoxyphenylhexan-3-one (3g) with methyl iodide (3 g). An exothermic reaction soon develops. After 12 hours wash the mixture with ether to remove unchanged reactants and subject to reduced pressure (15 minutes) to remove ether remaining: the residue is the crude methiodide of the ketoamine (4.6 g).

Infrared absorption peaks at 5.85 $\mu$.

This compound is useful for preparing the novel compositions of this invention which have hormonal activity.

## EXAMPLE 9

1-Diethylamino-6-phenylhexan-3-one and 6-Phenylhex-1-en-3-one

Add to a solution of 1-diethylamino-6-phenylhex-2-yne (27.1 g) in concentrated sulphuric acid (7.6 cc) diluted with water (77 cc) at 70° mercuric sulphate (1.6 g), and keep the solution under nitrogen for 1 hour; cool, make basic with sodium hydroxide solution, and filter through glass wool to remove mercuric oxide. Extract the product with ether and evaporate the washed and dried ethereal solution, leaving crude 1-diethylamino-6-phenylhexan-3-one. Distil under reduced pressure with this ketoamine undergoing partial elimination of diethylamine, to obtain a mixture of the ketoamine, and 6-phenylhex-1-en-3-one (18.9 g), b.p. 96°/0.003 mm.

Infrared absorption peaks at 5.88 and 5.95 $\mu$.

To prepare 1-diethylamino-6-m-ethoxyphenyloctan-3-one and 6-m-ethoxyphenyloct-1-en-3-one hydrate and react 1-diethylamino-6-m-ethoxyphenyloct-2-yne in the presence of mercury salts according to the manipulative procedure set forth above.

To prepare 1-diethylamino-6-m-propoxyphenylhexan-3-one and 6-m-propoxyphenylhex-1-en-3-one hydrate and react 1-diethylamino-6-m-propoxyphenylhex-2-yne in the presence of mercury salts according to the manipulative procedure set forth above.

To prepare 1-diethylamino-6-m-pentoxyphenylhexan-3-one and 6-m-pentoxyphenylhex-1-en-3-one hydrate and react 1-diethylamino-6-m-propoxyphenylhex-2-yne in the presence of mercury salts according to the manipulative procedure set forth above.

To prepare 1-diethylamino-6-m-cyclopentyloxyphenylhexan-3-one and 6-m-cyclopentyloxyphenylhex-1-en-3-one hydrate and react 1-diethylamino-6-m-cyclopentyloxyphenylhex-2-yne in the presence of mercury salts according to the manipulative procedure set forth above.

To prepare 1-diethylamino-6-m-propoxyphenylheptan-3-one and 6-m-propoxyphenylhept-1-en-3-one hydrate and react 1-diethylamino-6-m-propoxyphenylhept-2-yne in the presence of mercury salts according to the manipulative procedure set forth above.

To prepare 1-diethylamino-6-(3,5-diethoxyphenyl)-hexan-3-one and 6-(3,5-diethoxyphenyl)-hex-1-en-3-one hydrate and react 1-diethylamino-6-(3,5-diethoxyphenyl)hex-2-yne in the presence of mercury salts according to the manipulative procedure set forth above.

To prepare 1-diethylamino-6-(3-ethoxy-4-propoxyphenyl)hexan-3-one and 6-(3-ethoxy-4-propoxyphenyl)hex-1-en-3-one hydrate and react 1-diethylamino-6-(3-ethoxy-4-propoxyphenyl)hex-2-yne in the presence of mercury salts according to the manipulative procedure set forth above.

These compounds are useful for preparing the novel compositions of this invention which have hormonal activity.

## EXAMPLE 10

1-Diethylamino-6-m-nitrophenylhexan-3-one and 6-m-Nitrophenylhex-1-en-3-one

Hydrate 1-diethylamino-6-m-nitrophenylhex-2-yne (1.5 g) using the procedure of Example 2 with 1/20 of the quantities of reagents. Remove the solvent to obtain crude 1-diethylamino-6-m-nitrophenylhexan-3-one as a clear pale yellow liquid. Distil under reduced pressure, with considerable elimination of diethylamine, to obtain crude 6-m-nitrophenylhex-1-en-3-one (1 g) as a clear pale yellow liquid.

## EXAMPLE 11

1-Diethylamino-6-m-hydroxyphenylhexan-3-one

Add mercuric sulphate (0.27 g) rapidly with swirling to a solution of 1-diethylamino-6-m-acetoxyphenylhex-2-yne (3.1 g) in 10% aqueous sulphuric acid (15 cc), and heat the resulting green solution at 75° under nitrogen for 1½ hours. After cooling, filter to remove mercuric sulphate and add solid potassium bicarbonate until the product has pH 8.8. Extract the solution with ether. Wash the other extracts with brine made alkaline to pH 8.8, and dry over anhydrous magnesium sulphate. Evaporate the ether at room temperature to obtain as residue crude 1-diethylamino-6-m-hydroxyphenylhexan-3-one as a viscous brown oil (2.4 g), showing infrared absorption at 5.85 $\mu$ indicating the presence of a keto group, together with the characteristic band of a phenolic hydroxy group and the complete absence of a band at 5.68 $\mu$ corresponding to a phenolic acetate group.

This compound is useful for preparing the novel compositions of this invention which have hormonal activity.

## EXAMPLE 12

1-Diethylamino-6-m-acetoxyphenylhexan-3-one and 6-m-Acetoxyphenylhex-1-en-3-one

Acetylate the crude 1-diethylamino-6-m-hydroxyphenylhexan-3-one (2.4 g) by adding pyridine (7 cc) and acetic anhydride (3 cc) and allow the mixture to stand overnight at room temperature. Work up the mixture as in the acetylation stage described in the preparation of 5-m-acetoxyphenylpent-1-yne above, to

4,002,746

**17**

obtain crude 1-diethylamino-6-m-acetoxyphenylhexan-3-one as a viscous brown oil (2.7 g).

Infrared absorption peaks at 5.68 μ with a shoulder at 5.85 μ and no appreciable phenolic absorption.

Distil in a Hickman still at 0.1 mm, with partial elimination of diethylamine, and collect a colorless mobile liquid, b.p. 160°–170°/0.1 mm, which is a mixture (1.8 g) of the ketoamine and 6-m-acetoxyphenylhex-1-en-3-one.

Infrared absorption peaks at 5.68, 5.88, 5.95 μ, the nature of the absorption indicating a predominance of the vinyl ketone in the mixture.

These compounds are useful for preparing the novel compositions of this invention which have hormonal activity.

### EXAMPLE 13

1-Diethylamino-6-(3,4-dihydroxyphenyl)hexan-3-one

Add mercuric sulphate (0.27 g) to a swirled solution of 1-diethylamino-6-(3,4-methylenedioxyphenyl)hex-2-yne (3 g) in 10% aqueous sulphuric acid (15 cc) and heat the mixture for 90 minutes at 75° in an atmosphere of nitrogen. Filter the cooled reaction mixture and add solid potassium carbonate to pH 8.5. Extract the product with ether; wash and dry and evaporate the solvent to leave as residue crude 1-diethylamino-6-(3,4-dihydroxyphenyl)hexan-3-one.

Infrared absorption peaks at 5.85 μ.

This compound is useful for preparing the novel compositions of this invention which have hormonal activity.

### EXAMPLE 14

1-Diethylamino-6-(3,4-dimethoxyphenyl)hexan-3-one and 6-(3,4-Dimethoxyphenyl)hex-1-en-3-one

Add mercuric sulphate (0.45 g) to a stirred solution of 1-diethylamino-6-(3,4-dimethoxyphenyl)hex-2-yne (8.5 g) in concentrated sulphuric acid (2.5 cc) and water (25 cc) and maintain the solution at 75° for 90 minutes. Make the cooled solution basic with 10% aqueous sodium hydroxide and filter to remove mercuric oxide. Extract the product with ether and wash and dry the ethereal solution. Evaporate the solvent to obtain 1-diethylamino-6-(3,4-dimethoxyphenyl)hexan-3-one as an oily residue.

Infrared absorption peaks (liquid film) 5.85 μ. Slowly distil through a short fractionating column at 0.1 mm Hg to obtain mainly the eliminated product 6-(3,4-dimethoxyphenyl)hex-1-en-3-one.

Infrared absorption peaks (liquid film) 5.95 μ.

This compound is useful for preparing the novel compositions of this invention which have hormonal activity.

### EXAMPLE 15

1-Diethylamino-6-(3,5-dimethoxyphenyl)hexan-3-one and 6-(3,5-Dimethoxyphenyl)hex-1-en-3-one

Proceed exactly as described for the preparation of the 3,4-dimethoxy compound above, using 6-(3,5-dimethoxyphenyl)-1-diethylaminohex-2-yne (8.5 g.), mercuric sulphate (0.45 g), and 10% sulphuric acid (25 cc) to obtain 1-diethylamino-6-(3,5-dimethoxyphenyl)hexan-3-one and 6-(3,5-dimethoxyphenyl)hex-1-en-3-one.

**18**

### EXAMPLE 16

1-Diethylamino-6-(m-methoxyphenyl)heptan-3-one and 6-(m-Methoxyphenyl)hept-1-en-3-one

Dissolve 1-diethylamino-6-(m-methoxyphenyl)hept-2-yne (13.6 g) in 10% aqueous sulphuric acid (40 cc) and stir with mercuric sulphate (0.69 g) for 2 hours at 70°. Filter the cooled solution, make basic with 10% aqueous sodium hydroxide and extract with ether. Wash the ethereal solution with water and brine, and dry (Na₂SO₄). Evaporate the solvent and distil the residue to obtain 1-diethylamino-6-(m-methoxyphenyl)-heptan-3-one which has partially eliminated to 6-(m-methoxyphenyl)hept-1-en-3-one during the distillation, b.p. 145°/12 mm Hg.

Infrared absorption peaks at 5.95 μ.

This compound is useful for preparing the novel compositions of this invention which have hormonal activity.

### EXAMPLE 17

1-Diethylamino-6-(m-methoxyphenyl)-5-methylhexan-3-one and 5-Methyl-6-(m-methoxyphenyl)hex-1-en-3-one

Add mercuric sulphate (0.45 g) to a stirred solution of 1-diethylamino-5-methyl-6-(m-methoxyphenyl)hex-2-yne (8 g) in concentrated sulfuric acid (2.5 cc) and water (25 cc) and heat the mixture at 70° for 1½ hours. Filter the cooled solution, make basic with 10% aqueous sodium hydroxide and extract with ether. Wash and dry the ethereal solution and evaporate to leave as residue crude 1-diethylamino-6-(m-methoxyphenyl)-5-methylhexan-3-one; infrared absorption peaks at 5.85 μ. Slowly distil at 0.1 mm Hg to obtain 5-methyl-6-(m-methoxyphenyl)hex-1-en-3-one; infrared absorption peaks at 5.85 μ.

This compound is useful for preparing the novel compositions of this invention which have hormonal activity.

### EXAMPLE 18

2-(6-m-Methoxyphenyl-3-oxohexyl)-2-methylcyclohexane-1,3-dione

Reflux a mixture (9 g) of 1-diethylamino-6-m-methoxyphenylhexan-3-one and 6-m-methoxyphenyl-hex-1-en-3-one with 2-methylcyclohexane-1,3-dione (4 g) in benzene (46 cc) containing pyridine (3.5 cc) for 15 hours. Wash and dry the cooled solution. Remove the solvent to obtain the triketone 2-(6-m-methoxyphenyl-3-oxohexyl)-2-methylcyclohexane-1,3-dione (8.2 g); infrared absorption peaks at 5.88, 5.85, 5.83 μ.

This compound is useful as an intermediate for preparing the novel compositions of this invention having hormonal activity.

### EXAMPLE 19

2-(6-m-Methoxyphenyl-3-oxohexyl)-2-methylcyclohexane-1,3-dione

Add to the crude undistilled ketoamine 1-diethylamino-6-(m-methoxyphenyl)hexan-3-one (2.3 g), the material obtained by hydration of the acetylenic amine, 2-methylcyclohexane-1,3-dione (1 g), pyridine (1 cc) and benzene (12 cc), and reflux the mixture for 15 hours. Cool the mixture and filter off unreacted dione, add a little ether to the filtrate, and wash the

4,002,746

19

ethereal solution with acid, and then water, and dry. Evaporate the solvents to obtain as residue crude 2-(6-m-methoxyphenyl-3-oxohexyl)-2-methylcyclohexane-1,3-dione (1.7 g).

This compound is useful as an intermediate for preparing the novel compositions of this invention having hormonal activity.

EXAMPLE 20

2-(6-m-Methoxyphenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione

Reflux a mixture (6 g) of 1-diethylamino-6-m-methoxyphenylhexan-3-one and 6-m-methoxyphenylhex-1-en-3-one with 2-methylcyclopentane-1,3-dione (2.8 g) in 0.12% dry methanolic potassium hydroxide solution (20 cc) for 12 hours. Remove most of the methanol under reduced pressure and add a mixture (50 cc) of equal volumes of benzene and ether; wash the solution with water, alkali and hydrochloric acid, and dry. Evaporate the solvent to obtain the adduct, the triketone 2-(6-m-methoxyphenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione (6.7 g), a viscous brown gum.

To prepare 2-(6-m-methoxyphenyl-3-oxohexyl)-2-n-butylcyclopentane-1,3-dione, treat a mixture of 1-diethylamino-6-m-methoxyphenylhexan-3-one and 6-m-methoxyphenylhex-1-en-3-one with 2-butylcyclopentane-1,3-dione and dry methanolic potassium hydroxide solution according to the manipulative procedure described above.

To prepare 2-(6-m-methoxyphenyl-3-oxohexyl)-2-hydroxypropylcyclopentane-1,3-dione, treat a mixture of 1-diethylamino-6-m-methoxyphenylhexan-3-one and 6-m-methoxyphenylhex-1-en-3-one with 2-hydroxypropylcyclopentane-1,3-dione and dry methanolic potassium hydroxide solution according to the manipulative procedure described above.

To prepare 2-(6-m-ethoxyphenyl-3-oxohexyl)-2-ethylcyclopentane-1,3-dione, treat a mixture of 1-diethylamino-6-m-ethoxyphenylhexan-3-one and 6-m-ethoxyphenylhex-1-en-3-one with 2-ethylcyclopentane-1,3-dione and dry methanolic potassium hydroxide solution according to the manipulative procedure described above.

To prepare 2-(6-m-propoxyphenyl-3-oxohexyl)-2-phenethylcyclopentane 1,3-dione, treat a mixture of 1-diethylamino-6-m-propoxyphenylhexan-3-one and 6-m-propoxyphenylhex-1-en-3-one with 2-phenethylcyclopentane-1,3-dione and dry methanolic potassium hydroxide solution according to the manipulative procedure described above.

To prepare 2-(6-m-pentyloxyphenyl-3-oxohexyl)-2-isobutylcyclopentane-1,3-dione, treat a mixture of 1-diethylamino-6-m-pentyloxyphenylhexan-3-one and 6-m-pentyloxyphenylhex-1-en-3-one with 2-isobutylcyclopentane-1,3-dione and dry methanolic potassium hyroxide solution according to the manipulative procedure described above.

To prepare 2-(6-m-cyclopentyloxyphenyl-3-oxohexyl)-2-hydroxypropylcyclopentane-1,3-dione, treat a mixture of 1-diethylamino-6-m-cyclopentyloxyphenylhexan-3-one and 6-m-cyclopentyloxyphenylhex-1-en-3-one with 2-hydroxypropylcyclopentane-1,3-dione and dry methanolic potassium hydroxide solution according to the manipulative procedure described above.

20

To prepare 2-(6 -m-hydroxyphenyl-3-oxohexyl)-2-phenethylcyclopentane-1,3-dione, treat a mixture of 1-diethylamino-6-m-hydroxyphenylhexan-3-one and 6-m-hydroxyphenylhex-1-en-3-one with 2-phenethylcyclopentane-1,3-dione and dry methanolic potassium hydroxide solution according to the manipulative procedure described above.

To prepared 2-(6-(3,4-dimethoxyphenyl)-3-oxohexyl]-2-diethylaminoethylcyclopentane-1,3-dione, treat a mixture of 1-diethylamino-6-(3,4-dimethoxyphenyl)hexan-3-one and 6-(3,4-dimethoxyphenyl)hex-1-en-3-one with 2-diethylaminoethylcyclopentane-1,3-dione and dry methanolic potassium hydroxide solution according to the manipulative procedure described above.

To prepare 2-[6-(3,5-dimethoxyphenyl)-3-oxoheptyl]-2-dimethylaminopropylcyclopentane-1,3-dione, treat a mixture of 1-diethylamino-6-(3,5-dimethoxyphenyl)heptan-3-one and 6-(3,5-dimethoxyphenyl)hept-1-en-3-one with 2-dimethylaminopropylcyclopentane-1,3-dione and dry methanolic potassium hydroxide solution according to the manipulative procedure described above.

To prepare 2-[6-(3,5-diethoxyphenyl)-3-oxooctyl]-2-n-butylcyclopentane-1,3-dione, treat a mixture of 1-diethylamino-6-(3,5-diethoxyphenyl)octan-3-one and 6-(3,5-diethoxyphenyl)oct-1-en-3-one with 2-butylcyclopentane-1,3-dione and dry methanolic potassium hydroxide solution according to the manipulative procedure described above.

To prepare 2-[6-(3-methoxy-4-ethoxyphenyl)-3-oxohexyl]-2-n-propylcyclopentane-1,3-dione, treat a mixture of 1-diethylamino-6-(3-methoxy-4-ethoxyphenyl)hexan-3-one and 6-(3-methoxy-4-ethoxyphenyl)hex-1-en-3-one with 2-propylcyclopentane-1,3-dione and dry methanolic potassium hydroxide solution according to the manipulative procedure described above.

To prepare 2-(6-m-methoxyphenyl-3-oxohexyl)-2-n-propylcyclopentane-1,3-dione, treat a mixture of 1-diethylamino-6-m-methoxyphenylhexan-3-one and 6-m-methoxyphenylhex-1-en-3-one with 2-propylcyclopentane-1,3-dione and dry methanolic potassium hydroxide solution according to the manipulative procedure described above.

To prepare 2-(6-m-acetoxyphenyl-3-oxohexyl)-2-ethylcyclopentane-1,3-dione, treat a mixture of 1-diethylamino-6-m-acetoxyphenylhexan-3-one and 6-m-acetoxyphenylhex-1-en-3-one with 2-ethylcyclopentane-1,3-dione and dry methanolic potassium hydroxide solution according to the manipulative procedure described above.

To prepare 2-(6-m-hydroxyphenyl-3-oxohexyl)-2-ethylcyclopentane-1,3-dione, treat a mixture of 1-diethylamino-6-m-hydroxyphenylhexan-3-one and 6-m-hydroxyphenylhex-1-en-3-one with 2-ethylcyclopentane-1,3-dione and dry methanolic potassium hydroxide solution according to the manipulative procedure described above.

EXAMPLE 21

2-(6-m-Methoxyphenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione

Add the crude methiodide of 1-diethylamino-6-m-methoxyphenylhexan-3-one (2.5 g) in methanol (10 cc) ice-cold to a solution obtained by adding 2-methylcyclopentane-1,3-dione (0.5 g) to an ice-cold solution

4,002,746

21

of sodium (0.21 g) in methanol (10 cc). Allow the reaction mixture to warm to room temperature and leave for 16 hours, after which add N hydrochloric acid (10 cc) and saturated brine (100 cc), and ether-extract the solution. Evaporate the washed and dried extracts to obtain the crude adduct 2-(6-m-methoxyphenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione as a gum.

This compound is useful as an intermediate for preparing the novel compositions of this invention having hormonal activity.

### EXAMPLE 22

2-(6-m-Methoxyphenyl-3-oxohexyl)-2-methylcyclo-pentane-1,3-dione

Reflux 6-m-methoxyphenylhex-1-en-3-one, containing a small amount of 1-diethylamino-6-m-methoxyphenylhexan-3-one (6 g, the material produced by the slow distillation of the latter substance), with 2-methylcyclopentane-1,3-dione (3.5 g) in 0.12% anhydrous methanol in potassium hydroxide (10 cc) for 10 hours. Work up the reaction mixture as described for the preparation of the compound as titled above, to obtain the crude triketone 2-(6-m-methoxyphenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione (8 g). Distil a small portion of this at 0.02 mm for analysis.

$C_{18}H_{24}O_4$. Calculated: C, 72.1%; H, 7.65% . Found: C, 72.3%; H, 7.45%.

This compound is useful as an intermediate for preparing the novel compositions of this invention having hormonal activity.

### EXAMPLE 23

2-(6-m-Methoxyphenyl-3-oxohexyl)-2-methylcyclo-pentane-1,3-dione

Add sodium (0.05 g) to a 0.12% methanolic potassium hydroxide solution (15 cc). To this solution add 1-bromo-6-(m-methoxyphenyl)-hexan-3-one (0.9 g) in methanol (5 cc) and 2-methylcyclopentane-1,3-dione (0.4 g), and reflux the mixture for 6 hours. After working up as in the preparation of the title compound in a previous example, obtain the crude Michael adduct 2-(6-m-methoxyphenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione as a yellow gum.

This compound is useful as an intermediate for preparing the novel compositions of this invention having hormonal activity.

### EXAMPLE 24

2-(6-m-Methoxyphenyl-3-oxohexyl)-2-ethylcyclohex-ane-1,3-dione

Reflux 2-ethylcyclohexane-1,3-dione (30.6 g), pyridine (20 cc), benzene (372 cc) and a mixture of 1-diethylamino-6-m-methoxyphenylhexan-3-one and 6-m-methoxyphenylhex-1-en-3-one (40.3 g, produced by the distillation of the former substance) for 15 hours. Wash the cooled reaction mixture with water, 10% aqueous sulfuric acid, water, 10% aqueous sodium carbonate, water and brine, and filter. Evaporate the solvent to leave as residue 2-(6-m-methoxyphenyl-3-oxohexyl)-2-ethylcyclohexane-1,3-dione, 38.1 g, 56.2%.

This compound is useful as an intermediate for the preparation of the novel compositions of this invention which have hormonal activity.

22

### EXAMPLE 25

2-(6-m-Methoxyphenyl-3-oxohexyl)-2-ethylcyclopen-tane-1,3-dione

Reflux a mixture (5.25 g) of 1-diethylamino-6-m-methoxyphenylhexan-3-one and 6-m-methoxyphenyl-hex-1-en-3-one with 2-ethylcyclopentane-1,3-dione (3.3 g) in dry 0.12% methanolic solution of potassium hydroxide for 18 hours. Filter the resulting solution, evaporate to dryness and dissolve the residue in ether. Wash the ether solution with alkali, hydrochloric acid, and water, dry and evaporate to obtain as residue the triketone 2-(6-m-methoxyphenyl-3-oxohexyl)-2-ethyl-cyclopentane-1,3-dione (7.1 g) as a gum.

This compound is useful as an intermediate for the preparation of the novel compositions of this invention which have hormonal activity.

### EXAMPLE 26

2-Isopropyl-2-(6-m-methoxyphenyl-3-oxohexyl)cyclo-pentane-1,3-dione

Condense a mixture (6 g) of 1-diethylamino-6-(m-methoxyphenyl)hexan-3-one and 6-(m-methoxyphenyl)hex-1-en-3-one with 2-isopropylcyclopentane-1,3-dione (3 g) using a procedure similar to that described for the condensation of the 2-ethyl compound. Obtain the corresponding triketone, 2-isopropyl-2-(6-m-methoxyphenyl-3-oxohexyl)cyclopentane-1,3-dione (7.2 g) as an uncrystallizable gum.

This compound is useful as an intermediate for the preparation of the novel compositions of this invention which have hormonal activity.

### EXAMPLE 27

2-(6-m-Methoxyphenyl-3-oxoheptyl)-2-ethylcyclopen-tane-1,3-dione

Reflux a mixture of 6-(m-methoxyphenyl)hept-1-en-3-one and 1-diethylamino-6-(m-methoxyphenyl)heptan-3-one (10 g, obtained by slow distillation of the latter substance) with 2-ethylcyclopentane-1,3-dione (7 g) in 0.12% methanolic potassium hydroxide solution (40 cc) for 15 hours. Remove most of the methanol under reduced pressure and add a mixture of equal volumes of ether and benzene (50 cc). Wash the solution with 5% aqueous sodium hydroxide, water, 10% hydrochloric acid, and brine, and dry. Evaporate the solvent to leave as residue the triketone adduct 2-(6-m-methoxyphenyl-3-oxoheptyl)-2-ethylcyclopentane-1,3-dione (14 g); infrared absorption peak at 5.80 $\mu$.

This compound is useful as an intermediate for the preparation of the novel compositions of this invention which have hormonal activity.

### EXAMPLE 28

2-Ethyl-2-(6-m-methoxyphenyl-5-methyl-3-oxohexyl)-cyclopentane-1,3-dione

Add a mixture of 1-diethylamino-6-(m-methoxy-phenyl)-5-methylhexan-3-one and 5-methyl-6-(m-methoxyphenyl)hex-1-en-3-one (6 g, prepared by slow distillation of the former substance) to 2-ethylcyclopentane-1,3-dione (3.5 g) in 0.12% methanolic potassium hydroxide (10 cc) and heat the mixture under reflux for 16 hours. Remove most of the solvent under reduced pressure and add ether (25 cc) and benzene (25 cc) to the residue. Wash the solution with 5% aqueous sodium hydroxide, water, dilute hydrochloric acid,

23

4,002,746

24

and brine, and dry. Evaporate the solvent to obtain a viscous brown gum, which is the triketone 2-ethyl-2-(6-m-methoxyphenyl-5-methyl-3-oxohexyl)cyclopentane-1,3-dione.

This compound is useful as an intermediate for preparing the novel compositions of this invention having a hormonal activity.

## EXAMPLE 29

### 2-(6-Phenyl-3-oxohexyl)-2-methylcyclohexane-1,3-dione

Reflux the mixture of 1-diethylamino-6-phenylhexan-3-one and 6-phenylhex-1-en-3-one (19 g) with 2-methylcyclohexane-1,3-dione (8.4 g) in benzene (97 cc) containing pyridine (7.4 cc) for 15 hours. Wash and dry the cooled solution. Remove the solvent to obtain the crude triketone 2-(6-phenyl-3-oxohexyl)-2-methylcyclohexane-1,3-dione.

This compound is useful as an intermediate for preparing the novel compositions of this invention having a hormonal activity.

## EXAMPLE 30

### 2-(6-m-Nitrophenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione

6-m-Nitrophenyl-1-en-3-one (1.0 g, containing a small amount of 1-diethylamino-6-m-nitrophenylhexan-3-one) in anhydrous 0.1% methanolic potassium hydroxide (10 cc) with 2-methylcyclopentane-1,3-dione (1.5 g) for 12 hours. Cool the solution, pour into water and ether extract. Wash the extracts with sodium bicarbonate solution, dry and evaporate to obtain a gum (1.3 g). Crystallize by adding ethanol, recrystallize from ethanol to obtain 2-(6-m-nitrophenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione, m.p. 81°–83°C; infrared absorption peaks at 5.70, 5.80, 5.83, 6.54, 7.33 μ (the first three peaks representing carbonyl groups and the others a nitro group).

This compound is useful as an intermediate for preparing the novel compositions of this invention having a hormonal activity.

## EXAMPLE 31

### 2-(6-m-Hydroxyphenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione

Reflux 1-diethylamino-6-m-hydroxyphenylhexan-3-one (0.72 g) with 2-methylcyclopentane-1,3-dione (0.70 g) in 0.12% methanolic potassium hydroxide (5 cc) for 18 hours. Remove the solvent under reduced pressure. Add chloroform (50 cc) and wash the solution in turn with dilute sulfuric acid, saturated aqueous potassium bicarbonate, and brine, dry and evaporate the solvent. The product, an amber gum, is the adduct 2-(6-m-hydroxyphenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione. Infrared absorption peaks at 2.94, 5.71, 5.83 and 5.87 μ.

This compound is useful as an intermediate for preparing the novel compositions of this invention having a hormonal activity.

## EXAMPLE 32

### 2-(6-m-Acetoxyphenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione

Reflux a mixture of 6-(m-acetoxyphenyl)-1-diethylaminohexan-3-one and 6-(m-acetoxyphenyl)hex-1-en-3-one (1 g), with 2-methylcyclopentane-1,3-dione

(1.5 g) in 0.12% methanolic potassium hydroxide (6 cc) for 18 hours. Remove methanol (2 cc) under reduced pressure and add chloroform (60 cc). Wash the solution in turn with dilute sulfuric acid (25 cc), saturated potassium bicarbonate solution, and brine; dry and evaporate the solvent. The product (0.8 g) is the adduct 2-(6-m-acetoxyphenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione in admixture with some of the corresponding free phenol; infrared absorption: 2.86 to 3.08 (broad low-intensity band), 5.71, 5.81, 5.85, and 8.26 μ.

This compound is useful as an intermediate for preparing the novel compositions of this invention having hormonal activity.

## EXAMPLE 33

### 2-(6-m-Hydroxyphenyl-3-oxohexyl)-2-n-propylcyclopentane-1,3-dione

Heat together 2-n-propylcyclopentane-1,3-dione (13 g), 1-diethylamino-6-m-hydroxyphenylhexan-3-one and 0.12% methanolic potassium hydroxide solution (38 cc) under gentle reflux for 12 hours. Isolate the product to obtain the Michael adduct, 2-(6-m-hydroxyphenyl-3-oxohexyl)-2-n-propylcyclopentane-1,3-dione as a brown gum (7.18 g).

This compound is useful as an intermediate for preparing the novel compositions of this invention having hormonal activity.

## EXAMPLE 34

### 2-[6-(3,4-Dimethoxyphenyl)-3-oxohexyl]-2-ethylcyclopentane-1,3-dione

Reflux 6-(3,4-dimethoxyphenyl)hex-1-en-3-one, containing a small amount of 6-(3,4-dimethoxyphenyl)-1-diethylaminohexan-3-one (6 g, produced by slow distillation of the latter substance) with 2-ethylcyclopentane-1,3-dione (3.5 g) in 0.12% anhydrous methanolic potassium hydroxide (10 cc) for 10 hours. Remove most of the methanol under reduced pressure, add benzene (25 cc) and ether (25 cc) and wash the solution with water, dilute aqueous potassium hydroxide, dilute hydrochloric acid and water. Dry and evaporate the solvent to give the triketone adduct 2-[6-(3,4-dimethoxyphenyl)-3-oxohexyl]-2-ethylcyclopentane-1,3-dione; infrared absorption (gum) 5.80, 6.25 μ (split peak).

This compound is useful as an intermediate for preparing the novel compositions of this invention having hormonal activity.

## EXAMPLE 35

### 2-[6-(3,5-Dimethoxyphenyl)-3-oxohexyl]-2-ethylcyclopentane-1,3-dione

Reflux 6-(3,5-dimethoxyphenyl)hex-1-en-3-one, containing a small amount of 6-(3,5-dimethoxyphenyl)-1-diethylaminohexan-3-one (6 g, produced by slow distillation of the latter substance) with 2-ethylcyclopentane-1,3-dione (3.5 g) in 0.12% anhydrous methanolic potassium hyroxide (10 cc) for 10 hours. Work up the reaction mixture as for the preparation of 2-(6-m-acetoxyphenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione to obtain 2-[6-(3,5-dimethoxyphenyl)-3-oxohexyl]-2-ethylcyclopentane-1,3-dione as a viscous gum; infrared absorption peaks at 5.80, 6.25 μ (split peak).

4,002,746

25

26

This compound is useful as an intermediate for preparing the novel compositions of this invention having hormonal activity.

## EXAMPLE 36

### Diethyl 2-(6-m-methoxyphenyl-3-oxohexyl)-2-methyl-3-oxoadipate

Stir a mixture of diethyl 2-methyl-3-oxoadipate (2.3 g, b.p. 111°–112°C/0.2 mm), prepared from 2- methylacetoacetic ester and ethoxycarbonylpropionyl chloride by the method of Cardwell, *J. Chem. Soc.*, 1949, 715, and the methiodide of 1-diethylamino-6-m-methoxyphenylhexan-3-one (4.6 g) in benzene (20 cc) in an ice bath and add a solution of potassium (0.4 g) in ethanol (10 cc) dropwise over one hour. After stirring for a further 4 hours add ether (50 cc) and evaporate the washed and dried ether extracts. Heat the residue at 160°C and 0.2 mm pressure to remove unchanged starting materials. The residual gum is diethyl 2-(6-m-methoxyphenyl-3-oxohexyl)-2-methyl-3-oxoadipate (2.7 g); infrared absorption peaks at 5.78, 5.88, 6.25, 12.82, 14.49 μ.

This compound is useful as an intermediate for preparing the novel compositions of this invention which have hormonal activity.

## EXAMPLE 37

### 13β-Methyl-3-methoxy-D-homogona-1,3,5(10),8,14-pentaen-17a-one

Reflux the dicyclic triketone 2-(6-m-methoxyphenyl-3-oxohexyl)-2-methylcyclohexane-1,3-dione (2 g) for 2 hours in benzene (35 cc) containing anhydrous toluene-p-sulfonic acid (1 g) using a Dean-Stark trap to remove the water formed. The worked-up product is a solid which one recrystallizes from light petroleum (b.p. 60°–80°) and from methanol to give the diene 13β-methyl-3-methoxy-D-homogona-1,3,5(10),8,14-pentaen-17a-one (0.5 g), m.p. 135°–137°C; ultraviolet absorption peak at 310 mμ (ε30,000).

$C_{20}H_{22}O_2$ Calculated: C, 81.6%; H, 7.5%. Found: C, 81.45%; H, 7.7%.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 38

### 13β-Methyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one

Dissolve the triketone 2-(6-m-methoxyphenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione (6.7 g), in dry benzene (100 cc) containing anhydrous toluene-p-sulfonic acid (2.4 g). Reflux the mixture using a Dean-Stark water separator until the equivalent of two molecular proportions of water (0.99 cc) is collected (30 minutes), indicating a double cyclodehydration. Cool and wash to remove acid, and dry. Evaporate the dried solution to obtain a red gum. Distil the gum under reduced pressure (bath temperature 210°, 0.5 mm). Recrystallize the solidified distillate from methanol, giving 13β-methyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one (3.9 g), m.p. 115°–116°; ultraviolet absorption peak at 313 mμ (ε35,100). The light absorption is in agreement with the structure assigned.

$C_{19}H_{20}O_2$ Calculated: C, 81.4%; H, 7.2%. Found: C, 81.1%; H, 7.0%.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 39

### 13β-Methyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one

Add the crude methiodide of 1-diethylamino-6-m-methoxyphenylhexan-3-one (2.5 g) in methanol (10 cc) ice-cold to a solution obtained by adding 2-methylcyclopentane-1,3-dione (0.5 g) to an ice-cold solution of sodium (0.21 g) in methanol (10 cc). Allow the reaction mixture to warm to room temperature and leave for 16 hours, after which add N hydrochloric acid (10 cc) and saturated brine (100 cc), etherextracting the solution. Evaporate the washed and dried extracts to obtain crude 2-(6-m-methoxyphenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione as a gum; dissolve in benzene (25 cc) containing toluene-p-sulfonic acid (0.4 g) and reflux the mixture for 1 hour. Cool, add ether (25 cc), and wash, dry, and evaporate the solution. Take up the resulting gum in benzene (5 cc) and adsorb on a column of Fuller's earth (100 g). Elute with a mixture of benzene and light petroleum to obtain a series of fractions, one of which crystallizes (0.04 g). Boil this fraction with methanol and decant the solution from insoluble oil which forms. Reduce the solution in bulk by evaporation, depositing crystals on cooling; recrystallize from methanol to obtain 13β-methyl-3-methoxygona-1,3,5(10),8,14 -pentaen-17-one, m.p. 111°–113°C; ultraviolet absorption peak at 312 mμ (ε34,800).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 40

### 13β-Methyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one

To 2-(6-m-methoxyphenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione (3 g) in benzene (100 cc) add polyphosphoric acid (from orthophosphoric acid, 15 g. and phosphorus pentoxide, 6 g.) and heat the mixture at 90° for 4 minutes under such reduced pressure as the need to control frothing will allow. Cool, add water, and extract the mixture with ether and ethyl acetate; isolate the product from the resulting solution to obtain the colorless crystalline 13β-methyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one (2 g), b.p. 115°–116°; ultraviolet absorption peak at 313 mμ (ε35,100).

To prepare 13β-(3-hydroxypropyl)-3-methoxygona-1,3,5(10),8,14-pentaen-17-one treat 2-(6-m-methoxyphenyl-3-oxohexyl)-2-(3-hydroxypropyl)cyclopentane-1,3-dione with polyphosphoric acid according to the manipulative procedure described above.

To prepare 13β-phenethyl-3-propoxygona-1,3,5(10),8,14-pentaen-17-one treat 2-(6-m-propoxyphenyl-3-oxohexyl)-2-phenethylcyclopentane-1,3-dione with polyphosphoric acid according to the manipulative procedure described above.

To prepare 13β-isobutyl-3-pentyloxygona-1,3,5(10),8,14-pentaen-17-one treat 2-(6-m-pentyloxyphenyl-3-oxohexyl)-2-isobutylcyclopentane-1,3-dione with polyphosphoric acid according to the manipulative procedure described above.

To prepare 13β-(3-hydroxypropyl)-3-cyclopentyloxygona-1,3,5(10),8,14-pentaen-17-one treat 2-(6-m-

4,002,746

27

cyclopentyloxyphenyl-3-oxohexyl)-2-(3-hydroxy-propyl)cyclopentane-1,3-dione with polyphosphoric acid according to the manipulative procedure described above.

To prepare 13β-phenethyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one treat 2-(6-m-hydroxyphenyl-3-oxohexyl)-2-phenethylcyclopentane-1,3-dione with polyphosphoric acid according to the manipulative procedure described above.

To prepare 13β-(2-diethylaminoethyl)-2,3-dimethoxygona-1,3,5(10),8,14-pentaen-17-one treat 2-[6-(3,4-dimethoxyphenyl)-3-oxohexyl]-2-(2-diethylaminoethyl)cyclopentane-1,3-dione with polyphosphoric acid according to the manipulative procedure described above.

To prepare 13β-(3-dimethylaminopropyl)-1,3-dimethoxy-6-methylgona-1,3,5(10),8,14-pentaen-17-one treat 2-[6-(3,5-dimethoxyphenyl)-3-oxoheptyl]-2-(3-dimethylaminopropyl)cyclopentane-1,3-dione with polyphosphoric acid according to the manipulative procedure described above.

To prepare 13β-butyl-1,3-diethoxy-6-ethylgona-1,3,5(10),8,14-pentaen-17-one treat 2-[6-(3,5-diethoxyphenyl)-3-oxooctyl]-2-butylcyclopentane-1,3-dione with polyphosphoric acid according to the manipulative procedure described above.

To prepare 13β-propyl-2-ethoxy-3-methoxygona-1,3,5(10),8,14-pentaen-17-one treat 2-[6-(3-methoxy-4-ethoxyphenyl)-3-oxohexyl]-2-propylcyclopentane-1,3-dione with polyphosphoric acid according to the manipulative procedure described above.

To prepare 13β,6-dimethyl-1,3-dimethoxygona-1,3,5(10),8,14-pentaen-17-one treat 2-[6-(3,5-dimethoxyphenyl)-3-oxoheptyl]-2-methylcyclopentane-1,3-dione with polyphosphoric acid according to the manipulative procedure described above.

These compounds have estrogenic activity, lower the blood lipid level, and are use ful as intermediates in the preparation of the hormonal compounds of the invention.

EXAMPLE 41

13β-Methyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one

Heat the tricyclic diketone 5,6,7,8-tetrahydro-4-m-methoxyphenethyl-8-methylindane-1,5-dione (0.25 g), under nitrogen at 60° with a mixture of orthophosphoric acid (5 cc, S.G. 1.8) and phosphorus pentoxide (3.25 g) for 20 minutes. Work up by means of ether to obtain a partially crystalline product which one takes up in benzene (10 cc) and filters. Recrystallize the residue to obtain the diene 13β-methyl-3-methoxy-ygona-1,3,5(10),8,14-pentaen-17-one (0.6 g), m.p. 110°-112°C; ultraviolet absorption peaks at 310 mμ (ε37,200); infrared absorption peak at 5.78 μ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

EXAMPLE 42

13β-Ethyl-3-methoxy-D-homogona-1,3,5(10),8,14-pentaen-17a-one

Add 2-(6-m-methoxyphenyl-3-oxohexyl)-2-ethylcyclohexane-1,3-dione (32.8 g) in benzene (400 cc) to polyphosphoric acid (150 g) in an atmosphere of nitrogen and stir the mixture at 60° for 3 hours. Add water, separate the benzene layer and wash with water until

28

neutral. Dry the solution, remove the solvent, and recrystallize the residue from ethanol to obtain 13β-ethyl-3-methoxy-D-homogona-1,3,5(10),8,14-pentaen-17a-one, m.p. 90°-92°; ultraviolet absorption peak at 311 mμ (ε28,500).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

EXAMPLE 43

13β-Ethyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one

Reflux the triketone 2-ethyl-2-(6-m-methoxyphenyl-3-oxohexyl)cyclopentane-1,3-dione (7.1 g), in benzene (150 cc) and toluene-p-sulfonic acid (2 g) until the theoretical amount of water (0.72 cc) for double cyclodehydration has been collected in a Dean-Stark separator. Wash the cooled reaction mixture after removal of solvent under reduced pressure, b.p. ca. 220°/0.01 mm, to obtain an almost colorless glass (5.7 g). Crystallize the glass from methanol containing a little ethyl acetate to obtain pure 13β-ethyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one (3.7 g), m.p. 77°-80°; ultraviolet absorption peak at 311 mμ (ε28,000).

$C_{20}H_{23}O_2$ Calculated: C, 81.6%; H, 7.5%. Found: C, 81.3%; H, 6.3%.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

EXAMPLE 44

13β-Propyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one

Condense 2-propylcyclopentane-1,3-dione (13.1 g) in 0.12% methanolic potassium hydroxide solution (90 cc) with 6-m-methoxyphenyl-hex-1-en-3-one (19.0 g), to obtain crude 2-n-propyl-2-(6-m-methoxyphenyl-3-oxohexyl)cyclopentane-1,3-dione (25.5 g). Submit this Michael condensation product (23.4 g) to double cyclodehydration by heating with toluene-p-sulfonic acid, and distil the product at 200°/10⁻⁴ mm; crystallize the distillate from ethanol to obtain the tetracyclic diene ketone 13β-propyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one, m.p. 82°-84°; ultraviolet absorption peak at 310 mμ (ε24,700).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

EXAMPLE 45

13β-Isopropyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one

Reflux the triketone 2-isopropyl-2-(6-m-methoxyphenyl-3-oxohexyl)cyclopentane-1,3-dione (7.2 g) in benzene (150 cc) and toluene-p-sulfonic acid (2 g) until the theoretical amount of water (0.72 cc) for double cyclodehydration has been collected in a Dean-Stark trap. Wash the cooled reaction mixture to remove acid and dry. Remove the solvent to obtain a gum. Distil the gum to obtain a glass (5 g), which one crystallizes from methanol to obtain pure 13β-isopropyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one (4.5g), m.p. 112°-113°.

$C_{21}H_{24}O_2$ Calculated: C, 81.8%; H, 7.8%. Found: C, 81.8%; H, 7.6%.

4,002,746

## 29

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 46

13β-Butyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one

Condense n-butylcyclopentane-1,3-dione (2.8 g) in 0.12% methanolic potassium hydroxide solution (8 cc) with 6-m-methoxyphenylhex-1-en-3-one (5 g) by heating the mixture at 80° for 10 hours. Evaporate the solvent under reduced pressure and heat the residue with toluene-p-sulfonic acid (2 g) in benzene (50 cc) for 45 minutes using a Dean-Stark trap to effect double cyclodehydration. Add ether to the cooled reaction mixture, and evaporate the washed and dried ether solution; recrystallize the residue from ethanol to obtain 13β-butyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one (1.9 g), m.p. 53°–55°; ultraviolet absorption peak at 312 mμ (ε29,200).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 47

13β-Isobutyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one

Reflux a mixture of crude 2-(6-m-methoxyphenyl-3-oxohexyl)-2-isobutyl-1,3-cyclopentanedione (154.9 g) and anhydrous p-toluene-sulfonic acid (177 g) in 5.2 liters of dry benzene for 3 hours using a Dean-Stark water separator. After cooling, filter the solution, wash, dry, and concentrate to ⅓ of its volume. Then filter through charcoal (Carco, 310 g). Distil the filtrate to obtain a viscous oil, b.p. 203° (bath temperature), 0.01 mm. Recrystallize from methanol-acetone to get 13β-isobutyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one, m.p. 57°–60°; ultraviolet absorption peak at 312 mμ (ε25,200).

$C_{23}H_{26}O_2$ Calculated: C, 81.9%; H, 8.1%. Found: C, 81.6%; H, 8.1%.

This compound has estrogenic activity, lowers the blood lipid levels, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 48

13β-Cetyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one

Reflux a mixture of 2-cetylcyclopentane-1,3-dione (10.1 g), 6-m-methoxyphenylhex-1-en-3-one (6.0 g) and 0.02% methanolic potassium hydroxide solution (120 cc) for 26 hours and then cool. Dissolve the residue obtained after removal of solvent under reduced pressure in a mixture of benzene (50 cc) and ether (50 cc), and wash the solution in turn with sodium carbonate solution, 10% aqueous sulfuric acid and water. Remove the solvent by evaporation under reduced pressure to obtain as residue crude 2-cetyl-2-(6-m-methoxyphenyl-3-oxohexyl)-1,3-cyclopentanedione (11.4 g).

Add a solution of this Michael condensate in dry benzene (80 cc) to a mixture of anhydrous toluene-p-sulfonic acid (2.4 g) and dry benzene (80 cc) and reflux the mixture for one hour, using a Dean-Stark water separator, until the equivalent of 2 moles of water (0.75 cc) has been collected. Wash the cooled solution,

## 30

dry, and remove the solvent, leaving a purple oil (10.2 g) which one then distils at about 220°/0.001 mm. Recrystallize the solidified distillate from acetonitrile, to obtain 13β-cetyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one, m.p. 55°–56°C; ultraviolet absorption peak at 316 mμ (ε24,000).

$C_{34}H_{50}O_2$ Calculated: C, 83.2%; H, 10.3%. Found: C 83.3%; H, 10.3%.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 49

13β-Ethyl-3-methoxy-6-methylgona-1,3,5(10)8,14-pentaen-17-one

Reflux 2-(6-m-methoxyphenyl-3-oxoheptyl)-2-ethyl-cyclopentane-1,3-dione (14 g) with anhydrous toluene-p-sulfonic acid (4 g) in benzene (50 cc) with continuous water separation for 20 minutes. Wash the cooled solution with water, dry, and evaporate the solvent. Distil the residual red gum to obtain 13β-ethyl-3-methoxy-6-methylgona-1,3,5(10),8,14-pentaen-17-one as a gum; ultraviolet absorption peak at 315 mμ (ε21,000); infrared absorption peak at 5.75 μ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 50

13β-Ethyl-3-methoxy-7-methylgona-1,3,5(10),8,14-pentaen-17-one

Dissolve the crude triketone 2-ethyl-2-(6-m-methoxyphenyl-5-methyl-3-oxohexyl)cyclopentane-1,3-dione (3 g) in benzene (50 cc) containing anhydrous toluene-p-sulfonic acid (1.5 g) and reflux the mixture with continuous water separation for 45 minutes. Dilute the cooled solution with ether, and wash with water; dry and evaporate. Distil the red residue at 230° (bath temperature) at 0.02 mm to give 13β-ethyl-3-methoxy-7-methylgona-1,3,5(10),8,14-pentaen-17-one; infrared absorption peak at 5.78 μ; ultraviolet absorption peak at 310 mμ (ε25,000).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 51

13β-Methyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one

Reflux 2-(6-m-hydroxyphenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione (0.5 g), the product of Michael condensation of 2-methylcyclopentane-1,3-dione with 6-m-hydroxyphenyl-1-diethylaminohexan-3-one, for 50 minutes in benzene (30 cc) containing toluene-p-sulfonic acid (0.3 g) using a Dean-Stark trap. Add ether (80 cc) to the cooled product and filter off the resulting insoluble material. Wash the ethereal solution in turn with water, saturated aqueous potassium bicarbonate, and brine, and dry. The product is a deep green gum which one takes up in a small quantity of ether; precipitate the insoluble impurities by the addition of light petroleum and filter off. Evaporate the resulting solution to obtain a crystalline residue, which one takes up in a mixture of benzene (10 cc) and ether (2 cc); adsorb the solution on an activated Fuller's earth (10 g). Elute with benzene to obtain 13β-methyl-

31

3-hydroxygona-1,3,5(10),8,14-pentaen-17-one (0.19 g), m.p. 225° (decomp.).

$C_{18}H_{18}O_2$ Calculated: C, 81.2% H, 6.8%. Found: C, 80.7%; H, 7.0%.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 52

### 13β-Methyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one

Allow 2-(6-m-hydroxyphenyl-3-oxohexyl)-2-methyl-cyclopentane-1,3-dione (0.8 g) to stand for 90 minutes at room temperature in benzene (80 cc) containing anhydrous toluene-p-sulfonic acid (5 g). Wash the product with water, followed by aqueous sodium bicarbonate solution, and dry. Remove the solvent by evaporation to obtain a deep green gum; ultraviolet absorption peak at 313 mμ (13,000). When this gum is seeded it becomes solid. Take up the crude material in benzene (15 cc) and adsorb the solution on an activated Fuller's earth (30 g); elute with benzene to obtain pale yellow 13β-methyl-3-hydroxy-gona-1,3,5(10),8,14-pentaen-17-one (0.6 g).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 53

### 13β-Methyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one

Reflux 2-(6-m-acetoxyphenyl-3-oxohexyl)-2-methyl-cyclopentane-1,3-dione (0.8 g, the product of Michael condensation of 2-methylcyclopentanedione and a mixture of 6-m-acetoxyphenyl-1-diethylaminohexan-3-one and 6-m-acetoxyphenylhex-1-en-3-one, and containing some of the corresponding free phenolic compound) in benzene (25 cc) with toluene-p-sulfonic acid (0.3 g) for 50 minutes. On cooling add ether (50 cc) and wash the mixture in turn with water, saturated aqueous potassium bicarbonate, and brine; dry over anhydrous magnesium sulfate. The residue after removal of solvent is a purple gum (0.6 g), part of which can be induced to crystallize. Dissolve a portion (0.45 g) of this gum in benzene and adsorb on an activated Fuller's earth (40 g); elute with benzene to obtain 13β-methyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one, which one recrystallizes from diisopropyl ether, m.p. 225°-226°; ultraviolet absorption peak at 312.5 mμ (23,000); infrared absorption peaks at 2.99 μ, 5.81μ, and 8.00μ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 54

### 13β-Methyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one

Place 300 g. of warm polyphosphoric acid in a 1 liter flask fitted with dropping funnel, stirrer and thermometer. Add crude 2-(6-m-hydroxyphenyl-3-oxohexyl)-2-methylcyclopentane-1,3-dione (28.3 g), dissolved by warming in dry benzene (70 cc) dropwise with stirring during 45 minutes to the acid at 40°-50°. Stir the mixture for a further 45 minutes by which time it becomes a very deep red. Add crushed

32

ice with vigorous stirring and extract the resulting mixture with ether (3 × 250 cc). A small quantity of black tar remains insoluble in either phase. Wash the combined ethereal extracts with saturated $KHCO_3$ and brine, and then dry ($MgSO_4$). Remove the solvent on the rotary evaporator (temperature not greater than 40°) to obtain a bright yellow crystalline solid. Wash by decantation with cold 20% ethyl acetate 60°-80° petroleum ether (20 cc), filter and dry to obtain crude 13β-methyl-3-hydroxy-gona-1,3,5(10),8,14-pentaen-17-one (19.35 g., 77%), m.p. 160°-162° (dec.); ultraviolet absorption peak at 312 mμ, (ε22,200).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 55

### 13β-Methyl-3-acetoxygona-1,3,5(10),8,14-pentaen-17-one

Mix 13β-methyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one with pyridine (3 cc) and acetic anhydride (1 cc) and keep at room temperature for 4 hours. Add ethanol (1 cc) and remove low-boiling material under reduced pressure (0.1 mm) to leave a red gum which crystallizes from a mixture of ethyl acetate and light petroleum. Recrystallize from methanol to obtain crystals of 13β-methyl-3-acetoxygona-1,3,5(10),8,14-pentaen-17-one, melting partially at 161°-166° with resolidification at about 220° and finally melting at 260°-265° (decomp.); infrared absorption peaks at 5.75 μ and 8.27 μ, with absence of an absorption band due to a hydroxy group; ultraviolet absorption peak at 307.5mμ (ε24,000).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 56

### 13β-Ethyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one

Reflux 2-(6-m-hydroxyphenyl-3-oxohexyl)-2-ethyl-cyclopentane-1,3-dione (2.6 g) for 30 minutes in benzene (70 cc) containing toluene-p-sulfonic acid (0.38 g), and collect the water evolved in the cyclodehydration in a Dean-Stark separator. Work up to obtain a green gum which one dissolves in benzene (30 cc); adsorb the benzene solution on a column of activated Fuller's earth, and elute with benzene to obtain crude 13β-ethyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one (0.75 g), as pale yellow crystals, m.p. 153°-156°; ultraviolet absorption peak at 313.5 mμ (ε30,300); infrared absorption peaks at 3.99 μ and 5.81 μ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 57

### 13β-Ethyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one

Allow 2-(6-m-hydroxyphenyl-3-oxohexyl)-2-ethylcy-clopentane-1,3-dione (8.8 g) to stand 24 hours at room temperature in solution in benzene (430 cc) containing anhydrous toluene-p-sulfonic acid (20 g). Work up the product to obtain a deep red and green gum; take up in benzene (50 cc) and adsorb on activated Fuller's earth

4,002,746

33         34

(300 g). Elute with benzene to obtain pale green crystals of crude 13β-ethyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one (2.05 g) m.p. 149°–151°, the substance melting to a clear liquid on rapid heating; ultraviolet absorption peak at 314 mμ (ε30,000).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 58

#### 13β-Ethyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one

Add 2-(6-m-hydroxyphenyl-3-oxohexyl)-2-ethylcyclopentane-1,3-dione (28.3 g) in benzene (70 cc) during 45 minutes to polyphosphoric acid (300 g) containing 80% phosphorus pentoxide, and maintain at 40°–50°, with stirring. Stir the reaction mixture for a further 45 minutes during which it develops a deep red coloration. Add crushed ice and extract the product with ether. Evaporate the washed and dried extracts at a temperature not greater than 40° to obtain a bright yellow crystalline solid; wash by decantation with light petroleum containing a small proportion of ether; filter and dry to obtain 13β-ethyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one (19.35 g), m.p. 160°–162°; ultraviolet absorption peak at 312 mμ (ε22,200).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 59

#### 13β-Ethyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one

Add a solution of 2-(6-m-acetoxyphenyl-3-oxohexyl)-2-ethylcyclopentane-1,3-dione (40 cc) during 1½ hours to stirred polyphosphoric acid (180 g., containing 80% phosphorus pentoxide) and maintain at 40°–42°. Keep the reaction mixture at this temperature for a further hour with occasional stirring, add ice and water, and extract the product with ether. Evaporate the washed and dried extracts under reduced pressure to obtain a crude solid product (13.4 g), containing 13β-ethyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one and its 3-acetate in a proportion indicated by spectroscopic analysis to be 7:3; ultraviolet absorption peak at 312 mμ (ε12,700).

This 3-hydroxy compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 60

#### 13β-Ethyl-3-acetoxygona-1,3,5(10),8,14-pentaen-17-one

Dissolve 13β-ethyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one (2.45 g) in pyridine (7 cc) and acetic anhydride (4 cc) and allow to stand at room temperature for 16 hours. Remove the solvent under reduced pressure, add ethanol (20 cc) and again evaporate the solvent. Recrystallize the residue from ethanol to give a red crystalline solid, m.p. 122°–124°. Filter the solid through 'Florisil' (100 g) with benzene, evaporate the solvent and recrystallize the product from ethanol to obtain 13β-ethyl-3-acetoxygona-1,3,5(10),8,14-pentaen-17-one, m.p. 129°–130°C; ultraviolet absorption

peak at 306 mμ (ε25,500), infrared absorption peaks at 5.78 μ, 8.27 μ, and 9.85 μ.

C$_{21}$H$_{24}$O$_2$Calculated: C, 78.25%; H, 6.9%. Found: C, 78.4%; H, 6.65%.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 61

#### 13β-Propyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one

Cyclodehydrate 2-(6-m-hydroxyphenyl-3-oxohexyl)-2-n-propylcyclopentane-1,3-dione (7.18 g) by heating in benzene (210 cc) containing toluene-p-sulfonic acid (0.75 g), to obtain a deep green gum (6.4 g); chromatograph in benzene on a column of activated Fuller's earth, to give a yellow gum. Crystallize from ethanol, and then from a mixture of benzene and light petroleum to obtain 13β-propyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one (0.59 g), m.p. 149°–155° with some premelting at 135°–138°; ultraviolet absorption peak at 313 mμ (ε27,000).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 62

#### 13β-Ethyl-2,3-dimethoxygona-1,3,5(10),8,14-pentaen-17-one

Dissolve the crude triketone 2-[6-(3,4-dimethoxyphenyl)-3-oxohexyl]-2-ethylcyclopentane-1,3-dione (6.5 g) in dry benzene (100 cc) containing anhydrous toluene-p-sulfonic acid (2.4 g) and reflux under a Dean-Stark water separator for 45 minutes. Wash the cooled solution with water, sodium carbonate solution, and water, and dry. Evaporate the solvent and distil the red gummy residue at 220° (bath temperature) 0.01 mm. to give a yellow gum; recrystallize from methanol to obtain 13β-ethyl-2,3-dimethoxygona-1,3,5(10),8,14-pentaen-17-one; ultraviolet absorption peak at 314 mμ (ε29,000); infrared absorption peaks at 5.84 μ and 8.00 μ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 63

#### 13β-Ethyl-1,3-dimethoxygona-1,3,5(10),8,14-pentaen-17-one

Using the triketone 2-[6-(3,5-dimethoxyphenyl)-3-oxohexyl]-2-ethylcyclopentane-1,3-dione (6.5 g), proceed exactly as described in the preceeding example to obtain 13β-ethyl-1,3-dimethoxygona-1,3,5(10),8,14-pentaen-17-one; infrared absorption peaks at 5.74 μ and 8.00 μ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 64

#### 13β-Methyl-3-methoxy-D-homogona-1,3,5(10),8-tetraen-17a-one

To 13β-methyl-3-methoxy-D-homogona-1,3,5(10),8,14-pentaen-17a-one (0.3 g) in dioxan (20 cc) add a moderately active Raney nickel catalyst (ca. 0.2 g). Hydrogenate at room temperature and atmo-

35

4,002,746

36

spheric pressure until 24 cc. hydrogen has been absorbed. Filter off the catalyst and evaporate the filtrate to obtain a solid; recrystallize from a mixture of ethanol and ethyl acetate to obtain the title product (0.15 g), m.p. 120°–150°C. Ultraviolet absorption peak at 275 mμ (ε14,000).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 65

13β-Methyl-3-methoxygona-1,3,5(10),8-tetraen-17-one

Dissolve     13β-methyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one (1 g) in dioxan (33 cc). To the solution add Raney nickel catalyst (ca. 0.5 g) which has been prepared by the method of Pavlic and Adkins, *J. Amer. Chem. Soc.*, 1946, 68, 1471 and allow to stand for 24 hours. Hydrogenate at room temperature and pressure until the theoretical amount of hydrogen (92 cc) for saturation of one ethylenic linkage has been absorbed. Towards the end of this period (5 hours) the rate of hydrogenation drops markedly. Evaporate the solvent after removal of catalyst to obtain a gum which readily crystallizes. Recrystallize once from ethanol to obtain the crude title product (0.69 g), m.p. 110°–120°; ultraviolet absorption peak at 278 mμ (ε14,700).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 66

13β-Methyl-3-methoxygona-1,3,5(10),8-tetraen-17-one

Shake     13β-methyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one (1 g) in benzene (35 cc) with a 10% palladium or barium sulfate catalyst (0.3 g) in the presence of hydrogen at atmospheric pressure until 90 cc hydrogen has been absorbed. By the end of this period (1½ hours) the rate of hydrogenation will have slowed down. Filter the mixture and evaporate the solvent to obtain a gum which solidifies; recrystallize from ethanol to obtain the title product (0.68 g), m.p. 110°–120°; ultraviolet absorption peak at 278 mμ (ε13,200).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 67

13β-Ethyl-3-methoxy-D-homogona-1,3,5(10),8-tetraen-17a-one

Shake     13β-ethyl-3-methoxy-D-homogona-1,3,5(10),8,14-pentaen-17a-one (1.175 g) in tetrahydrofuran (100 cc) with 2% palladium on calcium carbonate (0.5 g., prereduced) in an atmosphere of hydrogen until one molecular equivalent of hydrogen has been absorbed. Filter the catalyst; evaporate the solvent; recrystallize the residue from ethanol to obtain the title product (0.925 g), m.p. 104°–107°; ultraviolet absorption peak at 278 mμ (ε15,680).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 68

13-Ethyl-3-methoxygona-1,3,5(10),8-tetraen-17-one

Dissolve     13β-ethyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one (2 g) in dioxan (50 cc) containing Raney nickel (ca. 0.5 g) of moderate activity and shake with hydrogen until 160 cc., the amount corresponding to one molecular proportion has been absorbed. Recrystallize the isolated product from methanol to obtain the title product (1.2 g), m.p. 110°–125°; ultraviolet absorption peak at 280 mμ (ε13,200).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 69

13β-Propyl-3-methoxygona-1,3,5(10),8-tetraen-17-one

Condense 2-propyl-1,3-cyclopentanedione (13.1 g) in 0.12% methanolic potassium hydroxide solution (90 cc) with 6-m-methoxyphenylhex-1-en-3-one (19.0 g), to obtain crude 2-propyl-2-(6-m-methoxyphenyl-3-oxohexyl)cyclopentane-1,3-dione (25.5 g). Submit this Michael condensation product (23.4 g) to double cyclodehydration; distil the product at 200°/10⁻⁴ mm. and crystallize the distillate from ethanol, to obtain the tetracyclic diene ketone, m.p. 82°–84°; ultraviolet absorption peak at 310 mμ (ε24,700).

Selectively hydrogenate the diene ketone (5 g) in benzene solution with a palladium on calcium carbonate catalyst until sufficient hydrogen has been taken up to saturate the 14,15-ethylenic bond. Isolate the product (3.5 g) as pink crystals from methanol, m.p. 111°–113°.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 70

13β-Isopropyl-3-methoxygona-1,3,5(10),8-tetraen-17-one

Shake     13β-isopropyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one (2 g) in dioxan (50 cc) with a freshly prepared but moderately active Raney nickel catalyst (ca. 0.5 g) in hydrogen at atmospheric pressure. When, after several hours the theoretical amount of hydrogen for half-hydrogenation (160 cc) has been absorbed, filtered off the nickel catalyst and remove the solvent by evaporation. Crystallize the residual gum from methanol to obtain the title product (1.2 g), m.p. 85°–100°C; ultraviolet absorption peak at 280 mμ (ε11,800).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 71

13β-Butyl-3-methoxygona-1,3,5(10),8-tetraen-17-one

Condense 2-butyl-1,3-cyclopentanedione (2.8 g) in 0.12% methanolic potassium hydroxide solution (8 cc) with 6-m-methoxyphenylhex-1-en-3-one (5 g) by heating the mixture at 80° for 10 hours. Evaporate the solvent under reduced pressure and heat the residue with toluene-p-sulfonic acid (2 g) in benzene (50 cc) for 45 minutes using a Dean-Stark trap, to effect double cyclodehydration. Add ether to the cooled reaction

4,002,746

37

mixture and evaporate the washed and dried ether solution; recrystallize the residue from ethanol to obtain the tetracyclic diene (1.9 g), m.p. 53°–55°; ultraviolet absorption peak at 312 mμ (ε29,200).

Shake this tetracyclic diene (1.38 g) in benzene (45 cc) in hydrogen at atmosphere pressure with a previously reduced 2% palladium on calcium carbonate catalyst (0.5 g). When 100 cc. hydrogen has been absorbed discontinue the hydrogenation and filter off the catalyst. Evaporate solvent and recrystallize the residue from methanol to obtain the title product (1.02 g), m.p. 105°–108°; ultraviolet absorption peak at 278 mμ (ε16,700).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

EXAMPLE 72

13β-Isobutyl-3-methoxygona-1,3,5(10), 8-tetraen-17-one

To a pre-reduced suspension of 2% palladium on calcium carbonate catalyst (7.0 g) in benzene (30 cc) add a solution of 13β-isobutyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one (20.0 g) in benzene (500 cc) and hydrogenate the mixture at atmospheric pressure until one mole equivalent of hydrogen is consumed. After the catalyst is removed by filtration, evaporate the solvent to obtain a gum which on crystallization from ethanol affords the title product (17.1 g.; 71%), m.p. 117°–119°; ultraviolet absorption peak at 278 mμ (ε14,560).

To prepare 6,13β-dimethyl-3-methoxygona-1,3,5(10),8-tetraen-17-one hydrogenate 6,13β-dimethyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one over a 2% palladium on calcium carbonate catalyst in benzene according to the manipulative procedure described above.

To prepare 7,13β-dimethyl-3-methoxygona-1,3,5(10),8-tetraen-17-one hydrogenate 7,13β-dimethyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one over a 2% palladium on calcium carbbonate catalyst in benzene according to the manipulative procedure described above.

To prepare 13β-ethyl-1,3-dimethoxygona-1,3,5(10),8-tetraen-17-one hydrogenate 13β-ethyl-1,3-dimethoxygona-1,3,5(10),8,14-pentaen-17-one over a 2% palladium on calcium carbonate catalyst in benzene according to the manipulative procedure described above.

To prepare 13β-ethyl-3-acetoxygona-1,3,5(10),8-tetraen-17-one hydrogenate 13β-ethyl-3-acetoxygona-1,3,5(10),8,14-pentaen-17-one over a 2% palladium on calcium carbonate catalyst in benzene according to the manipulative procedure described above.

To prepare 13β-(3-hydroxypropyl)-3-methoxygona-1,3,5(10),8-tetraen-17-one hydrogenate 13β-(3-hydroxypropyl)-3-methoxygona-1,3,5(10),8,14-pentaen-17-one over a 2% palladium on calcium carbonate catalyst in benzene according to the manipulative procedure described above.

To prepare 13β-ethyl-3-ethoxygona-1,3,5(10),8-tetraen-17-one hydrogenate 13β-ethyl-3-ethoxygona-1,3,5(10),8,14-pentaen-17-one over a 2% palladium on calcium carbonate catalyst in benzene according to the manipulative procedure described above.

To prepare 13β-phenethyl-3-propoxygona-1,3,5(10),8-tetraen-17-one hydrogenate 13β-pheneth-

38

yl-3-propoxygona-1,3,5(10),8,14-pentaen-17-one over a 2% palladium on calcium carbonate catalyst in benzene according to the manipulative procedure described above.

To prepare 13β-isobutyl-3-pentyloxygona-1,3,5(10),8-tetraen-17-one hydrogenate 13β-isobutyl-3-pentyloxygona-1,3,5(10),8,14-pentaen-17-one over a 2% palladium on calcium carbonate catalyst in benzene according to the manipulative procedure described above.

To prepare 13β-(3-hydroxypropyl)-3-cyclopentyloxygona-1,3,5(10),8-tetraen-17-one hydrogenate 13β-(3-hydroxypropyl)-3-cyclopentyloxygona-1,3,5(10),8,14-pentaen-17-one over a 2% palladium on calcium carbonate catalyst in benzene according to the manipulative procedure described above.

To prepare 13β-phenethyl-3-hydroxygona-1,3,5(10),8-tetraen-17-one hydrogenate 13β-phenethyl-3-hydroxygona-1,3,5(10),8,14-pentaen-17-one over a 2% palladium on calcium carbonate catalyst in benzene according to the manipulative procedure described above.

To prepare 13β-(2-diethylaminoethyl)-2,3-dimethoxygona-1,3,5(10),8-tetraen-17-one hydrogenate 13β-(2-diethylaminoethyl)-2,3-dimethoxygona-1,3,5(10),8,14-pentaen-17-one over a 17-one over a 2% palladium on calcium carbonate catalyst in benzene according to the manipulative procedure described above.

To prepare 13β-(3-dimethylaminopropyl)-1-methoxy-3-ethoxy-6-methylgona-1,3,5(10),8-tetraen-17-one hydrogenate 13β-(3-dimethylamino-propyl)-1-methoxy-3-ethoxy-6-methylgona-1,3,5(10),8,14-pentaen-17-one over a 2% palladium on calcium carbonate catalyst in benzene according to the manipulative procedure described above.

To prepare 13β-propyl-2-ethoxy-3-methoxygona-1,3,5(10),8-tetraen-17-one hydrogenate 13β-propyl-2-ethoxy-3-methoxygona-1,3,5(10),8,14-pentaen-17-one over a 2% palladium on calcium carbonate catalyst in benzene according to the manipulative procedure described above.

These compounds have estrogenic activity, lower the blood lipid level, and are useful as intermediates in the preparation of the hormonal compounds of the invention.

EXAMPLE 73

13β-Cetyl-3-methoxygona-1,3,5(10),8-tetraen-17-one

Hydrogenate 13β-cetyl-3-methoxygona-1,3,5(10),8,14-pentaen-17-one (2.39 g) in benzene (140 cc) at atmospheric pressure with a previously reduced 2% palladium oxide on calcium carbonate catalyst (0.3 g) until one molecular equivalent of hydrogen has been absorbed. Remove the catalyst and evaporate to obtain a residue which one crystallizes from ethanol to obtain the title product (2.4 g), as colorless crystals, m.p. 54°–56°; ultraviolet absorption peak at 278 mμ(ε11,500).

$C_{34}H_{52}O_2$ Calculated: C, 82.85%; H, 10.65%. Found: C, 82.75%; H, 10.75.

This compound has estrogenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

39                    4,002,746                    40

## EXAMPLE 74

13β-Methyl-3-hydroxygona-1,3,5(10),8-tetraen-
17-one

Hydrogenate            13β-methyl-3-acetoxygona-
1,3,5(10),8,14-pentaen-17-one (0.05 g), obtained by
the    acetylation    of    13βmethyl-3-hydroxygona-
1,3,5(10),8,14-pentaen-17-one using pyridine and ace-
tic anhydride in benzene (15 cc) at atmospheric pres-
sure using a 10% palladided charcoal catalyst (0.025
g). Hydrogenation slows down markedly after the req-
uisite quantity of hydrogen for monohydrogenation has
been absorbed. Remove the catalyst by filtration and
evaporate the solvent to obtain as residue the crude
title product.

Immediately take the product up in methanol (4 cc),
add 3N sodium hydroxide solution (1 cc) and shake the
mixture for 20 minutes. Acidify and extract with ether
to obtain a product which one dissolves in benzene and
passes through a column of activated Fuller's earth.
Evaporate the resulting solution and recrystallize the
residue from methanol to obtain the title product, m.p.
225°–227°; ultraviolet absorption peak at 278 mμ
(ε15,300).

This compound has estrogenic activity, lowers the
blood lipid level, and is useful as an intermediate for
preparing the hormonal compounds of this invention.

## EXAMPLE 75

13β-Methyl-3-hydroxygona-1,3,5(10),8-tetraen-
17-one

Shake    13β-methyl-3-hydroxygona-1,3,5(10),8,14-
pentaen-17-one (0.05 g) in benzene (25 cc) in hydro-
gen at atmospheric pressure using a 10% palladized
charcoal catalyst (0.025 g). Hydrogenation becomes
very slow when 1.1 moles hydrogen has been absorbed.
Filter and evaporate to obtain the title product (0.035
g), recrystallize from methanol to get pale blue crystals,
m.p. 225°–228°, melting to a red liquid; ultraviolet
absorption peak at 280 mμ (ε12,000).

This compound has estrogenic activity, lowers the
blood lipid level, and is useful as an intermediate for
preparing the hormonal compounds of this invention.

## EXAMPLE 76

13β-Ethyl-3-hydroxygona-1,3,5(10),8-tetraen-17-one

Hydrogenate            13β-ethyl-3-hydroxygona-
1,3,5(10),8,14-pentaen-17-one (0.5 g.) in benzene (25
cc.) at atmospheric pressure using a 10% palladized
charcoal catalyst (0.025 g.). After the absorption of 1.1
molar equivalents of hydrogen, hydrogenation be-
comes very slow; remove the catalyst by filtration and
evaporate the filtrate to obtain the title product which
crystallizes from methanol in colorless plates (0.35 g.),
m.p. 235°–9°; ultra-violet absorption peak at 280.5 mμ
(ε 15,500).

This compound has estrogenic activity, lowers the
blood lipid level, and is useful as an intermediate for
preparing the hormonal compounds of this invention.

## EXAMPLE 77

13β-Ethyl-3-acetoxygona-1,3,5(10),8-tetraen-17-one

Hydrogenate            13β-ethyl-3-acetoxygona-
1,3,5(10),8,14-pentaen-17-one (1.8 g.) dissolved in
benzene (25 ml.) at atmospheric pressure in the pres-
ence of 10% palladized charcoal (100 mg.). After 1.1

molar equivalents of hydrogen has been absorbed (ca.
12hr.) filter off the catalyst, evaporate the filtrate
under reduced pressure and recrystallize the residue
from ethanol. Filter the red product through 'Florisil'
(60 g.) with benzene-petroleum (3:1), remove the sol-
vent and recrystallize the product from ethanol to ob-
tain the title product, m.p. 132.5°–134.5°; ultra-violet
absorption peak at 277 mμ (ε 12,800).

This compound has estrogenic activity, lowers the
blood lipid level, and is useful as an intermediate for
preparing the hormonal compounds of this invention.

## EXAMPLe 78

13β-Propyl-3-hydroxygona-1,3,5(10),8-tetraen-
17-one

Shake    13β-propyl-3-hydroxygona-1,3,5(10),8,14-
pentaen-17-one (0.59 g.) in benzene (30 cc.) with
hydrogen at atmospheric pressure in the presence of a
palladized charcoal catalyst (0.3 g.) until the requisite
amount of hydrogen for selective semihydrogenation
has been absorbed. Filter the catalyst and evaporate
the solvent to obtain green crystalline material which
one recrystallizes from methanol to obtain the title
product (0.36 g.), m.p. 210°–20°, with much decompo-
sition to a red liquid; ultra-violet absorption peak at
281 mμ (ε 11,800). .

This compound has estrogenic activity, lowers the
blood lipid level, and is useful as an intermediate for
preparing the hormonal compounds of this invention.

## EXAMPLE 79

13β-Methyl-3-acetoxygona-1,3,5(10),8-tetraen-
17-one

Hydrogenate            13β-methyl-3-acetoxygona-1,3,5-
(10),8,14,-pentaen-17-one (0.05 g., obtained by the
acetylation    of    13β-methyl-3-hydroxygona-
1,3,5(10),8,14-pentaen-17-one using pyridine and ace-
tic anhydride) in benzene (15 cc.) at atmospheric pres-
sure using a 10% palladized charcoal catalyst (0.025
g.). Hydrogenation slows down markedly after the req-
uisite quantity of hydrogen for monohydrogenation has
been absorbed. Remove the catalyst by filtration and
evaporate the solvent, to obtain a residue the crude
title product.

This compound has estrogenic acitivity, lowers the
blood lipid level, and is useful as an intermediate for
preparing the hormonal compounds of this invention.

## EXAMPLE 80

13β-Methyl-3-methoxy-D-homogona-1,3,5(10),8-tet-
raen-17aβ-ol

Add            13β-methyl-3-methoxy-D-homogena-
1,3,5(10),8-tetraen-17β-one to sodium borohydride (7
g.) in methanol (400 cc.) and reflux for 30 minutes.
Acidify the mixture with 50% aqueous acetic acid and
evaporate almost to dryness. Add water and extract the
product with ether. Wash, dry and evaporate the ethe-
real solution and crystallize the residue from ethanol to
obtain the title product, (19 g.), m.p. 83°–6°; ultra-vio-
let absorption peak at 278 mμ (ε15,800); infrared
absorption peaks at 2.96 μ and 6.22 μ.

To    prepare    7,    13β-dimethyl-3-methoxygona-
1,3,5(10),8-tetraen-17β-ol treat 7, 13β-dimethyl-3-
methoxygona-1,3,5-(10),8,-tetraen-17-one with so-
dium borohydride according to the manipulative pro-
cedure described above.

4,002,746

41

42

To prepare 13β-methylgona-1,3,5(10),8-tetraene-3,17β-ol treat 13β-methyl-3-hydroxygona-1,3,5(10),8-tetraen-17-one with sodium borohydride according to the manipulative procedure described above.

To prepare 13β-ethyl-2,3-dimethoxygona-1,3,5(10),8-tetraen-17β-ol treat 13β-ethyl-2,3-dimethoxygona-1,3,5(10),8-tetraen-17-one with sodium borohydride according to the manipulative procedure described above.

To prepare 13β-ethyl-3-ethoxygona-1,3,5(10),8-tetraen-17β-ol treat 13β-ethyl-3-ethoxygona-1,3,5(10),8-tetraen-17-one with sodium borohydride according to the manipulative procedure described above.

To prepare 17β-isobutyl-3-pentyloxygona-1,3,5(10),8-tetraen-17β-ol treat 13β-isobutyl-3-pentyloxygona-1,3,5(10),8-tetraen-17-one with sodium borohydride according to the manipulative procedure described above.

To prepare 13β-(3-dimethylaminopropyl)-1,3-dimethoxygona-1,3,5(10),8-tetraen-17β-ol treat 13β-(3-dimethylaminopropyl)-1,3-dimethoxygona-1,3,5(10),8-tetraen-17-one with sodium borohydride according to the manipulative procedure described above.

These compounds have estrogenic activity, lower the blood lipid level, and are useful as intermediates in the preparation of the hormonal compounds of the invention.

### EXAMPLE 81

13β-Methyl-3-methoxygona-1,3,5(10),8-tetraen-17β-ol

Add sodium borohydride (0.5 g.) in ethanol (60 cc.) with stirring to 13-methyl-3-methoxygona-1,3,5(10),8-tetraen-17-one (2.0 g.) in ethanol (150 cc.) at 14°–15°. Leave the mixture at room temperature for 1 hour, acidify with glacial acetic acid and evaporate to dryness under reduced pressure. Treat the residue with water, ether-extract and wash and dry. Evaporate the extracts. Recrystallize the residue from a mixture of methanol (15 cc.) and water (3 cc.) to obtain the title product (0.90 g.), m.p. 110°–2°. A sample sublimes at 110°/10⁻⁴ mm. and has an ultra-violet absorption peak at 277 mβ (ε 14,500).

$C_{19}H_{24}O_2$ Calculated: C, 80.2%; H, 8.5%. Found: C, 79.3%; H, 8.4%.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 82

13β-Ethyl-3-methoxygona-1,3,5(10),8-tetraen-17β-ol

Hydrogenate 13β-ethyl-3-methoxygona-1,3,5(10),8,14-pentaen-17β-ol (0.31 g.) and recrystallize the product from hexane-ethyl acetate to obtain the title product; ultra-violet absorption peak at 280 mμ (ε 15,000).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 83

13β-Ethyl-3-methoxygona-1,3,5(10),8-tetraen-17β-ol

Add 13β-ethyl-3-methoxygona-1,3,5(10),8-tetraen-17-one (16.8 g.) to a solution of sodium borohydride (6 g.) in methanol (500 cc.), swirl the mixture which boils

spontaneously. When all the material has been added and the reaction has subsided, add acetic acid (15 cc.). Reduce the mixture in volume by evaporation of most of the solvent, add water and extract the product with ether. Evaporate the washed and dried extracts to obtain crude crystalline product (16.8 g.), m.p. 102°–5° on recrystallization from acetonitrile.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of the invention.

### EXAMPLE 84

13β-Ethyl-3-methoxy-D-homogona-1,3,5(10),8-tetraen-17aβ-ol

Reduce 13β-ethyl-3-methoxy-D-homogona-1,3,5(10),8-tetraen-17α-one (20.9 g.) exactly as described for the preparation of the 13β-methyl compound to obtain the title product (20 g.), m.p. 110°–112°; infrared absorption peaks at 2.96 μ and 6.23 μ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 85

13β-Propyl-3-methoxygona-1,3,5(10),8-tetraen-17β-ol

Hydrogenate 13β-propyl-3-methoxygona-1,3,5(10),8,14-pentaen-17β-ol (0.32 g.) and recrystallize the product from hexane-ethyl acetate to obtain the title product; ultra-violet absorption peak at 280 mμ (ε15,000).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 86

13β-Propyl-3-methoxygona-1,3,5(10),8-tetraen-17β-ol

Add 13β-propyl-3-methoxygona-1,3,5(10),8-tetraen-17-one (3.5 g.) to a solution of sodium borohydride (1.16 g.) in methanol (120 cc.). Heat the reaction mixture to reflux with stirring for 30 minutes. Concentrate the resulting solution, adjust its pH to 6 with aqueous acetic acid and filter off the resulting white precipitate which is the title product, (3.1 g.), m.p. 134°–8°; ultra-violet absorption peak at 278 mμ (ε15,350); infrared showed a band due to hydroxyl but no ketone present.

$C_{21}H_{28}O_2$ Calculated: C, 80.7%; H, 9.0%. Found: C, 80.5%; H, 9.0%.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 87

13β-Butyl-3-methoxygona-1,3,5(10),8-tetraen-17β-ol

Add sodium borohydride (12.1 g.) to 13β-butyl-3-methoxygona-1,3-5(10),8-tetraen-17-one (36.2 g.) in ethanol (1200 cc.) and reflux the mixture for 1 hour. On cooling, acidify the mixture with aqueous acetic acid and evaporate to dryness under reduced pressure. Add water to the residue and extract the product with ether. Work up in the usual manner to obtain a residue; recrystallize from hexane to obtain the 13-n-butyl-title product (26.9 g.) m.p. 90°–100°; ultraviolet absorption

43

4,002,746

44

peak at 279 mμ (ε15,600); infrared absorption peak at 2.88 μ, no absorption in the 5.71-5.88 region.

$C_{22}H_{30}O_2$ Calculated: C, 80.9%; H, 9.3%. Found: C, 81.0%; H, 9.0%.

This compound possesses estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 88

13β-Isobutyl-3-methoxygona-1,3,5(10),8-tetraen-17β-ol

To a stirred solution of sodium borohydride (6.0 g.) in methanol (500 cc. under nitrogen) add 13β-isobutyl-3-methoxygona-1,3,5(10),8-tetraen-17-one (17 g.). Gently heat the reaction mixture for one minute to initiate the reaction and then allow to stand for one hour at room temperature. After adding cautiously glacial acetic acid (20 cc.), concentrate the solution in vacuo to ⅓ of its volume followed by addition of water. Extract the product with ether. Wash the ethereal solution successively with water, sodium bicarbonate, and water, and dry. Evaporate the ether to obtain 13β-isobutyl-3-methoxygona-1,3,5(10),8-tetraen-17β-ol as a gum, (17.0 g.; 99%); ultraviolet absorption peak at 278 mμ (ε14,560).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 89

13β-Cetyl-3-methoxygona-1,3,5(10),8-tetraen-17β-ol

Stir a solution of 13β-cetyl-3-methoxygona-1,3,5(10),8-tetraen-17-one (0.60 g.) and sodium borohydride (0.20 g.) in ethanol (110cc.) for 2 hours and leave overnight. Reflux with stirring for 2 hours, cool, and add an excess of 50% aqueous acetic acid. Evaporate the mixture to dryness under reduced pressure and partition the residue between ether and water. Work up in the usual manner to get an ether solution of the title product as a gum; infrared absorption peak at 3.37 μ (hydroxyl) with no band in the 5.71-5.88 mμ region; ultraviolet absorption peak at 278 mμ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 90

13β-Ethylgona-1,3,5(10),8-tetraene-3,17β-diol

Shake 13β-ethylgona-1,3,5-(10),8,14-pentaene-3,17β-diol (0.28 g.) in benzene (35 cc.) with 10% palladised charcoal (300 mg.) in an atmosphere of hydrogen until 25 cc. of hydrogen has been absorbed. Filter off the catalyst, evaporate the solvent and recrystallize the residue from methanol to obtain the title product, m.p. 234°-8°; ultraviolet absorption peak at 280 mμ (ε 41,200).

This compound has estrogenic activity, lowers the blood lipid level and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLe 91

13β-Propylgona-1,3,5(10),8-tetraene-3,17β-diol

Hydrogenate 13β-propylgona-1,3,5(10),8,14-pentaene-3,17β-diol (0.31 g.) exactly as described in the previous example to obtain the title product, m.p.

210°-218°; ultraviolet absorption peak at 280 mμ (ε12,000).

This compound possesses estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 92

13β-Ethyl-3,17β-dimethoxygona-1,3,5(10),8-tetraene

Shake 13β-ethyl-3,17β-dimethoxygona-1,3,5(10),8,14-pentaene (1 g.) in 10),(50 cc.) with 2% palladium on calcium carbonate (0.5 g.) in an atmosphere of hydrogen until 1 molar equivalent of hydrogen (85cc.) has been absorbed. Filter the catalyst and evaporate the solvent to obtain the title product, m.p. 94°-7°; ultraviolet absorption peak at 278 mμ (ε16,400.).

This compound possesses estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 93

13β-Ethyl-3-methoxy-17,17-ethylenedioxygona-1,3,5(10),8-tetraene

Hydrogenate 13β-ethyl-3-methoxy-17,17-ethylenedioxygona-1,3,5(10),8,14-pentaene (2.0 g.) in benzene (70 cc.) at atmospheric pressure using a 5% palladium on calcium carbonate catalyst (0.70 g.). Uptake of hydrogen ceases after 150 cc. has been absorbed. Isolate the product and recrystallize from 95% ethanol to obtain the title product (1.3 g.), m.p. 135°-137°; ultraviolet absorption peak at 278 mμ (15,100).

$C_{22}H_{28}O_3$ Calculated: C, 77.6%; H, 8.3%. Found: C, 77.5%; H, 8.6%.

This compound possesses estrogenic activity and blood lipid lowering activity, and is useful as an intermediate for preparing the hormonal compounds of this invention.

To prepare 6, 13β-dimethyl-3-methoxy-17,17-ethylenedioxygona-1,3,5(10),8-tetraene hydrogenate 6,13β-dimethyl-3-methoxy-17,17-ethylenedioxygona-1,3,5(10),8,14-pentaene using a 5% palladium on calcium carbonate catalyst according to the manipulative procedure described above.

To prepare 13β-ethyl-1,3-dimethoxy-17,17-ethylenedioxygona-1,3,5(10),8-tetraene hydrogenate 13β-ethyl-1,3-dimethoxy-17,17-ethylenedioxy-gona-1,3,5(10),8,14-pentaene using a 5% palladium on calcium carbonate catalyst according to the manipulative procedure described above.

To prepare 13β-phenethyl-3-propoxy-17,17-ethylenedioxygona-1,3,5(10),8-tetraene hydrogenate 13β-phenethyl-3-propoxy-17,17-ethylenedioxygona-1,3,5(10),8,14-pentaene using a 5% palladium on calcium carbonate catalyst according to the manipulative procedure described above.

To prepare 13β-(3-hydroxypropyl)-3-cyclopentyloxy-17,17-ethylenedioxygona-1,3,5-(10),8-tetraene hydrogenate 13β-(3-hydroxypropyl)-3-cyclopentyloxy-17,17-ethylenedioxygona-1,3,5(10),8,14-pentaene using a 5% palladium on calcium carbonate catalyst according to the manipulative procedure described above.

These compounds possess estrogenic and blood lipid lowering activity and are useful as intermediates in the

**45**

preparation of the hormonal compounds of this invention.

### EXAMPLE 94

13β-Ethyl-3-methoxy-17,17-(2,2-dimethyl-propylenedioxy)-gona-1,3,5(10),8-tetraene

Shake the 13β-ethyl-3-methoxy-17,17-(2,2-dimethylpropylenedioxy) gona-1,3,5(10),8,14-pentaene (5 g.) in benzene (75 cc.) containing 2% palladised calcium carbonate (1.75 g.) with hydrogen at atmospheric pressure until one molecular equivalent has been absorbed. Recrystalize the product from 95% ethanol to obtain the title product; ultraviolet absorption peak at 276.5 mμ (ε13,500).

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 95

13β-Propyl-3-methoxy-17,17-ethylenedioxygona-1,3,5(10),8-tetraene

Shake 13β-propyl-3-methoxy-17,17-ethylenedioxygona-1,3,5(10),8,14-pentaene (2.5 g.) in benzene (80 cc.) with hydrogen at atmospheric pressure in the presence of a 2% palladium on calcium carbonate catalyst (0.9 g.); hydrogen uptake ceases after the requisite amount (161 cc.) for monohydrogenation has been absorbed. Filter and evaporate to obtain a gum, which one crystallizes from ethanol to obtain the title product (1.8 g.), m.p. 119°–120°; ultraviolet absorption peak at 278 mμ (ε15,300).

$C_{23}H_{30}O_3$ Calculated: C, 77.9%; H, 8.5%. Found: C, 77.7%; H, 8.5%.

This compound possesses estrogenic and blood lipid lowering activities and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 96

13β, 17α-Diethyl-3-methoxygona-1,3,5(10),8-tetraen-17β-ol

Shake 13β-ethyl-3-methoxy-17α-ethynylgona-1,3,5(10),8-tetraen-17β-ol (1.9 g.) in benzene (100 cc.) with hydrogen at atmospheric pressure in the presence of a prereduced 2% palladium on calcium carbonate catalyst (0.6 g.) until no more hydrogen for selective saturation of the ethynyl group has been absorbed. Filter and evaporate the solvent to obtain a crystalline residue which one recrystallizes from methanol, to obtain the title product (1.5 g.), m.p. 139°–140°; ultraviolet absorption peak at 276 mμ (ε 15,500); infrared absorption peak at 2.79 μ.

To obtain 13β-cetyl-3-methoxy-17β-ethylgona-1,3,5910),8-tetraen-17β-ol hydrogenate 13β-cetyl-3-methoxy-17α-ethynylgona-1,3,5(10),8-tetraen-17β-ol using a prereduced 2% palladium on calcium carbonate catalyst according to the manipulative procedure described above.

To obtain 6, 13β-dimethyl-3-methoxy-17α-ethylgona-1,3,5(10),8-tetraen-17β-ol hydrogenate 6, 13β-dimethyl-3-methoxy-17α-ethynylgona-1,3,5(10),8-tetraen-17β-ol using a prereduced 2% palladium on calcium carbonate catalyst according to the manipulative procedure described above.

To obtain 7, 13β-dimethyl-3-methoxy-17α-ethylgona-1,3,5(10),8-tetraen-17β-ol hydrogenate 7, 13β-

**46**

dimethyl-3-methoxy-17α-ethynylgona-1,3,5(10),8-tetraen-17β-ol using a prereduced 2% palladium on calcium carbonate catalyst according to the manipulative procedure described above.

To obtain 13β,17α-diethyl-2,3-dimethoxygona-1,3,5(10),8-tetraen-17β-ol hydrogenate 13β-ethyl-2,3-dimethoxy-17α-ethynylgona-1,3,5(10),8-tetraen-17β-ol using a prereduced 2% palladium on calcium carbonate catalyst according to the manipulative procedure described above.

To obtain 13β, 17α-diethyl-3-ethoxygona-1,3,5(10),8-tetraen-17β-ol hydrogenate 13β-ethyl-3-ethoxy-17α-ethynylgona-1,3,5(10),8-tetraen-17β-ol using a prereduced 2% palladium on calcium carbonate catalyst according to the manipulative procedure described above.

To obtain 13β-phenethyl-3-propoxy-17α-ethylgona-1,3,5(10), 8-tetraen-17β-ol hydrogenate 13β-phenethyl-3-propoxy-17α-ethynylgona-1,3,5(10),8-tetraen-17β-ol using a prereduced 2% palladium on calcium carbonate catalyst according to the manipulative procedure described above.

To obtain 13β-(3-hydroxypropyl)-3-cyclopentyloxy-17α-ethylgona-1,3,5(10),8-tetraen-17β-ol hydrogenate 13β-(3-hydroxypropyl)-3-cyclopentyloxy-17α-ethynylgona-1,3,5(10),8-tetraen-17β-ol using a prereduced 2% palladium on calcium carbonate catalyst according to the manipulative procedure described above.

To obtain 13β-(2-diethylaminoethyl)-2,3-dimethoxy-17α-ethylgona-1,3,5(10),8-tetraen-17β-ol hydrogenate 13β-(2-diethylaminoethyl)-2,3-dimethoxy-17α-ethynylgona-1,3,5(10),8-tetraen-17β-ol using a prereduced 2% palladium on calcium carbonate catalyst according to the manipulative procedure described above.

These compounds possess estrogenic activity, and are useful as intermediates in the preparation of the hormonal compounds of this invention.

### EXAMPLE 97

13β-Propyl-3-methoxy-17α-ethylgona-1,3,5(10),8-tetraen-17β-ol

Shake 13β-propyl-3-methoxy-17α-ethynylgona-1,3,5(10),8tetraen-17β-ol (1 g.) in benzene (100 cc.) with hydrogen at atmospheric pressure in the presence of a prereduced 2% palladium on calcium carbonate catalyst (0.35 g.). Hydrogenation is interrupted after the requisite amount of hydrogen for selective saturation of the ethynyl group has been absorbed; filter and evaporate to obtain a residue; crystallize from methanol to obtain the title product (0.5 g.), m.p. 106°–108°; ultraviolet absorption peak at 278 mμ (ε14,700); infrared absorption peak at 2.80 μ.

This compound possesses estrogenic activity, and is useful as an intermediate in the preparation of the hormonal compounds of this invention.

### EXAMPLE 98

13β-Butyl-3-methoxy-17α-ethynylgona-1,3,5(10),8-tetraen-17β-ol

Shake 13β-butyl-3-methoxy-17α-ethynylgona-1,3,5(10),8-tetraen-17β-ol (3.7 g.) in benzene (150 cc.) with hydrogen at atmospheric pressure in the presence of a prereduced 2% palladium on calcium carbonate catalyst (1.2 g.) until the amount of hydrogen required for selective saturation of the ethynyl group has

4,002,746

47

been absorbed. Crystallize the red gum (3.7 g.) obtained on filtration and evaporation from methanol to obtain crude product (2.9 g.); a portion is further recrystallized from aqueous acetonitrile to give the pure compound, m.p. 72°–76°; ultraviolet absorption peak at 278 mµ (ϵ15,600); infrared absorption peak at 2.97 µ.

This compound has estrogenic activity, and is useful in the preparation of the hormonal compounds of this invention.

EXAMPLE 99

-D-Homo-13β-ethyl-3-methoxy-gona-1,3,5(10)-trien-17aβ-ol

Add    D-homo-13β    -ethyl-3-methoxy-gona-1,3,5(10),8-tetraen-17aβ-ol (20 g.) in tetrahydrofuran (525 cc.) to liquid ammonia (1500 cc.) and aniline (250 cc.) and add lithium (5 g.) in pieces. After stirring for 1½ hours discharge the blue color by the addition of sodium nitrite followed by water and isolate the product with ether. Recrystallize the product from methanol to obtain D-homo-13β-ethyl-3-methoxy-gona-1,3,5(10)-trien-17aβ-ol (15 g.), m.p. 103°–105° after previous softening; ultraviolet absorption peak at 280 mµ (ϵ 2,800); infrared absorption peaks at 2.96 and 6.23 µ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

EXAMPLE 100

13 -n-Propyl-3-methoxy-gona-1,3,5(10)-trien-17β-ol

Add 13β-n-propyl-3-methoxy-gona-1,3,5(10),8-tetraen-17β-ol (3.1 g.) dissolved in a mixture of tetrahydrofuran (10 cc.) and freshly distilled aniline (60 cc.) to liquid ammonia (160 cc.) and add lithium metal (1.5 g.) in small pieces. Stir the reaction mixture for 3 hours, then quench with solid ammonium chloride (12.5 g.) and take up in water. Ether-extract the product and evaporate the washed and dried extracts to obtain a semisolid residue of crude 13β-n-propyl-3-methoxy-gona-1,3,5(10)-trien-17β-ol (3.1 g.); ultraviolet absorption peak at 279 mµ (ϵl,800).

Dissolve the crude material in ether (75 cc.), add heptane (30 cc.) and distill off the ether, filter the small amount of brown flocculent precipitate, and finally cool the filtrate to precipitate the purified product as an off-white solid (2.3 g.), m.p. 141°–143° C,

This compound possesses estrogenic and blood lipid lowering activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

EXAMPLE 101

13-n-Butyl-3-methoxygona-1,3,5(10)-trien-17β-ol

To 13 -n-butyl-3-methoxygona-1,3,5(10),8-tetraen-17β-ol (0.8 g.) in aniline (20 cc.) and tetrahydrofuran (10 cc.) add liquid ammonia (100 cc.), followed by sodium (0.8 g.) in small pieces during 5 minutes while stirring the mixture. After a further 15 minutes stirring, discharge the blue color with solid ammonium chloride. Work up the product with ether in the usual way, and evaporate the resulting ether solution to leave as residue a gum; take this up in hot methanol (10 cc.), filter a little insoluble material and allow the solution to stand for 12 hours at 0° C. Crystals of 13-n-butyl-3-methoxygona-1,3,5(10)-trien-17β-ol are deposited and

48

filtered off (0.6 g.), m.p. 123°–125° C after previous softening and a little melting at 60°–70° C.; ultraviolet absorption peak at 278 mµ (ϵ2,100); infrared absorption peaks at 2.86–2.97 (broad band), 6.21, 7.94, 9.62 µ.

This compound possesses estrogenic and blood lipid lowering activities and is useful as an intermediate for preparing the hormonal compounds of this invention.

EXAMPLE 102

13β-Isobutyl-3-methoxygona-1,3,5(10)-trien-17β-ol

Add a solution of 13β-isobutyl-3-methoxygona-1,3,5(10),8-tetraen-17β-ol (17.0 g.) in dry tetrahydrofuran (125 cc.; distilled) slowly to a mixture of liquid ammonia (680 cc., distilled), aniline (85 cc., distilled) and tetrahydrofuran (125 cc.) with stirring. Then add lithium (7.9 g.) in small portions. After the addition of lithium is completed, stir the blue mixture for another 3 hours. Discharge the blue color by the cautious addition of ammonium chloride followed by warm (50°) water. Extract the crude product with benzene. Wash the extracts with water, hydrochloric acid, (20%) sodium bicarbonate, water and dry. Evaporate the solvent in vacuo to obtain a gum which on crystallization from ether-petroleum ether gives 13β-isobutyl-3-methoxygona-1,3,5(10)-trien-17β-ol (13.0 g.; 76%); m.p. 103°–104° C.: ultraviolet absorption peak at 2,78 mµ (ϵ 1,975); infrared absorption peak at 2.83 µ.

This compound possesses estrogenic and blood lipid lowering activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

EXAMPLE 103

13β-Ethyl-3-methoxy-gona-1,3,5(10)-trien-17β-ol

To 13β-ethyl-3-methoxy-gona-1,3,5(10), 8-tetraen-17β-ol (16.8 g.) dissolved in a mixture of aniline (150 cc.) and tetrahydrofuran (50 cc.) add liquid ammonia (400 cc.). Add lithium metal (6.0 g.) gradually in small pieces during 10 minutes, and stir the blue suspension obtained. After 2 hours, add ammonium chloride (50 g.) to the reaction mixture until a clear solution is obtained; then add water (600 cc.) and ether-extract the mixture. Evaporate the washed and dried extracts to obtain as residue a crystalline solid. Recrystallize from hexane (300 cc.), to obtain 13β-ethyl-3-methoxy-gona-1,3,5(10)-trien-17β-ol (14 g.), m.p. 126°–30°.

This compound possesses estrogenic and blood lipid lowering activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

To obtain 13β-cetyl-3-methoxy-gona-1,3,5(10)-trien-17β-ol treat 13β-cetyl-3-methoxy-gona-1,3,5(10),8-tetraen-17β-ol with lithium and aniline in liquid ammonia according to the manipulative procedure described above.

To obtain 7,13β-dimethyl-3-methoxy-gona-1,3,5(10)-trien-17β-ol treat 7,13β-dimethyl-3-methoxy-gona-1,3,5(10),8-tetraen-17β-ol with lithium and aniline in liquid ammonia according to the manipulative procedure described above.

To obtain 13β-ethyl-2,3-dimethoxy-gona-1,3,5(10)-trien-17β-ol treat 13β-ethyl-2,3-dimethoxy-gona-1,3,5(10),8-tetraen-17β-ol with lithium and aniline in liquid ammonia according to the manipulative procedure described above.

To obtain 13β-ethyl-1,3-dimethoxy-gona-1,3,5(10)-trien-17β-ol treat 13β-ethyl-1,3-dimethoxy-gona-1,3,5(10),8-tetraen-17β-ol with lithium and aniline in

4,002,746

49

50

liquid ammonia according to the manipulative procedure described above.

To prepare 13β-ethyl-3-ethoxy-gona-1,3,5(10)-trien-17β-ol treat 13β-ethyl-3-ethoxy-gona-1,3,5(10),8-tetraen-17β-ol with lithium and aniline in liquid ammonia according to the manipulative procedure described above.

To prepare 13β-phenethyl-3-propoxy-gona-1,3,5(10)-trien-17β-ol treat 13β-phenethyl-3-propoxy-gona-1,3,5(10),8-tetraen-17β-ol with lithium and aniline in liquid ammonia according to the manipulative procedure described above.

To prepare 13β-isobutyl-3-pentyloxy-gona-1,3,5(10)-trien-17β-ol treat 13β-isobutyl-3-pentyloxy-gona-1,3,5(10),8-tetraen-17β-ol with lithium and aniline in liquid ammonia according to the manipulative procedure described above.

To prepare 13β-(3-hydroxypropyl)-3-cyclopentyloxy-gona-1,3,5(10)-trien-17β-ol treat 13β-(3-hydroxypropyl)-3-cyclopentyloxy-gona-1,3,5(10),8tetraen-17β-ol with lithium and aniline in liquid ammonia according to the manipulative procedure described above.

To obtain 13β-(3-dimethylaminopropyl)-3-methoxygona-1,3,5(10), 8-trien-17β-ol treat 13β-(3-dimethylaminopropyl)-3-methoxy-gona-1,3,5(10), 8-tetraen-17β-ol with lithium and aniline in liquid ammonia according to the manipulative procedure described above.

These compounds possess estrogenic and blood lipid lowering activity and are useful as intermediates for preparing the hormonal compounds of this invention.

### EXAMPLE 104

#### 13β,
#### 17α-Diethyl-3-methoxygona-1,3,5(10)-trien-17β-ol

Shake 13β-ethyl-3-methoxy-17α-ethylgona-1,3,5(10),9-tetraen-17β-ol (0.3 g.) in ethanol (10 cc.) with 10% palladised charcoal (0.3 g.) in an atmosphere of hydrogen until uptake ceases (25 cc. absorbed). Filter the catalyst and remove the solvent and recrystallize the residue from ethanol to obtain 13β, 17α-diethyl-3-methoxygona-1,3,5(10)-trien-17β-ol (0.11 g.), m.p. 160°–161°.

This compound has estrogenic activity, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 105

#### 13β-Methyl-3-methoxy-D-homogona-2,5(10)-dien-17aβ-ol

Add 13β-methyl-3-methoxy-D-homogona-1,3,5(10)-trien-17aβ-ol (13 g.) in tetrahydrofuran (300 cc.) to liquid ammonia (650 cc.) followed by the addition of lithium (4.3 g.). After stirring for 30 minutes add absolute ethanol dropwise over a period of 1 hour to discharge the blue color. Precipitate the product with water, filter and dry to give 13β-methyl-3-methoxy-D-homogona-2,5(10)-dien-17aβ-ol, m.p. 148°–155°; infrared absorption peaks at 2.98 μ, 5.88 μ and 5.98 μ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 106

#### 13β-Ethyl-3-methoxy-D-homogona-2,5(10)-dien-17aβ-ol

Substitute 13β-ethyl-3-methoxy-D-homogona-1,3,5(10)-trien-17aβ-ol for 13β-methyl-3-methoxy-D-homogona-1,3,5(10)-trien-17aβ-ol to give 13β-ethyl-3-methoxy-D-homogona-2,5(10)-dien-17aβ-ol; m.p. 135°–138°; infrared absorption peaks at 3.03, 5.92, 6.01 μ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 107

#### 13β-Ethyl-3-methoxy-gona-2,5(10)-dien-17β-ol

Add 13β-Ethyl-3-methoxy-gona-1,3,5(10)-trien-17β-ol (0.5 g.) in tetrahydrofuran (50 cc.) to stirred liquid ammonia (150 cc.), followed by lithium foil (0.5 g.) and then add ethanol (6 cc.) during 20 minutes. When the blue color is discharged, add water and work up the product with ether, to yield 13β-ethyl-3-methoxy-gona-2,5(10)-dien-17β-ol as a solid (0.47 g.).

To prepare 13β-ethyl-2,3-dimethoxy-gona-2,5(10)-dien-17β-ol react 13β-ethyl-2,3-dimethoxy-gona-1,3,5(10) -trien-17β-ol in tetrahydrofuran with lithium in liquid ammonia according to the manipulative procedure described above.

To prepare 13β-ethyl-1,3-dimethoxy-gona-1(10), 3-dien-17β-ol react 13β-ethyl-1,3-dimethoxy-gona-1,3,5,(10)-trien-17β-ol in tetrahydrofuran with lithium in liquid ammonia according to the manipulative procedure described above.

To prepare 13β-ethyl-3-ethoxy-gona-2,5(10)-dien-17β-ol react 13β-ethyl-3-ethoxy-gona-1,3,5(10)-trien-17β-ol in tetrahydrofuran with lithium in liquid ammonia according to the manipulative procedure described above.

To prepare 13β-phenethyl-3-n-propoxy-gona-2,5(10)-dien-17β-ol react 13β-phenethyl-3-n-propoxy-gona-1,3,5(10)-trien-17β-ol in tetrahydrofuran with lithium in liquid ammonia according to the manipulative procedure described above.

To prepare isobutyl-3-n-pentoxy-gona-2,5(10)-dien-17β-ol react 13β-isobutyl-3-n-pentoxy-gona-1,3,5(10)-trien-17β-ol in tetrahydrofuran with lithium in liquid ammonia according to the manipulative procedure described above.

To prepare 13β-(3-hydroxypropyl)-3-cyclopentoxy-gona-2,5(10)-dien-17β-ol react 13β-(3-hydroxypropyl)-3-cyclopentoxy-gona-1,3,5(10)-trien-17β-ol in tetrahydrofuran with lithium in liquid ammonia according to the manipulative procedure described above.

To prepare 13β-(3-dimethylaminopropyl)-1,3-dimethoxy-gona-1(10),3-dien-17β-ol react 13β-(3-dimethylaminopropyl)-1,3-dimethoxy-gona-1,3,5(10)-trien-17β-ol in tetrahydrofuran with lithium in liquid ammonia according to the manipulative procedure described above.

These compounds have estrogenic acitivty, lower the blood lipid level, and are useful as intermediates in the preparation of the hormonal compounds of the invention.

4,002,746

## EXAMPLE 108

### 13β-Ethyl-3-methoxy-gona-2,5(10)-dien-17β-ol

To 13β-ethyl-3-methoxy-gona-1,3,5(10)-trien-17β-ol (1 0 g.) in 1-methoxypropan-2-ol (100 cc.) add liquid ammonia (200 cc.), followed by lithium metal (1.2 g.) in small pieces with stirring. After discharge of the blue color add an excess of ammonium chloride, followed by water; filter off the crude 13β-ethyl-3-methoxy-gona-2,5(10)-dien-17β-ol and dry, m.p. 98°–104°. No selective ultra-violet absorption beyond 220 mμ; infrared absorption peaks at 3.03, 5.92, 6.01 μ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 109

### 13β-n-Propyl-3-methoxy-gona-2,5(10)-dien-17β-ol

Dissolve 13β-n-propyl-3-methoxy-gona-1,3,5(10)-dien-17β-ol in a mixture of freshly distilled pyrrole (50 cc.) and liquid ammonia (100 cc. ) and then add lithium (1.0 g.) in small pieces as quickly as the production of foam permits. When the blue color is discharged, add excess ammonium chloride, followed by water (100 cc.) Extract the product into ether, wash, dry and evaporate. Recrystallize the residue (0.9 g.), from methanol, to give 13β-n-propyl-3-methoxy-gona-2,5(10)-dien-17β-ol (0.65 g.), m.p. 153°–6°; no selective ultra-violet absorption beyond 220 mμ; infrared absorption peaks at 2.91, 5.90, 6.04 μ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 110

### 13β-isopropyl-3-methoxy-gona-2,5(10)-dien-17β-ol

Add liquid ammonia (100 cc.) to 13β-isopropyl-3-methoxy-gona-1,3,5(10)-trien-17β-ol (0.5 g.) in tetrahydrofuran (50 cc.) followed by lithium metal (0.5 g.), and stir the solution for 10 minutes. Then add ethanol (6 cc.) dropwise. When the blue color is discharged, add water and extract the product with ether. Evaporate the washed and dried extracts to give crude 13β-isopropyl -3-methoxy-gona-2,5(10)-dien-17β-ol (0.5 g.) as colorless gum.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as in intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 111

### 13β-n-Butyl-3-methoxy-gona-2,5(10)-dien-17β-ol

Add 13β-n-butyl-3-methoxy-gona-1,3,5(10)-trien-17β-ol (0.5 g.) in a mixture of tetrahydrofuran (5 cc.) and ether (15 cc.) dropwise to a stirred solution of lithium (0.5 g.) in liquid ammonia (60 cc.). After 5 minutes beyond completion of addition, add ethanol (8 cc.) dropwise and when the blue color is discharged, add water and extract the mixture with ether. Work up in the usual way to give 13β-n-butyl-3-methoxy-gona-2,5(10)-dien-17β-ol as a crystalline solid, m.p. 135°–9°; infrared absorption peaks at 2.97, 6.25, 6.38 and 8.16 μ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 112

### 13β-Ethyl-3-ethoxy-gona-2,5(10)-dien-17β-ol

Heat under reflux 13β-ethyl-3-hydroxy-gona-1,3,5(10)-trien-17β-ol (1.75 g.) and potassium carbonate (3 g.) for six hours with ethanol (40 cc.) and ethyl iodide (20 cc.) in a nitrogen atmosphere. Then concentrate the solution to half its original volume, add water and take the product up in ether. Wash, dry and evaporate the ethereal solution and recyrstallize the residue from hexane to give 13β-ethyl-3-ethoxy-gona-1,3,5(10)-trien-17β-ol. Add this product (0.5 g.), tetrahydrofuran (50 cc.) to liquid ammonia (100 cc.) and add lithium (0.5 g.). After stirring for 10 minutes add a mixture of ethanol (6 cc.) and tetrahydrofuran (10 cc.) over a period of 20 minutes, and when the blue color is discharged add water and extract the mixture with ether. Wash, dry and evaporate the ethereal solution and recrystallize the residue from ethanol to give 13β-ethyl-3-ethoxy-gona-2,5(10)-dien-17β-ol. No selective ultra-violet absorption beyond 220 mμ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 113

### 13β-Ethyl-3-n-propoxy-gona-2,5(10)-dien-17β-ol

Use n-propyl iodide (20 cc.) instead of ethyl iodide and proceed exactly as described for the 3-ethoxy compound to give 13β-ethyl-3-n-propoxy-gona-2,5(10)-dien-17β-ol; no selective ultra-violet absorption beyond 220 mμ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 114

### 13β-Methyl-3-methoxy-D-homo-gona-2,5(10)-dien-17a-one

Reflux 13β-methyl-3-methoxy-D-homo-gona-2,5(10)-dien-17aβ-ol (4 g.) under nitrogen in toluene (130 cc.) containing cyclohexanone (40 cc.) and aluminum isopropylate (1.8 g.) for 3 hours. Cool, add water (40 cc.) followed by anhydrous sodium sulphate (40 g.) and filter the mixture. Evaporate the filtrate to dryness, first at 30°/20 mm. then at 50°/0.1 mm. to afford 13β-methyl-3-methoxy-D-homo-gona-2,5(10)-dien-17a-one. Infrared absorption peaks at 5.85, 5.92, 6.01 μ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 115

### 13β-Ethyl-3-methoxy-D-homo-gona-2,5(10)-dien-17a-one

Reflux 13β-ethyl-3-methoxy-D-homo-gona-2,5(10)-dien-17aβ-ol (10 g.) with aluminum isopropylate (8 g.) in dry toluene (450 cc.) and dry cyclohexanone (140 cc.) for 4 hours in an atmosphere of nitrogen. Decompose the cooled solution with water (ca. 25 cc.) and dry by the addition of sodium sulphate. Filter the mixture and remove the solvents first at 20 mm. Hg. and then at 90° 0.2 mm. Hg. Dry the residue over phosphorus pentoxide in a desiccator to give 13β-ethyl-3-methoxy-D-

4,002,746

53

homo-gona-2,5(10)-dien-17a-one (11.1 g.), m.p. 138°–145°C; infrared absorption peaks at 5.88, 6μ.

This compound has estrogenic activity, lowers the blood lipid level, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 116

### 13β-Ethyl-3-methoxy-gona-2,5(10)-dien-17-one

Reflux a mixture of 13β-ethyl-3-methoxy-gona-2,5(10)-dien-17β-ol (0.8 g.), aluminium isopropoxide (0.36 g.), toluene (26 cc.) and cyclohexanone (8 cc.) under nitrogen for 3 hours. Allow the solution to cool under nitrogen, add water (5 cc.) and shake the mixture vigorously. Add anhydrous sodium sulphate (5 g.), shake the mixture again, and then allow to stand for 30 minutes. Filter the solution, combine the filtrate with ether-washings of the residue, and evaporate, first at 30°/20 mm., then at 50°/0.1 mm. to leave as a crystalline solid 13β-ethyl-3-methoxy-gona-2,5(10)-dien-17-one; infrared absorption peaks at 5.78, 5.92, 6.01 μ, with no absorption due to hydroxyl.

To prepare 13β-n-propyl-3-methoxy-gona-2,5(10)-dien-17-one react 13β-n-propyl-3-methoxy-gona-2,5(10)-dien-17β-ol in toluene with cyclohexanone and aluminium isopropoxide according to the manipulative procedure described above.

To prepare 13β-isopropyl-3-methoxy-gona-2,5(10)-dien-17-one react 13β-isopropyl-3-methoxy-gona-2,5(10)-dien-17β-ol in toluene with cyclohexanone and aluminium isopropoxide according to the manipulative procedure described above.

To prepare 13β-isobutyl-3-methoxy-gona-2,5(10)-dien-17-one react 13β-isobutyl-3-methoxy-gona-2,5(10)-dien-17β-ol in toluene with cyclohexanone and aluminium isopropoxide according to the manipulative procedure described above.

To prepare 13β-ethyl-3-ethoxy-gona-2,5(10)-dien-17-one react 13β-ethyl-3-methoxy-gona-2,5(10)-dien-17β-ol in toluene with cyclohexanone and aluminium isopropoxide according to the manipulative procedure described above.

To prepare 13β-ethyl-3-n-propoxy-gona-2,5(10)-dien-17-one react 13β-ethyl-3-n-propoxy-gona-2,5(10) -dien-17β-ol intoluene with cyclohexanone and aluminium isopropoxide according to the manipulative procedure described above.

To prepare 13β-ethyl-2,3-dimethoxy-gona-2,5(10)-dien-17-one react 13β-ethyl-2,3-dimethoxy-gona-2,5(10)-dien-17β-ol in toluene with cyclohexanone and aluminium isopropoxide according to the manipulative procedure described above.

To prepare 13β-ethyl-1,3-dimethoxy-gona-1(10),3-dien-17-one react 13β-ethyl-1,3-dimethoxy-gona-1(10),3-dien-17β-ol in toluene with cyclohexanone and aluminium isopropoxide according to the manipulative procedure described above.

To prepare 13β-phenethyl-3-n-propoxy-gona-2,5(10)-dien-17-one react 13β-phenethyl-3-n-propoxy-gona-2,5(10)-dien-17β-ol intoluene with cyclohexanone and aluminium isopropoxide according to the manipulative procedure described above.

To prepare 13β-isobutyl-3-n-pentoxy-gona-2,5(10)-dien-17-one react 13β-isobutyl-3-n-pentoxy-gona-2,5(10)-dien-17β-ol in toluene with cyclohexanone and aluminium isopropoxide according to the manipulative procedure described above.

54

To prepare 13β-(3-hydroxypropyl)-3-cyclopentoxy-gona-2,5(10)-dien-17-one react 13β-(3-hydroxypropyl)-3-cyclopentoxy-gona-2,5(10)-dien-17β-ol in toluene with cyclohexanone and aluminium isopropoxide according to the manipulative procedure described above.

To prepare 13β-(3-dimethylaminopropyl)-1,3-dimethoxy-gona-1(10),3-dien-17-one react 13β-(3-dimethylaminopropyl)-1,3-dimethoxy-gona-1(10),3-dien-17β-ol intoluene with cyclohexanone and aluminium isopropoxide according to the manipulative procedure described above.

These compounds have estrogenic activity and are useful as intermediates in the preparation of the hormonal compounds of the invention.

## EXAMPLE 117

### 13β-n-Propyl-3-methoxy-gona-2,5(10)-dien-17-one

Reflux 13β-n-propyl-3-methoxy-gona-2,5(10)-dien-17β-ol (3.0 g.) with aluminium isopropoxide in toluene and cyclohexanone according to the conditions of Oppenauer oxidation. Isolate and recrystallize the product from methanol to give 13β-n-propyl-3-methoxy-gona-2,5(10)-dien-17-one (2.0 g.), m.p. 128°–31° C. with softening at 125°.

$C_{21}H_{30}O_2$ Calculated: C, 80.2 H, 9.6%. Found: C, 80.0 H, 9.55%.

This compound has estrogenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 118

### 13β-n-Butyl-3-methoxy-gona-2,5(10)-dien-17-one

Reflux 13β-n-butyl-3-methoxy-gona-2,5(10)-dien-17β-ol (8 g.) in toluene (450 cc.) containing cyclohexanone (120 cc.) and aluminium isopropoxide (5 g.) under nitrogen for 4 hours. Cool, and add water (15 cc.) dropwise, followed by anhydrous sodium sulphate. Filter the mixture, wash the residue with ether and combine the filtrate and washings, dry and evaporate finally at 90°/1.05 mm. to give 13β-n-butyl-3-methoxy-gona-2,5(10)-dien-17-one (6.0 g.), m.p. 124°–128°, (from methanol); infrared absorption peaks at 5.80, 6.02 μ.

This compound has estrogenic activity, and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 119

### 13β-Methyl-3-methoxy-17α-ethynyl-D-homo-gona-2,5(10)-dien-17aβ-ol

Add a solution of 13β-methyl-3-methoxy-D-homo-gona-2,5(10) diene-17a-one (6.5 g.) in dimethylacetamide (50 cc.) to a stirred suspension of lithium acetylide (4.25 g.) in dioxane (25 cc.), ethylene diamine (1 cc.), and dimethylacetamide (25 cc.) in an atmosphere of acetylene. After stirring for 20 hours pour the mixture onto crushed ice (150 g.) and extract with benzene. Wash, dry and evaporate the extracts and recrystallize the residue from ethanol to give 13β-methyl-3-methoxy-17a     α-ethynyl-D-homogona-2,5(10)-dien-17aβ-ol; infrared absorption peaks at 2.88, 3.05, 5.90, 6.01 μ.

This compound is useful as an intermediate for preparing the novel compositions of this invention which have hormonal activity.

4,002,746

55 / 56

## EXAMPLE 120

13β-Ethyl-3-methoxy-17aα-ethynyl-D-homo-gona-2,5(10)-dien-17aβ-ol

Dissolve 13β-ethyl-3-methoxy-D-homo-gona-2,5(10)-diene-17-one (8.8 g.) in dimethylacetamide (70 cc.) and add a suspension of lithium acetylide (10 g.) in ethylenediamine-dioxan (1:1; 60 cc.). Then pass acetylene over the surface of the stirred mixture for 15 hours. Decompose the reaction mixture by pouring onto ice, collect the product in ether and evaporate the washed, dried ether solution to bide 13β-ethyl-3-methoxy-17aα-ethynyl-D-homo-gona-2,5(10)-diene1-7aβ-ol; m.p. 118-124° (7 g.) 74%. Infrared absorption peaks at 2.85, 3.06, 5.90, 6.0 μ.

This compound is useful as an intermediate for preparing the novel compositions of this invention which have hormonal activity.

## EXAMPLE 121

13β-Ethyl-3-methoxy-17α-ethynyl-gona-2,5(10)-diene-17β-ol

Add a suspension of lithium aluminum acetylide (obtained by passing excess acetylene through a solution of lithium aluminum hydride (2.0 g.). in tetrahydrofuran (25 cc.) with stirring to 13β-ethyl-3-methoxy-gona-2,5(10)-dien-17-one (0.6 g.) in tetrahydrofuran (5 cc.). After standing for 18 hours, add ether (40 cc.) folowed by the careful dropwise addition of water until effervescence ceases. Add anhydrous magnesium sulphate (10 g.) and filter the solution and evaporate the filtrate under reduced pressure to give 13β-ethyl-3-methoxy-17α-ethynyl-gona-2,5(10)-dien-17β-ol (0.6 g.). Infrared absorption peaks at 2.80, 3.05, 4.59, 6.00 μ.

This compound is useful as an intermediate for preparing the novel compositions of this invention which have hormonal activity.

## EXAMPLE 122

13β-Ethyl-3-methoxy-17α-propynyl-gona-2,5-(10)-diene-17β-ol

Add 13β-ethyl-3-methoxy-gona-2,5(10)-dien-17-one (10 g.) to a solution of propynyl magnesium bromide (prepared from magnesium (6 g.) and ethyl bromide (25 g.) in tetrahydrofuran (500 cc.) and propyne). Stir the mixture for 6 hours under reflux, cool and decompose the water (100 cc.). Add "Celite", filter the resultant sludge and wash the residue thoroughly with ether. Separate the organic phase in the filtrate, wash, dry and evaporate. Reflux the product in methanol for 20 minutes, cool and filter to give 13β-ethyl-3-methoxy-17α-propynyl-gona-2,5(10)-dien-17β-ol (9.5 g.), m.p. 158°-61° after softening at 144°; infrared absorption peaks at 2.90, 3,08, 4.50, 5.88, 6.00 μ; no selective ultra-violet absorption beyond 220 mμ.

This compound is useful as an intermediate for preparing the novel compositions of this invention which have hormonal activity.

## EXAMPLE 123

13β-Ethyl-3-methoxy-17α-allyl-gona-2,5(10)-dien-17β-ol

Dissolve 13β-ethyl-3-methoxy-gona-2,5(10)-dien-17-one in tetrahydrofuran (100 cc.) and allyl bromide (11.5 g.), and add the solution dropwise to a refluxing suspension of magnesium (1 g.) in allyl bromide (0.6 g.) and tetrahydrofuran (50 cc.). Allow the mixture to reflux for 6 hours, and then add water (100 cc.) to the cooled solution followed by enough "Celite" to make a thick paste. Filter the mixture, wash the residue thoroughly with ether and separate the organic phase from the filtrate, wash, dry and evaporate the ether solution and crystallize the residue from methanol to give 13β-ethyl-3-methoxy-17 α-allyl-gona-2,5(10) dien-17β-ol (3.8 g.); infrared absorption peaks at 3.03, 5.88. 6.01, 6.10 μ; no selective ultraviolet absorption beyond 220 mμ.

This compound is useful as an intermediate for preparing the novel compositions of this invention which have hormonal activity.

## EXAMPLE 124

13β-Ethyl-3-methoxy-17α-(2-isobutenyl)-gona-2,5(10)-dien-17β-ol

Add a suspension of 13β-ethyl-3-methoxy-gona-2,5(10)-dien-17-one (4 g.) in ether (500 cc.) and methallyl chloride (8 g.) to a Grignard solution, prepared from methallyl chloride (8 g.) and magnesium (20 g.) in ether (100 cc.), at such a rate that gentle reflux is maintained. Reflux the mixture for 4 hours and then decompose the cooled solution with water (ca. 100 cc). Add "Celite", filter the resultant pasty mass and wash the residue thoroughly with ether. Separate the organic phase from the filtrate, wash, dry and evaporate, and recrystallize the residue from methanol to give 13β-ethyl-3-methoxy-17α-(2-isobutenyl)gona-2,5(10)-dien-17β-ol (4 g.). Infrared absorption peaks at 2.86, 5.88, 6.01, 6.10 μ; no selective ultraviolet absorption beyond 220 mμ.

This compound is useful as an intermediate for preparing the novel compositions of this invention which have hormonal activity.

## EXAMPLE 125

13β-n-Propyl-3-methoxy-17α-ethyl-gona-2,5(10)-dien-17β-ol

Add a solution of 13β-n-propyl-3-methoxy-gona-2,5(10)-dien-17-one (1.74 g.) in dry tetrahydrofuran (25 cc.) slowly to a stirred suspension of acetylene dimagnesium bromide (from magnesium, 0.36 g.) in tetrahydrofuran. After completion of the reaction decompose the Grignard complex with saturated ammonium chloride solution (100 cc.) and work up the product by means of ethyl acetate, purify by chromatography on neutral alumina, and recrystallize from methanol to give 13β-n-propyl-3-methoxy-17α-ethynyl-gona2,5(10)-dien-17β-ol (0.33 g.), m.p. 91-6° (decomp,); infrared absorption peaks at 3.77, 3.03, 5.88, 5.99 μ (a hydroxyl, a methine group and a dihydroanisole system).

This compound is useful as an intermediate for preparing the novel compositions of this invention which have hormonal activity.

## EXAMPLE 126

13β-n-Propyl-3-methoxy-17α-allyl-gona-2,5(10)-dien-17β-ol

Warm allyl bromide (4.5 cc.) with magnesium turnings (107 g.) in ether (40 cc.) and then add 13β-n-propyl-3-methoxy-gona-2,5(10)-dien-17-one (2 g.) in ether (70 cc. ) containing allyl bromide (2.5 cc.) slowly

4,002,746

57

58

with stirring. Reflux the mixture with stirring for 3 hours, and to the cooled mixture add aqueous sodium potassium tartrate and extract the product with ether. Wash, dry and evaporate the extracts to give a residue which is mainly 13β-n-propyl-3-methoxy-17α-allkyl-gona-2,5(10)-dien-17β-ol.

This compound is useful as an intermediate for preparing the novel compositions of this invention which have hormonal activity.

### EXAMPLE 127

13β-n-Propyl-3-methoxy-17α-propynyl-gona-2,5(10)-dien-17β-ol

Add a solution of 13β-n-propyl-3-methoxy-gona-2,5(10)-dien-17-one (7.5 g.) in tetrahydrofuran (250 cc.) with stirring under nitrogen to propynyl magnesium bromide (from ethyl magnesium bromide 39 g. and propyne in tetrahydrofuran (500 cc.). Reflux the mixture with stirring for 3 hours, and on cooling add saturated aqueous ammonium chloride (120 cc.) and extract the product obtained from the washed, dry extracts with ether. Dissolve the residue in boiling methanol and store for 18 hours at −10°. Filter off the crystalline deposit to yield 13β-n-propyl-3-methoxy-17α-propynylgona-2,5(10)-dien-17-β-ol (6.9 g.), m.p. 104°–111°.

To prepare 13β-n-propyl-3-methoxy-17α-methyl-gona-2,5(10)-dien-17β-ol treat 13β-n-propyl-3-methoxy-gona-2,5(10)-dien-17-one with methyl magnesium bromide according to the manipulative procedure described above.

To prepare 13β-isobutyl-3-methoxy-17α-ethyl-gona-2,5(10) -dien-17β-ol treat 13β-isobutyl-3-methoxy-gona-2,5(10)-dien-17-one with ethyl magnesium bromide according to the manipulative procedure described above.

To prepare 13β-isobutyl-3-methoxy-17α-methyl-gona-2,5(10)-dien-17β-ol treat 13β-isobutyl-3-methoxy-gona-2,5(10)-dien-17-one with methyl magnesium bromide according to the manipulative procedure described above.

To prepare 13β,17α-di-ethyl-3-ethoxy-gona-2,5(10)-dien-17β-ol treat 13β-ethyl-3-ethoxy-gona-2,5(10)-dien-17-one with ethyl magnesium bromide according to the manipulative procedure described above.

To prepare 13β-ethyl-3-n-propoxy-17α-methyl-gona-2,5(10)-dien-17β-ol treat 13β-ethyl-3-n-propoxy-gona-2,5(10)-dien-17-one with methyl magnesium bromide according to the manipulative procedure described above.

To prepare 13β, 17α-diethyl-2,3-dimethoxy-gona-2,5(10)-dien-17β-ol treat 13β-ethyl-2,3-dimethoxy-gona-2,5(10)-dien-17-one with ethyl magnesium bromide according to the manipulative procedure described above.

To prepare 13β-ethyl-1,3-dimethoxy-17α-methyl-gona-1(10),3-dien-17β-ol treat 13β-ethyl-1,3-dimethoxy-gona-1(10),3-dien-17-one with methyl magnesium bromide according to the manipulative procedure described above.

To prepare 13β-phenethyl-3-n-propoxy-17α-ethyl-gona-2,5(10)-dien-17β-ol treat 13β-phenethyl-3-n-propoxy-gona-2,5(10)-dien-17-one with ethyl magnesium bromide according to the manipulative procedure described above.

To prepare 13β-isobutyl-3-n-pentoxy-17α-methyl-gona-2,5(10)-dien-17β-ol treat 13β-isobutyl-3-n-pen-

toxy-gona-2,5(10)-dien-17-one woth methyl magnesium bromide according to the manipulative procedure described above.

To prepare 13β-(3-hydroxypropyl)-3-cyclopentoxy-17α-ethyl-gona-2,5-(10)-dien-17β-ol treat 13β-(3-hydroxypropyl)-3-cyclopentoxy-gona-2,5(10)-dien-17-one with ethyl magnesium bromide according to the manipulative procedure described above.

To prepare 13β-(3-dimethylaminopropyl)-1,3-dimethoxy-17α-methyl-gona-1(10),3-dien-17β-ol treat 13β-(3-dimethylaminopropyl)-1,3-dimethoxy-gona-1(10),3-dien-17-one with methyl magnesium bromide according to the manipulative procedure described above.

These compounds are useful as intemediates for preparing the novel compositions of this invention which have hormonal activity.

### EXAMPLE 128

13β-n-Propyl-3-methoxy-17α-(1-methallyl)-gona-2,5(10)-dien-17β-ol

Add a solution of 13β-n-propyl-3-methoxy-gona-2,5(10)-dien-17-one (3.1 g.) in ether (130 cc.) with stirring under nitrogen to crotyl magnesium bromide (from crotyl bromide, 13.5 g., and magnesium, 9.7 g.) in ether. Reflux the mixture for 4 hours, and leave at room temperature overnight. Add saturated aqueous ammonium chloride (70 cc.) and extract the product with ether. Wash, dry and evaporate the extracts to yield 13β-n-propyl-3-methoxy-17α-(1-methallyl)-gona-2,5(10)-dien-17β-ol; infrared absorption peak at 11.0μ.

This compound is useful as an intermediate for preparing the novel compositions of this invention which have hormonal activity.

### EXAMPLE 129

13β-n-Propyl-3-methoxy-17α-(2-methallyl)-gona-2,5(10)-dien-17β-ol

Employ the method of the previous example but react 13β-n-propyl-3-methoxygona-2,5(10)-dien-17-one (3.66 g. with 2-methallyl magnesium chloride (from the metal, 8.76 g. and 2-methallyl chloride, 10.9 g.). Purify the crude product by extraction with boiling methanol to afford a residue of 13β-n-propyl-3-methoxy-17α-(2-methallyl)-gona-2,5(10)-dien-17β-ol (3.87 g.), m.p. 135-140°; infrared absorption peaks at 2.87, 5.90, 6.00, 6.09 μ.

This compound is useful as an intermediate for preparing the novel compositions of this invention which have hormonal activity.

### EXAMPLE 130

13β-n-Butyl-3-methoxy-17α-ethynyl-gona-2,5(10)-dien-17β-ol

Add a solution of 13β-n-butyl-3-methoxy-gona-2,5(10)-dien-17-one (2 g.) in dimethylacetamide (200 cc.) slowly to a suspension of lithium carbide (2.5 g.) in dimethylacetamide (50 cc.) at 0° in an atmosphere of nitrogen. Stir the mixture at room temperature for 48 hours, cool to 0° and decompose by the dropwise addition of water (100 cc.). Add water and extract with ether to give after removal of the solvent, 13β-n-butyl-3-methoxy-17α-ethynyl-gona-2,5(10)-dien-17β-ol (1.8 g.) as a gum; infrared absorption peaks at 2.95, 3.05, 5.90, 5.99 μ.

59

4,002,746

60

This compound is useful as an intermediate for preparing the novel compositions of this invention which have hormonal activity.

## EXAMPLE 131

### 13β-Methyl-D-homo-17a-hydroxy-gon-4-en-3-one

Add 13β-methyl-D-homo-3-methoxy-gona-2,5(10)-dien-17a-ol (0.7 g.) in dioxane (20 cc.) with stirring to methanol (20 cc.) containing 11N hydrochloric acid (2.7 cc.) and water (1 cc.). Continue stirring for 2 hours, add water and extract the mixture with ether. Evaporate the washed and dried extracts, dissolve the residue in benzene and chromatograph on Florex to give 13β-methyl-D-homo-17a-hydroxy-gon-4-en-3-one; ultra-violet absorption peak at 242 $m_{\mu}$ ($\epsilon$ 17,000); infrared absorption peaks at 3.03, 5.92, 6.01 $\mu$.

This compound has androgenic and anabolic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 132

### 13β-Ethyl-D-homo-17a-hydroxy-gon-4-en-3-one

Substitute 13β-ethyl-D-homo-3-methoxy-gona-2,5(10)-dien-17a-ol for 13β-methyl-D-homo-3-methoxy-gona-2,5(10)-dien-17a-ol to give 13β-ethyl-D-homo-17a-hydroxy-gon-4-en-3-one; ultra-violet absorption peak at 242m$\mu$($\epsilon$17,000); infrared absorption peaks at 3.03, 5.92, 6.01 $\mu$.

This compound has androgenic and anabolic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 133

### 13β-Ethyl-17β-hydroxy-gon-4-en-3-one

Add 13β-ethyl-3-methoxy-gona-1,3,5(10)-trien-17β-ol (0.5 g.) in 100 ml. of tetrahydrofuran to 150 ml. of liquid ammonia, followed by 0.5 g. of lithium foil, and stir the mixture for 10 minutes. Add ethanol (6 ml.) and tetrahydrofuran (10 ml.) over a period of 20 minutes. After disappearance of the blue color add water, extract the mixture well with ether and evaporate the washed and dried ether extract. Dissolve the crystalline residue in 50 ml. of methanol and reflux for 30 minutes with 30 ml. of 3N HCL. Remove most of the methanol under reduced pressure, and extract the residue with ether. Chromatograph the ether extract on alumina. Use benzene-ether (1:1) to elute 13-β-ethyl-17β-hydroxy-gon-4-en-3-one; m.p. 152°–55°C.

$C_{19}H_{28}O_2$ Calculated: C, 79.1% H, 9.8%. Found: C, 79.25% H, 9.65%.

This compound has androgenic and anabolic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 134

### 13β-Ethyl-17β-hydroxy-gon-4-en-3-one

Dissolve 13β-ethyl-3-methoxy-gona-2,5(10)-dien-17β-ol (0.47 g.) in hot methanol (25 cc.). Add 3N hydrochloric acid (15 cc.) and keep the mixture at 70° C. under nitrogen for 1 hour. Add water and work up with ether and chromatograph the resulting gum on activated alumina (40 g.). Elute with ether to give a fraction (0.2 g.) which on recrystallization from light petroleum gives 13β-ethyl-17β-hydroxy-gon-4-en-

3-one; m.p. 153-5° C; ultra-violet absorption peak at 240 m$\mu$($\epsilon$ 16,300).

$C_{19}H_{28}O_2$ Calculated: C, 79.1% H, 9.8%. Found: C, 79.2% H, 9.7%.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 135

### 13β-Ethyl-17β-hydroxy-gon-4-en-3-one

Add to 13β-ethyl-3-methoxy-gona-2,5(10)-dien-17β-ol (1.0 g.) in methanol (50 cc.), 3N hydrochloric acid (20 cc.); shake the mixture for 2 hours, pour into water, and extract the product with ether. Work up in the usual way and take up the resulting gum in benzene and chromatograph on neutral alumina. Elute with ether to give a crystalline material and recrystallize from a mixture of ether and pentane to yield 13β-ethyl-17β-hydroxy-gon-4-en-3-one (0.5 g.), m.p. 144°–7°; ultra-violet absorption peak at 240 m$\mu$ ($\epsilon$15,500); infrared absorption peaks at 2,94, 6.06, 6.23 $\mu$.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

To prepare 13β-cetyl-17β-hydroxy-gon-4-en-3-one treat 13β-cetyl-3-methoxy-gona-2,5(10)dien-17β-ol with methanolic hydrochloric acid according to the manipulative procedure described above.

To prepare 13β-ethyl-2-methoxy-17β-hydroxy-gon-4-en-3-one treat 13β-ethyl-2,3-dimethoxy-gona-2,5(10)-diene-17β-ol with methanolic hydrochloric acid according to the manipulative procedure described above.

To prepare 13β-phenethyl-17β-hydroxy-gon-4-en-3-one treat 13β-phenethyl-3-methoxy-gona-2,5(10)-diene-17β-ol with methanolic hydrochloric acid according to the manipulative procedure described above.

To prepare 13β-(3-hydroxypropyl)-17β-hydroxy-gon-4-en-3-one treat 13β-(3-hydroxypropyl)-3-methoxy-gona-2,5(10)-diene-17β-ol with methanolic hydrochloric acid according to the manipulative procedure described above.

To prepare 13β-(3-dimethylaminopropyl)-1-oxo-17β-hydroxygonan-3-one treat 13β-(3-dimethylaminopropyl)-1,3-dimethoxy-gona-1(10),3-diene-17β-ol with methanolic hydrochloric acid according to the manipulative procedure described above.

These compounds possess androgenic and anabolic activity and are useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 136

### 13β-Ethyl-17β-hydroxy-gon-4en-3-one

Stir 13β-ethyl-17β-hydroxy-gon-5(10)-en-3-one (300 mg.) for 2 hours under nitrogen at room temperature with methanol (10 cc.)-11N hydrochloric acid (0.5 cc.)-water (0.3 cc.). Add sodium bicarbonate (2 g.) and ether (50cc.), filter the mixture, evaporate the ether and recrystallize the residue from ethyl acetate-ether to give 13β-ethyl-17β-hydroxy-gon-4-en-3-one (0.2 g.), m.p. 147°–149°; ultraviolet absorption peak at 242 m$\mu$($\epsilon$ 17,600); infrared absorption peaks at 2.78, 2.90, 6.02, 6.17.

This compound has androgenic and anabolic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

4,002,746

61 | 62

## EXAMPLE 137

### 13$\beta$-Ethyl-17$\beta$-hydroxy-gon-4-en-3-one

Add sodium borohydride (200 mg.) in ethanol (25 cc.) to 13$\beta$-ethylgon-4-en-3,17-dione (1 g.) in ethanol (50 cc.) at 8°. After 15 minutes add an excess of acetic acid and evaporate the solution to dryness under reduced pressure. Add water, collect the product in ether, and after this work up in the usual manner, recrystallize from a mixture of ether and pentane to obtain 13$\beta$-ethyl-17$\beta$-hydroxy-gon-4-en-3-one; u;traviolet absorption peak at 240 m$\mu$ ($\epsilon$ 15,500); infrared absorption peaks at 2.94, 6.06, 6.23.

This compound has androgenic and anabolic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 138

### 13$\beta$-n-Propyl-17$\beta$-hydroxy-gon-4-en-3-one

Add 3N hydrochloric acid (1 cc.) to a solution of 13$\beta$-n-propyl-3-methoxy-gona-2,5(10)-dien-17$\beta$-ol (0.61 g.) in boiling methanol (70 cc.) and cool the mixture immediately and allow to stand for 4 ½ hours. Pour the product into water (300 cc.) and extract the mixture with ether; work up in the usual way to give as residue an amorphous solid (0.6 g.). Crystallize this solid from a mixture of ether and hexane. Take up the resulting solid in benzene (20 cc.) and chromatograph on a column of neutral alumina. Elute the product with ether and recrystallize from a mixture of ether and hexane to obtain 13$\beta$-n-propyl-17$\beta$-hydroxy-gon-4-en-3-one (0.08 g.), mp. 126°–7°; ultraviolet absorption peak at 240 m$\mu$,$\epsilon$15,000); infrared absorption peaks at 2.92, 6.01, 6.20 $\mu$. Evaporation of the mother liquors gives a second, polymorphic, form of the same substance (0.17 g.), m.p. 144°–5°, having ultraviolet and infrared spectra identical with the first material; a mixture of the two forms has m.p. 144°–5°.

This compound has androgenic and anabolic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 139

### 13$\beta$-n-Propyl-17$\beta$-hydroxy-gon-4-en-3-one

By substituting an equivalent amount of 13$\beta$-n-propyl-17$\beta$-hydroxy gon-5 (10)-en-3-one for 13$\beta$-ethyl-17$\beta$-hydroxy-gon-5(10)-en-3-one in example 136, there is obtained 13$\beta$-n-propyl-17$\beta$-hydroxy-gon-4-en-3-one; infrared absorption peaks at 2.92, 6.01, 6.20 $\mu$; ultraviolet peak at 240 m$\mu$ ($\epsilon$15,000).

This compound has androgenic and anabolic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 140

### 13$\beta$-Isopropyl-17$\beta$-hydroxy-gon-4-en-3-one

Dissolve 13$\beta$-isopropyl-3-methoxy-gona-2,5(10)-dien-17$\beta$-ol in methanol (36 cc.), concentrated hydrochloric acid (2.4 cc.) and water (1.6 cc.) and allow the mixture to stand at room temperature for 2 hours. Add water and collect the product in ether. Wash, dry and evaporate the ethereal solution and chromatograph the residue on alumina (30 g.). elute with benzene containing 30% ether and evaporate the solvent to obtain 13$\beta$-isopropyl-17$\beta$-hydroxy-gon4-ne-3-one as a gum; infra-

red absorption peak at 5.99 $\mu$; ultraviolet absorption peak at 249 m$\mu$ ($\epsilon$12,000).

This compound has progestational activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 141

### 13$\beta$-n-Butyl-17$\beta$-hydroxy-gon-4-en-3-one

Shake 13$\beta$-n-butyl-3-methoxy-gona-2,5(10)-dien-17$\beta$-ol (0.49 g.) with concentrated hydrochloric acid (1.2 cc.) in water (0.8 cc.) and methanol (18 cc.) until solution is complete. Allow to stand 2 hours at room temperature, pour the mixture into water and extract the product with ether. Evaporate the washed and dried ether extracts and recrystallize the solid from a mixture of ethyl acetate and ether to obtain the title compound (0.32 g.), m.p. 169°–70°; ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$17,000); infrared absorption peaks at 2.92, 6.01 $\mu$.

This compound has androgenic and anabolic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 142

### 13$\beta$-Isobutyl-17$\beta$-hydroxy-gon-4-en-3-one

Add to a mixture of concentrated hydrochloric acid (4.8 cc.), water (3.2 cc.) and methanol (.72 cc.) 13$\beta$-isobutyl-3-methoxy-gona-2,5(10)-dien-17$\beta$ol (2.0 g.). Heat the resulting solution on a steam bath for 30 minutes with stirring. Cool to room temperature, dilute the solution with water (160 cc.) and extract with ether. Wash the ethereal solution with water, sodium bicarbonate, and water, dry over anhydrous sodium sulfate. Filter and remove the solvent under reduced pressure to give a gum. Recrystallize from ethyl acetate to obtain the title compound (0.8 g., 43%, m.p. 124.0°–125.5°; ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$18,200).

$C_{21}H_{32}O_2$ Calculated: C, 79.7%; H, 10.2%. Found : C, 79.5%, H, 10.0%.

This compound has estrogen antagonistic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 143

### 13$\beta$, 17$\alpha$-diethyl-17$\beta$-hydroxy-gon-4-en-3-one

Dissolve 13$\beta$, 17$\alpha$-diethyl-gon-5-en-3, 17$\beta$-diol (0.1 g.) in acetone (30cc.) and add a few pieces of solid carbon dioxide. Add 8N-chromic acid dropwise until the color of the solution remains reddish orange (3 drops) and then add isopropanol (1 cc.). Shake the mixture for 5 minutes with 10% aqueous sodium hydroxide (50 cc.) and then add benzene (30 cc.) and remove the organic layer. Wash the organic layer thoroughly with brine and dry over $Na_2SO_4$. Remove the solvent and triturate the residue with ether to give a crystalline precipitate. Recrystallize from ether to obtain the title compound, m.p, 138°–142° undepressed on admixture with authentic material.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

4,002,746

63 64

## EXAMPLE 144

### 13β-Ethyl-17β-methoxy-gon-4-en-3-one

Add 13β-ethyl-3, 17β-dimethoxy-gona-2,5(10)-diene (0.8 g.) in tetrahydrofuran (5 cc.) to methanol (72 cc.) in an atmosphere of nitrogen and add a mixture of hydrochloric acid (4.8 cc.) and water (3.2 cc.). Add a further 10 cc. of tetrahydrofuran and after 1 hour dilute the solution with water and extract with ether. Wash, dry and evaporate the ethereal extracts and chromatograph the residue on neutral alumina. Remove impurities by elution with benzene. Wash the column with ether, evaporate the eluate and recrystallize the residue from hexane to obtain the title compound (0.2 g.), m.p. 117-119°; ultraviolet absorption λ max. 240 mμ ($\epsilon$15,800); infrared spectrum (KBr disc) 6.0, 6.2, 8.8, 9.05 μ.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 145

### 13β-Ethyl-gon-4-en-3,17-dione

Add 13β-ethyl-3-methoxy-gona-2,5(10)-dien-17-one (12.9 g.) with stirring under nitrogen to methanol (300 cc.) containing 11N hydrochloric acid (20 cc) and water (13 cc.). Stir two hours and add sodium bicarbonate (21 g.) portionwise. Filter the mixture and evaporate the filtrate to dryness. Recrystallize the residue from ethyl acetate (75 cc.) to obtain the title compound (10 g.), m.p. 158-161° C; ultraviolet absorption peak at 240 mμ ($\epsilon$17,800); infrared absorption peaks at 5.78, 6.00, 6.17 μ.

$C_{19}H_{26}O_2$ Calculated: C, 79.76%; H, 9.15%; Found: C, 80.0%; H, 9.0%.

This compound is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 146

### 13β-Ethyl-gon-4-en-3,17-dione

Add 13β-ethyl-gon-5(10)-en-3,17-dione (1 g.) with stirring under nitrogen to methanol (25 cc.) containing 11N hydrochloric acid (1.75 cc.) and water (1.1 cc.). Stir for 2 hours, add sodium bicarbonate (1.75 g.) and filter the mixture. Evaporate the filtrate to dryness and recrystallize the residue from ethyl acetate to obtain the title compound; ultraviolet absorption peak at 240 mμ ($\epsilon$17,800); infrared absorption peaks at 5.78, 6.00, 6.17 μ.

This compound is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 147

### 13β-Ethyl-gon-4-en-3,17-dione

Heat 13β-ethyl-3-methoxy-17,17-ethylenedioxy-gona-2,5(10)-diene (0.1 g.) in glacial acetic acid (2.5 cc.) and water (1 cc.) on a steam bath for 20 minutes, bring finally to boiling and allow to cool. Add aqueous sodium bicarbonate to neutralize the solution and ether extract the product. Wash, dry and evaporate the ether extracts to furnish a residue (0.065 g.); crystallize from a mixture of acetone and light petroleum to obtain the title compound (0.01 g.), m.p. 154°-5°; ultraviolet absorption peak at 239 mμ ($\epsilon$15,000); infrared absorption peaks at 5.75, 5.96 μ.

This compound is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 148

### 13β-Methyl-D-homo-17aβ-(3-phenylpropionoxy)-gon-4-en-3-one

Add 3-phenylpropionyl chloride (1 cc.) in benzene (3 cc.) to 13β-methyl-D-homo-17aβ-hydroxy-gon-4-en-3-one (1 g.) in pyridine (3.5 cc.) at −20°. Keep the mixture overnight at −10°, add crushed ice and extract the mixture with ether-benzene (1:1). Wash the extracts in turn with 2N aqueous potassium hydroxide, water, 2N hydrochloric acid, and brine, and dry. Evaporate the solvent to give a residue. Dissolve the residue in benzene and chromatograph on silica gel to obtain the title compound; infrared absorption peaks at 5.80, 5.99 μ.

This compound has androgenic and anabolic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 149

### 13β-Ethyl-D-homo-17aβ-(3-phenylpropionoxy)-gon-4-en-3-one

Substitution of 13β-ethyl-D-homo-17aβhydroxy-gon-4-en-3-one for 13β-methyl-D-homo-17aβhydroxy-gon-4-en-3-one in the preceding example gives the title compound; infrared absorption peaks at 5.78, 5.99 μ.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 150

### 13β-Ethyl-17β-acetoxy-gon-4-en-3-one

Add acetyl chloride (1 cc.) in benzene 95 cc.) to 13 β-ethyl-17β-hydroxy-gon-4-en-3-one (1.5 g.) in pyridine (5 cc.) at −20°. Keep the mixture at −10° for 18 hours, work up and recrystallize the product from methanol to obtain the title compound (0.9 g.); ultraviolet absorption peak at 240 mμ ($\epsilon$16,700); infrared absorption peaks at 5.75, 5.99 μ.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

To prepare 13β-ethyl-17β-propionoxy-gon-4-en-3-one treat 13β-ethyl-17β-hydroxy-gon-4-en-3-one with propionyl chloride according to the manipulative procedure described above.

To prepare 13β-ethyl-17β-hexanoyloxy-gon-4-en-3-one treat 13β-ethyl-17β-hydroxy-gon-4-en-3-one with hexanoyl chloride according to the manipulative procedure described above.

To prepare 13β-ethyl-17β-heptanoyloxy-gon-4-en-3-one treat 13β-ethyl-17β-hydroxy-gon-4-en-3-one with heptanoyl chloride according to the manipulative procedure described above.

To prepare 13β-ethyl-17β-octanoyloxy-gon-4-en-3-one treat 13β-ethyl-17β-hydroxy-gon-4-en-3-one with octanoyl chloride according to the manipulative procedure described above.

To prepare 13β-ethyl-17β-lauroyloxy-gon-4-en-3-one treat 13β-ethyl-17β-hydroxy-gon-4-en-3-one with lauroyl chloride according to the manipulative procedure described above.

To prepare 13β-ethyl-17β-myristoyloxy-gon-4-en-3-one treat 13β-ethyl-17β-hydroxy-gon-4-en-3-one

65

4,002,746

66

with myristoyl chloride according to the manipulative procedure described above.

To prepare 13$\beta$-ethyl-17$\beta$-palmitoyloxy-gon-4-en-3-one treat 13$\beta$-ethyl-17$\beta$-hydroxy-gon-4-en-3-one with palmitoyl chloride according to the manipulative procedure described above.

To prepare 13$\beta$-ethyl-17$\beta$-oleoyloxy-gon-4-en-3-one treat 13$\beta$-ethyl-17$\beta$-hydroxy-gon-4-en-3-one with oleoyl chloride according to the manipulative procedure described above.

To prepare 13$\beta$-ethyl-17$\beta$-cyclohexylacetoxy-gon-4-en-3-one treat 13$\beta$-ethyl-17$\beta$-hydroxy-gon-4-en-3-one with cyclohexylacetyl chloride according to the manipulative procedure described above.

To prepare 13$\beta$-ethyl-17$\beta$-2-phenylpropionoxy-gon-4-en-3-one treat 13$\beta$-ethyl-17$\beta$-hydroxy-gon-4-en-3-one with 2-phenylpropionyl chloride according to the manipulative procedure described above.

### EXAMPLE 151

13$\beta$-Ethyl-17$\beta$-isovaleroyloxy-gon-4-en-3-one

Keep 13$\beta$-ethyl-17$\beta$-hydroxy-gon-4-en-3-one (6 g.) with isovaleroyl chloride (7.2 g.) in pyridine at room temperature for 20 hours. Add aqueous sodium bicarbonate and extract the product with ether. Wash, dry and evaporate the extracts and purify the residue by chromatography upon neutral alumina. Distill at 200°–230°/.01 mm. and crystallize from hexane to obtain the title compound, m.p. 82°–89°; ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$15,650); infrared absorption peaks at 5.76, 5.99, 6.18 $\mu$.

$C_{24}H_{36}O_3$ Calculated: C, 77.4%; H, 9.7%. Found: C, 77.1%; H, 9.7%.

This compound has androgenic and anabolic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 152

13$\beta$-Ethyl-17$\beta$-decanoyloxy-gon-4-en-3-one

Add decanoyl chloride (1.9 g.) to 13$\beta$-ethyl-17$\beta$-hydroxy-gon-4-en-3-one (1.3 g.) in pyridine (12.5 cc.) and allow the mixture to stand at room temperature overnight. Pour the mixture in 2N hydrochloric acid and extract with ether. Wash, dry and evaporate the extracts and recrystallize the residue from benzene-hexane to give the title compound (1.0 g.), m.p. 97°–97.5°; ultraviolet absorption peak at 239 m$\mu$ ($\epsilon$16,500); infrared absorption peaks at 5.74, 5.99, 6.17 $\mu$.

$C_{29}H_{46}O_3$ Calculated: C, 78.7%; H, 10.5%. Found: C, 78.7%; H. 10.5%.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 153

13$\beta$-Ethyl-17$\beta$-(undec-10-enoyloxy)-gon-4-en-3-one

Add undec-10-enoyl chloride (2 g.) in benzene (6 cc.) to 13$\beta$-ethyl-17$\beta$-hydroxy-gon-4-en-3-one (2 g.) in pyridine (6 cc.) at −15°. Keep the mixture at −10° for 17 hours, add to water and extract with benzene. Wash, dry and evaporate the extracts and recrystallize the residue from methanol to obtain the title compound, m.p. 87°–88°; ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$17,000); infrared absorption peaks at 5.79, 6.00, 6.20 $\mu$.

$C_{30}H_{46}O_3$ Calculated: C, 79.2%; H, 10.2%. Found: C, 79.0%; H, 10.0%.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 154

13$\beta$-Ethyl-17$\beta$-(3-cyclopentylpropionoxy)-gon-4-en-3-one

Add 3-cyclopentylpropionyl chloride (2 g.) in benzene (6 cc.) to 13$\beta$-ethyl-17$\beta$-hydroxy-gon-4-en-3-one (2 g.) in pyridine (6 cc.) at −15°. Keep the mixture at −10° for 17 hours, work up and recrystallize the product from methanol to give the title compound, m.p. 88°–89°; ultraviolet absorption peak at 241 m$\mu$ ($\epsilon$17,000); infrared absorption peaks at 5.80, 6.00, 6.18 $\mu$.

$C_{27}H_{38}O_3$ Calculated: C, 78.8%; H, 9.55%. Found: C, 78.5%; H, 9.65%.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 155

13$\beta$-Ethyl-17$\beta$-hemisuccinoyloxy-gon-4-en-3-one

Reflux 13$\beta$-ethyl-17$\beta$-hydroxy-gon-4-en-3-one (1.5 g.) with succinic anhydride (1.0 g.) in pyridine (10 cc.) for 2 hours. Cool the mixture and pour into an excess of 4N hydrochloric acid and extract the mixture with ether-chloroform. Wash the extract with 2N HCl, dilute with ether and exhaustively extract with aqueous sodium bicarbonate. Acidify the bicarbonate extracts and extract the product with chloroform. Recrystallize it twice from chloroform-ether to obtain the title compound, (0.8 g.), m.p. 179°–182°; ultraviolet absorption peak at 239 m$\mu$ ($\epsilon$15,600); infrared absorption peaks at 5.81, 6.02, 8.13 $\mu$.

$C_{23}H_{32}O_5$ Calculated: C, 71.1%; H, 8.3%. Found: C, 71.0%; H, 8.2%.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 156

13$\beta$-Ethyl-17$\beta$-benzoyloxy-gon-4-en-3-one

Treat 13$\beta$-ethyl-17$\beta$-hydroxy-gon-4-en-3-one (2 g.) in pyridine (20 cc.) with benzoyl chloride (3 cc.) in benzene (10 cc.) at −10°. Keep the mixture at that temperature for 18 hours and then pour into 2N hydrochloric acid (200 cc.). Extract the product with ether and wash, dry and evaporate the extracts. Triturate the residue with a mixture of ether and hexane. Filter the crystalline material obtained and dissolve in benzene and purify by chromatography on neutral alumina. Recrystallize from a mixture of ethyl acetate and hexane to give the title compound, m.p. 141°–9°; ultraviolet light absorption peak at 237 m$\mu$ ($\epsilon$27,300).

$C_{26}H_{32}O_3$ Calculated: C, 79.55%; H, 8.2%. Found: C, 79.3%; H, 8.0%.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

4,002,746

67

## EXAMPLE 157

### 17β-Ethyl-17β-phenylacetoxy-gon-4-en-3-one

Add phenylacetyl chloride (1.5 cc.) in benzene (4.5 cc.) to 13β-ethyl-17β-hydroxy-gon-4-en-3-one (1.5 g.) in pyridine (5 cc.) at −18°. Keep the mixture at −10° for 16 hours, add ice-water and extract the product with ether. Wash, dry and evaporate the extracts to a residue and chromatograph on neutral alumina to obtain a crystalline product and recrystallize from methanol to obtain the title compound, m.p. 143°–145°; ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$16,300); infrared absorption peaks at 5.75, 6.00 $\mu$.

This compound has androgenic and anabolic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 158

### 13β-Ethyl-17β-(3-phenylpropionoxy)-gon-4-en-3-one

Add 13β-ethyl-17β-hydroxy-gon-4-en-3-one (0.11 g.) in dry pyridine (0.35 cc.) at −20° to 3-phenylpropionyl chloride (0.11 g.) in benzene (0.3 cc.). Keep this at −10° for 16 hours, add ice-cold water and extract with a mixture of equal volumes of ether and benzene. Wash the extracts in turn with 2N potassium hydroxide solution, water, 2N hydrochloric acid solution, and brine, and dry. Evaporate solvent to give a residue and recrystallize from a mixture of ether and ethyl acetate to obtain the title compound (0.10 g.), m.p. 135°–40°; infrared absorption peaks at 5.81, 5.99, 8.51, 13.3, 14.3 $\mu$, showing no absorption due to hydroxyl.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 159

### 13β-Ethyl-17β-nicotinoyloxy-gon-4-en-3-one

Reflux 13β-ethyl-17β-hydroxy-gon-4-en-3-one (1 g.) with nicotinic anhydride (2 g.) in pyridine (20 cc.) for 3 hours. Cool, add water, evaporate the mixture to dryness and extract with benzene. Wash, dry and evaporate the extracts to a residue and recrystallize from methanol to obtain the title compound; ultraviolet absorption peak at 239 m$\mu$ ($\epsilon$20,000); infrared absorption peaks at 5.81, 6.00, 6.28 $\mu$.

$C_{25}H_{31}NO_3$ Calculated: C, 76.3%; H, 7.9%; N, 3.6%. Found: C, 76.1%; H, 7.9%; N, 3.7%.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 160

### 13β-Propyl-17β-benzyloxy-gon-4-en-3-one

Esterify 13β-propyl-17β-hydroxy-gon-4-en-3-one (2.5 g.) with benzoyl chloride (2.0 g.). Purify the product by chromatography on Florex and recrystallize from ethyl acetate to obtain the title compound, m.p. 198°–200°; ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$25,000); infrared absorption peaks at 5.84, 6.00 $\mu$.

This compound is useful as an intermediate for preparing the hormonal compounds of this invention.

68

## EXAMPLE 161

### 13β-Propyl-17β-(3-phenylpropionoxy)-gon-4-en-3-one

Add 3-phenylpropionyl chloride (2.9 g.) in benzene (10 cc.) to 13β-propyl-17β-hydroxy-gon-4-en-3-one (2.5 g.) in pyridine at −10°. Pour the mixture into ice water and extract with benzene-ether. Wash, dry and evaporate the extracts to a gum and purify by chromatography upon Florex. Recrystallize from ethyl acetate-hexane to obtain the title compound, m.p. 104°–108°. Ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$16,000); infrared absorption peaks at 5.76, 6.00 $\mu$.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 162

### 13β-Butyl-17β-(3-phenylpropionoxy)-gon-4-en-3-one

Cool 13β-butyl-17β-hydroxy-gon-4-en-3-one (0.10 g.) in pyridine (0.3 cc.) to −20° and add 3-phenylpropionyl chloride (0.10 g.) in benzene (0.3 cc.). Stir the mixture at −10° for 16 hours, add ice-cold water, ether (15 cc.) and benzene (15 cc.). Separate the organic layers and wash in turn with 2N sodium hydroxide solution, water and brine, and dry. Evaporate the solvent to an uncrystallizable gum, and take up in a little benzene and filter through neutral alumina (5 g.), then wash with more benzene. Evaporate the resulting benzene solution to obtain the title compound as a gum (0.085 g.); infrared absorption peaks at 5.78, 5.99, 13.3, 14.3 $\mu$, with no absorption due to hydroxyl.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 163

### 13β-Isobutyl-17β-(3-phenylpropionoxy)-gon-4-en-3-one

Add 3-phenylpropionyl chloride (.5 g.) in benzene (1.5 cc.) with swirling to 13β-isobutyl-17β-hydroxy-gon-4-en-3-one (.5 g.) in pyridine (2 cc.) at −20°. Store the mixture at −10° for 18 hours, add water and extract the product with ether. Wash, dry and evaporate the extracts to give a residue and recrystallize from methanol to give the title compound, m.p. 101°–106°; ultraviolet absorption peaks at 240 m$\mu$ ($\epsilon$15,300); infrared absorption peaks at 5.75, 5.95 $\mu$.

This compound is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 164

### 13β-Ethyl-3,3-ethylenedithio-gon-4-en-17β-ol

Treat 13β-ethyl-17β-hydroxy-gon-4-en-3-one (0.47 g.) in methanol (5 cc.) and ethanedithiol (0.25 cc.) with boron trifluoride etherate (0.25 cc.). Allow the mixture to stand at room temperature for 15 minutes, cool to 0°, filter the precipitate and wash with cold methanol to obtain the title compound, (0.38 g.), m.p. 167°–169°.

$C_{21}H_{32}OS_2$ Calculated: C, 69.2%; H, 8.85%. Found: C, 69.1%; H, 8.9%.

This compound is useful as an intermediate for preparing the hormonal compounds of this invention.

4,002,746

**69**

## EXAMPLE 165

13β-Methyl-D-homo-17α-ethynyl-17aβ-hydroxy-gon-4-en-3-one

Add 13β-methyl-D-homo-3-methoxy-17α-ethynyl-gona-2,5(10)-diene-17aβ-ol (0.7 g.) in dioxane (20 cc.) with stirring to methanol (20 cc.) containing 11N hydrochloric acid (2.8 cc.) and water (1.6 cc.). Stir at room temperature for 2 hours, add water and extract the mixture with ether. Evaporate the washed and dried extracts to give a residue and dissolve in benzene and chromatograph on Florex to obtain the title compound; infrared absorption peaks at 2.97, 3.03, 6.02 μ.

This compound has progestational activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 166

13β-Methyl-D-homo-17α-ethyl-17aβ-hydroxy-gon-4-en-3-one

Add 13β-methyl-D-homo-3-methoxy-17α-ethyl-gona-2,5(10)-diene-17aβ-ol (0.6 g.) in dioxane (20 cc.) with stirring to methanol (20 cc.) containing 11N hydrochloric acid (2.4 cc.) and water (1.6 cc.). Stir for 2 hours at room temperature, add water and extract the mixture with ether. Wash, dry and evaporate the extracts to give a residue and recrystallize from ethyl acetate to obtain the title compound; ultra violet absorption peak at 240 mμ (ε15,000); infrared absorption peaks at 2.86, 6.01 μ.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 167

13β-Ethyl-D-homo-17aα-ethynyl-17aβ-hydroxy-gon-4-en-3-one

Dissolve 13β-ethyl-D-homo-3-methoxy-17aα-ethynyl-gona-2,5(10)-diene-17aβ-ol (3.5 g.) in methanol (180 cc.) containing hydrochloric acid (12 cc.) and water (8 cc.). After 2 hours at room temperature add water and extract the mixture with ether. Wash, dry and evaporate the organic extract and recrystallize the residue from ethyl acetate to obtain the title compound 1.95 g., m.p. 171°–4°. Ultra violet absorption peak at 240 mμ (ε17,400); infrared absorption peaks at 2.99, 3.1, 6.03 μ.

$C_{22}H_{30}O_2$ Calculated: C, 80.94%; H, 9.26%. Found: C, 80.73%; H, 9.35%.

This compound has progestational activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 168

13β,17aα-Diethyl-17aβ-hydroxy-D-homo-gon-4-en-3-one

Dissolve 13β,17aα-diethyl-3-methoxy-D-homo-gona-2,5(10)-dien-17aβ-ol (3.5 g.) in methanol (135 cc.) containing water (6 cc.) and hydrochloric acid (9 cc.). Stir the mixture for 1 hour and then pour into brine and extract with ether. Evaporate the washed and dried ether extracts and recrystallize the residue from acetone-hexane to obtain the title compound 2.225 g., m.p. 153°–155°. Ultra violet absorption peak at 240 mμ (ε16,320); infrared absorption peaks at 2.92, 6.03 μ.

**70**

$C_{22}H_{34}O_2$ Calculated: C, 79.95%; H, 10.36%. Found: C, 79.93%; H, 10.34%.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 169

13β-Ethyl-17α-methyl-17β-hydroxy-gon-4-en-3-one

Heat a solution of 13β-ethyl-3-methoxy-17α-methyl-gona-2,5(10)-dien-17β-ol (0.5 g.) in methanol (55 cc.) under nitrogen to boiling and add 3N hydrochloric acid (0.6 cc.). Allow the solution to cool to room temperature and keep under nitrogen for 3 hours; then add water and extract the mixture with ether. Evaporate the washed and dried extracts and recrystallize the residue from a mixture of ether and hexane, and subsequently from benzene, to yield the title compound as a benzene solvate. Remove the benzene by drying at 100° for 7 hours to obtain the free compound (0.2 g.), m.p. 128°–9°. Ultraviolet absorption peak at 240 mμ (ε16,200). Infrared absorption peaks at 2.95, 6.01 μ.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 170

13β-Ethyl-17α-ethynyl-17β-hydroxy-gon-4-en-3-one

To 13β-ethyl-3-methoxy-17α-ethynyl-gona-2,5(10)-dien-17β-ol (0.7 g.) in methanol (36 cc.) add water (1.6 cc.) and concentrated hydrochloric acid (2.4 cc.). After standing at room temperature for 2 hours, add ether and evaporate the washed and dried ethereal solution to yield a gum. Dissolve the gum in benzene (5 cc.) and absorb the solution on an activated Fuller's earth (50 g.). Elute with light petroleum containing increasing proportions of benzene to yield a crystalline by-product; then elute with benzene containing a small proportion of ether to yield a crystalline product. Recrystallise the latter from ethyl acetate, to obtain the title compound (0.11 g.), m.p. 203°–6°; infrared absorption peaks at 2.97, 3.03, 6.02 μ.

This compound has progestational activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 171

13β-Ethyl-17α-vinyl-17β-hydroxy-gon-4-en-3-one

Shake 13β-ethyl-17α-ethynyl-17β-hydroxy-gon-4-en-3-one (0.5 g.) in pyridine (20 cc.) containing a 2% palladium-calcium carbonate catalyst (150 mg.) with hydrogen at atmospheric pressure until one molecular equivalent of hydrogen has been absorbed. Recrystallise the product twice from ether-hexane and dry for 4 hours at 65°/.005 mm. to yield the title compound, m.p. 108°–111°; ultraviolet absorption peak at 240 (ε15,200); infrared absorption peak at 10.9μ.

$C_{21}H_{30}O_2$ Calculated: C, 80.2%; H, 9.6%. Found: C, 80.4%; H, 9.7%.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 172

13β,17α-Diethyl-17β-hydroxy-gon-4-en-3-one

Add 13β,17α-diethyl-3-methoxy-gona-2,5(10)-dien-17β-ol (0.29 g.) to 15 cc. of a solution prepared by

4,002,746

71

72

mixing concentrated hydrochloric acid (2.4 cc.), water (1.6 cc.) and methanol (36 cc.). Shake the mixture for 10 minutes, during which time the solid dissolves. After 2 hours pour the solution into water (50 cc.) and extract the mixture with ether. Wash, dry and evaporate the extracts and recrystallise the residue (0.255 g.) from a mixture of ethyl acetate and light petroleum, to yield the title compound (0.196 g.), m.p. 139°–41°. Ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$15,000). Infrared absorption peaks at 2.86, 6.01 $\mu$.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

EXAMPLE 173

13$\beta$-Ethyl-17$\alpha$-propynyl-17$\beta$-hydroxy-gon-4-en-3-one

Suspend 13$\beta$-ethyl-3-methoxy-17$\alpha$-propynyl-gona-2,5(10)-dien-17$\beta$-ol in methanol (36 cc.) and stir with concentrated hydrochloric acid (2.4 cc.), water (1.6 cc.) and dioxane (10 cc.) until dissolution is complete, and then for a further 20 minutes. Precipitate the product by the addition of water, filter, wash and dry. Recrystallise from ethyl acetate-hexane to yield the title compound, m.p. 124°–5°; infrared absorption peaks at 3.03, 4.55, 6.02 $\mu$; ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$15,600).

This compound has progestational activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

EXAMPLE 174

13$\beta$-Ethyl-17$\alpha$-(2-propenyl)-17$\beta$-hydroxy-gon-4-en-3-one

Suspend 13$\beta$-ethyl-3-methoxy-17$\alpha$-(2-propenyl)-gona-2,5(10)-dien-17$\beta$-ol in methanol (72 cc.), concentrated hydrochloric acid (4.8 cc.) and water (3.2 cc.) in an atmosphere of nitrogen. Add dioxane (20 cc.) and stir the mixture until dissolution is complete, and then for a further 20 minutes. Add water and extract the mixture with ether. Wash the ethereal solution with saturated sodium bicarbonate solution and water, and dry. Evaporate the solvent to obtain the title compound; infrared absorption peaks at 2.94, 6.02, 6.19 $\mu$. Ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$15,600).

This compound has progestational activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

EXAMPLE 175

13$\beta$-Ethyl-17$\alpha$-n-propyl-17$\beta$-hydroxy-gon-4-en-3-one

Keep a solution of 13$\beta$-ethyl-3-methoxy-17$\alpha$-n-pro-pyl-gona-2,5(10)-dien-17$\beta$-ol (0.53 g.) in a mixture of methanol (22.5 cc.), 12N hydrochloric acid (1.5 cc.), and water (1.5 cc.) under nitrogen for 2¼ hours at room temperature. Then add ice-water (75 cc.), filter off the precipitated solid and dissolve in ether (50 cc.); wash, dry and evaporate the ether solution, to yield a solid residue. Recrystallise the residue repeatedly from ethyl acetate, to obtain the title compound (0.23 g.), m.p. 132°–4.5°. Ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$15,900); infrared absorption peaks at 2.92, 6.02, 6.18 $\mu$.

C$_{19}$H$_{34}$O$_2$ Calculated: C, 79.5%; H, 10.4%. Found: C, 79.8%; H, 10.2%.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

EXAMPLE 176

13$\beta$-Ethyl-17$\alpha$-(2-isobutenyl)-17$\beta$-hydroxy-gon-4-en-3-one

Suspend 13$\beta$-ethyl-3-methoxy-17$\alpha$-(2-isobutenyl)-gona-2,5(10)-dien-17$\beta$-ol (1.5 g.) in methanol (36 cc.), concentrated hydrochloric acid (2.4 cc.), water (1.6 cc.) and dioxane (10 cc.). When the material has dissolved, add water, filter the precipitate and again stir with methanol (36 cc.), concentrated hydrochloric acid (2.4 cc.) and water (1.66 cc.) for 20 minutes. Then gradually add water and filter the precipitate; wash with water, dry and crystallise from ethyl acetate-hexane and then from acetonitrile to yield the title compound (2 g.); infrared absorption peaks at 2.90, 6.01, 6.20, 11.3 $\mu$; ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$16,800).

This compound has estrogen antagonistic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

EXAMPLE 177

13$\beta$-n-Propyl-17$\alpha$-methyl-17$\beta$-hydroxy-gon-4-en-3-one

Shake 13$\beta$-n-propyl-3-methoxy-17$\alpha$-methyl-gona-2,5(10)-dien-17$\beta$-ol (1.0 g.) with 44 cc. of an aqueous methanolic hydrochloric acid solution and stir for 2 hours; then pour the product into water and work up with ether. Purify by chromatography on silica gel (elute with ether), and recrystallise from a mixture of ethyl acetate and hexane to obtain the title compound (0.35 g.), m.p. 134°–5.5°; ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$18,100); infrared absorption peak at 6.02 $\mu$.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

EXAMPLE 178

13$\beta$-n-Propyl-17$\alpha$-ethynyl-17$\beta$-hydroxy-gon-4-en-3-one

Shake 13$\beta$-n-propyl-3-methoxy-17$\alpha$-ethynyl-gona-2,5(10)-dien-17$\beta$-ol (0.31 g.) with a solution prepared by mixing concentrated hydrochloric acid (0.81 cc.), water (0.54 cc.) and methanol (12.15 cc.), until the solid dissolves. After addition of water, work up with ether, purify by recrystallization from cyclohexane to obtain the title compound (0.1 g.), m.p. 149°–50.5°; ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$15,700); infrared absorption peaks at 2.99, 3.06, 6.04, 6.16 $\mu$.

C$_{23}$H$_{30}$O$_2$ Calculated: C, 80.9%; H, 9.3%. Found: C, 81.0%; H, 9.31%.

This compound has progestational activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

EXAMPLE 179

13$\beta$-n-Propyl-17$\alpha$-vinyl-17$\beta$-hydroxy-gon-4-en-3-one

Hydrogenate 13$\beta$-n-propyl-17$\alpha$-ethynyl-17$\beta$-hydroxy-gon-4-en-3-one (0.5 g.) to yield the title compound (.425 g.), m.p. 94°–97°; ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$15,600); infrared absorption peak at 10.9 $\mu$.

4,002,746

## 73

$C_{22}H_{32}O_2$ Calculated: C, 80.4%; H, 9.8%; Found: C, 81.1%; H, 9.9%.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 180

13β-n-Propyl-17α-ethyl-17β-hydroxy-gon-4-en-3-one

Stir a mixture of 13β-n-propyl-3-methoxy-17α-ethylgona-2,5(10)-dien-17β-ol (0.8 g.) in tetrahydrofuran (20 cc.), methanol (50 cc.), 12N hydrochloric acid (3.3 cc.) and water (2.2 cc.) at room temperature for 2½ hours and then pour into sodium chloride solution; extract the mixture with ether and wash, dry and evaporate the extracts. Dissolve the crystalline residue obtained (0.8 g.) in a mixture (25 cc.) of equal volumes of benzene and hexane and chromatograph on silica gel; elute with a mixture of equal volumes of benzene and chloroform to yield a crystalline material. Recrystallise this product from a mixture of benzene and light petroleum, to give a benzene solvate, m.p. 93°-5°; and then recrystallise this material from a mixture of hexane and ethyl acetate to obtain the solvent free product, 13β-n-propyl-17α-ethyl-17β-hydroxy-gon-4-en-3-one (0.2 g.), m.p. 98°-100°; ultraviolet absorption peak at 240 mμ (ϵ15,700); infrared absorption peaks at 2.92, 6.02, 6.18 μ.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 181

13β-n-Propyl-17α-propynyl-17β-hydroxy-gon-4-en-3-one

Stir     13β-n-propyl-3-methoxy-17α-propynyl-gona-2,5(10)-dien-17β-ol (2.5 g.) under nitrogen with methanol (135 cc.) containing 11N hydrochloric acid (9 cc.) and water (6 cc.). After two hours add isopropyl alcohol (35 cc.) and continue stirring for a further 30 minutes. Add the mixture to brine and extract the product with ether. Evaporate the washed and dry extracts to a glass, dissolve in benzene and chromatograph on Florex. Elute with benzene containing 5% ether and recrystallise the product so obtained from ethyl acetate-hexane to yield the title compound, m.p. 182°-184°; ultraviolet absorption peak at 240 mμ (ϵ16,700).

$C_{23}H_{30}O_2$ Calculated: C, 81.1%; H, 9.5%. Found: C, 80.95%; H, 9.4%

This compound has progestational and estrogen antagonistic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 182

13β-n-Propyl-17α-allyl-17β-hydroxy-gon-4-en-3-one

Stir     13β-n-propyl-3-methoxy-17α-allyl-gona-2,5(10)-dien-17β-ol (0.77 g.) under nitrogen in isopropyl alcohol (25 cc.) containing 11N hydrochloric acid (2.5 cc.) and water (1.6 cc.) for 2.5 hours. Filter the mixture, add to brine and extract the product with ether. Evaporate the washed and dry extracts and purify the residue by chromatography on Florex and by recrystallisation from ethyl acetate to obtain the title compound, m.p. 135°-137°; ultraviolet absorption peak at 241.5 mμ (ϵ17,500); infrared absorption peaks at 2.95, 6.02, 6.18 μ.

## 74

$C_{23}H_{34}O_2$ Calculated: C, 80.65%; H, 10.0%. Found: C, 80.4%; H, 9.8%.

This compound has progestational anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 183

13β,17α-Di-n-propyl-17β-hydroxy-gon-4-en-3-one

Stir  13β,17α-di-n-propyl-3-methoxy-gona-2,5(10)-dien-17β-ol (1.07 g.) under nitrogen in methanol (50 cc.) containing water (2.5 cc.) and 11N hydrochloric acid (3.5 cc.) at room temperature for 2 hours. Then add water and extract the product with ether. Evaporate the washed and dry extracts and purify the residue by chromatography on alumina, by repeated recrystallization from ethyl acetate, and by sublimation at 145°/.003 mm. to obtain the title compound, (.34 g.), m.p. 147°-49°. Ultraviolet absorption peak at 241.5 mμ (ϵ16,600); infrared absorption peaks at 2.91, 6.02, 6.19 μ.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 184

13β-n-Propyl-17α-(1-methallyl)-17β-hydroxy-gon-4-en-3-one

Stir     13β-n-propyl-3-methoxy-17α-(1-methallyl)-gona-2,5(10)-dien-17β-ol (1.5 g.) under nitrogen with methanol (90 cc.) containing 11N hydrochloric acid (9 cc.) and water (6 cc.). Evaporate the washed and dried extracts to yield the title compound; ultraviolet absorption peak at 240 mμ (ϵ13,500); infrared absorption peak at 11.0 μ.

This compound has progestational activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 185

13β-n-Propyl-17α-(2-methallyl)-17β-hydroxy-gon-4-en-3-one

Employ the method of Example 184 to hydrolyse 13β-n-propyl-3-methoxy-17α-(2-methallyl)-gona-2,5(10)-dien-17β-ol. Purify the product by chromatography on Florex and recrystallisation from ethyl acetate to afford the title compound, m.p. 141.5°-143.5°; ultraviolet absorption peak at 241 mμ (ϵ16,700); infrared absorption peaks at 2.87, 6.01, 6.18 μ.

$C_{24}H_{36}O_2$ Calculated: C, 80.85%; H, 10.2%. Found: C, 80.8%, H, 9.9%.

This compound has progestational activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 186

13β-n-Butyl-17α-ethynyl-17β-hydroxy-gon-4-en-3-one

Hydrolyse     13β-n-butyl-3-methoxy-17α-ethynyl-gona-2,5(10)-dien-17β-ol (2 g.) by the method of Example 184 and purify the product by chromatography on Florex and by recrystallization from ether-hexane to afford the title compound (.71 g.), m.p. 159°-163°; ultraviolet absorption peak at 240 mμ (ϵ15,900); infrared absorption peaks at 6.00 μ.

$C_{23}H_{32}O_2$ Calculated: C, 81.1%; H, 9.5%. Found: C, 80.8%; H, 9.3%.

4,002,746

75

The compound has progestational activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 187

### 13β-n-Butyl-17α-ethyl-17β-hydroxy-gon-4-en-3-one

Keep a solution of 13β-n-butyl-3-methoxy-17α-ethyl-gona-2,5(10)-dien-17β-ol (1.05 g.) in a mixture of tetrahydrofuran (15 cc.), methanol (54 cc.), 12N hydrochloric acid (3.6 cc.) and water (2.4 cc.) for 2 hours at room temperature and then pour into brine (350 cc.). Work up with ether and dissolve the product, a gum (1.0 g.), in a mixture of light petroleum and benzene (25 cc.) and chromatograph on silica gel. Elute with benzene containing a small proportion of ether to give a crystalline by-product (0.1 g.); subsequently elute with a mixture of ether, benzene and chloroform (in the proportions 5:4:1 by volume) to yield a crystalline product. Recrystallize the latter from hexane, and subsequently from hexane containing a little ethyl acetate to obtain the title compound (0.23 g.), m.p. 78°–80°; ultraviolet absorption peak at 240 mμ (ε14,700); infrared absorption peaks at 2.88, 6.00, 6.18 μ.

This compound has anabolic, androgenic and estrogen antagonistic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 188

### 13β,17α-Diethyl-17β-hydroxy-gon-4-en-3-one

Treat 13β,17α-diethyl-17β-hydroxy-gon-5(10)-en-3-one (12.2 g.) with a solution of methanol (442 cc.), water (22 cc.) and concentrated hydrochloric acid (30 cc.) and allow the mixture to stand at room temperature for 2 hours. Precipitate the product by the addition of water, extract the reaction mixture with ether and wash the ethereal solution with 10% aqueous sodium carbonate, brine and dry (MgSO₄). Evaporate the solvent and recrystallize the residue from acetonitrile to give the title compound 7.9 g. (64.8%), m.p. 144°–5°; infrared absorption 2.92, 6.0, 6.2 μ; ultraviolet absorption λmax. 240 mμ (ε15,680).

C₂₁H₃₂O₃ Calculated: C, 79.86%; H, 10.04%. Found: C, 79.70%; H, 10.19%.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 189

### 13β-Ethyl-17α-ethynyl-17β-hydroxy-gon-4-en-3-one

Stir 13β-ethyl-17α-ethynyl-17β-hydroxy-gon-5(10)-en-3-one (0.1 g.) with a mixture of methanol (36 cc.), water (1.6 cc.) and concentrated hydrochloric acid (2.4 cc.) for 1 hour. Add water and extract the mixture with ether. Wash, dry and evaporate the ethereal solution and recrystallize the residue from ether-hexane to obtain the title compound, m.p. 203°–6° undepressed on admixture with authentic material. Infrared spectrum 3.05, 3.5, 6.05, 9.4 μ.

This compound has progestational activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

76

## EXAMPLE 190

### 13β,17α-Diethyl-17β-hydroxy-gon-4-en-3-one

Add 13β-ethyl-17α-ethynyl-17β-hydroxy-gon-4-en-3-one (1 g.) in benzene (15 cc.) and ethanol (5 cc.) to a pre-reduced suspension of 2% palladium on calcium carbonate (0.3 g.) in benzene (10 cc.) and shake the mixture in an atmosphere of hydrogen until 163 cc. (2.1 moles) of hydrogen has been absorbed. Filter off the catalyst, evaporate the solvent and shake the product (0.55 g.) in methanol (10 cc.) with a solution of sodium metabisulphite (1.7 g.) in water (8 cc.) for 5 minutes. Add water, extract the mixture with ether; wash, dry and evaporate the ethereal solution and recrystallize the product from acetone to obtain the title compound (0.4 g.), m.p. 144° undepressed on admixture with authentic material; infrared spectrum 2.9, 6.0, 6.18; ultraviolet spectrum max. 241 mμ (ε17,250).

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 191

### 17β-Ethyl-17α-ethynyl-17β-hydroxy-gon-4-en-3-one

Treat 13β-ethyl-3-ethoxy-17α-ethynyl-gona-3,5-dien-17β-ol (0.1 g.) with a mixture of methanol (10 cc.) and 50% hydrochloric acid (1 cc.) and allow the mixture to stand at room temperature for 1 hour. Add water, filter off the precipitated product and recrystallize from ethyl acetate-hexane to yield the title compound, identical with authentic material by mixed melting point determination and comparison of infrared spectra.

This compound has progestational activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 192

### 13β, 17α-Diethyl-17β-hydroxy-gonan-3-one

Dissolve 13β-ethyl-17α-ethynyl-17β-hydroxy-gon-4-en-3-one (1.5 g.) in ethanol (50 cc.) and shake with 10% palladium on charcoal (0.9 g.) in an atmosphere of hydrogen until uptake of hydrogen ceases. Filter off the catalyst, evaporate the solvent and recrystallize the residue from etherhexane to afford title compound, m.p. 192°–196°.

C₂₁H₃₄O₂ Calculated: C, 79.19%; H, 10.76%. Found: C, 79.4%; H, 10.43%.

This compound has estrogen antagonistic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 193

### 13β-Ethyl-3-methoxy-17α-ethynyl-17β-acetoxy-gona-1,3,5(10)-triene

Shake 13β-ethyl-3-methoxy-17α-ethynyl-gona-1,3,5(10)-trien-17β-ol (1.1 g.) with toluene-p-sulphonic acid (0.3 g.) and acetic anhydride (10 cc.) until the solution is homogeneous and then allow to stand at room temperature for 12 hours. Decompose the reaction mixture by stirring with water containing a little pyridine and extract with ether. Wash the ethereal solution with water, 2N aqueous sodium hydroxide, water, dilute hydrochloric acid, brine and dry (MgSO₄). Evaporate the solvent and dissolve the crystalline residue in benzene and filter through a short

77

column of alumina. Recrystallize the product from methanol-ethyl acetate to obtain the title compound 0.98 g., m.p. 178°-182°; infrared absorption peaks at 3.02, 5.75 μ.

This compound has estrogenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 194

#### 13β-Ethyl-3-methoxy-17α-dibromoacetyl-17β-acetoxy-gona-1,3,5(10)-triene

Dissolve 13β-ethyl-3-methoxy-17α-ethynyl-17β-acetoxy-gona-1,3,5(10)-triene (0.6 g.) in tertiary butanol (25 cc.) and water (0.4 cc.) and add N-bromoacetamide (0.55 g.). Allow the mixture to stand for 15 hours, then add water (10 cc.), cool to 0° and allow to stand for 3 hours. Filter the precipitated product, wash with aqueous methanol and dry to obtain the title product (0.72 g.), m.p. 85°-92°.

This compound is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 195

#### 13β-Ethyl-3-methoxy-17α-acetyl-17β-acetoxy-gona-1,3,5(10)-triene

Heat 13β-ethyl-3-methoxy-17α-dibromoacetyl-17β-acetoxy-gona-1,3,5(10)-triene (0.7 g.) in acetic acid (27 cc.) and water (2.7 cc.) with sodium acetate (0.7 g.) and zinc dust (0.99 g.) at 100° for 15 minutes with stirring. Filter the mixture, add water to the filtrate and filter the precipitated product. Dry the residue and recrystallize from ethyl acetate-methanol to obtain the title product (0.25 g.), m.p. 144°-8°; infrared absorption peaks at 5.8, 5.9 μ.

This compound is useful as in intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 196

#### 13β-Ethyl-17β-acetylgon-4-en-3-one

Add 13β-ethyl-3-methoxy-17α-acetyl-17β-acetoxy-gona-1,3,5(10)triene (0.24 g.) in dioxan (5 cc.) to a stirred solution of lithium (0.15 g.) in liquid ammonia (100 cc.). After 30 minutes add methanol (8 cc.) followed by lithium (0.5 g.) in small pieces. Add water, extract with ether and work up to a gum (0.218 g.). Reflux this product with 4N hydrochloric acid (5 cc.) and methanol (8 cc.) for 15 minutes. Add water, extract with ether, work up and dissolve the resulting gum in acetone (30 cc.) containing anhydrous magnesium sulphate (0.5 g.) and add 8N-chromic acid dropwise with swirling until the solution assumes a permanent yellowish-orange color. Add excess isopropanol and evaporate the solution almost to dryness. Add water, extract with ether, wash, dry and evaporate the organic solution, filter the product through alumina with benzene-ether and recrystallize the product from ethyl acetate to obtain the title product (0.072 g.), m.p. 138°-142°; infrared absorption peaks at 5.9, 6 μ.

This compound has progestational activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 197

#### 13β-Ethyl-gon-4-en-17β-ol

Add 13β-ethyl-3,3-ethylenedithio-gon-4-en-17β-ol in ether (5 cc.) and tetrahydrofuran (2 cc. to a stirred

78

solution of liquid ammonia (50 cc.) and add sodium (0.5 g.) in pieces and then add ethanol dropwise to discharge the blue color. Add ammonium chloride and water, extract with ether and wash, dry and evaporate the organic solution. Recrystallize the residue from light petroleum, b.p. 60°-80°, to obtain 13β-ethyl-gon-4-en-17β-ol, m.p. 118°-120°.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 198

#### 13β-Ethyl-gon-4-en-17-one

Dissolve 13β-ethyl-gon-4-en-17β-ol (0.29 g.) in acetone (40 cc.) and 8N-chromic acid dropwise with stirring until the solution becomes permanently orange and then add isopropanol (3 cc.) and evaporate the solution to small bulk (ca. 5 cc.). Add water and extract the mixture with ether. Wash, dry and evaporate the ethereal solution to obtain 13β-ethyl-gon-4-en-17-one (0.24 g.), m.p. 101°-102° C. Purify by recrystallization from methanol to obtain the pure product, m.p. 102.5°-103.5° C.

$C_{19}H_{28}O$ Calculated: 83.8%; H, 10.4%. Found: 83.55%; H, 10.7%.

This compound is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 199

#### 13β-Ethyl-17α-allyl-gon-4-en-17β-ol

Reflux magnesium (0.36 g.) and allyl bromide (0.15 cc.) in dry ether (10 cc.) for 15 minutes and then add 13β-ethyl-gon-4-en-17-one (0.9 g.) in ether (40 cc.) containing allyl bromide (2.9 cc.). Reflux the mixture for 3 hours and treat the cooled solution with aqueous ammonium chloride. Extract the product with ether and wash the ethereal solution with water, brine and dry (MgSO₄). Evaporate the solvent and recrystallize the residue from methanol to obtain 13β-ethyl-17α-allyl-gon-4-en-17β-ol (0.97 g.), m.p. 88.5°-91° C. Recrystallize further from ether-hexane to obtain the pure product, m.p. 92°-94°C.

$C_{22}H_{34}O$ Calculated: C, 84.0%; H, 10.9%. Found: C, 84.4%; H, 10.9%.

This compound has progestational activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

### EXAMPLE 200

#### 13β-n-Propyl-3,3-ethylenedithio-gon-4-en-17β-ol

Treat 13β-n-propyl-17β-hydroxy-gon-4-en-3-one (6 g.) in acetic acid (15 cc.) with ethane dithiol (1.75 cc.) followed by boron trifluoride etherate (1.75 cc.). Allow the mixture to stand at room temperature for 15 minutes then pour into water and filter. Recrystallize the residue from methanol to obtain the title product, (6.05 g.), m.p. 165°-166.5° C. Recrystallize further to obtain the pure compound, m.p. 167°-168.5° C.

$C_{22}H_{34}OS_2$ Calculated: C, 69.8%; H 9.05%; S, 26.9%. Found: C, 69.6%; H, 8.9%; S, 16.5%.

This compound is useful as an intermediate for preparing the hormonal compounds of this invention.

4,002,746

79 | 80

## EXAMPLE 201

### 13β-n-Propyl-gon-4-en-17β-ol

Add 13β-n-propyl-3,3-ethylenedithio-gon-4-en-17β-ol (5.8 g.) in tetrahydrofuran (40 cc.) and ether (20 cc.) with stirring to a solution of sodium (3 g.) in liquid ammonia (250 cc.). Add more sodium (3 g.) in pieces over 30 minutes followed by the dropwise addition of ethanol to discharge the blue color. Add water, extract with ether and wash, dry and evaporate the organic extracts. Recrystallize the product from ether-hexane to obtain the title product (4.5 g.), m.p. 115°–119° C.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 202

### 13β-n-Propyl-gon-4-en-17-one

Add 8N chromic acid dropwise with stirring to a solution of 13β-n-propyl-gon-4-en-17β-ol in acetone (100 cc.) until the solution becomes permanently orange. Add isopropanol (10 cc.) and potassium carbonate (5 g.), filter and evaporate the filtrate to dryness. Filter the residue in benzene-ether (1:1) through neutral alumina (20 g.), evaporate and recrystallize the product from methanol to obtain 13β-n-propyl-gon-4-en-17-one. Recrystallize from ether-hexane to obtain the pure product, m.p. 89°–90° C.

$C_{20}H_{30}O$ Calculated: C, 83.3; H, 10.6%. Found: C, 83.9; H, 10.5%.

This compound is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 203

### 13β-n-Propyl-17α-ethynyl-gon-4-en-17β-ol

Add 13β-n-propyl-gon-4-en-17-one (1.5 g.) in dimethylacetamide (50 cc.) to a stirred suspension of lithium acetylide (40 cc. of a 15% solution in dioxantriethylamine) and pass a slow stream of acetylene through the stirred solution for 40 hours. Pour the mixture into iced water and extract with ether. Wash and dry the ethereal solution and evaporate to dryness. Recrystallize the product twice from methanol and once from hexane to obtain the title product, m.p. 118°–119° C.

$C_{22}H_{32}O$ Calculated: C, 84.55%; H, 10.3%. Found: C, 84.8%; H, 10.4%.

This compound has progestational activity and is useful for preparing the hormonal compounds of this invention.

## EXAMPLE 204

### 13β-n-Propyl-17α-allyl-gon-4-en-17β-ol

Reflux magnesium (0.36 g.) and allyl bromide (1.5 cc.) in ether (15 cc.) for 15 minutes and then add a solution of 13β-n-propyl-gon-4-en-17-one in ether (10 cc.) and allyl bromide (2.9 cc.). Reflux for 3 hours and treat the cooled solution with aqueous ammonium chloride. Extract the mixture with ether and wash, dry, and evaporate the ethereal solution. Recrystallize the residue from methanol and then from hexane to obtain 13β-n-propyl-17α-allyl-gon-4-en-17β-ol, m.p. 90°–92° C.

$C_{23}H_{36}O$ Calculated: C, 84.1%; H, 11.1%. Found: C, 84.15%; H, 11.1%.

This compound has progestational activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 205

### 13β,17α-Diethyl-gon-4-en-3,17β-diol

Add 13β,17α-diethyl-17β-hydroxy-gon-4-en-3-one (10 g.) in tetrahydrofuran (100 cc.) and ether (100 cc.) to a stirred suspension of lithium aluminum hydride (5 g.) in ether (1000 cc.). Reflux the mixture for 2 hours, cool and decompose excess reagent by cautiously adding water. Separate the organic phase, wash, dry and evaporate to obtain the title product (10 g.), m.p. 110°–122° C.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 206

### 13β,17α-Diethyl-3-acetoxy-gon-4-en-17β-ol

Allow 13β,17α-diethyl-gon-4-en-3,17β-diol (3 g.) in pyridine (30 cc.) and acetic anhydride (3 cc.) to stand for 12 hours at 0°C. Evaporate the solvents under reduced pressure at less than 50° C. and crystallize the residue from ether-hexane to obtain the title product (2.43 g.), m.p. 85°–100° C.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 207

### 13β,17α-Diethyl-gon-4-en-17β-ol

Add 13β,17α-diethyl-3-acetoxy-gon-4-en-17β-ol (1.35 g.) in ether (50 cc.) to a stirred solution of lithium (0.5 g.) in redistilled ethylamine (100 cc.). Stir the mixture for 15 minutes and decompose excess reagent with sodium nitrite. Allow the ethylamine to evaporate and add sodium sodium sulphate (10 g.) and ether (200 cc.). Evaporate the filtered ethereal solution and recrystallize the residue from ether-hexane to give the title product, m.p. 96°–112° C. Chromatograph on neutral alumina, eluting with benzene containing 5% ether and recrystallize from ether to obtain the pure compound, m.p. 117.5°–118.5° C.

$C_{21}H_{34}O$ Calculated: C, 83.4%; H, 11.3%. Found: C, 83.5%; H, 11.3%.

This compound has anabolic and androgenic activity and is useful as an intermediate for preparing the hormonal compounds of this invention.

## EXAMPLE 208

### dl-13-Ethyl-17-ethynylgon-4-en-17β-ol

Stir 13-ethylgon-4-en-17-one (2.1 g) with lithium acetylide (4.5 g) in dimethylacetamide (60 ml) for 60 hours. Recrystallize twice from methanol to obtain the title compound (1.13 g), m.p. 106°–108°. Chromatograph on neutral alumina (35 g) and recrystallize from methanol and then from ether-hexane to obtain an analytical sample with m.p. 109°–110°; infrared absorption peaks at 2.8 μ, 3.6 μ.

$C_{21}H_{30}O$ Calculated: C, 84.51%; H, 10.13%. Found: C, 84.43%; H, 9.86%.

This compound has progestational activity.

4,002,746

**81**

**82**

## EXAMPLE 209

### dl-17α-Allyl-17-hydroxy-13-propylgon-4-en-3-one

Treat dl-3-methoxy-13-propylgona-2,5(10)-dien-17-one (2.0 g) with allyl magnesium bromide to obtain a glass that is a mixture of dl-17α-allyl-3-methoxy-13-propylgona-2,5(10)-dien-17-ol (minor component) and the $\Delta^{5(10)}$-3-keto and $\Delta^4$-3-keto compounds (major component). Hydrolyze the mixture (in two portions) with hydrochloric acid-isopropanol-water, then chromatograph and crystallize the resultant crude product to obtain the title compound (22% from the starting material), m.p. 135°–137°; ultraviolet absorption peak at 241.5 m$\mu$ ($\epsilon$17,470), infrared maxima at 2.95 $\mu$ (OH), 6.03 $\mu$, 6.18 $\mu$ ($\alpha,\beta$-unsaturated carbonyl), 10.93 $\mu$ (R—CH=CH$_2$).

$C_{23}H_{34}O_2$ Calculated: C, 80.65%; H, 10.01%. Found: C, 80.39%; H, 9.77%.

This compound has progestational activity.

## EXAMPLE 210

### dl-3-(17β-Hydroxy-3-oxo-13-propylgon-4-en-17α-yl)propionic acid, γ-lactone

Add dl-17α-ethynyl -3-methoxy-13-propylgona-1,3,5(10)-trien-17β-ol (8.7 g) in tetrahydrofuran (200 ml) with stirring to 3 moles of ethereal methyl magnesium bromide (100 ml). Stir the mixture, distil until the boiling point of the distillate reaches 63°. Keep the mixture at reflux with stirring for 21 hours and add the cooled mixture with swirling to solid carbon dioxide (ca. 1 kg). After 1.5 hours acidify the mixture with sulfonic acid and extract with ether. Extract the ether solution with aqueous sodium hydrogen carbonate and acidify the extracts to obtain dl-3-(17β-hydroxy-3-methoxy-13-propylgona-1,3,5(10)-trien-17α-yl)prop-2-ynoic acid. Recycle the neutral material to obtain further acid. Hydrogenate this acid (4.3 g) in ethanol (100 cc) containing 5% palladided charcoal (3 g). Add the product (3.05 g), m.p. 183°–191°, to sodium hydroxide (0.32 g) in methanol and evaporate the resulting solution to dryness. Reduce the residue with lithium (5 g) in liquid ammonia (300 cc)-tetrahydrofuran (50 cc)-t-butanol (50 cc). Keep the product at room temperature for two hours in methanol (50 ml)-water (10 ml)-concentrated hydrochloric acid (5 ml). Purify the product by sublimation, chromatography and recrystallization from acetone to obtain the title compound, m.p. 197°–199.5°, λmax. 240.5 m$\mu$ ($\epsilon$16,800); infrared absorption peaks at 5.67, 6.01, and 6.21 $\mu$.

$C_{23}H_{32}O_3$ Calculated: C, 77.5%; H, 9.05%. Found: C, 76.6%; H, 8.95%.

This compound has aldosterone blocking activity.

## EXAMPLE 211

### dl-17β-Hydroxyestr-4-en-3-one 3-phenylpropionate (dl-19-Nortestosterone 3-phenylpropionate)

Dissolve dl-17β-hydroxyestr-4-en-3-one (0.3 g) in pyridine (1 ml) cooled to −15°. Allow the mixture to stand at −10° for 15 hours. Pour into water and extract with benzene. Wash the organic extracts successively with 10% aqueous sodium hydroxide, 10% hydrochloric acid, water, and brine. Dry over sodium sulfate and evaporate. Filter the residue through a short column of alumina with benzene and recrystallize from ethyl acetate-light petroleum ether to obtain the title compound,

m.p. 120°–122°; ultraviolet absorption peak at 241 m$\mu$ ($\epsilon$16,900), infrared maxima at 5.8 $\mu$, 6.05 $\mu$.

This compound has anabolic activity.

## EXAMPLE 212

### dl-17α-Chloroethynyl-17-hydroxy-13-propylgon-4-en-3-one

Treat dl-3-methoxy-13-propylgona-2,5(10)-dien-17-one (8.0 g) in ether (250 cc) with chloroethynyl lithium prepared from methyl lithium (5.53%, .35 M) (100 cc) and dichloroethylene (16.9 g, .175 M) in ether. Stir for 20 hours under nitrogen. Wash, dry and evaporate the ether layer. Triturate the residue with hot methanol (225 cc) to obtain dl-3-methoxy-17α-chloroethynyl-17-hydroxy-13-propylgona-2,5(10)-diene (2.5 cc), m.p. 110°–116°, λmax. CHCl₃4.55, 5.94, 6.04 $\mu$.

Hydrolyze crude dl-3-methoxy-17α-chloroethynyl-17-hydroxy-13-propyl-gona-2,5(10)-diene with water (4 cc), methanol (90.0 cc), HCl (6.0 cc) and isopropanol (10 cc) under nitrogen. Pour into brine and extract with ether. Chromatograph the crude product on Florex (200 g). Elute with 5% ether-95% benzene and recrystallize from ethyl acetatehexane to obtain the title compound (1.10 g), m.p. 179°–181°C; λmax. 2.90, 4.53, 6.03 $\mu$; λmax. EtOH 240 m$\mu$ ($\epsilon$16,900).

$C_{23}H_{32}ClO_2$ Calculated: C, 73.21%; H, 8.10%; Cl, 9.82%. Found: C, 73.51%; H, 8.19%; Cl, 9.9%.

This compound has progestational activity.

## EXAMPLE 213

### dl-17α-Chloroethynyl-13-ethyl-17-hydroxygon-4-en-3-one

Carry out an Oppenauer oxidation on dl-13-ethyl-3-methoxygona-2,5(10)-dien-17β-ol (70 g) in the usual manner to obtain dl-13-ethyl-3-methoxygona-2,5(10)-dien-17-one (58 g, 83% yield). Combine this material with a further 5.5 g. of dl-13-ethyl-3-methoxygona-2,5(10)-dien-17-one. Prepare a solution of approximately 0.5 mole of lithium chloroacetylide in ether in the following manner. Transfer, under nitrogen, a solution of methyl lithium (23.6 g) in ether (406 g) to a 2-liter, 3-necked flask equipped with dry-ice condenser. Cool in ice to 0°. Add trans-dichloroethylene (60 g) dropwise with stirring. Allow the resultant mixture to come to room temperature before adding the steroid.

Add the enol ether as a slurry in tetrahydrofuran (500 ml) to the solution of lithium chloroacetylide in ether. Stir the steadily darkening solution for 2 hours, then work up by addition of ice water (500 ml), followed by extraction in the usual manner. Evaporate the solvent and triturate the residue with hot methanol to obtain 17α-chloroethynyl-13-ethyl-3-methoxygona-2,5(10)-dien-17β-ol (73 g).

Dissolve 17α-chloroethynyl-13-ethyl-3-methoxygona-2,5(10)-dien-17β-ol (65 g) in the minimum volume of tetrahydrofuran and add to a stirred mixture of methanol (720 ml), concentrated hydrochloric acid (48 ml), and water (32 ml). Stir until all the precipitated material has dissolved. Stir the mixture for a further 30 minutes, when the title compound will begin to crystallize out. Then slowly add water (2 liters) to precipitate the rest of the product, filter off, wash thoroughly with distilled water, and partially dry in a desiccator. Take up the crude material in hot ethyl acetate and charcoal with Norit (30 g). This treatment will

4,002,746

**83**

remove almost all the color. Evaporate the solvent and crystallize the material from methanol (400 ml) and water (130 ml) to obtain the title compound (54 g); infrared absorption peak at 5.75 $\mu$. Crystallize further from methanol (300 ml) and water (100 ml) to obtain an analytical sample (43 g) with m.p. 186°–189°; ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$16,100); infrared maxima at 3.05 $\mu$, 4.6 $\mu$, 6.05 $\mu$.

$C_{19}H_{27}ClO_2$ Calculated: C, 72.71%; H, 7.85%; Cl, 10.22%. Found: C, 72.75%; H, 7.77%; Cl, 10.20%.

This compound has progestational activity.

### EXAMPLE 214

dl-6-Dibromomethylene-13-ethylgon-4-ene-3,17-dione

and

#### dl-13-Ethyl-6-methylgon-4-ene-3,17-dione

React dl-13-ethyl-3-methoxygona-2,5(10)-dien-17-ol (50.2 g) according to the Oppenauer oxidation procedure to obtain dl-13-ethyl-3-methoxygona-2,5(10)-dien-17-one, m.p. 126°–143°; no aromatic system shown by ultraviolet absorption, infrared absorption peaks (potassium bromide) at 5.78 $\mu$, 6.09 $\mu$, 6.18 $\mu$.

Treat dl-13-ethyl-3-methoxygona-2,5(10)-dien-17-one with hydrochloric acid in aqueous methanol to obtain dl-13-ethylgon-4-ene-3,17-dione (25.6, 54% from dl-13-ethyl-3-methoxygona-2,5(10)-dien-17β-ol), m.p. 156°–157.5°; ultraviolet absorption peak in 95% ethanol at 240.5 m$\mu$ (15,900), infrared maxima (potassium bromide) at 5.77 $\mu$, 5.98 $\mu$ . Recrystallize dl-13-ethylgon-4-ene-3,17-dione (1.0 g) three times from ethyl acetate to obtain 484 mg., 157°–159.5°; ultraviolet absorption peak (95% ethanol) at 240 m$\mu$ ($\epsilon$17,200), infrared maxima (potassium bromide) at 5.77 $\mu$, 5.98 $\mu$.

React dl-13-ethylgon-4-ene-3,17-dione (5.0 g) in dioxane with ethyl orthoformate and toluene-p-sulfonic acid at room temperature for 3 hours to obtain 4.12 g. (75%) of dl-3-ethoxy-13-ethylgona-3,5-dien-17-one; ultraviolet absorption peak (95% ethanol) at 242 m$\mu$ ($\epsilon$12,150), infrared absorption peak (potassium bromide) at 5.78 $\mu$.

Stir at room temperature dl-3-ethoxy-13-ethylgona-3,5-diene-17-one (1.88 g) with carbon tetrabromide (4.0 g) in collidine (17.5 ml) and pyridine (2.5 ml) for 40 hours. Filter off the solid and wash with a little pyridine. Acidify the filtrate with cold dilute hydrochloric acid and extract the product into ether. Wash, dry, and concentrate the ethereal solution to approximately 10 ml. Add pyridine (50 ml) and heat at 100° for 30 minutes under nitrogen. Cool and acidify the solution and extract with ether. Evaporate the washed, dried ethereal extracts and crystallize the residue from ether to obtain dl-6-dibromomethylene-13-ethylgon-4-ene-3,17-dione (1.44 g). Purify by chromatography on deactivated alumina (40 g), eluting with benzene-petroleum ether (1:1) to obtain 0.862 g. (29%), m.p. 149°–153°. Recrystallize from tetrahydrofuran-ether to obtain the analytical sample, m.p. 163.5°–165.5°; ultraviolet absorption peaks at 249 m$\mu$ ($\epsilon$10,540), 283–288 m$\mu$ ($\epsilon$6,650); infrared maxima (chloroform) at 5.78 $\mu$, 5.99 $\mu$, 6.21 $\mu$, 6.38 $\mu$.

$C_{20}H_{24}Br_2O_2$ Calculated: C, 52.65%; H, 5.30%; Br, 35.0%. Found: C, 52.85%; H, 5.08%; Br, 32.8%.

Hydrogenate dl-6-dibromomethylene-13-ethylgon-4-ene-3,17-dione for 2 hours in the presence of dioxane and triethylamine, using 2% palladium-strontium car-

**84**

bonate as a catalyst. Filter off the catalyst, acidify the filtrate with 1N hydrochloric acid, and allow to stand for one hour. Extract with ether and triturate with methanol to obtain crystals of starting material (100 mg). Concentrate the liquors to obtain 86 mg. of crystals; ultraviolet absorption peak (95% ethanol) 241.5 m$\mu$ ($\epsilon$13,950). Chromatograph on a column of deactivated neutral alumina, eluting with benzene-petroleum ether (1:1) to obtain dl-13-ethyl-6-methylgon-4-ene-3,17-dione (26 mg), m.p. 141°–149°; ultraviolet absorption peak (95% ethanol) at 242.5 m$\mu$ ($\epsilon$15,450), infrared maxima (potassium bromide) at 5.78 $\mu$, 6.00 $\mu$.

### EXAMPLE 215

dl-13-Ethyl-17β-(2-hydroxyethoxy)gon-4-en-3-one, benzoate

Prepare a solution of ether (100 ml), aluminum chloride (13.3 g) and lithium aluminum hydride (15 ml. of a 1 M solution). Stir for 20 minutes. Add to a cool solution of dl-13-ethyl-3-methoxygona-1,3,5(10)-trien-17-one, cyclic ethylene ketal (17.1 g) in ether (1,000 ml). Stir the reaction mixture and cool in an ice-water bath for 4 hours. Dilute with 2 N sulfuric acid until a clear solution results. Separate the ether layer, wash with saturated sodium bicarbonate solution, and evaporate. Treat the residue with ethanol (200 ml), concentrated hydrochloric acid (5 ml) and water (10 ml) on a steam bath for 30 minutes. Evaporate, then recrystallize from methanol to obtain dl-13-ethyl-17β-(2-hydroxyethoxy)-3-methoxygona-1,3,5(10)-triene (8.1 g), m.p. 131°–132°; ultraviolet absorption peak at 278 m$\mu$ ($\epsilon$2,130), infrared maximum at 2.93 $\mu$.

$C_{22}H_{32}O_3$ Calculated: C, 76.70%; H, 9.36%. Found: C, 76.81%; H, 9.35%.

Dissolve dl-13-ethyl-17β-(2-hydroxyethoxy)-3-methoxygona-1,3,5(10)-triene (4.0 g) in 1-methoxy-2-propanol (60 ml), tetrahydrofuran (120 ml) and liquid ammonia (300 ml). Gradually add lithium (4.0 g) with stirring over a period of 1 hour. Add ammonium chloride (8.0 g) and water. Filter, wash and dry the resulting precipitate. Dissolve the product in tetrahydrofuran (300 ml) and liquid ammonia (300 ml) and treat with lithium (4.0 g). Stir for 1 hour. Add absolute ethanol, then water. Filter the resulting precipitate and wash it with water to obtain dl-13-ethyl-17β-(2-hydroxyethoxy)-3-methoxygona-2,5(10)-diene (3.4 g); essentially no ultraviolet absorption at the 280 m$\mu$ region, infrared absorption maxima at 2.91 $\mu$, 5.89 $\mu$, 6.0 $\mu$.

Suspend dl-13-ethyl-17β-(2-hydroxyethoxy)-3-methoxygona-2,5(10)-diene (1.7 g) in methanol (100 ml), concentrated hydrochloric acid (8 ml) and water (5 ml) and stir the suspension for 2 hours under nitrogen. Dilute the clear solution with water and separate the product with ether. Wash the organic layer with a saturated sodium bicarbonate solution and dry over magnesium sulfate. Evaporate the ether to obtain a gum, dl-13-ethyl-17β-(2-hydroxyethoxy)gon-4-en-3-one (1.39 g); ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$13,200), infrared maxima at 2.95 $\mu$, 6.0 $\mu$.

Treat a solution of dl-13-ethyl-17β-(2-hydroxyethoxy)gon-4-en-3-one (1.3 g) in pyridine (6 ml) with benzoyl chloride (1.3 moles) at −10°. Keep the reaction mixture at −10° for 16 hours. Pour over ice and separate the product with ether. Wash the organic layer consecutively with 2 N hydrochloric acid, 2 N sodium hydroxide, water, and brine, then dry over magnesium

4,002,746

**85**

sulfate. Evaporate the solvent, chromatograph the gum on neutral alumina, and elute with benzene-ethyl acetate to obtain the title compound (800 mg); ultraviolet absorption peak at 233 mμ (ε25,500), infrared maxima at 5.8 μ, 5.98 μ.

$C_{28}H_{36}O_4$ Calculated: C, 77.03%; H, 8.31%. Found: C, 77.44%; H, 8.59%.

This compound has anabolic activity.

### EXAMPLE 216

#### dl-17β-Hydroxyestr-4-en-3-one

Dissolve dl-3-methoxyestra-2,5(10)-dien-17β-ol (0.84 g) in methanol (18 ml) containing concentrated hydrochloric acid (1.2 ml) and water (0.8 ml) and allow the mixture to stand at room temperature for 15 hours. Add water and extract the mixture with ether. Wash, dry and evaporate the ethanol solution and dissolve the residue in a little benzene. Filter through a column of alumina (25 g) with benzene-ether (7.3). Evaporate the eluates and recrystallize the residue from etherhexane to obtain the title compound (372 mg), m.p. 123°–124.5° or in an alternate form, m.p. 131°–132°; ultraviolet absorption maximum at 241 mμ (ε16,600); infrared absorption peaks at 6μ, 7.9 μ, 9.4 μ.

$C_{18}H_{26}O_2$ Calculated: C, 78.8%; H, 9.55%. Found: C, 79.08%; H, 9.54%.

This compound has anabolic activity.

### EXAMPLE 217

#### dl-13-Ethylgon-4-ene-3,17-dione, 17-cyclic ethylene ketal

Add dl-13-ethyl-17,17-ethylenedioxy-3-methoxygona-1,3,5(10)-triene (0.35 g) in tetrahydrofuran (20 ml) to a stirred solution of lithium (0.5 g) in liquid ammonia (100 ml). Stir the mixture for 5 minutes and then add ethanol (10 ml) dropwise. When the blue color is discharged, add saturated aqueous ammonium chloride and collect the product in ether. Evaporate the solvent and crystallize the residue from ethanol. Dissolve the product in ethanol (30 ml) and tetrahydrofuran (5 ml) and stir with oxalic acid dihydrate (0.45 g) in water (6 ml) for 1 hour. Add excess 20% aqueous potassium hydroxide, water and collect the product in ether. Wash, dry and evaporate the ethereal solution and filter the residue through a Florex column with benzene-ether (9:1). Recrystallize the product from heptane to obtain the title compound (105 mg), m.p. 129°–131°; ultraviolet absorption peak at 240 mμ (ε16,000), infrared maxima at 6.0 μ, 6.2 μ, 8.6 μ.

$C_{21}H_{30}O_3$ Calculated: C, 76.32%; H, 9.15% Found: C, 76.47%; H, 9.04%

This compound has estrogen antagonistic activity.

### EXAMPLE 218

#### dl-13-Ethyl-17a β-hydroxy-17a-methyl-D-homogon-4-en-3-one

Reflux dl-13-ethyl-3-methoxy-D-homogona-1,3,5(10),8-tetraen-17a-one (13.3 g) for 8 hours with 3 M methyl magnesium bromide (200 ml) in benzene and recrystallize from methanol to obtain 9.2 g. of the Grignard product, dl-13-ethyl-17a-methyl-17a-hydroxy-D-homogona-1,3,5(10),8-tetraene; ultraviolet absorption peak at 276 mμ (ε15,500), infrared analysis indicating no remaining carbonyl band. Reduce the 8,9-double bond with lithium (1.5 g), liquid ammonia

**86**

(450 ml), tetrahydrofuran (170 ml) and aniline (30 ml) to obtain the crude D-homo estradiol methyl ether (8.0 g), m.p. 153°–163°; ultraviolet absorption peak at 280 mμ (ε1,314). Reduce further with lithium and ethanol in liquid ammonia to obtain dl-13-ethyl-3-methoxy-17a-methyl-17a-hydroxy-D-homogona-2,5(10)-diene (7.2 g), m.p. 175°–180°. Hydrolyze dl-13-ethyl-3-methoxy-17a-methyl-17a-hydroxy-D-homogona-2,5(10)-diene with hydrochloric acid-methanol-water. Carefully chromatograph on 300 g. Grade III neutral alumina and recrystallize from ethyl acetate-hexane to obtain the title compound (3.35 g), m.p. 129.5°–130.5°; ultraviolet absorption peak at 242 mμ (ε17,100).

$C_{21}H_{32}O_2$ Calculated: C, 79.70%; H, 10.19% Found: C, 79.99%; H, 10.08%

This compound has progestational and anabolic activities.

### EXAMPLE 219

#### dl-17a β-Hydroxy-13-propyl-D-homogon-4en-3-one

Dissolve 2-propylcyclohexane-1,3-dione (36.3 g) in benzene (400 cc) containing pyridine (21.2 cc). Add 6-m-methoxyphenylhex-1-en-3-one (43.2 g) and reflux the solution over night. Cool the reaction mixture, wash with water, aqueous sodium carbonate, and 10% aqueous sulfuric acid, dry and remove the solvents under reduced pressure to obtain 2-(6-m-methoxyphenyl-3-oxohexyl)-2-propylcyclohexane-1,3-dione.

Heat 2-(6-m-methoxyphenyl-3-oxohexyl)-2-propyl-cyclohexane-1,3-dione (43.0 g) in benzene (400 cc) with polyphosphoric acid (250 g) for 3 hours at 60° with vigorous stirring. Add ice water (400 cc) and separate the benzene layer. Extract the water with ether, combine the organic layers; wash, dry and evaporate. Recrystallize this residue from ethanol (250 cc) to obtain dl-3-methoxy-13-propyl-D-homogona-1,3,5(10),8,14-pentaen-17a-one (27.6 g), m.p. 86°–89°C, λmax. KBr 5.87 μ, 6.25 μ; λmax. EtOH 312 mμ (ε24,300).

$C_{22}H_{26}O_2$ Calculated: C, 81.95%; H, 8.13%. Found: C, 82.11%; H, 8.18%.

Hydrogenate dl-3-methoxy-13-propyl-D-homogona-1,3,5(10),8,14-pentaen-17a-one (27.6 g) dissolved in tetrahydrofuran (250 cc) over 2% Pd/CaCO₃ (7.0 g). Uptake of one mole requires 15 minutes. Filter, remove solvent and boil with 95% ethanol (250 cc). Filter to obtain dl-3-methoxy-13-propyl-D-homogona-1,3,5(10),8-tetraen-17a-one (25.5 g), m.p. 146°–148°C, λmax. EtOH 277 mμ (ε16,130).

$C_{22}H_{28}O_2$ Calculated: C, 81.42%; H, 8.69%. Found: C, 81.30%; H, 8.62%.

Reflux dl-3-methoxy-13-propyl-D-homogona-1,3,5(10),8-tetraen-17a-one (20 g) in ethanol (250 cc) with sodium borohydride (7.0 g) for one hour. Make acid with 50% aqueous acetic acid, add water (500 cc), filter, wash and recrystallize from ethanol (250 cc) to obtain dl-3-methoxy-13-propyl-D-homogona-1,3,5(10),8-tetraen-17a β-ol (16.0 g), m.p. 122°–124°, λmax. KBr 3.02 μ, 6.25 μ; λmax. EtOH 275 mμ (ε16,325).

$C_{22}H_{30}O_2$ Calculated: C, 80.92%; H, 9.27%. Found: C, 80.74%; H, 9.81%.

Add dl-3-methoxy-13-propyl-D-homogona-1,3,5(10),8-tetraen-17a β-ol (16.0 g) dissolved in tetrahydrofuran (100 cc) and aniline (100 cc) to liquid ammonia (900 cc) containing tetrahydrofuran (250

4,002,746

87

cc). Add lithium metal (1.0 g), stir for one hour and discharge the blue color by addition of water. Extract the product with ether, remove aniline by shaking with dilute hydrochloric acid, and wash, dry and evaporate the solvent. Recrystallize twice from methanol to obtain dl-3-methoxy-13-propyl-D-homogona-1,3,5(10)-trien-17a β-ol (13.0 g), m.p. 123°–125°, λmax. EtOH 280 mμ (ε1,900).

$C_{22}H_{32}O_2$ Calculated: C, 80.43%; H, 9.82%. Found: C, 80.33%; H, 9.90%.

Treat dl-3-methoxy-13-propyl-D-homogona-1,3,5(10)-trien-17a β-ol (13.0 g) dissolved in tetrahydrofuran (240 cc) and liquid ammonia (500 cc) with lithium metal (3.5 g). Stir 1.5 hours, discharge the blue color by dropwise addition of absolute ethanol, add water and filter the crude product. Triturate with methanol (110 cc) to obtain dl-3-methoxy-13-propyl-D-homogona-2,5(10)-dien-17aβ-ol (11.4 g), m.p. 150°–157°, λmax. KBr 3.09 μ, 5.90 μ, 6.0 μ.

Hydrolyze dl-3-methoxy-13-propyl-D-homogona-2,5(10)-dien-17a β-ol (1.4 g) with methanol (80 cc) concentrated hydrochloric acid (6.0 cc) and water (4.0 cc) and isolate the product. Recrystallize from ethyl acetate to obtain the title compound (0.80 g), m.p. 150°–152°, λmax. KBr 3.0 μ, 6.04 μ; λmax. EtOH 240 mμ (ε16,300).

$C_{21}H_{32}O_2$ Calculated: C, 79.70%; H, 10.19%. Found: C, 79.60%; H, 10.10%.

This compound has anabolic activity.

EXAMPLE 220

dl-17β-Hydroxyestr-4-en-3-one, acetate

Add sodium borohydride (8.5 g) to 3-methoxyestra-1,3,5(10),8-tetraen-17-one (40 g) in ethanol (500 ml) and reflux the mixture for 90 minutes. Acidify the cooled solution with acetic acid, add water and extract with benzene. Wash, dry and evaporate the organic extract to obtain dl-3-methoxyestra-1,3,5(10),8-tetraen-17β-ol (37.5 g), m.p. 130°–133°; ultraviolet absorption peak at 280 mμ(ε16,100); infrared maxima at 3.1 μ, 3.58 μ, 6.25 μ, 6.4 μ, 6.7 μ.

Add dl-3-methoxyestra-1,3,5(10),8-tetraen-17β-ol (37.5 g) in tetrahydrofuran (350 ml) to a stirred solution of liquid ammonia (1 liter) and aniline (45 ml). Add lithium (2 g), stir for 30 minutes, and then add ammonium chloride (20 g) followed by water. Extract with ether-benzene (1:1) and wash the organic solution with water, excess 3N hydrochloric acid, water and dry. Evaporate the solvent and recrystallize the residue from ethyl acetate-hexane to obtain dl-3-methoxyestra-1,3,5(10)-trien-17β-ol (12 g), m.p. 121°–124°; ultraviolet absorption peak at 278 mμ (ε1,810); infrared maxima at 3.0 μ, 6.2 μ, 6.75 μ.

Add dl-3-methoxyestra-1,3,5(10)-trien-17β-ol (1.3 g) in tetrahydrofuran (40 ml) to a stirred solution of lithium (1.3 g) in liquid ammonia (100 ml). After 15 minutes add ethanol (20 ml) dropwise and when the blue color is discharged add ammonium chloride and water and extract the mixture with ether. Wash, dry and evaporate the ethereal solution and recrystallize the residue from ethanol-hexane to obtain dl-3-methoxyestra-2,5(10)-dien-17β-ol (0.84 g), m.p. 120°–123°; infrared absorption maxima at 3.25 μ, 5.8 μ, 6 μ.

Dissolve the foregoing alcohol in ether, and 25% hydrochloric acid. Stir the mixture at room temperature for 15 minutes and add crushed ice. Evaporate the

88

washed and dried ether layer and recrystallize the residue from ether-hexane containing a little ethyl acetate to obtain dl-17β-hydroxyestr-4-en-3-one, m.p. 121°–123°, λmax. 241 mμ (ε17,000). Acetylate the foregoing alcohol with acetic anhydride in pyridine and recrystallize the product from ether-light petroleum to obtain the ester, m.p. 113°–114°, λmax. 242 mμ (ε17,600).

$C_{20}H_{28}O_3$ Calculated: C, 75.9%; H, 8.9%. Found: C, 76.0%; H, 8.8%.

This compound has anabolic activity.

EXAMPLE 221

dl-3-(13-Ethyl-17β-hydroxy-3-oxogon-4-en-17α-yl)propionic acid, γ-lactone

Add 13-ethyl-17α-ethynyl-3-methoxygona-1,3,5(10)-trien-17β-ol (20 g) in tetrahydrofuran with stirring to refluxing 3M ethereal methylmagnesium bromide (240 ml)-tetrahydrofuran (300 ml). Pass gaseous carbon dioxide into the cooled mixture for 22 hours. Add the mixture to crushed ice, acidify with dilute sulfuric acid, remove most of the tetrahydrofuran under reduced pressure and extract the mixture with ether. Extract the ethereal solution with aqueous sodium carbonate and acidify the extracts. Filter off the crude dl-3-(13-ethyl-17β-hydroxy-3-methoxygona-1,3,5(10)-trien-17α-yl)prop-2-ynoic acid, m.p. 172°–173°. Recrystallize an aliquot from methanol to obtain pure substance, m.p. 173°–174° (gas evolution).

$C_{23}H_{26}O_4$ Calculated: C, 75.0%; H, 7.7% Found: C, 74.9%; H, 7.4%

Hydrogenate the foregoing acid (3.7 g) in ethanol (100 ml) over 10% palladized charcoal (1 g) until hydrogen uptake ceases. Recrystallize the product from ethyl acetate-hexane to obtain dl-3-(13-ethyl-17β-hydroxy-3-methoxygona-1,3,5(10)-trien-17α-yl)propionic acid, γ-lactone, m.p. 174°–175°, infrared absorption peak at 5.67 μ.

$C_{23}H_{30}O_3$ Calculated: C, 77.9%; H, 8.5%. Found: C, 77.6%; H, 8.4%.

Reflux the foregoing lactone with triethylamine (180 ml) and sodium hydroxide (1.0 g) in water (33 ml) overnight. Evaporate the mixture to dryness and treat residue with a solution of tert-butyl alcohol (100 ml), 1-methoxy-2-propanol (200 ml) and liquid ammonia (600 ml). Add lithium (5.0 g) and after 40 minutes add ammonium chloride (40 g) followed by water. Acidify with cold hydrochloric acid (18%) in the presence of ice and filter off the precipitate. Add the dried material (2.4 g) to methanol (110 ml), concentrated hydrochloric acid (5 ml) and water (5 ml) and stir for one hour. Dilute with water and filter the precipitate. Recrystallize the dried material from ethyl acetate-hexane to obtain 1.1 g. of the title product; m.p. 214°–215°; ultraviolet absorption peak at 240 mμ (ε17,100).

$C_{22}H_{30}O_3$ Calculated: C, 77.15%; H, 8.83% Found: C, 77.20%; H, 8.61%

EXAMPLE 222

dl-13-Ethyl-17β-hydroxy-17-(1-hydroxyethyl)gon-4-en-3-one

Reduce dl-13-ethyl-17α-acetyl-17-hydroxy-3-methoxygona-1,3,5(10)-triene, acetate (1.0 g) in lithium aluminum hydride and ether to produce a gum, dl-13-ethyl-17β-hydroxy-17-(1-hydroxyethyl)-3-methoxygona-1,3,5(10)-triene (0.9 g); infrared absorption peak very strong at 2.9 μ(OH band). Reduce

4,002,746

**89**

dl-13-ethyl-17$\beta$-hydroxy-17-(1-hydroxyethyl)-3-methoxygona-1,3,5(10)-triene (0.9 g) with tetrahydrofuran (60 ml), liquid ammonia (150 ml), lithium (700 mg) and absolute ethanol, and filter to obtain a crystalline solid, dl-13-ethyl-17$\beta$-hydroxy-17-(1-hydroxyethyl)-3-methoxygona-2,5(10)-diene (0.70 g), m.p. 152°–161°; ultraviolet analysis indicating no remaining aromatic system, infrared maxima at 3.0 $\mu$, 5.9 $\mu$, 6.0 $\mu$.

Hydrolyze dl-13-ethyl-17$\beta$-hydroxy-17-(1-hydroxyethyl)-3-methoxygona-2,5(10)-diene (0.70 g) in hydrochloric acid-methanol-water. Recrystallize from ethyl acetate to obtain the title compound (0.36 g), m.p. 159°–164°; ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$15,230), infrared absorption peaks at 3.0 $\mu$ (strong), 6.05 $\mu$.

$C_{21}H_{32}O_3$ Calculated: C, 75.85%; H, 9.70%. Found: C, 76.12%; H, 9.78%.

This compound has progestational activity.

### EXAMPLE 223

dl-17-Hydroxy-17$\alpha$-ethynylestr-4-en-3-one, acetate

Treat dl-17-hydroxy-17$\alpha$-ethynylestr-4-en-3-one (1 g) with acetic anhydride (10 ml) and toluene-p-sulfonic acid (0.1 g) and heat at 90° for 1 hour. Pour the cooled solution into water, neutralize with sodium bicarbonate and extract with ether. Wash, dry and evaporate to obtain dl-17-ethynylestra-3,5-diene-3,17$\beta$-diol, diacetate; infrared absorption maxima at 3$\mu$, 5.7$\mu$, 5.75$\mu$.

Hydrolyze dl-17-ethynylestra-3,5-diene-3,17$\beta$-diol, diacetate (0.4 g) in methanol (60 ml) and tetrahydrofuran (10 ml) with 2% methanolic potassium hydroxide at 0° for 1 hour. Pour into water, neutralize with dilute hydrochloric acid and extract with ether. Wash, dry and evaporate the ethereal solution and chromatograph the product on ethyl acetate washed alumina. Recrystallize the product from ether-light petroleum ether to obtain the title compound (0.3 g), m.p. 153°–155°; ultraviolet absorption peak at 240 m$\mu$ ($\epsilon$16,400); infrared absorption maxima at 3.1 $\mu$, 3.45 $\mu$, 5.22 $\mu$, 6.0 $\mu$.

$C_{22}H_{28}O_2$ Calculated: C, 77.65%; H, 8.29%. Found: c, 78.1%; H, 8.47%.

This compound has progestational activity.

### EXAMPLE 224

dl-17$\alpha$-(3-Diethylamino-1-propynyl)-13-ethylgon-4-en-17-ol

Stir a suspension of 1.1 g. of dl-17$\alpha$-ethynyl-13-ethylgon-4-en-17-ol, 12 ml. of dioxane, 0.6 ml. of water, 0.6 ml. of formaldehyde (40% in water), 0.5 ml. of diethylaniline, 0.4 ml. of acetic acid, and 20 mg. of cuprous chloride for 22 hours at 60°. Pour into ice, basify with sodium hydroxide and extract with ether. Mix the residue with a solution of aqueous hydrochloric acid and acetic acid and extract with ether. Basifly the aqueous layer with aqueous potassium hydroxide and filter off the product. Recrystallize from 35 ml. of methanol to obtain 900 mg. of the desired product; m.p. 149°–150°.

$C_{26}H_{41}NO$ Calculated: C, 81.40%; H, 10.77%; N, 3.65%. Found: C, 81.44%; H, 10.81%; N, 3.63%. This compound has antiiflammatory activity.

**90**

### EXAMPLE 225

dl-13-Ethyl-17-ethynylgon-4-en-3,17$\beta$-diol-3-acetate

Add sodium borohydride (1.0 g) to 13-ethyl-17$\alpha$--ethynyl-17$\beta$-hydroxygon-4-en-3-one (1.0 g) in ethanol (100 ml) and allow the mixture to stand for 2 hours. Decompose excess reagent with acetic acid and remove most of the solvent under reduced pressure. Dissolve the product in ether and water, and wash, dry and evaporate the ethereal solution. Dissolve the residue in pyridine (5 ml) and acetic anhydride (5 ml) and after 3 hours remove the solvents under vacuum. Add ether, wash, dry and evaporate the ethereal solution and recrystallize the residue from ethyl acetate-methanol to obtain the title compound (0.42 g), m.p. 168°–170°.

$C_{23}H_{32}O_3$ Calculated: C, 77.49%; H, 9.05%. Found: C, 77.12%; H, 9.35%.

This compound has progestational activity.

### EXAMPLE 226

dl-13-Ethyl-17$\beta$-(tetrahydropyran-2-yloxy)gon-4-en-3-one

Add with swirling a solution of p-toluenesulfonic acid (14 mg) in benzene (0.8 mole) to dl-17$\beta$-hydroxy-13-ethylgon-4-en-3-one (450 mg) in 2,3-dihydropyran (3 ml). After 2 hours, neutralize the reaction mixture with methanolic sodium hydroxide. Add water, together with some methanol, scratch the mixture and allow it to stand at 0° for about 70 hours. filter to obtain the title compound (100 mg), m.p. 148°–152°; infrared absorption peaks at 6.0 $\mu$, 6.2 $\mu$, 9.02 $\mu$, 9.42 $\mu$, 9.68 $\mu$, 9.85 $\mu$, 10.25 $\mu$ (no hydroxyl band).

$C_{24}H_{36}O_3$ Calculated: C, 77.31%; H, 9.74%. Found: C, 77.15%; H, 9.52%.

This compound has anabolic activity.

### EXAMPLE 227

dl-13-Ethyl-17$\alpha$-ethynyl-17-hydroxy-6$\alpha$-methylgon-4-en-3-one

Reflux dl-13-ethyl-3-methoxy-6-methylgona-2,5-(10)-dien-17$\beta$-ol (5.5 g) in toluene (200 cc) and cyclohexanone (70 cc) with aluminum isopropoxide (4.0 g) for 2.5 hours. Add water and anhydrous sodium sulfate, filter and isolate the crude product. Triturate with ice cold methanol to obtain dl-13-ethyl-3-methoxy-6-methylgona-2,5-(10)-dien-17-one (3.6 g), m.p. 118°–125°, $\lambda$max. KBr 5.78 $\mu$, 5.90 $\mu$, 6.0 $\mu$. An analytical sample recrystallized from methanol has m.p. 163°–166°.

Stir dl-13-ethyl-3-methoxy-6-methylgona-2,5-(10-dien-17-one (3.6 g) in dimethylacetamide (35 cc) in a stream of acetylene for one-half hour. Add lithium acetylide-ethylenediamine (2.7 g) and stir for 4 hours. Pour into ice water, extract with ether and isolate the dl-13-ethyl-3-methoxy-17$\alpha$-ethynyl-17$\beta$-hydroxy-6-methylgona-2,5(10)-diene as a gum (3.5 g), $\lambda$max. NaCl 2.90 $\mu$, 3.05 $\mu$, 5.90 $\mu$, 6.03 $\mu$.

Stir dl-13-ethyl-3-methoxy-17$\alpha$-ethynyl-17-hydroxy-6-methylgona-2,5(10)-diene (3.5 g) in methanol (90 cc) containing hydrochloric acid (60 cc) and water (4.0 ml) under nitrogen for 1 hour. Isolate the crude product, chromatograph on Florex (150 g) and recrystallize from ethyl acetate-hexane to obtain the title compound (0.60 g), m.p. 148°–151°, $\lambda$max. CHCl$_3$ 2.55 $\mu$, 3.05 $\mu$, 6.01 $\mu$; $\lambda$max. EtOH 240 m$\mu$ ($\epsilon$15,100).

4,002,746

91 | 92

$C_{22}H_{30}O_2$ Calculated: C, 80.92%; H, 9.26%. Found: C, 81.01%; H, 9.56%.

This compound has progestational activity.

## EXAMPLE 228

### 13-Ethyl-17α-ethynyl-17β-hydroxygon-4-en-3-one, 2'-tetrahydropyranyl ether

Keep 13-ethyl-17α-ethynyl-17β-hydroxygon-4-en-3-one (0.5 g) in dihydropyran (5 ml)-benzene (0.8 ml) containing toluene-p-sulfonic acid (14 mg. of the hydrate) over night. Add ether and aqueous sodium bicarbonate. Evaporate the washed and dried ether solution. Purify the product by chromatography on alumina and recrystallize from hexane to obtain the title substance (0.22 g), m.p. 145°–150°.

$C_{26}H_{36}O_3$ Calculated: C, 78.4%; H, 9.15%. Found: C, 78.7%; H, 9.0%.

This compound has progestational activity.

## EXAMPLE 229

### 17α-Chloroethynyl-13-ethyl-17β-hydroxygon-4-en-3-one, 2'-tetrahydropyranyl ether

Keep 17α-chloroethynyl-13-ethyl-17β-hydroxygon-4-en-3-one (0.5 g) in 2,3-dihydropyran (5 ml)-benzene (0.8 ml) containing toluene-p-sulfonic acid (14 mg of the hydrate) over night, then add ether and aqueous sodium bicarbonate. Purify the product by recrystallization from hexane to obtain the title substance, m.p. 125°–131°.

$C_{26}H_{35}O_2Cl$ Calculated: C, 72.45%; H, 8.2%; Cl, 8.2%. Found: C, 72.4%; H, 8.1%; Cl, 8.2%.

This compound has progestational activity.

## EXAMPLE 230

### 13,17α-Diethyl-17β-hydroxygon-4-en-3-one, 2'-tetrahydropyranyl ether

Keep 13,17α-diethyl-17β-hydroxygon-4-en-3-one (0.5 g) in 2,3-dihydropyran (5 ml)-benzene (0.8 ml) containing toluene-p-sulfonic acid overnight, then add ether and aqueous sodium bicarbonate. Purify the product by chromatography on alumina to obtain the title substance.

This compound has anabolic activity.

## EXAMPLE 231

### dl-13-Ethyl-17β-hydroxy-6α-methylgon-4-en-3-one

Reflux 2-(6-m-methoxyphenyl)-3-oxoheptyl-2-ethyl-cyclopentane-1,3-dione (53.3 g) in benzene (600 cc) with p-toluenesulfonic acid monohydrate (15 g) using a water separator. Wash, dry and evaporate the benzene solution and distil the residual gum at .003 mm./180°–200°C. Obtain the dl-3-methoxy-6-methyl-13-ethylgona-1,3,5(10),8,14-pentaen-17-one as an orange gum (38.0 g), λ max. EtOH 311 mμ (ε27,200).

Reflux 2-(6-m-methoxyphenyl)-3-oxoheptyl-2-ethyl-cyclopentane-1,3-dione (39.7 g) in benzene (500 cc) with p-toluensulfonic acid monohydrate (11.0 g) using a water separator. After removal of two moles of water, add ethylene glycol (50 cc) and reflux the solution 16 hours. Wash, dry and evaporate the benzene solution and dissolve the residue in hexane. Filter the solution several times through Florex, remove the solvent and recrystallize the residue from ethanol to obtain the dl-3-methoxy-6-methyl-17,17-ethylenedioxy-13-ethylgona-1,3,5(10), 8,14-pentaene (16.8 g), m.p. 116°–119°. Recrystallize a small portion to obtain an

analytical sample, m.p. 120°–122°C, λmax. EtOH 312 mμ (ε31,000).

Monohydrogenate dl-3-methoxy-6-methyl-17,17-ethylenedioxy-13-ethylgona-1,3,5(10), 8,14-pentaene (15.3 g) in benzene (300 cc) in the presence of 2% Pd/CaCO₃ (5.0 g). Filter, remove the benzene under reduced pressure and recrystallize from 95% ethanol (110 cc) to yield the dl-3-methoxy-6-methyl-17,17-ethylenedioxy-13-ethylgona-1,3,5(10),8-tetraene (11.0 g), m.p. 122°–124°, diamond shaped plates, λmax. EtOH 280 mμ (ε15,140).

Add dl-3-methoxy-6-methyl-17,17-ethylenedioxy-13-ethylgona-1,3,5(10),8-tetraene (11.0 g) in tetrahydrofuran (160 cc) to liquid ammonia (600 cc) containing tetrahydrofuran (170 cc) and aniline (30 cc). Add lithium (0.6 g) in small portions and stir for 2 hours. Add solid ammonium chloride followed by water and extract with ether. Isolate the product which crystallizes on scratching, λmax. EtOH 280 mμ (ε1,975). To obtain an analytical sample recrystallize from isopropanol to obtain the purified title compound, m.p. 130°–134°C.

Suspend dl-3-methoxy-17,17-ethylenedioxy-6-methyl-13-ethylgona-1,3,5-(10)-triene (9.0 g) in methanol (200 cc) and concentrated hydrochloric acid (5.0 cc) and heat on the steam bath for 15 minutes. Remove the solvent under vacuum, partition the residue between ether and aqueous sodium bicarbonate and isolate the product. Recrystallize from methanol to obtain the dl-3-methoxy-6-methyl-13-ethylgona-1,3,5(10)-trien-17-one (7.29 g), m.p. 115°–123°C. Recrystallize a small portion to obtain an analytical sample, m.p. 123°–127°C, λmax. EtOH 280 mμ, λmax. KBr 5.75 μ.

$C_{21}H_{28}O_2$ Calculated: C, 80.73%; H, 9.03%. Found: C, 80.43%; H, 8.96%.

Dissolve dl-3-methoxy-6-methyl-13-ethylgona-1,3,5(10)-trien-17-one (7.0 g) in methanol (300 cc) and treat with sodium borohydride (3.0 g). After spontaneous reflux ceases, make acid with 50% aqueous acetic acid (20 cc). Pour into brine, extract with acid and isolate the dl-3-methoxy-17β-hydroxy-6-methyl-13-ethylgona-1,3,5(10)-triene (6.8 g), m.p. 158°–160°C, λmax. KBr 3.05, 6.45 μ.

$C_{21}H_{30}O_2$ Calculated: C, 80.21%; H, 9.61%. Found: C, 80.8%; H, 9.04%.

Add dl-3-methoxy-17β-hydroxy-6-methyl-13-ethylgona-1,3,5(10)-triene 96.80 g) in tetrahydrofuran (200 cc) to liquid ammonia (800 cc) containing tetrahydrofuran (250 cc). Add lithium metal (3.5 g) portionwise and stir the solution for 1.75 hours. Discharge the blue color by dropwise addition of absolute ethanol over 0.25 hours followed by water (2,000 cc). Filter, wash and dry to obtain the dl-3-methoxy-17β-hydroxy-6-methyl-13-ethylgona-2,5(10)-diene (6.5 g), m.p. 176°–182°, λmax. KBr 3.05 μ, 5.90 μ, 6.0 μ, no absorption in the ultraviolet above 220 mμ.

Stir dl-3-methoxy-17β-hydroxy-6-methyl-13-ethylgona-2,5(10)-diene (1.0 g) in methanol (54 cc) containing concentrated hydrochloric acid (3.6 cc) and water (2.4 cc) under nitrogen for 1.5 hours. Pour into brine, extract with ether and isolate the crude product. Chromatograph on Grade I neutral alumina (50 g) and recrystallize from ether-hexane to obtain the title compound (0.30 g), m.p. 127°–130°, λmax. KBr 2.98 μ, 6.03 μ; λmax. EtOH 240 mμ (ε16,500).

$C_{20}H_{30}O_2$ Calculated: C, 79.42%; H, 10.00%. Found: C, 79.57%; H, 9.87%.

This compound has progestational activity.

4,002,746

93

94

## EXAMPLE 232

dl-13-Ethyl-17-ethynylgon-4-en-3,17β-diol,
3-propionate

Add sodium borohydride (0.8 g) to 13-ethyl-17-ethynyl-17β-hydroxygon-4-en-3-one (1.7 g) in ethanol (100 ml) and allow the mixture to stand for 15 hours. Dilute the mixture with water and extract with ether. Wash, dry and evaporate the ethereal solution and dissolve the residue in pyridine (5 ml) and propionic anhydride (5 ml). After 2 hours add ice and water and extract the mixture with ether. Wash the ethereal extract with water, 10% aqueous sodium hydroxide, water, 10% hydrochloric acid, and brine and dry. Evaporate the solvent and recrystallize the product from ethyl acetate to obtain the title compound (0.5 g), m.p. 153°–156°.

$C_{24}H_{34}O_2$ Calculated: C, 77.8%; H, 9.25%. Found: C, 77.63%; H, 9.16%.

This compound has progestational activity.

## EXAMPLE 233

dl-13-Ethyl-17α-ethynyl-17-hydroxy-6α-methylgon-4-en-3-one

and

dl-13,17α-Diethyl-17-hydroxy-6α-methylgon-4-en-3-one

Dissolve 2-ethyl-2-(6-m-methoxyphenyl-6-methyl-3-oxohexyl)-1,3-cyclopentanedione (39.7 g) in benzene (500 ml) and reflux with p-toluenesulfonic acid in water (11.0 g). Remove 2 moles of water, add ethyleneglycol (50 ml) and reflux the solution overnight (16 hours). After working up by the usual procedure, filter repeatedly through Florex in hexane. Recrystallize from ethanol to obtain dl-13β-ethyl-3-methoxy-6-methyl-17,17-ethylenedioxygona-1,3,5-(10),8,14-pentaene (16.8 g), m.p. 120°–122°; ultraviolet absorption peak at 312 mμ, no infrared absorption in the ketone region.

Hydrogenate dl-13β-ethyl-3-methoxy-6-methyl-17,17-ethylenedioxygona-1,3,5(10),8,14-pentaene (15.3 g) in benzene (300 ml) with 2% palladized strontium carbonate (5.0 g). The uptake of 1,040 ml. will require 10 minutes. Work up in the usual manner, then recrystallize from 95% ethanol (110 ml) to obtain dl-13β-ethyl-3-methoxy-6-methyl-17,17-ethylenedioxygona-1,3,5(10)-,8-tetraene (11.0 g. of diamond-shaped plates; 71.8% yield), m.p. 122°–124°; ultraviolet absorption peak at 280 mμ (ε15,140).

Add dl-13-ethyl-3-methoxy-6-methyl-17,17-ethylenedioxygona-1,3,5(10),8-tetraene (11.0 g) in tetrahydrofuran (160 ml) to liquid ammonia (600 ml) containing tetrahydrofuran (170 ml) and aniline (30 ml). Then add lithium (0.6 g) in small portions and stir for 2 hours. Work up in the usual way to obtain dl-13-ethyl-3-methoxy-6-methyl-17,17-ethylenedioxygona-1,3,5-(10)-triene as a gum (9.5 g) that will crystallize on scratching. Recrystallize from isopropanol to obtain a product with m.p. 130°–134°; ultraviolet absorption peak at 280 mμ (ε1,976), no infrared absorption in the ketone region.

Suspend dl-13-ethyl-3-methoxy-6-methyl-17,17-ethylenedioxygona-1,3,5(10)-triene (9.0 g) in methanol (200 ml) and concentrated hydrochloric acid (5 ml). Heat the mixture on a steam bath for 15 minutes. Remove the solvent under vacuum and partition the

residue between ether and aqueous sodium bicarbonate. Remove the organic solvents and dry to obtain a gum. Recrystallize from methanol to obtain dl-13-ethyl-3-methoxy-6-methylgona-1,3,5-(10)-trien-17-one (7.29 g), m.p. 115°–123°. Recrystallize from methanol to obtain an analytical sample with m.p. 123°–127°; ultraviolet absorption peak at 280 mμ (ε2,190), infrared maximum (potassium bromide) at 5.75 μ.

$C_{21}H_{26}O_2$ Calculated: C, 80.73%; H, 9.03%. Found: C, 80.43%; H, 8.961 %.

Dissolve dl-13-ethyl-3-methoxy-6-methylgona-1,3,5(10)-trien-17-one (7.0 g) in methanol (300 ml) and treat with sodium borohydride (3.0 g). After spontaneous reflux ceases, acidify the reaction mixture with 50% acetic acid (20 ml). Work up by the usual procedures to obtain dl-13-ethyl-3-methoxy-6-methylgona-1,3,5(10-trien-17β-ol (6.8 g), m.p. 158°–160°; infrared absorption peaks (potassium bromide) at 3.05 μ, 6.45 μ.

$C_{21}H_{30}O_2$ Calculated: C, 80.21%; H, 9.61%. Found: C, 80.13%; H, 9.40%.

Add dl-13-ethyl-3-methoxy-6-methylgona-1,3,5-(10)-trien-17β-ol (6.80 g) in tetrahydrofuran (200 ml) to ammonia (800 ml) containing tetrahydrofuran (250 ml). Add lithium (3.5 g) and stir the solution for 1.75 hours. Discharge the blue color by dropwise addition of ethanol over a period of 0.25 hour. Add water. Filter and dry the product, dl-13, -ethyl-3-methoxy-6-methylgona-2,5(10)-dien-17β-ol (6.5 g), m.p. 176°–182°; infrared absorption peaks (potassium bromide) at 3.05 μ, 5.90 μ, 6.0 μ, no selective ultraviolet absorption above 220 mμ

Dissolve dl-13-ethyl-3-methoxy-6-methylgona-2,5(10)-dien-17β-ol (5.5 g) in toluene (200 ml) containing cyclohexanone (70 ml) and treat with aluminum isopropoxide (4.0 g) in toluene (50 ml). Reflux under nitrogen for 2.5 hours, then add water (10 ml) followed by anhydrous sodium sulfate (5 g). Stir the suspension for 0.5 hour, filter, and wash the filter cake with benzene. Remove the solvents and concentrate the residue at 100° under vacuum (.02 mm). Triturate the crystalline residue with ice-cold methanol to obtain dl-13β-ethyl-6-methyl-3-methoxygona-2,5(10)-dien-17-one (3.6 g), m.p. 118°–125°; infrared absorption peaks (potassium bromide) at 5.78 μ, 5.90 μ, 6.00 μ, no selective ultraviolet absorption above 220 mμ

Dissolve dl-13-ethyl-6-methyl-3-methoxygona-2,5(10)-dien-17-one (3.6 g) in dimethylacetamide (35 ml) and stir in a stream of acetylene for 0.5 hour. Add solid lithium acetylide-ethylenediamine (2.7 g) and stir the solution for 4 hours. Pour the reaction mixture onto ice, extract with ether, wash the ether layer with water, dry, and evaporate to obtain dl-13-ethyl-3-methoxy-6-methyl-17α-ethynyl-17-hydroxygona-2,5(10)-diene (3.5 g) as a gum; infrared absorption peaks (sodium chloride) at 2.90 μ, 3.05 μ, 5.90 μ, 6.03 μ.

Dissolve dl-13-ethyl-3-methoxy-6-methyl-17α-ethynyl-17-hydroxygona-2,5(10)-diene (3.5 g) in methanol (90 ml) containing concentrated hydrochloric acid (6.0 ml) and water (4.0 ml). Stir the solution under nitrogen for 1 hour. Work up in the usual fashion. Chromatograph on Florex (150 g), then recrystallize from ether-hexane to obtain dl-13-ethyl-17α-ethynyl-17-hydroxy-6α-methylgon-4-en-3-one (0.60 g), m.p. 148°–151°; ultraviolet absorption peak at 240 mμ (ε15,300), infrared maxima (chloroform) at 2.55 μ, 3.05 μ, 6.01 μ.

95

$C_{22}H_{30}O_2$ Calculated: C, 80.92%; H, 9.25%. Found: C, 81.01%; H, 9.56%.

This compound has progestational activity.

Hydrogenate dl-13-ethyl-17α-ethynyl-17-hydroxy-6α-methylgon-4-en-3-one (0.15 g) in benzene (20 ml) with 2% palladized strontium carbonate (25 mg). Recrystallize from ether to obtain dl-13,17α-diethyl-17-hydroxy-6β-methylgon-4-en-3-one (0.03 g); infrared absorption peaks at 2.95 μ, 6.04 μ, 6.20 μ.

This compound has anabolic activity.

EXAMPLE 234

dl-13-Ethyl-17aα-chloroethynyl-17aβ-hydroxy-D-homogon-4-en-3-one

Dissolve dl-13-ethyl-3-methoxy-D-homogona-2,5(10)-dien-17aβ-ol (20.5 g) in toluene (350 cc) and cyclohexanone (100 cc) and azeotrope under nitrogen to remove water. Add aluminum isopropoxide (16.0 g) in toluene (50 cc) and reflux for 2 hours. Cool, add water (20 cc), stir for 15 minutes and add anhydrous sodium sulfate (40 g). Filter and isolate the crude product by concentration under vacuum. Triturate with boiling methanol (200 cc), filter and dry to obtain dl-13-ethyl-3-methoxy-D-homogona-2,5(10)-dien-17a-one (18.0 g), m.p. 135°–140°, λmax. KBr 5.87 μ, 6.0 μ.

Dilute methyl lithium (94.6 g, 0.218 M) in ether with ether (200 cc) and cool to 0°. Add cis-dichloroethylene (11.0 g, 0.109 M) over one hour. Add dl-13-ethyl-3-methoxy-D-homogona-2,5(10)-dien-17a-one (12.0 g) suspended in ether (250 cc). Stir at room temperature for 1 hour, cool in an ice bath and add saturated aqueous ammonium chloride (250 cc) dropwise. Separate, wash, dry and evaporate the ether layer and triturate the crystalline residue with boiling methanol (100 cc). Filtrate gives dl-13-ethyl-17aα-chloroethynyl-3-methoxy-D-homogona-2,5(10)-dien-17aβ-ol (13.0 g), m.p. 120°–126°C. λmax. KBr 3.0 μ, 4.54 μ, 5.90 μ, 5.99 μ.

Suspend dl-13-ethyl-17aα-chloroethynyl-3-methoxy-D-homogona-2,5(10)-dien-17aβ-ol (13.0 g) in methanol (180 cc), water (8.0 cc) and concentrated hydrochloric acid (12.0 cc), and stir under nitrogen. Add tetrahydrofuran (15 cc) and dioxane (15 cc) to effect solution. Pour into brine, extract with ether and isolate the crude product. Recrystallize from ethyl acetate (100 cc) and hexane (70 cc) to obtain the title compound (7.4 g), m.p. 204°–206°C, λmax. KBr 2.90, 4.52, 6.0 μ; λmax. EtOH 240 mμ (ε16,820).

$C_{22}H_{29}O_2Cl$ Calculated: C, 73.21%; H, 8.10%; Cl, 9.82%. Found: C, 73.48%; H, 8.10%; Cl, 9.6%.

This compound has progestational activity.

EXAMPLE 235

dl-13,17α-Diethylgon-4-en-3,17-diol, 3-propionate

Treat dl-13,17α-diethylgon-4-en-3,17-diol (1.0 g) in pyridine (25 ml) with propionic anhydride (2 ml) and allow to stand at room temperature for 14 hours. Evaporate the solvents under reduced pressure to give the title compound as a glass (1.18 g), infrared absorption peaks at 2.93 μ, 5.80 μ and 6.0 μ

$C_{24}H_{38}O_3$ Calculated: C, 76.96%; 10.23%. Found: C, 76.40%; 10.70%.

This compound has anabolic activity.

96

EXAMPLE 236

dl-13-Ethyl-17aβ-hydroxy-D-homogon-4-en-3-one

Add dl-13-ethyl-D-homo-3-methoxygona-1,3,5(10)-trien-17aβ-ol (24.4 g) in tetrahydrofuran (200 cc) to liquid ammonia (1,000 cc) containing tetrahydrofuran (300 cc). Add lithium metal (7.0 g) portionwise and stir for 1.5 hours. Add absolute ethanol dropwise until the blue color is discharged, followed by water. Boil the precipitated solid with methanol (200 cc) and chill. Filter and dry the dl-13-ethyl-D-homo-3-methoxygona-2,5(10)-dien-17-aβ-ol (20.5 g), m.p. 141°–143°, λmax. KBr 3.05, 5.88, 5.97 μ.

Hydrolyze dl-13-ethyl-3-methoxy-D-homogona-2,5(10)-dien-17aβ-ol (1.30 g) in methanol (90 cc), concentrated hydrochloric acid (6.0 cc) and water (4.0 cc). Isolate the product and recrystallize from ethyl acetate to obtain the title compound (0.55 g), m.p. 144°–146°, λmax. KBr 2.95, 6.04 μ; λmax. EtOH 240 mμ (ε16,360).

$C_{20}H_{30}O_2$ Calculated: C, 79.43%; H, 10.00%. Found: C, 79.20%; H, 9.93%.

This compound has anabolic and progestational activities.

EXAMPLE 237

dl-17aβ-HYdroxy-13-propyl-D-homogon-4-en-3-one, 3-phenylpropionate

Add phenylpropionyl chloride (0.90 g) in benzene (5.0 cc) to a solution of dl-17aβ-hydroxy-13-propyl-D-homogon-4-en-3-one (0.80 g) in pyridine (5.0 cc), chilled to −15°C. Allow the reaction mixture to stand at −10°C for 16 hours, then at room temperature for 1 hour. Pour into ice water, extract with ether and isolate the crude product. Recrystallize from ethyl acetate-hexane to obtain the title compound (0.45 g), m.p. 166°–169°C, λmax. KBr 5.78, 5.98 μ; λmax. EtOH 240 mμ (ε16,900).

$C_{30}H_{40}O_3$ Calculated: C, 80.31%; H, 8.99%. Found: C, 79.98%; H, 8.64%.

EXAMPLE 238

dl-17aβ-Hydroxy-13-propyl-D-homogon-4-en-3-one, decanoate

Add decanoyl chloride (0.90 g) in benzene (5.0 cc) to dl-17aβ-hydroxy-13-propyl-D-homogon-4-en-3-one (0.80 g) in pyridine (5.0 cc), chilled to 15°C. Allow the reaction mixture to stand at −10° for 16 hours, then at room temperature for 1 hour. Pour into ice water, extract with ether and isolate the crude product. Recrystallize from hexane to obtain the title compound (0.375 g), m.p. 55°–58°C, λmax. KBr 5.78, 5.98 .μ; λmax. EtOH 240 mμ (ε15,250).

$C_{31}H_{50}O_3$ Calculated: C, 79.0%; H, 10.70%, Found: C, 78.95%; H, 10.60%.

EXAMPLE 239

dl-13β-Ethyl-17β-hydroxy-7-methylgon-4-en-3-one

Reflux dl-13-ethyl-17β-hydroxygon-4-en-3-one (3.0 g) with acetic anhydride (45 cc), acetyl chloride (24 cc) and pyridine (2.4 cc) for 3 hours. Take to dryness under reduced pressure and partition the residue between benzene-ether and water. Triturate the crude product with hot ether to obtain dl-3,17-diacetoxy-13-ethylgona-3,5-diene (3.125 g), m.p. 148°–156°; λmax.

4,002,746

## 97

KBr 5.68, 5.78, 6.0, 6.11 $\mu$; $\lambda$max. EtOH 238 m$\mu$ ($\epsilon$19,500).

Add dl-3-ethyl-3,17-dihydroxygona-3,5-diene, diacetate (1.0 g) dissolved in acetone (20 cc) to a solution of acetone (86 cc), pyridine (.59 ml), sodium acetate (2.72 cc), water (27.2 cc) and acetic acid (2.72 cc). Chill to 0° and add N-bromosuccinimide (0.5 g). Stir for three hours at a temperature between +5° and −5°. Pour into ice-cold brine (800 cc) and extract with ether. Wash and dry the ether layer and concentrate, deeping the temperature below +15°. Add calcium carbonate (3.0 g) and dimethylformamide (70 cc) and distil off residual ether. Reflux one hour, cool and filter; wash the cake with ether. Pour the filtrate into brine and extract with ether. Recrystallize from ethyl acetate-hexane to obtain dl-13-ethyl-17$\beta$-acetoxygona-4,6-dien-3-one (0.475 g), m.p. 163°–177°, $\lambda$max. KBr 5.77, 6.0 $\mu$; $\lambda$max. EtOH 283 m$\mu$ ($\epsilon$24,370).

$C_{21}H_{28}O_3$ Calculated: C, 76.80%; H, 8.59%; Found: C, 76.51%; H, 8.58%.

Add dl-13-ethyl-17$\beta$-acetoxygona-4,6-dien-3-one (2.0 g) in tetrahydrofuran (30 cc) to tetrahydrofuran (20 cc) containing 3 moles methyl magnesium bromide (16 cc) and cuprous chloride (299 mg) at 0°. Stir for 20 minutes and pour into ice-cold brine saturated with hydrochloric chloride. Extract with ether and chromatograph on Grade 2.5 neutral alumina. To obtain the title compound, recrystallize from ethyl acetate-hexane (0.56 g), m.p. 152°–154°; $\lambda$max. KBr 2.98, 6.02 $\mu$; $\lambda$max. EtOH 242 m$\mu$ ($\epsilon$16,730).

$C_{20}H_{30}O_2$ Calculated: C, 79.43%; H, 10.00%. Found: C, 79.11%; H, 9.92%.

This compound has antiestrogenic activity.

### EXAMPLE 240

dl-13,17$\alpha$-Diethyl-17-hydroxygon-4-en-3-one, acetate

Reflux dl-13,17$\alpha$-diethyl-17-hydroxygon-4-en-3-one (3.0 g) with acetic anhydride (48 cc), acetyl chloride (24 cc) and pyridine (2.4 cc) for 2 hours. Take the reaction mixture to dryness under reduced pressure and partition the residue between benzene-ether and water. Wash, dry and evaporate the organic layer to obtain the crude dl-13,17$\alpha$-diethyl-17-dihydroxygona-3,5-diene, diacetate. To obtain an analytical sample, triturate the crystalline crude product with ether, filter and wash with hexane, m.p. 122°–125°; $\lambda$max. KBr 5.71, 5.78, 6.0 $\mu$; $\lambda$max. EtOH 238 m$\mu$ ($\epsilon$18,200).

$C_{25}H_{36}O_4$ Calculated: C, 74.96%; H, 9.06%. Found : C, 74.64%; H, 9.10%.

Dissolve dl-13,17$\alpha$-diethyl-17-dihydroxygona-3,5-diene, diacetate (3.0 g) in tetrahydrofuran (70 cc) and methanol (70 cc), and chill the solution to 0°C. Add ice-cold 2% potassium in methanol (200 cc) and stir the solution under nitrogen for 1 hour. Pour into brine, make acid with 10% aqueous hydrochloric acid and extract with ether. Wash, dry and evaporate the organic layer and triturate the crystalline residue with ice-cold ether to obtain the title compound (1.45 g), m.p. 121°–123°C; $\lambda$max. KBr 5.80, 5.99 $\mu$; $\lambda$max. EtOH 240 m$\mu$ ($\epsilon$17,925).

$C_{23}H_{34}O_3$ Calculated: C, 77.05%; H, 9.56%. Found: C, 76.60%; H, 9.81%.

This compound has antiestrogenic activity.

## 98

### EXAMPLE 241

dl-13-Ethyl-17$\alpha$-ethynyl-17$\beta$-hydroxygon-4-en-3-one, acetate

Reflux dl-13-ethyl-17$\alpha$-ethynyl-17$\beta$-hydroxygon-4-en-3-one (1.0 g) for 1½ hours with acetic anhydride (16 cc), acetyl chloride (8.0 cc) and pyridine (0.8 cc). Remove the liquids under reduced pressure and partition the dry crystalline residue between benzene-ether and water. Wash the organic solvents under reduced pressure and triturate the residue with ice-cold ether to provide dl-13-ethyl-17$\alpha$-ethynyl-3,17-dihydroxygona-3,5-diene, diacetate (0.725 g), m.p. 144°–150°C; $\lambda$max. KBr 3.09, 5.67, 5.77$\mu$; $\lambda$max. EtOH 236 m$\mu$ ($\epsilon$19,300).

$C_{25}H_{32}O_4$ Calculated: C, 75.72%; H, 8.11%. Found: C, 75.28%; H, 7.86%.

Dissolve dl-13-ethyl-17$\alpha$-ethynyl-3,17-dihydroxygona-3,5-diene, diacetate (0.34 g) in methanol (60 cc) and tetrahydrofuran (10 cc) and chill to 0°C. Add 2% potassium in methanol (20 cc) and stir the solution under nitrogen for one hour. Pour into brine, make acid with 10% aqueous hydrochloric acid and extract with ether. Wash the ether with 5% sodium bicarbonate, water and brine. Dry the organic layer and remove the solvent under reduced pressure. Recrystallize the residue from a small amount of ether to provide the title compound (0.200 g), m.p. 162°–164°; $\lambda$max. KBr 3.1, 5.72, 6.02 $\mu$; $\lambda$max. EtOH 240 m$\mu$ ($\epsilon$18,185).

$C_{23}H_{30}O_2$ Calculated: C, 77.91%; H, 8.53%. Found: C, 77.46%; H, 8.29%.

This compound has progestational activity.

### EXAMPLE 242

dl-13-Ethyl-17$\alpha$-chloroethynyl-17-hydroxygon-4-en-3-one, acetate

Reflux dl-13-ethyl-17$\alpha$-chloroethynyl-17-hydroxygon-4-en-3-one (3.0 g) for 2 hours with acetic anhydride (48 cc), acetyl chloride (24 cc) and pyridine (2.4 cc). Take the reaction mixture to dryness under reduced pressure and partition the residue between benzene-ether and water. Wash, dry and evaporate the organic phase to obtain the crude dl-13-ethyl-17$\alpha$-chloroethynyl-3,17-dihydroxygona-3,5-diene, diacetate. Obtain an analytical sample by triturating this crystalline residue with cold ether and washing with hexane, m.p. 177°–180° (d) $\lambda$max. KBr 4.50, 5.70, 5.75, 6.0 $\mu$; $\lambda$max. EtOH 236 m$\mu$ ($\epsilon$18,800).

$C_{25}H_{31}O_4$ Cl Calculated: C, 69.67%; H, 7.25%. Found: C, 69.93%; H, 7.26%.

Dissolve dl-13-ethyl-17$\alpha$-chloroethynyl-3,17-dihydroxygona-3,5-diene, diacetate (3.0 g) in tetrahydrofuran (70 cc) and methanol (70 cc) and cool to 0°–5° under nitrogen. Add 2% potassium hydroxide in methanol (200 cc) and stir for 1 hour. Pour into brine, make acid with 10% aqueous hydrochloric acid and extract with ether. Wash, dry evaporate the ether and dissolve the residue in 10% petroleum ether-90% benzene and filter through Grade III neutral alumina (100 g). Remove the solvent and recrystallize the residue from ether-hexane to provide the title compound (1.275 g), m.p. 185°–187°; $\lambda$max. KBr 4.52, 5.75, 6.0 $\mu$; $\lambda$max. EtOH 240 m$\mu$ ($\epsilon$16,900).

$C_{23}H_{29}O_3$ Cl Calculated: C, 71.03%; H, 7.52%. Found: C, 71.03%; H, 7.69%.

99
4,002,746
100

## EXAMPLE 243

### dl-17β-Hydroxy-17α-ethynylestr-4-en-3-one

Dissolve dl-3-methoxyestra-2,5(10)-dien-17β-ol (4 g) in cyclohexanone (40 ml) and toluene (140 ml) and add a solution of aluminum isopropoxide (4 g) in toluene (56 ml). Reflux in an atmosphere of nitrogen for two hours and cool. Add water (7.5 ml), shake, and then dry by adding sodium sulfate (10 g). Filter and evaporate under vacuum and recrystallize the residue from methanol to obtain dl-3-methoxyestra-2,5(10)-dien-17-one (3.5 g); m.p. 116°–118°; infrared absorption maxima at 5.76 μ, 5.9 μ, 6.01 μ.

This compound has progestational activity.

Add a solution of dl-3-methoxyestra-2,5(10)-dien-17-one (3.5 g) in dimethylacetamide (100 ml) to a suspension of lithium acetylide (3.7 g) in dioxane (25 ml) and dimethylacetamide (20 ml). Stir for three hours, pour on to ice water (200 g) and extract with ether. Wash, dry, and evaporate the ethereal solution and recrystallize the residue from methanol to obtain dl-17α-ethynyl-3-methoxyestra-2,5(10)-dien-17β-ol (2 g), m.p. 160°–164°; infrared absorption maxima at 2.95 μ, 3.15 μ, 5.9 μ, 6.0 μ.

Dissolve dl-17α-ethynyl-3-methoxyestra-2,5(10)-dien-17β-ol (1 g) in methanol (20 ml) containing concentrated hydrochloric acid (1.2 ml) and water (0.8 ml) and stir for one hour. Add water (250 ml) and extract with ether. Wash, dry and evaporate the ethereal solution and recrystallize the residue from ethyl acetate-ether to obtain the title compound (0.63 g), m.p. 173°–174.5°; ultraviolet absorption peak at 240 mμ (ε17,500); infrared absorption maxima at 3.05 μ, 6.05 μ.

$C_{20}H_{26}O_2$ Calculated: C, 80.49%; H, 8.76%. Found: C, 80.41%, H, 8.82%.

## EXAMPLE 244

### dl-17α-Ethyl-17-hydroxyestr-4-en-3-one

Add solid lithium acetylide-ethylenediamine complex (9.5 g) to a solution of 3-methoxyestra-1,3,5(10),8-tetraen-17-one (10 g) in dimethylacetamide (100 ml), stir the mixture for 15 hours and then pour into ice water. Extract with ether-benzene (1:1), and wash, dry and evaporate the organic extract. Recrystallize the residue from methanol to obtain dl-17α-ethynyl-3-methoxyestra-1,3,5(10),8-tetraen-17-ol (2.8 g), m.p. 133°–137°; infrared absorption peaks at 3.1 μ, 6.25 μ.

Add dl-17α-ethynyl-3-methoxyestra-1,3,5(10),8-tetraen-17-ol (7 g) in benzene (75 ml) to a suspension of prehydrogenated 2% palladised calcium carbonate (3 g) in benzene (50 ml), and shake in an atmosphere of hydrogen until two molecular equivalents of hydrogen (1,030 ml) have been absorbed. Filter the catalyst, evaporate the solvent, and recrystallize the residue twice from methanol to obtain dl-17α-ethyl-3-methoxyestra-1,3,5(10),8-tetraen-17-ol (4.5 g), m.p. 105°–120°; ultraviolet absorption maximum 278 mμ (ε12,000); infrared absorption peaks at 2.95 μ, 6.25 μ.

Add dl-17α-ethyl-3-methoxyestra-1,3,5(10),8-tetraen-17-ol (3 g) in tetrahydrofuran (50 ml) to lithium (0.8 g) in aniline (8 ml) and liquid ammonia (200 ml). Stir for 2 hours, decompose by adding ammonium chloride and water, and extract with ether. Wash, dry and evaporate the organic extract, and crystallize from ethyl acetate-hexane to obtain dl-17α-ethyl-3-methox-

yestra-1,3,5(10)-trien-17β-ol (2 g), m.p. 133°–135°; ultraviolet absorption maximum at 279 mμ (ε2,120).

Add dl-17α-ethyl-3-methoxyestra-1,3,5(10)-trien-17-ol (2 g) in ether (55 ml) to distilled liquid ammonia (180 ml), and add lithium (1 g) to the stirred solution. After 45 minutes add ethanol (15 ml) and ether (15 ml) dropwise followed by ammonium chloride and water. Extract with ether, wash, dry, evaporate, and recrystallize the residue from ether to obtain dl-17α-ethyl-3-methoxyestra-2,5(10)-dien-17-ol (1.4 g), m.p. 131°–134°.

Stir dl-17α-ethyl-3-methoxyestra-2,5(10)-dien-17-ol (1.4 g) with concentrated hydrochloric acid (2.4 ml) in water (1.6 ml) and methanol (36 ml) for 2 hours. Add water, extract with ether and wash, dry and evaporate the ethereal solution. Recrystallize the product from ethyl acetate-ether to obtain the title compound (0.63 g), m.p. 173°–174.5°; ultraviolet absorption maximum at 240 mμ (ε17,500).

$C_{20}H_{28}O_2$ Calculated: C, 80.5%; H, 8.7%. Found: C, 80.4%; H, 8.8%.

This compound has anabolic activity.

## EXAMPLE 245

### dl-13-Ethyl-17β-hydroxy-17α-(1-hydroxyethyl)gon-4-en-3-one

Reduce dl-13-ethyl-17α-acetyl-3-methoxygona-1,3,5(10)-triene (1 g) with lithium aluminum hydride in ether to dl-13-ethyl-17-(1-hydroxyethyl)-3-methoxygona-1,3,5(10)-triene. Reduce this alcohol (0.9 g) with lithium (0.7 g) and ethanol in liquid ammonia (150 cc)-tetrahydrofuran (60 cc) to dl-13-ethyl-17β-hydroxy-17α-(1-hydroxyethyl)-3-methoxygona-2,5(10)-diene. Hydrolyse this substance with methanolic hydrochloric acid and recrystallize the product from ethyl acetate to obtain the title substance, m.p. 159°–164°, λmax. 240 mμ (ε15,230).

$C_{21}H_{32}O_3$ Calculated: C, 75.85%; H, 9.7%. Found: C, 76.1%; H, 9.8%.

This compound has progestational activity.

## EXAMPLE 246

### 13-Ethyl-17β-hydroxygon-4-en-3-one, 2′-tetrahydropyranyl ether

Add 2 drops of concentrated hydrochloric acid to 13-ethyl-17β-hydroxygon-4-en-3-one (0.5 g), 2,3-dihydropyran (5 ml), and ether (3 ml). Keep the mixture for 3 days at room temperature then dilute it with ether and add sodium bicarbonate. Recrystallize the product from hexane to obtain the title substance, m.p. 110°–140°.

$C_{24}H_{34}O_3$ Calculated: C, 77.4%; H, 9.7%. Found: C, 77.15%; H, 9.5%.

This compound has anabolic activity.

## EXAMPLE 247

### dl-13-Ethyl-17β-(2-hydroxyethoxy)gon-4-en-3-one, benzoate

Stir a solution of 4.0 g. of dl-13-ethyl-17β-(2-hydroxyethoxy)-3-methoxygona-1,3,5(10)-triene, 300 ml. of tetrahydrofuran, and 300 ml. of liquid ammonia. Add 4.0 g. of lithium and stir for 1 hour. Discolor with absolute alcohol, add water and filter off the precipitate; infrared peaks at 2.91, 5.89, 6.00 μ.

Stir a suspension of 1.7 g. of the foregoing enol ether, 100 ml. of methanol, 8 ml. of conc. hydrochloric acid,

4,002,746

**101**

and 5 ml. of water for 2 hours. Dilute with water and extract the material with ether. Evaporate the ether to obtain a gum.

Treat a solution of 1.3 g. of this crude material in 6 ml. of pyridine with 1.3 ml. of benzoyl chloride at −10°. Keep the solution at −10° for 22 hours, then pour it over ice and extract the mixture with ether. Chromatograph the product on alumina. Elute with benzene-ethyl acetate to obtain the title substance; infrared peaks at 5.80, 5.98 $\mu$.

$C_{28}H_{36}O_4$ Calculated: C, 77.03%; H, 8.31%. Found: C, 77.44%; H, 8.59%.

This compound has anabolic activity.

### EXAMPLE 248

#### dl-17β-Ethoxy-13-ethylgon-4-en-3-one

Reflux a suspension of 5.0 g. of dl-13-ethyl-3-methoxygona-1,3,5(10)-trien-17β-ol and 3.83 g. of sodium hydride (50% in oil) for 1.5 hours in xylene (100 ml). Add 14.5 ml. of ethyl iodide and reflux for 22 hours. Acidify with 2N hydrochloric acid and extract the material with benzene. Chromatograph the residue on alumina (Grade I neutral). Elute the product with benzene-ether (1:1). Recrystallize the product from 60 ml. of methanol to obtain dl-17β-ethoxy-13-ethyl-3-methoxygona-1,3,5(10)-triene (2.3 g); m.p. 74°–77°C.

$C_{22}H_{32}O_2$ Calculated: C, 80.44%; H, 9.83%. Found: C, 80.73%; H, 10.09%.

Add 2.0 g. of lithium to a suspension of 2.0 g. of dl-17β-ethoxy-13-ethyl-3-methoxygona-1,3,5(10)-triene, 90 ml. of 1,2-dimethoxyethane, 100 ml. of 1-methoxy-2-propanol, and 300 ml. of ammonia while stirring. Treat with 2.0 g. of ammonium chloride and water, filter off the precipitate and add it to 80 ml. of methanol, 4 ml. of water, and 5 ml. of conc. hydrochloric acid. Stir for one hour and dilute with water. Extract the product with ether and recrystallize it successively from methanol-water and petroleum ether-ether to obtain the title substance, m.p. 95°–97°; ultraviolet peak at 244 m$\mu$ (15,900); infrared peak at 6.0 $\mu$.

$C_{21}H_{32}O_2$ Calculated: C, 79.70%; H, 10.19%. Found: C, 79.90%; H, 10.38%.

This compound has progestational and anabolic activities.

### EXAMPLE 249

#### dl-13-Ethyl-17β-(1-hydroxy-2,2,2-trichloroethoxy)-gon-4-en-3-one

Add 2.9 g. of dl-13-ethyl-17β-hydroxygon-4-en-3-one to a solution of 1.9 g. of chloral hydrate in 10 ml. of benzene at 5°C. Keep the mixture overnight at this temperature. Filter off the product and recrystallize it successively from ethyl acetate and petroleum ether-benzene to obtain the title substance, m.p. 175°–176°; ultraviolet peak at 240 m$\mu$ (17,500); infrared peaks at 3.10, 6.05, 6.20 $\mu$.

$C_{21}H_{29}Cl_3O_3$ Calculated: C, 57.87%; H, 6.71%; Cl, 24.41%. Found: C, 57.82%; H, 6.64%; Cl, 24.2%.

This compound has anabolic and progestational activities.

### EXAMPLE 250

#### dl-13-Ethyl-17β-(1-hydroxy-2,2,2-trichloroethoxy)-gon-4-en-3-one, acetate

Keep a solution of 1.5 g. of 13-ethyl-17β-(1-hydroxy-2,2,2-trichloroethoxy)gon-4-en-3-one in acetic anhy-

**102**

dride (5 ml) and pyridine (5 ml) for 3 days. Evaporate the solvent afterwards and reflux the residue with methanol for a few minutes. Cool and filter off the title substance (1.2 g); m.p. 183°–183°; ultraviolet peak at 240 m$\mu$ (∈17,500).

$C_{23}H_{31}Cl_3O_4$ Calculated: C, 57.81%; H, 6.54%; Cl, 22.26%. Found: C, 57.76%; H, 6.37%; Cl, 22.2%.

This compound has anabolic and progestational activities.

### EXAMPLE 251

#### dl-13-Ethyl-17β-propoxygon-4-en-3-one

Reflux a suspension of 5.0 g. of dl-13-ethyl-3-methoxygona-1,3,5(10)-triene-17β-ol, 100 mg. of xylene, and 3.9 g. of sodium hydride (50% in mineral oil) for 1.5 hours. Add 14.5 ml. of allyl bromide and reflux for 22 hours. Make the reaction mixture acidic with dilute hydrochloric acid and extract the organic layer with sodium bicarbonate solution. Chromatograph the residue on alumina (Grade I neutral) and elute the product with ether to obtain dl-17β-allyloxy-13-ethyl-3-methoxygona-1,3,5(10)-triene.

Hydrogenate 3.0 g. of dl-17β-allyloxy-13-ethyl-3-methoxygona-1,3,5(10)-triene in 100 ml. of benzene and 1.0 g. of 10% palladized charcoal at atmospheric pressure. Filter off the catalyst and recrystallize the residue from methanol to obtain 2.3 g. of the desired product, m.p. 83°–84°C; λmax. 279 (∈2,010).

$C_{23}H_{34}O_2$ Calculated: C, 80.65%; H, 10.01% Found: C, 80.42%; H, 9.80%

Treat a suspension of 1.5 g. of dl-13-ethyl-3-methoxy-17β-propoxygona-1,3,5(10)-triene, 75 ml. of 1,2-dimethoxyethane, 75 ml. of 1-methoxy-2-propanol, and 300 ml. of liquid ammonia with 5.0 g. of lithium. When the reaction ends add 1.5 g. of ammonium chloride and water. Collect the precipitate of dl-13-ethyl-3-methoxy-17β-propoxygona-2,5(10)-diene, and add it to a solution of 50 ml. of methanol, 5 ml. of conc. hydrochloric acid, and 4 ml. of water. Stir for 0.5 hours. Filter off a small amount of insoluble material. Add water to clean solution and extract with ether. Recrystallize from etherpetroleum ether to obtain the title product, m.p. 88°–89°; ultraviolet peak at 242 m$\mu$ (∈16,600); infrared peaks at 6.00, 6.19$\mu$.

$C_{22}H_{34}O_2$ Calculated: C, 79.95%; H, 10.37%. Found: C, 80.02%; H, 10.20%.

This compound has anabolic activity.

### EXAMPLE 252

#### dl-17-Chloroethynyl-13-ethylgon-4-en-3,17β-diol

Stir a solution of (5.0 g) dl-17-chloroethynyl-17β-hydroxy-13-ethylgon-4-en-3-one and 150 ml. of absolute alcohol (ice-bath), add 2.0 g. of sodium borohydride and continue to stir for three hours at room temperature. Add acetic acid and water and extract with ether. Wash the ether solution with sodium bicarbonate solution. Evaporate the solvent to obtain 5.0 g. of the title product; no infrared absorption in the 6 $\mu$ region.

This compound has pituitary-blocking activity.

### EXAMPLE 253

#### dl-17-Chloroethynyl-13-ethylgon-4-ene-3,17β-diol, 3-acetate

Treat a mixture of 2.0 g. of dl-17-chloroethynyl-13-ethylgon-4-ene-3,17β-diol, 10 mg. of pyridine with 15 ml. of acetic anhydride. Keep the solution overnight at

4,002,746

**103**

room temperature, and then pour it into ice-water; acidify with 2 N hydrochloric acid and extract with ether. Evaporate the ether and crystallize residue from methanol-water to obtain 900 mg. of desired product, m.p. 156°–160°; infrared peaks at 2.90, 4.54, 5.80, 6.00 μ.

$C_{23}H_{31}O_3Cl$ Calculated: Cl, 9.09%. Found: Cl, 9.01%. This compound has progestational activity.

**EXAMPLE 254**

dl-17β-(2-Diethylaminoethoxy)-13-ethylgon-4-en-3-one, citrate

Stir a solution of 100 ml. of ether, 13.3 g. aluminum chloride and 15 ml. of lithium aluminum hydride (1 molar solution) for 40 minutes. Add a solution of 17.1 g. of dl-13-ethyl-17,17-ethylenedioxy-3-methoxygona-1,3,5(10)-triene in 1 liter of ether and stir for 4 hours. Dilute with 2 N sulfuric acid until clear solution results. Separate the ether layer and evaporate the solvent. Treat residue with 20 ml. of ethanol, 5 ml. of conc. hydrochloric acid, and 10 ml. of water on steam bath for 30 minutes. Crystallize the product from ethanol to obtain 8.1 g. dl-13-ethyl-17β-(2-hydroxyethoxy)-3-methoxygona-1,3,5(10)-triene; m.p. 131°–132°.

$C_{22}H_{32}O_3$ Calculated: C, 76.70%; H, 9.36%. Found: C, 76.81%; H, 9.35%.

Stir a cooled solution of 344 mg. of dl-13-ethyl-17β-(2-hydroxyethoxy)-3-methoxygona-1,3,5(10)-triene in 2 ml. of pyridine (acetone-dry ice bath) and add dropwise 0.14 ml. of methanesulfonyl chloride. After 2 hours bring reaction mixture to room temperature. Mix with ice and water and a few drops of methanol to obtain a crystalline precipitate. Recrystallize this to obtain dl-13-ethyl-17β-(2-hydroxyethoxy)-3-methoxygona-1,3,5(10)-triene methane sulfonate from methanol (310 mg); m.p. 104°.

$C_{23}H_{34}O_5S$ Calculated: C, 65.37%; H, 8.11%; S, 7.60%. Found: C, 65.62%; H, 8.22%, S, 7.85%.

Reflux a suspension of 2.3 g. of the foregoing ester with 50 ml. of diethylamine for 6 hours. Evaporate the solvent and treat the residue with aqueous acetic acid. Extract the non-basic fraction with ether. Basify the acidic layer and separate the product with ether. Recrystallize from methanol-water to obtain dl-13-ethyl-17β-(2-diethylaminoethoxy)-3-methoxygona-1,3,5(10)-triene; m.p. 66°–67°.

$C_{26}H_{41}NO_2$ Calculated: C, 78.14%; H, 10.34%; N, 3.51%. Found: C, 77.85%; H, 10.03%; N, 3.52%.

Add 3.0 g. of lithium to a stirred solution of 4.0 g. of 17β-(2-diethylaminoethoxy)-13-ethyl-3-methoxygona-1,3,5(10)-triene, 200 ml. of morpholine, 200 ml. of tetrahydrofuran, 100 ml. of 1-methoxy-2-propanol, and 500 ml. of liquid ammonia. Treat with 25.0 g. of ammonium chloride and water and extract with ether to obtain 3.0 g. of dl-13-ethyl-17β-(2-diethylaminoethoxy)-3-methoxygona-2,5(10)-diene.

Add 50 ml. methanol, 5 ml. of conc. hydrochloric acid and 4 ml. of water to the foregoing enol ether and stir for 2 hours. Add sodium hydroxide solution (10%) and extract product with ether. Purify product by chromatography on alumina (Grade 1 neutral). Evaporate the methanol eluate, dissolve the residue in 100 ml. of ether and add 560 mg. of citric acid hydrate in 600 ml. of ether to the solution. Filter precipitate to obtain the title product (0.9 g.)

$C_{31}H_{49}NO_9$ Calculated: N, 2.42%. Found: N, 2.61%.

**104**

**EXAMPLE 255**

dl-13-Ethyl-17α-ethynyl-17β-hydroxy-7α-methylgon-4-en-3-one

Reflux dl-13-ethyl-17β-hydroxy-7α-methylgon-4-en-3-one (1.35 g) in benzene (100 ml) with ethylene glycol (10 cc) and p-toluene-sulfonic acid hydrate (67 mg) for 6 hours using a water separator. Wash, dry and evaporate the solvent to obtain the dl-13-ethyl-3,3-ethylenedioxy-17β-hydroxy-7α-methylgon-5 and 5(10)-ene, as a gum, λmax. NaCl 2.90 μ.

Subject dl-13-ethyl-3,3-ethylenedioxy-17β-hydroxy-7α-methylgon-5 and 5(10)-ene (1.4 g) to Oppenauer oxidation by refluxing in the presence of toluene (50 cc), cyclohexanone (10 cc) and aluminum isopropoxide (0.80 g) for 3.5 hours.

Isolate the dl-13-ethyl-3,3-ethylenedioxy-7α-methylgon-5 and 5(10)-ene-17-one as a gum by addition of water (0.5 cc), sodium sulfate anhydrous (6.0 g), filtration and concentration under high vacuum, λmax. NaCl 2.9, 5.75, 5.85 μ.

Dissolve dl-13-ethyl-3,3-ethylenedioxy-7α-methylgon-5 and 5(10)-en-17-one (1.3 g) in dimethylacetamide (50 cc) and stir in a stream of acetylene in the presence of lithium acetylide-ethylenediamine (1.0 g) for 2 hours. Add ice, extract with ether and isolate the crude dl-13-ethyl-3,3-ethylenedioxy-17α-ethynyl-7α-methylgon-5 and 5(10)-ene (0.8 g). Infrared spectral data indicate no ketone remaining.

Dissolve crude dl-13-ethyl-3,3-ethylenedioxy-17α-ethynyl-17-hydroxy-7α-methylgon-5 and 5(10)-ene (0.8 g) in methanol (50 cc), hydrochloric acid (3.0 cc) and water (2.0 cc), and stir under nitrogen for 1.5 hours. Pour into brine, extract with ether and isolate the crude product as a crystalline solid, m.p. 170°–175°. Chromatograph on Florex XXS (40.0 g) and recrystallize from ethyl acetate-hexane to obtain the title compound (0.550 g), m.p. 182°–184°C, λmax. KBr 3.0, 3.1, 4.80, 6.09 μ.

$C_{22}H_{30}O_2$ Calculated: C, 80.92%; H, 9.26%. Found; C, 80.62%; H, 9.13%.

**EXAMPLE 256**

dl-13-Ethyl-17β-(2-dimethylaminoethoxy)gon-4-en-3-one

Stir a solution of 860 mg. of sodium amide in 15 ml. of benzene and add 3.0 g. of dl-13-ethyl-3-methoxygona-1,3,5(10)-trien-17β-ol in 15 ml. of benzene. Heat for 2 hours at 70°–83°. Cool to room temperature and add 1.58 g. of N,N-dimethylamino-2-chloroethane hydrochloride and reflux for 16 hours. Pour over ice and acidify reaction mixture with 2 N hydrochloric acid. Extract with ether and basify the aqueous layer with 15% sodium hydroxide. Isolate material with ether. Evaporate the ether to obtain dl-13-ethyl-17β-(2-dimethylaminoethoxy)-3-methoxygona-1,3,5(10)-triene.

Add to a solution of 400 mg. of dl-13-ethyl-17β-(2-dimethylaminoethoxy)-3-methoxygona-1,3,5(10)-triene, 75 ml. of tetrahydrofuran, and 120 ml. of liquid ammonia, 500 mg. of lithium while stirring for 3 hours. Add absolute alcohol until the reaction mixture turns colorless. Add 6.0 g. of ammonium chloride and water, and filter off the precipitate.

Stir this material with a solution of 12 ml. of methanol and 1 ml. of 2 N hydrochloric acid for 1 hour. Basify with 10% sodium hydroxide and collect the pre-

4,002,746

105

cipitate. Recrystallize the product from methanol-water to obtain the title compound, m.p. 87°–88°.

$C_{25}H_{37}O_2N$ Calculated: C, 76.83%; H, 10.37%; N, 3.90%. Found: C, 76.69%; H, 10.22%; N, 4.06%.

The subject matter which the applicants regard as their invention is particularly pointed out and distinctly claimed as follows:

1. A therapeutic composition having progestational activity comprising as active ingredient a 17-aliphatic carboxylic acid ester of 17α-ethynyl-18-methyl-19-nor-testosterone and a pharmaceutical carrier for said compound.

106

2. A composition according to claim 1 wherein said nortestosterone 17-ester is the 17-acetate ester.

3. A therapeutic composition having progestational activity in which the active ingredient is a 17α-ethynyl-18-methyl-19-nortestosterone 17-aliphatic carboxylic acid ester present in a progestationally effective amount.

4. A therapeutic composition according to claim 3 wherein said ester is 17α-ethynyl-18-methyl-19-nortes-tosterone 17-acetate.

5. A method of providing steroid therapy which comprises administering to a subject a therapeutic composition according to claim 3.

* * * * *

# EXHIBIT  21

# REEXAMINATION CERTIFICATE (1544th)

## United States Patent [19]

## Hughes et al.

[11] **B1 4,002,746**

[45] Certificate Issued    Sep. 3, 1991

[54] **SYNTHESIS OF GON-4-ENES**

[76] Inventors: **Gordon A. Hughes; Herschel Smith,** both of Wayne, Pa.

**Reexamination Request:**
No. 90/002,043, Jun. 4, 1990

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | 4,002,746 |
| Issued: | Jan. 11, 1977 |
| Appl. No.: | 337,823 |
| Filed: | Jan. 15, 1964 |

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 228,384, Oct. 4, 1962, Pat. No. 3,850,911, which is a continuation-in-part of Ser. No. 57,904, Sep. 23, 1960, abandoned, Ser. No. 91,341, Feb. 24, 1961, abandoned, Ser. No. 137,535, Sep. 12, 1961, abandoned, Ser. No. 195,000, May 15, 1962, abandoned, Ser. No. 196,557, May 16, 1962, abandoned.

[51] Int. Cl.$^5$ ......................... **A61K 31/56; C07J 31/00; C07J 1/00; C07J 44/00**

[52] U.S. Cl. ............................ **514/178;** 552/526; 552/613; 552/614; 552/625; 552/626; 552/628; 552/630; 552/631; 552/642; 552/644; 552/646; 552/647; 552/648; 552/649; 552/645

[58] Field of Search ................. 514/178; 552/526, 613

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 2,964,537 | 12/1960 | Engelfried ......................... 260/397.4 |
| 3,391,165 | 7/1968 | Hughes et al. . |
| 3,391,169 | 7/1968 | Hughes et al. . |
| 3,407,217 | 10/1968 | Hughes et al. . |
| 3,417,081 | 12/1968 | Hughes et al. . |
| 3,467,652 | 9/1969 | Hughes et al. . |
| 3,471,531 | 10/1969 | Hughes et al. . |
| 3,479,435 | 11/1969 | Hughes et al. . |
| 3,502,699 | 3/1970 | Hughes et al. . |
| 3,519,714 | 7/1970 | Hughes et al. . |
| 3,624,110 | 11/1971 | Hughes et al. . |
| 3,666,858 | 5/1972 | Hughes et al. . |
| 3,850,911 | 11/1974 | Hughes et al. . |

| | | |
|---|---|---|
| 3,959,322 | 5/1976 | Hughes et al. . |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 595384 | 3/1961 | Belgium . |
| 595385 | 3/1961 | Belgium . |
| 595386 | 3/1961 | Belgium . |
| 595387 | 3/1961 | Belgium . |
| 595388 | 3/1961 | Belgium . |
| 975591 | 12/1960 | United Kingdom . |
| 975596 | 12/1960 | United Kingdom . |

**OTHER PUBLICATIONS**

Fieser & Fieser, *Steroids,* Reinhold Publ. Co. New York, NY (1959) pp. 460–502 and 586–599.

Marker, R. "Sterols XLI. Reduction of Naphtholic Steroids, Equilenin", *J. Am. Chem. Soc.* vol. 60, pp. 1897–1900 (Aug., 1938).

Bachmann, W. E. et al., "The Total Synthesis of the Sex Hormone Equilenin and its Stereoisomers," *J. Am. Chem. Soc.* vol. 62.

Bachman, W. E. et al., "The Synthesis of Compounds Related to The Sex Hormones, A Homolog of Equilinen Containing an Angular Ethyl Group", *J. Am. Chem. Soc.* vol. 63, pp. 595–598 (Feb. 1941).

Bachman, W. E., et al. "The Synthesis of Four Homologs of the Sex Hormone Equilenin", *J. Am. Chem. Soc.* vol. 63, pp. 2592–2598 (Oct., 1941).

Daubin, W. G., et al., "The Hydrogenation of Equilinen to an Isoestradiol" *J. Am. Chem. Soc.* vol. 78, pp. 633–635 (1956).

Ananchenko, S. N., et al., "A New Path for the Synthesis of Steroidal Compounds" 54 Chem Ab., 1599f (1959).

German Ausleg. 1 005 508 published Apr. 4, 1957.

Tessie, Ph. et al., "Synthesis and Polymerization of Methylacroylacetone," *Die Makromolekulare Chemie* vol. 26 pp. 245–251 (1958).

*Primary Examiner*—Frederick E. Waddell

**EXEMPLARY CLAIM**

1. A therapeutic composition having progestational activity comprising as active ingredient a 17-aliphatic carboxylic acid ester of 17α-ethynyl-18-methyl-19-nortestosterone and a pharmaceutical carrier for said compound.

B1 4,002,746

1

**REEXAMINATION CERTIFICATE
ISSUED UNDER 35 U.S.C. 307**

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

Matter enclosed in heavy brackets **[ ]** appeared in
the patent, but has been deleted and is no longer a part
of the patent; matter printed in italics indicates additions
made to the patent.

2

AS A RESULT OF REEXAMINATION, IT HAS
BEEN DETERMINED THAT:

The patentability of claims 1–5 is confirmed.

New claim 6 is added and determined to be patent-
able.

6. *A method of preventing conception in a female which
comprises administering a therapeutic composition com-
prising a progestationally effective amount of 17α-ethynyl-
18-methyl-19-nortestosterone 17-acetate and a pharmaceu-
tical carrier.*

*     *     *     *     *

# EXHIBIT  22

## ORTHO TRI-CYCLEN® TABLETS
## ORTHO-CYCLEN® TABLETS
### (norgestimate/ethinyl estradiol)

Patients should be counseled that this product does not protect against HIV infection (AIDS) and other sexually transmitted diseases.

### DESCRIPTION
Each of the following products is a combination oral contraceptive containing the progestational compound norgestimate and the estrogenic compound ethinyl estradiol.

ORTHO TRI-CYCLEN® Tablets.

Each white tablet contains 0.180 mg of the progestational compound, norgestimate (18,19-Dinor-17-pregn-4-en-20-yn-3-one,17-(acetyloxy)-13-ethyl-,oxime,(17α)-(+)-) and 0.035 mg of the estrogenic compound, ethinyl estradiol (19-nor-17α-pregna,1,3,5(10)-trien-20-yne-3,17-diol). Inactive ingredients include lactose, magnesium stearate, and pregelatinized corn starch.

Each light blue tablet contains 0.215 mg of the progestational compound norgestimate (18,19-Dinor-17-pregn-4-en-20-yn-3-one,17-(acetyloxy)-13-ethyl-,oxime,(17α)-(+)-) and 0.035 mg of the estrogenic compound, ethinyl estradiol (19-nor-17α-pregna,1,3,5(10)-trien-20-yne-3,17-diol). Inactive ingredients include FD & C Blue No. 2 Aluminum Lake, lactose, magnesium stearate, and pregelatinized corn starch.

Each blue tablet contains 0.250 mg of the progestational compound norgestimate (18,19-Dinor-17-pregn-4-en-20-yn-3-one,17-(acetyloxy)-13-ethyl-,oxime,(17α)-(+)-) and 0.035 mg of the estrogenic compound, ethinyl estradiol (19-nor-17α-pregna,1,3,5(10)-trien-20-yne-3,17-diol). Inactive ingredients include FD & C Blue No. 2 Aluminum Lake, lactose, magnesium stearate, and pregelatinized corn starch.

Each green tablet contains only inert ingredients, as follows: D & C Yellow No. 10 Aluminum Lake, FD & C Blue No. 2 Aluminum Lake, lactose, magnesium stearate, microcrystalline cellulose and pregelatinized corn starch.

ORTHO-CYCLEN® Tablets.

Each blue tablet contains 0.250 mg of the progestational compound norgestimate (18,19-Dinor-17-pregn-4-en-20-yn-3-one,17-(acetyloxy)-13-ethyl-,oxime,(17α)-(+)-) and 0.035 mg of the estrogenic compound, ethinyl estradiol (19-nor-17α-pregna,1,3,5(10)-trien-20-yne-3,17-diol). Inactive ingredients include FD & C Blue No. 2 Aluminum Lake, lactose, magnesium stearate, and pregelatinized corn starch.

Each green tablet contains only inert ingredients, as follows: D & C Yellow No. 10 Aluminum Lake, FD & C Blue No. 2 Aluminum Lake, lactose, magnesium stearate, microcrystalline cellulose and pregelatinized corn starch.



Norgestimate          Ethinyl Estradiol

### CLINICAL PHARMACOLOGY
**Oral Contraception**
Combination oral contraceptives act by suppression of gonadotropins. Although the primary mechanism of this action is inhibition of ovulation, other alterations include changes in the cervical mucus (which increase the difficulty of sperm entry into the uterus) and the endometrium (which reduce the likelihood of implantation). Receptor binding studies, as well as studies in animals and humans, have shown that norgestimate and 17-deacetyl norgestimate, the major serum metabolite, combine high progestational activity with minimal intrinsic androgenicity.[90-93] Norgestimate, in combination with ethinyl estradiol, does not counteract the estrogen-induced increases in sex hormone binding globulin (SHBG), resulting in lower serum testosterone.[90,91,94]

**Acne**
Acne is a skin condition with a multifactorial etiology, including androgen stimulation of sebum production. While the combination of ethinyl estradiol and norgestimate increases sex hormone binding globulin (SHBG) and decreases free testosterone, the relationship between these changes and a decrease in the severity of facial acne in otherwise healthy women with this skin condition has not been established.

### PHARMACOKINETICS
**Absorption**
Norgestimate (NGM) and ethinyl estradiol (EE) are rapidly absorbed following oral administration. Norgestimate is rapidly and completely metabolized by firstpass (intestinal and/or hepatic) mechanisms to norelgestromin (NGMN) and norgestrel (NG), which are the major active metabolites of norgestimate.

Peak serum concentrations of NGMN and EE are generally reached by 2 hours after administration of ORTHO-CYCLEN® or ORTHO TRI-CYCLEN®. Accumulation following multiple dosing of the 250 μg NGM / 35 μg dose is approximately 2-fold for NGMN and EE compared with single dose administration. The pharmacokinetics of NGMN is dose proportional following NGM doses of 180 μg to 250 μg. Steady-state concentration of EE is achieved by Day 7 of each dosing cycle. Steady-state concentrations of NGMN and NG are achieved by Day 21. Non-linear accumulation (approximately 8 fold) of norgestrel is observed as a result of high affinity binding to SHBG (sex hormone-binding globulin), which limits its biological activity.

**TABLE I. Summary of norelgestromin, norgestrel and ethinyl estradiol pharmacokinetic parameters.**

| Mean (SD) Pharmacokinetic Parameters of ORTHO TRI-CYCLEN During a Three Cycle Study | | | | | |
|---|---|---|---|---|---|
| Analyte | Cycle | Day | $C_{max}$ | $t_{max}$ (h) | $AUC_{0-24h}$ | $t_{1/2}$ (h) |
| NGMN | 3 | 7 | 1.80 (0.46) | 1.42 (0.73) | 15.0 (3.88) | NC |
| | | 14 | 2.12 (0.56) | 1.21 (0.26) | 16.1 (4.97) | NC |
| | | 21 | 2.66 (0.47) | 1.29 (0.26) | 21.4 (3.46) | 22.3 (6.54) |
| NG | 3 | 7 | 1.94 (0.82) | 3.15 (4.05) | 34.8 (16.5) | NC |
| | | 14 | 3.00 (1.04) | 2.21 (2.03) | 55.2 (23.5) | NC |
| | | 21 | 3.66 (1.15) | 2.58 (2.97) | 69.3 (23.8) | 40.2 (15.4) |
| EE | 3 | 7 | 124 (39.5) | 1.27 (0.26) | 1130 (420) | NC |
| | | 14 | 128 (38.4) | 1.32 (0.25) | 1130 (324) | NC |
| | | 21 | 126 (34.7) | 1.31 (0.56) | 1090 (359) | 15.9 (4.39) |
| Mean (SD) Pharmacokinetic Parameters of ORTHO-CYCLEN During a Three Cycle Study | | | | | |
| Analyte | Cycle | Day | $C_{max}$ | $t_{max}$ (h) | $AUC_{0-24h}$ | $t_{1/2}$ (h) |
| NGMN | 1 | 1 | 1.78 (0.397) | 1.19 (0.250) | 9.90 (3.25) | 18.4 (5.91) |
| | 3 | 21 | 2.19 (0.655) | 1.43 (0.680) | 18.1 (5.53) | 24.9 (9.04) |
| NG | 1 | 1 | 0.649 (0.49) | 1.42 (0.69) | 6.22 (2.46) | 37.8 (14.0) |
| | 3 | 21 | 2.65 (1.11) | 1.67 (1.32) | 48.2 (20.5) | 45.0 (20.4) |
| EE | 1 | 1 | 92.2 (24.5) | 1.2 (0.26) | 629 (138) | 10.1 (1.90) |
| | 3 | 21 | 147 (54.5) | 1.13 (0.23) | 1210 (294) | 15.0 (2.36) |

$C_{max}$= peak serum concentration, $t_{max}$= time to reach peak serum concentration, $AUC_{0-24h}$= area under serum concentration vs time curve from 0 to 24 hours, $t_{1/2}$ = elimination half-life, NC = not calculated.

NGMN and NG: $C_{max}$= ng/mL, $AUC_{0-24h}$=h•ng/mL

EE: $C_{max}$=pg/mL, $AUC_{0-24h}$=h•pg/mL
The effect of food on the pharmacokinetics of ORTHO-CYCLEN or ORTHO TRI-CYCLEN has not been studied.

**Distribution**
Norelgestromin and norgestrel are highly bound (>97%) to serum proteins. Norelgestromin is bound to albumin and not to SHBG, while norgestrel is bound primarily to SHBG. Ethinyl estradiol is extensively bound (> 97%) to serum albumin and induces an increase in the serum concentrations of SHBG.

**Metabolism**
Norgestimate is extensively metabolized by first-pass mechanisms in the gastrointestinal tract and/or liver. Norgestimate's primary active metabolite is norelgestromin. Subsequent hepatic metabolism of norelgestromin occurs and metabolites include norgestrel, which is also active and various hydroxylated and conjugated metabolites. Ethinyl estradiol is also metabolized to various hydroxylated products and their glucuronide and sulfate conjugates.

**Excretion**
The metabolites of norelgestromin and ethinyl estradiol are eliminated by renal and fecal pathways. Following administration of [14]C-norgestimate, 47% (45-49%) and 37% (16-49%) of the administered radioactivity was eliminated in the urine and feces, respectively. Unchanged norgestimate was not detected in the urine. In addition to 17-deacetyl norgestimate, a number of metabolites of norgestimate have been identified in human urine following administration of radiolabeled norgestimate. These include 18,19-Dinor-17-pregn-4-en-20-yn-3-one,17-hydroxy-13-ethyl,(17α)-(-);18,19-Dinor-5β-17-pregnan-20-yn,3α,17β-dihydroxy-13-ethyl,(17α), various hydroxylated metabolites and conjugates of these metabolites.

**Special Populations**
The effects of body weight, body surface area or age on the pharmacokinetics of ORTHO-CYCLEN® or ORTHO TRI-CYCLEN® have not been studied.

**Hepatic Impairment**
The effects of hepatic impairment on the pharmacokinetics of ORTHO-CYCLEN® or ORTHO TRI-CYCLEN® have not been studied. However, steroid hormones may be poorly metabolized in women with impaired liver function (see PRECAUTIONS).

**Renal Impairment**
The effects of renal impairment on the pharmacokinetics of ORTHO-CYCLEN® or ORTHO TRI-CYCLEN® have not been studied.

**Drug-Drug Interactions**
No formal drug-drug interaction studies were conducted with ORTHO-CYCLEN® or ORTHO TRI-CYCLEN®. Interactions between contraceptive steroids and other drugs have been reported in the literature (see PRECAUTIONS).

Although norelgestromin and its metabolites inhibit a variety of P450 enzymes in human liver microsomes, under the recommended dosing regimen, the *in vivo* concentrations of norelgestromin and its metabolites, even at the peak serum levels, are relatively low compared to the inhibitory constant (Ki).

### INDICATIONS AND USAGE
ORTHO-CYCLEN® and ORTHO TRI-CYCLEN® Tablets are indicated for the prevention of pregnancy in women who elect to use oral contraceptives as a method of contraception.

ORTHO TRI-CYCLEN® is indicated for the treatment of moderate acne vulgaris in females at least 15 years of age, who have no known contraindications to oral contraceptive therapy and have achieved menarche. ORTHO TRI-CYCLEN should be used for the treatment of acne only if the patient desires an oral contraceptive for birth control.

Oral contraceptives are highly effective for pregnancy prevention. Table II lists the typical accidental pregnancy rates for users of combination oral contraceptives and other methods of contraception. The efficacy of these contraceptive methods, except sterilization, the IUD, and the Norplant System, depends upon the reliability with which they are used. Correct and consistent use of methods can result in lower failure rates.

**TABLE II: Percentage of Women Experiencing an Unintended Pregnancy During the First Year of Typical Use and the First Year of Perfect Use of Contraception and the Percentage Continuing Use at the End of the First Year. United States.**

| Method (1) | % of Women Experiencing an Unintended Pregnancy within the First Year of Use | | % of Women Continuing Use at One Year[3] (4) |
|---|---|---|---|
| | Typical Use[1] (2) | Perfect Use[2] (3) | |
| Chance[4] | 85 | 85 | |
| Spermicides[5] | 26 | 6 | 40 |
| Periodic abstinence | 25 | | 63 |
| Calendar | | 9 | |
| Ovulation Method | | 3 | |
| Sympto-Thermal[6] | | 2 | |
| Post-Ovulation | | 1 | |
| Cap[7] | | | |
| Parous Women | 40 | 26 | 42 |
| Nulliparous Women | 20 | 9 | 56 |
| Sponge | | | |
| Parous Women | 40 | 20 | 42 |
| Nulliparous Women | 20 | 9 | 56 |
| Diaphragm[7] | 20 | 6 | 56 |
| Withdrawal | 19 | 4 | |
| Condom[8] | | | |
| Female (Reality) | 21 | 5 | 56 |
| Male | 14 | 3 | 61 |
| Pill | 5 | | 71 |
| Progestin Only | | 0.5 | |
| Combined | | 0.1 | |
| IUD | | | |
| Progesterone T | 2.0 | 1.5 | 81 |
| Copper T380A | 0.8 | 0.6 | 78 |
| LNg 20 | 0.1 | 0.1 | 81 |
| Depo-Provera | 0.3 | 0.3 | 70 |
| Norplant and Norplant-2 | 0.05 | 0.05 | 88 |
| Female Sterilization | 0.5 | 0.5 | 100 |
| Male Sterilization | 0.15 | 0.10 | 100 |

Hatcher et al, 1998, Ref. # 71.
Emergency Contraceptive Pills: Treatment initiated within 72 hours after unprotected intercourse reduces the risk of pregnancy by at least 75%.[9]
Lactational Amenorrhea Method: LAM is highly effective, temporary method of contraception.[10]
Source: Trussell J, Contraceptive efficacy. In Hatcher RA, Trussell J, Stewart F, Cates W, Stewart GK, Kowal D, Guest F, Contraceptive Technology: Seventeenth Revised Edition. New York NY: Irvington Publishers, 1998.
[1] Among typical couples who initiate use of a method (not necessarily for the first time), the percentage who experience an accidental pregnancy during the first year if they do not stop use for any other reason.

[2] Among couples who initiate use of a method (not necessarily for the first time) and who use it *perfectly* (both consistently and correctly), the percentage who experience an accidental pregnancy during the first year if they do not stop use for any other reason.

[3] Among couples attempting to avoid pregnancy, the percentage who continue to use a method for one year.

[4] The percents becoming pregnant in columns (2) and (3) are based on data from populations where contraception is not used and from women who cease using contraception in order to become pregnant. Among such populations, about 89% become pregnant within one year. This estimate was lowered slightly (to 85%) to represent the percent who would become pregnant within one year among women now relying on reversible methods of contraception if they abandoned contraception altogether.

[5] Foams, creams, gels, vaginal suppositories, and vaginal film.

[6] Cervical mucus (ovulation) method supplemented by calendar in the pre-ovulatory and basal body temperature in the post-ovulatory phases.

[7] With spermicidal cream or jelly.

[8] Without spermicides.

[9] The treatment schedule is one dose within 72 hours after unprotected intercourse, and a second dose 12 hours after the first dose. The Food and Drug Administration has declared the following brands of oral contraceptives to be safe and effective for emergency contraception: Ovral® (1 dose is 2 white pills), Alesse® (1 dose is 5 pink pills), Nordette® or Levlen® (1 dose is 2 light-orange pills), Lo/Ovral® (1 dose is 4 white pills), Triphasil® or Tri-Levlen® (1 dose is 4 yellow pills).

[10]However, to maintain effective protection against pregnancy, another method of contraception must be used as soon as menstruation resumes, the frequency or duration of breastfeeds is reduced, bottle feeds are introduced, or the baby reaches six months of age.

***ORTHO-CYCLEN and ORTHO TRI-CYCLEN have not been studied for and are not indicated for use in emergency contraception.***

In clinical trials with ORTHO-CYCLEN, 1,651 subjects completed 24,272 cycles and the overall use-efficacy (typical user efficacy) pregnancy rate was approximately 1 pregnancy per 100 women-years. This rate includes patients who did not take the drug correctly.

In four clinical trials with ORTHO TRI-CYCLEN, a total of 4,756 subjects completed 45,244 cycles, and the use-efficacy pregnancy rate was approximately 1 pregnancy per 100 women-years.

ORTHO TRI-CYCLEN was evaluated for the treatment of acne vulgaris in two randomized, double-blind, placebo-controlled, multicenter, Phase 3, six (28 day) cycle studies. 221 patients received ORTHO TRI-CYCLEN and 234 patients received placebo. Mean age at enrollment for both groups was 28 years. At the end of 6 months, the mean total lesion count changes from 55 to 31 (42% reduction) in patients treated with ORTHO TRI-CYCLEN and from 54 to 38 (27% reduction) in patients similarly treated with placebo. Table III summarizes the changes in lesion count for each type of lesion in the ITT population. Based on the investigator's global assessment conducted at the final visit, patients treated with ORTHO TRI-CYCLEN showed a statistically significant improvement in total lesions compared to those treated with placebo.

Table III: Acne Vulgaris Indication. Combined Results: Two Multicenter, Placebo-Controlled Trials. Observed Means at Six Months (LOCF)* and at Baseline. Intent-to-Treat Population.

| # of Lesions | ORTHO TRI-CYCLEN (N=221) | | Placebo (N=234) | | Difference in Counts between ORTHO TRI-CYCLEN and Placebo at 6 Months |
|---|---|---|---|---|---|
| | Counts | % Reduction | Counts | % Reduction | |
| **INFLAMMATORY LESIONS** | | | | | |
| Baseline Mean | 19 | | 19 | | |
| Sixth Month Mean | 10 | 48% | 13 | 30% | 3 (95% CI: -1.2, 5.1) |
| **NON-INFLAMMATORY LESIONS** | | | | | |
| Baseline Mean | 36 | | 35 | | |
| Sixth Month Mean | 22 | 34% | 25 | 21% | 3 (95% CI: -0.2, 7.8) |
| **TOTAL LESIONS** | | | | | |
| Baseline Mean | 55 | | 54 | | |
| Sixth Month Mean | 31 | 42% | 38 | 27% | 7 (95% CI: 2.0, 11.9) |

*LOCF: Last Observation Carried Forward

**CONTRAINDICATIONS**

Oral contraceptives should not be used in women who currently have the following conditions:

- Thrombophlebitis or thromboembolic disorders
- A past history of deep vein thrombophlebitis or thromboembolic disorders
- Cerebral vascular or coronary artery disease (current or past history)
- Valvular heart disease with complications
- Severe hypertension
- Diabetes with vascular involvement
- Headaches with focal neurological symptoms
- Major surgery with prolonged immobilization
- Known or suspected carcinoma of the breast or personal history of breast cancer
- Carcinoma of the endometrium or other known or suspected estrogen-dependent neoplasia
- Undiagnosed abnormal genital bleeding
- Cholestatic jaundice of pregnancy or jaundice with prior pill use
- Acute or chronic hepatocellular disease with abnormal liver function
- Hepatic adenomas or carcinomas
- Known or suspected pregnancy
- Hypersensitivity to any component of this product

**WARNINGS**

> Cigarette smoking increases the risk of serious cardiovascular side effects from oral contraceptive use. This risk increases with age and with heavy smoking (15 or more cigarettes per day) and is quite marked in women over 35 years of age. Women who use oral contraceptives should be strongly advised not to smoke.

The use of oral contraceptives is associated with increased risks of several serious conditions including myocardial infarction, thromboembolism, stroke, hepatic neoplasia, and gallbladder disease, although the risk of serious morbidity or mortality is very small in healthy women without underlying risk factors. The risk of morbidity and mortality increases significantly in the presence of other underlying risk factors such as hypertension, hyperlipidemias, obesity and diabetes.

Practitioners prescribing oral contraceptives should be familiar with the following information relating to these risks.

The information contained in this package insert is principally based on studies carried out in patients who used oral contraceptives with higher formulations of estrogens and progestogens than those in common use today. The effect of long-term use of the oral contraceptives with lower formulations of both estrogens and progestogens remains to be determined.

Throughout this labeling, epidemiological studies reported are of two types: retrospective or case control studies and prospective or cohort studies. Case control studies provide a measure of the relative risk of a disease, namely, a *ratio* of the incidence of a disease among oral contraceptive users to that among nonusers. The relative risk does not provide information on the actual clinical occurrence of a disease. Cohort studies provide a measure of attributable risk, which is the *difference* in the incidence of disease between oral contraceptive users and nonusers. The attributable risk does provide information about the actual occurrence of a disease in the population (adapted from refs. 2 and 3 with the author's permission). For further information, the reader is referred to a text on epidemiological methods.

**1. Thromboembolic Disorders and Other Vascular Problems**

**a. Myocardial Infarction**

An increased risk of myocardial infarction has been attributed to oral contraceptive use. This risk is primarily in smokers or women with other underlying risk factors for coronary artery disease such as hypertension, hypercholesterolemia, morbid obesity, and diabetes. The relative risk of heart attack for current oral contraceptive users has been estimated to be two to six.[4-10] This risk is very low under the age of 30.

Smoking in combination with oral contraceptive use has been shown to contribute substantially to the incidence of myocardial infarctions in women in their mid-thirties or older with smoking accounting for the majority of excess cases.[11] Mortality rates associated with circulatory disease have been shown to increase substantially in smokers, especially in those 35 years of age and older and in nonsmokers over the age of 40 among women who use oral contraceptives.

Figure 1: Circulatory Disease Mortality Rates Per 100,000 Women-Years By Age, Smoking Status and Oral Contraceptive Use



(Adapted from P.M. Layde and V. Beral, ref. #12.)

Oral contraceptives may compound the effects of well-known risk factors, such as hypertension, diabetes, hyperlipidemias, age and obesity.[13] In particular, some progestogens are known to decrease HDL cholesterol and cause glucose intolerance, while estrogens may create a state of hyperinsulinism.[14-18] Oral contraceptives have been shown to increase blood pressure among users (see Section 9 in WARNINGS). Similar effects on risk factors have been associated with an increased risk of heart disease. Oral contraceptives must be used with caution in women with cardiovascular disease risk factors.

Norgestimate has minimal androgenic activity (see CLINICAL PHARMACOLOGY), and there is some evidence that the risk of myocardial infarction associated with oral contraceptives is lower when the progestogen has minimal androgenic activity than when the activity is greater[97].

**b. Thromboembolism**

An increased risk of thromboembolic and thrombotic disease associated with the use of oral contraceptives is well established. Case control studies have found the relative risk of users compared to nonusers to be 3 for the first episode of superficial venous thrombosis, 4 to 11 for deep vein thrombosis or pulmonary embolism, and 1.5 to 6 for women with predisposing conditions for venous thromboembolic disease.[2,3,19-24] Cohort studies have shown the relative risk to be somewhat lower, about 3 for new cases and about 4.5 for new cases requiring hospitalization.[25] The risk of thromboembolic disease associated with oral contraceptives is not related to length of use and disappears after pill use is stopped.[2]

A two- to four-fold increase in relative risk of post-operative thromboembolic complications has been reported with the use of oral contraceptives.[9] The relative risk of venous thrombosis in women who have predisposing conditions is twice that of women without such medical conditions.[26] If feasible, oral contraceptives should be discontinued at least four weeks prior to and for two weeks after elective surgery of a type associated with an increase in risk of thromboembolism and during and following prolonged immobilization. Since the immediate postpartum period is also associated with an increased risk of thromboembolism, oral contraceptives should be started no earlier than four weeks after delivery in women who elect not to breast feed.

**c. Cerebrovascular Diseases**

Oral contraceptives have been shown to increase both the relative and attributable risks of cerebrovascular events (thrombotic and hemorrhagic strokes), although, in general, the risk is greatest among older (>35 years), hypertensive women who also smoke. Hypertension was found to be a risk factor for both users and nonusers, for both types of strokes, and smoking interacted to increase the risk of stroke.[27-29]

In a large study, the relative risk of thrombotic strokes has been shown to range from 3 for normotensive users to 14 for users with severe hypertension.[30] The relative risk of hemorrhagic stroke is reported to be 1.2 for non-smokers who used oral contraceptives, 2.6 for smokers who did not use oral contraceptives, 7.6 for smokers who used oral contraceptives, 1.8 for normotensive users and 25.7 for users with severe hypertension.[30] The attributable risk is also greater in older women.[3]

**d. Dose-Related Risk of Vascular Disease From Oral Contraceptives**

A positive association has been observed between the amount of estrogen and progestogen in oral contraceptives and the risk of vascular disease.[31-33] A decline in serum high density lipoproteins (HDL) has been reported with many progestational agents.[14-16] A decline in serum high density lipoproteins has been associated with an increased incidence of ischemic heart disease. Because estrogens increase HDL cholesterol, the net effect of an oral contraceptive depends on a balance achieved between doses of estrogen and progestogen and the activity of the progestogen used in the contraceptives. The activity and amount of both hormones should be considered in the choice of an oral contraceptive.

Minimizing exposure to estrogen and progestogen is in keeping with good principles of therapeutics. For any particular estrogen/progestogen combination, the dosage regimen prescribed should be one which contains the least amount of estrogen and progestogen that is compatible with a low failure rate and the needs of the individual patient. New acceptors of oral contraceptive agents should be started on preparations containing the lowest estrogen content which is judged appropriate for the individual patient.

**e. Persistence of Risk of Vascular Disease**

There are two studies which have shown persistence of risk of vascular disease for ever-users of oral contraceptives. In a study in the United States, the risk of developing myocardial infarction after discontinuing oral contraceptives persists for at least 9 years for women 40-49 years who had used oral contraceptives for five or more years, but this increased risk was not demonstrated in other age groups.[8] In another study conducted in Great Britain, the risk of developing cerebrovascular disease persisted for at least 6 years after discontinuation of oral contraceptives, although excess risk was very small.[34] However, both studies were performed with oral contraceptive formulations containing 50 micrograms or higher of estrogens.

**2. Estimates of Mortality From Contraceptive Use**

One study gathered data from a variety of sources which have estimated the mortality rate associated with different methods of contraception at different ages (Table IV). These estimates include the combined risks of death associated with contraception methods plus the risk attributable to pregnancy in the event of method failure. Each method of contraception has its specific benefits and risks. The study concluded that with the exception of oral contraceptive users 35 and older who smoke, and 40 and older who do not smoke, mortality associated with all methods of birth control is low and below that associated with childbirth. The observation of an increase in risk of mortality with age for oral contraceptive users is based on data gathered in the 1970's.[35] Current clinical recommendation involves the use of lower estrogen dose formulations and a careful consideration of risk factors. In 1989, the Fertility and Maternal Health Drugs Advisory Committee was asked to review the use of oral contraceptives in women 40 years of age and over. The Committee concluded that although cardiovascular disease risks may be increased with oral contraceptive use after age 40 in healthy non-smoking women (even with the newer low-dose formulations), there are also greater potential health risks associated

with pregnancy in older women and with the alternative surgical and medical procedures which may be necessary if such women do not have access to effective and acceptable means of contraception. The Committee recommended that the benefits of low-dose oral contraceptive use by healthy non-smoking women over 40 may outweigh the possible risks.

Of course, older women, as all women, who take oral contraceptives, should take an oral contraceptive which contains the least amount of estrogen and progestogen that is compatible with a low failure rate and individual patient needs.

Table IV: Annual Number of Birth-Related or Method-Related Deaths Associated With Control of Fertility Per 100,000 Non-Sterile Women, by Fertility Control Method According to Age

| Method of control and outcome | 15-19 | 20-24 | 25-29 | 30-34 | 35-39 | 40-44 |
|---|---|---|---|---|---|---|
| No fertility control methods* | 7.0 | 7.4 | 9.1 | 14.8 | 25.7 | 28.2 |
| Oral contraceptives non-smoker** | 0.3 | 0.5 | 0.9 | 1.9 | 13.8 | 31.6 |
| Oral contraceptives smoker** | 2.2 | 3.4 | 6.6 | 13.5 | 51.1 | 117.2 |
| IUD** | 0.8 | 0.8 | 1.0 | 1.0 | 1.4 | 1.4 |
| Condom* | 1.1 | 1.6 | 0.7 | 0.2 | 0.3 | 0.4 |
| Diaphragm/spermicide* | 1.9 | 1.2 | 1.2 | 1.3 | 2.2 | 2.8 |
| Periodic abstinence* | 2.5 | 1.6 | 1.6 | 1.7 | 2.9 | 3.6 |

*Deaths are birth-related
**Deaths are method-related

Adapted from H.W. Ory, ref. #35.

### 3. Carcinoma of the Reproductive Organs and Breasts

Numerous epidemiological studies have been performed on the incidence of breast, endometrial, ovarian, and cervical cancer in women using oral contraceptives. The risk of having breast cancer diagnosed may be slightly increased among current and recent users of combination oral contraceptives (COCs). However, this excess risk appears to decrease over time after COC discontinuation and by 10 years after cessation the increased risk disappears. Some studies report an increased risk with duration of use while other studies do not and no consistent relationships have been found with dose or type of steroid. Some studies have found a small increase in risk for women who first use COCs before age 20. Most studies show a similar pattern of risk with COC use regardless of a woman's reproductive history or her family breast cancer history.

Breast cancers diagnosed in current or previous oral contraceptive users tend to be less clinically advanced than nonusers. Women who currently have or have had breast cancer should not use oral contraceptives because breast cancer is usually a hormonally-sensitive tumor.

Some studies suggest that oral contraceptive use has been associated with an increase in the risk of cervical intraepithelial neoplasia in some populations of women[45-48]. However, there continues to be controversy about the extent to which such findings may be due to differences in sexual behavior and other factors. In spite of many studies of the relationship between oral contraceptive use and breast and cervical cancers, a cause-and-effect relationship has not been established.

### 4. Hepatic Neoplasia

Benign hepatic adenomas are associated with oral contraceptive use, although the incidence of benign tumors is rare in the United States. Indirect calculations have estimated the attributable risk to be in the range of 3.3 cases/100,000 for users, a risk that increases after four or more years of use especially with oral contraceptives of higher dose.[49] Rupture of benign, hepatic adenomas may cause death through intra-abdominal hemorrhage.[50,51]

Studies from Britain have shown an increased risk of developing hepatocellular carcinoma in long-term (>8 years) oral contraceptive users. However, these cancers are extremely rare in the U.S. and the attributable risk (the excess incidence) of liver cancers in oral contraceptive users approaches less than one per million users.

### 5. Ocular Lesions

There have been clinical case reports of retinal thrombosis associated with the use of oral contraceptives. Oral contraceptives should be discontinued if there is unexplained partial or complete loss of vision; onset of proptosis or diplopia; papilledema; or retinal vascular lesions. Appropriate diagnostic and therapeutic measures should be undertaken immediately.

### 6. Oral Contraceptive Use Before or During Early Pregnancy

Extensive epidemiological studies have revealed no increased risk of birth defects in women who have used oral contraceptives prior to pregnancy.[56,57] The majority of recent studies also do not indicate a teratogenic effect, particularly in so far as cardiac anomalies and limb reduction defects are concerned.[55,56,58,59] when taken inadvertently during early pregnancy.

The administration of oral contraceptives to induce withdrawal bleeding should not be used as a test for pregnancy. Oral contraceptives should not be used during pregnancy to treat threatened or habitual abortion.

It is recommended that for any patient who has missed two consecutive periods, pregnancy should be ruled out. If the patient has not adhered to the prescribed schedule, the possibility of pregnancy should be considered at the time of the first missed period. Oral contraceptive use should be discontinued if pregnancy is confirmed.

### 7. Gallbladder Disease

Earlier studies have reported an increased lifetime relative risk of gallbladder surgery in users of oral contraceptives and estrogens.[60,61] More recent studies, however, have shown that the relative risk of developing gallbladder disease among oral contraceptive users may be minimal.[62-64] The recent findings of minimal risk may be related to the use of oral contraceptive formulations containing lower hormonal doses of estrogens and progestogens.

### 8. Carbohydrate and Lipid Metabolic Effects

Oral contraceptives have been shown to cause a decrease in glucose tolerance in a significant percentage of users.[17] This effect has been shown to be directly related to estrogen dose.[65] Progestogens increase insulin secretion and create insulin resistance, this effect varying with different progestational agents.[17,66] However, in the non-diabetic woman, oral contraceptives appear to have no effect on fasting blood glucose.[67] Because of these demonstrated effects, prediabetic and diabetic women in particular should be carefully monitored while taking oral contraceptives.

A small proportion of women will have persistent hypertriglyceridemia while on the pill. As discussed earlier (see WARNINGS 1a and 1d), changes in serum triglycerides and lipoprotein levels have been reported in oral contraceptive users.

In clinical studies with ORTHO-CYCLEN® there were no clinically significant changes in fasting blood glucose levels. No statistically significant changes in mean fasting blood glucose levels were observed over 24 cycles of use. Glucose tolerance tests showed minimal, clinically insignificant changes from baseline to cycles 3, 12, and 24.

In clinical studies with ORTHO TRI-CYCLEN® there were no clinically significant changes in fasting blood glucose levels. Minimal statistically significant changes were noted in glucose levels over 24 cycles of use. Glucose tolerance tests showed no clinically significant changes from baseline to cycles 3, 12, and 24.

### 9. Elevated Blood Pressure

Women with significant hypertension should not be started on hormonal contraception[68]. An increase in blood pressure has been reported in women taking oral contraceptives[68] and this increase is more likely in older oral contraceptive users[69] and with extended duration of use.[61] Data from the Royal College of General Practitioners[12] and subsequent randomized trials have shown that the incidence of hypertension increases with increasing progestational activity.

Women with a history of hypertension or hypertension-related diseases, or renal disease[70] should be encouraged to use another method of contraception. If women elect to use oral contraceptives, they should be monitored closely and if significant elevation of blood pressure occurs, oral contraceptives should be discontinued. For most women, elevated blood pressure will return to normal after stopping oral contraceptives, and there is no difference in the occurrence of hypertension between former and never users.[66-71] It should be noted that in two separate large clinical trials (N=633 and N=911), no statistically significant changes in mean blood pressure were observed with ORTHO-CYCLEN®.

### 10. Headache

The onset or exacerbation of migraine or development of headache with a new pattern which is recurrent, persistent or severe requires discontinuation of oral contraceptives and evaluation of the cause.

### 11. Bleeding Irregularities

Breakthrough bleeding and spotting are sometimes encountered in patients on oral contraceptives, especially during the first three months of use. Non-hormonal causes should be considered and adequate diagnostic measures taken to rule out malignancy or pregnancy in the event of breakthrough bleeding, as in the case of any abnormal vaginal bleeding. If pathology has been excluded, time or a change to another formulation may solve the problem. In the event of amenorrhea, pregnancy should be ruled out.

Some women may encounter post-pill amenorrhea or oligomenorrhea, especially when such a condition was preexistent.

### 12. Ectopic Pregnancy

Ectopic as well as intrauterine pregnancy may occur in contraceptive failures.

## PRECAUTIONS

### 1. General

Patients should be counseled that this product does not protect against HIV infection (AIDS) and other sexually transmitted diseases.

### 2. Physical Examination and Follow Up

It is good medical practice for all women to have annual history and physical examinations, including women using oral contraceptives. The physical examination, however, may be deferred until after initiation of oral contraceptives if requested by the woman and judged appropriate by the clinician. The physical examination should include special reference to blood pressure, breasts, abdomen and pelvic organs, including cervical cytology, and relevant laboratory tests. In case of undiagnosed, persistent or recurrent abnormal vaginal bleeding, appropriate measures should be conducted to rule out malignancy. Women with a strong family history of breast cancer or who have breast nodules should be monitored with particular care.

### 3. Lipid Disorders

Women who are being treated for hyperlipidemias should be followed closely if they elect to use oral contraceptives. Some progestogens may elevate LDL levels and may render the control of hyperlipidemias more difficult.

### 4. Liver Function

If jaundice develops in any woman receiving such drugs, the medication should be discontinued. Steroid hormones may be poorly metabolized in patients with impaired liver function.

### 5. Fluid Retention

Oral contraceptives may cause some degree of fluid retention. They should be prescribed with caution, and only with careful monitoring, in patients with conditions which might be aggravated by fluid retention.

### 6. Emotional Disorders

Women with a history of depression should be carefully observed and the drug discontinued if depression recurs to a serious degree.

### 7. Contact Lenses

Contact lens wearers who develop visual changes or changes in lens tolerance should be assessed by an ophthalmologist.

### 8. Drug Interactions

**Changes in contraceptive effectiveness associated with co-administration of other products**

Contraceptive effectiveness may be reduced when hormonal contraceptives are co-administered with antibiotics, anticonvulsants, and other drugs that increase the metabolism of contraceptive steroids. This could result in unintended pregnancy or breakthrough bleeding. Examples include rifampin, barbiturates, phenylbutazone, phenytoin, carbamazepine, felbamate, oxcarbazepine, topiramate, griseofulvin and bosentan.

Several of the anti-HIV protease inhibitors have been studied with co-administration of oral combination hormonal contraceptives; significant changes (increase and decrease) in the plasma levels of the estrogen and progestin have been noted in some cases. The safety and efficacy of oral contraceptive products may be affected with co-administration of anti-HIV protease inhibitors. Healthcare professionals should refer to the label of the individual anti-HIV protease inhibitors for further drug-drug interaction information.

Herbal products containing St. John's Wort (hypericum perforatum) may induce hepatic enzymes (cytochrome P450) and p-glycoprotein transporter and may reduce the effectiveness of contraceptive steroids. This may also result in breakthrough bleeding.

Concurrent use of bosentan and ethinyl estradiol containing products may result in decreased concentrations of these contraceptive hormones thereby increasing the risk of unintended pregnancy and unscheduled bleeding.

**Increase in plasma levels associated with co-administered drugs**

Co-administration of atorvastatin and certain oral contraceptives containing ethinyl estradiol increase AUC values for ethinyl estradiol by approximately 20%. Ascorbic acid and acetaminophen may increase plasma ethinyl estradiol levels, possibly by inhibition of conjugation. CYP 3A4 inhibitors such as itraconazole or ketoconazole may increase plasma hormone levels.

**Changes in plasma levels of co-administered drugs**

Combination hormonal contraceptives containing some synthetic estrogens (e.g., ethinyl estradiol) may inhibit the metabolism of other compounds. Increased plasma concentrations of cyclosporine, prednisolone, and theophylline have been reported with concomitant administration of oral contraceptives. Decreased plasma concentrations of acetaminophen and increased clearance of temazepam, salicylic acid, morphine and clofibric acid, due to induction of conjugation, have been noted when these drugs were administered with oral contraceptives.

### 9. Interactions with Laboratory Tests

Certain endocrine and liver function tests and blood components may be affected by oral contraceptives:

a. Increased prothrombin and factors VII, VIII, IX, and X; decreased antithrombin 3; increased norepinephrine-induced platelet aggregability.

b. Increased thyroid binding globulin (TBG) leading to increased circulating total thyroid hormone, as measured by protein-bound iodine (PBI), T4 by column or by radioimmunoassay. Free T3 resin uptake is decreased, reflecting the elevated TBG, free T4 concentration is unaltered.

c. Other binding proteins may be elevated in serum.

d. Sex hormone binding globulins are increased and result in elevated levels of total circulating sex steroids; however, free or biologically active levels either decrease or remain unchanged.

e. Triglycerides may be increased and levels of various other lipids and lipoproteins may be affected.

f. Glucose tolerance may be decreased.

g. Serum folate levels may be depressed by oral contraceptive therapy. This may be of clinical significance if a woman becomes pregnant shortly after discontinuing oral contraceptives.

### 10. Carcinogenesis

See WARNINGS Section.

### 11. Pregnancy

Pregnancy Category X. See CONTRAINDICATIONS and WARNINGS Sections.

### 12. Nursing Mothers

Small amounts of oral contraceptive steroids have been identified in the milk of nursing mothers and a few adverse effects on the child have been reported, including jaundice and breast enlargement. In addition, combination oral contraceptives given in the postpartum period may interfere with lactation by decreasing the quantity and quality of breast milk. If possible, the nursing mother should be advised not to use combination oral contraceptives but to use other forms of contraception until she has completely weaned her child.

**13. Pediatric Use**
Safety and efficacy of ORTHO TRI-CYCLEN® Tablets and ORTHO-CYCLEN® Tablets have been established in women of reproductive age. Safety and efficacy are expected to be the same for postpubertal adolescents under the age of 16 and for users 16 years and older. There was no significant difference between ORTHO TRI-CYCLEN Tablets and placebo in mean change in total lumbar spine (L1-L4) and total hip bone mineral density between baseline and Cycle 13 in 123 adolescent females with anorexia nervosa in a double-blind, placebo-controlled, multicenter, one-year treatment duration clinical trial for the Intent To Treat (ITT) population. Use of this product before menarche is not indicated.

**14. Geriatric Use**
This product has not been studied in women over 65 years of age and is not indicated in this population.

**INFORMATION FOR THE PATIENT**
See Patient Labeling printed below.

**ADVERSE REACTIONS**
An increased risk of the following serious adverse reactions has been associated with the use of oral contraceptives (see WARNINGS Section).

- Thrombophlebitis and venous thrombosis with or without embolism
- Arterial thromboembolism
- Pulmonary embolism
- Myocardial infarction
- Cerebral hemorrhage
- Cerebral thrombosis
- Hypertension
- Gallbladder disease
- Hepatic adenomas or benign liver tumors

There is evidence of an association between the following conditions and the use of oral contraceptives:

- Mesenteric thrombosis
- Retinal thrombosis

The following adverse reactions have been reported in patients receiving oral contraceptives and are believed to be drug-related:

- Nausea
- Vomiting
- Gastrointestinal symptoms (such as abdominal cramps and bloating)
- Breakthrough bleeding
- Spotting
- Change in menstrual flow
- Amenorrhea
- Temporary infertility after discontinuation of treatment
- Edema
- Melasma which may persist
- Breast changes: tenderness, enlargement, secretion
- Change in weight (increase or decrease)
- Change in cervical erosion and secretion
- Diminution in lactation when given immediately postpartum
- Cholestatic jaundice
- Migraine
- Allergic reaction, including rash, urticaria, angioedema
- Mental depression
- Reduced tolerance to carbohydrates
- Vaginal candidiasis
- Change in corneal curvature (steepening)
- Intolerance to contact lenses

The following adverse reactions have been reported in users of oral contraceptives and a causal association has been neither confirmed nor refuted:

- Pre-menstrual syndrome
- Cataracts
- Changes in appetite
- Cystitis-like syndrome
- Headache
- Nervousness
- Dizziness
- Hirsutism
- Loss of scalp hair
- Erythema multiforme
- Erythema nodosum
- Hemorrhagic eruption
- Vaginitis
- Porphyria
- Impaired renal function
- Hemolytic uremic syndrome
- Acne
- Changes in libido
- Colitis
- Budd-Chiari Syndrome

**OVERDOSAGE**
Serious ill effects have not been reported following acute ingestion of large doses of oral contraceptives by young children. Overdosage may cause nausea and withdrawal bleeding may occur in females.

**NON-CONTRACEPTIVE HEALTH BENEFITS**
The following non-contraceptive health benefits related to the use of combination oral contraceptives are supported by epidemiological studies which largely utilized oral contraceptive formulations containing estrogen doses exceeding 0.035 mg of ethinyl estradiol or 0.05 mg mestranol.[73-78]

Effects on menses:
- increased menstrual cycle regularity
- decreased blood loss and decreased incidence of iron deficiency anemia
- decreased incidence of dysmenorrhea

Effects related to inhibition of ovulation:
- decreased incidence of functional ovarian cysts
- decreased incidence of ectopic pregnancies

Other effects:
- decreased incidence of fibroadenomas and fibrocystic disease of the breast
- decreased incidence of acute pelvic inflammatory disease
- decreased incidence of endometrial cancer
- decreased incidence of ovarian cancer

**DOSAGE AND ADMINISTRATION**
**Oral Contraception**
To achieve maximum contraceptive effectiveness, ORTHO TRI-CYCLEN® Tablets and ORTHO-CYCLEN® Tablets must be taken exactly as directed and at intervals not exceeding 24 hours. The possibility of ovulation and conception prior to initiation of medication should be considered. ORTHO TRI-CYCLEN and ORTHO-CYCLEN are available in the DIALPAK® Tablet Dispenser which is preset for a Sunday Start. Day 1 Start is also provided.

**Sunday Start**
When taking ORTHO TRI-CYCLEN® and ORTHO-CYCLEN® the first tablet should be taken on the first Sunday after menstruation begins. If period begins on Sunday, the first tablet should be taken that day. Take one active tablet daily for 21 days followed by one green inactive tablet daily for 7 days. After 28 tablets have been taken, a new course is started the next day (Sunday). For the first cycle of a Sunday Start regimen, another method of contraception should be used until after the first 7 consecutive days of administration.

If the patient misses one (1) active tablet in Weeks 1, 2, or 3, the tablet should be taken as soon as she remembers. If the patient misses two (2) active tablets in Week 1 or Week 2, the patient should take two (2) tablets the day she remembers and two (2) tablets the next day; and then continue taking one (1) tablet a day until she finishes the pack. The patient should be instructed to use a back-up method of birth control such as condoms or spermicide if she has sex in the seven (7) days after missing pills. If the patient misses two (2) active tablets in the third week or misses three (3) or more active tablets in a row, the patient should continue taking one tablet every day until Sunday. On Sunday the patient should throw out the rest of the pack and start a new pack that same day. The patient should be instructed to use a back-up method of birth control if she has sex in the seven (7) days after missing pills.

Complete instructions to facilitate patient counseling on proper pill usage may be found in the Detailed Patient Labeling ("How to Take the Pill" section).

**Day 1 Start**
The dosage of ORTHO TRI-CYCLEN® and ORTHO-CYCLEN®, for the initial cycle of therapy is one active tablet administered daily from the 1st day through the 21st day of the menstrual cycle, counting the first day of menstrual flow as "Day 1" followed by one green inactive tablet daily for 7 days. Tablets are taken without interruption for 28 days. After 28 tablets have been taken, a new course is started the next day.

If the patient misses one (1) active tablet in Weeks 1, 2, or 3, the tablet should be taken as soon as she remembers. If the patient misses two (2) active tablets in Week 1 or Week 2, the patient should take two (2) tablets the day she remembers and two (2) tablets the next day; and then continue taking one (1) tablet a day until she finishes the pack. The patient should be instructed to use a back-up method of birth control such as condoms or spermicide if she has sex in the seven (7) days after missing pills. If the patient misses two (2) active tablets in the third week or misses three (3) or more active tablets in a row, the patient should throw out the rest of the pack and start a new pack that same day. The patient should be instructed to use a back-up method of birth control if she has sex in the seven (7) days after missing pills.

Complete instructions to facilitate patient counseling on proper pill usage may be found in the Detailed Patient Labeling ("How to Take the Pill" section).

The use of ORTHO TRI-CYCLEN and ORTHO-CYCLEN for contraception may be initiated 4 weeks postpartum in women who elect not to breast feed. When the tablets are administered during the postpartum period, the increased risk of thromboembolic disease associated with the postpartum period must be considered. (See CONTRAINDICATIONS and WARNINGS concerning thromboembolic disease. See also PRECAUTIONS for "Nursing Mothers.") The possibility of ovulation and conception prior to initiation of medication should be considered. (See Discussion of Dose-Related Risk of Vascular Disease from Oral Contraceptives.)

**ADDITIONAL INSTRUCTIONS**
Breakthrough bleeding, spotting, and amenorrhea are frequent reasons for patients discontinuing oral contraceptives. In breakthrough bleeding, as in all cases of irregular bleeding from the vagina, nonfunctional causes should be borne in mind. In undiagnosed persistent or recurrent abnormal bleeding from the vagina, adequate diagnostic measures are indicated to rule out pregnancy or malignancy. If pathology has been excluded, time or a change to another formulation may solve the problem. Changing to an oral contraceptive with a higher estrogen content, while potentially useful in minimizing menstrual irregularity, should be done only if necessary since this may increase the risk of thromboembolic disease.

Use of oral contraceptives in the event of a missed menstrual period:
1. If the patient has not adhered to the prescribed schedule, the possibility of pregnancy should be considered at the time of the first missed period and oral contraceptive use should be discontinued if pregnancy is confirmed.
2. If the patient has adhered to the prescribed regimen and misses two consecutive periods, pregnancy should be ruled out.

**ACNE**
The timing of initiation of dosing with ORTHO TRI-CYCLEN® for acne should follow the guidelines for use of ORTHO TRI-CYCLEN as an oral contraceptive. Consult the DOSAGE AND ADMINISTRATION section for oral contraceptives. The dosage regimen for ORTHO TRI-CYCLEN for treatment of facial acne, as available in a DIALPAK® Tablet Dispenser, utilizes a 21-day active and a 7-day placebo schedule. Take one active tablet daily for 21 days followed by one green inactive tablet for 7 days. After 28 tablets have been taken, a new course is started the next day.

**HOW SUPPLIED**
ORTHO TRI-CYCLEN® Tablets are available in a DIALPAK® Tablet Dispenser (NDC 0062-1903-15) containing 28 tablets. Each white tablet contains 0.180 mg of the progestational compound, norgestimate, together with 0.035 mg of the estrogenic compound, ethinyl estradiol. Each light blue tablet contains 0.215 mg of the progestational compound, norgestimate, together with 0.035 mg of the estrogenic compound, ethinyl estradiol. Each blue tablet contains 0.250 mg of the progestational compound, norgestimate, together with 0.035 mg of the estrogenic compound, ethinyl estradiol. Each green tablet contains inert ingredients.

The white tablets are unscored, with "Ortho" and "180" debossed on each side; the light blue tablets are unscored with "Ortho" and "215" debossed on each side; the blue tablets are unscored with "Ortho" and "250" debossed on each side.

ORTHO TRI-CYCLEN® Tablets are also available as Refills (NDC 0062-1903-23).

ORTHO TRI-CYCLEN® Tablets are available for clinic usage in a VERIDATE® Tablet Dispenser (unfilled) and VERIDATE Refills (NDC 0062-1903-20).

ORTHO-CYCLEN® Tablets are available in a DIALPAK® Tablet Dispenser (NDC 0062-1901-15) containing 28 tablets as follows: 21 blue tablets containing 0.250 mg of the progestational compound, norgestimate, together with 0.035 mg of the estrogenic compound, ethinyl estradiol which are unscored with "Ortho" and "250" debossed on each side, and 7 green tablets containing inert ingredients.

ORTHO-CYCLEN® Tablets are also available as Refills (NDC 0062-1901-23).

ORTHO-CYCLEN® Tablets are available for clinic usage in a VERIDATE® Tablet Dispenser (unfilled) and VERIDATE Refills (NDC 0062-1901-20).

Keep out of reach of children.

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F).
Protect from light.

**REFERENCES**
1. Trussel J. Contraceptive efficacy. In Hatcher RA, Trussel J, Stewart F, Cates W, Stewart GK, Kowal D, Guest F. Contraceptive Technology: Seventeenth Revised Edition. New York NY: Irvington Publishers, 1998, in press. 2. Stadel BV. Oral contraceptives and cardiovascular disease. (Pt. 1). N Engl J Med 1981; 305:612-618. 3. Stadel BV. Oral contraceptives and cardiovascular disease. (Pt. 2). N Engl J Med 1981; 305:672-677. 4. Adam SA, Thorogood M. Oral contraception and myocardial infarction revisited: the effects of new preparations and prescribing patterns. Br J Obstet Gynaecol 1981; 88:838-845. 5. Mann JI, Inman WH. Oral contraceptives and death from myocardial infarction. Br Med J 1975; 2(5965):245-248. 6. Mann JI, Vessey MP, Thorogood M, Doll R. Myocardial infarction in young women with special reference to oral contraceptive practice. Br Med J 1975; 2(5956):241-245. 7. Royal College of General Practitioners' Oral Contraception Study: Further analyses of mortality in oral contraceptive users. Lancet 1981; 1:541-546. 8. Slone D, Shapiro S, Kaufman DW, Rosenberg L, Mettinen OS, Stolley PD. Risk of myocardial infarction in relation to current and discontinued use of oral contraceptives. N Engl J Med 1981; 305:420-424. 9. Vessey MP. Female hormones and vascular disease — an epidemiological overview. Br J Fam Plann 1980; 6 (Supplement): 1-12. 10. Russell-Briefel RG, Ezzati TM, Fulwood R, Perlman JA, Murphy RS. Cardiovascular risk status and oral contraceptive use. United States, 1976-80. Prevent Med 1986; 15:352-362. 11. Goldbaum GM, Kendrick JS, Hogelin GC, Gentry EM. The relative impact of smoking and oral contraceptive use on women in the United States. JAMA 1987; 258:1339-1342. 12. Layde PM, Beral V. Further analyses of mortality in oral contraceptive users: Royal College of General Practitioners' Oral Contraception Study. (Table 5) Lancet 1981; 1:541-546. 13. Knopp RH. Arteriosclerosis risk: the roles of oral contraceptives and postmenopausal estrogens. J Reprod Med 1986; 31(9)(Supplement): 913-921. 14. Krauss RM, Roy S, Mishell DR, Casagrande J, Pike MC. Effects of two low-dose oral contraceptives on serum lipids and lipoproteins: Differential changes in high-density lipoproteins subclasses. Am J Obstet 1983; 145:446-452. 15. Wahl P, Walden C, Knopp R, Hoover J, Wallace R, Heiss G, Rifkind B. Effect of estrogen/progestin potency on lipid/lipoprotein cholesterol. N Engl J Med 1983; 308:862-867. 16. Wynn V, Nithythyananthan R. The effect of progestin in combined oral contraceptives on serum lipids with special reference to high density lipoproteins. Am J Obstet Gynecol 1982; 142:766-771. 17. Wynn V, Godsland I. Effects of oral contraceptives on carbohydrate metabolism. J Reprod Med 1966; 31(9)(Supplement):892-897. 18. LaRosa JC. Atherosclerotic risk factors in cardiovascular disease. J Reprod Med 1986; 31(9)(Supplement): 906-912. 19. Inman WH, Vessey MP. Investigation of death from pulmonary, coronary, and cerebral thrombosis and embolism in women of child-bearing age. Br Med J 1968; 2(5599):193-199. 20. Maguire MG, Tonascia J, Sartwell PE, Stolley PD, Tockman MS. Increased risk of thrombosis due to oral contraceptives: a further report. Am J Epidemiol 1979; 110(2):188-195. 21. Petitti DB, Wingerd J, Pellegrin F, Ramacharan S. Risk of vascular disease in women: smoking, oral contraceptives, noncontraceptive estrogens, and other factors. JAMA 1979; 242:1150-1154. 22. Vessey MP, Doll R. Investigation of relation between use of oral contraceptives and thromboembolic disease. Br Med J 1968; 2(5599):199-205. 23. Vessey MP, Doll R. Investigation of relation between use of oral contraceptives and thromboembolic disease. A further report. Br Med J 1969; 2(5658):651-

657. 24. Porter JB, Hunter JR, Danielson DA, Jick H, Stergachis A. Oral contraceptives and non-fatal vascular disease – recent experience. Obstet Gynecol 1982; 59(3):299-302. 25. Vessey M, Doll R, Peto R, Johnson B, Wiggins P. A long-term follow-up study of women using different methods of contraception: an interim report. J Biosocial Sci 1976; 8:375-427. 26. Royal College of General Practitioners: Oral Contraceptives, venous thrombosis, and varicose veins. J Royal Coll Gen Pract 1978; 28:393-399. 27. Collaborative Group for the Study of Stroke in Young Women: Oral contraception and increased risk of cerebral ischemia or thrombosis. N Engl J Med 1973; 288:871-878. 28. Petitti DB, Wingerd J. Use of oral contraceptives, cigarette smoking, and risk of subarachnoid hemorrhage. Lancet 1978; 2:234-236. 29. Inman WH. Oral contraceptives and fatal subarachnoid hemorrhage. Br Med J 1979; 2(6203):1468-1470. 30. Collaborative Group for the Study of Stroke in Young Women: Oral Contraceptives and stroke in young women: associated risk factors. JAMA 1975; 231:718-722. 31. Inman WH, Vessey MP, Westerholm B, Engelund A. Thromboembolic disease and the steroidal content of oral contraceptives. A report to the Committee on Safety of Drugs. Br Med J 1970; 2:203-209. 32. Meade TW, Greenberg G, Thompson SG. Progestogens and cardiovascular reactions associated with oral contraceptives and a comparison of the safety of 50- and 35-mcg oestrogen preparations. Br Med J 1980; 280(6224):1157-1161. 33. Kay CR. Progestogens and arterial disease – evidence from the Royal College of General Practitioners' Study. Am J Obstet Gynecol 1982; 142:762-765. 34. Royal College of General Practitioners: Incidence of arterial disease among oral contraceptive users. J Royal Coll Gen Pract 1983; 33:75-82. 35. Ory HW. Mortality associated with fertility and fertility control: 1983. Family Planning Perspectives 1983; 15:50-56. 36. The Cancer and Steroid Hormone Study of the Centers for Disease Control and the National Institute of Child Health and Human Development: Oral contraceptive use and the risk of breast cancer. N Engl J Med 1986; 315:405-411. 37. Pike MC, Henderson BE, Krailo MD, Duke A, Roy S. Breast cancer in young women and use of oral contraceptives: possible modifying effect of formulation and age at use. Lancet 1983; 2:926-929. 38. Paul C, Skegg DG, Spears GFS, Kaldor JM. Oral contraceptives and breast cancer: A national study. Br Med J 1986; 293:723-725. 39. Miller DR, Rosenberg L, Kaufman DW, Schottenfeld D, Stolley PD, Shapiro S. Breast cancer risk in relation to early oral contraceptive use. Obstet Gynecol 1986; 68:863-868. 40. Olsson H, Olsson ML, Moller TR, Ranstam J, Holm P. Oral contraceptive use and breast cancer in young women in Sweden (letter). Lancet 1985; 1(8431):748-749. 41. McPherson K, Vessey M, Neil A, Doll R, Jones L, Roberts M. Early contraceptive use and breast cancer: Results of another case-control study. Br J Cancer 1987; 56:653-660. 42. Huggins GR, Zucker PF. Oral contraceptives and neoplasia: 1987 update. Fertil Steril 1987; 47:733-761. 43. McPherson K, Drife JO. The pill and breast cancer: why the uncertainty? Br Med J 1986; 293:709-710. 44. Shapiro S. Oral contraceptives – time to take stock. N Engl J Med 1987; 315:450-451. 45. Ory H, Naib Z, Conger SB, Hatcher RA, Tyler CW. Contraceptive choice and prevalence of cervical dysplasia and carcinoma in situ. Am J Obstet Gynecol 1976; 124:573-577. 46. Vessey MP, Lawless M, McPherson K, Yeates D. Neoplasia of the cervix uteri and contraception: a possible adverse effect of the pill. Lancet 1983; 2:930. 47. Brinton LA, Huggins GR, Lehman HF, Malli K, Savitz DA, Trapido E, Rosenthal J, Hoover R. Long term use of oral contraceptives and risk of invasive cervical cancer. Int J Cancer 1986; 38:339-344. 48. WHO Collaborative Study of Neoplasia and Steroid Contraceptives: Invasive cervical cancer and combined oral contraceptives. Br Med J 1985; 290:961-965. 49. Rooks JB, Ory HW, Ishak KG, Strauss LT, Greenspan JR, Hill AP, Tyler CW. Epidemiology of hepatocellular adenoma: the role of oral contraceptive use. JAMA 1979; 242:644-648. 50. Bein NN, Goldsmith HS. Recurrent massive hemorrhage from benign hepatic tumors secondary to oral contraceptives. Br J Surg 1977; 64:433-435. 51. Klatskin G. Hepatic tumors: possible relationship to use of oral contraceptives. Gastroenterology 1977; 73:386-394. 52. Henderson BE, Preston-Martin S, Edmondson HA, Peters RL, Pike MC. Hepatocellular carcinoma and oral contraceptives. Br J Cancer 1983; 48:437-440. 53. Neuberger J, Forman D, Doll R, Williams R. Oral contraceptives and hepatocellular carcinoma. Br Med J 1986; 292:1355-1357. 54. Forman D, Vincent TJ, Doll R. Cancer of the liver and oral contraceptives. Br Med J 1986; 292:1357-1361. 55. Harlap S, Eldor J. Births following oral contraceptive failures. Obstet Gynecol 1980; 55:447-452. 56. Savolainen E, Saksela E, Saxen L. Teratogenic hazards of oral contraceptives analyzed in a national malformation register. Am J Obstet Gynecol 1981; 140:521-524. 57. Janerich DT, Piper JM, Glebatis DM. Oral contraceptives and birth defects. Am J Epidemiol 1980; 112:73-79. 58. Ferencz C, Matanoski GM, Wilson PD, Rubin JD, Neill CA, Gutberlet R. Maternal hormone therapy and congenital heart disease. Teratology 1980; 21:225-239. 59. Rothman KJ, Fyler DC, Goldblatt A, Kreidberg MB. Exogenous hormones and other drug exposures of children with congenital heart disease. Am J Epidemiol 1979; 109:433-439. 60. Boston Collaborative Drug Surveillance Program: Oral contraceptives and venous thromboembolic disease, surgically confirmed gallbladder disease, and breast tumors. Lancet 1973; 1:1399-1404. 61. Royal College of General Practitioners: Oral contraceptives and health. New York, Pitman 1974. 62. Layde PM, Vessey MP, Yeates D. Risk of gallbladder disease: a cohort study of young women attending family planning clinics. J Epidemiol Community Health 1982; 36:274-276. 63. Rome Group for Epidemiology and Prevention of Cholelithiasis (GREPCO): Prevalence of gallstone disease in an Italian adult female population. Am J Epidemiol 1984; 119:796-805. 64. Storm BL, Tamragouri RT, Morse ML, Lazar EL, West SL, Stolley PD, Jones JK. Oral contraceptives and other risk factors for gallbladder disease. Clin Pharmacol Ther 1986; 39:335-341. 65. Wynn V, Adams PW, Godsland IF, Melrose J, Niththyananthan R, Oakley NW, Seed A. Comparison of effects of different combined oral contraceptive formulations on carbohydrate and lipid metabolism. Lancet 1979; 1:1045-1049. 66. Wynn V. Effect of progesterone and progestins on carbohydrate metabolism. In: Progesterone and Progestin. Bardin DW, Milgrom E, Mauvis-Jarvis P. eds. New York, Raven Press 1983; pp. 395-410. 67. Perlman JA, Roussell-Briefel RG, Ezzati TM, Lieberknecht G. Oral glucose tolerance and the potency of oral contraceptive progestogens. J Chronic Dis 1985; 38:857-864. 68. Royal College of General Practitioners' Oral Contraception Study: Effect on hypertension and benign breast disease of progestogen component in combined oral contraceptives. Lancet 1977; 1:624. 69. Fisch IR, Frank J. Oral contraceptives and blood pressure. JAMA 1977; 237:2499-2503. 70. Laragh AJ. Oral contraceptive induced hypertension – nine years later. Am J Obstet Gynecol 1976; 126:141-147. 71. Ramcharan S, Peritz E, Pellegrin FA, Williams WT. Incidence of hypertension in the Walnut Creek Contraceptive Drug Study cohort. In: Pharmacology of steroid contraceptive drugs. Garattini S, Berendes HW. eds. New York, Raven Press, 1977; pp. 277-288. (Monographs of the Mario Negri Institute for Pharmacological Research Milan.) 72. Stockley I. Interactions with oral contraceptives. J Pharm 1976; 216:140-143. 73. The Cancer and Steroid Hormone Study of the Centers for Disease Control and the National Institute of Child Health and Human Development: Oral contraceptive use and the risk of ovarian cancer. JAMA 1983; 249:1596-1599. 74. The Cancer and Steroid Hormone Study of the Centers for Disease Control and the National Institute of Child Health and Human Development: Combination oral contraceptive use and the risk of endometrial cancer. JAMA 1987; 257:796-800. 75. Ory HW. Functional ovarian cysts and oral contraceptives: negative association confirmed surgically. JAMA 1974; 228:68-69. 76. Ory HW, Cole P, MacMahon B, Hoover R. Oral contraceptives and reduced risk of benign breast disease. N Engl J Med 1976; 294:419-422. 77. Ory HW. The noncontraceptive health benefits from oral contraceptive use. Fam Plann Perspect 1982; 14:182-184. 78. Ory HW, Forrest JD, Lincoln R. Making choices: Evaluating the health risks and benefits of birth control methods. New York, The Alan Guttmacher Institute, 1983; p. 1. 79. Schlesselman J, Stadel BV, Murray P, Lai S. Breast cancer in relation to early use of oral contraceptives. JAMA 1988; 259:1828-1833. 80. Hennekens CH, Speizer FE, Lipnick RJ, Rosner B, Bain C, Belanger C, Stampfer MJ, Willett W, Peto R. A case-control study of oral contraceptive use and breast cancer. JNCI 1984; 72:39-42. 81. LaVecchia C, Decarli A, Fasoli M, Franceschi S, Gentile A, Negri E, Parazzini F, Tognoni G. Oral contraceptives and cancers of the breast and of the female genital tract. Interim results from a case-control study. Br J Cancer 1986; 54:311-317. 82. Meirik O, Lund E, Adami H, Bergstrom R, Christoffersen T, Bergsjo P. Oral contraceptive use and breast cancer in young women. A joint National Case-control study in Sweden and Norway. Lancet 1986; 2(8508):650-654. 83. Kay CR, Hannaford PC. Breast cancer and the pill – A further report from the Royal College of General Practitioners' oral contraception study. Br J Cancer 1988; 58:675-680. 84. Stadel BV, Lai S, Schlesselman JJ, Murray P. Oral contraceptives and premenopausal breast cancer in nulliparous women. Contraception 1988; 38:287-299. 85. Miller DR, Rosenberg L, Kaufman DW, Stolley P, Warshauer ME, Shapiro S. Breast cancer before age 45 and oral contraceptive use: New Findings. Am J Epidemiol 1989; 129:269-280. 86. The UK National Case-Control Study Group. Oral contraceptive use and breast cancer risk in young women. Lancet 1989; 1:973-982. 87. Schlesselman JJ. Cancer of the breast and reproductive tract in relation to use of oral contraceptives. Contraception 1989; 40:1-38. 88. Vessey MP, McPherson K, Villard-Mackintosh L, Yeates D. Oral contraceptives and breast cancer: latest findings in a large cohort study. Br J Cancer 1989; 59:613-617. 89. Jick SS, Walker AM, Stergachis A, Jick H. Oral contraceptives and breast cancer. Br J Cancer 1989; 59:618-621. 90. Anderson FD. Selectivity and minimal androgenicity of norgestimate in monophasic and triphasic oral contraceptives. Acta Obstet Gynecol Scand 1992; 156 (Supplement):15-21. 91. Chapdelaine A, Desmarais J-L, Derman RJ. Clinical evidence of minimal androgenic activity of norgestimate. Int J Fertil 1989; 34(5):347-352. 92. Phillips A, Demarest K, Hahn DW, Wong F, McGuire JL. Progestational and androgenic receptor binding affinities and in vivo activities of norgestimate and other progestins. Contraception 1990; 41(4):399-409. 93. Phillips A, Hahn DW, Klimek S, McGuire JL. A comparison of the potencies and activities of progestogens used in contraceptives. Contraception 1987; 36(2):181-192. 94. Janaud A, Rouffy J, Upmalis D, Dain M-P. A comparison study of lipid and androgen metabolism with triphasic oral contraceptive formulations containing norgestimate or levonorgestrel. Acta Obstet Gynecol Scand 1992; 156 (Supplement):34-38. 95. Collaborative Group on

Hormonal Factors in Breast Cancer. Breast cancer and hormonal contraceptives: collaborative reanalysis of individual data on 53 297 women with breast cancer and 100 239 women without breast cancer from 54 epidemiological studies. Lancet 1996; 347:1713-1727. 96. Palmer JR, Rosenberg L, Kaufman DW, Warshauer ME, Stolley P, Shapco S. Oral Contraceptive Use and Liver Cancer. Am J Epidemiol 1989; 130:878-882. 97. Lewis M, Spitzer WO, Heinemann LAJ, MacRae KD, Bruppacher R, Thorogood M, on behalf of Transnational Research Group on Oral Contraceptives and Health of Young Women. Third generation oral contraceptives and risk of myocardial infarction: an international case-control study. Br Med J 1996;312:88-90. 98. Improving access to quality care in family planning: Medical eligibility criteria for contraceptive use. Geneva, WHO, Family and Reproductive Health, 1996. 99. Bork K, Fischer B, DeWald G. Recurrent episodes of skin angioedema and severe attacks of abdominal pain induced by oral contraceptives or hormone replacement therapy. Am J Med 2003;114:294-298. 100. Van Giersbergen PLM, Halabi A, Dingemanse J. Pharmacokinetic interaction between bosentan and the oral contraceptives norethisterone and ethinyl estradiol. Int J Clin Pharmacol Ther 2006;44(3):113-118.

## BRIEF SUMMARY PATIENT PACKAGE INSERT

**This product (like all oral contraceptives) does not protect against HIV infection (AIDS) and other sexually transmitted diseases.**

Oral contraceptives, also known as "birth control pills" or "the pill," are taken to prevent pregnancy. When taken correctly to prevent pregnancy, oral contraceptives have a failure rate of approximately 1% per year (1 pregnancy per 100 women per year of use) when used without missing any pills. The typical failure rate is approximately 5% per year (5 pregnancies per 100 women per year of use) when women who miss pills are included. For most women oral contraceptives are also free of serious or unpleasant side effects. However, forgetting to take pills considerably increases the chances of pregnancy.

ORTHO TRI-CYCLEN® may also be taken to treat moderate acne in females at least 15 years of age, who have started having menstrual periods, are able to take the pill and want to use the pill for birth control.

For the majority of women, oral contraceptives can be taken safely. But there are some women who are at high risk of developing certain serious diseases that can be fatal or may cause temporary or permanent disability. The risks associated with taking oral contraceptives increase significantly if you:

* smoke
* have high blood pressure, diabetes, high cholesterol
* have or have had clotting disorders, heart attack, stroke, angina pectoris, cancer of the breast or sex organs, jaundice or malignant or benign liver tumors

Although cardiovascular disease risks may be increased with oral contraceptive use after age 40 in healthy, non-smoking women (even with the newer low-dose formulations), there are also greater potential health risks associated with pregnancy in older women.

You should not take the pill if you suspect you are pregnant or have unexplained vaginal bleeding.

> Cigarette smoking increases the risk of serious cardiovascular side effects from oral contraceptive use. This risk increases with age and with heavy smoking (15 or more cigarettes per day) and is quite marked in women over 35 years of age. Women who use oral contraceptives are strongly advised not to smoke.

Most side effects of the pill are not serious. The most common such effects are nausea, vomiting, bleeding between menstrual periods, weight gain, breast tenderness, and difficulty wearing contact lenses. These side effects, especially nausea and vomiting, may subside within the first three months of use.

The serious side effects of the pill occur very infrequently, especially if you are in good health and are young. However, you should know that the following medical conditions have been associated with or made worse by the pill:

1. Blood clots in the legs (thrombophlebitis), lungs (pulmonary embolism), stoppage or rupture of a blood vessel in the brain (stroke), blockage of blood vessels in the heart (heart attack or angina pectoris) or other organs of the body. As mentioned above, smoking increases the risk of heart attacks and strokes and subsequent serious medical consequences.

2. In rare cases, oral contraceptives can cause benign but dangerous liver tumors. These benign liver tumors can rupture and cause fatal internal bleeding. In addition, some studies report an increased risk of developing liver cancer. However, liver cancers are rare.

3. High blood pressure, although blood pressure usually returns to normal when the pill is stopped.

The symptoms associated with these serious side effects are discussed in the detailed leaflet given to you with your supply of pills. Notify your healthcare professional if you notice any unusual physical disturbances while taking the pill. In addition, drugs such as rifampin, as well as some anticonvulsants and some antibiotics may decrease oral contraceptive effectiveness.

Various studies give conflicting reports on the relationship between breast cancer and oral contraceptive use. Oral contraceptive use may slightly increase your chance of having breast cancer diagnosed, particularly after using hormonal contraceptives at a younger age. After you stop using hormonal contraceptives, the chances of having breast cancer diagnosed begin to go back down. You should have regular breast examinations by a healthcare professional and examine your own breasts monthly. Tell your healthcare professional if you have a family history of breast cancer or if you have had breast nodules or an abnormal mammogram. Women who currently have or have had breast cancer should not use oral contraceptives because breast cancer is usually a hormone-sensitive tumor.

Some studies have found an increase in the incidence of cancer of the cervix in women who use oral contraceptives. However, this finding may be related to factors other than the use of oral contraceptives. There is insufficient evidence to rule out the possibility that the pill may cause such cancers.

Taking the combination pill provides some important non-contraceptive benefits. These include less painful menstruation, less menstrual blood loss and anemia, fewer pelvic infections, and fewer cancers of the ovary and the lining of the uterus.

Be sure to discuss any medical condition you may have with your healthcare professional. Your healthcare professional will take a medical and family history before prescribing oral contraceptives and will examine you. The physical examination may be delayed to another time if you request it and the healthcare professional believes that it is a good medical practice to postpone it. You should be reexamined at least once a year while taking oral contraceptives. Your pharmacist should have given you the detailed patient information labeling which gives you further information which you should read and discuss with your healthcare professional.

## HOW TO TAKE THE PILL

### IMPORTANT POINTS TO REMEMBER

BEFORE YOU START TAKING YOUR PILLS:

1. BE SURE TO READ THESE DIRECTIONS:
   Before you start taking your pills.
   Anytime you are not sure what to do.

2. THE RIGHT WAY TO TAKE THE PILL IS TO TAKE ONE PILL EVERY DAY AT THE SAME TIME.
   If you miss pills you could get pregnant. This includes starting the pack late.
   The more pills you miss, the more likely you are to get pregnant.

3. MANY WOMEN HAVE SPOTTING OR LIGHT BLEEDING, OR MAY FEEL SICK TO THEIR STOMACH DURING THE FIRST 1–3 PACKS OF PILLS. If you feel sick to your stomach or have spotting or light bleeding, do not stop taking the pill. The problem will usually go away. If it doesn't go away, check with your healthcare professional.

4. MISSING PILLS CAN ALSO CAUSE SPOTTING OR LIGHT BLEEDING, even when you make up these missed pills.
   On the days you take 2 pills to make up for missed pills, you could also feel a little sick to your stomach.

5. IF YOU HAVE VOMITING OR DIARRHEA, OR IF YOU TAKE SOME MEDICINES, including some antibiotics, your pills may not work as well.
   Use a back-up method (such as condoms or spermicide) until you check with your healthcare professional.

6. IF YOU HAVE TROUBLE REMEMBERING TO TAKE THE PILL, talk to your healthcare professional about how to make pill-taking easier or about using another method of birth control.

7. IF YOU HAVE ANY QUESTIONS OR ARE UNSURE ABOUT THE INFORMATION IN THIS LEAFLET, call your healthcare professional.

## BEFORE YOU START TAKING YOUR PILLS

1. DECIDE WHAT TIME OF DAY YOU WANT TO TAKE YOUR PILL.
   It is important to take it at about the same time every day.
2. LOOK AT YOUR PILL PACK
   The pill pack has 24 "active" pills (with hormones) to take for 3 weeks. This is followed by 1 week of "reminder" green pills (without hormones).
   ORTHO TRI-CYCLEN®: There are 7 white "active" pills, 7 light blue "active" pills, 7 blue "active" pills, and 7 green "reminder" pills.
   ORTHO-CYCLEN®: There are 21 blue "active" pills, and 7 green "reminder" pills.
3. ALSO FIND:
   1) where on the pack to start taking pills,
   2) in what order to take the pills.
4. BE SURE YOU HAVE READY AT ALL TIMES:
   ANOTHER KIND OF BIRTH CONTROL (such as condoms or spermicide) to use as a back-up method in case you miss pills.
   AN EXTRA, FULL PILL PACK.

## WHEN TO START THE FIRST PACK OF PILLS

You have a choice of which day to start taking your first pack of pills. ORTHO TRI-CYCLEN® and ORTHO-CYCLEN® are available in the DIALPAK® Tablet Dispenser which is preset for a Sunday Start. Day 1 Start is also provided. Decide with your healthcare professional which is the best day for you. Pick a time of day which will be easy to remember.

**Sunday Start:**
**ORTHO TRI-CYCLEN®:** Take the first white "active" pill of the first pack on the Sunday after your period starts, even if you are still bleeding. If your period begins on Sunday, start the pack that same day.
**ORTHO-CYCLEN®:** Take the first blue "active" pill of the first pack on the Sunday after your period starts, even if you are still bleeding. If your period begins on Sunday, start the pack that same day.
Use another method of birth control such as condoms or spermicide as a back-up method if you have sex anytime from the Sunday you start your first pack until the next Sunday (7 days).

**Day 1 Start:**
**ORTHO TRI-CYCLEN®:** Take the first white "active" pill of the first pack during the first 24 hours of your period.
**ORTHO-CYCLEN®:** Take the first blue "active" pill of the first pack during the first 24 hours of your period.
You will not need to use a back-up method of birth control, since you are starting the pill at the beginning of your period.

## WHAT TO DO DURING THE MONTH

1. TAKE ONE PILL AT THE SAME TIME EVERY DAY UNTIL THE PACK IS EMPTY.
   Do not skip pills even if you are spotting or bleeding between monthly periods or feel sick to your stomach (nausea).
   Do not skip pills even if you do not have sex very often.
2. WHEN YOU FINISH A PACK OR SWITCH YOUR BRAND OF PILLS:
   Start the next pack on the day after your last "reminder" pill. Do not wait any days between packs.

## WHAT TO DO IF YOU MISS PILLS

**ORTHO TRI-CYCLEN®:**
If you MISS 1 white, light blue or blue "active" pill:
1. Take it as soon as you remember. Take the next pill at your regular time. This means you may take 2 pills in 1 day.
2. You do not need to use a back-up birth control method if you have sex.
If you MISS 2 white or light blue "active" pills in a row in WEEK 1 OR WEEK 2 of your pack:
1. Take 2 pills on the day you remember and 2 pills the next day.
2. Then take 1 pill a day until you finish the pack.
3. You COULD BECOME PREGNANT if you have sex in the 7 days after you miss pills. You MUST use another birth control method (such as condoms or spermicide) as a back-up method for those 7 days.
If you MISS 2 blue "active" pills in a row in THE 3RD WEEK:
1. **If you are a Sunday Starter:**
   Keep taking 1 pill every day until Sunday. On Sunday, THROW OUT the rest of the pack and start a new pack of pills that same day.
   **If you are a Day 1 Starter:**
   THROW OUT the rest of the pill pack and start a new pack that same day.
2. You may not have your period this month but this is expected. However, if you miss your period 2 months in a row, call your healthcare professional because you might be pregnant.
3. You COULD BECOME PREGNANT if you have sex in the 7 days after you miss pills. You MUST use another birth control method (such as condoms or spermicide) as a back-up method for those 7 days.
If you MISS 3 OR MORE white, light blue or blue "active" pills in a row (during the first 3 weeks):
1. **If you are a Sunday Starter:**
   Keep taking 1 pill every day until Sunday. On Sunday, THROW OUT the rest of the pack and start a new pack of pills that same day.
   **If you are a Day 1 Starter:**
   THROW OUT the rest of the pill pack and start a new pack that same day.
2. You may not have your period this month but this is expected. However, if you miss your period 2 months in a row, call your healthcare professional because you might be pregnant.
3. You COULD BECOME PREGNANT if you have sex in the 7 days after you miss pills. You MUST use another birth control method (such as condoms or spermicide) as a back-up method for those 7 days.

**ORTHO-CYCLEN®:**
If you MISS 1 blue "active" pill:
1. Take it as soon as you remember. Take the next pill at your regular time. This means you may take 2 pills in 1 day.
2. You do not need to use a back-up birth control method if you have sex.
If you MISS 2 "active" pills in a row in WEEK 1 OR WEEK 2 of your pack:
1. Take 2 pills on the day you remember and 2 pills the next day.
2. Then take 1 pill a day until you finish the pack.
3. You COULD BECOME PREGNANT if you have sex in the 7 days after you miss pills. You MUST use another birth control method (such as condoms or spermicide) as a back-up method for those 7 days.
If you MISS 2 "active" pills in a row in THE 3RD WEEK:
1. **If you are a Sunday Starter:**
   Keep taking 1 pill every day until Sunday. On Sunday, THROW OUT the rest of the pack and start a new pack of pills that same day.

If you are a Day 1 Starter:
   THROW OUT the rest of the pill pack and start a new pack that same day.
2. You may not have your period this month but this is expected. However, if you miss your period 2 months in a row, call your healthcare professional because you might be pregnant.
3. You COULD BECOME PREGNANT if you have sex in the 7 days after you miss pills. You MUST use another birth control method (such as condoms or spermicide) as a back-up method for those 7 days.
If you MISS 3 OR MORE "active" pills in a row (during the first 3 weeks):
1. **If you are a Sunday Starter:**
   Keep taking 1 pill every day until Sunday. On Sunday, THROW OUT the rest of the pack and start a new pack of pills that same day.
   **If you are a Day 1 Starter:**
   THROW OUT the rest of the pill pack and start a new pack that same day.
2. You may not have your period this month but this is expected. However, if you miss your period 2 months in a row, call your healthcare professional because you might be pregnant.
3. You COULD BECOME PREGNANT if you have sex in the 7 days after you miss pills. You MUST use another birth control method (such as condoms or spermicide) as a back-up method for those 7 days.

**A REMINDER:**
If you forget any of the 7 green "reminder" pills in Week 4:
THROW AWAY the pills you missed.
Keep taking 1 pill each day until the pack is empty.
You do not need a back-up method.

**FINALLY, IF YOU ARE STILL NOT SURE WHAT TO DO ABOUT THE PILLS YOU HAVE MISSED:**
Use a BACK-UP METHOD anytime you have sex.
KEEP TAKING ONE "ACTIVE" PILL EACH DAY until you can reach your healthcare professional.

## INSTRUCTIONS FOR USING YOUR DIALPAK® TABLET DISPENSER

**PLEASE READ ME!**
☐ Sunday Start
or
☐ Day 1 Start
There are two ways to start taking birth control pills,
Sunday Start or Day 1 Start.
Your healthcare professional will tell you which to use.
**SAVE THESE INSTRUCTIONS.**



**1.** If this is the first time you are taking birth control pills, or if you have not taken birth control pills for 10 days or more, your first step is to **wait until the first day you get your menstrual period.** Then, follow these instructions for either Sunday Start or Day 1 Start.



☐ Sunday Start
☐ Day 1 Start

**2. When you get your period:**
• You will use a **Sunday Start** if your doctor told you to take your first pill on a Sunday. Take pill "1" on the Sunday after your period starts.
If your period starts on a Sunday, take pill "1" that day.
• You will use a **Day 1 Start** if your doctor told you to take pill "1" on the first day of your period.



**3. SET THE DAY:**
☐ **Sunday Start:** the arrow on your *empty* Dialpak should point to SU (Sunday).
☐ **Day 1 Start:** turn the dial on your *empty* Dialpak until the arrow points to the first day of your period (if your period starts on Tuesday, the arrow will point to TU).



**4.** Insert the new refill by lining up the "V" shape on the refill with the "V" shape at the top of your Dialpak. Snap the refill in place. You are ready to take pill "1." You should always begin your pill cycle with pill "1," as shown on the inner part of the refill ring.



**5.** Remove pill "1" by pushing down on the pill. The pill will come out through a hole in the back of the Dialpak.



**6.** Swallow the pill. You will take one pill each day. If you use a Sunday Start and you are taking the pill for the FIRST TIME, YOU MUST USE A BACK-UP METHOD OF BIRTH CONTROL FOR THE FIRST 7 DAYS. If you use a Day 1 Start, you are protected from becoming pregnant as soon as you take your first pill.



**7.** Wait 24 hours to take your next pill. To take pill "2," turn the dial on your Dialpak to the next day. Continue to take one pill each day until all the pills have been taken.



**8.** Take your pill at the same time every day. It is important to take the correct pill each day and not miss any pills. To help you remember, take your pill at the same time as another daily activity, like turning off your alarm clock or brushing your teeth.



**9. When your refill is empty, keep your Dialpak case.** You will start a new refill on the day after pill "28."



**10. Turn the dial to the pill "1" position** to remove the empty refill and insert a new refill. THE FIRST PILL IN EVERY REFILL WILL ALWAYS BE TAKEN ON THE SAME DAY OF THE WEEK, NO MATTER WHEN YOUR NEXT PERIOD STARTS.

**DETAILED PATIENT LABELING**
**PLEASE NOTE:** This labeling is revised from time to time as important new medical information becomes available. Therefore, please review this labeling carefully.

This product (like all oral contraceptives) does not protect against HIV infection (AIDS) and other sexually transmitted diseases.

**ORTHO TRI-CYCLEN® Regimen**

Each white tablet contains 0.180 mg norgestimate and 0.035 mg ethinyl estradiol. Each light blue tablet contains 0.215 mg norgestimate and 0.035 mg ethinyl estradiol. Each blue tablet contains 0.250 mg norgestimate and 0.035 mg ethinyl estradiol. Each green tablet contains inert ingredients.

**ORTHO-CYCLEN® Regimen**

Each blue tablet contains 0.250 mg norgestimate and 0.035 mg ethinyl estradiol. Each green tablet contains inert ingredients.

**INTRODUCTION**

Any woman who considers using oral contraceptives (the birth control pill or the pill) should understand the benefits and risks of using this form of birth control. This patient labeling will give you much of the information you will need to make this decision and will also help you determine if you are at risk of developing any of the serious side effects of the pill. It will tell you how to use the pill properly so that it will be as effective as possible. However, this labeling is not a replacement for a careful discussion between you and your healthcare professional. You should discuss the information provided in this labeling with him or her, both when you first start taking the pill and during your revisits. You should also follow your healthcare professional's advice with regard to regular check-ups while you are on the pill.

**EFFECTIVENESS OF ORAL CONTRACEPTIVES FOR CONTRACEPTION**

Oral contraceptives or "birth control pills" or "the pill" are used to prevent pregnancy and are more effective than most other non-surgical methods of birth control. When they are taken correctly without missing any pills, the chance of becoming pregnant is approximately 1% per year (1 pregnancy per 100 women per year of use). Typical failure rates, including women who do not always take the pill correctly, are approximately 5% per year (5 pregnancies per 100 women per year of use). The chance of becoming pregnant increases with each missed pill during a menstrual cycle.

In comparison, typical failure rates for other non-surgical methods of birth control during the first year of use are as follows:

| | |
|---|---|
| Implant: <1% | Male sterilization: <1% |
| Injection: <1% | Cervical Cap with spermicides: 20 to 40% |
| IUD: 1 to 2% | Condom alone (male): 14% |
| Diaphragm with spermicides: 20% | Condom alone (female): 21% |
| Spermicides alone: 26% | Periodic abstinence: 25% |
| Vaginal sponge: 20 to 40% | Withdrawal: 19% |
| Female sterilization: <1% | No methods: 85% |

ORTHO TRI-CYCLEN® may also be taken to treat moderate acne if *all* of the following are true:

- You have started having menstrual cycles
- You are at least 15 years old
- Your healthcare professional says it is safe for you to use the pill
- You want to use the pill for birth control

**WHO SHOULD NOT TAKE ORAL CONTRACEPTIVES**

Cigarette smoking increases the risk of serious cardiovascular side effects from oral contraceptive use. This risk increases with age and with heavy smoking (15 or more cigarettes per day) and is quite marked in women over 35 years of age. Women who use oral contraceptives should be strongly advised not to smoke.

Some women should not use the pill. For example, you should not take the pill if you have any of the following conditions:

- A history of heart attack or stroke
- Blood clots in the legs (thrombophlebitis), lungs (pulmonary embolism), or eyes
- A history of blood clots in the deep veins of your legs
- Chest pain (angina pectoris)
- Known or suspected breast cancer or cancer of the lining of the uterus, cervix or vagina
- Unexplained vaginal bleeding (until a diagnosis is reached by your healthcare professional)
- Yellowing of the whites of the eyes or of the skin (jaundice) during pregnancy or during previous use of the pill
- Liver tumor (benign or cancerous) or active liver disease
- Known or suspected pregnancy
- Valvular heart disease with complications
- Severe hypertension
- Diabetes with vascular involvement
- Headaches with focal neurological symptoms
- Major surgery with prolonged immobilization
- Hypersensitivity to any component of this product

Tell your healthcare professional if you have had any of these conditions. Your healthcare professional can recommend a safer method of birth control.

**OTHER CONSIDERATIONS BEFORE TAKING ORAL CONTRACEPTIVES**

Tell your healthcare professional if you have or have had:

- Breast nodules, fibrocystic disease of the breast, an abnormal breast x-ray or mammogram
- Diabetes
- Elevated cholesterol or triglycerides
- High blood pressure
- Migraine or other headaches or epilepsy
- Mental depression
- Gallbladder, liver, heart or kidney disease
- History of scanty or irregular menstrual periods

Women with any of these conditions should be checked often by their healthcare professional if they choose to use oral contraceptives.

Also, be sure to inform your healthcare professional if you smoke or are on any medications.

**RISKS OF TAKING ORAL CONTRACEPTIVES**
**1. Risk of Developing Blood Clots**

Blood clots and blockage of blood vessels are one of the most serious side effects of taking oral contraceptives and can cause death or serious disability. In particular, a clot in the legs can cause thrombophlebitis and a clot that travels to the lungs can cause a sudden blocking of the vessel carrying blood to the lungs. Rarely, clots occur in the blood vessels of the eye and may cause blindness, double vision, or impaired vision.

If you take oral contraceptives and need elective surgery, need to stay in bed for a prolonged illness or injury or have recently delivered a baby, you may be at risk of developing blood clots. You should consult your healthcare professional about stopping oral contraceptives four weeks before surgery and not taking oral contraceptives for two weeks after surgery or during bed rest. You should also not take oral contraceptives soon after delivery of a baby. It is advisable to wait for at least four weeks after delivery if you are not breast feeding. If you are breast feeding, you should wait until you have weaned your child before starting to use the pill. (See also the section on Breast Feeding in General Precautions.)

The risk of circulatory disease in oral contraceptive users may be higher in users of high-dose pills and may be greater with longer duration of oral contraceptive use. In addition, some of these increased risks may continue for a number of years after stopping oral contraceptives. The risk of abnormal blood clotting increases with age in both users and nonusers of oral contraceptives, but the increased risk from the oral contraceptive appears to be present at all ages. For women aged 20 to 44 it is estimated that about 1 in 2,000 using oral contraceptives will be hospitalized each year because of abnormal clotting. Among nonusers in the same age group, about 1 in 20,000 would be hospitalized each year. For oral contraceptive users in general, it has been estimated that in women between the ages of 15 and 34 the risk of death due to a circulatory disorder is about 1 in 12,000 per year, whereas for nonusers the rate is about 1 in 50,000 per year. In the age group 35 to 44, the risk is estimated to be about 1 in 2,500 per year for oral contraceptive users and about 1 in 10,000 per year for nonusers.

**2. Heart Attacks and Strokes**

Oral contraceptives may increase the tendency to develop strokes (stoppage or rupture of blood vessels in the brain) and angina pectoris and heart attacks (blockage of blood vessels in the heart). Any of these conditions can cause death or serious disability.

Smoking greatly increases the possibility of suffering heart attacks and strokes. Furthermore, smoking and the use of oral contraceptives greatly increase the chances of developing and dying of heart disease.

**3. Gallbladder Disease**

Oral contraceptive users probably have a greater risk than nonusers of having gallbladder disease, although this risk may be related to pills containing high doses of estrogens.

**4. Liver Tumors**

In rare cases, oral contraceptives can cause benign but dangerous liver tumors. These benign liver tumors can rupture and cause fatal internal bleeding. In addition, some studies report an increased risk of developing liver cancer. However, liver cancers are rare.

**5. Cancer of the Reproductive Organs and Breasts**

Various studies give conflicting reports on the relationship between breast cancer and oral contraceptive use. Oral contraceptive use may slightly increase your chance of having breast cancer diagnosed, particularly after using hormonal contraceptives at a younger age. After you stop using hormonal contraceptives, the chances of having breast cancer diagnosed begin to go back down. You should have regular breast examinations by a healthcare professional and examine your own breasts monthly. Tell your healthcare professional if you have a family history of breast cancer or if you have had breast nodules or an abnormal mammogram. Women who currently have or have had breast cancer should not use oral contraceptives because breast cancer is usually a hormone-sensitive tumor.

Some studies have found an increase in the incidence of cancer of the cervix in women who use oral contraceptives. However, this finding may be related to factors other than the use of oral contraceptives. There is insufficient evidence to rule out the possibility that the pill may cause such cancers.

**ESTIMATED RISK OF DEATH FROM A BIRTH CONTROL METHOD OR PREGNANCY**

All methods of birth control and pregnancy are associated with a risk of developing certain diseases which may lead to disability or death. An estimate of the number of deaths associated with different methods of birth control and pregnancy has been calculated and is shown in the following table.

Annual Number of Birth-Related or Method-Related Deaths Associated With Control of Fertility Per 100,000 Nonsterile Women, by Fertility Control Method According To Age

| Method of control and outcome | 15-19 | 20-24 | 25-29 | 30-34 | 35-39 | 40-44 |
|---|---|---|---|---|---|---|
| No fertility control methods* | 7.0 | 7.4 | 9.1 | 14.8 | 25.7 | 28.2 |
| Oral contraceptives non-smoker** | 0.3 | 0.5 | 0.9 | 1.9 | 13.8 | 31.6 |
| Oral contraceptives smoker** | 2.2 | 3.4 | 6.6 | 13.5 | 51.1 | 117.2 |
| IUD** | 0.8 | 0.8 | 1.0 | 1.0 | 1.4 | 1.4 |
| Condom* | 1.1 | 1.6 | 0.7 | 0.2 | 0.3 | 0.4 |
| Diaphragm/spermicide* | 1.9 | 1.2 | 1.2 | 1.3 | 2.2 | 2.8 |
| Periodic abstinence* | 2.5 | 1.6 | 1.6 | 1.7 | 2.9 | 3.6 |

*Deaths are birth-related
**Deaths are method-related

Adapted from H.W. Ory, ref. #35.

In the above table, the risk of death from any birth control method is less than the risk of childbirth, except for oral contraceptive users over the age of 35 who smoke and pill users over the age of 40 even if they do not smoke. It can be seen in the table that for women aged 15 to 39, the risk of death was highest with pregnancy (7 to 26 deaths per 100,000 women, depending on age). Among pill users who do not smoke, the risk of death was always lower than that associated with pregnancy for any age group less than 40. Over the age of 40, the risk increases to 32 deaths per 100,000 women, compared to 28 associated with pregnancy in that age group. However, for pill users who smoke and are over the age of 35, the estimated number of deaths exceeds those for other methods of birth control. If a woman is over the age of 40 and smokes, her estimated risk of death is four times higher (117/100,000 women) than the estimated risk associated with pregnancy (28/100,000 women) in that age group.

The suggestion that women over 40 who do not smoke should not take oral contraceptives is based on information from older, higher-dose pills. An Advisory Committee of the FDA discussed this issue in 1989 and recommended that the benefits of low-dose oral contraceptive use by healthy, non-smoking women over 40 years of age may outweigh the possible risks. Older women, as all women, who take oral contraceptives, should take an oral contraceptive which contains the least amount of estrogen and progestogen that is compatible with the individual patient needs.

**WARNING SIGNALS**

If any of these adverse effects occur while you are taking oral contraceptives, call your healthcare professional immediately:

- Sharp chest pain, coughing of blood, or sudden shortness of breath (indicating a possible clot in the lung)
- Pain in the calf (indicating a possible clot in the leg)
- Crushing chest pain or heaviness in the chest (indicating a possible heart attack)
- Sudden severe headache or vomiting, dizziness or fainting, disturbances of vision or speech, weakness, or numbness in an arm or leg (indicating a possible stroke)
- Sudden partial or complete loss of vision (indicating a possible clot in the eye)
- Breast lumps (indicating possible breast cancer or fibrocystic disease of the breast; ask your healthcare professional to show you how to examine your breasts)
- Severe pain or tenderness in the stomach area (indicating a possibly ruptured liver tumor)
- Difficulty in sleeping, weakness, lack of energy, fatigue, or change in mood (possibly indicating severe depression)
- Jaundice or a yellowing of the skin or eyeballs, accompanied frequently by fever, fatigue, loss of appetite, dark colored urine, or light colored bowel movements (indicating possible liver problems)

## SIDE EFFECTS OF ORAL CONTRACEPTIVES

In addition to the risks and more serious side effects discussed above, the following may also occur:

### 1. Irregular Vaginal Bleeding

Irregular vaginal bleeding or spotting may occur while you are taking the pills. Irregular bleeding may vary from slight staining between menstrual periods to breakthrough bleeding which is a flow much like a regular period. Irregular bleeding occurs most often during the first few months of oral contraceptive use, but may also occur after you have been taking the pill for some time. Such bleeding may be temporary and usually does not indicate any serious problems. It is important to continue taking your pills on schedule. If the bleeding occurs in more than one cycle or lasts for more than a few days, talk to your healthcare professional.

### 2. Contact Lenses

If you wear contact lenses and notice a change in vision or an inability to wear your lenses, contact your healthcare professional.

### 3. Fluid Retention

Oral contraceptives may cause edema (fluid retention) with swelling of the fingers or ankles and may raise your blood pressure. If you experience fluid retention, contact your healthcare professional.

### 4. Melasma

A spotty darkening of the skin is possible, particularly of the face, which may persist.

### 5. Other Side Effects

Other side effects may include nausea and vomiting, change in appetite, headache, nervousness, depression, dizziness, loss of scalp hair, rash, vaginal infections, and allergic reactions.

If any of these side effects bother you, call your healthcare professional.

## GENERAL PRECAUTIONS

### 1. Missed Periods and Use of Oral Contraceptives Before or During Early Pregnancy

There may be times when you may not menstruate regularly after you have completed taking a cycle of pills. If you have taken your pills regularly and miss one menstrual period, continue taking your pills for the next cycle but be sure to inform your healthcare professional. If you have not taken the pills daily as instructed and missed a menstrual period, or if you missed two consecutive menstrual periods, you may be pregnant. Check with your healthcare professional immediately to determine whether you are pregnant. Stop taking your pills if you are pregnant.

There is no conclusive evidence that oral contraceptive use is associated with an increase in birth defects, when taken inadvertently during early pregnancy. Previously, a few studies had reported that oral contraceptives might be associated with birth defects, but these findings have not been seen in more recent studies. Nevertheless, oral contraceptives should not be used during pregnancy. You should check with your healthcare professional about risks to your unborn child if any medication taken during pregnancy.

### 2. While Breast Feeding

If you are breast feeding, consult your healthcare professional before starting oral contraceptives. Some of the drug will be passed on to the child in the milk. A few adverse effects on the child have been reported, including yellowing of the skin (jaundice) and breast enlargement. In addition, combination oral contraceptives may decrease the amount and quality of your milk. If possible, do not use combination oral contraceptives while breast feeding. You should use another method of contraception since breast feeding provides only partial protection from becoming pregnant and this partial protection decreases significantly as you breast feed for longer periods of time. You should consider starting combination oral contraceptives only after you have weaned your child completely.

### 3. Laboratory Tests

If you are scheduled for any laboratory tests, tell your healthcare professional you are taking birth control pills. Certain blood tests may be affected by birth control pills.

### 4. Drug Interactions

Certain drugs may interact with birth control pills to make them less effective in preventing pregnancy or cause an increase in breakthrough bleeding. Such drugs include rifampin, drugs used for epilepsy such as barbiturates (for example, phenobarbital), topiramate (Topamax®), carbamazepine (Tegretol® is one brand of this drug), or phenytoin (Dilantin® is one brand of this drug), phenylbutazone (Butazolidin® is one brand), certain drugs used in the treatment of HIV or AIDS, and possibly certain antibiotics. Medicine for pulmonary hypertension, such as bosentan (Tracleer®). Pregnancies and breakthrough bleeding have been reported by women who also used some form of the herbal supplement St. John's Wort while using combined hormonal contraceptives. You may need to use additional contraception when you take drugs which can make oral contraceptives less effective. Be sure to tell your healthcare professional if you are taking or start taking any medications while taking birth control pills.

### 5. Sexually Transmitted Diseases

ORTHO-CYCLEN® and ORTHO TRI-CYCLEN® (like all oral contraceptives) are intended to prevent pregnancy. Oral contraceptives do not protect against transmission of HIV (AIDS) and other sexually transmitted diseases such as chlamydia, genital herpes, genital warts, gonorrhea, hepatitis B, and syphilis.

## HOW TO TAKE THE PILL

### IMPORTANT POINTS TO REMEMBER

BEFORE YOU START TAKING YOUR PILLS:

1. BE SURE TO READ THESE DIRECTIONS:
   Before you start taking your pills.
   Anytime you are not sure what to do.

2. THE RIGHT WAY TO TAKE THE PILL IS TO TAKE ONE PILL EVERY DAY AT THE SAME TIME.
   If you miss pills you could get pregnant. This includes starting the pack late. The more pills you miss, the more likely you are to get pregnant.

3. MANY WOMEN HAVE SPOTTING OR LIGHT BLEEDING, OR MAY FEEL SICK TO THEIR STOMACH DURING THE FIRST 1-3 PACKS OF PILLS. If you feel sick to your stomach or have spotting or light bleeding, do not stop taking the pill. The problem will usually go away. If it doesn't go away, check with your healthcare professional.

4. MISSING PILLS CAN ALSO CAUSE SPOTTING OR LIGHT BLEEDING, even when you make up these missed pills.
   On the days you take 2 pills to make up for missed pills, you could also feel a little sick to your stomach.

5. IF YOU HAVE VOMITING OR DIARRHEA, OR IF YOU TAKE SOME MEDICINES, including some antibiotics, your pills may not work as well.
   Use a back-up method (such as condoms or spermicide) until you check with your healthcare professional.

6. IF YOU HAVE TROUBLE REMEMBERING TO TAKE THE PILL, talk to your healthcare professional about how to make pill-taking easier or about using another method of birth control.

7. IF YOU HAVE ANY QUESTIONS OR ARE UNSURE ABOUT THE INFORMATION IN THIS LEAFLET, call your healthcare professional.

### BEFORE YOU START TAKING YOUR PILLS

1. DECIDE WHAT TIME OF DAY YOU WANT TO TAKE YOUR PILL.
   It is important to take it at about the same time every day.

2. LOOK AT YOUR PILL PACK
   The pill pack has 21 "active" pills (with hormones) to take for 3 weeks. This is followed by 1 week of "reminder" green pills (without hormones).
   ORTHO TRI-CYCLEN®: There are 7 white "active" pills, 7 light blue "active" pills, 7 blue "active" pills, and 7 green "reminder" pills.
   ORTHO-CYCLEN®: There are 21 blue "active" pills and 7 green "reminder" pills.

3. ALSO FIND:
   1) where on the pack to start taking pills,
   2) in what order to take the pills.

CHECK PICTURE OF PILL PACK AND ADDITIONAL INSTRUCTIONS FOR USING THIS PACKAGE IN THE BRIEF SUMMARY PATIENT PACKAGE INSERT.

4. BE SURE YOU HAVE READY AT ALL TIMES:
   ANOTHER KIND OF BIRTH CONTROL (such as condoms or spermicide) to use as a back-up method in case you miss pills.
   AN EXTRA, FULL PILL PACK.

### WHEN TO START THE FIRST PACK OF PILLS

You have a choice of which day to start taking your first pack of pills. ORTHO TRI-CYCLEN® and ORTHO-CYCLEN® are available in the DIALPAK® Tablet Dispenser which is preset for a Sunday Start. Day 1 Start is also provided. Decide with your healthcare professional which is the best day for you. Pick a time of day which will be easy to remember.

Sunday Start:
ORTHO TRI-CYCLEN®: Take the first white "active" pill of the first pack on the Sunday after your period starts, even if you are still bleeding. If your period begins on Sunday, start the pack that same day.
ORTHO-CYCLEN®: Take the first blue "active" pill of the first pack on the Sunday after your period starts, even if you are still bleeding. If your period begins on Sunday, start the pack that same day.
Use another method of birth control such as condoms or spermicide as a back-up method if you have sex anytime from the Sunday you start your first pack until the next Sunday (7 days).

Day 1 Start:
ORTHO TRI-CYCLEN®: Take the first white "active" pill of the first pack during the first 24 hours of your period.
ORTHO-CYCLEN®: Take the first blue "active" pill of the first pack during the first 24 hours of your period.
You will not need to use a back-up method of birth control, since you are starting the pill at the beginning of your period.

### WHAT TO DO DURING THE MONTH

1. Take One Pill at the Same Time Every Day Until the Pack is Empty.
   Do not skip pills even if you are spotting or bleeding between monthly periods or feel sick to your stomach (nausea).
   Do not skip pills even if you do not have sex very often.

2. When You Finish a Pack or Switch Your Brand of Pills:
   Start the next pack on the day after your last "reminder" pill. Do not wait any days between packs.

### WHAT TO DO IF YOU MISS PILLS

ORTHO TRI-CYCLEN®:
If you MISS 1 white, light blue, or blue "active" pill:
1. Take it as soon as you remember. Take the next pill at your regular time. This means you may take 2 pills in 1 day.
2. You do not need to use a back-up birth control method if you have sex.
If you MISS 2 white or light blue "active" pills in a row in WEEK 1 OR WEEK 2 of your pack:
1. Take 2 pills on the day you remember and 2 pills the next day.
2. Then take 1 pill a day until you finish the pack.
3. You COULD BECOME PREGNANT if you have sex in the 7 days after you miss pills. You MUST use another birth control method (such as condoms or spermicide) as a back-up method for those 7 days.
If you MISS 2 blue "active" pills in a row in the 3RD WEEK:
1. If you are a Sunday Starter:
   Keep taking 1 pill every day until Sunday. On Sunday, THROW OUT the rest of the pack and start a new pack of pills that same day.
   If you are a Day 1 Starter:
   THROW OUT the rest of the pill pack and start a new pack that same day.
2. You may not have your period this month but this is expected. However, if you miss your period 2 months in a row, call your healthcare professional because you might be pregnant.
3. You COULD BECOME PREGNANT if you have sex in the 7 days after you miss pills. You MUST use another birth control method (such as condoms or spermicide) as a back-up method for those 7 days.
If you MISS 3 OR MORE white, light blue or blue "active" pills in a row (during the first 3 weeks):
1. If you are a Sunday Starter:
   Keep taking 1 pill every day until Sunday. On Sunday, THROW OUT the rest of the pack and start a new pack of pills that same day.
   If you are a Day 1 Starter:
   THROW OUT the rest of the pill pack and start a new pack that same day.
2. You may not have your period this month but this is expected. However, if you miss your period 2 months in a row, call your healthcare professional because you might be pregnant.
3. You COULD BECOME PREGNANT if you have sex in the 7 days after you miss pills. You MUST use another birth control method (such as condoms or spermicide) as a back-up method for those 7 days.

ORTHO-CYCLEN®:
If you MISS 1 blue "active" pill:
1. Take it as soon as you remember. Take the next pill at your regular time. This means you may take 2 pills in 1 day.
2. You do not need to use a back-up birth control method if you have sex.
If you MISS 2 blue "active" pills in a row in WEEK 1 OR WEEK 2 of your pack:
1. Take 2 pills on the day you remember and 2 pills the next day.
2. Then take 1 pill a day until you finish the pack.
3. You COULD BECOME PREGNANT if you have sex in the 7 days after you miss pills. You MUST use another birth control method (such as condoms or spermicide) as a back-up method for those 7 days.
If you MISS 2 blue "active" pills in a row in the 3RD WEEK:
1. If you are a Sunday Starter:
   Keep taking 1 pill every day until Sunday. On Sunday, THROW OUT the rest of the pack and start a new pack of pills that same day.
   If you are a Day 1 Starter:
   THROW OUT the rest of the pill pack and start a new pack that same day.
2. You may not have your period this month but this is expected. However, if you miss your period 2 months in a row, call your healthcare professional because you might be pregnant.
3. You COULD BECOME PREGNANT if you have sex in the 7 days after you miss pills. You MUST use another birth control method (such as condoms or spermicide) as a back-up method for those 7 days.
If you MISS 3 OR MORE "active" pills in a row (during the first 3 weeks):
1. If you are a Sunday Starter:
   Keep taking 1 pill every day until Sunday. On Sunday, THROW OUT the rest of the pack and start a new pack of pills that same day.
   If you are a Day 1 Starter:
   THROW OUT the rest of the pill pack and start a new pack that same day.
2. You may not have your period this month but this is expected. However, if you miss your period 2 months in a row, call your healthcare professional because you might be pregnant.

3. You COULD BECOME PREGNANT if you have sex in the 7 days after you miss pills. You MUST use another birth control method (such as condoms or spermicide) as a back-up method for those 7 days.

**A REMINDER:**
If you forgot any of the 7 green "reminder" pills in Week 4:
THROW AWAY the pills you missed.
Keep taking 1 pill each day until the pack is empty.
You do not need a back-up method.

**FINALLY, IF YOU ARE STILL NOT SURE WHAT TO DO ABOUT THE PILLS YOU HAVE MISSED:**
Use a BACK-UP METHOD anytime you have sex.
KEEP TAKING ONE "ACTIVE" PILL EACH DAY until you can reach your healthcare professional.

**PREGNANCY DUE TO PILL FAILURE**
The incidence of pill failure resulting in pregnancy is approximately 5%, including women who do not always take the pills exactly as directed. If failure does occur, the risk to the fetus is minimal.

**PREGNANCY AFTER STOPPING THE PILL**
There may be some delay in becoming pregnant after you stop using oral contraceptives, especially if you had irregular menstrual cycles before you used oral contraceptives. It may be advisable to postpone conception until you begin menstruating regularly once you have stopped taking the pill and desire pregnancy.

There does not appear to be any increase in birth defects in newborn babies when pregnancy occurs soon after stopping the pill.

**OVERDOSAGE**
Serious ill effects have not been reported following ingestion of large doses of oral contraceptives by young children. Overdosage may cause nausea and withdrawal bleeding in females. In case of overdosage, contact your healthcare professional or pharmacist.

**OTHER INFORMATION**
Your healthcare professional will take a medical and family history before prescribing oral contraceptives and will examine you. The physical examination may be delayed to another time if you request it and the healthcare professional believes that it is a good medical practice to postpone it. You should be reexamined at least once a year. Be sure to inform your healthcare professional if there is a family history of any of the conditions listed previously in this leaflet. Be sure to keep all appointments with your healthcare professional, because this is a time to determine if there are early signs of side effects of oral contraceptive use.

Do not use the drug for any condition other than the one for which it was prescribed. This drug has been prescribed specifically for you; do not give it to others who may want birth control pills.

**HEALTH BENEFITS FROM ORAL CONTRACEPTIVES**
In addition to preventing pregnancy, use of combination oral contraceptives may provide certain benefits. They are:

- menstrual cycles may become more regular
- blood flow during menstruation may be lighter and less iron may be lost. Therefore, anemia due to iron deficiency is less likely to occur
- pain or other symptoms during menstruation may be encountered less frequently
- ectopic (tubal) pregnancy may occur less frequently
- noncancerous cysts or lumps in the breast may occur less frequently
- acute pelvic inflammatory disease may occur less frequently
- oral contraceptive use may provide some protection against developing two forms of cancer: cancer of the ovaries and cancer of the lining of the uterus.

If you want more information about birth control pills, ask your healthcare professional or pharmacist. They have a more technical leaflet called the Professional Labeling, which you may wish to read. The professional labeling is also published in a book entitled *Physicians' Desk Reference*, available in many book stores and public libraries.

Keep out of reach of children.

Store at 25°C (77°F); excursions permitted to 15–30°C (59–86°F).

Protect from light.



Mfd. for:
ORTHO-McNEIL
PHARMACEUTICAL, INC.
Raritan, New Jersey 08869
© OMP 2006
Printed in U.S.A.

Mfd. by:
Janssen Ortho, LLC
Manati, Puerto Rico 00674

Revised August 2007                    10116700

# EXHIBIT   23

CLOSED, SEALDC, SPECIAL

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:94-cv-01388-RB

JOHNSON & JOHNSON, et al v. AMERICAN HOME
PROD.
Assigned to: HONORABLE RONALD L. BUCKWALTER
Demand: $160,000,000
Case in other court: EDPA, relatedto 91-05594
Cause: 28:1352 Miller Act

Date Filed: 02/25/1994
Date Terminated: 06/20/1997
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: Federal Question

**Plaintiff**

**JOHNSON & JOHNSON**          represented by   **ALBERT G. BIXLER**
                                                ECKERT SEAMANS CHERIN &
                                                MELLOTT LLC
                                                TWO LIBERTY PLACE 22ND
                                                FLOOR
                                                50 SOUTH 16TH STREET
                                                PHILADELPHIA, PA 19102
                                                215-851-8412
                                                Email: abixler@eckertseamans.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **DAVID F. DOBBINS**
                                                PATTERSON, BELKNAP, WEBB
                                                AND TYLER
                                                1133 AVENUE OF THE AMERICAS
                                                NEW YORK, NY 10036-6710
                                                TEL 212-336-2000
                                                Fax: FAX 212-336-2231
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **EILEEN MINNEFOR**
                                                PATTERSON, BELKNAP, WEBB
                                                AND TYLER
                                                1133 AVENUE OF THE AMERICAS
                                                NEW YORK, NY 10036-6710
                                                TEL 212-336-2000
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **JEFFREY I.D. LEWIS**

PATTERSON, BELKNAP, WEBB
AND TYLER
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
TEL 212-336-2000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARGARET R. SPARKS**
PATTERSON, BELKNAP, WEBB
AND TYLER
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
TEL 212-336-2000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WILLIAM F. CAVANAUGH, JR.**
PATTERSON, BELKNAP, WEBB
AND TYLER
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710
TEL 212-336-2000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ORTHO PHARMACEUTICAL**                  represented by    **ALBERT G. BIXLER**
**CORPORATION**                                             (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **DAVID F. DOBBINS**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **EILEEN MINNEFOR**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **JEFFREY I.D. LEWIS**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **MARGARET R. SPARKS**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**WILLIAM F. CAVANAUGH, JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AMERICAN HOME PRODUCTS, INC.**

represented by **ARTHUR D. GRAY**
KENYON AND KENYON
ONE BROADWAY
NEW YORK, NY 10004
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. KYLE MUSGROVE**
KENYON & KENYON
ONE BROADWAY
NEW YORK, NY 10004
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. ALAN GALBRAITH**
WILLIAMS AND CONNOLLY
725 TWELFTH ST., N.W.
WASHINGTON, DC 20005
FAX 202-434-5029
Fax: FAX 202-434-5029
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN R. MOORE**
KENYON AND KENYON
ONE BROADWAY
NEW YORK, NY 10004
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LINDA D. METTES**
KENYON AND KENYON
1 BROADWAY
NEW YORK, NY 10004
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARIA ANITA PAMINTUAN**
KENYON AND KENYON
ONE BROADWAY

NEW YORK, NY 10004
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL T. SCOTT**
REED SMITH
1650 MARKET ST
2500 ONE LIBERTY PL
PHILADELPHIA, PA 19103
215-851-8100
Fax: 215-851-1420
Email: rsdietdrug@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL H. HELLER**
KENYON & KENYON
ONE BROADWAY
NEW YORK, NY 10004
FAX 212-425-6101
Fax: FAX 212-425-6101
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PAUL B. MILCETIC**
KENYON AND KENYON
1 BROADWAY
NEW YORK, NY 10004
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**REEM F. JISHI**
KENYON & KENYON
ONE BROADWAY
NEW YORK, NY 10004
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**STEVEN J. LEE**
KENYON & KENYON
ONE BROADWAY
NEW YORK, NY 10004
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS J. MELORO**
KENYON & KENYON
ONE BROADWAY
NEW YORK, NY 10004
*LEAD ATTORNEY*

United States District Court Eastern District of Pennsylvania

*ATTORNEY TO BE NOTICED*

**WILLIAM E. MCDANIELS**
WILLIAMS AND CONNOLLY
725 TWELFTH ST., N.W.
WASHINGTON, DC 20005
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/1994 | 1 | Complaint. filing fee $ 120 receipt # 518603 (mrs) (Entered: 02/28/1994) |
| 02/25/1994 | | Summons(es) issued Forwarded to: mailed to counsel 02/28/94 (mrs) (Entered: 02/28/1994) |
| 02/25/1994 | | Demand for jury trial by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL (mrs) (Entered: 02/28/1994) |
| 02/25/1994 | | Special Case Management Track. (mrs) (Entered: 02/28/1994) |
| 03/10/1994 | 2 | Affidavit of: Albert Bixler re: served summons and complaint upon DEFENDANT AMERICAN HOME PROD. . Served certified mail on 3/7/94 . (gn) (Entered: 03/11/1994) |
| 03/23/1994 | 3 | Stipulation extending time to answer the complaint. Answer due on 4/7/94 for AMERICAN HOME PROD. , with Clerk's approval. (Attorney MICHAEL T. SCOTT) (gn) (Entered: 03/24/1994) |
| 03/25/1994 | 4 | STIPULATION AND ORDER THAT DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT IN THIS MATTER IS EXTENDED FROM 3/28/94 TO 4/7/94. NO PREVIOUS EXTENSIONS HAVE BEEN SOUGHT OR GRANTED . ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 3/25/94 ENTERED AND COPIES MAILED (fe) (Entered: 03/25/1994) |
| 04/06/1994 | 5 | MOTION by DEFENDANT AMERICAN HOME PROD. TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO RULE 12(b)(6) OF THE FRCP , MEMORANDUM, CERTIFICATE OF SERVICE. (gn) (Entered: 04/07/1994) |
| 04/20/1994 | 6 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to [5-1] MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO RULE 12 (b)(6) OF THE FRCP, Certificate of Service. (gn) (Entered: 04/20/1994) |
| 04/26/1994 | 7 | ORDER THAT DEFT'S MOTION TO DISMISS IS DENIED. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 4/27/94 ENTERED AND COPIES MAILED. (jef) (Entered: 04/27/1994) |
| 05/06/1994 | 8 | MOTION by DEFENDANT AMERICAN HOME PROD. FOR RECONSIDERATION OF [7-1] ORDER , MEMORANDUM, CERTIFICATE OF SERVICE. (gn) (Entered: 05/09/1994) |

| 05/20/1994 | 9 | MOTION BY PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL CORP. FOR ADMISSION PRO HAC VICE OF DAVID F. DOBBINS, WILLIAM F. CAVANAUGH, JR., JEFFREY I.D. LEWIS AND EILEEN MINNEFOR , MEMORANDUM, CERTIFICATE OF SERVICE. (jef) (Entered: 05/20/1994) |
|---|---|---|
| 05/20/1994 | 10 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to DEFT'S [8-1] MOTION FOR RECONSIDERATION, cert. of service (jef) (Entered: 05/20/1994) |
| 05/24/1994 | 11 | ORDER GRANTING [9-1] MOTION FOR ADMISSION PRO HAC VICE OF DAVID F. DOBBINS, WILLIAM F. CAVANAUGH, JR., JEFFREY I.D. LEWIS AND EILEEN MINNEFOR ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 5/24/94 ENTERED AND COPIES MAILED. (gn) (Entered: 05/24/1994) |
| 06/01/1994 | 12 | ORDER DENYING [8-1] MOTION FOR RECONSIDERATION OF [7-1] ORDER ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 6/2/94 ENTERED AND COPIES MAILED. (gn) (Entered: 06/02/1994) |
| 06/14/1994 | 13 | Answer to Complaint by DEFENDANT AMERICAN HOME PRODUCTS CORPORATION, certificate of service. (kv) (Entered: 06/14/1994) |
| 06/14/1994 |  | ISSUE JOINED. (kv) (Entered: 06/14/1994) |
| 07/26/1994 | 14 | MOTION by DEFENDANT AMERICAN HOME PROD. FOR PAUL H. HELLER, ARTHUR D. GRAY, STEVEN J. LEE, THOMAS J. MELORO, JOHN R. MOORE AND MARIA ANITA PAMINTUAN TO APPEAR PRO HAC VICE , CERTIFICATE OF SERVICE. (gn) (Entered: 07/26/1994) |
| 07/27/1994 | 15 | ORDER GRANTING [14-1] MOTION FOR PAUL H. HELLER, ARTHUR D. GRAY, STEVEN J. LEE, THOMAS J. MELORO, JOHN R. MOORE AND MARIA ANITA PAMINTUAN TO APPEAR PRO HAC VICE ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 7/27/94 ENTERED AND COPIES MAILED. (gn) (Entered: 07/27/1994) |
| 09/01/1994 | 16 | Notice of change of address by JEFFREY I.D. LEWIS, Certificate of Service. (gn) (Entered: 09/01/1994) |
| 10/21/1994 | 17 | STIPULATED PROTECTIVE ORDER WITH COURT APPROVAL. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 10/21/94 ENTERED AND COPIES MAILED. (sc) Modified on 10/21/1994 (Entered: 10/21/1994) |
| 10/21/1994 |  | Certain documents governed by Protective Order. (sc) (Entered: 10/21/1994) |
| 02/03/1995 | 18 | STIPULATION AND CONSENT ORDER WITH COURT APPROVAL RE: CONCERNING ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 2/3/95 ENTERED AND COPIES MAILED. (gn) (Entered: 02/03/1995) |
| 08/28/1995 | 19 | STIPULATED DISCOVERY SCHEDULE, STIPULATED AND AGREED BY AND BETWEEN THE PARTIES HERETO, THROUGH THE UNDERSIGNED THEIR RESPECTIVE COUNSEL, SUBJECT TO THE APPROVAL OF THE COURT, THAT ALL DISCOVERY WILL END ON |

| | | 2/9/96 AND THEREAFTER THE COURT SHALL SET APPROPRIATE DATES FOR MOTIONS, PRE-TRIAL AND TRIAL PROCEDURES, ETC. (SIGNED BY JUDGE RONALD L. BUCKWALTER) 8/28/95 ENTERED AND COPIES MAILED. (cmc) (Entered: 08/28/1995) |
|---|---|---|
| 10/17/1995 | 20 | MOTION by DEFENDANT AMERICAN HOME PROD. TO COMPEL , CERTIFICATE OF COUNSEL, CERTIFICATE OF SERVICE. (gn) (Entered: 10/18/1995) |
| 10/18/1995 | 21 | MOTION by DEFENDANT AMERICAN HOME PROD. TO COMPEL SUPPLEMENTARY DISCOVERY RESPONSES , BRIEF, CERTIFICATE OF COUNSEL, CERTIFICATE OF SERVICE. (gn) (Entered: 10/19/1995) |
| 10/18/1995 | 22 | MOTION by DEFENDANT AMERICAN HOME PROD. TO PLACE DR. ROBERT S. LONDON UNDER PROTECTIVE ORDER , MEMORANDUM, CERTIFICATE OF COUNSEL, CERTIFICATE OF SERVICE. (gn) (Entered: 10/19/1995) |
| 10/18/1995 | 23 | MOTION by DEFENDANT AMERICAN HOME PROD. TO COMPEL PRODUCTION OF DOCUMENTS , BRIEF, CERTIFICATE OF COUNSEL, CERTIFICATE OF SERVICE. (UNDER SEAL) (gn) (Entered: 10/19/1995) |
| 10/31/1995 | 24 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's motion to compel discovery, Certificate of Service. (gn) (Entered: 11/01/1995) |
| 10/31/1995 | 25 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's motion to compel answers to its interrogatory Nos. 22 and 38, Certificate of Service. (gn) (Entered: 11/01/1995) |
| 11/02/1995 | 26 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's motion to place DR. ROBERT S. LONDON under protective order, Certificate of Service. (gn) (Entered: 11/03/1995) |
| 11/03/1995 | 27 | MOTION by DEFENDANT AMERICAN HOME PROD. TO DISMISS PURSUANT TO RULE 12(b)(1) , MEMORANDUM, CERTIFICATE OF SERVICE. (gn) (Entered: 11/03/1995) |
| 11/03/1995 | 28 | MOTION by DEFENDANT AMERICAN HOME PROD. FOR PAUL B. MILCETIC & LINDA D. METTES TO APPEAR PRO HAC VICE , CERTIFICATE OF SERVICE. (gn) (Entered: 11/06/1995) |
| 11/06/1995 | 29 | MOTION by DEFENDANT AMERICAN HOME PROD. FOR WILLIAM E. McDANIELS AND J. ALAN GALBRAITH TO APPEAR PRO HAC VICE , CERTIFICATE OF SERVICE. (gn) (Entered: 11/07/1995) |
| 11/07/1995 | 30 | MOTION by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL FOR SUMMARY JUDGMENT DISMISSING THE DEFT'S SECOND AFFIRMATIVE DEFENSE , AND FOR PROTECTIVE ORDER STAYING DISCOVERY ON THE DEFENSE , MEMORANDUM, CERTIFICATE OF SERVICE. (Exhibits attached Vol. I & II) (gn) (Entered: 11/07/1995) |

| 11/08/1995 | 31 | ORDER GRANTING DEFTS' MOTION FOR WILLIAM E. McDANIELS AND J. ALAN GALBRAITH TO APPEAR PRO HAC VICE (Attorney: J. ALAN GALBRAITH, WILLIAM E. MC DANIELS ) ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 11/9/95 ENTERED AND COPIES MAILED. (gn) (Entered: 11/09/1995) |
| --- | --- | --- |
| 11/08/1995 | 32 | ORDER GRANTING DEFT'S MOTION FOR PAUL B. MILCETIC & LINDA D. METTES TO APPEAR PRO HAC VICE (Attorney: LINDA D. PAUL B. MILCETIC) ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 11/9/95 ENTERED AND COPIES MAILED. (gn) (Entered: 11/09/1995) |
| 11/13/1995 | 33 | STIPULATION AND ORDER THAT ANSWERING BRIEFS TO THE PRESENTLY-OUTSTANDING MOTIONS OF AMERICAN HOME PRODUCTS CORP. TO (1) DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION & (2) DISCHARGE UNDERTAKING, & JOHNSON & JOHNSON'S & ORTHO PHARMACEUTICAL CORP.'S MOTION FOR SUMMARY JUDGMENT DISMISSING DEFT'S SECOND AFFIRMATIVE DEFENSES & FOR PROTECTIVE ORDER SHALL BE FILED ON OR BEFORE 21 DAYS AFTER SERVICE. REPLY BRIEFS, IF ANY, SHALL BE FILED WITHIN 14 DAYS OF SERVICE OF THE ANSWERING BRIEFS. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 11/14/95 ENTERED AND COPIES MAILED. (gn) (Entered: 11/14/1995) |
| 11/21/1995 | 34 | ORDER THAT A PRE-TRIAL CONFERENCE IS SCHEDULED FOR 12/7/95 AT 1:30 P.M. IN COURTROOM 17A. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 11/21/95 ENTERED AND COPIES MAILED. (gn) (Entered: 11/21/1995) |
| 11/22/1995 | 35 | MOTION by DEFENDANT AMERICAN HOME PROD. TO COMPEL PRODUCTION OF DOCUMENTS, INTERROGATORY RESPONSES, AND RESPONSES TO REQUEST FOR ADMISSION , MEMORANDUM, CERTIFICATE OF COUNSEL, CERTIFICATE OF SERVICE. (cl) (Entered: 11/22/1995) |
| 11/22/1995 | 36 | ORDER THAT THE APPLICATION BY AMERICAN HOME PRODUCTS CORP. FOR AN ORDER TO COMPEL ANSWERS TO ITS INTERROGATORY NOS 22 AND 38 IS GRANTED; PLAINTIFFS SHALL ANSWER AHP'S INTERROGATORY NOS. 22 AND 38 WITHIN 20 DAYS OF THE ENTRY OF THIS ORDER ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 11/24/95 ENTERED AND COPIES MAILED. (ph) (Entered: 11/24/1995) |
| 11/29/1995 | 37 | ORDER GRANTING DEFT'S MOTION TO PLACE DR. ROBERT S. LONDON UNDER PROTECTIVE ORDER AND THE 10/13/95, REVISED DECLARATION OF ROBERT S. LONDON, M.D. SHALL BE IN EFFECT. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 11/29/95 ENTERED AND COPIES MAILED. (gn) (Entered: 11/29/1995) |
| 11/29/1995 | 38 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's motion to dismiss pursuant to Rule 12(b)(1), Certificate of Service. (gn) (Entered: 11/30/1995) |

| 11/29/1995 | 39 | ORDER DENYING DEFT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS. GRANTING DEFT'S MOTION TO COMPEL SUPPLEMENTARY DISCOVERY RESPONSES. PLFF SHALL COMPLY WITH SECTION (1) OF THIS ORDER ON OR BEFORE 12/20/95. ( SIGNED BY JUDGE RONALD L. BUCKWALTER 11/30/95 ENTERED AND COPIES MAILED. (gn) (Entered: 11/30/1995) |
|---|---|---|
| 12/04/1995 | 40 | Memorandum by DEFENDANT AMERICAN HOME PROD. in opposition to plffs' motion for summary judgment dismissing deft's second affirmative defense and for a protective order staying discovery on the defense, Certificate of Service. (Appendix attached) (gn) (Entered: 12/05/1995) |
| 12/07/1995 | 41 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's motion to compel attendance at deposition, production of documents, interrogatory responses, and responses to requests for admission, Certificate of Service. (gn) (Entered: 12/07/1995) |
| 12/07/1995 | 42 | Praecipe by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL to substitute certificate of service for memorandum of law in opposition to AMERICAN HOME PRODUCTS CORPORATION'S motion to compel attendance at deposition, production of documents, interrogatory responses, and responses to requests for admission, Certificate of service . (ph) (Entered: 12/08/1995) |
| 12/11/1995 | 43 | Appendix by DEFENDANT AMERICAN HOME PROD. to Memorandum in opposition to plffs' motion for summary judgment dismissing deft's second affirmative defense and for a protective order staying discovery on the defense. (UNDER SEAL) (gn) (Entered: 12/11/1995) |
| 12/13/1995 | 44 | Reply Memorandum by DEFENDANT AMERICAN HOME PROD. in support of its motion to dismiss pursuant to Rule 12(b(1), Exhibit and Certificate of Service. (UNDER SEAL) (gn) (Entered: 12/14/1995) |
| 12/15/1995 | 45 | Response by DEFENDANT AMERICAN HOME PROD. in support of ITS MOTION TO COMPEL ATTENDANCE AT DEPOSITION, PRODUCTION OF DOCUMENTS, INTERROGATORY RESPONSES, AND RESPONSES TO REQUEST FOR ADMISSION, certificate of service. (cl) (Entered: 12/15/1995) |
| 12/18/1995 | 46 | Reply Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in support of motion for summary judgment dismissing AHP'S second affirmative defense, Certificate of Service. (gn) (Entered: 12/19/1995) |
| 01/03/1996 | 47 | STIPULATION AND ORDER THAT PLFFS WILL COMPLY WITH PRODUCTION OF THE DOCUMENTS RESPONSIVE TO THE FOREGOING DOCUMENT REQUESTS BY 1/5/96. ( SIGNED BY JUDGE RONALD L. BUCKWALTER) 1/4/96 ENTERED AND COPIES MAILED. (jef) (Entered: 01/04/1996) |
| 01/03/1996 | 48 | MODIFIED STIPULATED DISCOVERY SCHEDULE AND ORDER THAT THE DATES IN THE STIPULATED DISOVERY SCHEDULE |

| | | |
|---|---|---|
| | | ENTERED IN THIS COURT ON 8/28/95 BE MODIFIED, ETC.; ALL DISCOVERY WILL END ON 3/22/96 AND THEREAFTER THE COURT SHALL SET APPROPRIATE DATES FOR MOTIONS, PRETRIAL AND TRIAL PROCEDURES. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 1/4/96 ENTERED AND COPIES MAILED. (jef) (Entered: 01/04/1996) |
| 01/18/1996 | 49 | STIPULATION AND ORDER THAT PLFFS WILL COMPLY WITH PRODUCTION OF THE DOCUMENTS RESPONSIVE TO THE FOREGOING DOCUMENT REQUESTS BY 1/15/96. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 1/18/96 ENTERED AND COPIES MAILED. (gn) (Entered: 01/18/1996) |
| 01/18/1996 | 50 | MODIFIED STIPULATED ORDER THAT THE DATES IN THE MODIFIED STIPULATED DISCOVERY SCHEDULE ENTERED IN THIS COURT ON 1/4/96 IS MODIFIED AS FOLLOWS: ALL DISCOVERY WILL END ON 4/5/96. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 1/18/96 ENTERED AND COPIES MAILED. (gn) (Entered: 01/18/1996) |
| 01/24/1996 | 51 | MOTION by DEFENDANT AMERICAN HOME PROD. TO COMPEL DISCOVERY AND FOR REASONABLE EXPENSES . (UNDER SEAL) (gn) (Entered: 01/25/1996) |
| 01/31/1996 | 52 | Transcript of Oral Argument Hearing 1/25/96. (gn) (Entered: 02/01/1996) |
| 02/01/1996 | 53 | ORDER DENYING DEFT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS, INTERROGATORY RESPONSES, AND RESPONSES TO FOR ADMISSION. DENYING DEFT'S MOTION TO DISMISS PURSUANT TO RULE 12(b(1) ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 2/1/96 ENTERED AND COPIES MAILED. (gn) (Entered: 02/01/1996) |
| 02/01/1996 | 54 | MEMORANDUM AND ORDER GRANTING PLFF'S MOTION FOR SUMMARY JUDGMENT DISMISSING THE DEFT'S SECOND AFFIRMATIVE DEFENSE AND GRANTING PLFF'S MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY ON THE DEFENSE. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 2/1/96 ENTERED AND COPIES MAILED. (gn) (Entered: 02/01/1996) |
| 02/07/1996 | 55 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's motion to compel discovery and for reasonable expenses, Certificate of Service. (gn) (Entered: 02/08/1996) |
| 02/07/1996 | | CROSS MOTION by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL FOR PROTECTIVE ORDER , AND FOR SANCTIONS , CERTIFICATE OF SERVICE. (See Paper #55) (gn) (Entered: 02/08/1996) |
| 02/13/1996 | | MOTION by DEFENDANT AMERICAN HOME PROD. FOR RECONSIDERATION OF ORDERS AND OPINION OF 1/31/96 , MEMORANDUM, CERTIFICATE OF SERVICE. (91-5594) (gn) Modified |

| | | |
|---|---|---|
| | | on 02/13/1996 (Entered: 02/13/1996) |
| 02/13/1996 | 56 | RENEWED MOTION by DEFENDANT AMERICAN HOME PROD. TO DISMISS PURSUANT TO RULE 12(b)(1) FRCP , MEMORANDUM, CERTIFICATE OF SERVICE. (gn) Modified on 02/13/1996 (Entered: 02/13/1996) |
| 02/13/1996 | 57 | MOTION by DEFENDANT AMERICAN HOME PROD. TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6) , OR FOR JUDGMENT ON THE PLEADINGS UNDER RULE 12(c) , MEMORANDUM, CERTIFICATE OF SERVICE. (gn) (Entered: 02/13/1996) |
| 02/13/1996 | 58 | MOTION by DEFENDANT AMERICAN HOME PROD. TO STRIKE JURY TRIAL DEMAND PURSUANT TO RULE 39(a)(2) FRCP , MEMORANDUM, CERTIFICATE OF SERVICE. (gn) (Entered: 02/13/1996) |
| 02/13/1996 | 59 | ORDER GRANTING PLFF'S CROSS MOTION FOR PROTECTIVE ORDER; DENYING PLFF'S CROSS MOTION FOR SANCTIONS; DENYING DEFT'S MOTION TO COMPEL DISCOVERY AND FOR REASONABLE EXPENSES. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 2/14/96 ENTERED AND COPIES MAILED. (gn) (Entered: 02/14/1996) |
| 02/13/1996 | 60 | MODIFIED STIPULATION AND ORDER THAT THE DISCOVERY ORDER ENTERED IN THIS COURT ON 1/17/96 SHOULD BE MODIFIED AS FOLLOWS: ALL DISCOVERY WILL END ON 5/6/96. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 2/14/96 ENTERED AND COPIES MAILED. (gn) (Entered: 02/14/1996) |
| 02/29/1996 | 61 | MOTION by DEFENDANT AMERICAN HOME PROD. FOR RECONSIDERATION OF THIS COURT'S ORDER OF 2/13/96 , MEMORANDUM, CERTIFICATE OF SERVICE. (gn) (Entered: 03/01/1996) |
| 02/29/1996 | 62 | Memorandum by PLAINTIFF JOHNSON & JOHNSON in opposition to deft's renewed motions to dismiss and newly filed motion to strike the jury demand, Certificate of Service. (gn) (Entered: 03/01/1996) |
| 02/29/1996 | | Memorandum by PLAINTIFF JOHNSON & JOHNSON in opposition to deft's motion for reconsideration of the order of 1/31 granting plffs' motion for summary judgmnt dismissing the second affirmative defense for inequitable conduct and denying the motion of AHP to discharge the undertaking, Certificate of Service. (91-5594) (gn) Modified on 03/01/1996 (Entered: 03/01/1996) |
| 02/29/1996 | 63 | Memorandum by PLAINTIFF JOHNSON & JOHNSON in opposition to motion of AMERICAN HOME PRODUCTS for reconsideration of the order of 1/31 granting plaintiffs' motion for summary judgment dismissing the second affirmative defense for inequitable conduct and denying the motion of AHP to discharge the undertaking, Certificate of service (ph) (Entered: 03/01/1996) |
| | | |

| 03/01/1996 | 64 | Praecipe by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL to substitute attached original certificate of service for copy previously filed, Certificate of Service. (gn) (Entered: 03/01/1996) |
| 03/01/1996 | | Praecipe by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL to substitute attached original certificate of service for copy previously filed, Certificate of Service. (91-5594) (gn) Modified on 03/01/1996 (Entered: 03/01/1996) |
| 03/04/1996 | 65 | STIPULATION AND ORDER THAT FORM 10/14/95 TO 3/25/96 DEFT MAY TAKE WHATEVER DEPOSITION DISCOVERY IS BELIEVES TO BE NECESSARY. FROM 9/30/95 TO 3/25/96 PLFFS WILL TAKE NO DEPOSITION DISCOVERY OF DEFT OR THIRD PARTIES EXCEPT TO CROSS-EXAMINE THOSE WITNESSES DEPOSED BY DEFT. ON OR BEFORE 4/22/96, DEFT WILL SERVE UPON PLFFS AN EXPERT REPORT FOR EACH EXPERT WHICH DEFT EXPECTS TO CALL AT TRIAL, ETC. FROM 4/23/96 TO 5/20/96, PLFFS MAY TAKE WHATEVER DEPOSITION DISCOVERY IT BELIEVES TO BE NECESSARY OF DEFT OR OF THIRD PARTIES, ETC. ON OR BEFORE 63/96, PLFFS WILL SERVE ON DEFT ANY SUPPLEMENT TO ITS REPORTS, ETC. ALL DISCOVERY WILL END ON 5/20/96 AND THEREAFTER THE COURT SHALL SET APPROPRIATE DATES FOR MOTIONS, PRE-TIRAL AND TRIAL PROCEDURES. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 3/4/96 ENTERED AND COPIES MAILED. (gn) (Entered: 03/04/1996) |
| 03/05/1996 | 66 | Reply Memorandum by DEFENDANT AMERICAN HOME PRODUCT in support of its MOTION FOR RECONSIDERATION OF THE ORDER OF JANUARY 31 GRANTING PLFFS' MOTION FOR SUMMARY JUDGMENT DISMISSING THE SECOND EQUITABLE DEFENSE FOR INEQUITABLE CONDUCT AND DENYING THE MOTION OF AHP TO DISCHARGE THE UNDERTAKING, cert. of service. (jef) (Entered: 03/05/1996) |
| 03/05/1996 | 67 | Reply by DEFENDANT AMERICAN HOME PROD. to plffs' memorandum in opposition to deft's renewed motions to dismiss and newly filed motion to strike the jury demand, Certificate of Service. (gn) (Entered: 03/05/1996) |
| 03/21/1996 | 68 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's motion for reconsideration of this Court's order of 2/13/96, Certificate of Service. (gn) (Entered: 03/22/1996) |
| 04/02/1996 | 69 | ORDER DENYING PLFFS' MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER OF 2/13/96 ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 4/2/96 ENTERED AND COPIES MAILED. (gn) (Entered: 04/02/1996) |
| 04/03/1996 | 70 | ORDER DENYING ALL OF AMERICAN HOME PRODUCTS' MOTIONS. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 4/3/96 ENTERED AND COPIES MAILED. (gn) (Entered: 04/03/1996) |
| 04/11/1996 | 71 | STIPULATION AND ORDER THAT ALL DISCOVERY WILL END ON |

United States District Court Eastern District of Pennsylvania                    Page 13 of 27

| | | |
|---|---|---|
| | | 6/21/96 AND THEREAFTER THE COURT SHALL SET APPROPRIATE DATES FOR MOTIONS, PRE-TRIAL AND TRIAL PROCEDURES. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 4/11/96 ENTERED AND COPIES MAILED. (gn) (Entered: 04/11/1996) |
| 04/15/1996 | 72 | MOTION by DEFENDANT AMERICAN HOME PROD. TO CERTIFICATION OF THIS COURT'S JURISDICTIONAL RULINGS , MEMORANDUM, CERTIFICATE OF SERVICE. (gn) (Entered: 04/16/1996) |
| 04/23/1996 | 73 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to AHP'S motion for certification of this Court's jurisdictional rulings, Certificate of Service. (gn) (Entered: 04/24/1996) |
| 04/24/1996 | 74 | MOTION by DEFENDANT AMERICAN HOME PROD. FOR LEAVE TO AMEND ANSWER , CERTIFICATE OF SERVICE. (gn) (Entered: 04/25/1996) |
| 04/25/1996 | 75 | Reply Memorandum by DEFENDANT AMERICAN HOME PROD. in support of motion for certification of AHP 3 Jurisdictional Rulings, Certificate of Service. (gn) (Entered: 04/26/1996) |
| 04/30/1996 | 76 | ORDER DENYING DEFT'S MOTION TO CERTIFICATION OF THIS COURT'S JURISDICTIONAL RULINGS ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 5/1/96 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 05/01/1996) |
| 05/06/1996 | 77 | STIPULATION AND ORDER THAT ON OR BEFORE 6/6/96, DEFENDANT WILL SERVE UPON PLAINTIFFS AN EXPERT REPORT FOR EACH EXPERT WHICH DEFENDANT EXPECTS TO CALL AT TRIAL TO ESTABLISH DEFENDANT'S POSITION ON PLAINTIFF'S DAMAGES, ETC. ALL DISCOVERY WILL END ON 7/6/96 AND THEREAFTER THE COURT SHALL SET APPROPRIATE DATES FOR MOTIONS, PRE-TRIAL AND TRIAL PROCEDURES . ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 5/7/96 ENTERED AND COPIES MAILED AND FAXED. (jw) Modified on 05/07/1996 (Entered: 05/07/1996) |
| 05/07/1996 | 78 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's motion for leave to amend answer, Certificate of Service. (gn) (Entered: 05/08/1996) |
| 05/13/1996 | 79 | Supplement Memorandum of PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL regarding Federal Subject matter jurisdiction in this action, the right to a jury trial therein and waiver of that right, Certificate of Service. (gn) (Entered: 05/13/1996) |
| 05/14/1996 | 80 | ORDER THAT THE TRANSCRIPT OF THE 1/25/96 HEARING (DOCKET #52) MAY BE CROSS-FILED IN C.A. 91-5594. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 5/14/96 ENTERED AND COPIES MAILED AND FAXED ON 5/14/96. (gn) (Entered: 05/14/1996) |
| 05/14/1996 | 81 | Reply Memorandum by DEFENDANT AMERICAN HOME PROD. to plffs' |

| | | |
|---|---|---|
| | | memorandum in opposition to deft's motion for leave to amend answer, Certificate of Service. (gn) (Entered: 05/15/1996) |
| 05/22/1996 | 82 | ORDER THAT J&J'S MEMORANDUM IN OPPOSITION TO AHP'S MOTION FOR RECONSIDERATION OF THE ORDER OF 1/31/96 (DOCKET NO. 63 IN C.A. 94-1388 BE CROSS FILED IN C.A. 91-5594 AS AN ANSWER TO THE SIMILARLY TITLED MOTION [DOCKET NO. 131 (MISTAKENLY FILED) IN C.A. 91-5594] ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 5/22/96 ENTERED AND COPIES MAILED (COPIES FAXED 5/22/96. (ph) (Entered: 05/22/1996) |
| 05/23/1996 | 83 | ORDER THAT DEFENDANT'S MOTION FOR LEAVE TO AMEND IT'S ANSWER IS GRANTED. IT IS FURTHER ORDERED THAT DEFENDANT'S AMENDED ANSWER ACCOMPANYING THE MOTION BE FILED BY THE CLERK OF THIS COURT FORTHWITH. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 5/23/96 ENTERED AND COPIES FAXED. 5/23/96 COPIES MAILED BY CHAMBERS. (jw) Modified on 05/23/1996 (Entered: 05/23/1996) |
| 05/23/1996 | 84 | Amended answer to complaint by DEFENDANT AMERICAN HOME PRODUCTS : amends [13-1] answer, certificate of service. (jw) (Entered: 05/23/1996) |
| 06/06/1996 | 85 | STIPULATION AND ORDER THAT THE MODIFIED STIPULATED DISCOVERY SCHEDULE OF 5/23/96 BE MODIFIED AS FOLLOWS: DISCOVERY DUE FOR 7/25/96. ON OR BEFORE 8/7/96 PLFFS WILL SERVE ON DEFT ANY SUPPLEMENTS TO THEIR REPORTS IDENTIFIED IN PARA. 4, ETC. FROM 6/22/96 TO AND INCLUDING 7/25/96, PLFFS MAY TAKE WHATEVER DEPOSITION DISCOVERY IT BELIEVES TO BE NECESSARY OF DEFT OR THIRD PARTIES, ETC. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 6/7/96 ENTERED AND COPIES MAILED. (gn) (Entered: 06/07/1996) |
| 06/12/1996 | 86 | APPLICATION OF EILEEN MINNEFOR TO WITHDRAW AS COUNSEL FOR PLAINTIFFS, CERTIFICATE OF SERVICE (ph) (Entered: 06/12/1996) |
| 07/12/1996 | 87 | STIPULATION AND ORDER THAT ALL DISCOVERY WILL END ON 8/26/96 AND THEREAFTER THE COURT SHALL SET APPROPRIATE DATES FOR MOTIONS, PRE-TRIAL & TRIAL PROCEDURES. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 7/12/96 ENTERED AND COPIES MAILED. (gn) (Entered: 07/12/1996) |
| 07/19/1996 | 88 | MOTION BY PLAINTIFF JOHNSON & JOHNSON TO DISCLOSE DEFENDANT'S EXPERT REPORTS TO J&J EMPLOYEES . (FILED UNDER SEAL) (jw) (Entered: 07/22/1996) |
| 07/24/1996 | 89 | Certified copy of order from USCA dated 7/23/96 re: The foregoing petition for writ of mandamus is denied. The motion by petitioner for leave to file reply is granted. (gn) (Entered: 07/25/1996) |
| 08/09/1996 | 90 | CROSS MOTION by DEFENDANT AMERICAN HOME PROD. TO PERMIT EMPLOYEES OF BOTH PARTIES TO REVIEW ALL EXPERT |

| | | |
|---|---|---|
| | | REPORTS , AND MEMORANDUM IN OPPOSITION TO PLFFS' MOTION TO DISCLOSE DEFT'S EXPERT REPORTS TO PLFFS' EMPLOYEES. (FILED UNDER SEAL) (gn) (Entered: 08/09/1996) |
| 08/23/1996 | 91 | Reply Memorandum in Support of Johnson & Johnson's Motion to Disclose Defendant's Expert Reports to J&J Employees and in Opposition to Defendant's Cross-Motion to Permit Employees of Both Parties to Review all Expert Reports, Certificate of Service. (dt) (Entered: 08/26/1996) |
| 08/30/1996 | | MOTION by DEFENDANT AMERICAN HOME PROD. FOR CONSOLIDATION ORDER , MEMORANDUM, CERTIFICATE OF SERVICE. (SEE PAPER # 144 IN 91-5594) (ph) (Entered: 09/03/1996) |
| 09/11/1996 | 92 | ORDER DENYING DEFT'S CROSS MOTION TO PERMIT EMPLOYEES OF BOTH PARTIES TO REVIEW ALL EXPERT REPORTS. GRANTING PLFFS' MOTION TO DISCLOSE DEFENDANT'S EXPERT REPORTS TO J&J EMPLOYEES. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 9/12/96 ENTERED AND COPIES MAILED. (COPIES FAXED ON 9/12/96). (gn) (Entered: 09/12/1996) |
| 09/13/1996 | | Response by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL to MOTION FOR CONSOLIDATION ORDER, Memorandum, Certificate of service (SEE PAPER # 145 IN LEAD CASE) (ph) (Entered: 09/16/1996) |
| 09/24/1996 | | Reply Memorandum by DEFENDANT AMERICAN HOME PROD. in support of its motion for issuance of consolidation order, Certificate of Service. (gn) (Entered: 09/25/1996) |
| 10/03/1996 | 93 | ORDER THAT AMERICAN HOME PRODUCTS' MOTION TO CONSOLIDATE IS DENIED. A PRETRIAL HEARING IS SCHEDULED FOR 10/25/96 AT 9:30AM IN COURTROOM 17A. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 10/25/96 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 10/04/1996) |
| 10/07/1996 | 94 | STIPULATION AND ORDER THAT ALL DISCOVERY WILL END ON 11/26/96 AND THEREAFTER THE COURT SHALL SET APPROPRIATE DATES FOR MOTIONS, PRE-TRIAL AND TRIAL PROCEDURES. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 10/8/96 ENTERED AND COPIES MAILED FAXED. (gn) (Entered: 10/08/1996) |
| 10/21/1996 | 95 | MOTION by DEFENDANT AMERICAN HOME PROD. FOR PROTECTIVE ORDER RE PUERTO RICAN TAX DISCOVERY , MEMORANDUM, CERTIFICATE OF COUNSEL, CERTIFICATE OF SERVICE. (gn) (Entered: 10/21/1996) |
| 10/21/1996 | 96 | MOTION by DEFENDANT AMERICAN HOME PROD. FOR REEM F. JISHI AND C. KYLE MUSGROVE TO APPEAR PRO HAC VICE , CERTIFICATES OF COUNSEL, CERTIFICATE OF SERVICE. (gn) (Entered: 10/21/1996) |
| 10/22/1996 | 97 | ORDER THAT REEM F. JISHI, ESQ. & C. KYLE MUSGROVE, ESQ. ARE ADMITTED PRO HAC VICE FOR THE PURPOSES OF REPRESENTING |

| | | |
|---|---|---|
| | | AMERICAN HOME PRODUCTS CORP. IN THE MATTER. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 10/23/96 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 10/23/1996) |
| 11/04/1996 | 98 | Response by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL to Defendant American Home Products Corporation FOR PROTECTIVE ORDER RE PUERTO RICAN TAX DISCOVERY (Filed Under Seal). (cl) (Entered: 11/05/1996) |
| 11/07/1996 | 99 | MOTION by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL TO PRECLUDE THE TESTIMONY AND EXPERT REPORTS OF DR. RICHARD J. LUTZ AND DR. GREGORY K. BELL/WAYNE HOEBERLEIN OR IN THE ALTERNATIVE TO COMPEL SUPPLEMENTATIONS OF THEIR EXPERT REPORTS , MEMORANDUM, DECLARATION, CERTIFICATE OF SERVICE. (FILED UNDER SEAL). (cl) (Entered: 11/08/1996) |
| 11/08/1996 | 100 | Reply Memorandum by DEFENDANT AMERICAN HOME PROD. in support of its motion for a protective order re: Puerto Rican Tax Discovery, Certificate of Service. (gn) (Entered: 11/12/1996) |
| 11/15/1996 | 101 | STIPULATION AND ORDER THAT DEFT MAY RESPOND TO PLFFS' MOTION TO PRECLUDE THE TESTIMONY OR, IN THE ALTERNATIVE, TO COMPEL SUPPLEMENTATIONS OF THEIR EXPERT REPORTS UNTIL 12/2/96. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 11/15/96 ENTERED AND COPIES FAXED BY CHAMBERS. (gn) Modified on 11/15/1996 (Entered: 11/15/1996) |
| 11/18/1996 | 102 | MOTION by DEFENDANT AMERICAN HOME PROD. FOR PROTECTIVE ORDER , MEMORANDUM, CERTIFICATE OF SERVICE. (UNDER SEAL) (gn) Modified on 11/19/1996 (Entered: 11/19/1996) |
| 11/21/1996 | 103 | MOTION by DEFENDANT AMERICAN HOME PROD. TO COMPEL SUPPLEMENTARY PRODUCTION AND TO MODIFY THE STIPULATED DISCOVERY SCHEDULE , BRIEF, CERTIFICATE OF COUNSEL. (gn) (Entered: 11/22/1996) |
| 11/22/1996 | 104 | ORDER GRANTING DEFT'S MOTION FOR PROTECTIVE ORDER RE PUERTO RICAN TAX DISCOVERY. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 11/25/96 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 11/25/1996) |
| 12/02/1996 | 105 | Response by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL to deft's motion for protective order, Memorandum, Certificate of Service. (gn) (Entered: 12/03/1996) |
| 12/02/1996 | | CROSS MOTION by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL TO COMPEL THE DEPOSITION TESTIMONY OF REBECCA WOLFE AND SHAWN WAUTIER , MEMORANDUM, CERTIFICATE OF SERVICE. (See Paper #105) (gn) Modified on 12/03/1996 (Entered: 12/03/1996) |
| 12/03/1996 | 106 | STIPULATION AND ORDER THAT DEFT MAY RESPOND TO PLFFS' |

| | | |
|---|---|---|
| | | MOTION TO PRECLUDE TESTIMONY AND EXPERT REPORTS OF DR. RICHARD J. LUTZ AND DR. GREGORY K. BELL/WAYNE HOEBERLEIN OR, IN, THE ALTERNATIVE TO COMPEL SUPPLEMENTATIONS OF THEIR EXPERT REPORTS TO 12/13/96. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 12/3/96 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 12/03/1996) |
| 12/04/1996 | 107 | STIPULATION AND ORDER THAT PLFFS MAY RESPOND TO DEFT'S MOTION TO COMPEL SUPPLEMENTARY PRODUCTION AND TO MODIFY THE STIPULATED DISCOVERY UNTIL 12/11/96. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 12/4/96 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 12/04/1996) |
| 12/13/1996 | 108 | Response by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL to deft's motion to compel supplementary production and to modify the stipulated discovery schedule, Memorandum, Certificate of Service. (UNDER SEAL) (gn) Modified on 12/16/1996 (Entered: 12/16/1996) |
| 12/17/1996 | 109 | ORDER DISMISSING AS MOOT PLFFS' MOTION TO PRECLUDE THE TESTIMONY AND EXPERT REPORTS OF DR. RICHARD J. LUTZ AND DR. GREGORY BELL/WAYNE HOEBERLEIN ( SIGNED BY JUDGE RONALD L. ) 12/17/96 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 12/17/1996) |
| 12/17/1996 | 110 | STIPULATION AND ORDER THAT FROM 7/15/96 TO AND INCLUDING 12/30/96, PLFFS MAY TAKE WHATEVER DEPOSITION DISCOVERY IT BELIEVES TO BE NECESSARY OF DEFT OR OF THIRD PARTIES. FROM 6/22/96 TO AND INCLUDING 12/30/96, DEFT WILL TAKE NO DEPOSITION DISCOVERY OF PLFFS OR OF THIRD PARTIES EXCEPT TO CROSS-EXAMINE THOSE WITNESSES DEPOSED BY PLFFS DURING THE PERIOD, ETC. ALL DISCOVERY WILL END ON 12/30/96 AND THEREAFTER THE COURT SHALL SET APPROPRIATE DATES FOR MOTIONS, PRETRIAL AND TRIAL PROCEDURES. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 12/18/96 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 12/18/1996) |
| 01/03/1997 | 111 | ORDER DENYING PLFFS' CROSS MOTION TO COMPEL THE DEPOSITION TESTIMONY OF REBECCA WOLFE AND SHAWN WAUTIER GRANTING DEFT'S MOTION FOR PROTECTIVE ORDER. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 1/6/97 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 01/06/1997) |
| 01/03/1997 | 112 | ORDER DENYING DEFT'S MOTION TO COMPEL SUPPLEMENTARY PRODUCTION AND TO MODIFY THE STIPULATED DISCOVERY SCHEDULE SIGNED BY JUDGE RONALD L. BUCKWALTER ) 1/6/97 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 01/06/1997) |
| 01/15/1997 | 113 | MOTION by DEFENDANT AMERICAN HOME PROD. TO COMPEL DISCOVERY (INTERROGATORY NOS. 117 AND 260, AND DOCUMENT REQUEST N0S. 135-137. (UNDER SEAL) (gn) (Entered: |

| | | 01/15/1997) |
|---|---|---|
| 01/17/1997 | 114 | MOTION by DEFENDANT AMERICAN HOME PROD. FOR RECONSIDERATION OF THIS COURT'S ORDER OF 1/3/97 , OR IN THE ALTERNATIVE, TO PRECLUDE PLFFS FROM CLAIMING OR PRESENTING EVIDENCE ON DAMAGES FOR THE PERIOD 11/1/95 THROUGH 12/31/96 . (UNDER SEAL) (gn) (Entered: 01/17/1997) |
| 01/27/1997 | 115 | MOTION by DEFENDANT AMERICAN HOME PROD. FOR PROTECTIVE ORDER . (UNDER SEAL) (gn) (Entered: 01/27/1997) |
| 01/28/1997 | 116 | MODIFIED STIPULATION AND ORDER THAT ON OR BEFORE 3/3/97 PLFFS WILL SERVE ON DEFT ANY SUPPLEMENTS TO THEIR REPORTS IDENTIFIED IN PARA 4, ETC. ALL DISCOVERY WILL END ON 2/10/97 AND THEREAFTER THE COURT SHALL SET APPROPRIATE DATES FOR MOTIONS, PRE-TRIAL AND TRIAL PROCEDURES. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 1/28/97 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 01/28/1997) |
| 02/05/1997 | 117 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's motion for reconsideration of this Court's order of 1/3/97. (UNDER SEAL) (gn) (Entered: 02/06/1997) |
| 02/10/1997 | 118 | STIPULATION AND ORDER THAT THIS STIPULATION SPECIFICALLY EXCLUDES ANY DOCUMENTS THAT CONSIST PRIMARILY OF HANDWRITTEN NOTES FOUND IN THE CHESTNUT PARTNESHIP PRODUCTION AND ANY DOCUMENTS WHICH WERE PREPARED BY ANY OTHER MARKET RESEARCH COMPANIES SUCH AS THE VANDERVEER GROUP OF MOOSBRUGGER ASSOCIATES AND LABELED AS SUCH. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 2/10/97 ENTERED AND COPIES FAXED. (gn) (Entered: 02/10/1997) |
| 02/10/1997 | 119 | Response by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL to deft's motion for protective order. (UNDER SEAL) (gn) (Entered: 02/11/1997) |
| 02/10/1997 | | CROSS MOTION by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL TO COMPEL THE DEPOSITION TESTIMONY OF DR. ROBERT S. LONDON AS A FACT WITNESS . (See Paper #119) (UNDER SEAL) (gn) (Entered: 02/11/1997) |
| 02/12/1997 | 120 | Reply Memorandum by DEFENDANT AMERICAN HOME PROD. in support of its motion for reconsideration of this Court's Order of 1/3/97, or in the alternative, to preclude plffs from claiming or presenting evidence on damages for the period 11/1/95 through 12/31/96, Certificate of Service. (FILDED UNDER SEAL) (gn) (Entered: 02/13/1997) |
| 02/19/1997 | 121 | Reply Memorandum by DEFENDANT AMERICAN HOME PROD. in support of its motion for protective order, Certificate of Service. (UNDER SEAL) (gn) (Entered: 02/20/1997) |

| 02/19/1997 |     | Response by DEFENDANT AMERICAN HOME PROD. to plffs' cross motion to compel the deposition testimony of DR. ROBERT S. LONDON in his capacity as a fact witness, Certificate of Service. (See Paper #121) (UNDER SEAL) (gn) (Entered: 02/20/1997) |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 02/21/1997 | 122 | ORDER GRANTING PLFFS' CROSS MOTION TO COMPEL. DEFT'S MOTION FOR PROTECTIVE ORDER IS DENIED. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 2/21/97 ENTERED AND COPIES MAILED AND FAXED. (gn) Modified on 02/21/1997 (Entered: 02/21/1997) |
| 02/21/1997 | 123 | ORDER DENYING WITHOUT PREJUDICE DEFT'S MOTION TO COMPEL DISCOVERY (INTERROGATORY NOS. 117 AND 260, AND DOCUMENT REQUEST N0S. 135-137. (UNDER SEAL) ( SIGNED BY JUDGE RONALD L. ) 2/21/97 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 02/21/1997) |
| 02/21/1997 | 124 | ORDER DENYING DEFT'S MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER OF 1/3/97 OR IN THE ALTERNATIVE TO PRECLUDE PLFFS FROM CLAIMING OR PRESENTING EVIDENCE ON DAMAGES FOR THE PERIOD 11/1/95 THROUGH 12/31/96, ETC., A STATUS CONFERENCE FOR FRIDAY, 3/7/97 AT 12:30 PM. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 2/24/97 ENTERED AND COPIES MAILED AND FAXED 2/21/97. (sc) (Entered: 02/24/1997) |
| 02/21/1997 | 125 | MOTION by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL TO COMPEL RESPONSES TO INTERROGATORIES NOS. 6-8 AND DOCUMENT REQUEST NO. 95 (SEALED) (ph) (Entered: 02/24/1997) |
| 02/26/1997 | 126 | MOTION by DEFENDANT AMERICAN HOME PROD. FOR PROTECTIVE ORDER SEEKING ADDITIONAL REDACTIONS OF, OR IN THE ALTERNATIVE, RETURN OF DOCUMENT 407287-338 , MEMORANDUM, CERTIFICATE OF COUNSEL, CERTIFICATE OF SERVICE. (UNDER SEAL)(gn) Modified on 02/26/1997 (Entered: 02/26/1997) |
| 02/28/1997 | 127 | Corrected Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in support of their motion to compel responses to interrogatories Nos. 6-8 and Document Request No. 95, Certificate of Service. (UNDER SEAL) (gn) (Entered: 03/03/1997) |
| 03/11/1997 | 128 | STIPULATIONA DN ORDER THAT DEFT, MAY RESPOND TO PLFFS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES NOS. 6-8 AND DOCUMENT REQUEST NO. 95 IS EXTENDED TO 3/14/97. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 3/11/97 ENTERED AND COPIES FAXED. (gn) (Entered: 03/11/1997) |
| 03/11/1997 | 129 | MOTION by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL FOR MARGARET R. SPARKS TO APPEAR PRO HAC VICE , CERTIFICATE OF SERVICE. (gn) (Entered: 03/12/1997) |
| 03/14/1997 | 130 | Response by DEFENDANT AMERICAN HOME PROD. to plffs' motion to compel responses to interrogatories Nos. 6-8 and Request No. 95. (UNDER |

| | | SEAL) (gn) (Entered: 03/17/1997) |
|---|---|---|
| 03/17/1997 | 131 | ORDER GRANTING PLFFS' MOTION FOR MARGARET R. SPARKS TO APPEAR PRO HAC VICE (Attorney: MARGARET R. SPARKS) ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 3/17/97 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 03/17/1997) |
| 03/18/1997 | 132 | ORDER THAT TRIAL IN THE MATTER IS SCHEDULED FOR 6/2/97 AT 9:30AM IN COURTROOM 17A. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 3/18/97 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 03/18/1997) |
| 03/19/1997 | 133 | Response by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL to deft's motion for protective order seeking additional redactions of, or in the alternative, return of document 407287-338. (UNDER SEAL) (gn) (Entered: 03/20/1997) |
| 03/20/1997 | 134 | MOTION by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL IN LIMINE TO BAR DEFENDANT'S RELIANCE ON ORTHO'S 1990 CONTRACT WITH ORGANON TO LIMIT ORTHO'S DAMAGES (SEALED) (ph) (Entered: 03/21/1997) |
| 03/21/1997 | 135 | Transcript of 3/7/97. (gn) (Entered: 03/21/1997) |
| 03/26/1997 | 136 | Reply Memorandum by DEFENDANT AMERICAN HOME PROD. in support of its motion for protective order seeking additional redactions of, or in the alternative, return of document 407287-338, Certificate of Service. (UNDER SEAL) (gn) (Entered: 03/27/1997) |
| 04/02/1997 | 137 | MOTION by DEFENDANT AMERICAN HOME PROD. TO PRECLUDE THE TESTIMONY AND EXPERT REPORTS OF DR. RICHARD T. RAPP, MR. ROBERT J. EASTON, DR. RICHARD B. VANDERVEER & DR. STEPHEN L. CORSON, , OR, IN THE ALTERNATIVE, TO COMPEL SUPPLEMENTATIONS OF THEIR EXPERT REPORTS , MEMORANDUM, CERTIFICATE OF COUNSEL, CERTIFICATE OF SERVICE. (UNDER SEAL)(gn) Modified on 04/02/1997 (Entered: 04/02/1997) |
| 04/02/1997 | 138 | ORDER DENYING PLFFS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES NOS. 6-8 AND DOCUMENT REQUEST NO. 95. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 4/2/97 ENTERED AND COPIES MAILED AND FAXED. (gn) Modified on 04/02/1997 (Entered: 04/02/1997) |
| 04/02/1997 | 139 | ORDER GRANTING DEFT'S MOTION FOR PROTECTIVE ORDER SEEKING ADDITIONAL REDACTIONS OF, OR IN THE ALTERNATIVE, RETURN OF DOCUMENT 407287-338 ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 4/2/97 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 04/02/1997) |
| 04/04/1997 | 140 | MOTION by DEFENDANT AMERICAN HOME PROD. IN LIMINE TO CONFINE PLFFS TO THE THEORY OF DAMAGES PRESENTED TO THE COURT AND TO AMERICAN HOME PRODUCTS AT THE TIME |

| | | |
|---|---|---|
| | | OF INJUNCTION UNDERTAKING AND MEMORANDUM IN SUPPORT THEREOF , CERTIFICATE OF SERVICE. (UNDER SEAL) (gn) (Entered: 04/07/1997) |
| 04/04/1997 | 141 | Memorandum by DEFENDANT AMERICAN HOME PROD. in opposition to plffs' motion in limine to bar deft's Reliance on Ortho's 1990 contract with organon to limit Ortho's damages, Certificate of Service. (UNDER SEAL) (gn) Modified on 04/07/1997 (Entered: 04/07/1997) |
| 04/08/1997 | 142 | Reply Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in support of their motion in limine to bar deft's Reliance on Ortho's 1980 contract with Organon to limit Ortho's damages. (UNDER SEAL) (gn) (Entered: 04/09/1997) |
| 04/09/1997 | 143 | MOTION by DEFENDANT AMERICAN HOME PROD. TO REMOVE THE ISSUE OF PREJUDGMENT INTEREST FROM THE JURY'S CONSIDERATION , AND TO PRECLUDE PLFFS JOHNSON & JOHNSON AND ORTHO PHARMACEUTICAL CORP. FROM INTRODUCING EVIDENCE REGARDING PREJUDGMENT INTEREST TO THE JURY AND MEMORANDUM IN SUPPORT THEREOF. (UNDER SEAL) (gn) (Entered: 04/10/1997) |
| 04/09/1997 | 144 | MOTION by DEFENDANT AMERICAN HOME PROD. IN LIMINE TO PRECLUDE DISPARAGING AND PREJUDICIAL COMMENTS BY DAVID DOBBINS, ESQ. (UNDER SEAL) (gn) (Entered: 04/10/1997) |
| 04/09/1997 | 145 | MOTION by DEFENDANT AMERICAN HOME PROD. TO PRECLUDE ROBERT J. EASTON'S RELIANCE ON DEFT'S FORECASTS REGARDING GESTODENE AND MEMORANDUM IN SUPPORT THEREOF. ( UNDER SEAL) (gn) (Entered: 04/10/1997) |
| 04/09/1997 | 146 | MOTION by DEFENDANT AMERICAN HOME PROD. IN LIMINE TO PRELCUDE TESTIMONY OF ALTERNATIVE THEORIES OF DAMAGES BY ROBERT J. EASTON AND MEMORANDUM THERETO. ( UNDER SEAL) (gn) (Entered: 04/10/1997) |
| 04/09/1997 | 147 | MOTION by DEFENDANT AMERICAN HOME PROD. IN LIMINE TO PRECLUDE REFERENCES TO DEFT'S MOTIVE FOR, OR ALLEGED IMPROPER ACTIONS IN, BRINGING SUIT IN AHP II AND TO PRECLUDE REFERENCES BY PLFFS REGARDING PUNISHMENT OR PUNITIVE DAMAGES. ( UNDER SEAL ) (gn) (Entered: 04/10/1997) |
| 04/09/1997 | 148 | MOTION by DEFENDANT AMERICAN HOME PROD. IN LIMINE TO EXCLUDE RICHARD VANDERVEER, Ph.D. FROM THE COURTROOM WHILE CONFIDENTIAL AHP INFORMATION IS BEING DISCLOSED , MEMORANDUM, CERTIFICATE OF SERVICE. (UNDER SEAL) (gn) (Entered: 04/10/1997) |
| 04/10/1997 | 149 | SurReply by DEFENDANT AMERICAN HOME PROD. in opposition to plffs' motion in limine to bar deft's Reliance on Ortho's Contract with Organon to limit Ortho's damages. (UNDER SEAL) (gn) (Entered: 04/10/1997) |
| 04/11/1997 | 150 | MOTION by DEFENDANT AMERICAN HOME PROD. IN LIMINE TO |

| | | |
|---|---|---|
| | | PRECLUDE PLFFS' CLAIM FOR LOST SECTION 936 TAX CREDITS AND SUPPORTING MEMORANDUM OF LAW . (UNDER SEAL) (gn) (Entered: 04/14/1997) |
| 04/11/1997 | 151 | SurReply by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in support of their motion in limine to bar deft's Reliance on Ortho's 1990 contract with Organon to limit Ortho's damages, Certificate of Service. (UNDER SEAL) (gn) (Entered: 04/14/1997) |
| 04/17/1997 | 152 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to [137-1] MOTION TO PRECLUDE THE TESTIMONY AND EXPERT REPORTS OF DR. RICHARD T. RAPP, MR. ROBERT J. EASTON, DR. RICHARD B. VANDERVEER & DR. STEPHEN L. CORSON, OR IN THE ALTERNATIVE TO COMPEL SUPPLEMENTATION OF THEIR EXPERT REPORTS. (filed under seal) (rs) (Entered: 04/17/1997) |
| 04/18/1997 | 153 | ORDER DENYING DEFT'S MOTION IN LIMINE TO CONFINE PLFFS TO THE THEORY OF DAMAGES PRESENTED TO THE COURT AND TO HOME PRODUCTS AT THE TIME OF INJUNCTION UNDERTAKING AND MEMORANDUM IN SUPPORT THEREOF. DENYING PLFFS' MOTION IN LIMINE TO BAR DEFENDANT'S RELIANCE ON ORTHO'S 1990 CONTRACT WITH ORGANON TO LIMIT ORTHO'S DAMAGES ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 4/18/97 ENTERED AND COPIES FAXED BY CHAMBERS. (gn) (Entered: 04/18/1997) |
| 04/18/1997 | 154 | MOTION by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL TO EXTEND TIME TO RESPOND TO DEFT'S MOTION IN LIMINE TO LIMIT PLFFS' THEORY OF RECOVERABLE DAMAGES , MEMORANDUM, CERTIFICATE OF SERVICE. (UNDER SEAL) (gn) (Entered: 04/21/1997) |
| 04/18/1997 | 155 | Response by DEFENDANT AMERICAN HOME PROD. in opposition to plffs' motion for an extension of time to respond to deft's motion in limit plffs' theory of recoverable damages, Certificate of Service. (gn) (Entered: 04/21/1997) |
| 04/22/1997 | 156 | ORDER MOOTING PLFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFT'S MOTION IN LIMINE TO LIMIT PLFFS' THEORY OF RECOVERABLE DAMAGES. ( SIGNED BY JUDGE RONALD L. BUCKWALTER 4/22/97 ENTERED AND COPIES GIVEN TO COUNSEL BY CHAMBERS. (gn) (Entered: 04/22/1997) |
| 04/23/1997 | 157 | Renewed Suggestions of Lack of Subject Matter Jurisdiction in AHP3 by DEFENDANT AMERICAN HOME PROD., Certificate of Service. (gn) (Entered: 04/23/1997) |
| 05/07/1997 | 158 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's motion to preclude relevant testimony on damages by expert witness Rober J. Easton, Certificate of Service. ( UNDER SEAL) (gn) Modified on 05/07/1997 (Entered: 05/07/1997) |

| 05/07/1997 | 159 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's motion to in limine to preclude Robert J. Easton's reliance on deft's forecasts regarding Gestodene, Certificate of Service. ( UNDER SEAL) (gn) Modified on 05/07/1997 (Entered: 05/07/1997) |
| 05/07/1997 | 160 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's motion to preclude the jury from hearing plffs' claim for prejudgment interest, Certificate of Service. (UNDER SEAL) (gn) (Entered: 05/07/1997) |
| 05/07/1997 | 161 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's motion in limine to preclude plffs' claim for lost Section 936 tax credits, Certificate of Service. (UNDER SEAL) (gn) (Entered: 05/07/1997) |
| 05/13/1997 | 162 | Reply Memorandum by DEFENDANT AMERICAN HOME PROD. in support of deft's motion in limine to preclude plffs' claim for lost Section 936 Tax credits, Certificate of Service. (gn) (Entered: 05/14/1997) |
| 05/14/1997 | 163 | SurReply Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's motion in limine to preclude pffs' claim for lost section 936 tax credits, Certificate of Service. (gn) (Entered: 05/15/1997) |
| 05/16/1997 | 164 | ORDER DENYING DEFT'S MOTION TO PRECLUDE THE TESTIMONY AND EXPERT REPORTS OF DR. RICHARD T. RAPP, MR. ROBERT J. DR. RICHARD B. VANDERVEER & DR. STEPHEN L. CORSON, ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 5/16/97 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 05/16/1997) |
| 05/16/1997 | 165 | Reply by DEFENDANT AMERICAN HOME PROD. to plffs' opposition to deft's motion to remove the issue of prejudgment interest from the jury's consideration and to preclude plff's from introducing evidence regarding prejudgment interest to the jury. (UNDER SEAL) (gn) (Entered: 05/19/1997) |
| 05/16/1997 | 166 | Reply Memorandum by DEFENDANT AMERICAN HOME PROD. in support of its motion in limine to preclude testimony of alternative theories of damages by Robert J. Easton. ( UNDER SEAL) (gn) (Entered: 05/19/1997) |
| 05/19/1997 | 167 | MOTION by DEFENDANT AMERICAN HOME PROD. TO QUASH TRIAL SUBPOENA DATED 5/5/97 DIRECTED TO AMERICAN HOME PRODUCTS CORP. , MEMORANDUM, CERTIFICATE OF SERVICE. (gn) (Entered: 05/19/1997) |
| 05/20/1997 | 168 | Corrected Reply by DEFENDANT AMERICAN HOME PROD. to plffs' opposition to deft's motion to remove the issue of prejudgment interest from the jury's consideration and to preclude plffs' from introducing evidence regarding prejudgment interest to the Jury, Certificate of Service. (UNDER SEAL) (gn) (Entered: 05/21/1997) |
| 05/20/1997 | 169 | Corrected Reply Memorandum by DEFENDANT AMERICAN HOME PROD. in support of its motion in limine to preclude testimony of alternative |

| | | theories of damages by ROBERT J. EASTON (UNDER SEAL) (gn) (Entered: 05/21/1997) |
|---|---|---|
| 05/20/1997 | 170 | MOTION by DEFENDANT AMERICAN HOME PROD. TO PRECLUDE THE TESTIMONY OF STEPHEN L. CORSON, M.D., OR, IN THE ALTERNATIVE, TO PURSUE DEPOSITION DISCOVERY OF THE UNDERLYING FACTS CONTAINED WITHIN HIS REBUTTAL REPORT . (UNDER SEAL) (gn) (Entered: 05/21/1997) |
| 05/20/1997 | 171 | MOTION by DEFENDANT AMERICAN HOME PROD. IN LIMINE TO PRECLUDE PLFFS FROM RELYING ON MARKET RESEARCH RELATING TO PHYSICIANS' ANTICIPATION OF THE NEW PROGESTINS . (UNDER SEAL) (gn) (Entered: 05/21/1997) |
| 05/21/1997 | 172 | ORDER GRANTING DEFT'S MOTION TO PRECLUDE ROBERT J. EASTON'S RELIANCE ON DEFT'S FORECASTS REGARDING GESTODENE AND MEMORANDUM IN SUPPORT THEREOF. ( UNDER SEAL) ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 5/21/97 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 05/21/1997) |
| 05/21/1997 | 173 | ORDER DENYING DEFT'S MOTION TO REMOVE THE ISSUE OF PREJUDGMENT INTEREST FROM THE JURY'S CONSIDERATION AND TO PRECLUDE PLFFS JOHNSON & JOHNSON AND ORTHO PHARMACEUTICAL CORP. FROM INTRODUCING EVIDENCE REGARDING PREJUDGMENT INTEREST TO THE JURY. ( SIGNED BY JUDGE RONALD L. ) 5/21/97 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 05/21/1997) |
| 05/21/1997 | 174 | ORDER DENYING DEFT'S MOTION IN LIMINE TO PRECLUDE DISPARAGING AND PREJUDICIAL COMMENTS BY DAVID DOBBINS, ESQ. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 5/21/97 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 05/21/1997) |
| 05/22/1997 | 175 | ORDER GRANTING DEFT'S MOTION IN LIMINE TO PRELCUDE TESTIMONY OF ALTERNATIVE THEORIES OF DAMAGES BY ROBERT J. EASTON. ( UNDER SEAL) ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 5/23/97 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 05/23/1997) |
| 05/22/1997 | 176 | ORDER DENYING WITHOUT PREJUDICE DEFT'S MOTION IN LIMINE TO EXCLUDE RICHARD VANDERVEER, Ph.D. FROM THE COURTROOM WHILE CONFIDENTIAL AHP INFORMATION IS BEING DISCLOSED ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 5/23/97 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 05/23/1997) |
| 05/22/1997 | 177 | ORDER GRANTING IN PART, DENYING IN PART DEFT'S MOTION IN LIMINE TO PRECLUDE REFERENCES TO DEFT'S MOTIVE FOR, OR ALLEGED IMPROPER ACTIONS IN, BRINGING SUIT IN AHP II AND TO PRECLUDE REFERENCES BY PLFFS REGARDING PUNISHMENT OR PUNITIVE DAMAGES. ( SIGNED BY JUDGE RONALD L. |

| | | BUCKWALTER ) 5/23/97 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 05/23/1997) |
|---|---|---|
| 05/27/1997 | 178 | MOTION by DEFENDANT AMERICAN HOME PROD. TO PRECLUDE PLFFS FROM INTRODUCING THE EXPERT TESTIMONY OF DR. RICHARD B. VANDERVEER, ROBERT J. EASTON, CHARLES S. TRIPLETT, AND DR. STEPHEN L. CORSON IN PLFFS' DIRECT CASE , MEMORANDUM, CERTIFICATE OF SERVICE. (gn) (Entered: 05/27/1997) |
| 05/28/1997 | 179 | MOTION by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL TO STRIKE PORTIONS OF THE REPORT OF DR. RICHARD J. LUTZ ENTITLED "ADDENDA TO MARKETING EVALUATION OF n/e/r/a REPORT ON ESTIMATED DAMAGES" . (UNDER SEAL) (gn) (Entered: 05/29/1997) |
| 05/28/1997 | 180 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's in limine motion to preclude Dr. Corson from testifying at trial. (UNDER SEAL) (gn) (Entered: 05/29/1997) |
| 05/28/1997 | 181 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's motion in limine to preclude plffs from relying on market research relating to Physicians' anticipation of the new progestins. (UNDER SEAL) (gn) (Entered: 05/29/1997) |
| 05/28/1997 | 182 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL in opposition to deft's motion to quash trial subpoena dated 5/5/97 directed to AMERICAN HOME PRODUCTS CORP. (UNDER SEAL) (gn) (Entered: 05/29/1997) |
| 05/29/1997 | 183 | Reply by DEFENDANT AMERICAN HOME PROD. in support of its motion to preclude the testimony of STEPHEN L. CORSON, M.D., or to pursue deposition discovery of the underlying facts contained within his rebuttal report. (UNDER SEAL) (gn) (Entered: 05/30/1997) |
| 05/29/1997 | 184 | Reply Memorandum by DEFENDANT AMERICAN HOME PROD. in support of its motion in limine to preclude plffs from relying on market research relating to physicians' anticipation of the new progestins. ( UNDER SEAL) (gn) (Entered: 05/30/1997) |
| 05/29/1997 | 185 | Memorandum by DEFENDANT AMERICAN HOME PROD. in support of its motion in limine to exclude statements from AHP I that J&J would be free to market norgestimate after 11/27/91. (UNDER SEAL) (gn) (Entered: 05/30/1997) |
| 05/29/1997 | 186 | Memorandum by DEFENDANT AMERICAN HOME PROD. in opposition to plffs' motion to strike portions of the report of Dr. Richard J. Lutz entitled "Addenda to Marketing Evalulation of n/e/r/a Report on Estimated Damages". ( UNDER SEAL ) (gn) (Entered: 05/30/1997) |
| 05/29/1997 | 187 | Objections by DEFENDANT AMERICAN HOME PROD. to plffs' proposed |

| | | preliminary jury instructions and proposed jury instructions and special verdict form, Certificate of Service. (gn) (Entered: 05/30/1997) |
|---|---|---|
| 05/30/1997 | 188 | STIPULATED PRE-TRIAL ORDER THAT THE PARTIES WILL EXCHANGE WITNESS LISTS BY 5/28/97. PLFFS SHALL PROVIDE THEIR EXPECTED ORDER OF WITNESSES FOR THEIR DIRECT CASE O 5/27/97 AND DEFT SHALL PROVIDE ITS EXPECTED ORDER OF WITNESSES ON 5/27/97, ETC. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 5/30/97 ENTERED AND COPIES GIVEN TO ALL COUNSEL IN COURT BY THE COURTROOM DEPUTY. (gn) (Entered: 05/30/1997) |
| 05/30/1997 | 189 | Proposed Jury instructions and Special Verdict Form by JOHNSON & JOHNSON, ORTHO PHARMACEUTICAL CORPORATION, certificate of service. (fe) (Entered: 05/30/1997) |
| 05/30/1997 | 190 | Proposed Preliminary Jury instructions by JOHNSON & JOHNSON, ORTHO PHARMACEUTICAL, certificate of service. (fe) (Entered: 05/30/1997) |
| 05/30/1997 | 191 | ORDER GRANTING DEFT'S MOTION TO QUASH TRIAL SUBPOENA DATED 5/5/97 DIRECTED TO AMERICAN HOME PRODUCTS CORP. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 5/30/97 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 05/30/1997) |
| 05/30/1997 | 192 | Plaintiffs' Pretrial Memorandum pursuant to individual Rule 8, Certificate of Service. (gn) Modified on 06/02/1997 (Entered: 06/02/1997) |
| 05/30/1997 | 193 | MOTION by DEFENDANT AMERICAN HOME PROD. TO PRECLUDE PLFFS' RELIANCE ON DEFT'S FORECASTS REGARDING GESTODENE , MEMORANDUM, CERTIFICATE OF SERVICE. (UNDER SEAL) (gn) (Entered: 06/02/1997) |
| 05/30/1997 | 194 | Reply Pre-Trial Statement on Virginia Plastics by DEFENDANT AMERICAN HOME PRODUCTS, Certificate of Service. (gn) (Entered: 06/02/1997) |
| 06/02/1997 | 195 | ORDER DENYING PLFFS' MOTION TO STRIKE PORTIONS OF THE REPORT OF DR. RICHARD J. LUTZ ENTITLED "ADDENDA TO EVALUATION OF n/e/r/a REPORT ON ESTIMATED DAMAGES". ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 6/2/97 ENTERED AND COPIES GIVEN TO COUNSEL IN COURT. (gn) (Entered: 06/02/1997) |
| 06/02/1997 | 196 | ORDER THAT DEFT'S MOTION IN LIMINE TO EXCLUDE STATEMENTS FROM AHP I THAT J&J WOULD BE FREE TO MARKET NORGESTIMATE AFTER 11/27/91 IS GRANTED. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 6/2/97 ENTERED AND COPIES GIVEN TO COUNSEL IN COURT. (gn) (Entered: 06/02/1997) |
| 06/02/1997 | 197 | Surreply Statement regarding the Virginia Plastics Opinion by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF ORTHO PHARMACEUTICAL, Certificate of Service. (gn) (Entered: 06/03/1997) |
| 06/03/1997 | 198 | Memorandum by PLAINTIFF JOHNSON & JOHNSON, PLAINTIFF |

| | | ORTHO PHARMACEUTICAL in opposition to deft's motion to preclude reference to AHP'S Gestodene forecasts, Certificate of Service. (gn) (Entered: 06/03/1997) |
|---|---|---|
| 06/03/1997 | 199 | ORDER GRANTING DEFT'S MOTION TO PRECLUDE PLFFS' RELIANCE ON DEFT'S FORECASTS REGARDING GESTODENE. ( SIGNED BY JUDGE RONALD L. BUCKWALTER ) 6/3/97 ENTERED AND COPIES GIVEN TO ALL COUNSEL BY CHAMBERS. (gn) (Entered: 06/03/1997) |
| 06/20/1997 | 200 | STIPULATION AND ORDER THAT THE ACTION IS DISMISSED WITH PREJUDICE, WITH EACH PARTY TO BEAR ITS OWN COSTS. ( SIGNED BY JUDGE RONALD L. BUCKWALTER 6/20/97 ENTERED AND COPIES MAILED AND FAXED. (gn) (Entered: 06/20/1997) |
| 06/20/1997 | | Case closed (kv) (Entered: 06/24/1997) |
| 03/17/2005 | 201 | Notice to Counsel re: Local Rule 5.1.5. (dkm, ) Additional attachment(s) added on 9/4/2007 (eibo, ). (Entered: 03/17/2005) |
| 05/18/2005 | | Document Nos. 44, 88, 90, 91, 95, 98, 99, 100, 114, 117, and 120 unsealed pursuant to Local Rule 5.1.5. (td) (Entered: 05/18/2005) |
| 05/24/2005 | 202 | NOTICE to Counsel re: Local Rule 5.1.5. (gs) Additional attachment(s) added on 9/4/2007 (eibo, ). (Entered: 05/24/2005) |
| 08/16/2005 | | Document Nos. 23, 43, 51, 102, 103, 105, 108, 113, 115, 119, 121, 125-127, 130, 133, 134, 136, 137, 140-152, 154, 155, 158-163, 165-171, 178-186, 193 and 194 unsealed pursuant to LRCP 5.1.5. (td) (Entered: 08/16/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/29/2008 10:59:20 | | | |
| PACER Login: | kk0025 | Client Code: | 13357/A102US2/bate01 |
| Description: | Docket Report | Search Criteria: | 2:94-cv-01388-RB |
| Billable Pages: | 15 | Cost: | 1.20 |

# EXHIBIT   24

12BH, CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
## CIVIL DOCKET FOR CASE #: 3:99-cv-03162-GEB

AHP, et al v. NOVO NORDISK PHARM, et al
Assigned to: Chief Judge Garrett E. Brown, Jr.
Demand: $0
Cause: 35:271 Patent Infringement

Date Filed: 07/06/1999
Date Terminated: 06/23/2000
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**AMERICAN HOME PRODUCTS CORPORATION**

represented by **DONALD A. ROBINSON**
ROBINSON, WETTRE & MILLER LLC
TWO PENN PLAZA EAST
SUITE 1100
NEWARK, NJ 07105-2237
(973) 690-5400
Fax: (973) 466-2760
Email: drobinson@rwmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WOCO INVESTMENTS LTD.**

represented by **DONALD A. ROBINSON**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PRE JAY HOLDINGS LTD.**

represented by **DONALD A. ROBINSON**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NOVO NORDISK PHARMACEUTICALS, INC.**

represented by **ARNOLD B. CALMANN**
SAIBER LLC
ONE GATEWAY CENTER
13TH FLOOR
NEWARK, NJ 07102-5311
(973) 622-3333

Email: abc@saiber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GARY M. BUTTER**
BAKER & BOTTS, L.L.P
30 Rockefeller Plaza
New York, NY 10112
212-408-2500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NOVO NORDISK OF NORTH**              represented by  **ARNOLD B. CALMANN**
**AMERICA, INC.**                                       (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **GARY M. BUTTER**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**NOVO NORDISK A/S**                   represented by  **ARNOLD B. CALMANN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **GARY M. BUTTER**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**PHARMACIA & UPJOHN**
**COMPANY**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 07/06/1999 | 1 | COMPLAINT filed FILING FEE $150.00 RECEIPT #272922 (MS) Additional attachment(s) added on 10/10/2006 (tp, ). (Entered: 07/09/1999) |
| 07/06/1999 |   | SUMMONS(ES) issued for NOVO NORDISK PHARM, NOVO NORDISK OF N.A., NOVO NORDISK A/S (20 Days) (Handed to Counsel) (MS) (Entered: 07/09/1999) |
| 07/06/1999 | 2 | MOTION & CLERK'S ORDER appointing special process server . (NM) (ORIGINALLY ENTERED 7/6/99 AS A MOTION) (ms) (Entered: 01/31/2000) |

| 07/09/1999 | 3 | NOTICE of Allocation and Assignment filed. Magistrate Judge Hughes (Trenton-Brown) (MS) (Entered: 07/09/1999) |
|---|---|---|
| 07/13/1999 | 4 | RETURN OF SERVICE executed as to NOVO NORDISK PHARM 7/7/99 Answer due on 7/27/99 (femp) (Entered: 07/15/1999) |
| 07/21/1999 | 5 | APPLICATION and Clerk's Order extending time to answer to 8/10/99 for dfts. (nm) (femp) (Entered: 07/21/1999) |
| 07/21/1999 | 6 | RETURN OF SERVICE executed as to NOVO NORDISK OF N.A. 7/8/99 Answer due on 7/28/99 (femp) (Entered: 07/21/1999) |
| 07/26/1999 | 7 | CERTIFICATION of DONALD A. ROBINSON on behalf of plfs. (eh) (Entered: 07/26/1999) |
| 07/27/1999 | 8 | ORDER, for PAUL H. HELLER & DEBORAH A. SOMERVILLE to appear pro hac vice for pltfs. (signed by Mag. Judge John J. Hughes) (NM) (eh) (Entered: 07/27/1999) |
| 08/13/1999 | 9 | CONSENT ORDER, setting answer due for 8/20/99 for NOVO NORDISK A/S, for NOVO NORDISK OF N.A., for NOVO NORDISK PHARM (signed by Judge Garrett E. Brown, Jr.) (NM) (lk) (Entered: 08/13/1999) |
| 08/19/1999 | 10 | AMENDED COMPLAINT by plaintiffs, amending [1-1] complaint (eh) Additional attachment(s) added on 10/10/2006 (tp, ). (Entered: 08/19/1999) |
| 09/03/1999 | 11 | CONSENT ORDER, resetting answer due for 10/4/99 for dfts. (signed by Judge Garrett E. Brown, Jr.) (NM) (eh) (Entered: 09/03/1999) |
| 10/06/1999 | 12 | STIPULATION and ORDER, extending time for dfts. to answer FIRST AMENDED COMPLAINT to 11/3/99 (signed by Judge Garrett E. Brown, Jr.) (nm) (femp) (Entered: 10/07/1999) |
| 10/21/1999 | 13 | ORDER, for GEORGE SIRILLA and MICHAEL R. DZWONCZYK to appear pro hac vice for pltf. (signed by Mag. Judge John J. Hughes) (NM) (eh) (Entered: 10/22/1999) |
| 10/28/1999 | 14 | ORDER, for JOHN D. MURNANE, LISA B. KOLE and LEONARDO L. RENNA to appear pro hac vice. (signed by Mag. Judge John J. Hughes) (NM) (eh) (Entered: 10/28/1999) |
| 11/10/1999 | 15 | STIPULATION and ORDER, extending defts. time to answer complaint and resetting answer due for 12/3/99 for NOVO NORDISK A/S, for NOVO NORDISK OF N.A., for NOVO NORDISK PHARM (signed by Judge Garrett E. Brown, Jr.)(NM) (ss) (Entered: 11/12/1999) |
| 12/06/1999 | 16 | STIPULATION and ORDER, resetting answer due for 1/3/00 for NOVO NORDISK A/S, for NOVO NORDISK OF N.A., for NOVO NORDISK PHARM (signed by Judge Garrett E. Brown, Jr.)(NM) (ss) (Entered: 12/06/1999) |
| 01/05/2000 | 17 | STIPULATION and ORDER, resetting answer due for 2/3/00 for dfts. (signed by Judge Garrett E. Brown, Jr.) (NM) (eh) (Entered: 01/05/2000) |
| 02/10/2000 | 18 | DEMAND for jury trial by pltfs. (eh) (Entered: 02/16/2000) |

| 02/17/2000 | 19 | NOTICE of attorney appearance by ARNOLD B. CALMANN as co-counsel for defendants. (eh) (Entered: 02/17/2000) |
| 02/17/2000 | 20 | ANSWER by defendants to amended complaint. FILED 2/3/00 PER CHAMBERS. (eh) (Entered: 02/17/2000) |
| 06/20/2000 | 21 | Notice of MOTION to add PHARMACIA & UPJOHN COMPANY as dft by pltfs. (PER CHAMBERS) (eh) (Entered: 06/20/2000) |
| 06/20/2000 | 22 | STIPULATION and ORDER granting [21-1] motion to add PHARMACIA & UPJOHN COMPANY as dft. (signed by Judge Garrett E. Brown, Jr.) (NM) (eh) (Entered: 06/20/2000) |
| 06/20/2000 | 23 | SECOND AMENDED COMPLAINT by plaintiffs; amending [1-1] complaint adding PHARMACIA & UPJOHN. (eh) Additional attachment(s) added on 10/10/2006 (tp, ). (Entered: 06/20/2000) |
| 06/23/2000 | 24 | CONSENT DECREE and ORDER, dismissing matter w/prejudice filed (signed by Judge Garrett E. Brown, Jr.)(NM) (SA) (Entered: 06/23/2000) |
| 06/23/2000 |  | Case closed (SA) (Entered: 06/23/2000) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/29/2008 11:05:17 | | | |
| **PACER Login:** | kk0025 | **Client Code:** | 13357/A102US2/bate01 |
| **Description:** | Docket Report | **Search Criteria:** | 3:99-cv-03162-GEB Start date: 1/1/1970 End date: 6/30/2008 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# EXHIBIT  25

DONALD A. ROBINSON (DAR/8000)
ROBINSON, LAPIDUS & LIVELLI
Two Penn Plaza East
Newark, New Jersey 07105-2237
973-690-5400
Attorneys for Plaintiffs
American Home Products Corporation,
Woco Investments Ltd. and Pre Jay
Holdings Ltd.

**=ILED**

JUL  6 1999

r 8:30
WILLIAM T. WALSH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| AMERICAN HOME PRODUCTS CORPORATION, WOCO INVESTMENTS LTD. and PRE JAY HOLDINGS LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civ. Action No. _99-3162 (GEB)_ |
| v. | ) ) | COMPLAINT |
| NOVO NORDISK PHARMACEUTICALS, INC., NOVO NORDISK OF NORTH AMERICA and NOVO NORDISK A/S, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## COMPLAINT

Plaintiffs AMERICAN HOME PRODUCTS CORPORATION ("AHP"), WOCO

INVESTMENTS LTD. ("Woco") and PRE JAY HOLDINGS LTD. ("Pre Jay") (collectively,

"Plaintiffs"), through their undersigned attorneys, bring this Complaint against Defendants

NOVO NORDISK PHARMACEUTICALS, INC. ("Novo Nordisk Pharmaceuticals"), NOVO

NORDISK OF NORTH AMERICA ("Novo Nordisk N.A.") and NOVO NORDISK A/S ("Novo

Nordisk A/S") (collectively, "Defendants").

    1.    This action arises under the Patent Laws of the United States, Title 35 of

NY01 202741 v 1

the United States Code, seeking permanent injunctive relief under 35 U.S.C. §§ 281 through 285 for infringement of United States Letters Patent No. RE 36,247, granted July 6, 1999 (hereinafter the "Reissue Patent" attached) from United States Letters Patent No. 4,826,831, granted May 2, 1989 (hereinafter the "831 Patent") and entitled "Method of Hormonal Treatment for Menopausal or Post-Menopausal Disorders and a Multi-Preparation Pack Therefor".

### PARTIES

2.     Plaintiff AHP is a corporation organized and existing under the laws of the State of Delaware, having an office and principal place of business at Five Giralda Farms, Madison, New Jersey 07940.

3.     Plaintiff Woco is a corporation organized and existing under the laws of Canada, having an office and principal place of business at 17 Metamora Crescent, London, Ontario N6G 1R2.

4.     Plaintiff Pre Jay is a corporation organized and existing under the laws of Canada, having an office and principal place of business at 9282 Elviage Drive, London Ontario N6K 4N5.

5.     On information and belief, Defendant Novo Nordisk Pharmaceuticals is a corporation organized and existing under the laws of Delaware, having an office and principal place of business at 100 Overlook Center, Suite 200, Princeton, NJ 08540.

6.     On information and belief, Defendant Novo Nordisk N.A. is a corporation organized and existing under the laws of Delaware, having an office and principal place of business at 405 Lexington Avenue, Suite 6400, New York, NY 10174.

7.     On information and belief, Defendant Novo Nordisk A/S is a corporation

organized and existing under the laws of Denmark, having an office and principal place of

business at Novo Alle, DK-2880, Bagsvard, Copenhagen, Denmark.

### JURISDICTION

8.    This Court has personal jurisdiction over each of the Defendants, because

on information and belief, each of the Defendants directly and through its agents regularly solicit,

transact and generally do business in New Jersey and have committed acts and/or threaten to

commit acts of infringement in New Jersey.

9.    This Court has jurisdiction over the subject matter hereof under 28 U.S.C.

§§ 1331, 1338, 2201 and 2202.

10.    Venue in this Judicial District is proper under the provisions of 28 U.S.C.

§§ 1391 and 1400(b).

### ACTS GIVING RISE TO THE COMPLAINT

11.    This case presents an actual controversy between the parties with respect

to the infringement of claims 22, 24, 47, 48, 49, 52 and 55 ( the "Asserted Claims") of the

Reissue Patent.

12.    The subject matter of the '831 Patent and the Reissue Patent ( the

"Invention") was invented by Drs. Earl R. Plunkett and Bernard M. J.Wolfe.

13.    The '831 Patent issued on May 2, 1989  to the inventors Drs. Earl R.

Plunkett and Bernard M. J. Wolfe.

14.    Pursuant to agreements dated March 20, 1986 and Aug. 12, 1988 , Dr.

Plunkett assigned his rights to the Invention and to what is now the '831 Patent and the Reissue

Patent to Plaintiff Pre Jay.

15.    Pursuant to agreements dated  November 17, 1984 and August 3, 1988,

Dr. Wolfe assigned his rights to the Invention and to what is now the '831 Patent and the Reissue Patent to Plaintiff Woco.

16.    On December 9, 1992, Woco and Pre Jay, pursuant to an agreement with Dr. Wolfe, exclusively licensed rights in and to the '831 patent and to what is now the Reissue Patent to AHP. Plaintiff AHP is thus the exclusive licensee of the Reissue Patent, with the right to sue for infringement of the Asserted Claims..

17.    On information and belief, Novo Nordisk Pharmaceuticals is a subsidiary of Novo Nordisk N.A., which is in turn a subsidiary of Novo Nordisk A/S.

18.    On information and belief, Novo Nordisk Pharmaceuticals obtained FDA approval on or about November 18, 1998 to market in the United States a product called Activelle, comprising tablets of 1 mg 17B-estradiol and 0.5 mg norethindrone acetate, for the treatment of menopausal or post-menopausal disorders in accordance with the methods of the Asserted Claims of the Reissue Patent. Activelle is especially made and adapted for use in the method set forth in the Asserted Claims and has no other substantial or FDA-approved use.

19.    On information and belief, Novo Nordisk Pharmaceuticals is offering for sale and/or preparing to offer for sale, or using, and inducing or preparing to induce others to use Activelle in the United States in the method of the Asserted Claims of the Reissue Patent.

20.    On information and belief, Novo Nordisk A/S and/or Novo Nordisk N.A., on behalf of Novo Nordisk Pharmaceuticals, is making and importing or preparing to make and import Activelle and/or is offering for sale or preparing to offer for sale Activelle in the United States to be used in the method of the Asserted Claims of the Reissue Patent, and otherwise inducing Novo Nordisk Pharmaceuticals to use the method of the Asserted Claims of the Reissue Patent in the United States.

## COUNT I - INFRINGEMENT

21.    Plaintiffs repeat and reallege each of paragraphs 1-20 above.

22.    The foregoing acts of the Defendants infringe the Asserted Claims of the

Reissue Patent under 35 U.S.C. §§271(a), (b) and/or (c) in this District and elsewhere.

23.    On information and belief, Defendants' infringement of the Asserted

Claims of the Reissue Patent has been willful, wanton and deliberate, without license, and carried

on with full knowledge of Plaintiffs' patent rights.

## COUNT II - DECLARATORY JUDGMENT OF INFRINGEMENT

24.    Plaintiffs repeat and reallege each of paragraphs 1-20 and 22-23 above.

25.    In view of the imminent threat of further infringements as set forth above,

Plaintiffs are in need of a judicial determination and declaration of the infringement by

Defendants of the Asserted Claims of the Reissue Patent.

26.    On information and belief, Defendants' imminent threat of further

infringement of the Asserted Claims of the Reissue Patent will continue to be willful, wanton and

deliberate, without license, and carried out with full knowledge of Plaintiffs' patent rights.

WHEREFORE Plaintiffs pray for a declaration and judgment that:

A.    Defendants will infringe or have infringed the Asserted Claims of the

Reissue Patent and will continue to infringe unless enjoined;

B.    Defendants, their officers, directors, employees, agents, licensees,

servants, successors and assigns, and any and all persons acting in privity or in concert with

them, be permanently enjoined from further threats to infringe, and infringement of the Asserted

Claims of the Reissue Patent;

       C.      Plaintiffs be awarded their costs and disbursements in this action;

       D.      Plaintiffs be awarded their attorneys fees;

       E.      Plaintiffs be awarded such other and further equitable relief as this Court

may deem just and proper.

                       Respectfully Submitted,

                       ROBINSON, LAPIDUS & LIVELLI

                       Attorneys for Plaintiffs
                       American Home Products Corporation,
                       Woco Investments Ltd. and
                       Pre Jay Holdings Ltd.

                 By:      _____
                       DONALD A. ROBINSON

Dated:  July 6, 1999

Of Counsel:

Paul H. Heller
Deborah A. Somerville
KENYON & KENYON
One Broadway
New York, New York 10004
(212) 425-7200

Egon E. Berg
Lawrence Alaburda
AMERICAN HOME PRODUCTS CORPORATION
One Campus Drive
Parsippany, New Jersey 07054
973-683-2125

# EXHIBIT   26



**Activella®**
(estradiol/norethindrone acetate) tablets
1.0 mg/0.5 mg
0.5 mg/0.1 mg

**Rx Only**

---

### CARDIOVASCULAR AND OTHER RISKS

Estrogens with or without progestins should not be used for the prevention of cardiovascular disease or dementia. (See **CLINICAL STUDIES and WARNINGS, Cardiovascular disorders** and **Dementia.**)

The estrogen plus progestin substudy of the Women's Health Initiative (WHI) reported increased risks of myocardial infarction, stroke, invasive breast cancer, pulmonary emboli, and deep vein thrombosis in postmenopausal women (50 to 79 years of age) during 5.6 years of treatment with oral conjugated estrogens (CE 0.625 mg) combined with medroxyprogesterone acetate (MPA 2.5 mg) per day, relative to placebo. (See **CLINICAL STUDIES** and **WARNINGS, Cardiovascular disorders** and **Malignant neoplasms,** *Breast cancer.*)

The estrogen-alone substudy of the WHI reported increased risks of stroke and deep vein thrombosis (DVT) in postmenopausal women (50 to 79 years of age) during 6.8 years and 7.1 years, respectively, of treatment with oral conjugated estrogens (CE 0.625 mg) per day, relative to placebo. (See **CLINICAL STUDIES** and **WARNINGS, Cardiovascular disorders.**)

The Women's Health Initiative Memory Study (WHIMS), a substudy of the WHI study, reported increased risk of developing probable dementia in postmenopausal women 65 years of age or older during 4 years of treatment with CE 0.625 mg combined with MPA 2.5 mg and during 5.2 years of treatment with CE 0.625 mg alone, relative to placebo. It is unknown whether this finding applies to younger postmenopausal women. (See **CLINICAL STUDIES, WARNINGS, Dementia** and **PRECAUTIONS, Geriatric Use.**)

Other doses of oral conjugated estrogens with medroxyprogesterone acetate, and other combinations and dosage forms of estrogens and progestins were not studied in the WHI clinical trials and, in the absence of comparable data, these risks should be assumed to be similar. Because of these trials, estrogens with or without progestins should be prescribed at the lowest effective doses and for the shortest duration consistent with treatment goals and risks for the individual woman.

1

**DESCRIPTION**

Activella 1.0 mg/0.5 mg is a single tablet for oral administration containing 1 mg of estradiol and 0.5 mg of norethindrone acetate and the following excipients: lactose monohydrate, starch (corn), copovidone, talc, magnesium stearate, hypromellose and triacetin.

Activella 0.5 mg/0.1 mg is a single tablet for oral administration containing 0.5 mg of estradiol and 0.1 mg of norethindrone acetate and the following excipients: lactose monohydrate, starch (corn), hydroxypropylcellulose, talc, magnesium stearate, hypromellose and triacetin.

Estradiol ($E_2$) is a white or almost white crystalline powder. Its chemical name is estra-1, 3, 5 (10)-triene-3, 17$\beta$-diol hemihydrate with the empirical formula of $C_{18}H_{24}O_2$, $\frac{1}{2}$ $H_2O$ and a molecular weight of 281.4. The structural formula of $E_2$ is as follows:



**Estradiol**

Norethindrone acetate (NETA) is a white or yellowish-white crystalline powder. Its chemical name is 17$\beta$-acetoxy-19-nor-17$\alpha$-pregn-4-en-20-yn-3-one with the empirical formula of $C_{22}H_{28}O_3$ and molecular weight of 340.5. The structural formula of NETA is as follows:



**Norethindrone Acetate**

2

## CLINICAL PHARMACOLOGY

Endogenous estrogens are largely responsible for the development and maintenance of the female reproductive system and secondary sexual characteristics. Although circulating estrogens exist in a dynamic equilibrium of metabolic interconversions, estradiol is the principal intracellular human estrogen and is substantially more potent than its metabolites, estrone and estriol, at the receptor level.

The primary source of estrogen in normally cycling adult women is the ovarian follicle, which secretes 70 to 500 mcg of estradiol daily, depending on the phase of the menstrual cycle. After menopause, most endogenous estrogen is produced by conversion of androstenedione, secreted by the adrenal cortex, to estrone by peripheral tissues. Thus, estrone and the sulfate conjugated form, estrone sulfate, are the most abundant circulating estrogens in postmenopausal women.

Estrogens act through binding to nuclear receptors in estrogen-responsive tissues. To date, two estrogen receptors have been identified. These vary in proportion from tissue to tissue.

Circulating estrogens modulate the pituitary secretion of the gonadotropins, luteinizing hormone (LH), and follicle-stimulating hormone (FSH) through a negative feedback mechanism. Estrogens act to reduce the elevated levels of these hormones seen in postmenopausal women.

Progestin compounds enhance cellular differentiation and generally oppose the actions of estrogens by decreasing estrogen receptor levels, increasing local metabolism of estrogens to less active metabolites, or inducing gene products that blunt cellular responses to estrogen. Progestins exert their effects in target cells by binding to specific progesterone receptors that interact with progesterone response elements in target genes. Progesterone receptors have been identified in the female reproductive tract, breast, pituitary, hypothalamus, and central nervous system. Progestins produce similar endometrial changes to those of the naturally occurring hormone progesterone.

## PHARMACOKINETICS

### A.    Absorption

Estradiol is well absorbed through the gastrointestinal tract. Following oral administration of Activella tablets, peak plasma estradiol concentrations are reached slowly within 5-8 hours. When given orally, estradiol is extensively metabolized (first-pass effect) to estrone sulfate, with smaller amounts of other conjugated and unconjugated estrogens. After oral administration, norethindrone acetate is rapidly absorbed and transformed to norethindrone. It undergoes first-pass metabolism in the liver and other enteric organs, and reaches a peak plasma concentration within 0.5 - 1.5 hours after the administration of Activella tablets. The oral bioavailability of estradiol and norethindrone following administration of Activella 1.0 mg/0.5 mg when compared to a combination oral solution is 53% and 100%, respectively. Administration of Activella 1.0 mg/0.5 mg with food did not modify the bioavailability of estradiol, although increases in $AUC_{0-72}$ of 19% and decreases in $C_{max}$ of 36% for norethindrone were seen.

3

The pharmacokinetic parameters of estradiol ($E_2$), estrone ($E_1$), and norethindrone (NET) following oral administration of 1 Activella 1.0 mg/0.5 mg or 2 Activella 0.5 mg/0.1 mg tablet(s) to healthy postmenopausal women are summarized in Table 1.

**TABLE 1**
**PHARMACOKINETIC PARAMETERS**
**AFTER ADMINISTRATION OF**
**1 TABLET OF ACTIVELLA 1.0 MG/0.5 MG OR 2 TABLETS OF ACTIVELLA 0.5 MG/0.1 MG**
**TO HEALTHY POSTMENOPAUSAL WOMEN**

|  | 1 x Activella 1.0 mg/0.5 mg (n=24) Mean[a] (%CV)[b] | 2 x Activella 0.5 mg/0.1 mg (n=24) Mean[a] (%CV)[b] |
|---|---|---|
| Estradiol[c] ($E_2$) |  |  |
| $AUC_{0-t}$ (pg/mL*h) | 766.5 (48) | 697.3 (53) |
| $C_{max}$ (pg/mL) | 26.8 (36) | 26.5 (37) |
| $t_{max}$ (h): median (range) | 6.0 (0.5-16.0) | 6.5 (0.5-16.0) |
| $t_{1/2}$ (h)[d] | 14.0[e] (29) | 14.5[f] (27) |
| Estrone[c] ($E_1$) |  |  |
| $AUC_{0-t}$ (pg/mL*h) | 4469.1 (48) | 4506.4 (44) |
| $C_{max}$ (pg/mL) | 195.5 (37) | 199.5 (30) |
| $t_{max}$ (h): median (range) | 6.0 (1.0-9.0) | 6.0 (2.0-9.0) |
| $t_{1/2}$ (h)[d] | 10.7 (44)[g] | 11.8 (25)[g] |
| Norethindrone (NET) |  |  |
| $AUC_{0-t}$ (pg/mL*h) | 21043 (41) | 8407.2 (43) |
| $C_{max}$ (pg/mL) | 5249.5 (47) | 2375.4 (41) |
| $t_{max}$ (h) : median (range) | 0.7 (0.7-1.25) | 0.8 (0.7-1.3) |
| $t_{1/2}$ (h) | 9.8 (32)[h] | 11.4 (36)[i] |

AUC = area under the curve, 0 – last quantifiable sample
$C_{max}$ = maximum plasma concentration,
$t_{max}$ = time at maximum plasma concentration,
$t_{1/2}$ = half-life,
[a] geometric mean; [b] geometric % coefficient of variation; [c] baseline unadjusted data; [d] baseline unadjusted data ; [e] n=18; [f] n=16; [g] n=13; [h] n=22; [i] n=21

Following continuous dosing with once-daily administration of Activella 1.0 mg/0.5 mg, serum levels of estradiol, estrone, and norethindrone reached steady-state within two weeks with an accumulation of 33-47% above levels following single dose administration.  Unadjusted circulating levels of $E_2$, $E_1$, and NET during Activella 1.0 mg/0.5 mg treatment at steady state (dosing at time 0) are provided in Figures 1a and 1b.

4



**Figure 1a**
**Levels of Estradiol and Estrone at Steady State**
**During Continuous Dosing with Activella 1.0 mg/0.5 mg**
**(n=24)**



**Figure 1b**
**Levels of Norethindrone at Steady State**
**During Continuous Dosing with Activella 1.0 mg/0.5 mg**
**(n=24)**

5

**B.    Distribution**

The distribution of exogenous estrogens is similar to that of endogenous estrogens. Estrogens are widely distributed in the body and are generally found in higher concentrations in the sex hormone target organs. Estradiol circulates in the blood bound to sex-hormone-binding globulin (SHBG) (37%) and to albumin (61%), while only approximately 1-2% is unbound. Norethindrone also binds to a similar extent to SHBG (36%) and to albumin (61%).

**C.    Metabolism**

Estradiol: Exogenous estrogens are metabolized in the same manner as endogenous estrogens. Circulating estrogens exist in a dynamic equilibrium of metabolic interconversions. These transformations take place mainly in the liver. Estradiol is converted reversibly to estrone, and both can be converted to estriol, which is the major urinary metabolite. Estrogens also undergo enterohepatic recirculation via sulfate and glucuronide conjugation in the liver, biliary secretion of conjugates into the intestine, and hydrolysis in the intestine followed by reabsorption. In postmenopausal women, a significant proportion of the circulating estrogens exist as sulfate conjugates, especially estrone sulfate, which serves as a circulating reservoir for the formation of more active estrogens.

Norethindrone Acetate: The most important metabolites of norethindrone are isomers of 5$\alpha$-dihydro-norethindrone and tetrahydro-norethindrone, which are excreted mainly in the urine as sulfate or glucuronide conjugates.

**D.    Excretion**

Estradiol, estrone, and estriol are excreted in the urine along with glucuronide and sulfate conjugates. The half-life of estradiol following single dose administration of Activella 1.0 mg/0.5 mg is 12-14 hours. The terminal half-life of norethindrone is about 8-11 hours.

**E.    Special Populations**

No pharmacokinetic studies were conducted in special populations, including patients with renal or hepatic impairment.

**F.    Drug Interactions**

Coadministration of estradiol with norethindrone acetate did not elicit any apparent influence on the pharmacokinetics of norethindrone. Similarly, no relevant interaction of norethindrone on the pharmacokinetics of estradiol was found within the NETA dose range investigated in a single dose study.

In-vitro and in-vivo studies have shown that estrogens are metabolized partially by cytochrome P450 3A4 (CYP3A4). Therefore, inducers or inhibitors of CYP3A4 may affect estrogen drug metabolism. Inducers of CYP3A4 such as St. John's Wort preparations (Hypericum perforatum), phenobarbital, carbamazepine, and rifampin may reduce plasma concentrations of estrogens, possibly resulting in a decrease in therapeutic effects and/or changes in the uterine bleeding profile. Inhibitors of CYP3A4 such as erythromycin, clarithromycin, ketoconazole, itraconazole, ritonavir and grapefruit juice may increase plasma concentrations of estrogens and result in side effects.

## CLINICAL STUDIES

### Effects on Vasomotor Symptoms

In a 12-week randomized clinical trial involving 92 subjects, Activella 1.0 mg/0.5 mg was compared to 1 mg of estradiol and to placebo. The mean number and intensity of hot flushes were significantly reduced from baseline to week 4 and 12 in both the Activella 1.0 mg/0.5 mg and the 1 mg estradiol group compared to placebo (see Figure 2).

**Figure 2**
**Mean Weekly Number of Moderate and Severe Hot**
**Flushes in a 12-Week Study**



In a study conducted in Europe a total of 577 postmenopausal women were randomly assigned to either Activella 0.5 mg/0.1 mg, 0.5 mg $E_2$/0.25 mg NETA, or placebo for 24 weeks of treatment. The mean number and severity of hot flushes were significantly reduced at week 4 and week 12 in the Activella 0.5 mg/0.1 mg (see Figure 3) and 0.5 mg $E_2$/0.25 mg NETA groups compared to placebo.

7



**Figure 3**
**Mean Number of Moderate to Severe Hot**
**Flushes for Weeks 0 Through 12**

## Effects on the Endometrium

Activella 1.0 mg/0.5 mg reduced the incidence of estrogen-induced endometrial hyperplasia at 1 year in a randomized, controlled clinical trial. This trial enrolled 1,176 subjects who were randomized to one of 4 arms: 1 mg estradiol unopposed (n=296), 1 mg $E_2$ + 0.1 mg NETA (n=294), 1 mg $E_2$ + 0.25 mg NETA (n=291), and Activella 1.0 mg/0.5 mg (n=295). At the end of the study, endometrial biopsy results were available for 988 subjects. The results of the 1 mg estradiol unopposed arm compared to Activella 1.0 mg/0.5 mg are shown in Table 2.

**TABLE 2**
**INCIDENCE OF ENDOMETRIAL HYPERPLASIA**
**WITH UNOPPOSED ESTRADIOL AND ACTIVELLA 1.0 MG/0.5 MG**
**IN A 12-MONTH STUDY**

|  | 1 mg $E_2$ (n=296) | Activella 1 mg $E_2$/0.50mg NETA (n=295) | 1 mg $E_2$/0.25 mg NETA (n=291 ) | 1 mg $E_2$/0.1 mg NETA (n=294 ) |
|---|---|---|---|---|
| No. of subjects with histological evaluation at the end of the study | 247 | 241 | 251 | 249 |
| No. (%) of subjects with endometrial hyperplasia at the end of the study | 36 (14.6%) | 1 (0.4%) | 1 (0.4%) | 2 (0.8%) |

8

**Effects on Uterine Bleeding or Spotting**

During the initial months of therapy, irregular bleeding or spotting occurred with Activella 1.0 mg/0.5 mg treatment. However, bleeding tended to decrease over time, and after 12 months of treatment with Activella 1.0 mg/0.5 mg, about 86% of women were amenorrheic (see Figure 4).

**Figure 4**
**Patients Treated with Activella 1.0 mg/0.5 mg with Cumulative Amenorrhea over Time**
**Percentage of Women with no Bleeding or Spotting**
**at any Cycle Through Cycle 13**
**Intent to Treat Population, LOCF**



**Note: the percentage of patients who were amenorrheic in a given cycle and through cycle 13 is shown. If data were missing, the bleeding value from the last reported day was carried forward (LOCF).**

In the clinical trial with Activella 0.5 mg/0.1 mg, 88% of women were amenorrheic after 6 months of treatment (See Figure 5).

9

**Figure 5**

Patients Treated with Activella 0.5 mg/0.1 mg with Cumulative
Amenorrhea over Time
Percentage of Women with no Bleeding or Spotting at any Cycle Through
Cycle 6, Intent to Treat Population, LOCF



## Effects on Bone Mineral Density

The results of two randomized, multicenter, calcium-supplemented (500-1000 mg/day), placebo-controlled, 2 year clinical trials have shown that Activella 1.0 mg/0.5 mg and estradiol 0.5 mg are effective in preventing bone loss in postmenopausal women.  While Activella 0.5mg/0.1mg was not directly studied in these trials, the US trial showed that addition of NETA to estradiol enhances the effect on BMD, therefore the BMD changes expected from treatment with Activella 0.5mg/0.1mg should be at least as great as observed with estradiol 0.5mg. A total of 462 postmenopausal women with intact uteri and baseline BMD values for lumbar spine within 2 standard deviations of the mean in healthy young women were enrolled.  In a US trial, 327 postmenopausal women (mean time from menopause 2.5 to 3.1 years) with a mean age of 53 years were randomized to 7 groups (0.25 mg, 0.5mg, and 1 mg of estradiol alone, 1 mg estradiol with 0.25 mg norethindrone acetate, 1 mg estradiol with 0.5 mg norethindrone acetate, and 2 mg estradiol with 1 mg norethindrone acetate, and placebo.)  In a European trial (EU trial), 135 postmenopausal women (mean time from menopause 8.4 to 9.3 years) with a mean age of 58 years were randomized to 1 mg estradiol with 0.25 mg norethindrone acetate, 1 mg estradiol with 0.5 mg norethindrone acetate, and placebo.  Approximately 58% and 67% of the randomized subjects in the two clinical trials, respectively, completed the two clinical trials. BMD was measured using dual-energy x-ray absorptiometry (DEXA).

A summary of the results comparing Activella 1.0 mg/0.5 mg and estradiol 0.5 mg to placebo from the two prevention trials is shown in Table 3.

10

**TABLE 3**
**PERCENTAGE CHANGE (MEAN ± SD) IN BONE MINERAL DENSITY (BMD)**
**FOR ACTIVELLA 1.0 MG/0.5 MG AND 0.5 MG E$_2$[†]**
**(Intent to Treat Analysis, Last Observation Carried Forward)**

| | US Trial | | | EU Trial | |
|---|---|---|---|---|---|
| | Placebo (n=37) | 0.5 mg E$_2$[†] (n=31) | Activella 1.0 mg/0.5 mg (n=37) | Placebo (n=40) | Activella 1.0 mg/0.5 mg (n=38) |
| Lumbar spine | -2.1 ± 2.9 | 2.3 ± 2.8 * | 3.8 ± 3.0 * | -0.9 ± 4.0 | 5.4 ± 4.8 * |
| Femoral neck | -2.3 ± 3.4 | 0.3 ± 2.9 ** | 1.8 ± 4.1 * | -1.0 ± 4.6 | 0.7 ± 6.1 |
| Femoral trochanter | -2.0 ± 4.3 | 1.7 ± 4.1*** | 3.7 ± 4.3 * | 0.8 ± 6.9 | 6.3 ± 7.6 * |

US= United States, EU = European

[†] While Activella 0.5mg/0.1mg was not directly studied in these trials, the US trial showed that addition of NETA to estradiol enhances the effect on BMD, therefore the BMD changes expected from treatment with Activella 0.5mg/0.1mg should be at least as great as observed with estradiol 0.5mg.

\* Significantly (p<0.001) different from placebo
\*\* Significantly (p<0.007) different from placebo
\*\*\*Significantly (p<0.002) different from placebo

The overall difference in mean percentage change in BMD at the lumbar spine in the US trial (1000 mg/day calcium) between Activella 1.0 mg/0.5 mg and placebo was 5.9% and between estradiol 0.5 mg and placebo was 4.4%. In the European trial (500 mg/day calcium), the overall difference in mean percentage change in BMD at the lumbar spine was 6.3%. Activella 1.0 mg/0.5 mg and estradiol 0.5 mg also increased BMD at the femoral neck and femoral trochanter compared to placebo. The increase in lumbar spine BMD in the US and European clinical trials for Activella 1.0 mg/0.5 mg and estradiol 0.5 mg is displayed in Figure 6.

11

**Figure 6**
**Percentage Change in Bone Mineral Density (BMD) ± SEM of the Lumbar Spine (L1-L4) for Activella 1.0 mg/0.5 mg and Estradiol 0.5 mg[†]**
**(Intent to Treat Analysis with Last Observation Carried Forward)**



[†] While Activella 0.5mg/0.1mg was not directly studied in these trials, the US trial showed that addition of NETA to estradiol enhances the effect on BMD, therefore the BMD changes expected from treatment with Activella 0.5mg/0.1mg should be at least as great as observed with estradiol 0.5mg.

### Effect on Bone Turnover

Activella 1.0 mg/0.5 mg reduced serum and urine markers of bone turnover with a marked decrease in bone resorption markers (e.g., urinary pyridinoline crosslinks Type 1 collagen C-telopeptide, pyridinoline, deoxypyridinoline) and to a lesser extent in bone formation markers (e.g., serum osteocalcin, bone-specific alkaline phosphatase, C-terminal propetide of type 1 collagen). The suppression of bone turnover markers was evident by 3 months and persisted throughout the 24-month treatment period.

Treatment with 0.5 mg estradiol decreased biochemical markers of bone resorption (urinary pyridinoline, urinary deoxypyridinoline) and bone formation (bone-specific alkaline phosphatase) compared to placebo. These decreases occurred by 6 months of treatment after which the levels were maintained throughout the 24 months.

### Women's Health Initiative Studies

The WHI enrolled a total of 27,000 predominantly healthy postmenopausal women in two substudies to assess the risks and benefits of either the use of oral conjugated estrogens (CE 0.625 mg per day) alone or the use of oral conjugated estrogens (CE 0.625 mg) plus medroxyprogesterone acetate (MPA 2.5 mg per day) compared to placebo in the prevention of

certain chronic diseases. The primary endpoint was the incidence of coronary heart disease (CHD) (nonfatal myocardial infarction (MI), silent MI and CHD death), with invasive breast cancer as the primary adverse outcome studied. A "global index" included the earliest occurrence of CHD, invasive breast cancer, stroke, pulmonary embolism (PE), endometrial cancer, colorectal cancer, hip fracture, or death due to other cause. The study did not evaluate the effects of CE or CE/MPA on menopausal symptoms.

The estrogen-plus-progestin substudy was stopped early. According to the predefined stopping rule, after an average follow-up of 5.2 years of treatment, the increased risk of breast cancer and cardiovascular events exceeded the specified benefits included in the "global index." The absolute excess risk of events included in the "global index" was 19 per 10,000 women-years (RR 1.15, 95% nCI 1.03-1.28).

For those outcomes included in the WHI "global index," that reached statistical significance after 5.6 years of follow-up, the absolute excess risks per 10,000 women-years in the group treated with CE/MPA were six more CHD events, seven more strokes, ten more PEs, and eight more invasive breast cancers, while the absolute risk reductions per 10,000 women-years were seven fewer colorectal cancers and five fewer hip fractures. (See **BOXED WARNINGS, WARNINGS,** and **PRECAUTIONS.**)

Results of the estrogen-plus-progestin substudy, which included 16,608 women (average age of 63 years, range 50 to 79; 83.9% White, 6.8% Black, 5.4% Hispanic, 3.9% Other) are presented in Table 4 below:

TABLE 4

**RELATIVE AND ABSOLUTE RISK SEEN IN THE ESTROGEN-PLUS-PROGESTIN SUBSTUDY OF WHI AT AN AVERAGE OF 5.6 YEARS[a]**

| Event | Relative Risk CE/MPA vs. Placebo (95% nCI[b]) | CE/MPA n = 8,506 | Placebo n = 8,102 |
|---|---|---|---|
| | | Absolute Risk per 10,000 Women-years | |
| CHD events | 1.24 (1.00-1.54) | 39 | 33 |
| *Non-fatal MI* | *1.28 (1.00-1.63)* | *31* | *25* |
| *CHD death* | *1.10 (0.70-1.75)* | *8* | *8* |
| All strokes | 1.31 (1.02–1.68) | 31 | 24 |
| *Ischemic stroke* | *1.44 (1.09–1.90)* | *26* | *18* |
| Deep vein thrombosis | 1.95 (1.43–2.67) | 26 | 13 |
| Pulmonary embolism | 2.13 (1.45–3.11) | 18 | 8 |
| Invasive breast cancer[c] | 1.24 (1.01–1.54) | 41 | 33 |
| Invasive colorectal cancer | 0.56 (0.38–0.81) | 9 | 16 |
| Endometrial cancer | 0.81 (0.48–1.36) | 6 | 7 |
| Cervical cancer | 1.44 (0.47–4.42) | 2 | 1 |
| Hip fracture | 0.67 (0.47–0.96) | 11 | 16 |
| Vertebral fractures | 0.65 (0.46–0.92) | 11 | 17 |
| Lower arm/wrist fractures | 0.71 (0.59–0.85) | 44 | 62 |
| Total fractures | 0.76 (0.69–0.83) | 152 | 199 |

[a]Results are based on centrally adjudicated data. Mortality data was not part of the adjudicated data; however, data at 5.2 years of follow-up showed no difference between the groups in terms of all-cause mortality (RR 0.98, 95% nCI 0.82-1.18).
[b]Nominal confidence intervals unadjusted for multiple looks and multiple comparisons.
[c]Includes metastatic and non-metastatic breast cancer, with the exception of in situ breast cancer.

The estrogen-alone substudy was also stopped early because an increased risk of stroke was observed, and it was deemed that no further information would be obtained regarding the risks and benefits of estrogen alone in predetermined primary endpoints. Results of the estrogen-alone substudy, which included 10,739 women (average age of 63 years, range 50 to 79; 75.3% White, 15.1% Black, 6.1% Hispanic, 3.6% Other), after an average follow-up of 6.8 years are presented in Table 5 below.

14

TABLE 5

**RELATIVE AND ABSOLUTE RISK SEEN IN THE ESTROGEN-ALONE SUBSTUDY OF WHI[a]**

| Event | Relative Risk CE vs. Placebo (95% nCI[a]) | CE n = 5,310 | Placebo n = 5,429 |
|---|---|---|---|
| | | Absolute Risk per 10,000 Women-years | |
| CHD events[b] | 0.95 (0.79–1.16) | 53 | 56 |
| *Non-fatal MI[b]* | *0.91 (0.73–1.14)* | *40* | *43* |
| *CHD death[b]* | *1.01(0.71–1.43)* | *16* | *16* |
| Stroke[c] | 1.39 (1.10-1.77) | 44 | 32 |
| Deep vein thrombosis[b,d] | 1.47 (1.06–2.06) | 23 | 15 |
| Pulmonary embolism[b] | 1.37 (0.90–2.07) | 14 | 10 |
| Invasive breast cancer[b] | 0.80 (0.62–1.04) | 28 | 34 |
| Colorectal cancer[c] | 1.08 (0.75–1.55) | 17 | 16 |
| Hip fracture[c] | 0.61 (0.41–0.91) | 11 | 17 |
| Vertebral fractures[c,d] | 0.62 (0.42-0.93) | 11 | 17 |
| Total fractures[c,d] | 0.70 (0.63–0.79) | 139 | 195 |
| Death due to other causes[c,e] | 1.08 (0.88–1.32) | 53 | 50 |
| Overall mortality[c,d] | 1.04 (0.88–1.22) | 81 | 78 |
| Global Index[c,f] | 1.01 (0.91–1.12) | 192 | 190 |

[a]Nominal confidence intervals unadjusted for multiple looks and multiple comparisons.
[b]Results are based on centrally adjudicated data for an average follow-up of 7.1 years.
[c]Results are based on an average follow-up of 6.8 years.
[d]Not included in Global Index.
[e]All deaths, except from breast or colorectal cancer, definite/probable CHD, PE or cerebrovascular disease.
[f]A subset of the events was combined in a "global index," defined as the earliest occurrence of CHD events, invasive breast cancer, stroke, pulmonary embolism, colorectal cancer, hip fracture, or death due to other causes.

For those outcomes included in the WHI "global index" that reached statistical significance, the absolute excess risk per 10,000 women-years in the group treated with estrogen-alone was 12 more strokes, while the absolute risk reduction per 10,000 women-years was six fewer hip fractures. The absolute excess risk of events included in the "global index" was a nonsignificant two events per 10,000 women-years. There was no difference between the groups in terms of all-cause mortality. (See **BOXED WARNINGS, WARNINGS,** and **PRECAUTIONS.**)

Final adjudicated results for CHD events from the estrogen-alone substudy, after an average follow-up of 7.1 years, reported no overall difference for primary CHD events (nonfatal MI, silent MI and CHD death) in women receiving CE alone compared with placebo (see Table 5).

**Women's Health Initiative Memory Study**

The estrogen plus progestin Women's Health Initiative Memory Study (WHIMS) substudy of WHI enrolled 4,532 predominantly healthy postmenopausal women 65 years of age and older (47%, age 65 to 69 years, 35%, age 70 to 74 years, 18%, 75 years of age and older) to evaluate the effects of CE 0.625 mg plus MPA 2.5 mg daily on the incidence of probable dementia (primary outcome) compared with placebo.

After an average follow-up of four years, 40 women in the estrogen-plus-progestin group (45 per 10,000 women-years) and 21 in the placebo group (22 per 10,000 women-years) were diagnosed with probable dementia. The relative risk of probable dementia in the hormone therapy group was 2.05 (95% CI 1.21-3.48) compared to placebo. It is unknown whether these findings apply to younger postmenopausal women. (See **BOXED WARNINGS, WARNINGS, Dementia,** and **PRECAUTIONS, Geriatric Use.**)

The estrogen-alone WHIMS, a substudy of the WHI study, enrolled 2,947 predominantly healthy postmenopausal women 65 years of age and older (45%, age 65 to 69 years, 36%, age 70 to 74 years, 19%, 75 years of age and older) to evaluate the effects of conjugated estrogens (CE 0.625 mg) on the incidence of probable dementia (primary outcome) compared with placebo.

After an average follow-up of 5.2 years, 28 women in the estrogen-alone group (37 per 10,000 women-years) and 19 in the placebo group (25 per 10,000 women-years) were diagnosed with probable dementia. The relative risk of probable dementia in the estrogen-alone group was 1.49 (95% CI 0.83-2.66) compared to placebo.

When data from the two populations were pooled as planned in the WHIMS protocol, the reported overall relative risk for probable dementia was 1.76 (95% CI 1.19-2.60). Differences between groups became apparent in the first year of treatment. It is unknown whether these findings apply to younger postmenopausal women. (See **BOXED WARNINGS, WARNINGS, Dementia,** and **PRECAUTIONS, Geriatric Use.**)

## INDICATIONS AND USAGE

Activella 1.0 mg/0.5 mg and 0.5 mg/0.1 mg are indicated in women who have a uterus for the:

1.    Treatment of moderate to severe vasomotor symptoms associated with menopause.

2.    Prevention of postmenopausal osteoporosis. When prescribing solely for the prevention of postmenopausal osteoporosis, therapy should only be considered for women at significant risk of osteoporosis and non-estrogen medications should be carefully considered.

The mainstays for decreasing the risk of postmenopausal osteoporosis are weight bearing exercise, adequate calcium and vitamin D intake, and when indicated, pharmacologic therapy.

16

Postmenopausal women require an average of 1500 mg/day of elemental calcium. Therefore, when not contraindicated, calcium supplementation may be helpful for women with suboptimal dietary intake. Vitamin D supplementation of 400-800 IU/day may also be required to ensure adequate daily intake in postmenopausal women.

Activella 1.0 mg/0.5 mg is also indicated in women who have a uterus for the:

3.    Treatment of moderate to severe symptoms of vulvar and vaginal atrophy associated with menopause. When used solely for the treatment of symptoms of vulvar and vaginal atrophy, topical vaginal products should be considered.

## CONTRAINDICATIONS

Activella should not be used in women with any of the following conditions:

1. Undiagnosed abnormal genital bleeding.

2. Known, suspected, or history of cancer of the breast.

3. Known or suspected estrogen-dependent neoplasia.

4. Active deep vein thrombosis, pulmonary embolism, or history of these conditions.

5. Active or recent (e.g., within the past year) arterial thromboembolic disease (e.g., stroke, myocardial infarction).

6. Liver dysfunction or disease.

7. Known hypersensitivity to the ingredients of Activella 1.0 mg/0.5 mg or Activella 0.5 mg/0.1 mg.

8. Known or suspected pregnancy. There is no indication for Activella in pregnancy. There appears to be little or no increased risk of birth defects in children born to women who have used estrogens and progestins from oral contraceptives inadvertently during early pregnancy. **(See PRECAUTIONS.)**

## WARNINGS

See **BOXED WARNINGS.**

1.    **Cardiovascular disorders**

Estrogen-plus-progestin therapy has been associated with an increased risk of myocardial infarction as well as stroke, venous thrombosis and pulmonary embolism.

Estrogen-alone therapy has been associated with an increased risk of stroke and deep vein thrombosis (DVT).  Should any of these events occur or be suspected, estrogens should be discontinued immediately.

Risk factors for arterial vascular disease (e.g., hypertension, diabetes mellitus, tobacco use, hypercholesterolemia, and obesity) and/or venous thromboembolism (e.g., personal history or family history of VTE, obesity, and systemic lupus erythematosus) should be managed appropriately.

*a.    Stroke*

In the estrogen plus progestin substudy of the Women's Health Initiative (WHI), a statistically significant increased risk of stroke was reported in women receiving CE/MPA 0.625mg/2.5mg daily compared to woman receiving placebo (31 vs. 24 per 10,000 women-years). The increase in risk was demonstrated after the first year and persisted. (See **CLINICAL STUDIES**.)

In the estrogen-alone substudy of the WHI, a statistically significant increased risk of stroke was reported in women receiving CE 0.625 mg daily compared to women receiving placebo (44 vs. 32 per 10,000 women-years). The increase in risk was demonstrated in year one and persisted.

*b.    Coronary heart disease*

In the estrogen-plus progestin sub-study of WHI, no statistically significant increase in CHD events (defined as non-fatal, MI, silent MI, or death, due to CHD) was reported in women receiving CE/MPA compared to women receiving placebo (39 vs. 33 per 10,000 women-years). An increase in relative risk was demonstrated in year one, and a trend toward decreasing relative risk was reported in years 2 through 5. (See **CLINICAL STUDIES**.)

In the estrogen-alone substudy of WHI, no overall effect on coronary disease (CHD) events was reported in women receiving estrogen alone compared to placebo. (See **CLINICAL STUDIES**.)

In postmenopausal women with documented heart disease (n=2,763, average age 66.7 years), a controlled clinical trial of secondary prevention of cardiovascular disease (Heart and Estrogen/Progestin Replacement Study (HERS)) treatment with CE/MPA (0.625mg/2.5mg per day) demonstrated no cardiovascular benefit.  During an average follow-up of 4.1 years, treatment with CE/MPA did not reduce the overall rate of CHD events in postmenopausal women with established coronary heart disease.  There were more CHD events in the CE/MPA-treated group than in the placebo group in year 1, but not during the subsequent years. Participation in an open-label extension of the original HERS trial (HERS II) was agreed to by 2,321 women.  Average follow-up in HERS II was an additional 2.7 years, for a total of 6.8 years overall.  Rates of CHD events were comparable among women in the CE/MPA group and the placebo group in HERS, HERS II, and overall.

18

Large doses of estrogen (5 mg conjugated estrogens per day), comparable to those used to treat cancer of the prostate and breast, have been shown in a large prospective clinical trial in men to increase the risk of nonfatal myocardial infarction, pulmonary embolism, and thrombophlebitis.

### c.   *Venous thromboembolism*

In the estrogen-plus-progestin substudy of the Women's Health Initiative (WHI), a statistically significant 2-fold greater rate of VTE (DVT and pulmonary embolism [PE]), was reported in women receiving CE/MPA compared to women receiving placebo (35 vs. 17 per 10,000 women-years). Statistically significant increases in risk for both DVT (26 vs. 13 per 10,000 women-years) and PE (18 vs. 8 per 10,000 women-years) were also demonstrated. The increase in VTE risk was demonstrated during the first year and persisted. (See **CLINICAL STUDIES**.) In the estrogen-alone substudy of WHI, the risk of VTE was reported to be increased for women taking conjugated estrogens (30 vs. 22 per 10,000 women-years), although only the increased risk of DVT reached statistical significance (23 vs. 15 per 10,000 women-years). The increase in VTE risk was demonstrated during the first two years.

If feasible, estrogens should be discontinued at least 4 to 6 weeks before surgery of the type associated with an increased risk of thromboembolism, or during periods of prolonged immobilization.

### 2.   **Malignant neoplasms**

### a.   *Breast cancer*

In some studies, the use of estrogens and progestins by postmenopausal women has been reported to increase the risk of breast cancer. The most important randomized clinical trial providing information about this issue is the CE/MPA substudy of the WHI study (see **CLINICAL STUDIES**). The results from observational studies are generally consistent with those of the WHI clinical trial.

Observational studies have also reported an increased risk of breast cancer for estrogen-plus-progestin combination therapy, and a smaller increased risk for estrogen-alone therapy, after several years of use. For both findings, the excess risk increased with duration of use, and appeared to return to baseline over about five years after stopping treatment (only the observational studies have substantial data on risk after stopping). In these studies, the risk of breast cancer was greater, and became apparent earlier, with estrogen-plus-progestin combination therapy as compared to estrogen-alone therapy. However, these studies have not found significant variation in the risk of breast cancer among different estrogens or among different estrogen-plus-progestin combinations, doses, or routes of administration.

In the estrogen-plus-progestin substudy, after a mean follow-up of 5.6 years, the WHI substudy reported an increased risk of breast cancer. In this substudy, prior use of estrogen alone or estrogen-plus-progestin combination hormone therapy was reported by 26% of the women. The relative risk of invasive breast cancer was 1.24 (95% nCI 1.01-1.54), and the absolute risk was 41 vs. 33 cases per 10,000 women-years, for estrogen plus progestin compared with placebo, respectively. Among women who reported prior use of hormone therapy, the relative risk of invasive breast cancer was 1.86, and the absolute risk was 46 vs. 25 cases per 10,000 women-years, for estrogen plus progestin compared with placebo. Among women who reported no prior use of hormone therapy, the relative risk of invasive breast cancer was 1.09, and the absolute risk was 40 vs. 36 cases per 10,000 women-years of estrogen plus progestin compared with placebo. In the WHI trial, invasive breast cancers were larger and diagnosed at a more advanced stage in the estrogen-plus-progestin group compared with the placebo group. Metastatic disease was rare, with no apparent difference between the two groups. Other prognostic factors, such as histologic subtype, grade and hormone receptor status did not differ between the groups.

In the estrogen-alone substudy of WHI, after an average of 7.1 years of follow-up, CE (0.625 mg daily) was not associated with an increased risk of invasive breast cancer (RR 0.80, 95% nCI 0.62-1.04).

In a one-year trial among 1,176 women who received either unopposed 1 mg estradiol or a combination of 1 mg estradiol plus one of three different doses of NETA (0.1, 0.25, and 0.5 mg), seven new cases of breast cancer were diagnosed, two of which occurred among the group of 295 women treated with Activella 1.0 mg/0.5 mg and two of which occurred among the group of 294 women treated with 1 mg estradiol/0.1 mg NETA.

The use of estrogen alone and estrogen plus progestin has been reported to result in an increase in abnormal mammograms requiring further evaluation. All women should receive yearly breast examinations by a health care provider and perform monthly breast self-examinations. In addition, mammography examinations should be scheduled based on patient age, risk factors, and prior mammogram results.

### b.    *Endometrial cancer*

The use of unopposed estrogens in women with intact uteri has been associated with an increased risk of endometrial cancer. The reported endometrial cancer risk among unopposed estrogen users is about 2 to 12 fold greater than in nonusers, and appears dependent on duration of treatment and on estrogen dose. Most studies show no significant increased risk associated with use of estrogens for less than one year. The greatest risk appears associated with prolonged use, with an increased risk of 15- to 24-fold for five to ten years or more. This risk has been shown to persist for at least 8 to 15 years after estrogen therapy is discontinued.

Clinical surveillance of all women taking estrogen/progestin combinations is important. Adequate diagnostic measures, including endometrial sampling when indicated, should be undertaken to rule out malignancy in all cases of undiagnosed persistent or recurring abnormal vaginal bleeding. There is no evidence that the use of natural estrogens results in a different endometrial risk profile than synthetic estrogens of equivalent estrogen dose. Adding a progestin to estrogen therapy has been shown to reduce the risk of endometrial hyperplasia, which may be a precursor to endometrial cancer.

Endometrial hyperplasia (a possible precursor of endometrial cancer) has been reported to occur in approximately 1% or less with Activella in one large clinical trial.

**3.    Dementia**

In the estrogen-plus-progestin Women's Health Initiative Memory Study (WHIMS), a substudy of WHI, a population of 4,532 postmenopausal women aged 65 to 79 years was randomized to CE/MPA (0.625 mg/2.5 mg daily) or placebo. In the estrogen-alone WHIMS substudy, a population of 2,947 hysterectomized women, aged 65 to 79 years, was randomized to CE (0.625 mg daily) or placebo.

In the estrogen-plus-progestin substudy, after an average follow-up of four years, 40 women in the estrogen-plus-progestin group and 21 women in the placebo group were diagnosed with probable dementia. The relative risk of probable dementia for estrogen plus progestin vs. placebo was 2.05 (95% CI 1.21-3.48). The absolute risk of probable dementia for CE/MPA vs. placebo was 45 vs. 22 cases per 10,000 women-years.

In the estrogen-alone substudy, after an average follow-up of 5.2 years, 28 women in the estrogen-alone group and 19 women in the placebo group were diagnosed with probable dementia. The relative risk of probable dementia for CE alone vs. placebo was 1.49 (95% CI 0.83-2.66). The absolute risk of probable dementia for CE alone vs. placebo was 37 vs. 25 cases per 10,000 women-years.

When data from the two populations were pooled as planned in the WHIMS protocol, the reported overall relative risk of probable dementia was 1.76 (95% CI 1.19-2.60). Since both substudies were conducted in women ages 65 to 79, it is unknown whether these findings apply to younger postmenopausal women. (See **BOXED WARNINGS** and **PRECAUTIONS, Geriatric Use.**)

**4.    Gallbladder disease**

A two-to four fold increase in the risk of gallbladder disease requiring surgery in postmenopausal women receiving estrogens has been reported.

**5.    Hypercalcemia**

Estrogen administration may lead to severe hypercalcemia in patients with breast cancer and bone metastases. If hypercalcemia occurs, use of the drug should be stopped and appropriate measures taken to reduce the serum calcium level.

**6.    Visual abnormalities**

Retinal vascular thrombosis has been reported in patients receiving estrogens. Discontinue medication pending examination if there is a sudden partial or complete loss of vision, or a sudden onset of proptosis, diplopia, or migraine. If examination reveals papilledema or retinal vascular lesions, estrogens should be permanently discontinued.

**PRECAUTIONS**

21

**A.      General**

**1.      Addition of a progestin when a woman has not had a hysterectomy**

Studies of the addition of a progestin for 10 or more days of a cycle of estrogen administration, or daily with estrogen in a continuous regimen, have reported a lowered incidence of endometrial hyperplasia than would be induced by estrogen treatment alone.  Endometrial hyperplasia may be a precursor to endometrial cancer.

There are, however, possible risks that may be associated with the use of progestins with estrogens compared to estrogen-alone treatment.  These include a possible increased risk of breast cancer.

## 2.    Elevated blood pressure

In a small number of case reports, substantial increases in blood pressure have been attributed to idiosyncratic reactions to estrogens.  In a large, randomized, placebo-controlled clinical trial, a generalized effect of estrogens on blood pressure was not seen.  Blood pressure should be monitored at regular intervals with estrogen use.

## 3.    Hypertriglyceridemia

In patients with preexisting hypertriglyceridemia, estrogen therapy may be associated with elevations of plasma triglycerides leading to pancreatitis and other complications.

## 4.    Impaired liver function and past history of cholestatic jaundice

Estrogens may be poorly metabolized in patients with impaired liver function.  For patients with a history of cholestatic jaundice associated with past estrogen use or with pregnancy, caution should be exercised, and in the case of recurrence, medication should be discontinued.

## 5.    Hypothyroidism

Estrogen administration leads to increased thyroid-binding globulin (TBG) levels.  Patients with normal thyroid function can compensate for the increased TBG by making more thyroid hormone, thus maintaining free $T_4$ and $T_3$ serum concentrations in the normal range.  Patients dependent on thyroid hormone replacement therapy who are also receiving estrogen may require increased doses of their thyroid replacement therapy.  These patients should have their thyroid function monitored to maintain their free thyroid hormone levels in an acceptable range.

## 6.    Fluid retention

Estrogens may cause some degree of fluid retention.  Because of this, patients who have conditions that might be influenced by this factor, such as a cardiac or renal dysfunction, warrant careful observation when estrogens are prescribed.

## 7.    Hypocalcemia

Estrogens should be used with caution in individuals with severe hypocalcemia.

## 8.    Ovarian cancer

The estrogen-plus-progestin substudy of WHI reported that after an average follow-up of 5.6 years, the relative risk for ovarian cancer for estrogen plus progestin vs. placebo was 1.58 (95% CI 0.77 – 3.24), but was not statistically significant. The absolute risk for estrogen plus progestin vs. placebo was 4.2 vs. 2.7 cases per 10,000 women-years. In some epidemiologic studies, the use of estrogen-only products, in particular for 10 or more years, has been associated with an increased risk of ovarian cancer. Other epidemiologic studies have not found these associations.

23

**9.     Exacerbation of endometriosis**

Endometriosis may be exacerbated with administration of estrogens.

Malignant transformation of residual endometrial implants has been reported in women treated post-hysterectomy with estrogen-alone therapy.  For patients known to have residual endometriosis post-hysterectomy, the addition of progestin should be considered.

**10.     Exacerbation of other conditions**

Estrogens may cause an exacerbation of asthma, diabetes mellitus, epilepsy, migraine or porphyria, systemic lupus erythematosus, and hepatic hemangiomas and should be used with caution in women with these conditions.

**B.     Patient Information**

Physicians are advised to discuss the contents of the Patient Information leaflet with patients for whom they prescribe Activella 1.0 mg/0.5 mg or Activella 0.5 mg/0.1 mg.

**C.     Laboratory Tests**

Estrogen administration should be initiated at the lowest dose approved for the indication and then guided by clinical response, rather than by serum hormone levels (e.g., estradiol, FSH).

**D.     Drug/Laboratory Test Interactions**

1.     Accelerated prothrombin time, partial thromboplastin time, and platelet aggregation time; increased platelet count; increased factors II, VII antigen, VIII coagulant activity, IX, X, XII, VII-X complex, and beta-thromboglobulin; decreased levels of anti-factor Xa and antithrombin III, decreased antithrombin III activity, increased levels of fibrinogen and fibrinogen activity; increased plasminogen antigen and activity.

2.     Increased thyroid-binding globulin (TBG) levels leading to increased circulating total thyroid hormone levels as measured by protein-bound iodine (PBI), $T_4$ levels (by column or by radioimmunoassay), or $T_3$ levels by radioimmunoassay. $T_3$ resin uptake is decreased, reflecting the elevated TBG. Free $T_4$ and free $T_3$ concentrations are unaltered. Patients on thyroid replacement therapy may require higher doses of thyroid hormone.

3.     Other binding proteins may be elevated in serum (i.e., corticosteroid binding globulin (CBG), SHBG) leading to increased total circulating corticosteroids and sex steroids, respectively. Free hormone concentrations may be decreased. Other plasma proteins may be increased (angiotensinogen/rennin substrate, alpha-1 antitrypsin, ceruloplasmin).

4.     Increased plasma HDL and $HDL_2$ cholesterol subfraction concentration, reduced LDL cholesterol concentration, increased triglyceride levels.

5.     Impaired glucose tolerance.

24

6.  Reduced response to metyrapone test.

**E.  Carcinogenesis, Mutagenesis, Impairment of Fertility**

Long-term continuous administration of estrogen, with or without progestin, in women with or without a uterus, has shown an increased risk of endometrial cancer, breast cancer, and ovarian cancer.  (See **BOXED WARNINGS, WARNINGS,** and **PRECAUTIONS.**)

Long-term continuous administration of natural and synthetic estrogens in certain animal species increases the frequency of carcinomas of the breast, uterus, cervix, vagina, testis, and liver.

**F.  Pregnancy**

Activella should not be used during pregnancy.  (See **CONTRAINDICATIONS.**)

**G.  Nursing Mothers**

Estrogen administration to nursing mothers has been shown to decrease the quantity and quality of breast milk.  Detectable amounts of estrogens have been identified in the milk of mothers receiving this drug.  Caution should be exercised when Activella is administered to a nursing mother.

**H.  Pediatric Use**

Activella is not indicated in children.

**I.  Geriatric Use**

Clinical studies of Activella did not include sufficient number of subjects aged 65 and over to determine if they responded differently from younger subjects.

Of the total number of subjects in the estrogen-plus-progestin substudy of the Women's Health Initiative (WHI) study, 44% (n=7,320) were 65–74 years of age, while 6.6% (n=1,095) were 75 years and over. There was a higher relative risk (CE/MPA vs. placebo) of non-fatal stroke and invasive breast cancer in women 75 and over compared to women less than 75 years of age. In women greater than 75, the increased risk of non-fatal stroke and invasive breast cancer observed in the estrogen-plus-progestin combination group compared to the placebo group was 75 vs. 24 per 10,000 women-years and 52 vs. 12 per 10,000 women-years, respectively.

In the estrogen-plus-progestin Women's Health Initiative Memory Study (WHIMS), a substudy of WHI, a population of 4,532 hysterectomized women, aged 65 to 79 years, was randomized to CE/MPA (0.625 mg/2.5 mg daily) or placebo. In the estrogen-plus-progestin group, after an average follow-up of four years, the relative risk (CE/MPA vs. placebo) of probable dementia was 2.05 (95% CI 1.21-3.48).  The absolute risk of developing probable dementia with CE/MPA was 45 vs. 22 cases per 10,000 women-years with placebo.

Of the total number of subjects in the estrogen-alone substudy of WHI, 46% (n=4,943) were 65 years and over, while 7.1% (n=767) were 75 years and over. There was a higher relative risk (CE vs. placebo) of stroke in women less than 75 years of age compared to women 75 years and over. In the estrogen-alone WHIMS substudy, a population of 2,947 hysterectomized women, aged 65 to 79 years, was randomized to CE (0.625 mg daily) or placebo. After an average follow-up of 5.2 years, the relative risk (CE vs. placebo) of probable dementia was 1.49 (95% CI 0.83-2.66). The absolute risk of developing probable dementia with estrogen alone was 37 vs. 25 cases per 10,000 women-years with placebo.

Seventy-nine percent of the cases of probable dementia occurred in women that were older than 70 for the CE-alone group, and 82 percent of the cases of probable dementia occurred in women who were older than 70 in the CE/MPA group. The most common classification of probable dementia in both the treatment groups and placebo groups was Alzheimer's disease.

When data from the two populations were pooled as planned in the WHIMS protocol, the reported overall relative risk for probable dementia was 1.76 (95% CI 1.19-2.60). Since both substudies were conducted in women aged 65 to 79 years, it is unknown whether these findings apply to younger postmenopausal women. (See **BOXED WARNINGS** and **WARNINGS, Dementia**.)

## ADVERSE REACTIONS

See **BOXED WARNINGS, WARNINGS** and **PRECAUTIONS**.

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice. The adverse reaction information from clinical trials does, however, provide a basis for identifying the adverse events that appear to be related to drug use and for approximating rates.

Adverse events reported with Activella 1.0 mg/0.5 mg by investigators in the Phase 3 studies regardless of causality assessment are shown in Table 6.

TABLE 6
**ALL TREATMENT-EMERGENT ADVERSE EVENTS REGARDLESS OF RELATIONSHIP REPORTED
AT A FREQUENCY OF ≥ 5% WITH ACTIVELLA 1.0 MG/0.5 MG**

| | Endometrial Hyperplasia Study (12-Months) | | Vasomotor Symptoms Study (3-Months) | | Osteoporosis Study (2 years) | |
|---|---|---|---|---|---|---|
| | Activella 1.0 mg/0.5 mg (n=295) | 1 mg E2 (n=296) | Activella 1.0 mg/0.5 mg (n=29) | Placebo (n=34) | Activella 1.0 mg/0.5 mg (n=47) | Placebo (n=48) |
| ***Body as a Whole*** | | | | | | |
| Back Pain | 6% | 5% | 3% | 3% | 6% | 4% |
| Headache | 16% | 16% | 17% | 18% | 11% | 6% |
| ***Digestive System*** | | | | | | |
| Nausea | 3% | 5% | 10% | 0% | 11% | 0% |
| Gastroenteritis | 2% | 2% | 0% | 0% | 6% | 4% |
| ***Nervous System*** | | | | | | |
| Insomnia | 6% | 4% | 3% | 3% | 0% | 8% |
| Emotional Lability | 1% | 1% | 0% | 0% | 6% | 0% |
| ***Respiratory System*** | | | | | | |
| Upper Respiratory Tract Infection | 18% | 15% | 10% | 6% | 15% | 19% |
| Sinusitis | 7% | 11% | 7% | 0% | 15% | 10% |
| ***Metabolic and Nutritional*** | | | | | | |
| Weight Increase | 0% | 0% | 0% | 0% | 9% | 6% |
| ***Urogenital System*** | | | | | | |
| Breast Pain | 24% | 10% | 21% | 0% | 17% | 8% |
| Post-Menopausal Bleeding | 5% | 15% | 10% | 3% | 11% | 0% |
| Uterine Fibroid | 5% | 4% | 0% | 0% | 4% | 8% |
| Ovarian Cyst | 3% | 2% | 7% | 0% | 0% | 8% |
| ***Resistance mechanism*** | | | | | | |
| Infection Viral | 4% | 6% | 0% | 3% | 6% | 6% |
| Moniliasis Genital | 4% | 7% | 0% | 0% | 6% | 0% |
| ***Secondary Terms*** | | | | | | |
| Injury Accidental | 4% | 3% | 3% | 0% | 17%* | 4%* |
| Other Events | 2% | 3% | 3% | 0% | 6% | 4% |

\* including one upper extremity fracture in each group

Adverse events reported with Activella 0.5 mg/0.1 mg by investigators during the Phase 3 study regardless of causality assessment are shown in Table 7.

**TABLE 7**
**ALL TREATMENT-EMERGENT ADVERSE EVENTS REGARDLESS OF RELATIONSHIP REPORTED**
**AT A FREQUENCY OF ≥ 5% WITH ACTIVELLA 0.5 MG/0.1 MG**

|  | Activella 0.5 mg/0.1 mg (n=194) | Placebo (n=200) |
|---|---|---|
| *Body as a Whole* |  |  |
| Back Pain | 10% | 4% |
| Headache | 22% | 19% |
| Pain in extremity | 5% | 4% |
|  |  |  |
| *Digestive System* |  |  |
| Nausea | 5% | 4% |
| Diarrhea | 6% | 6% |
|  |  |  |
| *Respiratory System* |  |  |
| Nasopharyngitis | 21% | 18% |
|  |  |  |
| *Urogenital System* |  |  |
| Endometrial thickening | 10% | 4% |
| Vaginal hemorrhage | 26% | 12% |

The following adverse reactions have been reported with estrogen and/or progestin therapy:

## 1.    Genitourinary system

Changes in vaginal bleeding pattern and abnormal withdrawal bleeding or flow; breakthrough bleeding; spotting; dysmenorrhea, increase in size of uterine leiomyomata; vaginitis, including vaginal candidiasis; change in amount of cervical secretion; changes in cervical ectropion;  pre-menstrual-like syndrome; cystitis-like syndrome; ovarian cancer; endometrial hyperplasia; endometrial cancer.

## 2.    Breasts

Tenderness, enlargement, pain, nipple discharge, galactorrhea; fibrocystic breast changes; breast cancer.

## 3.    Cardiovascular

Deep and superficial venous thrombosis; pulmonary embolism; thrombophlebitis; myocardial infarction, stroke; increase in blood pressure.

28

4.    **Gastrointestinal**

Nausea, vomiting; changes in appetite; cholestatic jaundice; abdominal pain/cramps, flatulence, bloating; increased incidence of gallbladder disease; pancreatitis; enlargement of hepatic hemangiomas.

5.    **Skin**

Chloasma or melasma that may persist when drug is discontinued; erythema multiforme; erythema nodosum; hemorrhagic eruption; loss of scalp hair; seborrhea; hirsutism; itching; skin rash; pruritus.

6.    **Eyes**

Retinal vascular thrombosis, intolerance to contact lenses.

7.    **Central nervous system**

Headache; migraine; dizziness; mental depression; chorea; insomnia; nervousness; mood disturbances; irritability; exacerbation of epilepsy; probable dementia.

8.    **Miscellaneous**

Increase or decrease in weight; aggravation of porphyria; edema; leg cramps; changes in libido; fatigue; reduced carbohydrate tolerance; anaphylactoid/anaphylactic reactions; hypocalcemia; exacerbation of asthma; increased triglycerides; back pain; arthralgia; myalgia.

**OVERDOSAGE**

Serious ill effects have not been reported following acute ingestion of large doses of estrogen-containing drug products by young children.  Overdosage of estrogen may cause nausea and vomiting, and withdrawal bleeding may occur in females.

**DOSAGE AND ADMINISTRATION**

Use of estrogen, alone or in combination with a progestin, should be with the lowest effective dose and for the shortest duration consistent with treatment goals and risks for the individual woman.  Patients should be re-evaluated periodically as clinically appropriate (e.g., 3 to 6 month intervals) to determine if treatment is still necessary (See **BOXED WARNINGS** and **WARNINGS**).  For women who have a uterus, adequate diagnostic measures, such as endometrial sampling, when indicated, should be undertaken to rule out malignancy in cases of undiagnosed persistent or recurring abnormal vaginal bleeding.

Activella therapy consists of a single tablet to be taken once daily.

1.   For the treatment of moderate to severe vasomotor symptoms associated with menopause, and the prevention of postmenopausal osteoporosis.  When prescribing solely for the prevention of postmenopausal osteoporosis, therapy should only be considered for

women at significant risk of osteoporosis and non-estrogen medications should be carefully considered.

- Activella 1.0 mg/0.5 mg
- Activella 0.5 mg/0.1 mg

2. For the treatment of moderate to severe symptoms of vulvar and vaginal atrophy. When used solely for the treatment of symptoms of vulvar and vaginal atrophy, topical vaginal products should be considered.

- Activella 1.0 mg/0.5 mg

Patients should be started at the lowest dose.

**HOW SUPPLIED**

**Activella 1.0 mg/0.5 mg** is a white, film-coated tablet, engraved with NOVO 288 on one side and the APIS bull on the other. It is round, 6mm in diameter and bi-convex. (NDC 0169-5174-02). It is supplied as 28 tablets in a calendar dial pack dispenser. Store in a dry place protected from light.

**Activella 0.5 mg/0.1 mg** is a white, film-coated tablet, engraved with NOVO 291 on one side and the APIS bull on the other. It is round, 6mm in diameter and bi-convex. (NDC 0169-5175-10). It is supplied as 28 tablets in a calendar dial pack dispenser. Keep the container in the outer carton.

Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]

© 2000-2006 Novo Nordisk Inc.

**Rx Only**

Activella is a trademark owned by Novo Nordisk FemCare AG

Revised December 2006
Version 7

Novo Nordisk Inc.
Princeton, NJ 08540
1-866-668-6336
www.novonordisk-us.com

Manufactured by
Novo Nordisk A/S
2880 Bagsvaerd, Denmark

# EXHIBIT   27



# Opposition to European Patent No 136 011
## (Pre-Jay Holdings Ltd and
## Woco Investments Ltd)

# by Novo Nordisk A/S



# Contents

|  |  | Page |
|---|---|---|
| 1 | *Extent and Grounds of Opposition* | 4 |
| 2 | *Subject Matter of the Patent* | 4 |
| 3 | *Lack of Clarity* | 6 |
| 4 | *Entitlement to Priority* | 11 |

**PART I: CYCLICAL OESTROGEN TREATMENT**

| 5 | *Lack of Novelty over D2 (Menopaus Workshop)* | 12 |
| 6 | *Lack of Inventive Step (Cyclical Oestrogen Treatment)* | 15 |

**PART II: CONTINUOUS OESTROGEN TREATMENT**

| 7 | *Lack of Novelty over D1 (Staland, 1981)* | 19 |
| 8 | *Lack of Novelty over D2 (Menopaus Workshop)* | 21 |
| 9 | *Lack of Novelty over D4 (Whitehead et al)* | 21 |
| 10 | *Lack of Novelty over D5 (Mugglestone et al)* | 23 |
| 11 | *Lack of Novelty over D7 (Kliogest® tablets)* | 24 |
| 12 | *Lack of Novelty over D9 (Rune's use of ½ Kliogest®)* | 25 |
| 13 | *Lack of Novelty over D15 (Magos et al)* | 27 |
| 14 | *Lack of Inventive Step (Continuous Treatment)* | 29 |
| 15 | *Lack of Inventive Step:  failure to solve the problem* | 35 |
| 16 | *Addition of Subject Matter:  the Claim 6 disclaimer* | 36 |
| 17 | *Addition of Subject Matter:  the concept of "equivalence"* | 37 |
| 18 | *Insufficient Disclosure* | 40 |
| 19 | *Lack of Novelty or Inventive Step of potential amended* |  |

14 October 1997                    2

|    | *claims*            | 41 |
|----|---------------------|----|
| 20 | *Documents Cited*   | 43 |
| 21 | *Case Law*          | 44 |

14 October 1997       3



1    *Extent and Grounds of Opposition*

1.1    All of the claims of the Patent are opposed for all Contracting States under Art. 100(a), 100(b) and 100(c) EPC. We request oral proceedings if the Opposition Division is inclined to maintain the patent in any form.

1.2    In addition, having seen some claim amendments offered by the Proprietor in another jurisdiction on a corresponding patent, we are providing prior art to contest possible such amendments at the EPO.

2    *Subject Matter of the Patent*

2.1    An important first point to note is that Claim 1 concerns the *cyclical* administration of an oestrogen, whereas Claim 6 concerns the *continuous* administration of an oestrogen. These are very different regimes, and we shall address the patentability of each separately. Claim 6 is not supported by any examples, and Claim 1 is supported by only one example of a drug regime (Example 2 merely being a continuation of Example 1).

2.2    Secondly, claims such as Claim 1 are directed to a *product*, but the claim also describes daily doses and cyclical or continuous treatment. These are features of a method, not a product (see the *Guidelines for Examination* C.III.4.8). The only limitation of the product is that it should be *suitable* for use in the method. Since any combination of progestogen tablets and oestrogen tablets is suitable for the treatment regime described in Claim 1 (by appropriately combining the tablets or fragments of the tablets - see our discussion of D1 below), the novelty of the claim is destroyed by any such combination of tablets.

14 October 1997    4

4

This seems not to be intended by the Proprietor (or the examiner). Consequently, the claims should be redrafted to clarify them. For the arguments below, we construe Claim 1 as being limited to a product which is uniquely adapted for the treatment regime described in Claim 1. In particular, we do not consider that Claim 1 covers a product which consists solely of tablets containing a mixture of oestrogen and progestogen, since such tablets could not, alone, be used to provide a cyclical administration of the oestrogen and a continuous administration of the progestogen.

2.3    Moreover, if the claim covered a tablet containing a mixture of oestrogen and progestogen, it would lack novelty over Staland (1981) *Maturitas* **3**, 145-156 (**D1**), which disclosed a product comprising an oestrogen and a progestogen; see under "Materials and Methods" on page 146:

> "*The preparation used contains 2 mg of 17β-oestradiol, 1 mg of oestriol and 1 mg of norethisterone acetate (NETA) per tablet*".

2.4    Since the dose ranges given in Claim 1 (0.025 mg to 0.075 mg laevo-norgestrel or equivalent, and 0.5 to 2.0 mg estradiol or equivalent) apply to the method, not to the product, they do not define the product claimed. Moreover, it can be seen from the passage a few lines further on in **D1** ("*In some of the patients the treatment was started with half the dose ...*") that tablets are often broken up to yield smaller dosage units. Hence, even high doses of a drug in a tablet do not mean that the tablet is unsuitable for lower dose regimens.

14 October 1997                                    5

2.5    The Proprietor is asked to confirm that Claim 1 does not cover a tablet of oestrogen and progestogen.

2.6    Since Claims 2, 3 and 5 differ from Claim 1 only insofar as they specify different, but still non-limiting, use-related parameters, they are no more novel than Claim 1.

2.7    Referring to Claim 4, the term "multipreparation pack" is not defined in the Patent. The D1 product presumably contained more than one tablet. The Proprietor is requested to explain why this is not a multi-preparation pack.

3    *Lack of Clarity*

3.1    We are aware that a contravention of Art. 84 is not a ground of opposition. However, unclear terms in a claim cannot be used to distinguish it from the prior art under Art. 54 and may disguise a lack of inventive step under Art. 56. In extreme cases, a lack of clarity prevents the reader from knowing whether he has made the claimed product, thereby leading to a deficiency under Art. 83. The lack of clarity in the claims of the opposed patent arises in at least two ways.

3.2    Firstly, since Claims 7 and 8 are more limited than Claims 1 and 6, it is evident that Claims 1 and 6 are intended, for example, to encompass either (i) doses of the drugs listed which extend beyond the ranges given in Claims 7 and 8, or (ii) drugs which are not listed in Claims 7 and 8. For example, in situation (i), Claim 1 might be assumed to cover a product containing estrone and used at less than 0.3 mg/day. In situation (ii), Claim 6 might be assumed to include

14 October 1997                6

a product containing progesterone, desogestrel, gestodene or norgestimate.

3.3    Considering first situation (i), how is a dose of (for example) estrone which is *not* within the range stated in Claim 7, ie 0.3-2.5 mg, to be considered as equivalent (or not equivalent) to 0.5-2.0 mg oestradiol (stated in Claim 1 and 6)? If the Proprietor responds by saying that a dose outside the range of 0.3-2.5 mg is not within Claim 1 or 6, then it is clear that these claims are to be construed as being limited to the dose ranges specified in Claims 7 and 8.

3.4    In situation (ii), how is the reader to determine whether, for example, 0.4 mg of hypothetical oestrogen X is or is not equivalent to 0.5 to 2.0 mg of oestradiol or whether, for example, 1.0 mg of hypothetical progestogen Y is or is not equivalent to 0.025 to 0.075 mg of *l*-norgestrel? The objects of the invention appear variously to include avoiding or minimising bleeding, preventing overstimulation of the lining of the uterus, producing "favourable" changes in blood lipids, controlling hot flushes, restoring vaginal mucosa to a "healthier" state and preventing the development of the demineralisation of bones, whilst not increasing the risk of endometrial cancer (see page 3 lines 15-16 and 47 to 50 of the Patent). Must an "equivalent" dose fulfill *all* of these requirements? If so, at least the starred drugs in Table 1A must be excluded as they "fail to spare bone" (page 5 lines 30-31).

3.5    Secondly, the very concept of "equivalence" is hopelessly unclear, as we show comprehensively below, in Section 17. The Proprietor cited Appeal Board Decision T68/85 in his letter of 5 May 1992 to show that his claims were clear. However, the facts in that case were quite different, as can be seen from the enclosed copy of the



decision. The invention in T68/85 was the novel and unexpected finding that two herbicides produced a synergistic effect when used together. They had not been combined in the prior art. The claim was directed to a synergistic mixture of the two herbicides. The Appeal Board found that a person skilled in the art could readily determine whether a given mixture of the two herbicides provided a synergistic effect or not, and that it was not necessary for individual ratios to be specified in the claim. In T68/85, therefore, the particular ratio did not matter, and the inventive step did not lie in selecting a particular ratio. The claim was not distinguished from the prior art by virtue of selecting a particular ratio of the herbicides; it was distinguished from the prior art by combining the herbicides in the first place.

3.6    In the present case, however, the prior art had already combined oestrogens and progestogens, and the Proprietor has attempted to distinguish his claims from the prior art by reference to the *particular* levels of drugs used. If the inventive step in the alleged invention of the opposed patent lies in selecting particular dose levels, then it is clearly *essential* for the numerical limits of the claim to be clear.

3.7    Further evidence for the absence of a concept of "equivalence" can be seen at the beginning of the last paragraph in **D4**:

> *"No dose-dependent relationships were observed in this study ..."*

and from the end of the abstract in **D5**, where Mugglestone *et al* state that:

14 October 1997                          8

*"There were no obvious differences between the effects of the two progestogens"*

(ie norethisterone and norethisterone acetate), despite the fact that the differing minimum dosages and preferred dosages for these two progestogens in Table 1B of the opposed patent suggest that they have *differing* potencies. In D5, the 0.5 mg of norgestrel in regimes A and B was obviously considered to be comparable to the 1 mg of NETA in regimes D and E, since otherwise no comparison between the two progestogens could be made. And yet the Proprietor (letter 9 Feb 1993) relies, for the supposed novelty of Claim 6, on his alternative "definitions" of equivalence, set out in Claims 7 and 8, to exclude D5's regime B.

3.8     The inability of a person skilled in the art to know whether a given dose of a given drug is "equivalent" to a given dose of the drugs mentioned in Claims 1 and 6 is further illustrated by references **D10 to D12**. D10 is an article by Dickey and Stone which suggests no fewer than seven *different* tests which are usable to assay progestational activity in the human (see end of page 106). It is apparent from the remainder of D10 that the different assays give different results.

3.9     D11 is a reply to D10 which (see the Introduction) characterises D10 as being an evaluation of relative progestational potencies but says that *"This approach is of doubtful value when applied to these other, often alleged effects of the progestogens"*.

3.10    In D12, one of the D10 authors (Dickey) then replies to Edgren's polemic in D11 saying, for example, that *"Jones and Edgren (4) in*



*a report which predates ours, failed to recognise the non parallelism of estrogen potencies of oral contraceptive progestogens in their own data and presented a figure in which dose-response lines were represented as parallel, when, in fact, we found them to be non-parallel"* (passage bridging pages 170 and 171).

3.11   It is evident from a close reading of D10, D11 and D12 that there was no consensus in this art concerning whether a given dose of a progestogen could be considered equivalent to a given dose of another progestogen; everything depended on the test which was used. There is no test specified in the opposed patent. Although D10 to D12 relate only to progestogens, there is no reason to suppose that the situation in relation to estrogens is any different; see section 17.3 below.

3.12   When looking at the prior art to see whether given dosages fall within present Claims 1 or 6 or not, the Opposition Division (OD) will find, as we did, that one has to use the data of Claims 7 and 8. And yet Claims 1 and 6 are presumably intended to be broader than Claims 7 and 8. The OD will see that it is actually impossible to determine whether a dose or drug which is not included in Claims 7 or 8 is included in Claims 1 or 6.

3.13   Our position in relation to the clarity of the claims can be summarised as follows:

- The prior art (for example D6) shows clearly that the equivalence of one drug to another can be determined only if a test system is specified;

14 October 1997                    10

10

- No such test system is specified in the patent;

- The information on equivalents of at least two drugs in the prior art (**D6**) contradicts the information given in the patent;

- Since the introduction of the "equivalents" wording relied on the data in the patent providing evidence of "equivalence", it is clear that this concept was not known to those in this art and therefore the added wording adds subject matter (see Section 17);

- The lack of clarity in the limits of the claims means that the claims cannot be distinguished from the prior art, either under Article 54 or Article 56 EPC (see further below).

3.14   In this opposition, we have on occasions assumed that one dose of a drug is equivalent to another. This is based solely on the data given in Claims 7 and 8 and should not be taken as an admission that "equivalence" in this context has any clear meaning.

4      *Entitlement to Priority*

4.1    The opposed patent claims two priority dates, namely 5 August 1983 and 27 July 1984. The first priority application discloses only the cyclic treatment with estrogen. The continuous administration of estrogen was not introduced until the application dated 27 July 1984. Hence, Claim 6 and claims dependent thereon are not entitled to the first priority date.

14 October 1997                11



4.2    Moreover, the concept of a dose of an estrogen or a progestogen being "equivalent" to the drug doses mentioned in the claims was (even if the Proprietor is correct under Art. 123) similarly introduced only in the second priority document; the various tables in which the allegedly equivalent doses are set out appeared only in the second priority document. When the Proprietor introduced the "equivalent" language into the European application, he claimed that it found a basis on page 7 lines 11 to 16 and in the subsequent tables. Since these passages do not appear in the first priority document, none of the claims which use the "equivalent" language are entitled to the first priority date.

## PART I:  CYCLICAL OESTROGEN TREATMENT

5    *Lack of Novelty over D2 (Menopaus Workshop)*

5.1    **D2** is the proceedings of a workshop on treatment of the menopause held at Djurø on 30-31 August 1982.  We are supplying pages 167-168 and an English translation.  D2 discloses the cyclical treatment with a daily unit dose of 1-2 mg of an oestrogen (oestradiol), consisting of three weeks on and 4-7 days off.  A progestogen (also called a gestagen) can be administered during the last 10 days of the cycle or *"If gestagen is administered continuously, a contraceptive effect is also obtained"*.  The progestogen dose could be 5-10 mg per day of medroxyprogesterone acetate, which can be seen from the Proprietor's own data (page 6 line 16 of the Patent) to be regarded by him as "equivalent to" 0.025 to 0.075 mg of *laevo*-norgestrel.

5.2    Depending on how the Proprietor responds to our submissions in relation to D1 (see Sections 2 and 7), we presume that Claim 1

14 October 1997                    12

relates to a collection of tablets or other dosage units, rather than to a single tablet. Hence, the collection of dosage units which is implicitly described in D2 constitutes a "product" according to Claim 1, and the dosages and treatment regime (cyclical oestrogen, continuous progestogen) satisfy even these, non-limiting, features of the claim. Hence Claim 1 lacks novelty.

5.3 Since **Claim 2** differs from Claim 1 only by specifying different (but still non-limiting) use-related parameters, it is no more novel over D2 than Claim 1 is. In any case, the D2 oestradiol dose was 1-2 mg/day, which overlaps with the range in Claim 2, namely 0.5-1.0 mg daily. The D2 progestogen dose was 5-10 mg medroxyprogesterone acetate. This is the middle one third of the permitted range given on page 6 of the Patent, and seems to be equivalent to about 0.055 to 0.065 mg/day of *laevo*-norgestrel, provided that there is a linear correlation in the range 0.050-0.075 mg *l*-norgestrel in Table 1B, (ie the middle one third of the range permitted on page 6). Compare the range in Claim 2, namely 0.025 to 0.05; it can be seen that virtually all of the D2 range, and certainly the lower limit of the D2 range, falls within even the use-related parameters of Claim 2.

5.4 **Claims 3 and 5** contain only use-related parameters and are no more novel than Claims 1 and 2.

5.5 Referring to **Claim 4**, the term "multipreparation pack" is not defined in the Patent. In D2, the patients will presumably be given a box of the Progynon (or other oestrogen) and a box of the Gestapuran (or other progestogen) in a single bag. The Proprietor is invited to explain why this is not a multipreparation pack.

14 October 1997                    13

13



5.6    **Claim 7** can be dependent on Claim 1, 3 or 4 and so can relate to
the cyclical administration of oestrogen.    As noted above, the
oestrogen dose in D2 was 1-2 mg/day of oestradiol, 0.3-0.625
mg/day of conjugated (equine) estrogen or 0.005-0.010 mg/day of
ethinyl oestradiol.    All of these ranges fall within the limits specified
in Claim 7; they were clearly (particularly since there are no
experimental data in the Patent concerning the latter two drugs) the
standard dosage regimes used in this art.

5.7    In **Claim 8**, the progestogen dose is specified.    The dose of
medroxyprogesterone acetate disclosed in D2, namely 5-10 mg/day,
is clearly within the range of 1-15 mg/day specified in Claim 8.

5.8    **Claim 10**, which can be dependent on Claim 1 and therefore relates
in part to a cyclical treatment with oestrogen, is essentially the same
as Claim 7 but specifies lower upper limits of oestrogen.    The three
lower limits given in D2 (1 mg/day oestradiol, 0.3 mg/day
conjugated oestrogen and 0.005 mg/day ethinyl oestradiol) all fall
within the ranges specified in Claim 10.

5.9    The dose ranges given in **Claim 11** do not define the product, and so
the claim lacks novelty over D2.

5.10    The three oestrogens disclosed in D2 are all members of the list
given in **Claim 12**, and the D2 progestogen which falls within the
dosage ranges of Claim 8 was medroxyprogesterone acetate, which
is one of the ones listed in **Claim 13**.

5.11    The lower end of the oestradiol range (1 mg/day) and the upper end
of the ethinyl oestradiol range (0.010 mg/day) disclosed in D2 are as



defined in **Claim 14**, and the upper level of the range disclosed for the conjugated oestrogens (0.625 mg/day) is immaterially different from the 0.6 mg/day dose specified in Claim 14.

5.12    The dosages given in **Claim 15** do not define the product, and hence the claim lacks novelty over D2.

5.13    D2 discloses three oestrogens for use with any of three progestogens. All nine combinations are therefore disclosed, of which four (oestradiol/NETA, oestradiol/medroxyprogesterone acetate, conjugated oestrogens/NETA and conjugated oestrogens/medroxy-progesterone acetate) are listed in **Claim 16**. Claim 16, especially as most of the combinations have not been tested in the Patent, is clearly not a novel selection from the D2 disclosure.

5.14    **Claims 27 and 28** are "second medical use" claims. However, the D2 medicaments were disclosed for the same use. These claims are therefore no more novel than those earlier claims.

5.15    **Conclusion:** at least Claims 1 to 5, 7 to 8, 10 to 16, 27 and 28 lack novelty over D2.

6       *Lack of Inventive Step (Cyclical Oestrogen Treatment)*

6.1     Claim 1 concerns:

- cyclic administration of oestrogen,
- continuous administration of progestogen, and
- apparently selected doses of the two types of hormone.

14 October 1997                    15

The patentee has acknowledged that the cyclic administration of oestrogen for the treatment of (post-)menopausal disorders was known (Patent, page 2, lines 43-47). The use of progestogen to counteract oestrogen-induced endometrial hyperplasia was also known (Patent, page 2, lines 48-50). On lines 50-51 of page 2 of the Patent, the problem of "withdrawal bleeding" is mentioned, in the context of having progestogen for only the last 7-10 days of each cycle.

6.2  The concept of having a cyclical administration of hormones for hormone replacement therapy (HRT) was well known. See **D1**, page 146, second complete paragraph:

> "*there is rather good evidence that cyclic treatment with oestrogen and gestagen implies a lower risk of endometrial cancer and probably also of carcinoma of the breast*"

**D4**, page 791, middle of right-hand column:

> "*The reduction in the incidence of hyperplasia depended on the duration of progestin administration each month rather than on the daily dosage.*"

**D5**, page 327, under heading "Material and Methods":

> "*A.  Cyclical estradiol valerate 2 mg + norgestrel 500 μg daily, 21 days out of 28*
> *(...)*
> *D.  Cyclical estradiol valerate 2 mg + norethisterone acetate 1 mg daily, 21 days out of 28.*"

14 October 1997                    16



6.3    From the passage bridging the two columns on page 327 of D5 (referring to Sturdee *et al*), it is clear that the incidence of hyperplasia was reduced to nil if the progestogen was administered for 10-13 days of the cycle instead of only 5 days. In the D5 study, hyperplasia was not observed (see Table II) and, for the cyclically-treated patients, "there was no unscheduled bleeding recorded" (see left-hand column on page 328, above Table II). There is no evidence in the opposed patent that the regime of Claim 1, in which the progestogen is administered continuously instead of for 21 days of the 28 day cycle, is any better than the D5 regime.

6.4    In D14, one of the inventors for the opposed patent (Plunkett) himself disclosed that, in connection with a cyclic oestrogen treatment regime, 10 days of 0.0375 mg (37.5 μg) *l*-norgestrel suppressed the endometrium and prevented hyperplasia. A dose of 0.0375 mg *l*-norgestrel is essentially the same as 0.075 mg *dl*-norgestrel (*l*-norgestrel being the active isomer), and this is exactly the dose used in the patent (page 9, lines 9-10).

6.5    The only possible inventive step in this situation would lie in selecting a *particular* cyclical dosage regime, or selecting a *particular* combination of an oestrogen and a progestogen, which gives surprisingly good results. Clearly, neither of these applies, as the oestrogen and the progestogen are not specified in Claim 1, and nor is the nature of the oestrogen cycle.

6.6    The dosages specified in Claim 1 (even if they are given any meaning in limiting a claim to the product *per se*) are not supported by any data to show a surprising result; **there is no example in the opposed patent of a comparison with the closest prior art.**

14 October 1997                    17

17



6.7    The worked example does not demonstrate an improvement over the prior art. It should be noted that the result of Example 1 of the specification is described as positive by the applicants, because certain women prefer the cyclic combination treatment to the "other treatment methods used". The "other treatment methods" consist of continuous placebo, continuous progestogen alone, or continuous oestrogen alone.

6.8    Thus, Example 1 does not show a comparison with the **most closely related prior art, namely combination treatment regimes,** as described by D4, for example.

6.9    It is thus not surprising that the patients included in Example 1 preferred the combination therapy according to the application since the other treatments are clearly obsolete compared to the combination treatments which were already known at the time of filing of the application. The whole point of including a progestogen was to reduce the side-effects of the oestrogen, as discussed or done in all of D1, D2, D4, D5, D7, D9, D13 and D15.

6.10    In Example 2 of the specification it is stated that none of the persons receiving the cyclic therapy according to Example 1 observed a bleeding which required protection, and most of them were completely free from bleeding. However, it is not mentioned whether the patients in this Example are peri-menopausal, menopausal or post-menopausal.

6.11    Finally it is stated in the specification that the cyclic combination therapy was used successfully in a few young women who have had their ovaries and uterus removed due to the disease endometriosis in

which endometrial tissue may still be present in the abdominal cavity and hence react to a hormone treatment with the ensuing inconveniences. This is also not a comparison with treatment with the closest related known combination therapy (see D1 or D2) in which progestogen was already stated to protect against the endometrium-stimulating effect of oestrogen.

6.12    It is a well-accepted part of EPO law (eg from T181/82) that any inventive step for an invention which is *prima facie* obvious over the prior art must be demonstrated in comparative tests with the *closest item of prior art*. The experiments reported in the Patent clearly do not show this.

6.13    Hence, given a *prima facie* case of obviousness over the prior art mentioned above, there can be seen to be no inventive step. Appeal Board decision T939/92 (discussed in Section 14) is especially relevant here. In specific relation to **D14**, for example, all that the proprietor has done is to reiterate one of the two possibilities mentioned at the end of D14.

6.14    In the absence of any data, all of the remaining claims can be seen to be arbitrary and lacking in an inventive step.

## PART II:  CONTINUOUS OESTROGEN ADMINISTRATION

7       *Lack of Novelty over D1 (Staland, 1981)*

7.1     **Claim 6** is directed to the *continuous* administration of the oestrogen (and of the progestogen), whereas in Claim 1 the oestrogen is administered cyclically.

14 October 1997                    19



7.2    We have discussed D1 in section 2 above. It discloses (page 146) tablets which each contain 2 mg 17$\beta$-oestradiol, 1 mg of oestriol and 1 mg of norethisterone acetate (NETA). The standard dose was one tablet daily, continuously (without interruption). As some patients had half the dose, these tablets were clearly broken in half to yield a dosage form comprising 1 mg 17$\beta$-oestradiol, 0.5 mg oestriol and 0.5 mg NETA, which was administered daily, continuously (without interruption).

7.3    In D3 (Sipinen (1979) *Ann. Clin. Res.* **11**, 172-178) the effect of adding 1 mg oestriol ($E_3$) to 2 mg oestradiol ($E_2$) was studied. The authors concluded (see the end of the Abstract) that "*Neither oestriol nor oestriol succinate changed the clinical response during the treatment of these climacteric patients*" with oestradiol. Hence, the oestriol is without effect; the 2 mg $E_2$ + 1 mg $E_3$ was effectively the same as a 2 mg $E_2$ dose. Since the D1 tablets contained 1 or 2 mg of 17$\beta$-oestradiol, and oestradiol and 17$\beta$-oestradiol seem from the tables in the Patent to be regarded as mutually equipotent, the oestrogen content of the D1 preparations was clearly "equivalent" to a dose of 1 mg or 2 mg oestradiol.

7.4    The progestogen content in D1 was 1 or 0.5 mg NETA. Both of these values fall within the permitted ranges for NETA given on page 6 of the Patent (and in dependent Claim 8) and it can be inferred that the Proprietor considers the dose to be "equivalent" to 0.025-0.075 mg *l*-norgestrel.

7.5    D1 was clearly concerned with the continuous treatment (see the title) of menopausal disorders (see the first line of the summary). Hence, **Claim 6 lacks novelty over D1**.

14 October 1997                        20



7.6    The dose levels of 17$\beta$-oestradiol and NETA can easily be seen to be within the levels given in **Claims 7, 8, 9, 10 and 14**; the active compounds are included in **Claims 12 and 13**; the pairing of 17$\beta$-oestradiol and NETA is listed in **Claim 16**; and **Claims 27 and 28** add nothing.

7.7    Hence, at least Claims 6-10, 12-14, 16, 27 and 28 lack novelty over D1.

8    *Lack of Novelty over D2 (Menopaus Workshop)*

8.1    **D2** is analysed fully above (see Section 5). Cyclic treatment with the oestrogen is only "recommended". Continuous treatment with the oestrogen is therefore also implicitly disclosed to the reader. Continuous treatment with a progestogen is explicitly disclosed (bottom of page 1 of the English translation). The dose levels are discussed above (see Section 5), and so **Claims 6 to 16, 27 and 28 lack novelty over D2.**

9    *Lack of Novelty over D4 (Whitehead et al)*

9.1    D4 (Whitehead *et al* (1982) *Am. J. Obstet. Gynecol.* **142**, 791-795) disclosed (first complete paragraph on page 792) the daily administration of 1.25 or 0.625 mg conjugated equine oestrogens (Premarin). (Indicating a dose as "daily", without qualifying it as being for a given number of days, means that the treatment is continuous.) The adverse effects of the oestrogen are counteracted by continuous administration of 1 mg/day of norethindrone or 150 $\mu$g/day of *dl*-norgestrel. In the final paragraph of D4, the authors propose using 75 $\mu$g *dl*-norgestrel (which is equivalent to 0.0375 mg

*l*-norgestrel) daily.    Since this is an explicit (albeit untested) disclosure, and there is no "enablement" issue, this is relevant under Art. 54 EPC.    All of these values fall within the ranges given in **Claim 7** (for oestrogen) and **Claim 8** (for progestogen) and therefore must also fall within **Claim 6**.

9.2    **Claim 9** simply limits the upper level of the dose of oestrogen to an amount equivalent to 1.0 mg of oestradiol.    0.625 mg of Premarin (as taught in D4) is indistinguishably different from the 0.6 mg of conjugated equine oestrogens given in **Claim 10** as a maximum, since the figure of "0.6 mg" gives only one decimal place, and 0.625, when rounded off to one decimal place, becomes 0.6.    Hence, because 1 mg/day of oestradiol is the maximum permitted in Claim 10, it is clear that 0.625 mg/day of Premarin is "equivalent" to 1 mg/day of oestradiol, particularly since no test is given in the Patent for "equivalence" and the weight of the patient is not specified. Hence, **Claims 9 and 10 lack novelty over D4**.

9.3    The D4 dose of 75 $\mu$g (0.075 mg) *dl*-norgestrel (which is equivalent to 0.0375 mg *l*-norgestrel) is within the range specified in **Claim 11**.

9.4    The particular D4 oestrogen and progestogens are listed in **Claims 12 and 13**, respectively.    For the reasons given above, 0.625 mg of conjugated equine oestrogens is, in the context of the Patent and without any concrete test of "equivalence" being given, essentially the same as the 0.6 mg of the drug specified in **Claim 14**.    The dosages specified in **Claim 15** cannot define the product.    The pairings of conjugated equine oestrogens and norethindrone or *dl*-norgestrel are both included in **Claim 16**.  **Claims 27 and 28** add nothing.

14 October 1997                    22

22

9.5    Hence, Claims 6-16, 27 and 28 lack novelty over D4.

10    *Lack of Novelty over D5 (Mugglestone et al)*

10.1    **D5** is Mugglestone *et al* (1980) *Acta Obstet. Gynecol. Scand.* 59, 327-329. It was discussed in the Proprietor's letter of 9 February 1993 and led to the Proprietor limiting the oestradiol valerate level in Claim 6 to a maximum of 1.0 mg/day if the product comprises estradiol valerate (E2V) and norethisterone acetate (NETA). Of course, these daily dosages would be relevant only to a method claim and are irrelevant in a claim to a product *per se*. The proviso in Claim 6 is therefore without effect and so **Claim 6** lacks novelty over this disclosure.

10.2    The same applies to **Claims 7 to 16, 27 and 28**.

10.3    Moreover, Claim 6 lacks novelty over D5 even if any credence is placed on the dosages in Claim 6 and even if the disclaimer is given some meaning. The claim encompasses doses of progestogen which are equivalent to 0.025 to 0.075 mg *l*-norgestrel. From Claim 8, it can be seen that the Proprietor considers a range of 0.10 to 1.0 mg NETA per day to be equivalent to 0.025 to 0.075 mg *l*-norgestrel and hence within Claim 6. In D5, the authors concluded (see end of Abstract) that "There were no obvious differences between the effects of the two progestogens", namely *dl*-norgestrel (also used as half the amount of just the active isomer *l*-norgestrel - see the Patent, page 9, lines 27-30) and NETA. Hence, D5 shows that 0.5 mg norgestrel (and 0.25 mg *l*-norgestrel) are equivalent to 1 mg NETA, which is in turn said by the patentee to be equivalent to 0.15 mg norgestrel (or 0.075 mg *l*-norgestrel). Hence, 0.25 mg of *l*-norgestrel is equivalent

to 0.075 mg of *l*-norgestrel. In the absence of any clear definition of "equivalence", this is perfectly plausible and simply shows that the dose-response curve at that point (for whatever response is being considered - not stated in the claim) is fairly flat at that dose range.

10.4   Since it is stated at the end of the D5 Abstract that there were no differences between the two progestogens and since 1 mg NETA is said by the patentee to be equivalent to 0.075 mg *l*-norgestrel, 2 mg estradiol valerate plus 0.075 mg *l*-norgestrel will have the same effect as regimen E in D5.

11   *Lack of Novelty over D7 (Kliogest® tablets)*

11.1   **D7** is an English translation of text to be inserted by physicians into FASS (the Swedish Physician's Desk Reference) in March 1984, relating to the product "Kliogest®", a product manufactured by a predecessor of the opponent, Novo Nordisk. D7 describes the content and use of the Kliogest® tablets and is intended to help physicians decide when and how to prescribe the product. The product was available to the physicians from March 1984.

11.2   We enclose as **D8** a partial translation from the Swedish journal *Läkartidningen* showing that the Swedish Socialstyrelsen (the Swedish Board of Health) registered the Kliogest® product at that time. We shall assume that D7 and D8 constitute adequate evidence of the availability of Kliogest® tablets prior to the second priority date of 27 July 1984 unless the Opposition Division or the Proprietor can provide reasons why further evidence is required.

14 October 1997                    24



11.3  The product can be seen to contain 2 mg of estradiol and 1 mg of norethisterone acetate (NETA), for continuous, daily treatment.

11.4  As noted above in Section 4, the claims relating to continuous treatment are not entitled to the first priority date, and so D7 and D8 are available as prior art for those claims. Even if any meaning is given to the dose ranges in the claims, it can be seen that a dose of 2 mg estradiol per day is clearly within Claim 6; and, from the table in Claim 8, it can be seen that a dose of 1 mg NETA is considered by the Proprietor to be equivalent to 0.075 mg/day *l*-norgestrel. The Kliogest® product is clearly for the treatment of menopausal or post-menopausal disorders and it is not excluded by the disclaimer in Claim 6 (which is in any case without effect).

11.5  Hence, the Kliogest® product described in D7, when used in the manner disclosed in D7, **destroys the novelty** of Claim 6.

11.6  It can readily be seen that the Kliogest® product and its use also fall within **Claims 7, 8, 12, 13, 16, 27 and 28.**  Hence, all of these claims lack novelty over D7.

12    *Lack of Novelty over D9 (Rune's use of ½ dose Kliogest® tablets)*

12.1  **D9** is a declaration from Dr Curt Rune, showing that, before the second priority date (27 July 1984), he had publicly used *half* Kliogest® tablets on a daily (ie continuous) treatment regime for a number of his patients. Each half tablet therefore contained 1 mg estradiol and 0.5 mg NETA.  The half tablets and their use clearly destroy the novelty of all of the claims of which novelty is destroyed by the whole Kliogest® tablets (see section 11 relating to D7 and D8)

14 October 1997                  25

*38*

and, additionally, they destroy the novelty of Claims 9 and 10 (where the upper limit of estradiol is 1 mg).

12.2   As further evidence of Dr Rune's use of a continuous 1 mg oestradiol plus 0.5 mg NETA dosage regime, we enclose as D16 a declaration by one of his patients, Birgit Kronqvist. She confirms that she was prescribed half tablets of Kliogest® for continuous treatment. She refers to her diary entry for 19 March 1984, indicating a visit to Dr Rune, and this is consistent with Dr Rune's patient record. D17, a declaration by Ruth Skoog, provides still further confirmation both of the treatment and of the non-confidential nature of the treatment.

12.3   D9 also discloses the use of other low dose treatment regimens, including the use of 1 mg estradiol valerate plus 2.5 mg medroxyprogesterone acetate (MPA) or 1 mg estradiol valerate plus 1.25 mg NETA. Since each patient would be given, or would keep, the two pills in the same box or bag, this seems to constitute "a product" in the meaning intended in the opposed patent. The dosage of the first combination (estradiol valerate 1 mg plus MPA 2.5 mg) can readily be seen to be within **Claims 6 to 16, 27 and 28**. The dosages of the second combination (estradiol valerate 1 mg plus NETA 1.25 mg) can readily be seen to be within **Claims 6, 7, 10, 12, 13, 14 and 16**. Because the tablets crumbled when being divided into four (D9, section 13, last sentence), the dose of NETA (less than 1.25 mg) seems to have been indistinguishably different from the maximum dose specified in **Claim 8** (1.0 mg) and, at the very least, renders Claim 8 obvious.

14 October 1997                          26



13    *Lack of Novelty over D15 (Magos et al)*

13.1    **D15** is the abstract of a paper presented by Magos *et al* at the 23rd British Congress of Obstetrics and Gynaecology, July 1983.  This can be seen from **D18**, which is a declaration from a Caroline Roney, providing testimony regarding the congress.

13.2    D15 discloses four initial daily (continuous) treatment regimes:

| Premarin (conjugated equine oestrogens) | Norethisterone |
|---|---|
| (1)    0.625 mg | 0.35 mg |
| (2)    0.625 mg | 1.05 mg |
| (3)    1.25 mg | 0.35 mg |
| (4)    1.25 mg | 1.05 mg |

Every three months (up to 15 months), the dose of the progestogen (norethisterone) could be increased by 0.35 mg if needed to control bleedings.  This created further regimes, of which two can be given as:

| | |
|---|---|
| (5)    0.625 mg | 0.70 mg |
| (6)    1.25 mg | 0.70 mg |

Of these six regimes, four (1, 3, 5 and 6) are clearly within the limits of Claim 6 (using Claims 7 and 8 as a guide to what is supposed to be "equivalent" to *l*-norgestrel 0.025-0.075 mg and oestradiol 0.5-2.0 mg) and the other two (having 1.05 mg norethisterone, instead of an apparent (from Claim 8) maximum of

1.0 mg) are effectively also within Claim 6, given the vagueness of the notion of equivalence and the fact that the maximum dose of norethisterone is given in Claim 8 as 1.0 mg, not 1.00 mg; a value of 1.05, when rounded off to the accuracy of one decimal place as indicated in the claim, becomes 1.0.

13.3    The product is clearly for the treatment of menopausal disorders and neither the oestrogen nor the progestogen are mentioned in the Claim 6 disclaimer. **Hence, Claim 6 (even if the dosage levels are given any meaning) lacks novelty over D15.**

13.4    Moreover, even if the dosage levels in the claims are given any meaning, D15 can clearly be seen to destroy the novelty of **Claims 7, 8, 9, 12, 13, 16, 27 and 28.** **Claim 10** also lacks novelty, although a brief explanation may be necessary. The lower dose of conjugated equine oestrogens in D15 is 0.625 mg whereas in Claim 10 the maximum dose is given as 0.6 mg. However, the figure of 0.6 mg should be contrasted with the figure of 0.100 mg estriol (etc) given further down in Claim 10 and with the figure of 0.600 mg conjugated equine oestrogens given in Claim 14. The figure of 0.6 mg in Claim 10, since it has only one digit after the decimal point, is obviously intended to be less precise. 0.625 mg expressed to only one decimal place is 0.6 mg, and so the D15 preparations (1), (2) and (5) fall within Claim 10.

13.5    If the dosages given in the claims are (correctly) given no significance, then D15 additionally anticipates **Claims 11, 14 and 15.**

14 October 1997                               28



**14**    *Lack of Inventive Step (Continuous Treatment)*

14.1    The aim in the art was to treat menopausal women with an oestrogen, whilst minimizing the undesirable side effects of such treatment. The existence of such side effects was known, and those in this art also knew the beneficial effects of administering a progestogen to counteract the side effects of the oestrogen. See D1, D2 and D7, for example. Similarly, the administration of the oestrogen either cyclically or continuously was also known, namely from D2 and D7, respectively.

14.2    Hence, the **problem in the art** was to find the *particular* treatment regimens (doses and timings) for the two drugs (oestrogen and progestogen) which would provide an optimum treatment. Any solution to this problem is clearly a method, not a product.

14.3    The work described in the patent represents merely <u>one</u> non-inventive, routine, trial-and-error attempt to further optimise the prior art methods. Only <u>one</u> combination of drugs is described in the patent, namely 17$\beta$-oestradiol plus *dl*-norgestrel, and only <u>one</u> treatment regimen is described, namely continuous progestogen and cyclic oestrogen. The nature of the oestrogen cycle (ie how many days on, how many off) is not specified. The only difference between Examples 1 and 2 is that the latter is an extension of the former. Continuous application of the oestrogen was not tested <u>at all</u>.

14.4    Appeal Board decision T939/92 (Agrevo/triazole herbicides) is clearly very relevant here. The area of the opposed claims which is not supported by any examples is at least as predictable from the



prior art as it is from the examples in the Patent, just as it was in T939/92. The Patent claims appear to cover:

- continuous as well as cyclical oestrogen administration;

- **at least 216** different pairs of oestrogen and progestogen (just taking the ones specifically mentioned in Claims 7 and 8);

- widely varying dosages of the drugs;

- and, for the cyclic treatment, a regimen which can vary at least from 1 day of oestrogen followed by 27 days without, to 27 days of oestrogen followed by 1 day without. (In fact, the oestrogen treatment phase could span more than one normal monthly cycle - see Patent, page 3, line 25 - which further expands the possibilities.)

14.5   Even the worked example does not demonstrate an improvement over the prior art. It should be noted that the result of Example 1 of the specification is described as positive by the applicants, because certain women prefer the cyclic combination treatment to the "other treatment methods used". The "other treatment methods" consist of continuous placebo, continuous progestogen alone, or continuous oestrogen alone, which were already known to be less satisfactory and old-fashioned. Improved treatment regimes were already known and used.

14.6   Thus, Example 1 does not show a comparison with the most closely

14 October 1997                    30

related prior art, namely combination treatment regimes, as described by D4, for example.

14.7   It is thus not surprising that the patients included in Example 1 preferred the combination therapy according to the application since the other treatments are clearly obsolete compared to the combination treatments which were already known at the time of filing of the application.   The whole point of including a progestogen was to reduce the side-effects of the oestrogen, as discussed or done in all of D1, D2, D4, D5, D7, D9, D13 and D15.

14.8   In Example 2 of the specification it is stated that none of the persons receiving the cyclic therapy according to Example 1 observed a bleeding which required protection, and most of them were completely free from bleeding.   However, it is not mentioned whether the patients in this Example are peri-menopausal, menopausal or post-menopausal.

14.9   Finally it is stated in the specification that the cyclic combination therapy was used successfully in a few young women who have had their ovaries and uterus removed due to the disease endometriosis in which endometrial tissue may still be present in the abdominal cavity and hence react to a hormone treatment with the ensuing inconveniences.   This is also not a comparison with treatment with the closest related known combination therapy (see D1 or D2) in which progestogen was already stated to protect against the endometrium-stimulating effect of oestrogen.

14.10 It is a well-accepted part of EPO law (eg from T181/82) that any inventive step for an invention which is *prima facie* obvious over the

14 October 1997                    31

prior art must be demonstrated in comparative tests with the *closest item of prior art*. The experiments reported in the Patent clearly do not show this.

14.11  In relation to the *continuous* treatment covered by Claim 6, no examples are given at all. There is therefore no indication that what is claimed offers *any* effect, let alone a surprising one, beyond what was known in the art, for example in any one of **D1, D2, D4** and **D5** (any one of which can be regarded as the **closest item of art** for this aspect).

14.12  We accept that the burden of disproving inventive step (or any other aspect of an opposition) normally starts with the opponent. However, when a Patent claims something which, even if it can be shown to be different from the prior art, differs therefrom only by some parameter which had already been varied in the art (eg cyclic vs continuous; dosage levels - see D1 and D9, where half tablets were used), then clearly the burden of proof shifts to the patentee to show that setting the known parameter at his particular level gives a surprising result. There is no such evidence in the Patent and the claims therefore lack an inventive step under Art. 56 EPC. In other words, the opponent's burden has been discharged by establishing the *prima facie* case of obviousness.

14.13  We have shown above that there were several known preparations which are novelty-destroying with respect to Claims 1 and 6. On the background of this unusually large number of <u>novelty-destroying</u> preparations alone whose content of oestrogen and progestogen are evenly distributed within the intervals stated in Claim 1 for oestrogens and progestogens, the patent clearly lacks anything which

14 October 1997                    32

could show an inventive step.

14.14 As shown above, the entire dose interval stated in Claim 1 for the oestrogen is in complete accordance with the state of the art. When it is simultaneously known, eg from the Board of Health Workshop (D2), that there is a natural connection between the amounts of oestrogen and progestogen, the progestogen being the protecting substance against the side effect of oestrogen, it is simple for a person skilled in the art to find which amount of progestogen to use together with a particular amount of oestrogen. In addition, the progestogen doses mentioned in Claim 1 are specifically mentioned in the Board of Health Workshop (D2), eg at least 0.055 mg of *laevo*-norgestrel, and it is stated in the Board of Health Workshop (D2, paragraph 2) that "*the risk of side effects (is avoided) partly by giving as small doses of estrogen as possible, partly by balancing the estrogen effect by means of a gestagen*". D2 mentions that the treatment may, for example, last for 1 year, but that it is of course to be adapted to the patient's needs.

14.15 D2 specifically mentions (bottom of page 1 of translation) that the progestogen (= gestagen) may be given <u>continuously</u>.

14.16 Since so many of the prior art references are novelty-destroying, it seems almost superfluous to cite further documents under Art. 56. However, for completeness, we cite Smith *et al* (1983) **(D13)**.

14.17 D13 describes the clinical effect of 5 $\mu$g of ethinyl estradiol, corresponding (according to the patentee) to 0.5 mg of estradiol (ie the lowest dose in Claim 1). The amount of progestogen in the continuous combination treatment used by Smith *et al* is higher than

the interval stated in the contested claim, but at the bottom of page 46, right column, Smith *et al* mention that "*it is likely that the dose of norethisterone we have used is larger than necessary and that a smaller dose may be found which offers the protective effect of a progestagen*". In the light of this statement, there is nothing surprising in maintaining the low amount of estrogen used by D13 and, as suggested by D13, using a lower amount of progestogen.

14.18 The aim of using the smallest dose which gives the desired effect (see also D1, page 150, lines 14-17; D2 ("... giving as small doses of estrogen as possible") etc) has simply been adopted by the patentee:

> "*The actual unit dosages are selected according to conventionally known methods, e.g. body weight of patient and biological activity of the hormones, with the ultimate goal of producing the desired result with the minimum quantities of hormones*"
>
> (Patent, page 3, line 58 to page 4, line 1)

This is hardly an inventive approach.

14.19 Accordingly, when the person skilled in the art is to choose a lower amount of progestogen than the amount used in D13, he can just choose one of the low amounts which had already been used in other preparations for the continuous treatment of menopausal disorders.

14.20 As is apparent from our submissions above, the possibilities are legion as regards the choice of a low amount of progestogen. Since amounts of progestogen corresponding to an amount of *laevo*-norgestrel of eg 0.075, 0.059, 0.064, 0.055, 0.052, 0.050 and 0.038

14 October 1997                    34

34

mg and the interval 0.075-0.033 mg were known for the treatment of menopausal disorders, it was obvious to the person skilled in the art that he may use any amount of progestogen which corresponds to the dose interval for *laevo*-norgestrel stated in Claim 1.

14.21 The subsidiary claims all relate to features which were already known in the art and there are no data in the patent to suggest that any of the claims represent inventive selections from the prior art.

## 15    *Lack of Inventive Step: failure to solve the problem*

15.1   We referred above to Appeal Board decision T939/92, as showing that a broad, and unsupported, claim cannot be recognised as having an inventive step if the unsupported area is *prima facie* predictable from the prior art. Still less does the claim have an inventive step if the unsupported area can actually be demonstrated not to solve the problem.

15.2   We enclose as **D19** a table which summarises ten papers from 1985 to 1995 which show that significant proportions of patients who are given a therapy in accordance with the opposed patent do not have their bleeding or spotting prevented. The ten references are attached as **D20** to **D29**.

15.3   It can be seen that the Patent is nothing more than an invitation to explore an obvious approach, and to find the particular combinations of hormones, dosages and regimes which are optimal. The patent does nothing to help the reader find those optima, and it does nothing to identify the many regimes, encompassed by the claims, which are no better than the prior art. In short, it does not solve the problem.

14 October 1997                                35





16    *Addition of Subject Matter:  the Claim 6 disclaimer*

16.1    The disclaimer in Claim 6 is supposedly based on D5; see the Proprietor's letter of 9 February 1993.  However, it disclaims (and therefore discloses to the reader) more than was disclosed in D5.  D5 disclosed (as far as the novelty of unamended Claim 6 was concerned) one *specific* drug/dose combination, namely oestradiol valerate (E2V) 2 mg + norethisterone acetate (NETA) 1 mg.

16.2    The disclaimer is directed to *any* dose of NETA (within the overall limits, if they can be discerned, of being equivalent to 0.025-0.075 mg/day of *l*-norgestrel) and *any* dose of E2V (from 0.5 to 1.0 mg/day), and it therefore defines and discloses a previously undisclosed generalisation of the disclosure of D5 and an intermediate class of dosages which was previously undisclosed in the Patent as filed.  It therefore adds subject matter contrary to Art. 123(2).

16.3    The disclaimer should disclaim only 2 mg E2V + 1 mg NETA.  However, if it is amended to do so, then the scope of Claim 6 will be enlarged contrary to Art. 123(3).  Hence, Claim 6 will have to be more drastically limited in order to distinguish it from D5 without contravening Art. 123 EPC.

17    *Addition of Subject Matter:  the concept of "equivalence"*

17.1    The wording *"in a daily dosage equivalent to orally administered laevo-norgestrel in an amount of from 0.025 mg to 0.075 mg"* in Claim 1, and similar passages in this and other claims, was first introduced with the Proprietor's letter of 22 September 1988.  Supposedly, it was based on page 7 line 11 to page 10 line 11 of the

14 October 1997                    36

36

application as filed. However, this passage merely disclosed various minima and maxima for *particular* preferred oestrogens and progestogens and said that these "*quantities are determined by the biological activities of the particular substances*". This would be self-evident, since any preferred dosage range for any medicine will be based primarily on its biological activities, whether desired or undesired. The passage does not teach the reader that, say, 0.025 mg *l*-norgestrel is "equivalent" to 1 mg medroxyprogesterone acetate (MPA). If it *did* teach this, it would presumably mean that *l*-norgestrel is 40X as potent as MPA. However, if the Proprietor is to be believed, the table (Table 1B) on page 9 of the application as filed also teaches the reader that 15 mg of MPA is "equivalent" to 0.075 mg of *l*-norgestrel, which suggests that *l*-norgestrel is 200X as active as MPA. Which is the correct figure? Still looking at Table 1B, the preferred dose of *l*-norgestrel is 0.050 mg, which is mid-way between the minimum and maximum permitted. This suggests a linear dose-response curve across this range. However, the preferred dose of MPA is 2.5 mg, which is nowhere near the mid-point of the range 1-15 mg. This suggests a non-linear dose-response curve.

17.2    Hence, the application as filed did <u>not</u> teach the reader that there was any such thing as a clear "equivalent" dose of any given oestrogen (even the ones mentioned, let alone others) to a given dose of oestradiol, nor that clear equivalents to a given dose of *l*-norgestrel existed.

17.3    The prior art shows that the concept of "equivalence", at least in any precise sense which could be used to distinguish a patent claim from the prior art, was not known in this art. For example, **D6** states that

14 October 1997                37



*"Although several different oral oestrogen formulations are available for the treatment of postmenopausal estrogen deficiency, there is inadequate comparative information on their pharmacologic effects and their differences in potency."*

(beginning of main text on page 511)

*"Estrogen potency can be determined and expressed in terms of several parameters"*        (next paragraph)

*"In our study, the lack of parallelism with ethinyl estradiol prevented accurate estimates of potency from being made in the CBG-BC and FSH systems"*

(first full paragraph in right-hand column on page 516)

*"... the numerical potency estimates differ, depending on the response measured"*        (lines 2 to 4 on page 517)

*"For micronized estradiol and diethylstilbestrol, previously published FSH response data are not available for comparison"*        (near end of left-hand column on page 517)

*"However, the $E_1$ and $E_2$ levels correlated less well in the SHBG-BC system, and least well in the angiotensinogen system"*        lines 4 to 6 on page 518)

17.4   Finally, if one looks at the conclusion on the last page of D6, one sees that *"The piperazine estrone sulphate and micronized estradiol formulations ... are nearly equipotent to each other in all systems measured"*, whereas, according to Table 1A in the opposed patent, the ratio between the maximum, preferred and minimum dosages for

14 October 1997                        38



oestradiol and piperazine estrone sulphate is variously 0.8, 2 and 2, respectively. If D6 is taken as an indication of what is "equivalent", then all these ratios should be 1.0.

17.5    It is evident from D6 that the notion of whether a given dose of one drug is "equivalent" to a given dose of another drug depends very much on the test system chosen. No test system is specified in the patent.

17.6    The Proprietor may respond by saying that "equivalence" can be determined by routine trial and error. Indeed, such arguments were submitted in the Proprietor's letter of 5 May 1992. This would, however, address only Art. 83, not Art. 123(2). In relation to Art. 123(2), the important point is that the reader was not originally told that equivalent doses could be calculated or determined. In summary, the unamended specification told the reader merely that, say, 0.050 mg *l*-norgestrel and 2.5 mg MPA are both *preferred* dosages. The amended specification (if the claim wording is to have any meaning) tells the reader that they are *equivalent*. This is the additional information which contravenes Art. 123(2).

17.7    Moreover, the Proprietor's submissions of 5 May 1992 simply emphasise the fact that the particular figures given in the claims are essentially arbitrary and certainly do not contribute to an inventive step; the prior art cited both in this opposition and during the examination phase showed clearly that everyone working in this field was continually refining the dosage levels to maximise the therapeutic benefit.

14 October 1997                    39



## 18     *Insufficient Disclosure*

18.1   We do not doubt that, leaving aside the difficulties associated with the nebulous notion of "equivalence", the specific products which are exemplified and claimed can be made by the reader.  However, it is necessary for the products to function as stated by the proprietor, in other words to treat menopausal disorders whilst minimising the side effects of oestrogen treatment.  Only one worked example is given in the patent, ie only one combination of drugs, at one dosage, given as one (unspecified) cyclical treatment regime, and even then the nature of the cycle (how many days on and how many days off) is not stated.

18.2   If the proprietor contends that it was not routine to discover which variations of the prior art gave improved results, then clearly it is not routine to extend the single worked example to other (improved) combinations of drugs, other dosages, and other treatment regimes.  Obviously, merely making a pill containing a progestogen and an oestrogen is not enough to satisfy Art. 83 EPC in connection with this patent; the drug combination and associated treatment regime must actually *work*.  The patent gives no assistance to the reader once he moves beyond the single worked example, and thus the facts of the case are very similar to those in Appeal Board decision T226/85, where mixtures of the various bleach ingredients could be made, but they would not be stable, which was the point of that invention.  The patent was revoked under Art. 100(b) EPC, and so should this patent.

18.3   A functional amendment to try to limit the claims to those regimes or products which happen to work (for example limiting Claim 6 by

stating "the dosage being such that side effects of oestrogen treatment are minimized") would not, of course, be acceptable. See Appeal Board decisions T694/92 (relevant pages enclosed) and T435/91 (referred to in T694/92).

19      *Lack of Novelty or Inventive Step of potential amended claims*

19.1    We have seen various claim amendments offered by the Proprietor in connection with the corresponding US patent. Such amendments may be offered by the Proprietor during this opposition and may involve specifying, in "second medical use" claims, various aspects or advantages of the particular therapy. To assist the smooth running of the opposition, we now present a table showing that the various uses of HRT were all known in the prior art.

| Technical effect/symptom treated | Prior art |
| --- | --- |
| menopausal or post-menopausal disorders generally | All of the cited documents |
| vasomotor disturbances (eg hot flushes) | D1 (see immediately under "Results": "completely free from sweating and hot flushes") |
| urogenital symptoms (eg dry vagina) | D2 (p. 27 - Fig 7) |
| osteoporosis | D1 (first paragraph) |

14 October 1997                           41

| | |
|---|---|
| cardiovascular disease, changes in lipids | D14 (p. 747 etc), D1 (see above Fig 4 re serum cholesterol and triglyceride levels), D7 (top of p. 2 of translation) |
| bleeding pattern | D7 (2nd para of "Properties"), D1 (bottom of p. 154: "practically complete freedom from bleeding in the later period of the treatment") |

19.2    Particularly in view of the almost complete lack of clinical data in the patent, it can be seen that none of the advantages or desirable clinical effects which are mentioned in the patent represent a novel or non-obvious use of hormone replacement therapy.

19.3    In discussing such potential claim amendments, we are not suggesting that they would be acceptable under Art. 123 or Art. 84; a consideration of these aspects must be left until we can see the exact wording proposed by the Proprietor.

20    *Documents Cited*

D1    Staland (1981) *Maturitas* **3**, 145-156

D2    Workshop "Menopaus", Sweden 1983, pages 27, 167, 168

D3    Sipinen (1979) *Ann. Clin. Res.* **11**, 172-178

D4    Whitehead *et al* (1982) *Am. J. Obstet. Gynecol.* **142**, 791-795

D5    Mugglestone *et al* (1980) *Acta Obstet. Gynecol. Scand.* **59**, 327-329

D6    Maschak *et al* (1982) *Am. J. Obstet. Gynecol.* **144**, 511-518

14 October 1997                    42

42

D7    Section on "Kliogest®" tablets from *FASS*, March 1984, and
      English translation

D8    *Läkartidningen*, 21 March 1984, Vol 81, No 12, page 1107
      and 1225 (as translation into English)

D9    Declaration from Dr Curt Rune regarding use of half
      "Kliogest®" tablets

D10   Dickey & Stone (1976) *Obs. & Gynecol.* **47**, 106-112

D11   Edgren (1978) *Int. J. Fertil.* **23**, 162-169

D12   Dickey (1978) *Int. J. Fertil.* **23**, 170-174

D13   Smith *et al* (1983) *Aust. N.Z. J. Obstet. Gynaec.* **23**, 43-47

D14   Plunkett (1982) *Am. J. Obstet. Gynecol.* **142**, 747-751

D15   Magos *et al* (1983) *23rd British Cong. Obstet. Gynaecol.*, July
      1983

D16   Declaration by Birgit Kronqvist (with translation into English)

D17   Declaration by Ruth Skoog (with translation into English)

D18   Declaration by Caroline Roney

D19   Chart showing failure of invention

D20   Nand *et al* (1995) *Aust NZ J Obstet Gynaecol* **35(1)**, 92-96

D21   Luciano *et al* (1993) *Journal of Reproductive Medicine* **39(3)**,
      207-214

D22   Hillard *et al* (1992) *American Journal of Obstetrics and
      Gynecology* **167(1)**, 1-7

D23   Clisham *et al* (1991) *Obstetrics & Gynecology* **77(2)**, 241-246

D24   Bewtra *et al* (1988) *Journal of Reproductive Medicine* **33(2)**,
      205-208

D25   Luciano *et al* (1988) *Obstetrics & Gynecology* **71(1)**, 39-43

D26   Sporrong *et al* (1988) *British Journal of Obstetrics and
      Gynaecology* **95(10)**, 1042-1048

D27   Weinstein (1987) *Obstetrics & Gynecology* **69(6)**, 929-932

D28   Archer *et al* (1994) *Obstetrics & Gynecology* **83(5)**, 686-692

14 October 1997                    43

21      *Case Law* (not enclosed unless indicated)

T68/85 (Ciba-Geigy/herbicides) (copy enclosed)

T226/85 (Unilever/Stable bleaches)

T435/91 (Unilever/hexagonal liquid crystal gel)

T694/92 (Mycogen/plant gene expression) 1997 OJ EPO pp 408,

421, 422 enclosed

T939/92 (Agrevo/triazole herbicides)

Richard Bassett

Eric Potter Clarkson

for Novo Nordisk A/S

14 October 1997                          44

44