**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-145 JJF |
| | ) | |
| WATSON LABORATORIES, INC. and | ) | |
| WATSON PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following document, **KENYON &
KENYON LLP'S OBJECTIONS TO WYETH'S SUBPOENA**, were served as indicated on
the 22nd day of July, 2008:

**_BY E-MAIL and BY HAND DELIVERY_**
Jack B. Blumenfeld (I.D. #1014)
Karen Jacobs Louden (I.D. #2881)
James W. Parrett, Jr. (I.D. #4292)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19801
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jparrett@mnat.com

**_BY E-MAIL and BY FEDEX_**
Anthony Herman
Jeffrey B. Elikan
Eric R. Sonnenschein
William D. A. Zerhouni
Amy M. Wells-Morgan
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
202.662.6000
aherman@cov.com
jelikan@cov.com
esonnenschein@cov.com
wzerhouni@cov.com
amwells@cov.com

July 22, 2008

_/s/ Mary B. Matterer_
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Attorneys for Defendants