IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | C.A. No. 08-145 (JJF) |
| WATSON LABORATORIES, INC., and ) | |
| WATSON PHARMACEUTICALS, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER

WHEREAS the parties need additional time for discovery relating to Watson Pharmaceuticals, Inc.'s Motion to Dismiss Pursuant to Fed R. Civ. P. 12(b)(6) or Alternatively Pursuant to 12(b)(7) (D.I. 12) and Watson Laboratories, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) and Watson Laboratories, Inc.'s Motion to Dismiss for Failing to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) (D.I. 15) ("the motions");

WHEREAS it will also be helpful to the parties to extend by a corresponding length of time the other dates in the scheduling order (D.I. 23) that depend upon and follow the completion of discovery if it fits the Court's schedule;

IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that the scheduling order (D.I. 23) is modified as follows:

1. The deadline for completing discovery relating to the motions is September 19, 2008.

2. Plaintiff will serve and file its answering briefs in opposition to the motions by October 10, 2008.

3. Defendants will serve and file their reply briefs in support of the motions by October 24, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ James W. Parrett, Jr.* | */s/ Mary B. Matterer* |
| Jack B. Blumenfeld (#1014) | Richard K. Herrmann (#405) |
| Karen Jacobs Louden (#2881) | Mary B. Matterer (#2696) |
| James W. Parrett, Jr. (#4292) | Amy Arnott Quinlan (#3021) |
| 1201 N. Market Street | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | rherrmann@morrisjames.com |
| (302) 658-9200 | mmatterer@morrisjames.com |
| mgraham@mnat.com | aquinland@morrisjames.com |
| rsmith@mnat.com | |
| jparrett@mnat.com | *Attorneys for Defendants Watson Laboratories, Inc. and Watson Pharmaceuticals, Inc.* |
| *Attorneys for Plaintiff Wyeth* | |

Dated: July 24, 2008
2424567

SO ORDERED this ___ day of _____, 2008.

```
_____
UNITED STATES DISTRICT JUDGE
```