IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-145 (JJF) |
| | ) | |
| WATSON LABORATORIES, INC. and | ) | |
| WATSON PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that at the offices of Covington & Burling LLP, 1201 Pennsylvania Avenue, NW, Washington, D.C. 20004, on a date and time mutually agreed to by the parties, Plaintiff Wyeth, through its attorneys, will take the deposition upon oral examination of the following individuals:

1. Maria Chow Yee
2. Charles Ebert, Ph.D.
3. Pamela Davis
4. Andrew Boyer
5. Ernest Lengle
6. Janie Gwinn

These depositions upon oral examination will be conducted before an officer authorized to administer oaths and will be recorded by stenographic and videographic means.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiff Wyeth*

*Of Counsel*:

Anthony Herman
Jeffrey B. Elikan
Eric R. Sonnenschein
William D. A. Zerhouni
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-6000

Dated: August 11, 2008
2445174

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard K. Herrmann, Esquire
> Mary B. Matterer, Esquire
> MORRIS JAMES LLP

I further certify that I caused to be served copies of the foregoing document on August 11, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| John W. Bateman, Esquire<br>C. Kyle Musgrove, Esquire<br>Nicholas J. Nowak, Esquire<br>Thomas M. Huff, Esquire<br>KENYON & KENYON LLP<br>1500 K. Street, N.W.<br>Washington, DC 20005 | *VIA ELECTRONIC MAIL* |

_____
Jack B. Blumenfeld (#1014)