# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-145 JJF |
| | ) |
| WATSON LABORATORIES, INC. and | ) |
| WATSON PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **KENYON & KENYON LLP'S UPDATED OBJECTIONS AND RESPONSES TO REQUESTS 3 AND 4 OF WYETH'S SUBPOENA**, were served as indicated on the 15th day of August, 2008:

***BY E-MAIL and BY HAND DELIVERY***
Jack B. Blumenfeld (I.D. #1014)
Karen Jacobs Louden (I.D. #2881)
James W. Parrett, Jr. (I.D. #4292)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jparrett@mnat.com

***BY E-MAIL and BY FEDEX***
Anthony Herman
Jeffrey B. Elikan
Eric R. Sonnenschein
William D. A. Zerhouni
Amy M. Wells-Morgan
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202.662.6000
aherman@cov.com
jelikan@cov.com
esonnenschein@cov.com
wzerhouni@cov.com
amwells@cov.com

August 15, 2008               /s/ Mary B. Matterer
                                            Richard K. Herrmann (I.D. #405)
                                            Mary B. Matterer (I.D. #2696)
                                            MORRIS JAMES LLP
                                            500 Delaware Avenue, Suite 1500
                                            Wilmington, DE 19801-1494
                                            (302) 888-6800
                                            rherrmann@morrisjames.com
                                            mmatterer@morrisjames.com

                                            Attorneys for Defendants