# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-145 JJF |
| ) | |
| WATSON LABORATORIES, INC. and ) | |
| WATSON PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents, **(1) RESPONSES AND OBJECTIONS OF DEFENDANTS WATSON PHARMACEUTICALS, INC. AND WATSON LABORATORIES, INC. TO PLAINTIFF WYETH'S AMENDED NOTICE OF DEPOSITION UNDER FED. R. CIV. P. 30(b)(6) and (2) FURTHER SUPPLEMENTAL RESPONSES AND OBJECTIONS OF WATSON PHARMACEUTICALS, INC. AND WATSON LABORATORIES, INC. (A NEVADA CORPORATION) TO PLAINTIFF WYETH'S INTERROGATORIES 2 AND 8**, were served as indicated on the 26th day of August, 2008:

| BY E-MAIL and BY HAND DELIVERY | BY E-MAIL and BY FEDEX |
|---|---|
| Jack B. Blumenfeld (I.D. #1014) | Anthony Herman |
| Karen Jacobs Louden (I.D. #2881) | Jeffrey B. Elikan |
| James W. Parrett, Jr. (I.D. #4292) | Eric R. Sonnenschein |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | William D. A. Zerhouni |
| 1201 North Market Street | Amy M. Wells-Morgan |
| Wilmington, DE  19801 | Covington & Burling LLP |
| (302) 658-9200 | 1201 Pennsylvania Avenue, NW |
| jblumenfeld@mnat.com | Washington, DC  20004-2401 |
| klouden@mnat.com | 202.662.6000 |
| jparrett@mnat.com | aherman@cov.com |
| | jelikan@cov.com |
| | esonnenschein@cov.com |
| | wzerhouni@cov.com |
| | amwells@cov.com |

| | |
|---|---|
| August 26, 2008 |    */s/ Mary B. Matterer* <br> Richard K. Herrmann (I.D. #405) <br> Mary B. Matterer (I.D. #2696) <br> MORRIS JAMES LLP <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801-1494 <br> (302) 888-6800 <br> mmatterer@morrisjames.com <br> <br> Attorneys for Defendants |